# EXHIBIT 2

**Form 39.08**

2013

B February 2013

Elaine L. d'Entremont
Prothonotary

Yar No. 411345

SUPREME COURT
NOVA SCOTIA
JAN 23 2013
YARMOUTH JUSTICE CENTRE

Supreme Court of Nova Scotia

Between:

Trout Point Lodge, Vaughn Perret, & Charles Leary

and

Douglas K. Handshoe

Applicants

Respondent

**Affidavit of Charles L. Leary**

I           make oath           and give evidence as follows:

1           I am Charles L. Leary           the           Applicant and officer of Trout Point Lodge.

2           I have personal knowledge of the evidence sworn to           in this affidavit except
where otherwise stated to be based on information and belief.

3           I state, in this affidavit, the source of any information that is not based on my own
personal knowledge, and I state my belief of the source.

4

(a) There are no persons who are not parties but who may have an interest in the matters raised by the
application. New Dream Networks is the web host, however Respondent has filed misleading Counter
Notifications to New Dream Networks.

(b) The list of possible witnesses in the notice of application is complete.

(c) The applicants have served Take Down Notices on New Dream Networks and Respondent's prior web host
Automattic as per the relevant Digital Millennium Copyright Act (DMCA) of the United States of America
and in each case these have been passed on to Respondent. He has filed Counter Notifications under penalty of
perjury, and is aware of the Applicants' claims of copyright infringement. Examples of DMCA Notices and
Counter Notifications are attached hereto as Exhibit "A."

(d) Applicants do not anticipate discovering any witnesses.

(e) I believe only one hearing will be necessary.

(f) This Application concerns events that are unfolding: Respondent is actively infringing Applicants'
copyright on a commercial web site, publishing images of Applicants in juxtaposition with defamatory words
about Applicants. Injury to Applicants is ongoing.

(g) The application concerns alleged rights that could be eroded over time: Respondent is actively infringing
Applicants' copyright in multiple instances of Internet publication on slabbed.org in the context of defamatory
word already enjoined by this court.

(h)The Applicants are prepared for a hearing at any time. The Applicants have no knowledge of Respondent's

preparedness. Respondent has publicly mocked and ridiculed the Nova Scotia judicial system and disobeyed its orders.

Sworn to                before me

on January 23 | 13
at Yarmouth, NS


_____   **Shelley Ryerson**          _____
Signature of Authority          **Deputy Prothonotary**      Signature of Witness

Print Name: Shelley Ryerson                                  Print Name:  Charles L. Leary
Official Capacity:



Gmail
by Google

Gmail - DMCA Counter Notification re: slabbed.org

# DMCA Counter Notification re: slabbed.org

3 January 2013 16:27

**DreamHost Abuse** <abuse-replies@dreamhost.com>
Reply-To: abuse-replies@dreamhost.com
To: trout.point.lodge@gmail.com

Hello –

We have received a Counter Notification to the DMCA notification that we received from you on 2012-12-31 related to slabbed.org. Per the DMCA the content in question will be allowed back online in 10-14 business days as specified by the law unless we receive notification that a lawsuit has been filed for copyright infringement and an injunction against the content has been issued by the courts.   The full Counter Notification is as follows:

"January 2, 2013

New Dream Network, LLC
Dreamhost.com
707 Wilshire Boulevard, Suite 5050
Los Angeles, CA 90017

RE: Mistaken Removal

Dear New Dream Network, LLC;

Please find attached to this letter a list of material removed by you pursuant to 17 U.S.C. Section 512. I have a good faith belief that this material was removed or disabled in error as a result of mistake or misidentification of the material. I declare that this is true and accurate under penalty of perjury under the laws of the United States of America.

For the purposes of this matter, I consent to the jurisdiction of the Federal District Court for the judicial district in which I reside. I also consent to service of process by the person providing notification under Section 512(c)(1)(C) or that person's agent.

However, by this letter, I do not waive any other rights, including the ability to pursue an action for the removal or disabling of access to this material, if wrongful.

