AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:15cv382 HSO-JCG

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 25 2015
ARTHUR JOHNSTON
BY _____ DEPUTY

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* R.V.R. of National Geographic Society, who is
designated by law to accept service of process on behalf of *(name of organization)* National Geographic
Society, Inc on *(date)* 11/18/15 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 12.00 for postage and $ 20.00 for services, for a total of $ 32.00 .

I declare under penalty of perjury that this information is true.

Date: 11-24-2015

Henry Ward
Server's signature

Henry Ward Tourism Business Solutions, owner
Printed name and title

2308 Arnold Ave Waveland, MS 39576
Server's address

ID #93290
BRIAN H. BROOKS
STATE OF MISSISSIPPI
NOTARY PUBLIC
Commission Expires May 10, 2018
HANCOCK COUNTY

Additional information regarding attempted service, etc.:

Notary: Brian H. Brooks   11-24-15

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

1. Article Addressed to:

National Geographic Society
1145 Seventeenth Street NW
Washington DC 20036-4688

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No



9590 9403 0404 5163 1780 22

2. Article Number (Transfer from service label)
7015 0920 0001 9815 8701

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053

Domestic Return Receipt



# USPS Tracking®

Customer Service ›
Have questions? We're here to help.

Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 70150920000198158701

Delivered

Updated Delivery Day: Thursday, November 19, 2015

## Product & Tracking Information

**Postal Product:**
Priority Mail 2-Day™

**Features:**
Certified Mail™        Return Receipt
Up to $50 insurance included
Restrictions Apply

See tracking for related item: 9590940304045163178022

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| November 18, 2015, 1:44 pm | Delivered, To Mail Room | WASHINGTON, DC 20036 |

Your item has been delivered to the mail room at 1:44 pm on November 18, 2015 in WASHINGTON, DC 20036.

| | | |
|---|---|---|
| November 18, 2015, 10:23 am | Arrived at Unit | WASHINGTON, DC 20036 |
| November 18, 2015, 4:07 am | Arrived at USPS Destination Facility | WASHINGTON, DC 20066 |
| November 17, 2015, 1:15 am | Departed USPS Facility | GULFPORT, MS 39503 |
| November 16, 2015, 7:11 pm | Arrived at USPS Origin Facility | GULFPORT, MS 39503 |
| November 16, 2015, 4:27 pm | Departed Post Office | BAY SAINT LOUIS, MS 39520 |
| November 16, 2015, 2:22 pm | Acceptance | BAY SAINT LOUIS, MS 39520 |

## Available Actions

Text Updates

Email Updates

## Track Another Package

Tracking (or receipt) number

[Track It]

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Douglas Handshoe  )<br><br>      *Plaintiff(s)*   )<br>        v.    )   Civil Action No. 1:15cv382HSO-JCG<br>Vaughn Perret, Charles Leary, Daniel Abel d/b/a  )<br>Trout Point Lodge Ltd. & in their individual capacities,  )<br>Progress Media Group, Ltd., Marilyn Smulders,  )<br>Torstar Corp, National Geographic Society et al  )<br>      *Defendant(s)*  ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   National Geographic Society
1145 Seventeenth Street NW
Washington, DC 20036-4688

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Douglas Handshoe
Post Office Box 788
Wiggins, MS 39577-0788

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date:  11-16-15                                                             *Signature of Clerk or Deputy Clerk*