AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:15cv382 HSO-JCG

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Marilyn Smulders__

was received by me on *(date)* __11-16-15__ .

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
DEC 08 2015
ARTHUR JOHNSTON
BY _____ DEPUTY

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: __International Registered Mail, Return Receipt, Restricted Delivery__

My fees are $ __39.75__ for travel and $ __20.00__ postage for services, for a total of $ __59.75__ / 0.00 .

I declare under penalty of perjury that this information is true.

Date: __12-7-15__

_Henry Ward_
Server's signature

_Henry Ward_
Printed name and title

__2308 Asgoull Bryan H Brooks Street, Waveland, MS 39576__
Server's address

(Notary seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 52390, BRYAN H. BROOKS, Commission Expires May 10, 2018, HANCOCK COUNTY)

Additional information regarding attempted service, etc:

Notary: Bryan H Brooks
12/07/15

RETURN

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

Douglas Handshoe )
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 1:15cv382HSO-JCG
)
Vaughn Perret, Charles Leary, Daniel Abel d/b/a )
Trout Point Lodge Ltd. & in their individual capacities, )
Progress Media Group, Ltd., Marilyn Smulders, )
Torstar Corp, National Geographic Society et al )
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Marilyn Smulders
5163 Duke Street
Halifax, NS B3J 3J6 Canada

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Douglas Handshoe
Post Office Box 788
Wiggins, MS 39577-0788

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

CLERK OF COURT

Date: 11-10-15

*Signature of Clerk or Deputy Clerk*

English    Customer Service    USPS Mobile                                      Register / Sign In

# USPS.COM®

# USPS Tracking®


Customer Service ›
Have questions? We're here to help.


Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: RE185387064US

## Product & Tracking Information

**Postal Product:**  **Features:**
Registered Mail™    Return Receipt

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| November 25, 2015, 12:13 pm | Delivered | CANADA |

Your item was delivered in CANADA at 12:13 pm on November 25, 2015.

| November 25, 2015, 2:57 am | Arrival at Post Office | CANADA |
| --- | --- | --- |
| November 23, 2015, 9:53 am | Customs clearance processing complete | CANADA |
| November 23, 2015, 8:47 am | Processed Through Sort Facility | CANADA |
| November 23, 2015, 8:47 am | Customs Clearance | CANADA |
| November 20, 2015, 6:59 am | Processed Through Sort Facility | ISC NEW YORK NY(USPS) |
| November 20, 2015, 6:57 am | Arrived at Sort Facility | ISC NEW YORK NY(USPS) |
| November 18, 2015, 2:35 am | Arrived at USPS Facility | MEMPHIS, TN 38101 |
| November 18, 2015, 1:29 am | Arrived at Unit | MEMPHIS, TN 38101 |
| November 17, 2015, 6:26 pm | Arrived at USPS Facility | JACKSON, MS 39201 |
| November 17, 2015, 12:30 am | Arrived at USPS Facility | GULFPORT, MS 39503 |
| November 16, 2015, 4:27 pm | Departed Post Office | BAY SAINT LOUIS, MS 39520 |
| November 16, 2015, 2:17 pm | Acceptance | BAY SAINT LOUIS, MS 39520 |

Track Another Package                                   Manage Incoming Packages

**Tracking (or receipt) number**

RE185387064US    Track It

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
| | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
| | Government Services | National Postal Museum | |
| | Careers | Resources for Developers | |

Copyright © 2015 USPS. All Rights Reserved.

Search or Enter a Tracking Number

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Progress Media Group Ltd__

was received by me on *(date)* __11-16-15__ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 08 2015
ARTHUR JOHNSTON
BY_____ DEPUTY

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* International Registered Mail, Signature Required, Restricted Delivery

My fees are $ __39.75__ for ~~travel~~ postage and $ __20.00__ for services, for a total of $ __59.75__ ~~0.00~~ .

I declare under penalty of perjury that this information is true.

Date: __12/07/15__

_Roy Ward_
Server's signature

_Henry Ward_
Printed name and title

__2308 Arnold St, Bay St Louis, MS 39576__
Server's address

Additional information regarding attempted service, etc:
Notary: Brad H Brooks
12/07/15

(Notary seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 52390, BRAD H. BROOKS, Commission Expires May 10, 2018, HANCOCK COUNTY)

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | ) | |
|---|---|---|
| Douglas Handshoe | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:15cv382 HSO-JCG |
| Vaughn Perret, Charles Leary, Daniel Abel d/b/a Trout Point Lodge Ltd. & in their individual capacities, Progress Media Group, Ltd., Marilyn Smulders, Torstar Corp, National Geographic Society et al | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Progress Media Group, Limited
1202 - 1660 Hollis Street
Halifax, NS B3J 1V7 Canada

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Douglas Handshoe
Post Office Box 788
Wiggins, MS 39577-0788

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

*CLERK OF COURT*

Date: 11-16-15

*Signature of Clerk or Deputy Clerk*

| English | Customer Service | USPS Mobile | | Register / Sign In |

# USPS.COM

## USPS Tracking®

 **Customer Service ›**
Have questions? We're here to help.

 **Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: RE185387047US

## Product & Tracking Information

**Postal Product:** | **Features:**
| Registered Mail™ | Return Receipt

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| November 25, 2015 , 10:22 am | Delivered | CANADA |

Your item was delivered in CANADA at 10:22 am on November 25, 2015.

| November 25, 2015 , 5:21 am | Arrival at Post Office | CANADA |
| November 23, 2015 , 9:51 am | Customs clearance processing complete | CANADA |
| November 23, 2015 , 8:47 am | Processed Through Sort Facility | CANADA |
| November 23, 2015 , 8:47 am | Customs Clearance | CANADA |
| November 20, 2015 , 6:59 am | Processed Through Sort Facility | ISC NEW YORK NY(USPS) |
| November 20, 2015 , 6:57 am | Arrived at Sort Facility | ISC NEW YORK NY(USPS) |
| November 18, 2015 , 2:34 am | Arrived at USPS Facility | MEMPHIS, TN 38101 |
| November 18, 2015 , 1:29 am | Arrived at Unit | MEMPHIS, TN 38101 |
| November 17, 2015 , 6:26 pm | Arrived at USPS Facility | JACKSON, MS 39201 |
| November 17, 2015 , 12:31 am | Arrived at USPS Facility | GULFPORT, MS 39503 |
| November 16, 2015 , 4:27 pm | Departed Post Office | BAY SAINT LOUIS, MS 39520 |
| November 16, 2015 , 2:04 pm | Acceptance | BAY SAINT LOUIS, MS 39520 |

Track Another Package

Manage Incoming Packages

**Tracking (or receipt) number**

RE185387047US 

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
| | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
| | Government Services | National Postal Museum | |
| | Careers | Resources for Developers | |

Copyright © 2015 USPS. All Rights Reserved.

Search or Enter a Tracking Number 🔍