AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:15cv382 HSO-JCG

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Torstar Corporation_

was received by me on *(date)* _11-16-15_ .

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

DEC 08 2015

ARTHUR JOHNSTON
DEPUTY

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* _International Registered Mail, Return, Delivery Confirmation, Signature Required, Restricted Delivery_

My fees are $ _39.75_ for ~~travel~~ postage and $ _20.00_ for services, for a total of $ _59.75_ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _12-07-15_

_Henry Ward_
Server's signature

_Henry Ward_
Printed name and title

_2308 Arnold St Cleveland, MS 39576_
Server's address

Additional information regarding attempted service, etc:

NOTARY : BRIAN H BROOKS
12/07/15

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 52290
BRIAN H. BROOKS
Commission Expires
May 10, 2018
HANCOCK COUNTY

RETURN

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Mississippi

| | |
|---|---|
| Douglas Handshoe | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| Vaughn Perret, Charles Leary, Daniel Abel d/b/a | ) |
| Trout Point Lodge Ltd. & in their individual capacities, | ) |
| Progress Media Group, Ltd., Marilyn Smulders, | ) |
| Torstar Corp, National Geographic Society et al | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 1:15cv382 HSO-JCG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Torstar Corporation
One Yonge Street
Toronto, Ontario M5E 1E6 Canada

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Douglas Handshoe
Post Office Box 788
Wiggins, MS 39577-0788

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

*CLERK OF COURT*

Date: 11-10-15

_____
*Signature of Clerk or Deputy Clerk*

English          Customer Service       USPS Mobile                                            Register / Sign In


# USPS.COM®

---

# USPS Tracking®



**Customer Service ›**
Have questions? We're here to help.

**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number: RE185387055US**

## Product & Tracking Information

**Postal Product:**

**Features:**
Registered Mail™          Return Receipt

## Available Actions

**Text Updates**

**Email Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| November 24, 2015 , 8:49 am | Delivered | CANADA |

Your item was delivered in CANADA at 8:49 am on November 24, 2015.

| | | |
|---|---|---|
| November 24, 2015 , 6:12 am | Arrival at Post Office | CANADA |
| November 23, 2015 , 4:34 pm | Processed Through Sort Facility | CANADA |
| November 23, 2015 , 4:34 pm | Customs Clearance | CANADA |
| November 20, 2015 , 7:35 am | Processed Through Sort Facility | ISC NEW YORK NY(USPS) |
| November 20, 2015 , 7:32 am | Arrived at Sort Facility | ISC NEW YORK NY(USPS) |
| November 18, 2015 , 2:34 am | Arrived at USPS Facility | MEMPHIS, TN 38101 |
| November 18, 2015 , 1:29 am | Arrived at Unit | MEMPHIS, TN 38101 |
| November 17, 2015 , 6:26 pm | Arrived at USPS Facility | JACKSON, MS 39201 |
| November 17, 2015 , 12:31 am | Arrived at USPS Facility | GULFPORT, MS 39503 |
| November 16, 2015 , 4:27 pm | Departed Post Office | BAY SAINT LOUIS, MS 39520 |
| November 16, 2015 , 2:12 pm | Acceptance | BAY SAINT LOUIS, MS 39520 |

## Track Another Package

**Tracking (or receipt) number**

RE185387055US

**Track It**

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2015 USPS. All Rights Reserved.

Search or Enter a Tracking Number  Q