# EXHIBIT A

SUPREME COURT OF NOVA SCOTIA

BETWEEN:

Trout Point Lodge Ltd., Charles Leary & Vaughn Perret

Plaintiff

- and -

Douglas K. Handshoe

Defendant

## ORDER

**BEFORE THE HONOURABLE JUSTICE KEVIN COADY:**

WHEREAS the Court is satisfied that the Defendant Douglas K. Handshoe was personally served with notice of this action;

AND WHEREAS the Defendant Douglas K. Handshoe filed a Demand for Notice and did not file a Defence to this action;

AND WHEREAS the Court is satisfied that the Defendant Douglas K. Handshoe received notice of this assessment of damages;

AND AFTER HAVING REVIEWED the Plaintiff's evidence, exhibits and submissions and being satisfied that the Defendant Douglas K. Handshoe infringed all three plaintiffs copyright in photographic images throughout 2012 and 2013.

IT IS ORDERED:

1. THAT the Defendant Douglas K. Handshoe pay the sum of twenty thousand Canadian dollars ($20,000) in statutory damages to Charles Leary;

2. THAT the Defendant Douglas K. Handshoe pay the sum of forty thousand Canadian dollars ($40,000) in statutory damages to Trout Point Lodge Ltd.;

3. THAT the Defendant Douglas K. Handshoe pay the sum of twenty thousand Canadian dollars ($20,000) in statutory damages to Vaughn Perret;

4. THAT the Defendant Douglas K. Handshoe pay all the Plaintiffs the sum of one hundred thousand Canadian dollars ($100,000) in punitive damages.

DATED at Halifax, Nova Scotia, this 26th day of February, 2014.

_Gael O'Keefe_
--------------------------------------------------
**Prothonotary**

Certified to be a true and correct copy
of original document herein

Date _February 26, 2014_

_Gael O'Keefe_
GAEL O'KEEFE