# EXHIBIT B

2013                                                                                         Hfx No. 411345

# SUPREME COURT OF NOVA SCOTIA

BETWEEN:

**Trout Point Lodge Ltd., Charles Leary & Vaughn Perret**

                        Plaintiff

- and -

**Douglas K. Handshoe**

                        Defendant

## ORDER

**BEFORE THE HONOURABLE JUSTICE KEVIN COADY:**

**WHEREAS** the Court is satisfied that the Defendant Douglas K. Handshoe was personally served with notice of this action;

**AND WHEREAS** the Defendant Douglas K. Handshoe filed a Demand for Notice and did not file a Defence to this action;

**AND WHEREAS** the Court is satisfied that the Defendant Douglas K. Handshoe received notice of this assessment of damages;

**AND AFTER HAVING REVIEWED** the Plaintiff's evidence, exhibits and submissions and being satisfied that the Defendant Douglas K. Handshoe defamed all three Plaintiffs throughout 2012 and 2013.

**IT IS ORDERED:**

1. **THAT** the Plaintiffs have established their entitlement for damages arising from the above referenced defamation;

2. **THAT** the Defendant Douglas K. Handshoe pay the sum of fifty thousand Canadian dollars ($50,000) in general damages to Charles Leary;

3. **THAT** the Defendant Douglas K. Handshoe pay the sum of fifty thousand Canadian dollars ($50,000) in general damages to Vaughn Perret;

4. **THAT** the Defendant Douglas K. Handshoe pay the sum of thirty-five thousand Canadian dollars ($35,000) in general damages to Trout Point Lodge Ltd.;

5. **THAT** the Defendant Douglas K. Handshoe pay the sum of thirty thousand Canadian dollars ($30,000) in aggravated damages to Charles Leary;

6. **THAT** the Defendant Douglas K. Handshoe pay the sum of thirty thousand Canadian dollars ($30,000) in aggravated damages to Vaughn Perret;

7.     **THAT** the Defendant Douglas K. Handshoe pay the sum of twenty-five thousand Canadian dollars ($25,000) in punitive damages to Charles Leary;

8.     **THAT** the Defendant Douglas K. Handshoe pay the sum of twenty-five thousand Canadian dollars ($25,000) in punitive damages to Vaughn Perret.

**DATED** at Halifax, Nova Scotia, this 26th day of **February, 2014.**

*Gael O'Keefe*
-------------------------------------------
**Prothonotary**

*Certified to be a true and correct copy of original document herein*
Date **February 26, 2014**
*Gael O'Keefe*
GAEL O'KEEFE
Deputy Prothonotary