# EXHIBIT A

# Slabbed
Alternative New Media for the Gulf South

# Hey everyone make certain to check out Charles Leary's picture on Flickr…..

Well folks, what can I say except ol' Charlie can't shut us up so he has been running around to the copy write police bitching about us, so I am temporarily using another photo on this post while I, WordPress and Raegan Mathis of National Geographic sort this out. Meantime if you want to see the picture Charles Leary does not want you to see on Slabbed, click the webpage screen capture of the Flickr page I just took and once there feel free to download it for posterity.  There is so many ways to skin this cat….. ~ sop





*Geotourism Flicker Page @ http://www.flickr.com/photos/48032856@N03/4460241383/in/photostream*

 Douglas Handshoe  /  September 13, 2011  /  Sop  /  Trout Point Lodge, Charles Leary,

## 2 thoughts on "Hey everyone make certain to check out Charles Leary's picture on Flickr....."

 **The Empire Parish**
August 29, 2013 at 1:38 pm

Parody of a justified target of jackassery satire is not actionable.

 **Doug Handshoe**
August 29, 2013 at 1:58 pm

He took down this picture from Flickr after Kirk Cheyfitz used it to positively identify the hostile innkeeper that ran he and his wife off the grounds of Trout Point Lodge after he would not sign away his right to comment on the service at the Lodge.

http://www.slabbed.org/2011/08/31/kirk-cheyfitz-ceo-of-story-worldwide-writes-a-review-of-trout-point-lodge-for-post-advertising/

http://www.postadvertising.com/2011/08/which-5-star-resort-wants-to-censor-your-comments/

> Since this post initially went up, I have gotten numerous emails, ranging from apologetic to threatening, from Charles Leary. He alleges bad behavior on my part. He also says the long-running lawsuit filed against Trout Point and him by the Atlantic Canada

> Opportunities Agency (ACOA) has been settled. In addition, he says the man I talked to who was identified by his staff as Charles Leary was not, in fact, Charles Leary. But he will not produce the document showing the lawsuit was settled and he will not identify the man he claims I spoke to. Finally, he reaffirms his belief in his policy of attempting to own all his guests

Slabbed / Proudly powered by WordPress