IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DOUGLAS HANDSHOE**                                                                 **PLAINTIFF**

v.                                                          CIVIL ACTION NO. 1:15cv382-HSO-JCG

**VAUGHN PERRET, CHARLES
LEARY & DANIEL ABEL, D/B/A
TROUT POINT LODGE LTD OF
NOVA SCOTIA & IN THEIR
INDIVIDUAL CAPACITIES,
PROGRESS MEDIA GROUP
LIMITED, MARILYN SMULDERS,
TORSTAR CORPORATION,
NATIONAL GEOGRAPHIC
SOCIETY INC., XYZ FOUNDATION
& JOHN DOES 1-50**                                                                 **DEFENDANTS**

## CORPORATE DISCLOSURE STATEMENT OF
## NATIONAL GEOGRAPHIC SOCIETY

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7(c), defendant National Geographic Society ("National Geographic Society"), by and through their undersigned attorneys, state that National Geographic Society is a non-profit corporation. National Geographic Society does not have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

DATED: January 5, 2016                    Respectfully submitted,

                                          */s/ Jonathan P. Dyal*
                                          Jonathan P. Dyal (MS Bar No. 99146)
                                          BALCH & BINGHAM LLP
                                          1310 Twenty Fifth Avenue
                                          Gulfport, MS 39501
                                          Phone: (228) 864-9900
                                          Facsimile: (228) 864-8221
                                          jdyal@balch.com

Lisa R. Bonanno (admitted *pro hac vice*)
Ellen S. Kennedy (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Phone: (202) 637-6591
Facsimile: (202) 637-5910
lisa.bonanno@hoganlovells.com
ellen.kennedy@hoganlovells.com

*Attorneys for Defendant National Geographic Society*

## **CERTIFICATE OF SERVICE**

I, the undersigned counsel, do hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record who have registered with the ECF system.

This the 5th day of January, 2016.

                                                    /s/ Jonathan P. Dyal