IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOUGLAS HANDSHOE                                                                           PLAINTIFF

VS.                                                         CIVIL ACTION NO. 1:15cv382HSO-JCG

VAUGHN PERRET, CHARLES LEARY &
DANIEL ABEL, D/B/A TROUT
POINT LODGE LTD OFNOVA SCOTIA
& IN THEIR INDIVIDUAL CAPACITIES
PROGRESS MEDIA GROUP LIMITED,
MARILYN SMULDERS, TORSTAR
CORPORATION, NATIONAL
GEOGRAPHIC SOCIETY, XYZ
FOUNDATION & JOHN DOES 1-50                                                       DEFENDANTS

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF
## <u>TORSTAR CORPORATION</u>

The Defendant Torstar Corporation makes the following corporate disclosure statement in accordance with Rule 7.1 of the Federal Rules of Civil Procedures:

Defendant Torstar Corporation is a publicly traded company listed on the Toronto Stock Exchange. Defendant Torstar Corporation states that it does not have any parent corporation and that no publicly-traded corporation owns 10% or more of its voting stock. With respect to Torstar Corporation's non-voting stock, the following companies have publicly filed early warning reports indicating that they have had holdings of 10% or more of Torstar Corporation's non-voting stock at some point over the past 15 years: Fairfax Financial Holdings Limited, Mackenzie Financial Corporation, AIM Funds Management Inc., Morgan Stanley Investment Management Inc., and Trimark Investment Management Inc.

Respectfully submitted, this 5th day of January, 2016.

DEFENDANT TORSTAR CORPORATION

By: *s/Robert C. Galloway*
ROBERT C. GALLOWAY, MB #4388
LUTHER T. MUNFORD, MB #3653
META C. DANZEY, MB #103251

ITS ATTORNEYS

OF COUNSEL:

BUTLER SNOW LLP
1300 Twenty-Fifth Avenue, Suite 204 (39501)
Post Office Drawer 4248
Gulfport, Mississippi  39502
Telephone:  (228) 864-1170
Facsimile:   (228) 868-1531
E-mail: bob.galloway@butlersnow.com
E-mail: meta.danzey@butlersnow.com

BUTLER SNOW LLP
1020 Highland Colony Parkway, Ste. 1400
Ridgeland, Mississippi 39157
Telephone:  (601) 948-5711
Facsimile:   (601) 985-4500
E-mail: luther.munford@butlersnow.com

## **CERTIFICATE OF SERVICE**

I, Robert C. Galloway, one of the attorneys for Torstar Corporation, hereby certify that I have this date electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following counsel for record:

Douglas Handshoe
Post Office Box 788
I10 Hall Street
Wiggins, MS  39577

***Pro Se* Plaintiff**

Jonathan P. Dyal, Esq.
BALCH & BINGHAM, LLP
P.O. Box 130
Gulfport, MS 39502

Lisa Bonanno, Esq.
Ellen Swennes Kennedy, Esq.
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC  20004

**Attorneys for Defendant National Geographic Society**

So certified, this 5th day of January, 2016.

*s/Robert C. Galloway*
ROBERT C. GALLOWAY

29271341v1