AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| Douglas Handshoe | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:15cv382HSO-JCG |
| Vaughn Perret, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Torstar Corporation

Date: 01/05/2016

/s/Meta C. Danzey
*Attorney's signature*

Meta C. Danzey, MS Bar No. 103251
*Printed name and bar number*
Butler Snow LLP
1300 25th Avenue, Suite 204
Gulfport, MS 39501

*Address*

meta.danzey@butlersnow.com
*E-mail address*

(228) 575-3031
*Telephone number*

(228) 868-1531
*FAX number*

## CERTIFICATE OF SERVICE

I, Meta C. Danzey, one of the attorneys for Torstar Corporation, do hereby certify that I have this date electronically filed the foregoing with the Clerk of Court and served a copy of the foregoing pleading electronically to ECF Participants and via U. S. Mail upon any non-ECF participants at their address of record.

So certified, this 5th day of January, 2016.

/s/Meta C. Danzey
META C. DANZEY

25461410v1