# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Douglas Handshoe ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:15cv382HSO-JCG |
| Vaughn Perrett, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

   Torstar Corporation                                                                                                      .

Date:    01/06/2016

s/ Luther T. Munford
*Attorney's signature*

Luther T. Munford (MS Bar No. 3653)
*Printed name and bar number*

Butler Snow LLP
1020 Highland Colony Parkway, Ste. 1400
Ridgeland, Mississippi 39157
*Address*

luther.munford@butlersnow.com
*E-mail address*

(601) 985-4418
*Telephone number*

(601) 985-4500
*FAX number*

## **CERTIFICATE OF SERVICE**

I, Luther T. Munford, one of the attorneys for Torstar Corporation, do hereby certify that I have this date electronically filed the foregoing with the Clerk of Court and served a copy of the foregoing pleading electronically to ECF Participants and via U. S. Mail upon any non-ECF participants at their address of record.

So certified, this 6th day of January, 2016.

s/ Luther T. Munford
LUTHER T. MUNFORD