AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Douglas Handshoe <br><br> *Plaintiff(s)* <br> v. <br> Vaughn Perret, Charles Leary, Daniel Abel d/b/a Trout Point Lodge Ltd. & in their individual capacities, Progress Media Group, Ltd., Marilyn Smulders, Torstar Corp, National Geographic Society et al <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:15-cv-00382-HSO-JCG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Daniel G. Abel
2421 Clearview Parkway, Room 106
Metairie, LA 70001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint [amended] or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Douglas Handshoe
Post Office Box 788
Wiggins, MS 39577-0788

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint [amended]. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

*CLERK OF COURT*

Date: 1-6-16

*Signature of Clerk or Deputy Clerk*