**Wynette Render**

| | |
|---|---|
| **From:** | Doug Handshoe <earning04@gmail.com> |
| **Sent:** | Monday, January 25, 2016 3:55 PM |
| **To:** | Bob Galloway |
| **Subject:** | DMCA Counter notification |
| **Attachments:** | AWS DMCA Counter Notification [17352696474].pdf |

Dear Mr. Galloway:

Please refer to the attached Counter Notification sent today to Amazon Web Services in response to the Takedown Notice of January 19, 2016 submitted by Charles Leary, as authorized by Torstar which included Torstar material that I inline linked in December 2012 under the fair use principles of the Copyright Act.

Please also be advised that I will absolutely bring additional 512(f) actions against Torstar for each take down notice they authorize Trout Point to submit to Slabbed New Media's web hosting providers.

I thank you for your courtesies in this matter.

Doug
Douglas Handshoe
Slabbed New Media, LLC
http://www.slabbed.org

EXHIBIT A

SLABBED NEW MEDIA, LLC

The Alternative New Media for the Gulf South

VIA EMAIL to copyright@amazon.com

January 25, 2016

Amazon Web Services, Copyright Agent
Amazon.com Legal Department
410 Terry Avenue North
Seattle, WA 98109-5210

RE:   AMW Notice #17352696474
      Instance Id: i-02c4a7c7
      IP Address: 54.200.139.248
      DMCA Counter notification for mistaken removal

Dear Sir or Madam:

Please find attached to this letter a list of material removed pursuant to 17 U.S.C. Section 512. This material was removed or disabled in error as a result of misidentification of the material as infringing. I declare that this is true and accurate under penalty of perjury under the laws of the United States of America.

For the purposes of this matter, I consent to the jurisdiction of the Federal District Court for the judicial district in which I reside which is the United States District Court for the Southern District of Mississippi, Southern Division. I also consent to service of process by the person providing notification under Section 512(c)(1)(C) or that person's agent for any action brought in that jurisdiction related to this 17 U.S.C. Sec. 512(g)(3) counter notification.

However, by this letter, I do not waive any other rights, including the ability to pursue a legal action against Charles Leary and Torstar Corp. for the wrongful removal or disabling of access to this material.

Having complied with the requirements of Section 512(g)(3), I will replace the blocked or removed material and cease disabling access to it on February 9, 2016 unless I am notified Mr. Leary, Mr. Perret or Torstar Corp files an action under 17 U.S.C. Section 512 in the US District Court for the Southern District of Mississippi. I will confirm for you when the material in question has been restored.

I appreciate your prompt attention to this matter. If you have any questions about this notice, please do not hesitate to contact me.

Sincerely,

Douglas Handshoe
Slabbed New Media, LLC
Post Office Box 788
Wiggins, MS 39577
(601) 928-5380

AWS DMCA Notice #17352696474
DMCA COUNTER NOTIFICATION FOR MISTAKEN REMOVAL
LIST OF MATERIAL REMOVED FROM SLABBED NEW MEDIA WEBSITE UNTIL FEBRUARY 9, 2016

Files:
http://slabbed.org/wp-content/uploads/2012/01/trout-point-lodge.jpg

Posts which contain an inline link to a Torstar Corp. image, on whose behalf Leary swore he was acting:

http://slabbed.org/2012/12/04/wash-rinse-repeat-aaron-broussards-former-property-managers-in-canada-again-sue-slabbed-for-defamation-in-nova-scotia/

Please note the following items listed as infringing on the Slabbed New Media website by Leary have never appeared on the website as follows:

http://slabbed.org/wp-content/uploads/2012/01/trout-point-lodge-350x198.jpg%2C

http://slabbed.org/wp-content/uploads/2012/01/trout-point-lodge-300x199.jpg%2C