UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DOUGLAS HANDSHOE**                                                              **PLAINTIFF**

v.                                                    CIVIL ACTION NO. 1:15-cv-382-HSO-JCG

**VAUGHN PERRET, ET AL.**                                                      **DEFENDANTS**

### ORDER GRANTING JOINT MOTION TO STAY DISCOVERY INCLUDING REQUIREMENT TO MAKE INITIAL DISCLOSURES

BEFORE THE COURT is a Joint Motion [27] to Stay Discovery Including Requirement to Make Initial Disclosures filed by Plaintiff Douglas Handshoe and Defendants National Geographic Society and Torstar Corporation.  On January 5, 2016, Defendant National Geographic Society filed a Motion to Dismiss [14] pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, averring in part that this Court lacks subject matter jurisdiction based upon standing.

The Court finds good cause exists to grant the Motion to Stay Discovery and Initial Disclosure Requirements. Accordingly, the parties' obligations under Federal Rules of Civil Procedure 26(f) regarding discovery and disclosure requirements are hereby stayed until resolution of the pending Motion to Dismiss [14].  The parties shall promptly notify the Magistrate Judge of the entry of an order resolving the Motion to Dismiss.

**SO ORDERED** this the 4th day of February, 2016.

*/s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE