IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 10 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

| | |
|---|---|
| DOUGLAS HANDSHOE | )<br>)<br>) |
| v. | ) CIVIL ACTION NO. 1:15cv382-HSO-JCG |
| VAUGHN PERRET, CHARLES LEARY & DANIEL ABEL, D/B/A/ TROUT POINT LODGE LTD OF NOVA SCOTIA & IN THEIR INDIVIIDUAL CAPACITIES PROGRESS MEDIA GROUP LIMITED, MARILYN SMULDERS, TORSTAR CORPORATION, NATIONAL GEOGRAPHIC SOCIETY INC., XYZ FOUNDATION & JOHN DOES 1-50 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

NOW into court comes Plaintiff Douglas Handshoe, pursuant to Rules 15 and 20 of the Federal Rules of Civil Procedure, for leave to file a Second Amended Complaint in this matter, a copy of which is attached to the accompanying Memorandum of law in Support thereto. The Second Amended Complaint repleads in a more complete form the counts and allegations against the original defendants from the original complaint, adds an additional defendant necessary to litigate this matter and adds a new causes of action under 17 U.S.C. 512(f) that have occurred since this civil action commenced involving the same defendants.

These matters are discussed more fully in the accompanying Memorandum of Law in support thereof.

1

WHEREFORE, Plaintiff prays the Court grants this Motion for Leave to File a Second Amended Complaint in this matter.

Respectfully submitted this 10th day of February, 2016,

Douglas Handshoe, Plaintiff
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
(228) 284-0004
earning04@gmail.com

## CERTIFICATE OF SERVICE

I, Douglas Handshoe, hereby certify that on February 10, 2016 the foregoing was sent for electronically filing by me via the Clerk of the Court using the ECF system which sent notification to all counsel of record upon filing by the Clerk.

I, Douglas Handshoe, certify that on February 10, 2016 I have sent a true and correct copy of the foregoing to the following via United States Mail:

Daniel G. Abel
C/O The Super 8 Motel / Desai Enterprises
2421 Clearview Parkway, Room 106
Metairie, LA 70001

Vaughn Perret
189 Trout Point Road
East Kemptville, NS B5A 5X9, Canada

Charles Leary
189 Trout Point Road
East Kemptville, NS B5A 5X9, Canada

Progress Media Group Ltd.
1202 - 1660 Hollis Street
Halifax, NS Canada B3J 1V7

Marilyn Smulders
5163 Duke Street
Halifax, NS, Canada B3J 3J6

Respectfully submitted this 10th day of February, 2016,

_____
Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com