IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOUGLAS HANDSHOE                                                                    PLAINTIFF

VS.                                                         CIVIL ACTION NO. 1:15cv382HSO-JCG

VAUGHN PERRET, CHARLES LEARY &
DANIEL ABEL, D/B/A TROUT
POINT LODGE LTD OFNOVA SCOTIA
& IN THEIR INDIVIDUAL CAPACITIES
PROGRESS MEDIA GROUP LIMITED,
MARILYN SMULDERS, TORSTAR
CORPORATION, NATIONAL
GEOGRAPHIC SOCIETY, XYZ
FOUNDATION & JOHN DOES 1-50                                                    DEFENDANTS

**UNOPPOSED MOTION OF TORSTAR CORPORATION FOR ADDITIONAL TIME TO RESPOND TO [29] PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Defendant Torstar Corporation moves the Court for one week's additional time, until and including Wednesday, March 2, 2016, in which to file its Response to Plaintiff's [29] Motion for Leave to File Second Amended Complaint. In support of its Motion, Torstar shows that it requires additional time to prepare its Response and that Plaintiff Douglas Handshoe has no objection to the relief sought.

Respectfully submitted this 22nd day of February, 2016.

                                                DEFENDANT TORSTAR CORPORATION

                                                By: *s/Robert C. Galloway*
                                                ROBERT C. GALLOWAY, MB #4388
                                                LUTHER T. MUNFORD, MB #3653
                                                META C. DANZEY, MB #103251

                                                ITS ATTORNEYS

OF COUNSEL:

BUTLER SNOW LLP
1300 Twenty-Fifth Avenue, Suite 204 (39501)
Post Office Drawer 4248
Gulfport, Mississippi  39502
Telephone:  (228) 864-1170
Facsimile:   (228) 868-1531
E-mail: bob.galloway@butlersnow.com
E-mail: meta.danzey@butlersnow.com

BUTLER SNOW LLP
1020 Highland Colony Parkway, Ste. 1400
Ridgeland, Mississippi 39157
Telephone:  (601) 948-5711
Facsimile:   (601) 985-4500
E-mail: luther.munford@butlersnow.com

## **CERTIFICATE OF SERVICE**

I, Robert C. Galloway, one of the attorneys for Torstar Corporation, hereby certify that I have this date electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following counsel for record:

Douglas Handshoe
110 Hall Street
Wiggins, MS  39577

*Pro Se* **Plaintiff**

Jonathan P. Dyal, Esq.
BALCH & BINGHAM, LLP
P.O. Box 130
Gulfport, MS 39502

Lisa Bonanno, Esq.
Ellen Swennes Kennedy, Esq.
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC  20004

**Attorneys for Defendant National Geographic Society**

So certified, this 22nd day of February, 2016.

*s/Robert C. Galloway*
ROBERT C. GALLOWAY

29944750v1