# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Douglas Handshoe <br><br> *Plaintiff(s)* <br> v. <br> Vaughn Perret, Charles Leary, Daniel Abel d/b/a Trout Point Lodge Ltd. & in their individual capacities, Progress Media Group, Ltd., Marilyn Smulders, Torstar Corp, National Geographic Society et al <br> *Defendant(s)* | Civil Action No. 1:15-cv-00382-HSO-JCG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Daniel G. Abel
2421 Clearview Parkway, Room 106
Metairie, LA 70001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Douglas Handshoe
Post Office Box 788
Wiggins, MS 39577-0788

If you fail to respond, judgment by default will be entered against you for the relief demanded in the amended complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date: 1-6-16

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-cv-00382-HSO-JCG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 08 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

This summons for *(name of individual and title, if any)* Danny Abel

was received by me on *(date)* 2-26-16 .

☑ I personally served the summons on the individual at *(place)* New Orleans CD Court
on *(date)* 2-26-16 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2-29-16

*Fred V. Emelio Jr.*
Server's signature

FRED V. Emelio Jr.
Printed name and title

560 Oak Harbor Blvd. Slidell LA
Server's address

Additional information regarding attempted service, etc:
Served original and first amended complaint on defendant