AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15CV382-HSO-JCG

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* The Ashoka Foundation's Registered Agent , who is
designated by law to accept service of process on behalf of *(name of organization)*
The Ashoka Foundation on *(date)* June 23, 2016 ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Priority Mail Express Signature Required Restricted Delivery

My fees are $ _____ for travel and $ 28.90 for services, for a total of $ ~~0.00~~ 28.90 .

I declare under penalty of perjury that this information is true.

Date: June 24, 2016

Sheila S. Cruthird
*Server's signature*

Sheila S. Cruthird
*Printed name and title*

323 Vine St. Wiggins, MS 39577
*Server's address*

Additional information regarding attempted service, etc:

[FILED STAMP: SOUTHERN DISTRICT OF MISSISSIPPI FILED JUN 27 2016 ARTHUR JOHNSTON BY _____ DEPUTY]


**UNITED STATES**
**POSTAL SERVICE.**

Date: June 23, 2016

Sheila Cruthird:

The following is in response to your June 23, 2016 request for delivery information on your Priority Mail Express®/Adult Sig/Restr Del item number 9472503699300000290860.  The delivery record shows that this item was delivered on June 23, 2016 at 11:30 am in ARLINGTON, VA  22209 to E MANN. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :     1700 Moore
                           2000

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service



RETURN

# UNITED STATES DISTRICT COURT
для the
Southern District of Mississippi

| | |
|---|---|
| Douglas Handshoe<br><br>*Plaintiff(s)*<br>v.<br>Vaughn Perret, Charles Leary, Daniel Abel d/b/a Trout Point Lodge Ltd. & in their individual capacities, Progress Media Group, Ltd., Marilyn Smulders, Torstar Corp, National Geographic Society et al<br>*Defendant(s)* | Civil Action No. 1:15CV382-HSO-JCG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ashoka Foundation
1700 North Moore Street, Suite 2000
Arlington, VA 22209

An amended lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached second amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Douglas Handshoe
Post Office Box 788
Wiggins, MS 39577-0788

If you fail to respond, judgment by default will be entered against you for the relief demanded in the second amended complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: 6-17-16

*Signature of Clerk or Deputy Clerk*