# PRIORITY ★ MAIL

 DATE OF DELIVERY S

 USPS TRACKING™ IN(

 INSURANCE INCLUDE

 PICKUP AVAILABLE

\* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.



UNITED STATES POSTAL SERVICE ®

Click-N-Ship®

9405 8036 9930 0268 6694 52 0064 5000 0013 9501

Mailed from 39577    062S0000001307

usps.com
$6.45
US POSTAGE
Flat Rate Env

06/24/2016

**PRIORITY MAIL 2-DAY™**

Expected Delivery Date: 06/27/16

C006

C024

DOUGLAS HANDSHOE
DOUGLAS HANDSHOE, CPA
PO BOX 788
WIGGINS MS 39577-0789

HON. ARTHUR S JOHNSON
UNITED STATES DISTRICT CLERK
2012 15TH ST
STE 403
GULFPORT MS 39501-2036

USPS TRACKING #

9405 8036 9930 0268 6694 52

Electronic Rate Approved #038555749

RECEIVED
JUN 27 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.



P S 0 0 0 0 1 0 0 0 0 1 4

EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



UNITED STATES POSTAL SERVICE ®