# EXHIBIT B


Government of Canada   Gouvernement du Canada

Home (/eic/site/cipointernet-internetopic.nsf/tpl-eng/../eng/home)
➜ Canadian Copyrights Database (/app/opic-cipo/cpyrghts/dsplySrch.do?lang=eng)

# Canadian Copyright Register

► Third-Party Information Liability Disclaimer

The links on the text provide access to the help file.

**Title: (/eic/site/cipointernet-internetopic.nsf/eng/wr00463.html#title)**
Charles L. Leary & Vaughan J. Perret
**Type: (/eic/site/cipointernet-internetopic.nsf/eng/wr00463.html#type)**
Copyright
**Registration Number: (/eic/site/cipointernet-internetopic.nsf/eng/wr00463.html#regnumber)**
1106083
**Status: (/eic/site/cipointernet-internetopic.nsf/eng/wr00463.html#status)**
Registered
**Registered: (/eic/site/cipointernet-internetopic.nsf/eng/wr00463.html#regdate)**
2013-07-08
**Category of Work: (/eic/site/cipointernet-internetopic.nsf/eng/wr00463.html#category)**
Artistic
**Date Published: (/eic/site/cipointernet-internetopic.nsf/eng/wr00463.html#yearpub)**
2010-04-21
**Country Published: (/eic/site/cipointernet-internetopic.nsf/eng/wr00463.html#countrypub)**
United States of America


**Interested Parties: (/eic/site/cipointernet-internetopic.nsf/eng/wr00463.html#intparties)**


**Owner: (/eic/site/cipointernet-internetopic.nsf/eng/wr00463.html#ownername)**

> **Person Name (/eic/site/cipointernet-internetopic.nsf/eng/wr00463.html#appname)**
> Charles Leary
> **Original Address: (/eic/site/cipointernet-internetopic.nsf/eng/wr00463.html#origadd)**
> 140 Trout Point Rd. Kemptville
> Nova Scotia B0W 1Y0
> Canada
> **Current Address: (/eic/site/cipointernet-internetopic.nsf/eng/wr00463.html#curadd)**
> Same as original address.


**Author: (/eic/site/cipointernet-internetopic.nsf/eng/wr00463.html#authname)**

**Company Name: (/eic/site/cipointernet-internetopic.nsf/eng/wr00463.html#companyname)**
Ashoka Foundation
**Original Address: (/eic/site/cipointernet-internetopic.nsf/eng/wr00463.html#origadd)**
**Current Address: (/eic/site/cipointernet-internetopic.nsf/eng/wr00463.html#curadd)**
Same as original address.

Back to Search    Back to Results

**Last updated on:**
2016-02-15