AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

1:15cv382HSO-JCG

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL - 1 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __Vaugh Perret__

was received by me on (date) __May 10/16__

☐ I personally served the summons on the individual at (place) __Trout Point Lodge in Kempville, N.S.__ on (date) __May 20/16__ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify): __See attached statement of Service__

My fees are $ __109.50__ for travel and $ __200.00__ for services, for a total of $ __355.93__   Tx $46.43

I declare under penalty of perjury that this information is true.

Date: _____

_Donald Acker_
Server's signature

_Donald Acker_
Printed name and title

Box 662 Shelburne, N.S.
B0T-1W0
Server's address

Additional information regarding attempted service, etc:

(1)

My self and ~~Pierre~~ Jacques Rioux went to Trout Point Lodge in Kemptville arriving at 6:25 P.M. We went into the lodge an on the counter of the front desk are was a sign which read if you need assistance please come down the stairs. We went down with Jacques first opening a door. We turned to his right so there was a door open. He stuck his head inside and said hi Vaughn which he said yes. At this point I went inside an there was Vaughn working in this area which appeared to be the kitchen. I laid the papers on the counter while he was saying get out of my kitchen, get out of my kitchen. We then left with Vaughn behind wanting to know my name an followed up to the van to take down the plate number. He said that I assisted a guest on the R.C.M.P. were looking for me. Vaughn was trying to write the number down so I offered him a pen which he said he did not want my pen. We then left.

Vaughn Perret

mileage $109.50
time 3hrs $198.00 (2 men)
service   50.00
         $308.50
HST $46.43
   $355.93            Total $

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Douglas Handshoe *Plaintiff(s)* v. Vaughn Perret, Charles Leary, Daniel Abel d/b/a Trout Point Lodge Ltd. & in their individual capacities, Progress Media Group, Ltd., Marilyn Smulders, Torstar Corp, National Geographic Society et al *Defendant(s)* | Civil Action No. 1:15cv382 HSO-JCG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Vaughn Perret d/b/a Trout Point Lodge Ltd of Nova Scotia
189 Trout Point Road
East Kemptville, NS B5A 5X9, Canada

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Douglas Handshoe
Post Office Box 788
Wiggins, MS 39577-0788

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: 11-16-15

*Signature of Clerk or Deputy Clerk*