SLABBED NEW MEDIA, LLC

The Alternative New Media for the Gulf South

June 30, 2016

Hon. Arthur Johnson
United States District Clerk
2012 15th Street, Suite 403
Gulfport, MS 39501-2036

RE: Handshoe v Perret et al
United States District Court Civil Action Number 15cv382

Dear Clerk:

Enclosed herewith find the summons return as it relates to the original and first amended complaints for the Charles Leary and Vaughn Perret. Judge Ozerden has ordered that new summons be executed for the second amended complaint for the previous nonresponding parties. Out of an abundance of caution I submit for filing into the record of the above captioned matter the original summons issued on November 16, 2015 for Defendants Leary and Perret, which finally arrived today at my office via United States mail.

I appreciate your assistance with this matter. Please let me know if you have any questions.

Sincerely,

Douglas Handshoe, Publisher
Slabbed New Media, LLC
Post Office Box 788
Wiggins, MS 39577
Phone: (601) 928-5380
Facsimile: (601) 928-5129

RECEIVED
JUL 01 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.