# PRIORITY
## ★ MAIL

 DATE OF DELIVERY SP

 USPS TRACKING™ INC

 INSURANCE INCLUDE

 PICKUP AVAILABLE

* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.



UNITED STATES POSTAL SERVICE®  Click-N-Ship®

9405 8036 9930 0271 4174 08 0064 5000 0013 9501

usps.com
$6.45
US POSTAGE
Flat Rate Env

Mailed from 39577   052S0000001308

06/30/2016   0006

PRIORITY MAIL 2-DAY™   Expected Delivery Date: 07/02/16   C024

DOUGLAS HANDSHOE
DOUGLAS HANDSHOE
PO BOX 788
WIGGINS MS 39577-0788

RECEIVED
JUL 01 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

SHIP TO:
HON. ARTHUR S JOHNSON
UNITED STATES DISTRICT CLERK
2012 15TH ST
STE 403
GULFPORT MS 39501-2036

USPS TRACKING #

9405 8036 9930 0271 4174 08

Electronic Rate Approved #038555749


PS00001000014

EP14F July 2013
OD: 12.5 x 9.5


SCREENED BY
U.S. MARSHAL


VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE


UNITED STATES
POSTAL SERVICE