SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 18 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| DOUGLAS HANDSHOE | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:15cv382-HSO-JCG |
| | ) |
| VAUGHN PERRET, CHARLES LEARY & DANIEL ABEL, D/B/A/ TROUT POINT LODGE LTD OF NOVA SCOTIA & IN THEIR INDIVIDUAL CAPACITIES PROGRESS MEDIA GROUP LIMITED, MARILYN SMULDERS, TORSTAR CORPORATION, NATIONAL GEOGRAPHIC SOCIETY INC., & THE ASHOKA FOUNDATION | ) |

## AFFIDAVIT IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS

I, Douglas Handshoe, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the Plaintiff in this action.

2. Attached as Exhibit 1 to this Affidavit is Tab 18, Hearing Book for Damages Assessment from the Canadian Defamation suit styled Trout Point Lodge et al v Doug K. Handshoe submitted into evidence in the Mississippi Southern District Court action identically styled, case number 12cv90. Exhibit 1 is a true and correct copy of the contents of Tab 18.

3. Attached as Exhibit 2 to this Affidavit is *Which 5-Star Resort Wants to Censor Your Comments?,* by Mr. Kirk Cheyfitz. I printed this article on July 15, 2016 and it is a true and correct copy of it.

1

4. Attached as Exhibit 3 to this Affidavit is *Vacationers at N.S. lodge must sign waivers*, by Bill Power of the Halifax Chronicle Herald. I printed this article on July 15, 2016 and it is a true and correct copy of it.

5. Attached as Exhibit 4 to this Affidavit is the joint press release of the National Geographic Society and the Ashoka Foundation. This press release was obtained from Tab 5, Hearing Book for Damages Assessment from the Canadian Defamation Suit styled Trout Point Lodge et al v Doug K. Handshoe submitted into evidence in the Mississippi Southern District Court action identically styled, case number 12cv90. Exhibit 1 is a true and correct copy of the press release in Tab 5.

Further the affiant sayeth not.

Respectfully submitted this 18th day of July, 2016,

_____
Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com

## CERTIFICATE OF SERVICE

I, Douglas Handshoe, hereby certify that on July 18, 2016 the foregoing was sent for electronically filing by me via the Clerk of the Court using the ECF system which sent notification to all counsel of record upon filing by the Clerk.

Respectfully submitted this 18th day of July, 2016,

Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com