# EXHIBIT 1

**Charles Leary, Vaughn Perret, & Trout Point Lodge, Limited versus Doug Handshoe**

Exhibits for Damages Assessment Hearing – Honourable Justice Suzanne Hood

HEARING BOOK
TABLE OF CONTENTS

| Tab | Document |
|---|---|
| 1. | Decision: **Jones v. Tsige 2012 ON CA 32**: "Intrusion upon seclusion" |
| 2. | Summary of recent Canada case law on permanent injunction in defamation cases |
| 3. | Table of defendant's publications January, 2010 to January, 2012 |
| 4. | Notice to Defendant of damages assessment hearing documents: FedEx, email, fax |
| 5. | The position and standing of the plaintiffs: Press Releases from NGS; article from Ashoka Foundation; article from Chronicle-Herald |
| 6. | Relevant United States criminal laws plus comment from "sharkpupper" |
| 7. | Who is Handshoe and the extent & distribution of Slabbed |
| 8. | Slabbed Internet prominence, use of tags, manipulation of key words |
| 9. | Slabbed.org: false misrepresentation of "organization" status and solicitation of donations |
| 10. | Tagged posts on slabbed: Charles Leary, Vaughn Perret, etc. |
| 11. | Representative examples of the Defendant's activities/publications since being served with Notice on January 13, 2012 |
| 12. | Images & visual depictions |
| 13. | Harassing/defamatory emails to Charles Leary and journalists |
| 14. | Specific threats & intimidation, and examples of lies—comportment of defendant |
| 15. | Publications across the Internet |
| 16. | U.S. Legal proceeding documents-- **U.S.A. v. Karen Parker and Louisiana (Ethics Board) v. Broussard**—as well as May, 2010 letter of Roy d'Aquila |
| 17. | List of allegations published on Slabbed of criminal offences, moral laxities, and ethical lapses |

18 Documents related to copyright



Foodvacation Canada <foodvacation@gmail.com>

# Fwd: [DMCA #932099]: Notice of Infringement from National Geographic

4 messages

---

**Susan Borke <sborke@ngs.org>**      Tue, Sep 13, 2011 at 4:56 PM
To: foodvacation@gmail.com
Cc: Carol King Woodward <ckingwoo@ngs.org>

Dear Dr. Leary,

For your information.

Susan Borke
National Geographic Society
Law, Business and Government Affairs
Telephone 202-775-6745
Fax 202-857-5874

Please consider the environment before printing this email. If you must print, please use recycled office paper. Thank you!

This transmission is intended solely for the addressee(s) shown above. It may contain information that is privileged, confidential or otherwise protected from disclosure. Any review, dissemination or use of this transmission or its content by persons other than the intended addressee(s) is strictly prohibited. If you have received this transmission in error, please notify me immediately, e-mail the original to me at the sender's address above by replying to this message and including the text of the transmission received, and permanently delete the original and any copies as well as destroy any printouts of this email.

---------- Forwarded message ----------
From: **Raegan Mathis** <rmathis@ngs.org>
Date: Tue, Sep 13, 2011 at 10:48 AM
Subject: Fwd: [DMCA #932099]: Notice of Infringement from National Geographic
To: Susan Borke <sborke@ngs.org>, jfrancis@ngs.org, ccckingwoo@ngs.org

Please see the Wordpress response below to the issue regarding Charles Leary's photo.

They have removed the photo from the posting and the separate link that was hosting it.

Regards,

4/29/12
Gmail - Fwd: [DMCA #932099]: Notice of Infringement from National Geographic
Case 1:15-cv-00382-HSO-JCG   Document 53-2   Filed 07/18/16   Page 4 of 17

Raegan

---------- Forwarded message ----------
From: **Anthony - WordPress.com** <dmca@automattic.com>
Date: Tue, Sep 13, 2011 at 9:51 AM
Subject: [DMCA #932099]: Notice of Infringement from National Geographic
To: rmathis@ngs.org

Hi,

> http://slabbed.files.wordpress.com/2011/09/charles-leary-tpl.jpg

Access to the above image file has been disabled.

