IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DOUGLAS HANDSHOE**

v.        CIVIL ACTION NO. 1:15cv382-HSO-JCG

**VAUGHN PERRET, et al.**

### CORPORATE DISCLOSURE STATEMENT OF ASHOKA

Pursuant to Fed. R. Civ. P. 7.1 and Uniform Local Rule 7(c), Defendant Ashoka, incorrectly named herein as "The Ashoka Foundation" states that Ashoka is a non-profit corporation, with no parent corporation, and with no stock available for issue. These representations are made so that Judges of this Court may determine the need for recusal.

This, the 11th day of August, 2016.

/s/ Douglas J. Gunn
Douglas J. Gunn (MS Bar No. 5068)
WATKINS & EAGER PLLC
400 East Capitol Street
Jackson, MS 39201
Phone: (601) 965-1900
Facsimile: (601) 965-1901

*Attorney for Ashoka* (incorrectly named herein as "The Ashoka Foundation")

## CERTIFICATE OF SERVICE

  I, the undersigned counsel, do hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record who have registered with the ECF system.

  This is the 11th day of August, 2016.

/s/ Douglas J. Gunn