AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15CV382-HSO-JCG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 15 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

This summons for *(name of individual and title, if any)* **Vaughn Perret**
was received by me on *(date)* **July 29, 2016**.

☑ I personally served the summons on the individual at *(place)* **Yarmouth Superstore 104 Starrs Rd. Yarmouth** on *(date)* **August 4, 2016**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ **51.75** for travel and $ **80.00** for services, for a total of $ **131.75** 0.00.

I declare under penalty of perjury that this information is true.

Date: **August 4th, 2016**

_Samuel L. Horton_
Server's signature

**Garnet L. Horton, Provincial Civil Constable**
Printed name and title

_Nancy Tyndall-Bullerwell_
Nancy Tyndall-Bullerwell
A Justice of The Peace for
The Province of Nova Scotia

_Wayne S. Rideout_
Wayne S. Rideout
BARRISTER, SOLICITOR, NOTARY PUBLIC
215 Water Street, P.O. Box 594
Shelburne, B0T 1W0 Nova Scotia
Tel: 2500 Fax: (902) 875-3060

**Yarmouth NS B5A 3W4**
Server's address

ALSO WITNESS: WAYNE SNIDER

Additional information regarding attempted service, etc:

Attempted to serve on Friday, July 29. Refused to see me at Trout Point Lodge, Kemptville. Told by manager they were too busy. Left my phone number to contact me — no return call. Saw them at Superstore getting groceries. Served there.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

Douglas Handshoe )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:15CV382-HSO-JCG
)
Vaughn Perret, Charles Leary, Daniel Abel d/b/a )
Trout Point Lodge Ltd. & in their individual capacities, )
Progress Media Group, Ltd., Marilyn Smulders, )
Torstar Corp, National Geographic Society et al )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Vaughn Perret doing business as Trout Point Lodge Ltd and Individually
189 Trout Point Road
East Kemptville, NS B5A 5X9, Canada

An amended lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Douglas Handshoe
Post Office Box 788
Wiggins, MS 39577-0788

If you fail to respond, judgment by default will be entered against you for the relief demanded in the amended complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date: 6-17-16

*Signature of Clerk or Deputy Clerk*