

# PRIORITY MAIL

DATE OF DELIVERY S
USPS TRACKING™ IN
INSURANCE INCLUDE
PICKUP AVAILABLE
* Domestic only

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EP14F July 2013

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE



**UNITED STATES POSTAL SERVICE®   Click-N-Ship®**

P  usps.com   9405 8036 9930 0297 5669 44 0064 5000 0013 9501
$6.45
US POSTAGE
Flat Rate Env

08/23/2016   Mailed from 39577   062S0000000309

## PRIORITY MAIL 2-DAY™

DOUGLAS HANDSHOE
DOUGLAS HANDSHOE, CPA
PO BOX 788
WIGGINS MS 39577-0788

Expected Delivery Date: 08/25/16

**RECEIVED**   0006
AUG 24 2016
C024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

SHIP TO:
HON. ARTHUR S JOHNSON
UNITED STATES DISTRICT CLERK
2012 15TH ST
STE 403
GULFPORT MS 39501-2036

**USPS TRACKING #**

9405 8036 9930 0297 5669 44

Electronic Rate Approved #038555749