AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15CV382-HSO-JCG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Progress Media Group, Limited**
was received by me on *(date)* **July 28, 2016**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Bruce V. McLaughlin**, who is designated by law to accept service of process on behalf of *(name of organization)* **Progress Media Group, Limited** on *(date)* **July 28th, 2016** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **August 09, 2016**

*Server's signature*

**Kevin Toal, Provincial Civil Constable**
*Printed name and title*

**1083 Queen Street, Halifax, Nova Scotia, B3H 0B2**
*Server's address*

Additional information regarding attempted service, etc:



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 24 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Douglas Handshoe<br><br>*Plaintiff(s)*<br>v.<br>Vaughn Perret, Charles Leary, Daniel Abel d/b/a Trout Point Lodge Ltd. & in their individual capacities, Progress Media Group, Ltd., Marilyn Smulders, Torstar Corp, National Geographic Society et al<br>*Defendant(s)* | Civil Action No. 1:15CV382-HSO-JCG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Progress Media Group, Limited
1202 - 1660 Hollis Street
Halifax, NS B3J 1V7 Canada

An amended lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached second amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Douglas Handshoe
Post Office Box 788
Wiggins, MS 39577-0788

If you fail to respond, judgment by default will be entered against you for the relief demanded in the second amended complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: 8-17-16

*Signature of Clerk or Deputy Clerk*