IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| DOUGLAS HANDSHOE | PLAINTIFF |
| VS. | CIVIL ACTION NO. 1:15cv382HSO-JCG |
| VAUGHN PERRET, CHARLES LEARY & DANIEL ABEL, D/B/A TROUT POINT LODGE LTD OF NOVA SCOTIA & IN THEIR INDIVIDUAL CAPACITIES PROGRESS MEDIA GROUP LIMITED, MARILYN SMULDERS, TORSTAR CORPORATION, NATIONAL GEOGRAPHIC SOCIETY, XYZ FOUNDATION & JOHN DOES 1-50 | DEFENDANTS |

**ENTRY OF APPEARANCE**

NOW INTO COURT comes Purvis & Co. PLLC, and enters its appearance in this cause of action as counsel for Defendants **Vaughn Perret** and **Charles Leary** for the purpose of providing notice to all parties thereof and creating a filer association so that the Clerk provides notice to the undersigned of the filing of all pleadings and other papers in this cause, specifically preserving all claims, objections, defenses and affirmative matters, including jurisdictional matters, and further reserving any and all responsive claims.

RESPECTFULLY SUBMITTED, this the 15th day of September, 2016.

        VAUGHN PERRET, DEFENDANT
         and
        CHARLES LEARY, DEFENDANT

BY:  PURVIS & CO. PLLC

BY:    */s/Jason B. Purvis*
        Jason B. Purvis, MSB # 100873

OF COUNSEL:

Purvis & Co. PLLC
P.O. Box 2307
Gulfport, MS 39505
Tel: (228) 206-7174
jpurvis@purviscolaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that, on September 15, 2016, I caused a true and correct copy of the above and foregoing to be filed utilizing the Court's CM/ECF electronic document filing system, which caused notice of such filing to be delivered to all counsel of record and parties requesting notice, and by United States First Class Mail, postage prepaid, to the following non-ECF participants having appeared in this action:

     [none]

                                                 /s/ *Jason B. Purvis*