

# DELBERT HOSEMANN
## Secretary of State

This is not an official certificate of good standing.

## Name History

| Name | Name Type |
|---|---|
| Sheehan & Johnson, PLLC | Legal |

## Business Information

**Business Type:** Limited Liability Company
**Business ID:** 935583
**Status:** Dissolved
**Effective Date:** 07/23/2008
**State of Incorporation:** Mississippi
**Principal Office Address:**

## Registered Agent

**Name**
Johnson, R Hayes, Jr
2462 Pass Road;PO Box 8299
Biloxi, MS 39535-8299

## Officers & Directors

| Name | Title |
|---|---|
| R. Hayes Johnso, Jr.<br>2462 Pass RoadPO Box 8299<br>Biloxi, MS 39535-8299 | |
| R Hayes Johnson<br>1902 21ST AVE.<br>GULFPORT, MS 39501 | Member |
| Patrick A Sheehan<br>1902 21ST AVE.<br>GULFPORT, MS 39501 | Manager |