9/15/2016 Ocean Springs MS Bankruptcy Attorney | Biloxi Chapter 7, 11 & 13 Lawyer | Gulfport Personal Injury & Social Security Disability

Case 1:15-cv-00382-HSO-JCG Document 68-2 Filed 09/15/16 Page 1 of 5

Home   Firm Overview   Attorneys   Practice Areas   Contact

Powerful Legal Solutions That Meet Your Needs

# Sheehan Law Firm

*Toll Free:* 877-593-7398

*Ocean Springs:* 228-875-0572

Bankruptcy

Consumer Law

Social Security Disability

Estate Planning & Probate

Real Estate

Case 1:15-cv-00382-HSO-JCG Document 68-2 Filed 09/15/16 Page 2 of 5

# Mississippi Gulf Coast Lawyers for Bankrutpcy, Consumer Law, and Much More

### Powerful Legal Solutions That Meet Your Needs

Sheehan Law Firm is a local Gulf Coast law firm committed to the best interests of the individuals and families we serve. **We take the side of people in South Mississippi who are in need of help in their financial lives.**

Whether it's debt relief through Chapter 7 bankruptcy, advocacy in court against an abusive creditor, help with the threat of foreclosure or garnishment of your wages or assistance in getting Social Security benefits, we can provide powerful legal solutions that meet your needs.

### Get Relief From The Anxiety. Stop The Harassment. Regain Control Of Your Life.

Being in debt can be distressing, and it can cause serious family and career problems. When the stress of phone harassment and worries about losing your home or vehicle become overwhelming, it is important to know that you have legal options, including the right to file for bankruptcy under federal law if you qualify.

Whether your debt comes as the result of a job loss, a medical problem or a divorce, or from excessive obligations, **bankrutpcy will stop creditors from contacting you** — and it can help you regain control of your life if it fits your situation.

### Leveling The Playing Field And Fighting For Our Clients' Rights

When you are experiencing financial, family or health problems, being harassed and intimidated by collectors and lenders can make life miserable. Creditors are not above the law, and they can be held accountable when they break the law and violate the legal rights of consumers. That's where our [attorneys](#) come in.

We provide aggressive consumer advocacy against banks, credit card companies, collection agencies and other organizations that use their power against those who cannot defend themselves.

## Help With Social Security Disability, Real Estate, Personal Injury And Estate Planning

If you have experienced a disabling injury or illness that is preventing you from working, we can work to help you obtain Social Security Disability Insurance (SSD or SSDI) or Supplemental Security Income (SSI) benefits. You will not be charged attorney fees unless we are successful.

Our firm also provides legal assistance in [real estate](#) and estate planning matters, helping our clients protect their interests in transactions and litigation. In addition, we offer personal injury representation and estate planning services to Mississippi residents.

## Free Consultation With A Chapter 7, 11 And 13 Attorney

Our bankruptcy attorneys and debt relief lawyers can help you figure out if bankruptcy is right for you. Our firm has filed thousands of bankruptcies on behalf of our clients. Call us at 228-875-0572, or contact us online to set up a free consultation.

## View Our Areas Of Focus

Consumer Debt

Stop Harassment

Stop Foreclosure, Garnishment & Repossession

Life After Bankruptcy

Bankruptcy: Powerful Debt Relief

    Chapter 11 Bankruptcy

Consumer Law

Fair Debt Collection Claims

Fair Credit Reporting

Information for Military Consumers

Real Estate

Mortgage Litigation

Business Litigation

Social Security Disability

Case 1:15-cv-00382-HSO-JCG   Document 68-2   Filed 09/15/16   Page 4 of 5

- Types of Disabling Conditions
- Appealing a Denied Claim

Estate Planning & Probate

Personal Injury

- Auto Accidents

## Contact Us

**Bold** labels are required.

**Name**

**E-mail Address**

Phone

Brief description of your legal issue

☐ I have read the **disclaimer**.

Privacy Policy

[Submit]

# Sheehan Law Firm

## Our Locations

### Sheehan Law Firm

429 Porter Avenue
Ocean Springs, MS 39564
Toll Free: 877-593-7398
Phone: 228-875-0572
Fax: 228-875-0895
Map & Directions

Case 1:15-cv-00382-HSO-JCG   Document 68-2   Filed 09/15/16   Page 5 of 5

Sheehan Law Firm serves Mississippi Gulf Coast residents in Gulfport, Biloxi, Ocean Springs, Bay St. Louis, D'Iberville, Pascagoula, Long Beach, Pass Christian, Diamondhead, Waveland, Saucier, Gautier, Moss Point, Vancleave, Wiggins, Picayune, Poplarville, Lucedale, Columbia, Hattiesburg and other South Mississippi communities in Harrison County, Hancock County, Jackson County, Stone County, Pearl River County, Forrest County, Lamar County and George County.

We are a Debt Relief Agency under federal law. We help people file for bankruptcy relief under the U.S. Bankruptcy Code.

© 2016 by Sheehan Law Firm. All rights reserved. Disclaimer | Site Map   Privacy Policy | Business Development Solutions by FindLaw, a Thomson Reuters business.