

| Lawyer Directory | For Members | For the Public | Programs & Affiliates | Ethics & Discipline | Inside the Bar |



## Lawyer Directory Search

Return

You searched **Last Name** for **wolford**, and we found **1** results

       **Name:** Robert Anderson Wolford
  **Company:** Bob Wolford Esq
 **Admit Date:** 09/28/1999
**Mail Address:** 2619 Broadwater Dr
                    Gulfport, MS 39507-2841
        **Status:** Active