## Mississippi Electronic Courts
### Eighth Chancery Court District (Harrison Chancery Court - Gulfport)
### CIVIL DOCKET FOR CASE #: 24CH1:16-cv-01197-JS

In re the Guardianship of H.W.  
Assigned to: Jennifer Schloegel

Date Filed: 05/19/2016  
Jury Demand: None  
Nature of Suit: 93 Guardianship  
Jurisdiction: General

**Ward**

**H.W.**   represented by **Bob Wolford**  
Bob Wolford, Esq.  
2619 Broadwater Drive  
GULFPORT , MS 39507  
228-669-4721  
Fax: 228-357-5521  
Email: bob99717@gmail.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CAROLYN B LARSON**   represented by **Bob Wolford**  
13243 Andy Street     (See above for address)  
Gulfport, MS 39503     *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ALEXANDER WEAVER**

**Defendant**

**TAYLOR M RODENKIRCH**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/19/2016 | 1 | COMPLAINT FOR GUARDIANSHIP filed by CAROLYN B LARSON. (Attachments: # 1 Civil Cover Sheet) (AW) (Entered: 05/19/2016) |
| 05/19/2016 | 2 | PAUPER'S OATH by CAROLYN B LARSON. (AW) (Entered: 05/19/2016) |
| 05/20/2016 |   | Set Hearings:Appoint Guardian set for 7/7/2016 09:30 AM in Gulfport Courtroom 3 before Jennifer Schloegel. (Danzey, Joy) (Entered: 05/20/2016) |
| 05/20/2016 | 4 | Rule 81 SUMMONS Issued for service upon ALEXANDER WEAVER. (AW) (Entered: 05/23/2016) |
| 05/20/2016 | 5 | Rule 81 SUMMONS Issued for service upon TAYLOR M RODENKIRCH. (AW) (Entered: 05/23/2016) |
| 09/06/2016 |   | Set/Reset Hearings: Appoint Guardian set for 10/11/2016 09:30 AM in Gulfport Courtroom 3 before Jennifer Schloegel. (Danzey, Joy) (Entered: 09/06/2016) |
| 09/12/2016 | 7 | Amended Petition for the Appointment of Guardianship and Letters of Guardianship by CAROLYN B LARSON.. (LS) (Entered: 09/13/2016) |

| | | |
|---|---|---|
| 09/12/2016 | 8 | PAUPER'S OATH by CAROLYN B LARSON. (LS) (Entered: 09/13/2016) |
| 09/12/2016 | 10 | Rule 81 SUMMONS Issued for service upon ALEXANDER WEAVER., SUMMONS RETURNED UNEXECUTED by CAROLYN B LARSON as to ALEXANDER WEAVER. (LS) (Entered: 09/13/2016) |
| 09/12/2016 | 11 | Rule 81 SUMMONS Issued for service upon TAYLOR M RODENKIRCH. (LS) (Entered: 09/13/2016) |
| 09/12/2016 | 12 | SUMMONS Issued for service upon TAYLOR M RODENKIRCH. (LS) (Entered: 09/13/2016) |
| 09/15/2016 | | Set/Reset Hearings: Appoint Guardian set for 11/10/2016 09:30 AM in Gulfport Courtroom 3 before Jennifer Schloegel. (Danzey, Joy) (Entered: 09/15/2016) |

| MEC Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/15/2016 18:21:42 | | | |
| You will be charged $0.20 per page to view or print documents. | | | |
| **MEC Login:** | bs8774M | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 24CH1:16-cv-01197-JS |
| **Billable Pages:** | 2 | **Cost:** | 0.40 |