# EXHIBIT 1

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
2012 15TH STREET, SUITE 403
GULFPORT, MISSISSIPPI 39501

OFFICIAL BUSINESS





1:14-cv-00159-KS-MTP Notice has been delivered by oth..

Daniel G. Abel
2421 Clearview Pkwy
Metairie, LA 70001

NIXIE            708    7E 1           0002/14/16
        RETURN  TO  SENDER
    NOT DELIVERABLE AS ADDRESSED
        UNABLE  TO  FORWARD

BC: 39501203603      *0766-18612-05-36

7099181299
  39501@2036

## Responses and Replies
1:14-cv-00159-KS-MTP
Handshoe v. Abel **CASE CLOSED on 01/08/2016**

CLOSED,MTP

## U.S. District Court

### Southern District of Mississippi

**Notice of Electronic Filing**

The following transaction was entered on 2/4/2016 at 10:11 AM CST and filed on 2/4/2016
**Case Name:** Handshoe v. Abel
**Case Number:** 1:14-cv-00159-KS-MTP
**Filer:** Chris Yount
**WARNING: CASE CLOSED on 01/08/2016**
**Document Number:** 93

**Docket Text:**
Rebuttal re [84] MOTION Return of Service Fee Paid MOTION for Sanctions, [91] Memorandum in Opposition to Motion filed by Chris Yount (Attachments: # (1) Exhibit A-Louisiana 5th Circuit Court of Appeals Judgment, # (2) Exhibit C-Hancock County Circuit Court Amended Complaint, # (3) Exhibit D-Bill of Costs, # (4) Envelope)(wld)


**1:14-cv-00159-KS-MTP Notice has been electronically mailed to:**

Chris Yount     ceyount@gmail.com

Douglas Handshoe     earning04@gmail.com

**1:14-cv-00159-KS-MTP Notice has been delivered by other means to:**

Daniel G. Abel
2421 Clearview Pkwy
Metairie, LA 70001

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=2/4/2016] [FileNumber=4187495-0]
[b0bbb6f07bb7d9e50b396ec95cabf80b6eb5ca651273d03482831974a7adb7ca222c
12eb8a755d815ba304ee8cf5d3b22dc120955491e3ee239db96b594d5a2b]]

**Document description:** Exhibit A-Louisiana 5th Circuit Court of Appeals Judgment
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=2/4/2016] [FileNumber=4187495-1]
[10e6890c50637888cc383c615c61325c82aa4ddb5fc8937e3ec0b88faa4808a15f39
11b5b749a2d0ab1a190d76c966210dc6a99a47c49a43deb261f1acf53f97]]
**Document description:** Exhibit C-Hancock County Circuit Court Amended Complaint
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=2/4/2016] [FileNumber=4187495-2]
[88040b320211091fc42acfc40a7d639c6d95f852d254f4097984f1244aee209da898
2300ff73fd28deb12302bf68319f121ceb3968d06706f451b5aac86addec]]
**Document description:** Exhibit D-Bill of Costs
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=2/4/2016] [FileNumber=4187495-3]
[39a537c6741e89d07a220784868621eae48d11ebfb359aff440d92e7a99b66f3b609
f8f8ff45113e9d24db891f0f549b378a20c21857b90437e9cb6167cac927]]
**Document description:** Envelope
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=2/4/2016] [FileNumber=4187495-4]
[624bb1d2 9c8028de6f3dd14eaeb41042707623a3ab53e6d58a3387c215a806a6b26e
861b2a4431d17f8d53763ac17ac7bd76007f53551f8e007037a962de1f75]]