# EXHIBIT 3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

IN RE: SLABBED NEW MEDIA, LLC  CHAPTER 11
CASE NO. 15-50963-KMS

OBJECTION TO DEBTOR'S INITIAL, FIRST AMENDED
AND SECOND AMENDED DISCLOSURE STATEMENTS

COMES NOW Charles Leary and Vaughn Perret, named creditors herein, and file this their Objection to Debtor's Initial, First Amended and Second Amended Disclosure Statements, showing unto the Court that the Debtors adopt and reassert their Objection to Plan of Reorganization (#92) previously filed herein as their objection to the disclosure statements filed by the Debtor.

Respectfully submitted this the 24th day of July, 2016.

CHARLES LEARY and VAUGHN PERRETT

By: /s/ Bob Wolford
Bob Wolford (#99717)
Their lawyer

Bob Wolford (#99717)
2619 Broadwater Drive
Gulfport, MS 39507
(228) 669-4721
bob99717@gmail.com

## CERTIFICATE OF SERVICE

I, Bob Wolford, certify that the following have been served with a true and correct copy of the foregoing document via ECF:

U.S. Trustee, Region 5

Craig Geno, Debtor's attorney

This the __24th__ day of July, 2016.

                                            /s/ Bob Wolford
                                            Bob Wolford (#99717)

# *Proceeding Minutes / Proceeding Memo*

**Case #:** 15-50963   **Case Name:** Slabbed New Media, LLC
**Set:** 07/28/2016 02:00 pm   **Chapter:** 11   **Type:** bk   **Judge** Katharine M. Samson
**matter**   Chapter 11 Plan of Reorganization Filed by Debtor In Possession Slabbed New Media, LLC. (Dkt. #72)

Objection filed by the U.S. Trustee (Dkt. #90)

Objection filed by Vaughn Perret and Charles Leary (Dkt. #92)

Objection filed by Daniel G. Abel (Dkt. #93)

Objection filed by Charles Leary and Vaughn Perret (Dkt. #124)

---

Minute Entry Re: (related document(s): [72] Chapter 11 Plan filed by Slabbed New Media, LLC) Appearances: Jarret P. Nichols, Bob Wolford, Sammy Tharpe. Tickle for date: 08/25/2016. Hearing was held. Court held that plan is not feasible. Confirmation is denied. The case will be dismissed for failure to obtain confirmation pursuant to orders entered on UST motion (#87, #115). Court will enter order. (cevans)