# EXHIBIT 4

## Douglas Handshoe

**From:** Gerald Cruthird <picayunebarrister@cruthirdlaw.com>
**Sent:** 09/07/2016 9:36 AM
**To:** Doug Handshoe
**Subject:** FW: Settlement

Email received from Jason Purvis.

Gerald

---

**From:** Jason Purvis [mailto:jpurvis@purviscolaw.com]
**Sent:** Tuesday, September 06, 2016 5:25 PM
**To:** Gerald Cruthird
**Subject:** Settlement

Good evening Gerald:

I wanted to reach out to you and let you know that my clients have authorized me to discuss an amicable resolution to the case.

They are willing to forgo seeking sanctions if your client will fully satisfy the judgments within 10 days, certified funds, and agree to mutually cease all litigation arising before today.

Let me know your thoughts, and if you have any suggestions as to how we may avoid additional litigation.

If you have no constructive thoughts, then please relay this offer to your client and let me know your response.

The offer is good for 48 hours.

Kindly,

JP

**Jason B. Purvis**
jpurvis@purviscolaw.com



14110 Airport Rd, Suite A          P.O. Box 2307
Gulfport, MS 39503                 Gulfport, MS  39505
Telephone:  (228) 206-7174         Fax:  1-601-510-7794
London / UK:  +44 20 3769 1057

**Notice of Attorney-Client Privilege Regarding E-Mail Transmission**:  The information contained in this e-mail message, and all attachments hereto, is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or the person responsible for delivering it to the intended recipient, this serves as notice to you that you have received this document in

1

error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please delete the original message and notify us immediately via e-mail at info@purviscolaw.com or by telephone at 228-206-7174. Thank you.

**NAEUAA** – Each non-authorized recipient of this message who does not comply with these instructions preempitvely waives service of process, waives soverign immunity, waives all defenseses to claims, enters an appearance, and consents to judgment against them, both personally and corporately, in a sum no less than one million dollars ($1,000,000.00) per interception not authorized by the author.

**Notice Regarding Tax Advice:**  we are not experts in taxation.  We strongly recommend that you regularly consult with your CPA, or other tax expert.