IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DOUGLAS HANDSHOE** | § § § | **PLAINTIFF** |
| **v.** | § § § | **Civil No. 1:15CV382-HSO-JCG** |
| **VAUGHN PERRET,** *et al.* | § | **DEFENDANTS** |

**ORDER GRANTING AS UNOPPOSED DEFENDANT TORSTAR
CORPORATION'S MOTION [64] TO DISMISS
OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT,
AND DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANT
TORSTAR CORPORATION WITH PREJUDICE**

BEFORE THE COURT is the Motion [64] to Dismiss or, in the Alternative, Motion for Summary Judgment filed by Defendant Torstar Corporation on August 29, 2016. Torstar seeks dismissal of all claims asserted against it in Plaintiff Douglas Handshoe's Second Amended Complaint. Torstar's Mot. [64] at 3. Plaintiff responds that, having reviewed the Declaration of Kathy English, which is attached as Exhibit "D" to Torstar's Motion, "Plaintiff does not oppose the dismissal of Torstar from this matter." Pl.'s Resp. [70] at 2.

After due consideration of Torstar's Motion, Plaintiff's Response, the record, and relevant legal authority, the Court finds that Torstar's Motion [64] should be granted as unopposed. Plaintiff's claims against Torstar will be dismissed with prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Torstar Corporation's Motion [64] to Dismiss or, in the Alternative, Motion for Summary

Judgment is **GRANTED AS UNOPPOSED**, and Plaintiff's claims against Torstar Corporation are **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 19th day of September, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE