IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOUGLAS HANDSHOE                                                                             PLAINTIFF

v.                                                 CIVIL ACTION NO. 1:15cv382-HSO-JCG

VAUGHN PERRET, CHARLES
LEARY & DANIEL ABEL, D/B/A
TROUT POINT LODGE LTD OF
NOVA SCOTIA & IN THEIR
INDIVIDUAL CAPACITIES,
PROGRESS MEDIA GROUP
LIMITED, MARILYN SMULDERS,
TORSTAR CORPORATION,
NATIONAL GEOGRAPHIC
SOCIETY INC., & THE ASHOKA
FOUNDATION                                                   DEFENDANTS

**AGREED ORDER OF DISMISSAL OF**
**NATIONAL GEOGRAPHIC SOCIETY, INC. WITH PREJUDICE**

THIS CAUSE comes before the Court on the joint *ore tenus* Motion to Dismiss of Plaintiff, Douglas Handshoe, and Defendant, National Geographic Society, Inc. ("NGS"), to dismiss NGS from the above-referenced matter with prejudice and with each party to bear its respective costs and attorneys' fees. After due consideration of the record and being fully advised of the premises, the Court finds that the Motion is well taken and should be granted as to NGS. It is therefore,

ORDERED AND ADJUDGED that the *ore tenus* Motion to Dismiss National Geographic Society, Inc. be, and is hereby, granted. It is further,

ORDERED AND ADJUDGED that Defendant, National Geographic Society, Inc., is dismissed with prejudice, with each party to bear its respective costs and attorneys' fees.

SO ORDERED, this the 25th day of October, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

AGREED AS TO FORM AND CONTENT:

_____
Douglas Handshoe, Plaintiff
P.O. Box 788
Wiggins, MS 39577
Telephone: 601-928-5380
earning04@gmail.com

_____
Jonathan P. Dyal, Esq.
Balch & Bingham LLP
P.O. Box 130
Gulfport, MS 39502
Telephone: (228) 214-0406
Facsimile: (228) 864-8221
jdyal@balch.com
*Attorney for Defendant, National Geographic Society, Inc.*