**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

**DEC 15 2016**

ARTHUR JOHNSTON
BY_____ DEPUTY

DOUGLAS HANDSHOE                          )
                                          )
                                          )
v.                                        )     CIVIL ACTION NO. 1:15cv382-HSO-JCG
                                          )
                                          )
VAUGHN PERRET, CHARLES LEARY &            )
DANIEL ABEL, D/B/A/ TROUT                 )
POINT LODGE LTD OF NOVA SCOTIA            )
& IN THEIR INDIVIIDUAL CAPACITIES         )
PROGRESS MEDIA GROUP LIMITED,             )
MARILYN SMULDERS & ASHOKA                 )
                                          )

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

NOW into court comes Plaintiff Douglas Handshoe, pursuant to Rule 15(a)(2) of the

Federal Rules of Civil Procedure, for leave to file a Third Amended Complaint in this matter, a

copy of which is attached to the accompanying Memorandum of law in Support. The Third

Amended Complaint repleads in a more complete form the counts and allegations against the

defendants and eliminates the common law torts which Plaintiff now concedes are preempted

under the Copyright Act.  The Third Amended complaint adds an additional Declaratory Count

for Copyright Misuse.

Plaintiff has conferred with opposing counsel, who did not agree in writing to allow the

filing of this Third Amended Complaint.

These matters are discussed more fully in the accompanying Memorandum of Law in

support thereof.

1

WHEREFORE, Plaintiff prays the Court grants this Motion for Leave to File a Third

Amended Complaint in this matter.

Respectfully submitted this 15th day of December, 2016,

Douglas Handshoe, Plaintiff
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
(228) 284-0004
earning04@gmail.com

2

## CERTIFICATE OF SERVICE

I, Douglas Handshoe, hereby certify that on December 15, 2016 the foregoing was sent

for electronically filing by me via the Clerk of the Court using the ECF system which sent

notification to all counsel of record upon filing by the Clerk.

Respectfully submitted this 15th day of December, 2016,


_____

Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com