IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



| | |
|---|---|
| DOUGLAS HANDSHOE | ) ) ) |
| v. | ) CIVIL ACTION NO. 1:15cv382-HSO-JCG ) |
| VAUGHN PERRET, CHARLES LEARY & DANIEL ABEL, D/B/A/ TROUT POINT LODGE LTD OF NOVA SCOTIA & IN THEIR INDIVIIDUAL CAPACITIES PROGRESS MEDIA GROUP LIMITED, MARILYN SMULDERS & ASHOKA | ) ) ) ) ) ) ) ) |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE WHY DEFENDANT
DANIEL ABEL SHOULD NOT BE DISMISSED**

<u>MAY IT PLEASE THE COURT:</u>

Plaintiff Douglas Handshoe, pursuant to the order of the Court dated December 14, 2016, respectfully submits the following.

### BACKGROUND

Plaintiff has hired the investigative firm JSI Investigations of Slidell Louisiana (lSI) multiple times to serve process on Defendant Abel in this and other matters. Abel is currently evading service of process. JSI was unable to locate Abel at his last known address, 2421 Clearview Parkway in Metairie Louisiana which is a Super 8 Motel. Abel used this address with this Court until approximately October 2015, when mail from the matter styled Handshoe v Abel was returned to the Court. Abel left no forwarding addresses with the Court in that matter and several other pieces of official corresponded was subsequently returned as undeliverable.

However, Abel used the Super 8 Motel address on February 24, 2016 in other litigation involving instant Plaintiff. Additionally Abel, along with Trout Point Lodge, Charles Leary and

1

Vaughn Perret more recently used the Super 8 Motel address in filings with the United States Bankruptcy Court on May 27, 2016. Plaintiff was been advised by JSI that Abel was no longer domiciled at the Super 8 Motel despite their re-use of that address in their more recent Bankruptcy court filings.[1]

Plaintiff has been serving process upon Abel during various of his scheduled court appearances in the New Orleans metropolitan area courts as the Super 8 Motel front desk had previously refused on multiple occasions to accept service on Abel's behalf or to summon Abel to the motel common area from the domicile/office at Room 106 which Abel has previously furnished this and other courts as his address.

Abel has abandoned his litigation against instant Plaintiff by refusing to sit for his scheduled deposition on March 14, 2016 in the New Orleans Civil District Court matter styled *Abel on Behalf of Himself and as Representative Petitioner v Handshoe et al*, despite being compelled by the New Orleans Civil District Court to appear for it and is scheduled to appear in no other litigation as his license to practice law has been suspended by the Louisiana Supreme Court due to the "threat of harm to the public." Plaintiff and his private investigators continue to diligently attempt to locate Abel for service.

Plaintiff has engaged another private investigator who has advised him that Abel is still domiciled, at least in part, at the Super 8 Motel in Metairie and that he is evading service of process.

These matters are discussed more fully in the accompanying Affidavit in Support of this response.

---

[1] Case Number 15-50963-KMS, ECF Nos. 92-2 and 93-1

WHEREFORE, Plaintiff prays the Court finds Plaintiff has demonstrated good cause for failure to timely serve the summons and does not dismiss Defendant Abel from this matter.

Respectfully submitted this 22nd day of December, 2016,

_____

Douglas Handshoe, Plaintiff
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
(228) 284-0004
earning04@gmail.com

## CERTIFICATE OF SERVICE

I, Douglas Handshoe, hereby certify that on December 22, 2016 the foregoing was sent for electronically filing by me via the Clerk of the Court using the ECF system which sent notification to all counsel of record upon filing by the Clerk.

Respectfully submitted this 22nd day of December, 2016,

_____
Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com