# EXHIBIT 1

# AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

    **BEFORE ME**, the undersigned Notary Public, personally came and appeared

**CHRISTOPHER M. G'SELL**

who, after being first duly sworn, did depose and state:

1. That he has been engaged to represent the interests of Douglas K. Handshoe and Slabbed New Media, LLC ("Handshoe") with regards to a suit filed by Danny Abel ("Abel"), No. 2013-5029, Division "I-14" on the docket of the Civil District Court, Orleans Parish, Louisiana;

2. That he and an investigator engaged by Handshoe ("investigator") successfully observed the presence of Abel at a restaurant located in unincorporated Jefferson Parish on or about June 10, 2016;

3. Upon observing Abel at the above-referenced restaurant, that he observed the investigator secure a photograph of Abel while he was in the restaurant, the photographs is attached hereto as an exhibit;

4. That he and the investigator left the restaurant and entered their respective vehicles in order to observe Abel depart the restaurant and to follow Abel to a destination in order to locate Abel for future purposes;

5. That he observed Abel depart the restaurant parking lot in a vehicle;

6. That neither he nor the investigator were thereafter able to successfully follow Abel's vehicle to its destination after having left the restaurant parking lot; and

7. That the information and statements made herein are based upon his personal knowledge, understanding, and belief.

_____
CHRISTOPHER M. G'SELL

Sworn to and subscribed before me this 20th day of December, 2016.

_____
NOTARY PUBLIC

ALEJANDRO RODRIGUEZ
NOTARY PUBLIC #87899
State of Louisiana
My Commission is issued for life

