# EXHIBIT 2

**DANIEL G. ABEL**
Telephone: 504.284.8521
Facsimile:888.577.8815
Email: danielpatrickegan@gmail.com

Hon. Carolyn Wales Gill-Jefferson, Judge Retired   26 November 2015
1100 Poydras St Ste 2900
New Orleans, LA 70163
Phone: (504) 779-2213
Fax: (504) 324-0875
Email: cwjefferson410@att.net

Re: *Abel v. Handshoe* / CDC / Case No. 13-5029 / Proposed Judgment by Counsel
  For Mr. Jack E. "Bobby" Truitt / Issues Underlying 20 November 2015 Hearing

Dear Ms. Gill-Jefferson:

While the language of your proposed judgment is clear, the 20 November 2015 hearing which resulted in that judgment is confusing. Ms. Connie Sue Montgomery filed a motion objecting to that date for the hearing. I called the Court the week of the hearing. I was told that NOTHING IN THIS CASE WAS SET FOR HEARING ON FRIDAY, 20 NOVEMBER 2015. I did not appear.

I told the Court that I would not object to a continuance if it had been set, in light of Ms. Montgomery's conflict. I was told that it was not a problem, since nothing had been set for Friday. Ms. Montgomery did not appear as is made evident in your proposed judgment; although the judgment proposed accrued to the benefit of her client Mr. Handshoe as well.

If I had not been told that there was not a hearing on either motion I filed, I certainly would have appeared to present evidence regarding my motions. On Thursday, 19 November, the Louisiana 5th Circuit unanimously ordered Mr. Truitt to pay all costs and reasonable attorney fees in the Yount case, supporting the decision also unanimously made against Mr. Truitt in this case, by the Louisiana Supreme Court on 13 February 2015; Mr. Handshoe was also ordered to do so, on 28 May 2015.

One of the matters raised in my motions involves fraud committed in the federal bankruptcy court by defendant Mr. Douglas Handshoe and counsel. It has already been reported to the appropriate federal authorities and U.S. Attorneys in Mississippi and Louisiana. While you do not represent Mr. Handshoe, I certainly would have appeared on Friday, 20 November, if I knew that anything was going forward. I am also concerned that you gave no one notice—unless you did tell other counsel—that you would not be available for the Monday, 23 November 2015 telephone conference set by the Court. It would have been a courtesy, at the least.

Sincerely yours,

/s/ Daniel G. Abel

cc. Judge Piper Griffin, All Counsel & Pro Se Defendants