gov.ns.ca
Government of Nova Scotia
Nova Scotia, Canada

Government of Nova Scotia | gov.ns.ca

Français

Government Home > Service NS Home > Access NS > Services for Businesses > Registry of Joint Stock Companies > Search our Database > Name Inquiry Results List > Profile

Text Size: A+ A−

## Profile

🖨 ▶ Printer Version

New Search        Back to Inquiry Results

▸ Profile Info    ▸ People Info    ▸ Activites Info    ▸ Related Reg's Info

**PROFILE** - TROUT POINT LODGE LIMITED - as of: 2017-02-08 11:34 AM

| Business/Organization Name: | TROUT POINT LODGE LIMITED |
| --- | --- |
| Registry ID: | 3025050 |
| Type: | N.S. Limited Company |
| Nature of Business: | |
| Status: | Active |
| Jurisdiction: | Nova Scotia |
| Registered Office: | 189 TROUT POINT ROAD<br>KEMPTVILLE NS Canada B5A 5X9 |
| Mailing Address: | |

## PEOPLE

| Name | Position | Civic Address | Mailing Address |
| --- | --- | --- | --- |
| CHARLES L. LEARY | Director | EAST KEMPTVILLE ROAD<br>KEMPTVILLE NS B0W 1Y0 | |
| VAUGHN J. PERRET | Director | EAST KEMPTVILLE ROAD<br>KEMPTVILLE NS B0W 1Y0 | |
| VAUGHN J. PERRET | PRESIDENT | EAST KEMPTVILLE ROAD<br>KEMPTVILLE NS B0W 1Y0 | |
| CHARLES L. LEARY | SECRETARY | EAST KEMPTVILLE ROAD<br>EAST KEMPTVILLE NS B0W 1Y0 | |
| CHARLES L. LEARY | Recognized Agent | EAST KEMPTVILLE ROAD<br>KEMPTVILLE NS B0W 1Y0 | PO BOX 456<br>KEMPTVILLE NS B0W 1Y0 |

## ACTIVITIES

| Activity | Date |
| --- | --- |



EXHIBIT A

| Annual Renewal | 2016-12-22 |
| Annual Statement Filed | 2016-12-22 |
| Annual Renewal | 2015-11-10 |
| Annual Statement Filed | 2015-11-10 |
| Annual Statement Filed | 2014-12-16 |
| Annual Renewal | 2014-12-16 |
| Annual Renewal | 2013-12-02 |
| Annual Statement Filed | 2013-12-02 |
| Annual Renewal | 2012-11-27 |
| Annual Statement Filed | 2012-11-27 |
| Annual Renewal | 2011-10-26 |
| Annual Statement Filed | 2011-10-26 |
| Reinstated | 2011-04-05 |
| Revoked for Non-Payment | 2011-02-05 |
| Annual Renewal | 2009-10-23 |
| Annual Statement Filed | 2009-10-23 |
| Annual Statement Filed | 2008-12-29 |
| Annual Renewal | 2008-12-29 |
| Reinstated | 2008-05-19 |
| Revoked for Non-Payment | 2008-02-06 |
| Change of Directors | 2007-02-09 |
| Annual Renewal | 2006-10-24 |
| Annual Statement Filed | 2005-11-17 |
| Annual Renewal | 2005-11-17 |
| Reinstated | 2005-06-02 |
| Revoked for Non-Payment | 2005-02-01 |
| Annual Renewal | 2003-11-18 |
| Annual Statement Filed | 2003-11-18 |
| Special Resolution | 2003-05-15 |
| Filed Document | 2003-05-15 |
| Annual Renewal | 2002-12-09 |
| Annual Statement Filed | 2002-12-09 |
| Address Change | 2002-07-18 |
| Annual Statement Filed | 2002-07-18 |
| Annual Renewal | 2001-12-05 |

| | |
|---|---|
| Annual Statement Filed | 2001-03-20 |
| Change Address for Agent | 2001-03-20 |
| Address Change | 2001-03-20 |
| Annual Renewal | 2001-01-29 |
| Annual Renewal | 1999-11-18 |
| Annual Statement Filed | 1999-11-18 |
| Change of Directors | 1999-01-05 |
| Appoint an Agent | 1999-01-05 |
| Special Resolution | 1999-01-05 |
| Address Change | 1999-01-05 |
| Special Resolution | 1999-01-05 |
| Filed Document | 1998-12-14 |
| Incorporated and Registered | 1998-12-14 |

Show All   Collapse

## RELATED REGISTRATIONS

There are no related registrations on file for this company.

New Search        Back to Inquiry Results

Crown copyright ©2017, Province of Nova Scotia, all rights reserved.
Come to life - Discover Nova Scotia