Welcome, Charles    0 Items   Account Settings   Log Out

# Annual Statement

## TROUT POINT LODGE LIMITED (Registry ID 3025050)

Review your information below and make any necessary changes. By typing your name in the signature area you are authorizing a filing in the same manner as a hand written signature. The Annual Statement will only be processed following the payment of the annual renewal fee.

### Registered Office — Change Registered Office details

**Civic Address**
189 TROUT POINT ROAD
KEMPTVILLE, NS, B5A 5X9

**Mailing Address**
*Same as Civic Address*

**Contact Information**
Phone: (902) 482-8360
Fax: (800) 980-0713
Email: trout.point.lodge@gmail.com

### Recognized Agent — Change Recognized Agent details

**Recognized Agent**
CHARLES L. LEARY



EXHIBIT B

### Civic Address
EAST KEMPTVILLE ROAD
KEMPTVILLE, NS, B0W 1Y0

### Mailing Address
PO BOX 456
KEMPTVILLE, NS, B0W 1Y0

## Directors and Officers                    Change Director and Officer details

### CHARLES L. LEARY
DIRECTOR
EAST KEMPTVILLE ROAD
KEMPTVILLE, NS, B0W 1Y0

### VAUGHN J. PERRET
DIRECTOR
EAST KEMPTVILLE ROAD
KEMPTVILLE, NS, B0W 1Y0

### CHARLES L. LEARY
OFFICER, *SECRETARY*
EAST KEMPTVILLE ROAD
EAST KEMPTVILLE, NS, B0W 1Y0 , CANADA

### VAUGHN J. PERRET
OFFICER, *PRESIDENT*
EAST KEMPTVILLE ROAD
KEMPTVILLE, NS, B0W 1Y0 , CANADA

Change Director and Officer details

## Where should we send mail from the Registry of Joint Stock Companies?

◉ Registered Office Mailing Address

○ Recognized Agent Mailing Address

### Statement of truth

I hereby certify that this information is true.

I do hereby certify that I am an agent of the above-named corporation and am advised and believe that the information on this statement is true.

**Type your name, as agent of the corporation**

Charles L. Leary

I agree - add to cart      Cancel      🖨Print

---

AnnualStatement, version 22

Help    Privacy    Terms and Conditions    Contact    Feedback

Crown copyright © 2016, Province of Nova Scotia, All Rights Reserved
Version: 31.00.79781