11  F0100  1024351192
Page 1 of 2

OFFICE OF THE SECRETARY OF STATE
P O BOX 136, JACKSON, MS 39205-0
(601)359-1633

Business ID: 981555
Date Filed: 04/11/2011 08:00 AM
C. Delbert Hosemann, Jr.
Secretary of State

## Mississippi LLC Certificate of Formation

The undersigned hereby executes the following document and sets forth:
(fields marked with an asterisks are required)

**1. Name of the Limited Liability Company:** (The name must include the words "Limited Liability Company" or the abbreviation "LLC" or "L.L.C.")

⇨ * Slabbed New Media, LLC

**2. The future effective date is** (Complete if Applicable) _____     Business Email Address: _____

**3. Federal Tax ID if available** (Do not put Social Security Number in the box)

⇨

**4. Name and Street Address of the Registered Agent and Registered Office is (must be in Mississippi)**

⇨ *Name        Douglas Handshoe

⇨ *Physical Address   110 Hall Street

⇨ P.O. Box    Post Office Box 788

*City   Wiggins       *State  MS    *Zip5 – Zip4  39577-2623

**5.** If the Limited Liability Company is to have a specific date of dissolution, the latest date upon which the Limited Liability Company is to dissolve is

⇨

**6.** Is full or partial management of the Limited Liability Company vested in a manager or managers? (Mark Appropriate box)

⇨* [✓] Yes   [ ] No

**7.** Other matters the managers or members elect to include: (Attach additional pages if necessary)

⇨
⇨

Rev. 04/2009

1 of 2

EXHIBIT C

11 F0100   Page 2 of 2   OFFICE OF THE SECRETARY OF STATE
P O BOX 136, JACKSON, MS 39205-0136
(601)359-1633

102435119

# Certificate of Formation

**8. Signatures:** This certificate must be signed by at least one member, manager, or organizer. (If signed by "manager" box 6 on page one 1 should be marked "yes".) The name, title, and address of each signer should be included in the spaces indicated. This page may be duplicated for additional signatures.

* Printed Name: Douglas handshoe
* Title: Manager/Member
* By: Signature: [signature]
(please keep writing within blocks)

Street and Mailing Address

⇨ * Physical Address: 110 Hall Street
⇨ * P. O. Box: Post office Box 788
⇨ * City: Wiggins
State: MS   Zip5 – Zip4: 39577-2623

Printed Name:
Title:
By: Signature:
(please keep writing within blocks)

Street and Mailing Address

⇨ Physical Address:
⇨ P. O. Box:
⇨ City:
State:   Zip5 – Zip4:

Rev. 04/2009

2 of 2

**F0108**     **2016126550**

Fee: $



DELBERT HOSEMANN
*Secretary of State*

P.O. BOX 136
JACKSON, MS 39205-0136

Business ID: 981555
Filed: 04/07/2016 12:59 PM
C. Delbert Hosemann, Jr.
Secretary of State

TELEPHONE: (601) 359-1633

## 2016 LLC Annual Report

### Business Information

*Business ID:* 981555
*State of Incorporation:* MS
*Phone:* (***)***-****
*FEIN:* **-*******

*Business Name:* Slabbed New Media, LLC
*Business Email:* earning04@gmail.com

*Principal Address:* 110 Hall Street
Wiggins, MS 39577

### Registered Agent

*Name:* Handshoe, Douglas
*Address:* 110 Hall Street;Post Office Box 788
Wiggins, MS 39577

### Managers and Members

#### Managers

*Name:*
Douglas Handshoe
*Manager, Member*

*Address:*
110 Hall Street, Post Office Box 788
Wiggins, MS 39577

#### Members

*Name:*
Douglas Handshoe
*Manager, Member*

*Address:*
110 Hall Street, Post Office Box 788
Wiggins, MS 39577

## Officers

| Title/Name: | Address: | Director: |
|---|---|---|
| **President:** | | ☐ |
| **Vice President:** | | ☐ |
| **Secretary:** | | ☐ |
| **Treasurer:** | | ☐ |

☑  This LLC has a written Operating Agreement.

## NAICS Code/Nature of Business

519130 - Internet Publishing and Broadcasting and Web Search Portals

## Signature

By entering my name in the space provided, I certify that I am authorized to file this document on behalf of this entity, have examined the document and, to the best of my knowledge and belief, it is true, correct and complete as of this day *04/07/2016*.

*Name:*  
Douglas Handshoe  
*Manager*

*Address:*  
110 Hall Street  
Wiggins, MS 39577

## Officers List

*Name:*
Douglas Handshoe
*Manager, Member*

*Address:*
110 Hall Street, Post Office Box 788
Wiggins, MS 39577