# slabbed.wordpress.com is no longer available.

This site has been archived or suspended for a violation of our Terms of Service. For more information and to contact us please read this support document.

GET STARTED

Create your own website

An Automattic Experiment

DO MORE

- Features
- Store
- Themes
- Developers

COMMUNITY

- Support
- Forums
- WordCamps
- WordPress.org

COMPANY

- Our Story
- Privacy
- Terms of Service
- Matt Mullenweg



EXHIBIT I