IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 07 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

| | |
|---|---|
| VAUGHN PERRET<br>CHARLES LEARY<br>TROUT POINT LODGE, LTD, A Nova<br>Limited Company | PLAINTIFFS |
| v. | Civil Action No. 1:16cv716-RHW |
| DOUGLAS HANDSHOE | DEFENDANT |

### DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 *et seq.*, Defendant, Douglas Handshoe, files this Notice of Removal of the Civil Action filed against him by Plaintiffs, Vaughn Perret, Charles Leary and Trout Point Lodge, Ltd, and states as follows.

1. On December 9, 2015, Plaintiffs' filed their Petition to Enroll Foreign Judgment in the lawsuit styled Vaughn Perret, Charles Leary and Trout Point Lodge Ltd, Civil Action No. 15-0458 in the Circuit Court of Hancock County, Mississippi.

2. The Defendant, Douglas Handshoe, was served with notice of such filing on December 10, 2015.

3. Removal is proper under 28 U.S.C. § 1441 and § 4103 because Plaintiffs' suit involves diverse parties and a Federal question. Additionally this court has supplemental jurisdiction as certain of the claims involve claims that were previously decided by this Court in the case styled *Trout Point Lodge et al v Handshoe*. Specifically, Plaintiffs have alleged defamation via Internet by Defendant in securing rendition of foreign judgments[1]

---

[1] Plaintiffs, with the assistance of Nova Scotia Supreme Court and over the objection of defendant Handshoe, essentially bifurcated an amended Civil Action post judgment between the defamation torts Plaintiffs' had

1

EXHIBIT
L

against Defendant in the Supreme Court of Nova Scotia, Canada on or about February 26, 2014 in the civil action styled *Trout Point Lodge Ltd., Charles Leary & Vaughn Perret v Douglas Handshoe* reasserting claims previously before both the Nova Scotia Courts and this Court.[2] Additionally, the subject of the enforceability of the exact Canadian Judgement is currently before this Court pursuant to the SPEECH Act of 2010 in the case styled *Handshoe v Perret et al*, Civil Action number 1:15cv382-HSO-JCG filed November 16, 2015.

4. Venue is proper in this district under 28 U.S.C. § 1441 (a) because the State Court where the action has been pending is located in this district.

5. This Notice is being filed with this Court within Thirty (30) days after Defendant received a copy of the Plaintiffs' initial pleading, Petition to Enroll Foreign Judgment.

6. Defendant would further show that true and correct copies of all process, pleadings and orders filed to date in the above State Court action served upon Defendant on December 10, 2015 are attached hereto as Exhibit "A"; and that no other process, pleadings or orders have been served upon Defendant to date in this action.

7. Defendant files this Notice without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiffs' above described foreign judgment can be enrolled or enforced.

8. Defendant is filing contemporaneously with this Notice, a Notice of Filing Notice of Removal with the Clerk of the Circuit Court of Hancock County, Mississippi, informing

---

previously successfully argued in Nova Scotia were integral to the copyright torts alleged in their amended action. Plaintiffs now attempt to enroll only a portion of the whole in an attempt to defeat the requirements of 28 U.S.C. §§ 4101 et seq.

[2] The Copyrights purportedly belonging to the Ashoka Foundation being a part of both sets pf proceedings.

2

the Honorable Clerk that this action is being removed. A copy of said Notice of Filing Notice of removal is attached as Exhibit "B".

Defendant prays that this Court take jurisdiction of this action to its conclusion, to the exclusion of any further proceedings in the State Court in accordance with the law. Defendant also prays for such other and further relief to which he may be justly entitled.

