UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Douglas Handshoe )<br>    Plaintiff )<br> )         Case No.   1:15-cv-00382-HSO-JCG<br>vs. )<br>Vaughn Perret, et al )<br>    Defendant ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for potential intervenor Slabbed New Media, LLC.

Date:  02/17/17                           //s// G. Gerald Cruthird

                              G. GERALD CRUTHIRD
                              Attorney at Law
                              Post Office Box 1056
                              Picayune, MS 39266
                              Mississippi Bar No. 7920
                              picayunebarrister@cruthirdlaw.com
                              Tel: (601) 798-0220
                              Fax: (601) 798-4591

1

## CERTIFICATE OF SERVICE

I, G. Gerald Cruthird, Attorney for Slabbed New Media, LLC, do hereby certify that I have this date electronically filed the foregoing with the Clerk of the Court using ECF system which sent notification to all counsel of record upon filing by the Clerk and via U.S. Mail upon any non-ECF participants at their address of record.

So Certified, this the 17th day of February, 2017.

//s// G. Gerald Cruthird
G. GERALD CRUTHIRD
Attorney at Law
Post Office Box 1056
Picayune, MS 39466
Telephone: (601) 798-0220
Mississippi Bar No.: 7920