

## Settlement Agent/Title Company Application

| Company Name: | G. Gerald Cruthird, P.A. |
|---|---|
| Address: | 121 Fourth Street, P. O. Box 1056, Picayune, MS 39466 |
| Phone: | (601) 798-0220 |
| Company License # : This can also be the BAR# of main point of contact if no license # | MS Bar #7926 |
| Main Contact / Title: | G. Gerald Cruthird, President/Owner |
| Phone: | (601) 798-0220 |
| Email: | picayunebarrister@cruthirdlaw.com |
| Main Contact Closing Docs: | Sandra Lumpkin |
| Phone: | (601) 798-0220 |
| Email: | picayunebarrister@cruthirdlaw.com |

| Title Agency Information ||
|---|---|
| Title Agency: | G. Gerald Cruthird, P.A., Agent for Old Republic National Title Insurance/MS Valley Title Insurance |
| Title Agency Contact: * | G. Gerald Cruthird |
| Phone: * | (601) 798-0220 |
| Email: * | picayune barrister@cruthirdlaw.com |

*Claire Ewing, Agency Representative with MS Valley; (601) 961-4844
email: cewing@mvt.com

| E&O Insurance |||
|---|---|---|
| Company Name | Attorney Protective ||
| Coverage Amount | $1,000,000.00 | Expiration of Coverage: 01/02/2018 |

| Number of Real Estate Transactions Closed ||||
|---|---|---|---|
| Past 12 Months | 60 | Past 24 Months | 120 |

| Markets Served – Please List By County ||
|---|---|
| Pearl River County | Hancock County |
| Harrison County | Lamar County; |
| Stone County | |