# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

DOUGLAS HANDSHOE

v.   CIVIL ACTION NO. 1:15cv382-HSO-JCG

VAUGHN PERRET, CHARLES LEARY &
DANIEL ABEL, D/B/A/ TROUT
POINT LODGE LTD OF NOVA SCOTIA
& IN THEIR INDIVIIDUAL CAPACITIES
PROGRESS MEDIA GROUP LIMITED,
MARILYN SMULDERS & ASHOKA

## UNOPPOSED MOTION OF PLAINTIFF FOR ADDITIONAL TIME
## TO OPPOSE [94] ASHOKA'S MOTION TO DISMISS THE THIRD AMENDED COMPLAINT

Plaintiff Douglas Handshoe moves the Court for a week's extension of additional time, until and including, March 6, 2017, in which to file his opposition to [94] Defendant Ashoka's motion to dismiss the third amended complaint. In support of this Motion, Plaintiff avers that he is in the process of enrolling additional counsel to represent his interests in this matter and that he requires additional time to prepare his opposition. Further Plaintiff has conferred with Counsel for Defendant Ashoka, which has no objection to the relief sought. No party will be prejudiced by the granting of the requested relief, which is not sought for delay or improper purpose but so that justice may be accorded the parties.

In view of the foregoing, Plaintiff prays the Court would grant him until March 6, 2017, to file his opposition to Defendant Ashoka's motion to dismiss the third amended complaint.

Respectfully submitted this 23rd day of February 2017

Douglas Handshoe, Plaintiff
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com

## CERTIFICATE OF SERVICE

I, Douglas Handshoe, hereby certify that on February 23, 2017, the foregoing was sent for electronically filing by me via the Clerk of the Court using the ECF system which sent notification to all counsel of record upon filing by the Clerk.

Respectfully submitted this 23rd day of February, 2017,

_____
Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com