SLABBED NEW MEDIA, LLC

The Alternative New Media for the Gulf South

February 22, 2017

Arthur Johnson
United States District Clerk
2012 15th Street, Suite 403
Gulfport, MS 39501-2036

RE:   Handshoe v Perret et al
      United States District Court Civil Action Number 15cv382

Dear Clerk:

Enclosed herewith find the attached original and copy of Plaintiff's Motion for An Extension of Time for filing into the record of the above captioned matter. Please return the stamped copy to me in the enclosed self-addressed envelope

I appreciate your assistance with this matter. Please let me know if you have any questions.

Sincerely,

Douglas Handshoe
Slabbed New Media, LLC
Post Office Box 788
Wiggins, MS 39577
Phone: (601) 928-5380
Facsimile: (601) 928-5129