DOUGLAS K. HANDSHOE
POST OFFICE BOX 788
WIGGINS, MS 39577



RECEIVED
FEB 23 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

CLERK OF THE US DISTRICT COURT
DAN M. RUSSELL, JR. UNITED STATES COURTHOUSE
2012 15TH STREET, SUITE 403
GULFPORT, MS 39501

