IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DOUGLAS HANDSHOE**

**v.**                                                           **CIVIL ACTION NO. 1:15cv382-HSO-JCG**

**VAUGHN PERRET, et al.**

## OPPOSITION OF ASHOKA TO SLABBED NEW MEDIA LLC'S MOTION TO INTERVENE

Ashoka opposes the Motion to Intervene filed by Slabbed New Media LLC for the reasons stated in the Memorandum of Law in Support of Ashoka's Opposition to Slabbed New Media LLC's Motion to Intervene being filed contemporaneously with this Response.

This the 3rd day of March, 2017.

                                                Respectfully submitted,

                                                /s/ Douglas J. Gunn
                                                Douglas J. Gunn (MS Bar No. 5068)
                                                WATKINS & EAGER PLLC
                                                400 East Capitol Street
                                                Jackson, MS 39201
                                                Phone: (601) 965-1900
                                                Facsimile: (601) 965-1901

                                                *Attorneys for Ashoka*

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record who have registered with the ECF system.

This is the 3rd day of March, 2017.

/s/ Douglas J. Gunn