WebVoyage Record View 1                                    http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=Sl...



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Slabbed New Media
Search Results: Displaying 1 of 1 entries



*Slabbed: The Alternative New Media for the Gulf South.*

| | |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0002019025 / 2017-01-31 |
| **Application Title:** | Slabbed: No Fear Journalism. |
| **Title:** | Slabbed: The Alternative New Media for the Gulf South. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Slabbed New Media, LLC. Address: Post Office Box 788, Wiggins, MS, 39577. |
| **Date of Creation:** | 2013 |
| **Date of Publication:** | 2013-05-06 |
| **Nation of First Publication:** | United States |
| **Alternative Title on Application:** | It?s a Slabbed promo! |
| **Authorship on Application:** | Slabbed New Media, LLC, employer for hire; Citizenship: United States. Authorship: audiovisual material. |
| **Pre-existing Material:** | preexisting music. |
| **Basis of Claim:** | all other cinematographic material, audiovisual material, text. |
| **Rights and Permissions:** | Slabbed New Media, LLC, Post Office Box 788, Wiggins, MS, 39577, United States, (601) 928-5380, (228) 323-1598, earning04@gmail.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Slabbed New Media, LLC |



| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |



EXHIBIT A

Copyright Office Home Page | Library of Congress Home Page