# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

DOUGLAS HANDSHOE

v.   CIVIL ACTION NO. 1:15cv382-HSO-JCG

VAUGHN PERRET, CHARLES LEARY &
DANIEL ABEL, D/B/A/ TROUT
POINT LODGE LTD OF NOVA SCOTIA
& IN THEIR INDIVIIDUAL CAPACITIES
PROGRESS MEDIA GROUP LIMITED,
MARILYN SMULDERS & ASHOKA

## AFFIDAVIT IN SUPPORT OF PLAINTIFF'S OPPOSITION TO VAUGHN PERRET AND CHARLES LEARY'S MOTION TO DISMISS

I, Douglas Handshoe, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the Plaintiff in this action.

2. Attached as Exhibit A to this Affidavit is a true and correct copy of Document 73, Case 1:12-cv-00090-LG-JMR filed 06/09/16 by the Defendants..

3. Attached as Exhibit B to this Affidavit is a true and correct copy of document 00513686769, Case16-60508 Filed 09/20/2016 by the Defendants

4. Attached as Exhibit C to this Affidavit is a true and correct copy of the screen Capture of Parody Video created and owned by Slabbed New Media, LLC hosted by YouTube on the Publisher's personal account and located at https://www.youtube.com/watch?v=M_pc4bjaLno.

1

5. Attached as Exhibit D to this Affidavit is a true and correct copy of United States Copyright Office Certificate of Registration NO PA 2-019-025 of video hosted by YouTube on the Publishers personal account and located at https://www.youtube.com/watch?v=M_pc4bjaLno.

6. Attached as Exhibit E to this Affidavit is an original, court stamped "Amended Notice of Application in Court" dated February 8, 2013.

7. Attached as Exhibit F to this Affidavit is an original court stamped (As true copy) Affidavit dated January 23, 2013 which accompanied the Amended Notice of Application in Court" attached as Exhibit E.

8. Attached as Exhibit G to this Affidavit is a true and correct copy of YouTube's Terms of Service dated June 9, 2010.

9. Attached as Exhibit G to this Affidavit is a true and correct copy of HostGator LLC's DMCA Policy.

10. Attached as Exhibit H to this Affidavit is a true and correct copy of Dream Host DMCA Policy.

11. Attached as Exhibit H to this Affidavit is a true and correct copy of "A day in the life of Trout Point Lodgers Chuck and Vaughn" by Slabbed New Media dated March 30, 2013.

Further the affiant sayeth not.

Respectfully submitted this 6th day of March, 2017,

Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com

**State of Mississippi**
**County of Hancock**

Before me, a Notary Public in and for said Hancock County Mississippi, hereby certify that Douglas Handshoe personally known to me to be the affiant in the foregoing affidavit, personally appeared before me this day and having been by me duly sworn deposes and says that the facts set forth in the above affidavit are true and correct.

Witness my hand and official seal this the 6th day of March, 2017.

Timothy A. Kellar
Chancery Clerk
By: _____
Notary Public

Dec 31, 2019
Commission Expiration Date

My Commission Expires Dec. 31, 2019

State of Mississippi, County of Hancock
Personally appeared before me, the undersigned authority, in and for the said county and state, on this 6th day of Mar 20 17, within my jurisdiction, the within named Douglas K. Handshoe who acknowledged that He executed the above and foregoing instrument.

3

## CERTIFICATE OF SERVICE

I, Douglas Handshoe, hereby certify that on March 6, 2017 the foregoing was sent for electronically filing by me via the Clerk of the Court using the ECF system which sent notification to all counsel of record upon filing by the Clerk.

Respectfully submitted this 6th day of March, 2017,

_____
Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com