# EXHIBIT D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**PA 2-019-025**

Effective Date of Registration:
January 31, 2017

## Title

| | |
|---|---|
| Title of Work: | Slabbed: No Fear Journalism |
| Previous or Alternate Title: | It's a Slabbed promo! |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2013 |
| Date of 1st Publication: | May 06, 2013 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Slabbed New Media, LLC |
| Author Created: | audiovisual material |
| Work made for hire: | Yes |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Slabbed New Media, LLC |
| | Post Office Box 788, Wiggins, MS, 39577 |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | preexisting music |
| New material included in claim: | all other cinematographic material, audiovisual material, text |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Slabbed New Media, LLC |
| Email: | earning04@gmail.com |
| Telephone: | (601)928-5380 |
| Alt. Telephone: | (228)323-1598 |
| Address: | Post Office Box 788 |
| | Wiggins, MS 39577 United States |

## Certification