# EXHIBIT I

Menu

# DMCA

The Digital Millennium Copyright Act (DMCA) is a United States copyright law that implements 1996 treaties of the World Intellectual Property Organization (WIPO). A DMCA claim occurs when someone suspects a website of copyright infringement.

If you'd like to file a claim of copyright infringement can do so via either email or postal mail.

Send an email to abuse@dreamhost.com.

Send postal mail to:

*DreamHost*
*Attn: Karl Fry*
*707 Wilshire Blvd. Suite 5050*
*Los Angeles, CA 90017*

**Web Hosting**

Website Builder

WordPress Hosting

Web Hosting

Domains

**Infrastructure**

Virtual Private Servers

Dedicated Servers

Cloud Servers

Cloud Storage

**Extras**

CDN

**Sign In**

Web Hosting

Domain Privacy

DreamCompute

MySQL Servers

Web Mail

Security

**Company**

**Support**

About

System Status

Affiliates

Knowledge Base

Careers

Forum

News

Contact

Partners

Press Releases

**Legal**

**Social**

Legal Information

Blog

Terms of Service

Twitter

Privacy Policy

Facebook

Report Abuse

Instagram

Whois

Youtube

`

# Proudly hosting over 1,500,000 websites since 1997

Copyright © 2017 DreamHost Inc.