# EXHIBIT J

# Slabbed

Alternative New Media for the Gulf South

# "A day in the life of Trout Point Lodgers Chuck and Vaughn"

 Frank Magazine
@Frank_Mag

Follow

How precisely did Frank Magazine manage to get INSIDE THE MINDS of Trout Point Lodge owners Vaughn and Charles?
frankmagazine.ca/node/1089
7:04 AM - 28 Mar 2013

1




*Page 2, current edition of Frank Magazine after being copyright trolled by Trout Point Lodge's Charles Leary and Vaughn Perret*

| 5 Recommend | Share | 0 G+1 |

 Douglas Handshoe  /  March 30, 2013  /  Sop  /  Charles Leary, Copyright Trolls, Daniel "Danny" Abel, Danny Abel v Doug Handshoe & Anne Marie Vandenweghe, SLAPP Happy Nut Jobs, Trout Point Lodge, Trout Point Lodge Leary & Perret v Doug Handshoe & Anne Marie Vandenweghe, Trout Point Lodge Leary & Perret v Doug Handshoe & Automattic, Trout Point Lodge Leary and Perret v Advance Publications, Trout Point Lodge Leary and Perret v DVL Publishing, Trout Point Lodge Limited Perret Leary v Louisiana Media Company LLC, Vaughn Perret  /

Sha

---

## 4 thoughts on ""A day in the life of Trout Point Lodgers Chuck and Vaughn""

**Carpe Diem**

March 30, 2013 at 9:09 am

Priceless parody.

**jeffersonian86**

March 30, 2013 at 9:35 am

'How precisely did Frank magazine get inside the minds?' The real questions that need to be asked are what minds and who in their right mind would want to.

 **Doug Handshoe**

March 30, 2013 at 9:40 am

Meet the most miserable SOBs in all of the Maritimes. 😀

 **Incroyable**

March 30, 2013 at 11:28 am

LMAO

Slabbed / Proudly powered by WordPress