# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHREN DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| DOUGLAS HANDSHOE | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:15cv382-HSO-JCG |
| | ) | |
| VAUGHN PERRET, CHARLES LEARY & | ) | |
| DANIEL ABEL, D/B/A/ TROUT | ) | |
| POINT LODGE LTD OF NOVA SCOTIA | ) | |
| & IN THEIR INDIVIIDUAL CAPACITIES | ) | |
| PROGRESS MEDIA GROUP LIMITED, | ) | |
| MARILYN SMULDERS, & ASHOKA | ) | |
| | ) | |

### REPLY TO ASHOKA'S RESPONSE IN OPPOSITION TO SLABBED NEW MEDIA L. L. C.'S MOTION TO INTERVENE

Would-be Intervenor Slabbed New Media, L. L. C. (hereinafter Slabbed New Media) files this reply to Ashoka's Response in Opposition to Slabbed New Media's Motion to Intervene. As explained in the accompanying memorandum, this Court should grant Slabbed New Media's motion to intervene as the motion is timely and asserts claims for Copyright Infringement that only Slabbed New Media has standing to bring before the Court. Any prejudice to the Defendants would be minimal due to the very early stage of the litigation. Additionally, the Trout Point Defendants history and habit of filing retaliatory lawsuits against opposing counsel creates special circumstances that favor allowing Slabbed New Media to intervene.

Respectfully submitted this 10th day of March, 2017,

s/G. Gerald Cruthird____
G. GERALD CRUTHIRD
Of Counsel for the Defendant Douglas Handshoe
Attorney at Law
Post Office Box 1056
Picayune, MS 39466
Telephone: (601) 798-0220
picayunebarrister@cruthirdlaw.com

1

## CERTIFICATE OF SERVICE

I, G. Gerald Cruthird, Attorney for Slabbed New Media, LLC, do hereby certify that I have this date electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification to all counsel of record upon filing by the Clerk and via U. S. Mail upon any non-ECF participants at their address of record.

So certified, this 10th day of March, 2017,


/s/G. Gerald Cruthird_____
G. GERALD CRUTHIRD
Attorney At Law
Post Office Box 1056
Picayune, MS 39466
Telephone: (601) 798-0220
picayunebarrister@cruthirdlaw.com