

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

DOUGLAS HANDSHOE )
)
v. ) CIVIL ACTION NO. 1:15cv382-HSO-JCG
)
VAUGHN PERRET, CHARLES LEARY & )
DANIEL ABEL, D/B/A/ TROUT )
POINT LODGE LTD OF NOVA SCOTIA )
& IN THEIR INDIVIIDUAL CAPACITIES )
PROGRESS MEDIA GROUP LIMITED, )
MARILYN SMULDERS, & ASHOKA )
)

**RESPONSE TO VAUGHN PERRET AND CHARLES LEARY'S MOTION TO STRIKE**

Plaintiff's response to the Motion to Strike filed by Vaughn Perret and Charles Leary is respectfully submitted by the Plaintiff. For the reasons stated in the Memorandum of Law in Support of this Response being filed at the same time as this response, the Court should deny the Defendant's Motion to Strike.

Respectfully submitted this 21st day of March, 2017,

Plaintiff
Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com

1

## CERTIFICATE OF SERVICE

I, Douglas Handshoe, hereby certify that on March 21, 2017 the foregoing was sent for electronically filing by me via the Clerk of the Court using the ECF system which sent notification to all counsel of record upon filing by the Clerk.

Respectfully submitted this 21st day of March, 2017,

_____

Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com

2