IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOUGLAS HANDSHOE                                                                    PLAINTIFF

VS.                                                    CIVIL ACTION NO. 1:15CV382-HSO-JCG

VAUGHN PERRET, CHARLES LEARY &
DANIEL ABEL, D/B/A TROUT
POINT LODGE LTD OF NOVA SCOTIA
& IN THEIR INDIVIDUAL CAPACITIES
PROGRESS MEDIA GROUP LIMITED,
MARILYN SMULDERS & ASHOKA                                                DEFENDANTS

**ORDER GRANTING MOTION FOR LEAVE TO FILE REBUTTAL**

BEFORE THE COURT is Defendants Vaughn Perret and Charles Leary's Unopposed Motion [125] for Leave to File Rebuttal Out of Time, moving the Court to grant them until April 11, 2017 to file a Rebuttal to Plaintiff's Response [111] to Defendant's Motion to Dismiss [96]. The Court finds said motion is unopposed and well taken.

IT IS, THEREFORE, ORDERED AND ADJUDGED that, the Defendants' Motion [125] for Leave to File Rebuttal Out of Time is GRANTED AS UNOPPOSED, and Defendants Perret and Leary shall file their responsive pleading on or before April 11, 2017.

SO ORDERED AND ADJUDGED, this the 5th day of April, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

PREPARED BY:
Purvis & Co. PLLC
P.O. Box 2307
Gulfport, MS 39505
Tel:  (228) 206-7174
jpurvis@purviscolaw.com