IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOUGLAS HANDSHOE                                                                    PLAINTIFF

VS.                                                       CIVIL ACTION NO. 1:15cv382HSO-JCG

VAUGHN PERRET, CHARLES LEARY &
DANIEL ABEL, D/B/A TROUT
POINT LODGE LTD OFNOVA SCOTIA
& IN THEIR INDIVIDUAL CAPACITIES
PROGRESS MEDIA GROUP LIMITED,
MARILYN SMULDERS, TORSTAR
CORPORATION, NATIONAL
GEOGRAPHIC SOCIETY, XYZ
FOUNDATION & JOHN DOES 1-50                                              DEFENDANTS

REBUTTAL OF DEFENDANTS VAUGHN PERRET AND CHARLES
LEARY TO PLAINTIFF'S RESPONSE TO THEIR MOTION TO DISMISS

COME NOW Defendants **Vaughn Perret** and **Charles Leary**, by and through their counsel, Purvis & Co. PLLC, and file this their Rebuttal to Plaintiff's Response [111] in Opposition to Vaughn Perret and Charles Leary's Motion to Dismiss [96], and would show that their Motion is well taken and should be granted for the reasons stated in the original Motion [96] and Memorandum filed in support thereof [97] and for the reasons discussed in their memorandum brief in support of this rebuttal, which is filed contemporaneously herewith. Defendants Leary and Perret respectfully move this Court to grant their Motion to Dismiss and for such general relief as the Court deems appropriate in the premises.

RESPECTFULLY SUBMITTED, this the 11th day of April, 2017.

             VAUGHN PERRET, DEFENDANT and
             CHARLES LEARY, DEFENDANT

         BY: PURVIS & CO. PLLC

         BY: _/s/Jason B. Purvis_____
           Jason B. Purvis, MSB # 100873

OF COUNSEL:
Purvis & Co. PLLC
P.O. Box 2307
Gulfport, MS 39505
Tel:  (228) 206-7174
jpurvis@purviscolaw.com

### CERTIFICATE OF SERVICE

I hereby certify that, on **April 11, 2017**, I caused a true and correct copy of the above and foregoing to be filed utilizing the Court's CM/ECF electronic document filing system, which caused notice of such filing to be delivered to all counsel of record and parties requesting notice, and by United States First Class Mail, postage prepaid, to the following non-ECF participants having appeared in this action:

[none]

                       */s/ Jason B. Purvis*