

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| DOUGLAS HANDSHOE | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:15cv382-HSO-JCG |
| | ) |
| VAUGHN PERRET, CHARLES LEARY & DANIEL ABEL, D/B/A/ TROUT POINT LODGE LTD OF NOVA SCOTIA & IN THEIR INDIVIIDUAL CAPACITIES PROGRESS MEDIA GROUP LIMITED, MARILYN SMULDERS & ASHOKA | ) |

## MOTION FOR COURT AUTHORIZATION TO ISSUE SUMMONS AND COMPLAINT TO TROUT POINT LODGE, LIMITED OF NOVA SCOTIA

Plaintiff Douglas Handshoe respectfully moves the Court to authorize the Clerk of Court to issue a Summons to Trout Point Lodge, Limited of Nova Scotia. In support of this Motion, Plaintiff avers that due to confusion over the styling of this civil action, the Clerk of Court declined to issue a summons to Trout Point Lodge, Limited. However, paragraph six (6) of the third amended complaint clearly names Trout Point Lodge, Limited as a Defendant in this action.

For the reasons set forth in Plaintiff's Memorandum in Support of Motion for an Extension of Time to Serve the Summons on Trout Point Lodge, Limited, no party will be prejudiced by the granting of the requested relief, which is not sought for delay or improper purpose but so that justice may be accorded the parties.

Attached as Exhibit 1 to this Motion is a copy of the proposed summons to Trout Point Lodge, Limited.

In view of the foregoing, Plaintiff prays the Court would authorize the Clerk of Court to issue a summons to Trout Point Lodge, Limited.

Respectfully submitted this 27th day of April, 2017,

_____

Douglas Handshoe, Plaintiff
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com

## CERTIFICATE OF SERVICE

I, Douglas Handshoe, hereby certify that on April 27, 2017, the foregoing was sent for electronically filing by me via the Clerk of the Court using the ECF system which sent notification to all counsel of record upon filing by the Clerk.

Respectfully submitted this 27th day of April, 2017,

_____

Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com