# EXHIBIT 1

# TROUT POINT LODGE OF NOVA SCOTIA WILDERNESS RESORT & HOTEL
(/)

HOME (/)

RESERVE NOW (/RESERVE-NOW.HTML)

LODGING (/LODGING.HTML)

EXPERIENCES (/EXPERIENCES.HTML)

REVIEWS (/REVIEWS.HTML)

DINING (/DINING.HTML)

"worth a visit no matter what the season" *New York Times*
MORE...

WILDERNESS ADVENTURE & ACTIVITIES (/experiences.html)

## Nova Scotia Wilderness Resort & Inn

### The Lodge will re-open for the 2017 season on May 13!

"Trout Point is an intimate, secluded resort with delectable, locally-inspired cuisine

and a roster of nature-oriented activities." Montreal Gazette (http://montrealgazette.com/travel/nova-scotia-wilderness-lodge-is-ideal-for-stargazing)

Reserve online (/reserve-now.html) below

or call 902-482-8360



# TROUT POINT LODGE OF NOVA SCOTIA WILDERNESS RESORT & HOTEL (/)

Check-in
DD/MM/YYYY
Check-out
DD/MM/YYYY

BOOKING BY wu (http://en.zak.wubook.net)

HOME (/)

SMALL LUXURY HOTEL OF THE WORLD

RESERVE NOW (/RESERVE-NOW.HTML)

Independently-minded LODGING (/LODGING...)

EXPERIENCES (/EXPERIENCES...)
(http://www.slh.com/hotels/trout-point-lodge-of-nova-scotia/)
Member, Small Luxury Hotels of the World

REVIEWS (/REVIEWS.HTML)

DINING (/DINING.HTML)

MORE...

greenleaders (https://www.tripadvisor.ca/)

PLATINUM

Trout Point Lodge of Nova Scotia (https://www.tripadvisor... /Hotel_Review-g4028402-d250110-Reviews-Trout_Point_Lodge_o East_Kemptville_Muni tripadviso

Fodor's Choice
(http://www.fodors.com/world/north-america/canada/nova-scotia/south-shore-and-annapolis-valley/hotels/reviews/trout-point-lodge-576741/)
The only Nova Scotia hotel with the Fodor's Choice distinction

Canada Select ★★★★★
(/uploads/2/3/9/6/23960686/3953695.gif)

Trout Point Lodge offers luxury adventure travel, **guided stargazing (/star-gazing.html)** and other **ecotourism (/experiences.html)** vacations from its secluded location in the heart of the Tobeatic Wilderness in southwestern Nova Scotia, Canada, just 40 minutes from the Yarmouth International Ferry Terminal with **daily service from Portland, Maine (http://www.ferries.ca/thecat/)**, and 3 hours from cosmopolitan Halifax. A quintessential wilderness lodge & nature retreat, this unsurpassed eco destination lets you enjoy the Canadian backwoods easily accessible on Canada's east coast. A member of *Small Luxury Hotels of the World (http://www.slh.com/about-us/)*, every hotel room, suite, and cottage boasts stunning river views. Recommended for stays of at least two nights, a Trout Point vacation allows you to forget the cares of the outside world, perfect for a relaxing getaway and to celebrate special occasions. An **award winning wine list (https://restaurants.winespectator.com/restaurant**

# TROUT POINT LODGE OF NOVA SCOTIA WILDERNESS RESORT & HOTEL (/)

- HOME (/)
- RESERVE NOW (/RESERVE-NOW.HTML)
- LODGING (/LODGING.HTML)
- EXPERIENCES (/EXPERIENCES.HTML)
- ...MORE...

/2977/Trout+Point+Lodge+Of+Nova+Scotia) compliments chefs who feature fresh, local market cuisine in the renowned Trout Point dining rooms. The enchanting location & spacious Nova Scotia accommodations (/lodging.html) make for a secret hideaway that will rejuvenate and inspire!

"world's best wilderness lodges"-Men's Journal (http://www.mensjournal.com/expert-advice/best-wilderness-lodges-20130129/trout-point-lodge-kemptville-nova-scotia-canada)


(/lodging.html)
Accommodations


(/dining.html)
Dining


(/experiences.html)
Activities



You will savour beautiful Nova Scotia river country at the Lodge, a unique refuge offering superb outdoor recreation, outstanding cuisine, & engaging culinary experiences in a spot so wild there is no cell phone coverage! An unparalleled place for relaxation & enjoyment of the outdoors, this 5-star inn's 100 acre wooded estate borders the remote Tobeatic Wilderness Area & the scenic waters of the scenic Tusket & Napier Rivers, yet lies an easy drive from scenic French Acadian villages, historic seafaring ports, stunning beaches, & Bay of Fundy seacoasts.

"It's proper backwoods – you won't even find mobile phone signal here – but for an authentically
Canadian . . . experience on the east coast, there's nowhere better."

escapism (http://www.escapismmagazine.com/winging-it-atlantic-canada/)

HOME (/)



(http://www.ferries.ca/thecat/)

RESERVE NOW (/RESERVE-NOW.HTML)

DINING/LODGING (/DINING-LODGING.HTML)

EXPERIENCES/ADVENTURES (/EXPERIENCES-ADVENTURES.HTML)

REVIEWS (/REVIEWS.HTML)

DINING (/DINING.HTML)

MORE...



