IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOUGLAS HANDSHOE                                                                           PLAINTIFF

VS.                                                            CIVIL ACTION NO. 1:15cv382HSO-JCG

VAUGHN PERRET, CHARLES LEARY &
DANIEL ABEL, D/B/A TROUT
POINT LODGE LTD OF NOVA SCOTIA
& IN THEIR INDIVIDUAL CAPACITIES
PROGRESS MEDIA GROUP LIMITED,
MARILYN SMULDERS & ASHOKA                                                       DEFENDANTS

**RESPONSE IN OPPOSITION TO MOTION FOR AN EXTENSION OF
TIME TO SERVE SUMMONS ON DEFENDANT TROUT POINT LODGE, LTD**

COME NOW Defendants **Vaughn Perret** and **Charles Leary**, by and through their counsel, Purvis & Co. PLLC, and file this their Response in Opposition to the Motion for an Extension of Time to Serve Summons on Defendant Trout Point Lodge, Ltd, filed April 27, 2017 [Dckt 130] and would show that the Motion is not well taken and should be denied for those reasons stated in Defendants' Response in Opposition to Plaintiff's Motion to have Summons Issued and as further discussed as well as in their memorandum brief in support of said Response in Opposition as the two issues are inherently related.  Furthermore, the plaintiff has failed to show cause for failure to abide by the prior orders of this Court.

RESPECTFULLY SUBMITTED, this the 8TH day of May, 2017.

                                  VAUGHN PERRET, DEFENDANT and
                                  CHARLES LEARY, DEFENDANT

BY:  PURVIS & CO. PLLC

BY:      */s/Jason B. Purvis*
        Jason B. Purvis, MSB # 100873

OF COUNSEL:
Purvis & Co. PLLC
P.O. Box 2307
Gulfport, MS 39505
Tel:  (228) 206-7174
jpurvis@purviscolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on May 8, 2017, I caused a true and correct copy of the above and foregoing to be filed utilizing the Court's CM/ECF electronic document filing system, which caused notice of such filing to be delivered to all counsel of record and parties requesting notice, and by United States First Class Mail, postage prepaid, to the following non-ECF participants having appeared in this action:

[none]

                                                   /s/ Jason B. Purvis