# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

```
DOUGLAS HANDSHOE                              )
                                              )
                                              )
v.                                            )   CIVIL ACTION NO. 1:15cv382-HSO-JCG
                                              )
VAUGHN PERRET, CHARLES LEARY &                )
DANIEL ABEL, D/B/A/ TROUT                     )
POINT LODGE LTD OF NOVA SCOTIA                )
& IN THEIR INDIVIIDUAL CAPACITIES             )
PROGRESS MEDIA GROUP LIMITED,                 )
MARILYN SMULDERS, & ASHOKA                    )
                                              )
```

**PLAINTIFF'S REPLY TO DEFENDANTS PERRET & LEARY'S RESPONSE TO PLAINTIFF'S MOTION FOR COURT AUTHORIZATION TO ISSUE SUMMONS AND COMPLAINT TO TROUT POINT LODGE, LIMITED OF NOVA SCOTIA**

Plaintiff respectfully submits the following reply to the Defendants Perret & Leary's opposition to Plaintiff's Motion for Court Authorization to Issue Summons and Complaint To Trout Point Lodge, Limited of Nova Scotia.

The following exhibits are attached to this reply:

1. Affidavit of Timothy John Gillespie dated May 8, 2017 and Schedule A, pictures of the gated road at Trout Point Lodge and no trespassing signs.

Respectfully submitted this 10th day of May, 2017,

Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com

## CERTIFICATE OF SERVICE

I, Douglas Handshoe, hereby certify that on May 10, 2017 the foregoing was sent for electronically filing by me via the Clerk of the Court using the ECF system which sent notification to all counsel of record upon filing by the Clerk.

Respectfully submitted this 10th day of May, 2017,

_____
Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com