This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

**RECEIVED**
MAY 11 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

UNITED STATES POSTAL SERVICE® **Click-N-Ship®**

usps.com
$6.65
US POSTAGE
Flat Rate Env
9405 8036 9930 0447 9099 11 0066 5000 0013 9501

05/10/2017   Mailed from 39577   062S0000001307

**PRIORITY MAIL 2-DAY™**

DOUGLAS HANDSHOE
DOUGLAS HANDSHOE, CPA
PO BOX 788
WIGGINS MS 39577-0788

Expected Delivery Date: 05/12/17

0006

C024

SHIP TO:
HON. ARTHUR S JOHNSON
UNITED STATES DISTRICT CLERK
2012 15TH ST
STE 403
GULFPORT MS 39501-2036

**USPS TRACKING #**

9405 8036 9930 0447 9099 11

Electronic Rate Approved #038555749

UNITED STATES POSTAL SERVICE®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

EP14F July 2013
OD: 12.5 x 9.5

PRIORITY MAIL
★ DATE OF DELIVERY SP
USPS TRACKING™ INC
INSURANCE INCLUDED
PICKUP AVAILABLE
* Domestic only
WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

PS00001000014