## AFFIDAVIT

I, **TIMOTHY JOHN GILLESPIE**, of Sable River in the County of Shelburne, Nova Scotia, make oath and say that:

(a) I have personal knowledge of the matters sworn to in this Affidavit except where otherwise stated to be based on information and belief, and it all cases the matters contained herein are true and complete to the best of my knowledge, information, and belief.

1. THAT I am Timothy John Gillespie, of Sable River, aforesaid.

2. THAT on May 7, 2017, I attended at 189 Trout Point Road, East Kemptville, Yarmouth County, Nova Scotia, being the location of business enterprise known as Trout Point Lodge ("Trout Point Lodge"), which enterprise is in the business of restaurant, accommodation, relating to tourism.

3. THAT my purpose in visiting that location was in anticipation of serving a summons on Trout Point Lodge, Ltd. in the matter of <u>Douglas Handshoe V. Vaughn Perret, Charles Leary & Daniel Abel, D/B/A/ Trout Point Lodge Ltd Of Nova Scotia & In Their Individual Capacities Progress Media Group Limited Of Nova Scotia Marily Smulders & Ashoka</u>, Civil Action No. 1:15cv382-HSO-JCG, United States District Court for the Southern District of Mississippi Southern Division;

   such documents being served on behalf of Douglas Handshoe, the Plaintiff in the Action.

4. THAT at that time I attended the location to attempt such service, being 11:30 AM, May 7, 2017, I was prevented from such activity, execution, by finding that the access road to the location was gated, and did take a picture to support by statement, which picture is attached hereto as Schedule "A".

5. THAT, as well at that date, I did inquire on the website of Trout Point Lodge and was advised by the information on that website that Trout Point Lodge was not opening for the season until May 13, 2017.

**SWORN TO** at Sable River,
in the County of Shelburne,
in the Province of Nova Scotia,
before me, this 8 day of May, 2017.

_____
WAYNE S. RIDEOUT
A Barrister/Commissioner of
the Supreme Court of Nova Scotia

_____
TIMOTHY JOHN GILLESPIE