# SCHEDULE "A"

# (Attached)

