





**RECEIVED MAY 11 2017** — CLERK, U.S. DISTRICT COURT, SOUTHERN DISTRICT OF MISS.

UNITED STATES POSTAL SERVICE — Click-N-Ship®

usps.com $6.65 US POSTAGE Flat Rate Env
9405 8036 9930 0447 9099 11 0066 5000 0013 9501
05/10/2017  Mailed from 39577  062S0000001307

PRIORITY MAIL 2-DAY™

DOUGLAS HANDSHOE
DOUGLAS HANDSHOE, CPA
PO BOX 788
WIGGINS MS 39577-0788

Expected Delivery Date: 05/12/17
0006
C024

SHIP TO:
HON. ARTHUR S JOHNSON
UNITED STATES DISTRICT CLERK
2012 15TH ST
STE 403
GULFPORT MS 39501-2036

USPS TRACKING #
9405 8036 9930 0447 9099 11

Electronic Rate Approved #038555749