**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

DOUGLAS HANDSHOE                                                                    PLAINTIFF

VS.                                                    CIVIL ACTION NO. 1:15cv382HSO-JCG

VAUGHN PERRET, CHARLES LEARY &
DANIEL ABEL, D/B/A TROUT
POINT LODGE LTD OFNOVA SCOTIA
& IN THEIR INDIVIDUAL CAPACITIES
PROGRESS MEDIA GROUP LIMITED,
MARILYN SMULDERS, TORSTAR
CORPORATION, NATIONAL
GEOGRAPHIC SOCIETY, XYZ
FOUNDATION & JOHN DOES 1-50                                          DEFENDANTS

---

**DEFENDANTS VAUGHN PERRET AND CHARLES LEARY RESPONSE IN OPPOSITION**
**TO PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME [139]**

---

COME NOW Defendants **Vaughn Perret** and **Charles Leary**, by and through their

counsel, Purvis & Co. PLLC, and file this their Response in Opposition to Plaintiff's Motion for an

Extension of Time [139], and would show that the Plaintiff's Motion is not well taken and should be

denied for the reasons stated in their Response in Opposition to Motion to Issue Summons [132],

their original Response in Opposition to Motion for an Extension of Time [133], their

Memorandum filed in support of their Response in Opposition to Plaintiff's Motion to Issue

Summons [134], and for the reasons discussed in their memorandum brief in support of this

response, which is filed contemporaneously herewith.[1]

Defendants Leary and Perret respectfully move this Court to deny Plaintiff's Motion for an

Extension of Time, strike Plaintiff's Motion for Authorization of Substituted or Alternative Service

---

[1] See also Police Services Act, Chapter 349, attached hereto as Exhibit 1.

of Summons and Complaint [141] as moot, grant their Motion to Dismiss, and for such general

relief as the Court deems appropriate in the premises.

      RESPECTFULLY SUBMITTED, this the 16th day of June, 2017.

VAUGHN PERRET, DEFENDANT and
CHARLES LEARY, DEFENDANT

BY:  PURVIS & CO. PLLC

BY:  _____*/s/Jason B. Purvis*_____
      Jason B. Purvis, MSB # 100873

OF COUNSEL:
Purvis & Co. PLLC
P.O. Box 2307
Gulfport, MS 39505
Tel:  (228) 206-7174
jpurvis@purviscolaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on **June 16, 2017**, I caused a true and correct copy of the above and foregoing to be filed utilizing the Court's CM/ECF electronic document filing system, which caused notice of such filing to be delivered to all counsel of record and parties requesting notice, and by United States First Class Mail, postage prepaid, to the following non-ECF participants having appeared in this action:

[none]

_____ */s/ Jason B. Purvis* _____