

# Police Services Act

CHAPTER 349

OF THE

REVISED STATUTES, 1989

**amended** 1992, c. 28, s. 28

**NOTE** - **This electronic version of this statute is provided by the Office of the Legislative Counsel for your convenience and personal use only and may not be copied for the purpose of resale in this or any other form. Formatting of this electronic version may differ from the official, printed version. Where accuracy is critical, please consult official sources.**

# An Act to Provide for
# Police Services

**Short title**

**1** This Act may be cited as the *Police Services Act*. R.S., c. 349, s. 1.

**2** *repealed 1992, c. 28, s. 28.*

**Provincial civil constable**

**3 (1)** The Solicitor General may appoint a person as a provincial civil constable.

**(2)** *repealed 1992, c. 28, s. 28.*

**Disqualification**

**(3)** No person shall be appointed as a provincial civil constable who

(a) is under the age of nineteen years or over the age of sixty-five years;

(b) is not a British subject or Canadian citizen.

**(4)** *repealed 1992, c. 28, s. 28.*

**Term of office and re-appointment**

**EXHIBIT 1**

**(5)** A provincial civil constable shall hold office for a period of two years and may be re-appointed by the Solicitor General. R.S., c. 349, s. 3; 1992, c. 28, s. 28.

## Power to execute process

**4** A provincial civil constable may execute anywhere in the Province process of a civil nature including any notice, order, warrant, summons other than a notice, order, warrant, summons or other process required to be executed or served by a sheriff or a functionary appointed under another enactment or by another officer, person or body. R.S., c. 349, s. 4.

## Oath and bond

**5 (1)** The appointment of a provincial civil constable shall not be effective until he has filed with the Solicitor General

(a) a statement prescribed by the Solicitor General, sworn before a person authorized to take oaths, to the effect that he will act only in matters of a civil nature; and

(b) a security bond for the due and faithful performance of his duties in such amount and in such form as the Governor in Council may determine under Part III of the *Public Offices and Officers Act.*

## Complaint

**(2)** Any person who has a complaint against a provincial civil constable may notify the Solicitor General by signing a complaint in writing and the Solicitor General shall require the provincial civil constable to appear before the Solicitor General and answer the complaint.

## Suspension or revocation

**(3)** If the provincial civil constable fails to appear before the Solicitor General or if, after inquiry, the Solicitor General is satisfied that the complaint is justified and of a serious nature, the Solicitor General may suspend or revoke the appointment.

## Re-appointment after revocation

**(4)** Where the appointment of a provincial civil constable has been revoked pursuant to subsection (3), he shall not be appointed again unless the Governor in Council approves the appointment. R.S., c. 349, s. 5; 1992, c. 28, s. 28.

## Municipal civil constable

**6 (1)** A council of a city, town or municipality may appoint a person who is over the age of nineteen years and a British subject or Canadian citizen as a municipal civil constable for the city, town or municipality.

## Bond

**(2)** Before appointing a person as a municipal civil constable, a council shall require him to furnish a security bond for the due and faithful performance of his duties in such amount and in such form as the Governor in Council may determine under Part III of the *Public Offices and Officers Act.*

## Filing of documents of appointment

**(3)** No appointment made pursuant to subsection (1) shall be effective unless the clerk or some other officer of the city, town or municipality files with the Solicitor General a copy of the security bond and a record of the appointment containing the date of the appointment and the full name and address of the person appointed.

**Power to execute process**

**(4)** A municipal civil constable may execute within the municipality for which he is appointed process of a civil nature including any notice, order, warrant, summons other than a notice, order, warrant, summons or other process required to be executed or served by a sheriff or a functionary appointed under another enactment or by another officer, person or body.

**Complaint**

**(5)** Any person who has a complaint against a municipal civil constable may notify the Solicitor General by signing a complaint in writing and the Solicitor General shall require the municipal civil constable to appear before the Solicitor General and answer the complaint.

**Suspension or revocation**

**(6)** If the municipal civil constable fails to appear before the Solicitor General or if, after inquiry, the Solicitor General is satisfied that the complaint is justified and of a serious nature, the Solicitor General may suspend or revoke the appointment without reference to the municipal council.

**Re-appointment after revocation**

**(7)** Where the appointment of a municipal civil constable has been revoked pursuant to subsection (6), he shall not be appointed again unless the Governor in Council approves the appointment. R.S., c. 349, s. 6; 1992, c. 28, s. 28.

 

This page and its contents published by the Office of the Legislative Counsel, Nova Scotia House of Assembly, and © 1998 Crown in right of Nova Scotia. Created September 1, 1998. Send comments to legc.office@gov.ns.ca.