**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

DOUGLAS HANDSHOE                                                                    PLAINTIFF

VS.                                                CIVIL ACTION NO. 1:15cv382HSO-JCG

VAUGHN PERRET, CHARLES LEARY &
DANIEL ABEL, D/B/A TROUT
POINT LODGE LTD OFNOVA SCOTIA
& IN THEIR INDIVIDUAL CAPACITIES
PROGRESS MEDIA GROUP LIMITED,
MARILYN SMULDERS, TORSTAR
CORPORATION, NATIONAL
GEOGRAPHIC SOCIETY, XYZ
FOUNDATION & JOHN DOES 1-50                                    DEFENDANTS

---

**DEFENDANTS VAUGHN PERRET AND CHARLES LEARY RESPONSE IN
OPPOSITION TO PLAINTIFF'S MOTION FOR AUTHORIZATION OF
SUBSTITUTED OR ALTERNATIVE SERVICE OF
SUMMONS AND COMPLAINT [141]**

---

COME NOW Defendants **Vaughn Perret** and **Charles Leary**, by and through their

counsel, Purvis & Co. PLLC, and file this their Response in Opposition to Plaintiff's Motion For

Authorization of Substituted or Alternative Service of Summons and Complaint [141], and would

show that the Plaintiff's Motion is not well taken and should be denied for the reasons stated in their

Response in Opposition to Motion to Issue Summons [132], their original Response in Opposition

to Motion for an Extension of Time [133], their Memorandum filed in support of their Response in

Opposition to Plaintiff's Motion to Issue Summons [134], and for the reasons discussed in their

memorandum brief in support of this response, which is filed contemporaneously herewith.

Defendants Leary and Perret respectfully move this Court to deny Plaintiff's Motion for

Authorization of Substituted or Alternative Service of Summons And Complaint, strike Plaintiff's

Motion for Authorization of Substituted or Alternative Service of Summons and Complaint [141] as

moot, grant their Motion to Dismiss, and for such general relief as the Court deems appropriate in

the premises.

       RESPECTFULLY SUBMITTED, this the 16th day of June, 2017.

                  VAUGHN PERRET, DEFENDANT and
                  CHARLES LEARY, DEFENDANT

            BY:  PURVIS & CO. PLLC

            BY:  _____*/s/Jason B. Purvis*_____
                  Jason B. Purvis, MSB # 100873


OF COUNSEL:
Purvis & Co. PLLC
P.O. Box 2307
Gulfport, MS 39505
Tel:  (228) 206-7174
jpurvis@purviscolaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on **June 16, 2017**, I caused a true and correct copy of the above and foregoing to be filed utilizing the Court's CM/ECF electronic document filing system, which caused notice of such filing to be delivered to all counsel of record and parties requesting notice, and by United States First Class Mail, postage prepaid, to the following non-ECF participants having appeared in this action:

[none]

_____ */s/ Jason B. Purvis* _____