AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15cv382 HSO-JCG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL -5 2017
ARTHUR JOHNSTON
BY_____ DEPUTY

This summons for *(name of individual and title, if any)* **Trout Point Lodge Ltd.**
was received by me on *(date)* **June 20th 2017**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Sophia Gruber**, who is
designated by law to accept service of process on behalf of *(name of organization)* **Trout Point Lodge Ltd.**
**Manager of Reception** on *(date)* **Thursday, June 22nd 2017**

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **June 23/2017**

Sworn to at Digby Nova Scotia before me

*Server's signature* — Wayne Snow

**Wayne Snow**
*Printed name and title*

OLIVER JANSON
A Notary Public in and for the
Province of Nova Scotia

**Digby, Nova Scotia, Canada**
*Server's address*

Additional information regarding attempted service, etc:

Wayne Snow
A Provincial Civil Constable in
The Province of Nova Scotia

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Douglas Handshoe <br><br> *Plaintiff(s)* <br> v. <br><br> Vaughn Perret, Charles Leary, Daniel Abel d/b/a Trout Point Lodge Ltd. & in their individual capacities, Progress Media Group, Ltd., Marilyn Smulders, Torstar Corp, National Geographic Society et al <br> *Defendant(s)* | Civil Action No. 1:15cv382-HSO-JCG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Trout Point Lodge, LTD
189 Trout Point Road
East Kemptville, NS B5A 5X9, Canada

An amended lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Douglas Handshoe
Post Office Box 788
Wiggins, MS 39577-0788

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

CLERK OF COURT

Date: 5-12-17

*Signature of Clerk or Deputy Clerk*