**PRIORITY MAIL**

DATE OF DELIVERY SPECIFIED
USPS TRACKING™ INCLUDED
INSURANCE INCLUDED
PICKUP AVAILABLE
* Domestic only

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.



EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE


UNITED STATES POSTAL SERVICE®

---

**UNITED STATES POSTAL SERVICE** — **Click-N-Ship®**

usps.com
$6.65
US POSTAGE
Flat Rate Env

9405 8036 9930 0472 0904 62 0066 5000 0013 9501

07/03/2017  Mailed from 39577  062S0000000101

### PRIORITY MAIL 2-DAY™

DOUGLAS HANDSHOE
DOUGLAS HANDSHOE, CPA
PO BOX 788
WIGGINS MS 39577-0788

Expected Delivery Date: 07/06/17

RECEIVED 0006
JUL 05 2017
C024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

SHIP TO:
HON. ARTHUR S JOHNSON
UNITED STATES DISTRICT CLERK
2012 15TH ST
STE 403
**GULFPORT MS 39501-2036**

USPS TRACKING #

9405 8036 9930 0472 0904 62

Electronic Rate Approved #038555749