GULFPORT MS 395

11 AUG 2017 PM 2 L

USA FOREVER 2016

CLERK OF THE US DISTRICT COURT
DAN M. RUSSELL, JR. UNITED STATES COURTHOUSE
2012 15TH STREET, SUITE 403
GULFPORT, MS 39501

39501$2036

RECEIVED

AUG 14 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

DOUGLAS K. HANDSHOE
POST OFFICE BOX 788
WIGGINS, MS 39577