IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



| | |
|---|---|
| DOUGLAS HANDSHOE | PLAINTIFF |
| VS. | CIVIL ACTION NO. 1:15cv382HSO-JCG |
| VAUGHN PERRET, CHARLES LEARY & DANIEL ABEL, D/B/A TROUT POINT LODGE LTD OF NOVA SCOTIA & IN THEIR INDIVIDUAL CAPACITIES PROGRESS MEDIA GROUP LIMITED, MARILYN SMULDERS, TORSTAR CORPORATION, NATIONAL GEOGRAPHIC SOCIETY, XYZ FOUNDATION & JOHN DOES 1-50 | DEFENDANTS |

### DEFENDANTS VAUGHN PERRET AND CHARLES LEARY'S *PRO SE* MOTION TO QUASH SERVICE OF PROCESS AND NOTATION OF DEFAULT

COME NOW Defendants **Vaughn Perret** and **Charles Leary**, appearing *pro se*, and file this their Motion to Quash Service of Process and Notation of Default, and would show that the Plaintiff has not followed this Court's Order regarding service on Trout Point Lodge, Limited, and has made service using alternative means denied by this Court in Its Order, and for the reasons discussed in their memorandum brief in support of this motion, which is filed contemporaneously herewith. Plaintiff has not properly served Trout Point Lodge, Limited, either in accordance with the Order or with the Convention on Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters, Nov. 15, 1965 (Hague Convention), [1969] 20 U.S.T. 361, and the notation of default taken by the Clerk upon Plaintiff's motion should be nullified.

Defendants Leary and Perret respectfully move this Court to find quash the purported service on Trout Point Lodge and for such general relief as the Court deems appropriate in the premises.

RESPECTFULLY SUBMITTED, this the 14TH day of September, 2017.

VAUGHN PERRET, DEFENDANT and
CHARLES LEARY, DEFENDANT

appearing *pro se*

140 Trout Point Road
E. Kemptville, NS B5A 5X9 Canada
(902) 761-2080
foodvacation@gmail.com