

# FedEx Express

ORIGIN ID:NEWA (000) 000-0000
CHARLES LEARY
2421 CLEARVIEW PKWY

METAIRIE, LA 70001
UNITED STATES US

TO  U.S DISTRICT COURT SOUTHERN
DISTRICT OF MS DAN M. RUSSELL
2012 15TH STREET
SUITE 403
GULFPORT MS 39501
(000) 000-0000

SHIP DATE: 18SEP17
ACTWGT: 1.10 LB
CAD: 6990854/SSF01802

BILL CREDIT CARD

TRK# 7877 5342 6612
XH BIXA

TUE - 19 SEP 10:30A
PRIORITY OVERNIGHT

39501
MS-US  BFM



earthsmart
FedEx carbon-neutral
envelope shipping



RECEIVED
SEP 19 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

SCREENED BY U.S. MARSHAL

Envelope