IN THE CIRCUIT COURT OF STONE COUNTY, MISSISSIPPI

TROUT POINT LODGE LTD., VAUGHN PERRET,
and CHARLES LEARY                                                      PLAINTIFFS

VS.                                                                               JUDGEMENT NO.: 12161
                                                                              Supreme Court of Nova Scotia, Canada
                                                                              Hfx No.: 411345

DOUGLAS K. HANDSHOE                                                        DEFENDANT

## REQUEST FOR EXECUTION

Plaintiff, Trout Pointe Lodge, Ltd., et al, having recovered judgment in the Supreme Court of Nova Scotia, Canada on February 26, 2014 pursuant to the verdict rendered, for the principle sum of $20,000.00 CAD in statutory damages to Charles Leary, the principle sum of $40,000.00 CAD in statutory damages to Trout Point Lodge Ltd., the principle sum of $20,000.00 CAD in statutory damages to Vaughn Perret, and the principle sum of $100,000.00 CAD in punitive damages to all Plaintiffs, bearing all costs of Court provided for in the judgment signed and dated February 26, 2014 and duly enrolled in this Court as a local judgment, requests that the Clerk of this Court issue execution unto the Sheriff of Stone County, Mississippi, against the following personal property owned by said judgment debtor, Douglas K. Handshoe:

1. Any and all interest belonging to Douglas K. Handshoe in the chosen action presently filed with the United States District Court for the Southern District of Mississippi styled *Handshoe v. Perret*, 1:2015-cv-00382;

2. Any and all interest belonging to Douglas K. Handshoe in the chosen action presently filed with the Hancock County Circuit Court styled *Handshoe v. Broussard*, Case No. 13-0186;

3. Any and all interest belonging to Douglas K. Handshoe in the business known as Slabbed New Media, LLC, Business ID: 981555

4. Any and all interest belonging to Douglas K. Handshoe in the accounting firm known as Douglas K. Handshoe, CPA PLLC, Business ID: 1059593; and

5. Any and all other personal property not exempt by law that may be found

Ex. B

in the possession of or found to belong to Douglas K. Handshoe; located at the residence of Doulgas K. Handshoe, 110 Hall Street, Wiggins, Mississippi 39577, the principal place of business for Slabbed New Media, LLC, 110 Hall Street, Wiggins, Mississippi 39577, the principal place of business for said accounting firm, Douglas K. Handshoe, CPA PLLC, 110 Hall Street, Wiggins, Mississippi 39577, or elsewhere, on information and belief, said items are known to be located in the possession of Douglas K. Handshoe.

Dated this the _11_ day of May, 2017.

RESPECTFULLY SUBMITTED,

TROUT POINT LODGE, LTD., Plaintiff

BY: _____
GARY D. THRASH

GARY D. THRASH, MSB # 8205
ADAM F. THRASH, MSB # 104357
SINGLETARY & THRASH, PA
P.O. BOX 587
JACKSON, MS 39205-0587
PHONE: (601) 948-7410