IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

Civil Action No. 1:15cv382-HSO-JCG

Sworn Declaration of Sophia Gruber

1. I am Sophia Gruber, a citizen of Austria, currently working in Nova Scotia, Canada. I was born on March 16, 1995.
2. I have been working at Trout Point Lodge during its 2017 season. I continue to work at the Lodge now.
3. I am working in Nova Scotia pursuant to a temporary apprenticeship work permit issued by the Government of Canada.
4. On June 28, 2017, I was working at the reception desk of Trout Point Lodge. A man appeared and asked for Charles Leary. I told the man he was not available. Charles Leary was not on the property.
5. He handed me two sealed, unmarked envelopes and said they were for Charles Leary. There was nothing written on the outside of the envelopes.
6. The man twice asked me my name and I told him.
7. The man did not identify himself, leave a card, or indicate in any way what the envelopes contained.
8. I thought he was the Lodge accountant or something similar.
9. I stored the envelopes at the reception desk.
10. I later left them out with some other mail at the desk.
11. I do not know what happened to them after that. That is all I know.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Sep 12th, 2017 (date).

_____
Sophia Gruber (signature)