

# Express



XH BIXA

TRK# 7877 5342 6612
[0201]

TUE – 19 SEP 10:30A
PRIORITY OVERNIGHT

MS–US   BFM
39501

TO  U.S DISTRICT COURT SOUTHERN
DISTRICT OF MS DAN M. RUSSELL
2012 15TH STREET
SUITE 403
GULFPORT MS 39501

ORIGIN ID:NEWA   (000) 000-0000
CHARLES LEARY
2421 CLEARVIEW PKWY
METAIRIE, LA 70001
UNITED STATES US

SHIP DATE: 18SEP17
ACTWGT: 1.10 LB
CAD: 6990854/SSFO18002

BILL CREDIT CARD

FedEx
Express

earthsmart
FedEx carbon-neutral
envelope shipping

Envelope

SEP 19 2017

RECEIVED

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.



A
6612
09.19
10:30
RT 326   1
FJ

Align top of FedEx Express® shipping label here.