



**PRIORITY MAIL 2-DAY™**

DOUGLAS HANDSHOE
DOUGLAS HANDSHOE, CPA
PO BOX 788
WIGGINS MS 39577-0788

Expected Delivery Date: 09/29/17

RECEIVED
SEP 28 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

0006
C024

SHIP TO:
HON. ARTHUR S JOHNSON
UNITED STATES DISTRICT CLERK
2012 15TH ST
STE 403
GULFPORT MS 39501-2036

**USPS TRACKING #**



9405 8036 9930 0510 3142 08

Electronic Rate Approved #038555749

