




**PRIORITY MAIL**

PS00001000014
EP14F July 2013
OD: 12.5 x 9.5

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

* Domestic only
PICKUP AVAILABLE
INSURANCE INCLUDED *
USPS TRACKING™ INCLUDED
DATE OF DELIVERY SPECIFIED

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

SCREENED BY U.S. MARSHAL

UNITED STATES POSTAL SERVICE®

---

**UNITED STATES POSTAL SERVICE®** — **Click-N-Ship®**

P

usps.com
$6.65
US POSTAGE
Flat Rate Env

9405 8036 9930 0510 3142 08 0066 5000 0013 9501

09/27/2017   Mailed from 39577   062S0000001311

**PRIORITY MAIL 2-DAY™**

DOUGLAS HANDSHOE
DOUGLAS HANDSHOE, CPA
PO BOX 788
WIGGINS MS 39577-0788

Expected Delivery Date: 09/29/17

0006
C024

RECEIVED
SEP 28 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

SHIP TO:
HON. ARTHUR S JOHNSON
UNITED STATES DISTRICT CLERK
2012 15TH ST
STE 403
**GULFPORT MS 39501-2036**

**USPS TRACKING #**

9405 8036 9930 0510 3142 08

Electronic Rate Approved #038555749