

## Motions
1:15-cv-00382-HSO-JCG
Handshoe v. Perret et al

JCG,NO_CMC

### U.S. District Court

### Southern District of Mississippi

## Notice of Electronic Filing

The following transaction was entered on 9/19/2017 at 6:04 PM CDT and filed on 9/19/2017
**Case Name:** Handshoe v. Perret et al
**Case Number:** 1:15-cv-00382-HSO-JCG
**Filer:** Charles Leary
Vaughn Perret
**Document Number:** 158

**Docket Text:**
**MOTION for Judicial Notice and To Limit Value of Plaintiff's Action Based on Fresh Admission, Waiver by Charles Leary, Vaughn Perret (Attachments: # (1) Envelope) (RLW)**

**1:15-cv-00382-HSO-JCG Notice has been electronically mailed to:**

Douglas Handshoe        earning04@gmail.com

Douglas J. Gunn        dgunn@watkinseager.com, bdford@watkinseager.com

Ellen Swennes Kennedy - PHV        ellen.kennedy@hoganlovells.com

G. Gerald Cruthird        picayunebarrister@cruthirdlaw.com, sandra07@bellsouth.net

Jason B. Purvis        jpurvis@purviscolaw.com, cpurvis@purviscolaw.com, kmason@purviscolaw.com

Jonathan P. Dyal        jdyal@balch.com, agroves@balch.com, bmarshall@balch.com

Lisa Bonanno - PHV        lisa.bonanno@hoganlovells.com

**1:15-cv-00382-HSO-JCG Notice has been delivered by other means to:**

Charles Leary
140 Trout Point Road
E. Kemptville, NS B 5A 5X9 Canada

Vaughn Perret(Terminated)

140 Trout Point Road
E. Kemptville, NS B5A 5X9 Canada

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=9/19/2017] [FileNumber=4687465-0
] [3d4909c124df6a1bae874acad8f0d6d651276f82d16e6b4ff6b7cbdabc7f7286d56
b8395097098ebb71debd86cad7fb45e331b4d427ba4f4bc47d9079e93b14f]]
**Document description:** Envelope
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=9/19/2017] [FileNumber=4687465-1
] [9a8e4123ca945be63a6d6855dff34f8e59f7595020f316ea853be0b26dae5cb9125
e6814520e71073a5863d02c4211e2b01d2ba6106d2c1a9fbaa18b19c1d860]]

## Responses and Replies
1:15-cv-00382-HSO-JCG
Handshoe v. Perret et al

JCG,NO_CMC

### U.S. District Court

### Southern District of Mississippi

## Notice of Electronic Filing

The following transaction was entered on 9/19/2017 at 6:08 PM CDT and filed on 9/19/2017
**Case Name:**     Handshoe v. Perret et al
**Case Number:**   1:15-cv-00382-HSO-JCG
**Filer:**         Charles Leary
                   Vaughn Perret
**Document Number:** 159

**Docket Text:**
**MEMORANDUM in Support re [158] MOTION for Judicial Notice and To Limit Value of Plaintiff's Action Based on Fresh Admission, Waiver filed by Charles Leary, Vaughn Perret (Attachments: # (1) Exhibit A - Amended Complaint and Summons, # (2) Exhibit B - Request for Execution, # (3) Exhibit C - Motion to Quash Writ of Execution, # (4) Envelope) (RLW)**

**1:15-cv-00382-HSO-JCG Notice has been electronically mailed to:**

Douglas Handshoe     earning04@gmail.com

Douglas J. Gunn     dgunn@watkinseager.com, bdford@watkinseager.com

Ellen Swennes Kennedy - PHV     ellen.kennedy@hoganlovells.com

G. Gerald Cruthird     picayunebarrister@cruthirdlaw.com, sandra07@bellsouth.net

Jason B. Purvis     jpurvis@purviscolaw.com, cpurvis@purviscolaw.com, kmason@purviscolaw.com

Jonathan P. Dyal     jdyal@balch.com, agroves@balch.com, bmarshall@balch.com

Lisa Bonanno - PHV     lisa.bonanno@hoganlovells.com

**1:15-cv-00382-HSO-JCG Notice has been delivered by other means to:**

Charles Leary
140 Trout Point Road
E. Kemptville, NS B 5A 5X9 Canada

https://ecf.mssd.circ5.dcn/cgi-bin/Dispatch.pl?639205866238376                    9/19/2017

Vaughn Perret(Terminated)
140 Trout Point Road
E. Kemptville, NS B5A 5X9 Canada

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=9/19/2017] [FileNumber=4687471-0
] [a6f20a29df81cf5bc4f7285b735c05c92831966465fb3cc10d147aa2eead793e2c6
362265e9aae33ae5536c5d9b6feb25aa5def330cbffeb7d07a666dfd31ace]]
**Document description:** Exhibit A - Amended Complaint and Summons
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=9/19/2017] [FileNumber=4687471-1
] [847640d9477bb43361158be48bc014cd662a4531a5ef4a4ad422467391633cc148d
721cda798f591f6a54ef46e210f06508e2d577ebe2ae63ba13ec59fc10934]]
**Document description:** Exhibit B - Request for Execution
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=9/19/2017] [FileNumber=4687471-2
] [3a079ff56e6e354f3ae8c63abe8ef49e4d74d86e49093a18c782036be32f54d9e3b
5221ae36e74bfc27ecde60bf95bd337dca03d9e8af0e16cfc647a99a8ddbf]]
**Document description:** Exhibit C - Motion to Quash Writ of Execution
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=9/19/2017] [FileNumber=4687471-3
] [9d7a5c4dc1686c9985d2a29cd6486ea4c5082e578792313e83c7e45c70f09c6adbb
fb30479e2c57fbcee2f9cee675d11c43b738c4345c8a0639daddba03298b4]]
**Document description:** Envelope
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=9/19/2017] [FileNumber=4687471-4
] [115fc72a05a92f25084381e6f8855294884431b9e1f29da1aca03b619ca24ad27ef
97c26b8722a7ea6fe131fed3343d279905ec9a12ae62ce7b501280f806bda]]

