




Clerk of Court
United States District Court for the
Southern District of Mississippi, Southern Division
Dan M. Russell, Jr. U. S. Courthouse
2012 15th Street, Suite 403
Gulfport, MS 39501

RECEIVED OCT 10 2017 CLERK, U.S. DISTRICT COURT SOUTHERN DIST. OF MISS.

140 Trout Point Road
E. Kemptville, Nova Scotia B5A 5X9
Canada

PITNEY BOWES
$ 001.81⁰
02 1P
0004720983 OCT 05 2017
MAILED FROM ZIP CODE 70118

PRIORITY MAIL ★ TRACKED ★ INSURED
UNITED STATES POSTAL SERVICE®
For Domestic Use Only
Label 107R, July 2013

USPS TRACKING #
9114 9014 9645 1403 6838 53
Label 400, Jan. 2013
7690-16-000-7948