

Foodvacation Canada <foodvacation@gmail.com>

### Re: [0-8275000002866] New YouTube Copyright Complaint Submission

**YouTube** <copyright@youtube.com>  
To: foodvacation@gmail.com

Tue, Feb 18, 2014 at 7:44 PM



Hi foodvacation@gmail.com,

Thank you for your notification. It appears you have made a claim on behalf of a corporation, but have not written from a corporate email address. In order to prevent fraud, we need to ask you for more information.

Please help us verify that you are affiliated with the corporate entity listed as the copyright owner in your notice. For example, you may forward this message to your corporate email address and then re-forward to copyright@youtube.com, preserving the ticket number in the subject line. Alternatively, you may wish to provide a publicly listed telephone number for your company on which we may contact you directly. If neither of these options is applicable to you, please provide an explanation.

Please understand that the content will remain live on the site until we have received this verification and that abuse of the copyright notification process will result in the termination of your YouTube account. Under DMCA Section 512(f), any person who knowingly materially misrepresents that material or activity is infringing may be liable for damages.

- The YouTube Team  
Here is the information you filled in:  
Copyright Owner Name (Company Name if applicable): Trout Point Lodge, Limited  
Your Full Legal Name (Aliases, usernames or initials not accepted): Charles Leary  
Your Title or Job Position (What is your authority to make this complaint?): Director  
Address:  
189 Trout Point Road  
East Kemptville, Nova Scotia B5A5X9  
CA  
Username: foodvacation@gmail.com  
Email Address: foodvacation@gmail.com  
Phone: 902-761-2142  
URL of allegedly infringing video to be removed: http://www.youtube.com/watch?v=M_pc4bjaLno  
Describe the work allegedly infringed: My company, organisation or client's artwork  
* Title of artwork: Charles Leary & Vaughn Perret with dog  
* Type of artwork: Photo  
* Where does the content appear? Time stamps: 2:34 to 2:39  
Country where copyright applies: CA

I, in good faith, state that:
* I am the owner or an agent authorised to act on behalf of the owner of an exclusive right that has allegedly been infringed.
* I have a good faith belief that the use of the material in the manner reported by complaint is not authorised by the copyright owner, its agent or the law; and
* This notification is accurate.
* I acknowledge that there may be adverse legal consequences for making false or bad-faith allegations of copyright infringement by using this process.
* I understand that abuse of this tool will result in termination of my YouTube account.
Authorised Signature: Charles Leary

Help centre • Email options • Report spam

©2014 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066