



RECEIVED

OCT 10 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DIST. OF MISS.

Clerk of Court:
United States District Court for the
Southern District of Mississippi, Southern Division
Dan M. Russell, Jr. U. S. Courthouse
2012 15th Street, Suite 403
Gulfport, MS 39501

PRIORITY MAIL

TRACKED
INSURED

UNITED STATES
POSTAL SERVICE®

For Domestic Use Only

Label 107R, July 2013

PITNEY BOWES
$ 001.81⁰
02 1P
0004720988  OCT 05 2017
MAILED FROM ZIP CODE 70118
UNITED STATES POSTAGE

140 Trout Point Road
E. Kempville, Nova Scotia B5A 5X9
Canada



Label 400 JAN. 2013
7690-16-000-7948

UNITED STATES
POSTAL SERVICE®

USPS TRACKING #

9114 9014 9645 1403 6838 53