

CR. CHARLES LEAZY

CLERK OF COURT
U.S. DISTRICT COURT SOUTHERN DISTRICT OF MISSISSIPPI
DAN M. RUSSELL, JR. U.S. COURTHOUSE
2012 15TH STREET, SUITE 403
GULFPORT, MS 39501