146 Trout Point Rd.
E. Kemptville, Nova Scotia  B5A 5X9
Canada

RECEIVED
OCT 13 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

Clerk of Court
United States District Court for the
Southern District of Mississippi, Southern Division
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 403
Gulfport, MS 39501

39501-203603