IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOUGLAS HANDSHOE                                                                                    PLAINTIFF

V.                                                              CASE NUMBER 1:15-cv-382-HSO-JCG

VAUGHN PERRET, CHARLES LEARY & DANIEL ABEL
D/B/A TROUT POINT LODGE LTD OF NOVA SCOTIA
& IN THEIR INDIVIDUAL CAPACITIES PROGRESS MEDIA
GROUP LIMITED, MARILYN SMULDERS                                              DEFENDANTS

## CLERK'S ENTRY OF DEFAULT

PURSUANT TO Rule 55 (a) of the Federal Rules of Civil Procedure, I hereby certify that defendant Trout Point Lodge Ltd. is in default for its failure to plead or otherwise defend against the Complaint in the above-captioned action as reflected in the records of this office.

SO ENTERED this the 13th day of October, 2017.

**ARTHUR JOHNSTON, CLERK**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI



By: _____,Clerk