

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOUGLAS HANDSHOE                                           PLAINTIFF

VS.                                           CIVIL ACTION NO. 1:15cv382HSO-JCG

VAUGHN PERRET, CHARLES LEARY &
DANIEL ABEL, D/B/A TROUT
POINT LODGE LTD OF NOVA SCOTIA
& IN THEIR INDIVIDUAL CAPACITIES
PROGRESS MEDIA GROUP LIMITED,
MARILYN SMULDERS, TORSTAR
CORPORATION, NATIONAL
GEOGRAPHIC SOCIETY, XYZ
FOUNDATION & JOHN DOES 1-50                                DEFENDANTS

---

**DEFENDANT CHARLES LEARY'S**
***PRO SE* MOTION TO FOR JUDGMENT ON THE PLEADING OR**
**IN THE ALTERNATIVE SUMMARY JUDGMENT**

---

COMES NOW Defendant **Charles Leary**, appearing *pro se*, and files this his Motion to for judgment on the pleadings (Fed.R.Civ.P. 12(c)), or in the alternative for summary judgment (Fed.R.Civ.P. 56), and would show that Count Five of the Plaintiff's Third Amended Complaint, items referenced therein, and documents of which this Court may take judicial notice, show that the Third Amended Complaint fails to state a valid claim for relief. In the alternative, Defendant Leary submits his declaration regarding his subjective good faith belief at the time he submitted a copyright complaint form to YouTube, and asks this Court for summary judgment in his favor.

Defendant Leary respectfully also moves this Court for such general relief as the Court deems appropriate in the premises.

RESPECTFULLY SUBMITTED, this the \_\_\_\_ day of October, 2017.

                                                                   CHARLES LEARY, DEFENDANT

                                                                   appearing *pro se*

140 Trout Point Road
E. Kemptville, NS B5A 5X9 Canada
(902) 482-8360
foodvacation@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 9, 2017, I caused a true and correct copy of the above and foregoing to be filed utilizing the Court's CM/ECF electronic document filing system, which caused notice of such filing to be delivered to all counsel of record and parties requesting notice, and by United States First Class Mail, postage prepaid, to the following non-ECF participants having appeared in this action:

[none]

_____
Charles L. Leary