Government of Canada / Gouvernement du Canada

Home → Canadian Copyrights Database

# Canadian Copyright Register

▶ Third-Party Information Liability Disclaimer

The links on the text provide access to the help file.

**Title:**
Charles L. Leary & Vaughan J. Perret with dog

**Type:**
Copyright

**Registration Number:**
1106087

**Status:**
Registered

**Registered:**
2013-07-08

**Category of Work:**
Artistic

**Date Published:**
2012-02-02

**Country Published:**
Canada

**Interested Parties:**

**Owner:**

**Company Name:**
Trout Point Lodge, Limited
**Original Address:**
P.O. Box 456 Kemptville
Nova Scotia B0W 1Y0
Canada
**Current Address:**
Same as original address.

**Author:**

**Person Name**

Ex. A

Crowell Kara

**Original Address:**

**Current Address:**

Same as original address.

Back to Search | Back to Results

**Last updated on:**
2017-04-04

- Trademarks
- Patents
- Copyright
- Industrial designs
- For agents
- For business
- What is intellectual property?
- Payments and fees