

About   Press   Copyright   Safety   Creators   Advertise   Developers   Help

**COPYRIGHT CENTER**

**Tools for content owners**

Copyright infringement notifications

Counter-notifications

Retractions

Content ID disputes

**Copyright troubleshooting**

Determine what happened to your video

Copyright Strike Basics

How Content ID Works

Features requiring good copyright standing

Check your Account Status

**Copyright education**

What is copyright?

What is fair use?

Creative commons

Copyright FAQ

## Copyright Infringement Notification Basics

If you believe your copyright-protected work was posted on YouTube without authorization, you may submit a copyright infringement notification. These requests should only be submitted by the copyright owner or an agent authorized to act on the owner's behalf.

**The fastest and easiest way to notify YouTube of alleged copyright infringement is via our webform:**

[ Submit a copyright complaint ]

If you choose to request removal of content by submitting an infringement notification, please remember that you are initiating a legal process. **Do not make false claims.** Misuse of this process may result in the suspension of your account or other legal consequences.

If you are a company and own exclusive rights to a large amount of content that requires regular online rights administration, you may want to apply for access to YouTube's Content ID system or to our Content Verification Program.

We will also accept free-form copyright infringement notifications, submitted by email, fax and mail.

  Language: English

About   Press   Copyright   Creators   Advertise   Developers   Help
Terms   Policy and Safety   Privacy   Try something new!

Ex. B

CA    Search    17

## Copyright Infringement Notification

**What is the issue?**

- ○ Inappropriate content (Nudity, violence, etc.)
- ○ I appear in this video without permission
- ○ Abuse/Harassment (Someone is attacking me)
- ○ Privacy (Someone is using my image)
- ○ Trademark infringement (Someone is using my trademark)
- ● Copyright infringement (Someone copied my creation)
- ○ Other legal issue (including the circumvention of technological measures, such as providing keygens or serial numbers)

**Copyright infringement - Who is affected?**

- ○ I am!
- ● My company, organization, or client
- ○ Another copyright owner

**Videos to be removed**

- URL of allegedly infringing video to be removed:

Describe the work allegedly infringed:
- Please select one:

+ Add another video

To submit a copyright infringement notification, please complete the following required fields.

**Tell us about yourself**

- Copyright Owner Name (Company Name):
The copyright owner name will be published on YouTube in place of disabled content. This will become part of the public record of your request, along with your description(s) of the work(s) allegedly infringed. All other information, including your full legal name and email address, are part of the full takedown notice, which may be provided to the uploader.

- Your Title or Job Position (What is your authority to make this complaint?):

Primary Email Address: *foodvacation@gmail.com*

Secondary Email Address:

We may email you about your takedown request if additional information is required. You may wish to provide an alternative email address where we can reach you, for example, if you don't frequently check the email address associated with your account.

- Your Full Legal Name (A first and a last name, not a company name):

- Street Address:

- City:

- State/Province:
- ZIP/Postal Code:

- Country: Canada

- Phone:
- Fax:

**By checking the following boxes, I, in good faith, state that:**

- ☐ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- ☐ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- ☐ This notification is accurate.
- ☐ I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
- ☐ I understand that abuse of this tool will result in termination of my YouTube account.

Typing your full name in this box will act as your digital signature.

[Submit Complaint]