

Foodvacation Canada <foodvacation@gmail.com>

### Re: [1-9100000004085] New Copyright Counter-Notification

**copyright@youtube.com** <copyright@youtube.com>  
To: foodvacation Canada <foodvacation@gmail.com>

Wed, Aug 6, 2014 at 2:45 PM

Hello,

This content has been blocked and is no longer viewable in Canada. It remains live in all other locations unless restricted by the uploader.

Regards,

The YouTube Copyright Team

[Quoted text hidden]
> [Quoted text hidden]
> --

Ex. C