

Foodvacation Canada <foodvacation@gmail.com>

## Re: [1-9100000004085] New Copyright Counter-Notification

**YouTube** <copyright@youtube.com>　　　　　　　　　　　Mon, Jul 14, 2014 at 5:47 PM
To: foodvacation@gmail.com



We have received the attached counter-notification in response to a complaint that you filed with us.

We are providing you with the counter notification and will await your notice (in no more than 10 business days) to confirm that you have filed an action seeking a court order to restrain the counter notifier's allegedly infringing activity. Such notice should be submitted by replying to this email. If we do not receive notice from you, we may reinstate the material to YouTube.

If you have already provided YouTube with evidence of a court action in response to a previous counter notification for this URL, there is no need for you to respond again.

If you have any questions, please contact ukcopyright@youtube.com.

Counter-Notification as follows:
Videos included in counter-notification:
http://www.youtube.com/watch?v=M_pc4bjaLno
Display name of uploader: Doug Handshoe
I swear, under penalty of perjury, that I have a good-faith belief that the material was removed due to a mistake or misidentification of the material to be removed or disabled.
I consent to the jurisdiction of the Federal District Court for the district in which my address is located or, if my address is outside the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.
Douglas Handshoe
110 Hall Street
Wiggins, MS 39577
dkhcpa@gmail.com
6019285380

Help centre • Email options • Report spam

©2014 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066

Ex. D