Search   



This content is not available on this country domain due to a legal complaint by Trout Point Lodge, Limited.

## Slabbed: No Fear Journalism

437 views

👍 1   👎 0   ≡+   ...

**Doug Handshoe**
Published on May 6, 2013

**SUBSCRIBE**

| Category | **News & Politics** |
| License | **Standard YouTube License** |

Comments are disabled for this video.

Ex. E

2017-10-09, 9:57 am