

# Slabbed
Alternative New Media for the Gulf South

## Other Voices | Tom Callaghan: Making Love to Madame – A Tall Story in Paris

Douglas Handshoe
October 4, 2017
Tom Callaghan
Tom Callaghan

Posted on September 26, 2017

First, it didn't happen. Or, it probably didn't happen. When dealing with Madame, one doesn't know for sure. You see, Madame has this ability to make you wonder if you (meaning me)…or, in this case, I am all here or all there.

Slabbed ISSN 2572-1437 is the copyrighted property of Slabbed New Media, LLC 2007-2017. All rights except those granted under the below Creative Commons Attribution-NonCommercial-NoDerivatives 4.0 International License reserved.

Search ...

Ex. F