

Foodvacation Canada <foodvacation@gmail.com>

### Handshoe v Perret et al - Rule 16 Order and Disclosures

**Douglas Handshoe** <earning04@gmail.com>  Fri, Oct 6, 2017 at 3:53 PM
To: foodvacation@gmail.com

Mr. Leary:

In furtherance of the Court's order of 9/21/17 please be advised that I do not anticipate the need to submit a privilege log in this matter as the evidence is undisputed in the DMCA notice you sent to YouTube thus the issues to be decided are strictly a matter of law. The only third party I can think of which would have discoverable information would be YouTube.

I intend to seek nominal damages as well as compensatory damages in the amount of $180,000.

Attached herewith is a PDF format case management order that must be submitted to the court. I filled in several of the data fields to get this process started. I am open to any changes you may make within reason.

Sincerely

Doug Handshoe

Slabbed New Media LLC

Post Office Box 788

Wiggins, MS 39577-0788

Phone: (228) 284-0004

Fax: (601) 928-5129

www.slabbed.org

---

📄 **15cv382_Form1_CMO_2-1-2015.pdf**
2862K

Ex. A