## Profile

🖨 ▶ Printer Version

▸ Profile Info    ▸ People Info    ▸ Activites Info    ▸ Related Reg's Info

**PROFILE** - GOOGLE CANADA CORPORATION - as of: 2017-10-09 11:18 AM

| Business/Organization Name: | GOOGLE CANADA CORPORATION |
|---|---|
| Registry ID: | 3295267 |
| Type: | N.S. Unlimited Liability |
| Nature of Business: | |
| Status: | Active |
| Jurisdiction: | Nova Scotia |
| Registered Office: | SUITE 900, 1959 UPPER WATER STREET, PO BOX 997<br>HALIFAX NS Canada B3J 2X2 |
| Mailing Address: | SUITE 900, 1959 UPPER WATER STREET, PO BOX 997<br><br>HALIFAX NS Canada B3J 2X2 |

## PEOPLE

| Name | Position | Civic Address | Mailing Address |
|---|---|---|---|
| KENNETH YI | Director | 1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW CA 94043 | |
| ROBERT ANDREATTA | Director | 1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW CA 94043 | |
| KENNETH YI | PRESIDENT AND SECRETARY | 1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW CA 94043 | |

Ex. B

| CHARLES S. REAGH | Recognized Agent | SUITE 900, 1959 UPPER WATER STREET, PO BOX 997<br>HALIFAX NS B3J 2X2 | SUITE 900, 1959 UPPER WATER STREET, PO BOX 997<br>HALIFAX NS B3J 2X2 |

## ACTIVITIES

| Activity | Date |
| --- | --- |
| Annual Renewal | 2017-02-03 |
| Annual Statement Filed | 2017-01-31 |
| Change of Directors | 2016-08-05 |
| Change of Directors | 2016-02-17 |
| Effective Date of Amalgamation | 2016-01-01 |
| Appoint an Agent | 2015-12-23 |
| Date of Filing Amalgamation | 2015-12-23 |
| Address Change | 2015-12-23 |
| Change of Directors | 2015-12-23 |

Show All   Collapse

## RELATED REGISTRATIONS

| This Company ... | |
| --- | --- |
| GOOGLE CANADA CORPORATION | Amalgamated From |
| BUFFERBOX INC. | Amalgamated From |
| GRIDCENTRIC INC. | Amalgamated From |