



United States District Court
Dan M. Russell, Jr., United States Courthouse
2012 15th Street, Suite 403
Gulfport, MS 39501

140 Trout Point Rd.
E. Kemptville,
Nova Scotia,
Canada