IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



DOUGLAS HANDSHOE

v.  CIVIL ACTION NO. 1:15cv382-HSO-JCG

VAUGHN PERRET, CHARLES LEARY &
DANIEL ABEL, D/B/A/ TROUT POINT
LODGE LTD OF NOVA SCOTIA & IN
THEIR INDIVIIDUAL CAPACITIES
PROGRESS MEDIA GROUP LIMITED,
MARILYN SMULDERS, & ASHOKA

## MOTION TO STRIKE

Plaintiff Douglas Handshoe respectfully moves, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, to strike Defendant's Rebuttal to Plaintiff's Response in Opposition to Motion for Judicial Notice (ECF No. 170) and accompanying exhibits (170-1 and 170-2) as discussed more fully in the accompanying Memorandum of Law in support thereof because the Defendant's filing contains immaterial, impertinent, or scandalous matter.

In further Support of this Motion, attached as Exhibit 1 is the Affidavit of Sheila S. Cruthird, a nonparty to this action whose privacy was violated by the Defendant.

For all of the reasons detailed in the contemporaneously filed memorandum in support, Plaintiff prays this Court orders the rebuttal and accompanying exhibits struck from the Court record.

                                Respectfully submitted this 27th day of October, 2017,

                                _____

Plaintiff
Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com

## CERTIFICATE OF SERVICE

I, Douglas Handshoe, hereby certify that on October 27, 2017 the foregoing was sent for electronically filing by me via the Clerk of the Court using the ECF system which sent notification to all counsel of record upon filing by the Clerk.

I, Douglas Handshoe, hereby certify that on October 27, 2017, I mailed the foregoing to Charles Leary at 140 Trout Point Road, E. Kemptville, NS B5A 5X9 Canada.

Respectfully submitted this 27th day of October, 2017,

_____
Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com