Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

AFFIDAVIT OF SHEILA S. CRUTHIRD

STATE OF TEXAS
COUNTY OF Travis

BEFORE ME, the undersigned Notary Public, in and for the above County and State, personally appeared Sheila S. Cruthird, in her personal capacity and as a managing member of Douglas K. Handshoe, CPA PLLC who, being by me first duly sworn, stated the following:

1. My name is Sheila S. Cruthird. I am a full charge bookkeeper and payroll/human resources specialist and a managing member of Douglas K. Handshoe, CPA PLLC. I reside at 323 Vine Street, Wiggins, MS 39577.

2. I am over the age of 21 and have personal knowledge of the matters set forth herein.

3. I have been employed by Douglas K. Handshoe CPA PLLC and its predecessor as a full charge bookkeeper and payroll/human resources specialist for over 20 years.

4. I work primarily with small and medium size business owners and individuals providing bookkeeping services. I also perform a myriad of administrative tasks for the PLLC.

1

5. I have read a court document styled Defendant Charles Leary's Rebuttal to Defendant's Reply: Motion for Judicial Notice and to Limit Value of Plaintiff's Action Based on Fresh Admission, Waiver or Estoppel, Court document numbers 170, 170-1 and 170-2.

6. I noted on the bottom of pages two and three of document 170 that Mr. Leary discloses what he purports is my salary information. I am mentioned by name in Document 170-1, page 7.

7. My business relationships with Douglas K. Handshoe, CPA PLLC is a private matter between me and the business. We are not a party to this Court matter.

8. In May, 2017 Mr. Leary and his business partner Vaughn Perret tried to execute a judgment against Douglas Handshoe by seizing his ownership interest in the PLLC in direct violation of Mississippi Law.

9. Further affiant sayeth not.

_____
Sheila S. Cruthird

SWORN TO AND SUBSCRIBED before me, this the 27th day of October, 2017. _Abel G. Barraza_

Notary Public

My Commission Expires: Sep. 17 - 2021



ABEL G. BARRAZA
Notary ID #129562837
My Commission Expires
September 17, 2021