This is Exhibit " A "
No. _____ referred to
in the affidavit of _Charles Leary_
(sworn/affirmed) before me
on _January 25_ 2013
_____
Signature
Shelley Ryerson
Deputy Prothonotary

Exhibit "A"

https://mail.google.com/mail/?ui=2&ik=2be977&rd&view=pt&q=DMCA&qs=true&search=query&th=13c021&m...   1/4

Having complied with the requirements of Section 512(g)(3), I remind you
that you must now replace the blocked or removed material and cease
disabling access to it within fourteen business days of your receipt of this
notice. Please notify me when this has been done.

Please see below for a complete description of the material in question.

I appreciate your prompt attention to this matter. If you have any questions
about this notice, please do not hesitate to contact me.

Doug Handshoe
Slabbed New Media LLC
Post Office Box 788
Wiggins, MS 39577
228-323-1598
http://slabbed.org

——Original Message——
From: DreamHost Abuse/Security Team [mailto:support@dreamhost.com]
Sent: 01/01/2013 3:27 PM
To: earning04@gmail.com
Subject: Re: [douhan5 67316463] URGENT: DMCA Takedown Notification....

Hello,

On Tue, 01 Jan 2013, you wrote:

> Please forward me a copy of the take down notice from Charles Leary.  I
> intend to file a counter notification but would like to see the take
> down notice so I may properly respond.
>
> Thanks
>
> Doug Handshoe
> Slabbed New Media LLC
> www.slabbed.org
>
>

Thanks for writing, Doug. The full DMCA notification you requested is
included below.

================================

2nd Notice DMCA Infringement - Received: 2012-12-31 07:56:02 from Trout

Point Lodge <trout.point.lodge@gmail.com> to DreamHost Abuse
Subject: Notice of Copyright Infringement

There are 2 copyrighted works being infringed on slabbed.org, hosted by
DreamHost. *We have repeatedly given DreamHost notice of past violations by
this web site involving these images.*

The 1st copyrighted work at issue is the IMAGE that appears on:

http://www.slabbed.org/2012/09/25/jefferson-parish-corruption-omnibus-today-
aaron-broussard-put-his-hand-on-a-bible-and-admitted-he-is-a-filthy-sack-of-
crap/

and

http://www.slabbed.org/2012/09/11/lets-talk-a-bit-more-about-aaron-broussard
s-evidence-of-other-crimes-involving-the-resort-at-trout-point-nova-scotia-a
nd-the-use-of-slapp-suits-by-his-business-associates-in-canada/

and

http://www.slabbed.org/2011/09/08/slabbed-solves-the-mystery-on-the-shores-o
f-the-tusket-river-in-nova-scotia-as-we-reveal-the-trout-point-connection-to
-the-jefferson-parish-political-corruption-scandal/

The 2nd copyrighted work at issue is the IMAGE that appears on:

http://www.slabbed.org/2012/12/04/wash-rinse-repeat-aaron-broussards-former-
property-managers-in-canada-again-sue-slabbed-for-defamation-in-nova-scotia/

The URLs where the 1st copyrighted Image appeared have now been removed from
publication. Please see attached transfer of copyright to me from the Ashoka
Foundation assigning me the rights over this image.

The URL where the 2nd copyrighted image appears is:
http://www.thestar.com/news/canada/article/1125508--mississippi-blogger-must
-pay-a-gay-couple-425-000-in-damages-nova-scotia-court-orders

WE WILL PURSUE LEGAL ACTION AGAINST DREAMHOST UNDER THE CANADA COPYRIGHT ACT
IF THESE IMAGES--EITHER HOSTED OR EMBEDDED--ARE NOT REMOVED FROM INFRINGING
PUBLICATION. THE UNITED STATES AND CANADA HAVE NUMEROUS TREATIES
RECIPROCALLY PROTECTING COPYRIGHT. THERE IS NO CDA PROTECTION FOR PUBLISHING
THESE INFRINGING WORKS.

You can reach me at trout.point.lodge@gmail.com for further information or

clarification. My phone number is [REDACTED] and my mailing address is Charles Leary, Trout Point Lodge, P.O. Box 456, Kemptville, NS B0W 1Y0 Canada.