--
Anthony
WordPress.com


--
Raegan Mathis
National Geographic
Specialist | Rights Clearance
202.775.6173 | office
202.857.5874 | fax
rmathis@ngs.org| email

This transmission is intended solely for the addressee(s) shown above.  It may contain information that is privileged, confidential or otherwise protected from disclosure.  Any review, dissemination or use of this transmission or its content by persons other than the intended addressee(s) is strictly prohibited.  If you have received this transmission in error, please notify me immediately, e-mail the original to me at the sender's address above by replying to this message and including the text of the transmission received, and permanently delete the original and any copies as well as destroy any printouts of this email.

---

**foodvacation Canada** <foodvacation@gmail.com>                    Tue, Sep 13, 2011 at 5:11 PM
To: jng@ashoka.org

National Geographic has had their copyrighted photo removed (see below). That photo has now been replaced by the blog owner with the photo of Vaughn Perret and I that is Ashoka's copyrighted material.

We had no expectation when we allowed our photograph to be taken by Ashoka staff, that it would be used to defame us. We would greatly appreciate any assistance in having Ashoka's copyrighted material removed from the slabbed blog.

The new url where the photograph is being used is: http://slabbed.wordpress.com/2011/09/06/we-have-a-winner-and-he-is-still-a-loser-after-all-these-years/

This is in addition to use at the previously reported url.

Sincerely,

Charles Leary

---------- Forwarded message ----------
From: **Susan Borke** <sborke@ngs.org>
Date: Tue, Sep 13, 2011 at 11:56 AM
Subject: Fwd: [DMCA #932099]: Notice of Infringement from National Geographic

[Quoted text hidden]

---

**foodvacation Canada <foodvacation@gmail.com>**  Tue, Sep 13, 2011 at 6:04 PM
To: Susan Borke <sborke@ngs.org>

Dear Ms. Broke:

FYI, Mr. Handshoe, the publisher of the blog, is now featuring the flickr page.
See: http://slabbed.wordpress.com/2011/09/13/hey-everyone-make-certain-to-check-out-charles-learys-picture-on-flickr/

Perhaps NG could remove mine and Mr. Perret's photos from flickr?

Best,

Charles Leary

[Quoted text hidden]

---

**Susan Borke <sborke@ngs.org>**  Tue, Sep 13, 2011 at 6:25 PM
To: foodvacation Canada <foodvacation@gmail.com>
Cc: Carol King Woodward <ckingwoo@ngs.org>

Dear Dr. Leary,

We are working on taking down the Flickr stream.

Cordially,

Susan Borke
National Geographic Society
Law, Business and Government Affairs
Telephone 202-775-6745
Fax 202-857-5874

Please consider the environment before printing this email. If you must print, please use recycled office paper. Thank you!

This transmission is intended solely for the addressee(s) shown above. It may contain information that is privileged, confidential or otherwise protected from disclosure. Any review, dissemination or use of this transmission or its content by persons other than the intended addressee(s) is strictly prohibited. If you have received this transmission in error, please notify me immediately, e-mail the original to me at the sender's address above by replying to this message and including the text of the transmission received, and permanently delete the original and any copies as well as destroy any printouts of this email.

[Quoted text hidden]



Foodvacation Canada <foodvacation@gmail.com>

# defamatory use of NGS copyrighted photo

7 messages

---

**foodvacation Canada <foodvacation@gmail.com>**  Wed, Sep 7, 2011 at 3:06 PM
To: infringementnotice@nationalgeographic.com

Terrence B. Adamson
Executive Vice President, Law, Business and Governmental Affairs
NGT Library, Inc.
1145 Seventeenth Street, NW
Washington, DC 20036-4688

**Urgent--Misuse of copyrighted material**

Mr. Adamson:

If you are not the correct person at the society to contact, please forward this message on to that person.