Respectfully submitted this ___7th___ day of January, 2016,

_____
G. GERALD CRUTHIRD
Of Counsel for the Defendant Douglas Handshoe
Attorney At Law
Post Office Box 1056
Picayune, MS 39466
Telephone: (601) 798-0220
Mississippi Bar No. 7920

## CERTIFICATE OF SERVICE

I, G. Gerald Cruthird, certify I have sent a true and correct copy of the foregoing Notice of Removal to the following via United States Mail:

    Kenneth O'Cain, Esq.
    567 Highway 51, Suite C
    Ridgeland, MS 39157
    Attorney for Plaintiffs

I, G. Gerald Cruthird, certify I have hand delivered a true and correct copy unto:

    Honorable Karen Ladner Ruhr
    Circuit Clerk of Hancock County, Mississippi
    152 Main Street, Suite B
    Bay St Louis, MS 39520

Respectfully submitted this 7th day of January, 2016,

_____
G. GERALD CRUTHIRD
Of Counsel for the Defendant Douglas Handshoe
Attorney At Law
Post Office Box 1056
Picayune, MS 39466
Telephone: (601) 798-0220
Mississippi Bar No. 7920

IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

Trout Point Lodge, LTD
Charles Leary
Vaughn Perret
VERSUS

CAUSE NO. 15-0458

Douglas K. Handshoe

CLERK'S NOTICE OF FILING OF FOREIGN JUDGMENT

COMES NOW Judgment Creditor, Trout Point Lodge, Charles Leary, Vaughn Perret, and files this its' Notice of filing Foreign Judgment as follows:

1. The name and address of the Judgment Creditor is Trout Point Lodge, Charles Leary, Vaughn Perret

2. The name and address of the Judgment Creditor's Attorney in the State of Mississippi is Kenneth T O'Cain.

3. A true and accurate copy of the Judgment in favor of Trout Point Lodge, Charles Leary, Vaughn Perret is attached; and

4. The name and address of the Judgment Debtor is: Douglas Handshoe, Po Box 788 Wiggins, MS 39577.

This the 9th day of Dec 2015

Karen Ladner Ruhr
Circuit Clerk
Hancock County

By _____ D.C.

EXHIBIT
COMPOSITE
"A"

15-0458
FILED
DEC 0 9 2015
KAREN LADNER RUHR
CIRCUIT CLERK, HANCOCK CO.
BY_____D.C.

## AFFIDAVIT OF KENNETH T. O'CAIN

STATE OF MISSISSIPPI
COUNTY OF MADISON

THIS DAY personally appeared before me, the undersigned authority in and for the jurisdiction aforesaid, the within named KENNETH T. O'CAIN, who, after being duly sworn, did state on his oath the following, to-wit:

1. My name is Kenneth T. O'Cain, and I represent the judgment creditors, Vaughn Perret, Charles Leary and Trout Point Lodge Limited.

2. That pursuant to § 11-7-305 of the Miss. Code of 1972, based upon information and belief, that **the name and last known post office address of the judgment debtor herein is, Douglas Handshoe, Post Office Box 788 Wiggins, Mississippi 39577 AND 214 Corinth Drive, Bay St. Louis, Mississippi 39520**; and the name and last known post office address of the judgment creditors is 189 Troutpoint Road, East Kemptville, NS B5A 5X9.

FURTHER Affiant sayeth not

_____
Kenneth T. O'Cain

SWORN TO AND SUBSCRIBED BEFORE ME, on this the 30th day of November, 2015.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:

Feb 16, 2018

[SEAL: STATE OF MISSISSIPPI, JAMIE W. ABLES, ID No 28643, NOTARY PUBLIC, Comm Expires February 16, 2018, MADISON COUNTY]

FILED

DEC 0 9 2015

15-0458

KAREN LADNER RUHR
CIRCUIT CLERK, HANCOCK CO.
BY_____ D.C.

## SUPREME COURT OF NOVA SCOTIA
### CERTIFICATE

I, **Caroline McInnes**, Prothonotary (chief court clerk) of the Supreme Court of Nova Scotia, Canada, do certify that the following constitutes a true and correct copy and a literal transcript of the Order regarding damages for copyright infringement of Supreme Court Justice Kevin Coady in the matter of Trout Point Lodge, Limited, Charles Leary, and Vaughn Perret versus Douglas K. Handshoe, No. 411345, dated February 26, 2014, and initialled by Justice Coady, as the same now appears on file in my office of record.

AND I FURTHER CERTIFY that said Supreme Court of Nova Scotia is a court of record with an official seal, and that I as Prothonotary of Said Supreme Court of Nova Scotia, am the custodian of records and of the seal of Said Court.