Enjoy canoeing & kayaking, expert-guided star gazing, geo-tours, forest bathing (/forest-bathing.html), cooking classes, an outdoor barrel sauna & wood-fired hot tub, swimming refreshing river water, hiking trails, & nature walks amidst wilderness splendour. A true eco-lodge, Trout Point follows leading sustainable tourism practices, recognized by the Parks Canada Sustainable Award and the National Geographic Society (http://press.nationalgeographic.com/2010/01

# TROUT POINT LODGE OF NOVA SCOTIA WILDERNESS RESORT & HOTEL (/)

- HOME (/)
- RESERVE NOW (/RESERVE-NOW.HTML)
- LODGING (/LODGING.HTML)
- EXPERIENCES (/EXPERIENCES.HTML)
- REVIEWS (/REVIEWS.HTML)
- DINING (/DINING.HTML)
- MORE...

/26/worlds-innovative-travel-entrepreneurs-to-gather-at-national-geographic-to-share-geotourism-success/). Guests enjoy gourmet *table d'hôte* meals featuring local ingredients--so just arrive in our serene world and unwind. Elegant public areas with wood-burning fireplaces compliment spacious & comfortable lodging--no tent camps or "glamping" here--in yet a stone's throw to wilderness areas like nowhere Canada has to offer!

**Trout Point Lodge among "ten of the most innovative, sustainable travel programs around the world" National Geographic Society**

News: *Trout Point guest John Lumpkin liked his experience so much he wrote about it for the Associated Press!* Check out his article **here (http://o.canada.com/travel/destinations/outdoor-adventure-at-5-star-ecotourism-lodge-in-nova-scotia)**.

*Forbes* magazine's **The Hotel Detective (http://www.forbes.com/sites/garywalther/2016/06/09/maine-and-nova-scotia-just-got-closer/#1edd59896395)** recommends Trout Point for getaways: "As for Nova Scotia, if you want **luxury (http://www.forbes.com/luxury/)** in the wilderness, check out Trout Point Lodge, a member of Small Luxury Hotels."



(/star-gazing.html)
Photo of the Milky Way from Trout Point



# TROUT POINT LODGE OF NOVA SCOTIA WILDERNESS RESORT & HOTEL (/)

(http://www.bedandbreakfast /info/travelers/awards /regional-awards/top-10- canada-bbs-of-2015)

HOME (/)

RESERVE NOW (/RESERVE-NOW.HTML)

LODGING (LODGING.HTML)

EXPERIENCES (/EXPERIENCES.HTML)

REVIEWS (/REVIEWS.HTML)

DINING (/DINING.HTML)

MORE

**News**: Time (http://time.com/3817322/best-destinations-stargazing/) magazine names Trout Point among world's top places for observing the heavens: "Attention astronomers and contemplators of the universe: these are the planet's best spots for stargazing."

Frommer's Guide (http://www.frommers.com/destinations/yarmouth/hotels/200841) gives the Lodge it's highest rating in its current guidebook: "With the looks of one of the classic National Park lodges (think: the majesty of the Old Faithful Inn in Yellowstone) and the soul of a Ritz Carlton, the Trout Point Lodge ★★★ has won accolades from every major reviewer form the New York Times to National Geographic Traveler. We're adding our voice to the chorus of approval."

HOME (/)

# TROUT POINT LODGE OF NOVA SCOTIA WILDERNESS RESORT & HOTEL

*Member:*

[Select Registry: Distinguished Inns of North America (http://www.selectregistry.com/members/trout-point-lodge-of-nova-scotia.asp)](/)

Conde Nast Johansens (http://www.johansens.com/north-america/canada/nova-scotia/trout-point-lodge-of-nova-scotia)

BedandBreakfast.com Diamond Collection (http://www.bedandbreakfast.com/ns-east-kemptville-troutpointlodgeofnovascotia.html)

5 Green Keys

Kiwi Collection

trout.point.lodge@gmail.com

www.troutpoint.com



REVIEWS (/REVIEWS.HTML)

## Trout Point Lodge of Nova Scotia

DINING (/DINING.HTML)
189 Trout Point Road

East Kemptville, Nova Scotia B5A 5X9
MORE

Canada

Tel. +1 (902) 482-8360

Fax +1 (800) 980-0713

©2017 Trout Point Lodge, Limited












HOME (/)

RESERVE NOW.HT... RESERVE...

LODGING (/LODGING.HT... (https://ca.hotels.../ho250216/trout-point-lodge-of-nova-scotia-kemptville-...

EXPERIENCES (/EXPERIENCES.HTML) TRAVEL+LEISURE

REVIEWS (/REVIEWS.HTML) (http://search.travelandleisure.com/?q=trout%20point%20lodge%20tra...

(http://www.bedandb... DINING (/DINING.HTML)
/info/travelers
/awards/regional-
awards/top-10MORE...
canada-bbs-of-2015)

Rated by 16 guests
Exceptional
4.8 / 5
Trout Point Lodge of Nova Scotia

(http://www.luxurytraveldiary.com /2016/02 /review- of-trout- point- lodge- of-nova- scotia-2/) Luxury Travel Diary

(http://www.mensjourn.../travel /mountain- wilderness/best- wilderness- lodges-trout- point-lodge- 20130129)