## Motions
1:15-cv-00382-HSO-JCG
Handshoe v. Perret et al

JCG,NO_CMC

### U.S. District Court

### Southern District of Mississippi

## Notice of Electronic Filing

The following transaction was entered on 9/19/2017 at 6:10 PM CDT and filed on 9/19/2017
**Case Name:**     Handshoe v. Perret et al
**Case Number:**   1:15-cv-00382-HSO-JCG
**Filer:**         Charles Leary
                   Vaughn Perret
**Document Number:** 160

**Docket Text:**
**MOTION to Quash Service of Process and Notation of Default by Charles Leary, Vaughn Perret (Attachments: # (1) Envelope) (RLW)**

**1:15-cv-00382-HSO-JCG Notice has been electronically mailed to:**

Douglas Handshoe     earning04@gmail.com

Douglas J. Gunn      dgunn@watkinseager.com, bdford@watkinseager.com

Ellen Swennes Kennedy - PHV     ellen.kennedy@hoganlovells.com

G. Gerald Cruthird     picayunebarrister@cruthirdlaw.com, sandra07@bellsouth.net

Jason B. Purvis     jpurvis@purviscolaw.com, cpurvis@purviscolaw.com, kmason@purviscolaw.com

Jonathan P. Dyal     jdyal@balch.com, agroves@balch.com, bmarshall@balch.com

Lisa Bonanno - PHV     lisa.bonanno@hoganlovells.com

**1:15-cv-00382-HSO-JCG Notice has been delivered by other means to:**

Charles Leary
140 Trout Point Road
E. Kemptville, NS B 5A 5X9 Canada

Vaughn Perret(Terminated)
140 Trout Point Road

https://ecf.mssd.circ5.dcn/cgi-bin/Dispatch.pl?104092929937114                    9/19/2017

E. Kemptville, NS B5A 5X9 Canada

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=9/19/2017] [FileNumber=4687474-0
] [05957dce4eab2cb7038e4de441552f48e11969963aa8365b2d3b590f07ce5a18ae6
469528497ea85cfd54583708487e914eec9cd10a8966183d3ba514a71ecb6]]
**Document description:** Envelope
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=9/19/2017] [FileNumber=4687474-1
] [bef96f2beeb358dba9a1620273594 11bbd7b743567f3d7fe0997d6ef79ce2273963
d9688ec5b26da4ab4c05995fd6c989f5134d11bd3d9a00395ecf80ca69c26]]

**Responses and Replies**
1:15-cv-00382-HSO-JCG
Handshoe v. Perret et al

JCG,NO_CMC

## U.S. District Court

## Southern District of Mississippi

### Notice of Electronic Filing

The following transaction was entered on 9/19/2017 at 6:13 PM CDT and filed on 9/19/2017
**Case Name:** Handshoe v. Perret et al
**Case Number:** 1:15-cv-00382-HSO-JCG
**Filer:** Charles Leary
Vaughn Perret
**Document Number:** 161

**Docket Text:**
**MEMORANDUM in Support re [160] MOTION to Quash Service of Process and Notation of Default filed by Charles Leary, Vaughn Perret (Attachments: # (1) Sworn Declaration of Sophia Gruber, # (2) Envelope) (RLW)**

**1:15-cv-00382-HSO-JCG Notice has been electronically mailed to:**

Douglas Handshoe     earning04@gmail.com

Douglas J. Gunn     dgunn@watkinseager.com, bdford@watkinseager.com

Ellen Swennes Kennedy - PHV     ellen.kennedy@hoganlovells.com

G. Gerald Cruthird     picayunebarrister@cruthirdlaw.com, sandra07@bellsouth.net

Jason B. Purvis     jpurvis@purviscolaw.com, cpurvis@purviscolaw.com, kmason@purviscolaw.com

Jonathan P. Dyal     jdyal@balch.com, agroves@balch.com, bmarshall@balch.com

Lisa Bonanno - PHV     lisa.bonanno@hoganlovells.com

**1:15-cv-00382-HSO-JCG Notice has been delivered by other means to:**

Charles Leary
140 Trout Point Road
E. Kemptville, NS B 5A 5X9 Canada

Vaughn Perret(Terminated)

https://ecf.mssd.circ5.dcn/cgi-bin/Dispatch.pl?609733319438718     9/19/2017

140 Trout Point Road
E. Kemptville, NS B5A 5X9 Canada

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=9/19/2017] [FileNumber=4687480-0
] [ada9f8f9177c07b06e11fab24287dcdc9db6c5a6f0fe1543d4f1ff0fee37afc0f92
3cbb180b7a6a921bcc21bb8afe0af3d77a7f9bdd0b201cf91303ee3e5520c]]
**Document description:** Sworn Declaration of Sophia Gruber
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=9/19/2017] [FileNumber=4687480-1
] [70ffebd3d1efef7e29ef8c78785e2d4956802f90b7b4d9095a16582e73f3c56c942
d24e75cbfae5148e08959ce5a3d7fa2e2ce534cc7bea92a91e1a572572713]]
**Document description:** Envelope
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=9/19/2017] [FileNumber=4687480-2
] [281148557de7fb719cfc5a7ce75f5862acb0a3236a16 d0a03b0fa8264ad3d0595af
208eb96a05a0b43115f3a8bae54550e5c509634b431c73aadfcf738ba6c23]]