The email address of the website owner, who has republished Trout Point Lodge's content illegally, is: earning04@gmail.com

Section 512 of the DMCA has a safe-harbor provision that relates to links you post to other online material located elsewhere or embedded material. This safe-harbor provision is found in section 512(d), and it states that an online service provider will not be held liable for money damages "for infringement of copyright by reason of the provider referring or linking users to an online location containing infringing material or infringing activity, by using information location tools, including a directory, index, reference, pointer, or hypertext link." If DreamHost hosted this copyrighted material or hosted links to this image without knowing that it infringed copyright, the language of this section appears to relieve DreamHost of liability, as long as DreamHost did not have actual knowledge that the material it linked to/embedded is infringing, or know any surrounding facts that would make the infringement apparent; did not receive any financial benefit directly attributable to the infringing activity if DreamHost had the ability to control such activity; and if DreamHost now acts expeditiously to remove or disable access to the infringing material (such as by taking away the link/embedded image) upon obtaining knowledge or awareness that the material is infringing or upon receiving this properly drafted notice of infringement.

I have a good faith belief that use, linking, and/or embedding of the copyrighted materials described above as allegedly infringing is not authorized by the copyright owner, its agent, or the law.

I swear, under penalty of perjury, that the information in the notification is accurate and that I am the copyright owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed. By typing in my name below, I agree that this is my digital signature.

Charles L. Leary

==================================
"

--
- Glen J., Abuse Coordinator
- DreamHost Web Hosting - http://www.dreamhost.com/

Gmail  2nd Notice DMCA Infringement

# 2nd Notice DMCA Infringement

**Trout Point Lodge** <trout.point.lodge@gmail.com>                    31 December 2012 11:55
To: abuse@dreamhost.com

Subject: Notice of Copyright Infringement

**There are 2 copyrighted works being infringed on slabbed.org, hosted by DreamHost. We have repeatedly given DreamHost notice of past violations by this web site involving these images.**

The 1st copyrighted work at issue is the IMAGE that appears on:

http://www.slabbed.org/2012/09/25/jefferson-parish-corruption-omnibus-today-aaron-broussard-put-his-hand-on-a-bible-and-admitted-he-is-a-filthy-sack-of-crap/

and

http://www.slabbed.org/2012/09/11/lets-talk-a-bit-more-about-aaron-broussards-evidence-of-other-crimes-involving-the-resort-at-trout-point-nova-scotia-and-the-use-of-slapp-suits-by-his-business-associates-in-canada/

and

http://www.slabbed.org/2011/09/08/slabbed-solves-the-mystery-on-the-shores-of-the-tusket-river-in-nova-scotia-as-we-reveal-the-trout-point-connection-to-the-jefferson-parish-political-corruption-scandal/

The 2nd copyrighted work at issue is the IMAGE that appears on:

http://www.slabbed.org/2012/12/04/wash-rinse-repeat-aaron-broussards-former-property-managers-in-canada-again-sue-slabbed-for-defamation-in-nova-scotia/

The URLs where the 1st copyrighted Image appeared have now been removed from publication. Please see attached transfer of copyright to me from the Ashoka Foundation assigning me the rights over this image.

The URL where the 2nd copyrighted image appears is: http://www.thestar.com/news/canada/article/1125508--mississippi-blogger-must-pay-a-gay-couple-425-000-in-damages-nova-scotia-court-orders

WE WILL PURSUE LEGAL ACTION AGAINST DREAMHOST UNDER THE CANADA COPYRIGHT ACT IF THESE IMAGES–EITHER HOSTED OR

https://mail.google....

EMBEDDED–ARE NOT REMOVED FROM INFRINGING PUBLICATION. THE UNITED STATES AND CANADA HAVE NUMEROUS TREATIES RECIPROCALLY PROTECTING COPYRIGHT. THERE IS NO CDA PROTECTION FOR PUBLISHING THESE INFRINGING WORKS.

You can reach me at trout.point.lodge@gmail.com for further information or clarification. My phone number is +1-902-761-2142 and my mailing address is Charles Leary, Trout Point Lodge, P.O. Box 456, Kemptville, NS B0W 1Y0 Canada.