My business--Trout Point Lodge--was a finalist in the NGS 2009 Geotourism Challenge sponsored by the Center for Sustainable Destinations.

I was also a Delegate to the 2010 Geoturism Summit.

In attending the Summit, I allowed NGS to take my photographic portrait, with the understanding that such photos would be the copyrighted property of the Society, and would not be used by third parties without permission. The Society posted such photos at
http://www.flickr.com/photos/48032856@N03/page2/

I have filed a civil action in Nova Scotia Supreme Court against Doug Handshoe, the owner of a blog--slabbed.wordpress.com--which has been defaming me and my business for the past year or more. The defamation is serious, and includes accusations of fraud, involvement in political corruption, money laundering, etc. The blog "slabbed" also contains speech that Justice Muise of the Supreme Court, in a May, 2011 decision, found:

> In addition in the case at hand, the blogs contain comments based on the actual or perceived sexual orientation of the intended targets. Those comments are clearly meant to be derogatory and insulting. I will not reproduce them here. It is the type of expression that engenders harmful results such as discrimination and hatred. It is not the type of free expression that deserves protection and fostering.


Justice Muise also found the publications *prima facie* defamatory. The transcript of the decision is available if you would like to see it.

Yesterday, Mr. Handshoe used a copyrighted portrait of me, property of the NGS, on his blog's front page, with a post entitled:

## We have a winner and he is still a loser after all these years.....

The url is: http://slabbed.wordpress.com/2011/09/06/we-have-a-winner-and-he-is-still-a-loser-after-all-these-years/

I am writing to ask that the Society immediately take action to have the photograph removed from publication on the slabbed blog, and to take any other legal action it deems necessary. The photo is being used to defame me, now not only in words, but also in image.

The host of the blog is Automattic, Inc. of California. http://automattic.com/dmca/

Sincerely,

Charles Leary, PhD
(902) 482-8360

---

**Susan Borke <sborke@ngs.org>**  Thu, Sep 8, 2011 at 2:20 PM
To: foodvacation@gmail.com
Cc: Carol King Woodward <ckingwoo@ngs.org>, Taranjit Kaur <tkaur@ngs.org>

Dear Dr. Leary,

The notice you have sent has come to me for review and investigation. I want to acknowledge receipt to you and request your patience while I investigate this matter. As it is atypical for NG to post anything on Flickr, I need to understand more about the image origin and activity around it. I will follow-up with you as soon as I have more information.

Cordially,

Susan Borke
National Geographic Society
Law, Business and Government Affairs
Telephone 202-775-6745
Fax 202-857-5874

Please consider the environment before printing this email. If you must print, please use recycled office paper. Thank you!

This transmission is intended solely for the addressee(s) shown above. It may contain information that is privileged, confidential or otherwise protected from disclosure. Any review, dissemination or use of this transmission or its content by persons other than the intended addressee(s) is strictly prohibited. If you have received this transmission in error, please notify me immediately, e-mail the original to me at the sender's address above by replying to this message and including the text of the transmission received, and permanently delete the original and any copies as well as destroy any printouts of this email.

On Wed, Sep 7, 2011 at 3:27 PM, Carol King Woodward <ckingwoo@ngs.org> wrote:
> Susan,
>
> This email was forwarded to me. I am not sure if I would forward it to you?
>
> Thank you!
>
> Carol
>
> ———— Forwarded message ————
> From: **Taranjit Kaur** <tkaur@ngs.org>
> Date: Wed, Sep 7, 2011 at 11:06 AM
> Subject: Fwd: defamatory use of NGS copyrighted photo
> To: Carol King Woodward <ckingwoo@ngs.org>
> Cc: NGDMRights <ngdmrights@ngs.org>
>
>
> ———— Forwarded message ————
> From: **Infringement Notice** <infringementnotice@nationalgeographic.com>
> Date: Wed, Sep 7, 2011 at 10:15 AM
> Subject: Fwd: defamatory use of NGS copyrighted photo
> To: NGDMRights <ngdmrights@ngs.org>
>
> [Quoted text hidden]
>
>
> —
> Taranjit Kaur
> Rights Specialist
> National Geographic Image Collection
> Tel: 202-857-7293
> Fax: 202-429-5750
> tkaur@ngs.org
>
> National Geographic images are now available online. Visit our website at http://ngsimages.com.