IN TESTIMONY WHEREOF, I have hereto set my hand and affixed the seal of this said Court, at the city of Halifax, Nova Scotia, on this **19th** day of **November** in the year of our lord two-thousand and fifteen.

_____ (sign)

Caroline McInnes _____ (print)
PROTHONOTARY OF THE
SUPREME COURT OF NOVA SCOTIA

---

PROVINCE OF NOVA SCOTIA

I, **Kevin Coady**, a Justice of the Supreme Court of Nova Scotia, do hereby certify that **Caroline McInnes** (Prothonotary) who's true signature appears to the forgoing Certificate is now and was at the date of said Certificate, the Prothonotary (chief court clerk) of the Supreme Court of Nova Scotia, duly qualified according to law and that her said Certificate is in due form of law; that the seal hereto attached is the genuine seal of said Supreme Court of Nova Scotia, and that Said Court is a Court of Record.

Witness my signature, this **19** day of **November** A.D. 2015

_____
JUSTICE KEVIN COADY

---

SUPREME COURT OF NOVA SCOTIA

I **Caroline McInnes**, Prothonotary of the Supreme Court of Nova Scotia, do hereby certify that **Justice Coady**, who's signature appears to the annexed and foregoing attestation, is now and was at the date of said Certificate, a Justice of the Supreme Court of Nova Scotia, duly appointed by lawful authority and legally qualified, and that the Certificate and Attestation are in due form of law, and that the Supreme Court of Nova Scotia is the highest trail court in the Province of Nova Scotia and a Court of Record.

_____ (sign)

Caroline McInnes _____ (print)
PROTHONOTARY OF THE
SUPREME COURT OF NOVA SCOTIA

2013     Hfx No. ~~441345~~ 15-0458 FILED

DEC 0 9 2015

KAREN LADNER RUHR
CIRCUIT CLERK, HANCOCK CO.
BY_____D.C.

## SUPREME COURT OF NOVA SCOTIA

BETWEEN:

Trout Point Lodge Ltd., Charles Leary & Vaughn Perret

Plaintiff

- and -

Douglas K. Handshoe

Defendant

## ORDER

BEFORE THE HONOURABLE JUSTICE KEVIN COADY:

WHEREAS the Court is satisfied that the Defendant Douglas K. Handshoe was personally served with notice of this action;

AND WHEREAS the Defendant Douglas K. Handshoe filed a Demand for Notice and did not file a Defence to this action;

AND WHEREAS the Court is satisfied that the Defendant Douglas K. Handshoe received notice of this assessment of damages;

AND AFTER HAVING REVIEWED the Plaintiff's evidence, exhibits and submissions and being satisfied that the Defendant Douglas K. Handshoe infringed all three plaintiffs copyright in photographic images throughout 2012 and 2013.

IT IS ORDERED:

1. THAT the Defendant Douglas K. Handshoe pay the sum of twenty thousand Canadian dollars ($20,000) in statutory damages to Charles Leary;

2. THAT the Defendant Douglas K. Handshoe pay the sum of forty thousand Canadian dollars ($40,000) in statutory damages to Trout Point Lodge Ltd.;

3. THAT the Defendant Douglas K. Handshoe pay the sum of twenty thousand Canadian dollars ($20,000) in statutory damages to Vaughn Perret;

4. THAT the Defendant Douglas K. Handshoe pay all the Plaintiffs the sum of one hundred thousand Canadian dollars ($100,000) in punitive damages.

DATED at Halifax, Nova Scotia, this 26th day of February, 2014.

_____
Prothonotary

# O'CAIN LAW FIRM, PLLC

KENNETH T. O'CAIN, ESQ.
567 HIGHWAY 51
SUITE C
RIDGELAND, MISSISSIPPI 39157

TELEPHONE: 601-052-0990
EMAIL: TREY@OCAINLAW.COM

December 7, 2015

**FILED**
DEC 0 9 2015    15-0458
KAREN LADNER RUHR
CIRCUIT CLERK, HANCOCK CO.
BY _____ D.C.

Karen Ladner Ruhr
Hancock County Circuit Clerk
152 Main Street, Ste. B
Bay St. Louis 39520

Re: *Perret, et. al v. Handshoe*, In the Circuit Court of Hancock County, Mississippi, Civil Action No.: _____

Dear Ms. Ruhr:

Enclosed please find Plaintiff's Civil Cover Sheet and filing fee in the amount of $161.00. Also enclosed please find the original and one copy of the following for filing:

1. Affidavit of Filing Foreign Judgment;
2. Certified Copy of Final Judgment for Plaintiffs as issued by the captioned Court.