The email address of the website owner, who has republished Trout Point Lodge's content illegally, is: earning04@gmail.com

Section 512 of the DMCA has a safe-harbor provision that relates to links you post to other online material located elsewhere or embedded material. This safe-harbor provision is found in section 512(d), and it states that an online service provider will not be held liable for money damages "for infringement of copyright by reason of the provider referring or linking users to an online location containing infringing material or infringing activity, by using information location tools, including a directory, index, reference, pointer, or hypertext link." If DreamHost hosted this copyrighted material or hosted links to this image without knowing that it infringed copyright, the language of this section appears to relieve DreamHost of liability, as long as DreamHost did not have actual knowledge that the material it linked to/embedded is infringing, or know any surrounding facts that would make the infringement apparent; did not receive any financial benefit directly attributable to   the infringing activity if DreamHost had the ability to control such activity; and if DreamHost now acts expeditiously to remove or disable access to the infringing material (such as by taking away the link/embedded image) upon obtaining knowledge or awareness that the material is infringing or upon receiving this properly drafted notice of infringement.

I have a good faith belief that use, linking, and/or embedding of the copyrighted materials described above as allegedly infringing is not authorized by the copyright owner, its agent, or the law.

I swear, under penalty of perjury, that the information in the notification is accurate and that I am the copyright owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed. By typing in my name below, I agree that this is my digital signature.

Charles L. Leary

—
Trout Point Lodge of Nova Scotia
www.troutpoint.com
Small Luxury Hotels of the World
online reservations

Copyright Assignment to Charles Leary.pdf
574K



Gmail · DMCA Notice

## DMCA Notice

---

**Trout Point Lodge** <trout.point.lodge@gmail.com>                                    13 December 2012 22:12
To: abuse@dreamhost.com

Subject: Notice of Copyright Infringement

The copyrighted work at issue is the IMAGE that appears on

http://www.slabbed.org/2012/09/25/jefferson-parish-corruption-omnibus-today-aaron-broussard-put-his-hand-on-a-bible-and-admitted-he-is-a-filthy-sack-of-crap/

and

http://www.slabbed.org/2012/09/11/lets-talk-a-bit-more-about-aaron-broussards-evidence-of-other-crimes-involving-the-resort-at-trout-point-nova-scotia-and-the-use-of-slapp-suits-by-his-business-associates-in-canada/

and

http://www.slabbed.org/2011/09/08/slabbed-solves-the-mystery-on-the-shores-of-the-tusket-river-in-nova-scotia-as-we-reveal-the-trout-point-connection-to-the-jefferson-parish-political-corruption-scandal/

The URLs where our copyrighted material have now been removed from publication. Please see attached transfer of copyright to me from the Ashoka Foundation.

You can reach me at trout.point.lodge@gmail.com for further information or clarification. My phone number is +1-902-761-2142 and my mailing address is Charles Leary, Trout Point Lodge, P.O. Box 456, Kemptville, NS B0W 1Y0 Canada.

The email address of the website owner, who has republished Trout Point Lodge's content illegally, is: earning04@gmail.com

Section 512 of the DMCA has a safe-harbor provision that relates to links you post to other online material located elsewhere or embedded material. This safe-harbor provision is found in section 512(d), and it states that an online service provider will not be held liable for money damages "for infringement of copyright by reason of the provider referring or linking users to an online location containing infringing material or infringing activity, by using information location tools, including a directory, index, reference, pointer, or hypertext link." If DreamHost hosted this copyrighted material or hosted links to this image without knowing that it infringed copyright, the language of this section appears to relieve DreamHost of liability, as long as DreamHost did not have actual knowledge that the material it linked to/embedded is infringing, or know any surrounding facts that would make the infringement apparent; did not receive any financial benefit directly attributable to   the infringing activity if DreamHost had the ability to control such

activity; and if DreamHost now acts expeditiously to remove or disable access to the infringing material (such as by taking away the link/embedded image) upon obtaining knowledge or awareness that the material is infringing or upon receiving this properly drafted notice of infringement.

I have a good faith belief that use, linking, and/or embedding of the copyrighted materials described above as allegedly infringing is not authorized by the copyright owner, its agent, or the law.

I swear, under penalty of perjury, that the information in the notification is accurate and that I am the copyright owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed. By typing in my name below, I agree that this is my digital signature.

Charles L. Leary

--
Trout Point Lodge of Nova Scotia
www.troutpoint.com
Small Luxury Hotels of the World
online reservations

---

📄 Copyright Assignment to Charles Leary.pdf
574K

---

**Trout Point Lodge** <trout.point.lodge@gmail.com>                                    18 December 2012 13:13
To: abuse@dreamhost.com

Subject: Notice of Copyright Infringement

The owner of the blog Slabbed has just republished several infringing images or embedded infringing images at slabbed.org. He is a serial copyright infringer and defamer. His is now using DreamHost hosting directly for image hosting.