Carol King Woodward
Visual Editor, Communications
National Geographic Society
202.457.8486 | ckingwoo@ngs.org

---

**foodvacation Canada <foodvacation@gmail.com>**  Thu, Sep 8, 2011 at 2:25 PM
To: Susan Borke <sborke@ngs.org>

Dear Ms. Borke:

Thank you for your response. I, too, was surprised by the postings to Flickr. I assume that this was done by the Center for Sustainable Destinations or person in charge of the Geotourism Summit.

The portraits were taken of all finalists at your photo studio at NGS Headquarters.

The connection of this photo to defamatory material and hate speech is quite unsettling, and I hope that you can respond quickly.

Don't hesitate to contact me with any further questions.

Sincerely,

Charles Leary
[Quoted text hidden]

---

**Susan Borke <sborke@ngs.org>**  Fri, Sep 9, 2011 at 4:45 PM
To: foodvacation@gmail.com
Cc: Carol King Woodward <ckingwoo@ngs.org>

Dear Dr. Leary,

NG is sending the appropriate DMCA notice to WordPress regarding this photograph.
Thank you for bringing the matter to our attention.

Cordially,

Susan Borke
National Geographic Society
Law, Business and Government Affairs
Telephone 202-775-6745
Fax 202-857-5874



Trout Point <trout.point.lodge@gmail.com>

# use of copyrighted material in defamatory publications
12 messages

---

**Trout Point Lodge <trout.point.lodge@gmail.com>**　　　　　　　Thu, Sep 8, 2011 at 9:46 PM
To: privacy@changemakers.net

Legal Affairs
Ashoka's Changemakers

I am one of the owners of Trout Point Lodge and a 2009 Geotourism Challenge finalist.

Vaughn Perret and I were also delegates to the 2010 Geotourism Summit.

At that Summit, employees of Ashoka took our photograph with our permission. It was assumed that this would be used to promote Changemakers and geotourism.

This photo—located at http://www.changemakers.com/es/stories/trout-point-lodge-making-change-happen-place-place—has now, however, been republished by someone who is stalking, harassing, threatening, and defaming us. We have filed a civil law suit in Nova Scotia against the owner/publisher of the blog slabbed.wordpress.com, who has now used this photograph to defame us not only in words, but now visually as well. The blog is also full of anti-gay hate speech.

The urls of the publication with the photograph is:

http://slabbed.wordpress.com/2011/09/08/slabbed-solves-the-mystery-on-the-shores-of-the-tusket-river-in-nova-scotia-as-we-reveal-the-trout-point-connection-to-the-jefferson-parish-political-corruption-scandal/
and

A justice of the Supreme Court of Nova Scotia has already decided:
　　in the case at hand, the blogs contain comments based on the actual or perceived sexual orientation of the intended targets. Those comments are clearly meant to be derogatory and insulting. I will not reproduce them here. It is the type of expression that engenders harmful results such as discrimination and hatred. It is not the type of free expression that deserves protection and fostering.