Please file same in the manner prescribed by Miss. Code Ann. § 11-7-305 (1972), as amended, and return the filed copy of the enclosed documents to my attention in the enclosed, postage prepaid envelope. I would also request that you mail notice to the judgment debtor at the address provided and make note of such in your docket in accordance with this statute. Thank you for your attention to this matter.

Very truly yours,

Kenneth T. O'Cain

Enclosures

**COVER SHEET**
**Civil Case Filing Form**
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court
Administrative Office of Courts
Form AOC/01 (Rev 2009)

Court Identification Docket #: 23 1 CI
County # 23, Judicial District 1, Court ID CI
Month/Date/Year: 12 09 15

Case Year: 2015
Docket Number: 04458

In the CIRCUIT Court of HANCOCK County

**Origin of Suit** (Place an "X" in one box only)
- [ ] Initial Filing
- [ ] Reinstated
- [x] Foreign Judgment Enrolled
- [ ] Joining Suit/Action
- [ ] Transfer from Other court
- [ ] Appeal
- [ ] Remanded
- [ ] Reopened
- [ ] Other

**Plaintiff** - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form

Individual: Last Name ___ First Name ___ Maiden Name ___ M.I. ___ Jr/Sr/III/IV ___

Business: **Trout Point Lodge, Ltd**

Address of Plaintiff: 189 Trout Point Road, East Kemptville, NS B5A 5X9

Attorney (Name & Address): Kenneth T. O'Cain, 567 Highway 51, Ste C, Ridgeland, MS 39157

MS Bar No. 101124

Signature of Individual Filing: [signature]

**Defendant** - Name of Defendant - Enter Additional Defendants on Separate Form

Individual: Last Name **Handshoe**  First Name **Douglas**

**Damages Sought:** Compensatory $ ___  Punitive $ ___

**Nature of Suit** (Place an "X" in one box only)

*Domestic Relations:*
- [ ] Child Custody/Visitation
- [ ] Child Support
- [ ] Contempt
- [ ] Divorce: Fault
- [ ] Divorce: Irreconcilable Diff.
- [ ] Domestic Abuse
- [ ] Emancipation
- [ ] Modification
- [ ] Paternity
- [ ] Property Division
- [ ] Separate Maintenance
- [ ] Termination of Parental Rights
- [ ] UIFSA (eff 7/1/97; formerly URESA)
- [ ] Other

*Appeals:*
- [ ] Administrative Agency
- [ ] County Court
- [ ] Hardship Petition (Driver License)
- [ ] Justice Court
- [ ] MS Dept Employment Security
- [ ] Worker's Compensation
- [ ] Other

*Business/Commercial:*
- [ ] Accounting (Business)
- [ ] Business Dissolution
- [ ] Debt Collection
- [ ] Employment
- [x] Foreign Judgment
- [ ] Garnishment
- [ ] Replevin
- [ ] Other

*Probate:*
- [ ] Accounting (Probate)
- [ ] Birth Certificate Correction
- [ ] Commitment
- [ ] Conservatorship
- [ ] Guardianship
- [ ] Heirship
- [ ] Intestate Estate
- [ ] Minor's Settlement
- [ ] Muniment of Title
- [ ] Name Change
- [ ] Testate Estate
- [ ] Will Contest
- [ ] Other

*Children/Minors - Non-Domestic:*
- [ ] Adoption - Contested
- [ ] Adoption - Uncontested
- [ ] Consent to Abortion Minor
- [ ] Removal of Minority
- [ ] Other

*Civil Rights:*
- [ ] Elections
- [ ] Expungement
- [ ] Habeas Corpus
- [ ] Post Conviction Relief/Prisoner
- [ ] Other