We have put you on notice of Doug Handshoe's illegal activities on numerous occasions. He is the defendant in a federal law suit in Mississippi and a subsequent law suit in Nova Scotia Supreme Court. He is also the subject of 2 injunctions from Nova Scotia Supreme Court regarding his publishing activities about Charles Leary, Vaughn Perret, and Trout Point Lodge.

While we have no desire to involve DreamHost in litigation, continued hosting of this serial copyright infringer after you have had multiple notices of his infringing activities makes DreamHost lose any DMCA protections.

You are also in touch with attorneys for Progress Media who own the copyright to the below image. I just spoke with Progress Media on the phone today:

http://www.slabbed.org/wp-content/uploads/2012/01/abel-leary-perret.jpg

The copyrighted works at issue to which I own the copyright are the IMAGES that appears on:

http://www.slabbed.org/wp-content/uploads/2011/09/leary-perret1.jpg

and

http://www.slabbed.org/wp-content/uploads/2011/09/leary-perret.jpg?w=300

and

http://www.slabbed.org/2012/12/04/wash-rinse-repeat-aaron-broussards-former-property-managers-in-canada-again-sue-slabbed-for-defamation-in-nova-scotia/

These images appear on multiple posts and pages at slabbed.org, all published juxtaposed to *per se* defamatory words. The last one is an embedded image being published with permission by the Toronto Star web site. Handshoe has no permission to publish this photograph, which is the intellectual property of Trout Point Lodge.

The other URLs where the copyrighted image of Charles Leary & Vaughn Perret existed has now been removed from publication. Please see attached transfer of copyright to me from the Ashoka Foundation.

You can reach me at trout.point.lodge@gmail.com for further information or clarification. My phone number is +1-902-761-2142 and my mailing address is Charles Leary, Trout Point Lodge, P.O. Box 456, Kemptville, NS B0W 1Y0 Canada.

The email address of the website owner, who has republished Trout Point Lodge's content illegally, is: earning04@gmail.com

Section 512 of the DMCA has a safe-harbor provision that relates to links you post to other online material located elsewhere or embedded material. This safe-harbor provision is found in section 512(d), and it states that an online service provider will not be held liable for money damages "for infringement of copyright by reason of the provider referring or linking users to an online location containing infringing material or infringing activity, by using information location tools, including a directory, index, reference, pointer, or hypertext link." If DreamHost hosted this copyrighted material or hosted links to this image without knowing that it infringed copyright, the language of this section appears to relieve DreamHost of liability, as long as DreamHost did not have actual knowledge that the material it linked to/embedded is infringing, or know any surrounding facts that would make the infringement apparent; did not receive any financial benefit directly attributable to   the infringing activity if DreamHost had the ability to control such activity; and if DreamHost now acts expeditiously to remove or disable access to the infringing material (such as by taking away the link/embedded image) upon obtaining knowledge or awareness that the material is infringing or upon receiving this properly drafted notice of infringement.

I have a good faith belief that use, linking, and/or embedding of the copyrighted materials described above as allegedly infringing is not authorized by the copyright owner, its agent, or the law.

I swear, under penalty of perjury, that the information in the notification is accurate and that I am the copyright owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed. By typing in my name below, I agree that this is my digital signature.

Charles L. Leary

**Copyright Assignment to Charles Leary.pdf**
574K

1/22/13                                                                                                   Gmail - revised DMCA notice



## revised DMCA notice

---

**Trout Point Lodge** <trout.point.lodge@gmail.com>                                              5 December 2012 21:42
To: abuse@dreamhost.com

Subject: Notice of Copyright Infringement

The copyrighted work at issue is the IMAGE that appears on http://www.slabbed.org/2012/12/04/wash-rinse-repeat-aaron-broussards-former-property-managers-in-canada-again-sue-slabbed-for-defamation-in-nova-scotia/

The URLs where our copyrighted material is located include http://www.thestar.com/news/canada/article/1125508--mississippi-blogger-must-pay-a-gay-couple-425-000-in-damages-nova-scotia-court-orders

You can reach me at trout.point.lodge@gmail.com for further information or clarification. My phone number is +1-902-761-2142 and my mailing address is Charles Leary, Trout Point Lodge, P.O. Box 456, Kemptville, NS B0W 1Y0 Canada.