We are requesting that Ashoka immediately take steps to have the republication of your copyrighted material removed from the slabbed blog. The blog is currently hosted by Automattic, Inc. of California. Their DMCA policy can be found at:
http://automattic.com/dmca/

Sincerely,

Charles Leary
(902) 482-8360

—
Trout Point Lodge, Relais & Chateaux
www.troutpoint.com
NGS Geotourism Challenge finalist

---

**Mail Delivery Subsystem <mailer-daemon@googlemail.com>**  Thu, Sep 8, 2011 at 9:46 PM
To: trout.point.lodge@gmail.com

Delivery to the following recipient failed permanently:

  privacy@changemakers.net

Technical details of permanent failure:
Google tried to deliver your message, but it was rejected by the recipient domain. We recommend contacting the other email provider for further information about the cause of this error. The error that the other server returned was: 550 550 No such user - psmtp (state 14).

----- Original message -----

MIME-Version: 1.0
Received: by 10.52.34.50 with SMTP id w18mr1145001vdi.505.1315511210333; Thu, 08 Sep 2011 12:46:50 -0700 (PDT)
Received: by 10.52.116.102 with HTTP; Thu, 8 Sep 2011 12:46:50 -0700 (PDT)
Date: Thu, 8 Sep 2011 16:46:50 -0300
Message-ID: <CAPbn8xSSTq0FWpskUhcnXyV6bsYF mgbO3_8GFLBj9uWzRtHd_Q@mail.gmail.com>
Subject: use of copyrighted material in defamatory publications
From: Trout Point Lodge <trout.point.lodge@gmail.com>
To: privacy@changemakers.net
Content-Type: multipart/alternative; boundary=20cf30780c1263d80e04ac735277

[Quoted text hidden]

---

**Trout Point Lodge <trout.point.lodge@gmail.com>**  Thu, Sep 8, 2011 at 9:53 PM
To: dgoldstone@ashoka.org

---------- Forwarded message ----------
From: **Trout Point Lodge** <trout.point.lodge@gmail.com>
Date: Thu, Sep 8, 2011 at 4:46 PM
Subject: use of copyrighted material in defamatory publications

[Quoted text hidden]

[Quoted text hidden]

---

**Jonathan Ng <jng@ashoka.org>**          Tue, Sep 13, 2011 at 1:11 AM
To: "trout.point.lodge@gmail.com" <trout.point.lodge@gmail.com>
Cc: Danielle Goldstone <dgoldstone@ashoka.org>

Dear Charles,

Your e-mail below that you sent to Ashoka's Changemakers has been forwarded to me. We have been in touch with our legal counsel regarding your request.

Best regards,

Jonathan


**Jonathan Ng**

Legal Director* I Ashoka

1700 N. Moore St., Suite 2000 I Arlington, VA 22209

T: 703.527.8300 I F: 703.527.8383 I jng@ashoka.org

Skype: jonathan.ng.12

www.ashoka.org

*Admitted to practice law only in New York State


[Quoted text hidden]

---

**Trout Point Lodge <trout.point.lodge@gmail.com>**          Tue, Sep 13, 2011 at 3:07 AM
To: Jonathan Ng <jng@ashoka.org>

Mr. Ng:

Thank you. I look forward to hearing from you.

The same blog also used a photo that was the National Geographic Society's copyrighted material, and the Society's legal affairs dept. has told me that they sent a DMCA notice to

Automattic, Inc.

Sincerely,

Charles Leary

[Quoted text hidden]

---

**Trout Point Lodge <trout.point.lodge@gmail.com>**  Thu, Sep 15, 2011 at 6:59 PM
To: Jonathan Ng <jng@ashoka.org>

Dear Jonathan:

Any news from legal counsel?

Best,

Charles

On Mon, Sep 12, 2011 at 8:11 PM, Jonathan Ng <jng@ashoka.org> wrote:

[Quoted text hidden]

[Quoted text hidden]

---

**Jonathan Ng <jng@ashoka.org>**  Thu, Sep 15, 2011 at 7:05 PM
To: Trout Point Lodge <trout.point.lodge@gmail.com>

Hi Charles,

I followed up again this morning. We are also eager to make sure this issue is addressed quickly.