*Contract:*
- [ ] Breach of Contract
- [ ] Installment Contract
- [ ] Insurance
- [ ] Specific Performance
- [ ] Other

*Statutes/Rules:*
- [ ] Bond Validation
- [ ] Civil Forfeiture
- [ ] Declaratory Judgment
- [ ] Injunction or Restraining Order
- [ ] Other

*Real Property:*
- [ ] Adverse Possession
- [ ] Ejectment
- [ ] Eminent Domain
- [ ] Eviction
- [ ] Judicial Foreclosure
- [ ] Lien Assertion
- [ ] Partition
- [ ] Tax Sale: Confirm/Cancel Title Boundary or Easement
- [ ] Other

*Torts:*
- [ ] Bad Faith
- [ ] Fraud
- [ ] Loss of Consortium
- [ ] Malpractice - Legal
- [ ] Malpractice - Medical
- [ ] Mass Tort
- [ ] Negligence - General
- [ ] Negligence - Motor Vehicle
- [ ] Product Liability
- [ ] Subrogation
- [ ] Wrongful Death
- [ ] Other

IN THE <u>CIRCUIT</u> COURT OF <u>HANCOCK</u> COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No. _____-_____-_____
         File Yr    Chronological No.    Clark's Local ID

Docket No. If Filed Prior to 1/1/94 _____

### PLAINTIFFS IN REFERENCED CAUSE - Page 1 of ___ Plaintiffs Pages
### IN ADDITION TO PLAINTIFF SHOWN ON CIVIL CASE FILING FORM COVER SHEET

**Plaintiff #2:**

Individual: <u>Perret</u>  <u>Vaughn</u>  (_____)  _____  _____
            Last Name    First Name    Maiden Name, if Applicable  Middle Init.  Jr/Sr/III/IV

___ Check (✓) If Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___ Check (✓) If Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

Business _____
         Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___ Check (✓) If Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: _____ Bar # or Name: <u>Kenneth T. O'Cain-101124</u>  Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Plaintiff #3:**

Individual: <u>Leary</u>  <u>Charles</u>  (_____)  _____  _____
            Last Name    First Name    Maiden Name, if Applicable  Middle Init.  Jr/Sr/III/IV

___ Check (✓) If Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___ Check (✓) If Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

Business _____
         Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___ Check (✓) If Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: _____ Bar # or Name: <u>Kenneth T. O'Cain-101124</u>  Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Plaintiff #4:**

Individual: _____  _____  (_____)  _____  _____
            Last Name    First Name    Maiden Name, if Applicable  Middle Init.  Jr/Sr/III/IV

___ Check (✓) If Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___ Check (✓) If Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

Business _____
         Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___ Check (✓) If Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: _____ Bar # or Name: _____  Pro Hac Vice (✓)___ Not an Attorney(✓)___

FEE BILL, CIVIL CASES, CIRCUIT COURT

State of Mississippi
Hancock County

TROUT POINT LODGE, CHARLES LEARY, VAUGHN   VS HANDSHOE, DOUGLA

Case # 15-0458         Acct #         Paid By CHECK 1199      Rct#   29337

| | |
|---|---|
| CLERK'S FEES | 85.00 |
| JURY TAX | 3.00 |
| COURT REPORTERS FEE | 10.00 |
| LAW LIBRARY | 2.50 |
| COURT ADMINISTRATOR | 2.00 |
| STATE CT ED FUND | 2.00 |
| COURT CONSTITUENTS | .50 |
| ELECTRONIC COURT | 10.00 |
| LEGAL ASSISTANCE | 5.00 |
| JUDICIAL FUND-JUDGE RAISE | 40.00 |
| ARCHIVE FEE | 1.00 |

                                    Total   $   161.00

Payment received from Kenneth T. O'Cain
                     725 Avignon Drive
                     PO Box 13847
                     Jackson        MS 39236 3847

Transaction  33705 Received 12/ 9/2015 at 13: 1 Drawer   1 I.D. JASON

                                    Receipt Amount $    161.00

Current Balance Due       $0.00

By _____ D.C.  Karen Ladner Ruhr, Circuit Clerk

Case # 15-0458         Acct #         Paid By CHECK 1199      Rct#   29337