The email address of the website owner, who has republished Trout Point Lodge's content illegally, is: earning04@gmail.com

Section 512 of the DMCA has a safe-harbor provision that relates to links you post to other online material located elsewhere or embedded material. This safe-harbor provision is found in section 512(d), and it states that an online service provider will not be held liable for money damages "for infringement of copyright by reason of the provider referring or linking users to an online location containing infringing material or infringing activity, by using information location tools, including a directory, index, reference, pointer, or hypertext link." If DreamHost hosted this copyrighted material or hosted links to this image without knowing that it infringed copyright, the language of this section appears to relieve DreamHost of liability, as long as DreamHost did not have actual knowledge that the material it linked to/embedded is infringing, or know any surrounding facts that would make the infringement apparent; did not receive any financial benefit directly attributable to   the infringing activity if DreamHost had the ability to control such activity; and if DreamHost now acts expeditiously to remove or disable access to the infringing material (such as by taking away the link/embedded image) upon obtaining knowledge or awareness that the material is infringing or upon receiving this properly drafted notice of infringement.

I have a good faith belief that use, linking, and/or embedding of the copyrighted materials described above as allegedly infringing is not authorized by the copyright owner, its agent, or the law.

I swear, under penalty of perjury, that the information in the notification is accurate and that I am the copyright owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed. By typing in my name below, I agree that this is my digital signature.

Charles L. Leary

Gmail - Trout Point DMCA notice

**Trout Point Lodge of Nova Scotia**
**www.troutpoint.com**
**Small Luxury Hotels of the World**
**online reservations**



# Fwd: DMCA Counter Notification re: slabbed.org

**Mathis, Raegan** <rmathis@ngs.org>                        Thu, Jan 17, 2013 at 12:12 PM
To: foodvacation@gmail.com

Hello Dr. Leary,

Attached below is the response letter sent by Doug Handshoe. We are sending another takedown notice regarding the screenshot of the photo. As mentioned by Susan Borke, we have removed the photos from the photostream.

Please let us know if you have any additional questions.

Regards,

Raegan Mathis
National Geographic
Specialist | Rights Clearance
202.775.6173 | office
202.857.5874 | fax
rmathis@ngs.org| email

———— Forwarded message ————
From: **DreamHost Abuse** <abuse-replies@dreamhost.com>
Date: Tue, Jan 8, 2013 at 5:43 PM
Subject: DMCA Counter Notification re: slabbed.org
To: rmathis@ngs.org

Hello -

We have received a DMCA Counter Notification related to the DMCA notification you submitted on 2013-01-07 . Per the DMCA the content in question will be allowed back online in 10-14 business days if we do not receive notification that a lawsuit has been filed and that a judge has issued an injunction against the content.

The full DMCA Counter Notification provided to us by our customer is as follows:

"January 8, 2013

New Dream Network, LLC
Dreamhost.com
707 Wilshire Boulevard, Suite 5050
Los Angeles, CA 90017

RE: Mistaken Removal of screen capture of Charles Leary's flickr page

Dear New Dream Network, LLC;

Please find attached to this letter a list of material removed by you pursuant to 17 U.S.C. Section 512. I have a good faith belief that this material was removed or disabled in error as a result of mistake or misidentification of the material. I declare that this is true and accurate under penalty of perjury under the laws of the United States of America.

For the purposes of this matter, I consent to the jurisdiction of the Federal District Court for the judicial district in which I reside. I also consent to service of process by the person providing notification under Section 512(c)(1)(C) or that person's agent.

However, by this letter, I do not waive any other rights, including the ability to pursue an action for the removal or disabling of access to this material, if wrongful.

Having complied with the requirements of Section 512(g)(3), I remind you that you must now replace the blocked or removed material and cease disabling access to it within fourteen business days of your receipt of this notice. Please notify me when this has been done.

Please see below for a complete description of the material in question.

I appreciate your prompt attention to this matter. If you have any questions about this notice, please do not hesitate to contact me.