Regards,
Jonathan

[Quoted text hidden]

---

**Trout Point Lodge <trout.point.lodge@gmail.com>**  Thu, Sep 15, 2011 at 7:07 PM
To: Jonathan Ng <jng@ashoka.org>

Thank you,

Charles

[Quoted text hidden]

---

**Trout Point Lodge <trout.point.lodge@gmail.com>**     Fri, Sep 23, 2011 at 10:43 PM
To: Jonathan Ng <jng@ashoka.org>

Dear Mr. Ng:

Will Ashoka be submitted a DMCA Notice to Automattic, Inc. regarding use of its copyrighted photograph of Mr. Perret and I.

This is a simply procedure, and we find Automattic to be very responsive.

Neither of us anticipated when we gave Changemakers permission to take our photograph that it would be used to defame us.

Just checking to see if there is any news . . .

Best,

Charles Leary

On Mon, Sep 12, 2011 at 8:11 PM, Jonathan Ng <jng@ashoka.org> wrote:
[Quoted text hidden]

[Quoted text hidden]

---

**Jonathan Ng <jng@ashoka.org>**     Wed, Sep 28, 2011 at 6:46 PM
To: Trout Point Lodge <trout.point.lodge@gmail.com>

Dear Charles:

We will be submitting a DMCA notice to Wordpress.com requesting them to remove the photo taken from our Changemakers's website.

Best regards,

Jonathan

**Jonathan Ng**

Legal Director

Ashoka

1700 N. Moore St., Suite 2000

Arlington, VA 22209

T: 703.600.8304  E: jng@ashoka.org

Skype: jonathan.ng.12

www.ashoka.org

---

**From:** Trout Point Lodge [mailto:trout.point.lodge@gmail.com]
**Sent:** Friday, September 23, 2011 4:43 PM
**To:** Jonathan Ng
**Subject:** Re: use of copyrighted material in defamatory publications

[Quoted text hidden]

---

**Trout Point Lodge <trout.point.lodge@gmail.com>**　　　　Wed, Sep 28, 2011 at 7:15 PM
To: Jonathan Ng <jng@ashoka.org>

Thank you.

Best,

Charles

[Quoted text hidden]

---

**Trout Point Lodge <trout.point.lodge@gmail.com>**　　　　Fri, Sep 30, 2011 at 6:50 PM
To: Jonathan Ng <jng@ashoka.org>

Dear Mr. Ng:

Could you please keep me update on any response from Automattic, Inc/Wordpress? As of today, the photo still appears in publications.

Best,

Charles Leary

[Quoted text hidden]



Trout Point <trout.point.lodge@gmail.com>

# FW: [DMCA #954855]: Notice of Infringement from Ashoka's Changemakers

5 messages

**Jonathan Ng <jng@ashoka.org>**     Mon, Oct 3, 2011 at 8:54 PM
To: Trout Point Lodge <trout.point.lodge@gmail.com>

FYI.

-----Original Message-----
From: Anthony - WordPress.com [mailto:dmca@automattic.com]
Sent: Monday, October 03, 2011 2:53 PM
To: Jonathan Ng
Cc: Chelsea Brownridge
Subject: [DMCA #954855]: Notice of Infringement from Ashoka's Changemakers

Hi,

> The copy of the URL containing our copyrighted material is located at:
>
> http://slabbed.wordpress.com/2011/09/06/we-have-a-winner-and-he-is-still-a-loser-after-all-these-years/
>
> The photo taken by Changemakers is located at the following URL:
>
> http://www.changemakers.com/es/stories/trout-point-lodge-making-change-happen-place-place

In accordance with the valid DMCA notice you have submitted, access to the infringing material(s) has been disabled. Please note the notice will be forwarded to the owner of the site in question and may be formally challenged. Should the notice be challenged, we will notify you immediately.

--

Anthony

WordPress.com