Doug Handshoe
Slabbed New Media LLC
Post Office Box 788
Wiggins, MS 39577
228-284-0004
http://slabbed.org

-----Original Message-----
From: DreamHost Abuse/Security Team [mailto:support@dreamhost.com]
Sent: 01/07/2013 7:40 PM
To: earning04@gmail.com

Gmail - Fwd: DMCA Counter Notification re: slabbed.org

forwarded on to the party making the complaint).

In the meantime, we ask that you do not replace the content in question, or
in any other way distribute it in conjunction with our services.
Please also be advised that copyright violation is strictly against our
Terms and Conditions, and such offenses risk resulting in immediate
disablement of your account should you not cooperate (not to mention the
legal risk to you if they are true).

http://www.dreamhost.com/tos.html

We also ask that if you are indeed infringing upon the copyright associated
with these works that you delete them from your account immediately, and let
us know once this has been done. We also ask that you delete any other
infringing works not listed in this take down notification, if they exist.

If you have any questions, please don't hesitate to let us know. I have
included the Full Original DMCA notification below:

"Cease & Desist for Infringing Property of National Geographic -
Received: 2013-01-07 16:38:02 from Raegan Mathis <rmathis@ngs.org> to
DreamHost Abuse To Whom It May Concern:

This letter is serving as our notice of an infringing blog hosted via
DreamHost.

1. Location of the original National Geographic copyrighted work, which is a
photo of Charles Leary of Trout Point Lodge was formerly found here:

http://www.flickr.com/photos/48032856@N03/page2/

and

http://www.flickr.com/photos/48032856@N03/4460241383/in/photostream

2. The location of the unauthorized material on the DreamHost site:

http://www.slabbed.org/wp-content/uploads/2011/09/charles-leary
-flickr-page.jpg

3. I have a good faith belief that use of the copyrighted materials
described above as allegedly infringing is not authorized by the copyright
owner, its agent, or the law.

4. I swear, under penalty of perjury, that the information in the
notification is accurate and that I am the copyright owner or am authorized
to act on behalf of the owner of an exclusive right that is allegedly
infringed.

Sincerely,

--
Raegan Mathis
National Geographic
Specialist | Rights Clearance
202.775.6173 | office
202.857.5874 | fax
rmathis@ngs.org| email
"


--
- Glen J., Abuse Coordinator
- DreamHost Web Hosting - http://www.dreamhost.com/


--
Raegan Mathis
National Geographic
Specialist | Rights Clearance
202.775.6173 | office
202.857.5874 | fax
rmathis@ngs.org| email

This transmission is intended solely for the addressee(s) shown above.  It may contain information that is privileged, confidential or otherwise protected
from disclosure.  Any review, dissemination or use of this transmission or its content by persons other than the intended addressee(s) is strictly
prohibited.  If you have received this transmission in error, please notify me immediately, e-mail the original to me at the sender's address above by
replying to this message and including the text of the transmission received,   )permanently delete the original and any copies as well as de   ) any



# [DMCA #1407631]: Automattic DMCA Notice

**Elizabeth - WordPress.com** <dmca@automattic.com>
Reply-To: dmca@automattic.com
To: foodvacation@gmail.com

Sat, Dec 15, 2012 at 2:52 PM

> 
> : foodvacation@gmail.com
> Email Address: foodvacation@gmail.com
> Location of copyrighted work (where your original material is located): now removed from pubication
> First Name: Charles
> Last Name: Leary
> Company Name: Trout Point Lodge of Nova Scotia
> Address Line 1: 189 Trout Point Rd.
> Address Line 2: P.O. Box 456
> City: Kemptville
> State/Region/Province: Nova Scotia
> Zip/Postal Code: B0W 1Y0
> Country: Canada
> Telephone Number: 9027612142
> Copyright holder you represent (if other than yourself): Charles Leary
> Please describe the copyrighted work so that it may be easily identified: image of Charles Leary & Vaughn Perret
> Location (URL) of the unauthorized material on a WordPress.com site (NOT simply the primary URL of the site - example.wordpress.com; you must provide the full and exact permalink of the post, page, or image where the content appears, one per line) : http://slabbed.files.
wordpress.com/2011/09/leary-perret.jpg
> 
> You continue to host material for the Slabbed blog in contravention of an agreement reached with me.
> If the infringement described above is represented by a third-party link to a downloadable file (e.g. http://rapidshare.com/files/...), please provide the URL of the file (one per line):
> I have a good faith belief that use of the copyrighted materials described above as allegedly infringing is not authorized by the copyright owner, its agent, or the law.: Yes
> I swear, under penalty of perjury, that the information in the  notification is accurate and that I am the copyright owner or am  authorized to act on behalf of the owner of an exclusive right that is  allegedly infringed.: Yes
> Signed on this date of (today's date, MM/DD/YYYY): 14/12/2012
> Signature (your digital signature is legally binding): Charles L. Leary
> 

Your DMCA Takedown Notice has been received and reviewed.

In accordance with the requirements set forth by the DMCA, we have disabled access to the material identified as infringing. Please note that notification of this has been sent to the publisher of the material. Upon his/her request, we will forward the notice's details and provide them an opportunity to formally challenge this removal. If the publisher decides to submit a counter-notice you will be notified immediately.

Thank you.

Elizabeth | WordPress.com





# [DMCA #1405990]: Automattic DMCA Notice

**Phil - WordPress.com** <dmca@automattic.com>
Reply-To: dmca@automattic.com
To: foodvacation@gmail.com

Fri, Dec 14, 2012 at 12:49 AM

> 
> : foodvacation@gmail.com
> Email Address: foodvacation@gmail.com
> Location of copyrighted work (where your original material is located): now removed from publication
> previously located at http://www.changemakers.com/stories/trout-point-lodge-making-change-happen-place-place
> 
> We have previously put Automattic on notice that it is continuing to host content for the Slabbed blog despite an agreement not to do so pursuant to a court order from the Nova Scotia Supreme Court.
> 
> Automattic continues to host the Slabbed blog or components of it.
> First Name: Charles
> Last Name: Leary
> Company Name: Trout Point Lodge
> Address Line 1: P.O. Box 456
> Address Line 2:
> City: Kemptville
> State/Region/Province: Nova Scotia
> Zip/Postal Code: B0W 1Y0
> Country: Canada
> Telephone Number: 9027612142
> Copyright holder you represent (if other than yourself): Charles Leary
> Please describe the copyrighted work so that it may be easily identified: image of Charles Leary & Vaughn Perret
> http://slabbed.files.wordpress.com/2011/09/leary-perret1.jpg?w=300
> Location (URL) of the unauthorized material on a WordPress.com site (NOT simply the primary URL of the site - example.wordpress.com; you must provide the full and exact permalink of the post, page, or image where the content appears, one per line) : http://slabbed.files. wordpress.com/2011/09/leary-perret1.jpg?w=300
> If the infringement described above is represented by a third-party link to a downloadable file (e.g. http://rapidshare.com/files/...), please provide the URL of the file (one per line):
> I have a good faith belief that use of the copyrighted materials described above as allegedly infringing is not authorized by the copyright owner, its agent, or the law.: Yes
> I swear, under penalty of perjury, that the information in the notification is accurate and that I am the copyright owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.: Yes

12/13

Gmail - [DMCA #1403550]: Automatic DMCA Notice

> Signed on this date of (today's date, MM/DD/YYYY): 12/13/2012
> Signature (your digital signature is legally binding): Charles L. Leary
>
> Time: Thursday December 13, 2012 at 11:41 pm
> IP Address: 24.222.222.18
> Contact Form URL: http://automattic.com/dmca/
> Sent by an unverified visitor to your site.

Your DMCA Takedown Notice has been received and reviewed.

In accordance with the requirements set forth by the DMCA, we have disabled access to the material identified as infringing. Please note that notification of this has been sent to the publisher of the material. Upon his/her request, we will forward the notice's details and provide them an opportunity to formally challenge this removal. If the publisher decides to submit a counter-notice you will be notified immediately.

Thank you.
Phil
Happiness Engineer | WordPress.com

Contact Us — Automatic

**for billing questions, support, or complaints.** They will be ignored unless you use the proper channels linked above.

Our voicemail is (877) 273-3049. Our mailing address is:

Automattic, Inc.
60 29th Street #343
San Francisco, CA 94110-4929
United States of America

Like this:     ★ Like   20 bloggers like this.



**YOUR NAME**                                    *Required*

**YOUR EMAIL**                                   *Required*

**URI OF YOUR BLOG**

**WHAT'S THIS ABOUT?**                           *Required*

**TELL ME SOMETHING**                            *Required*