CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
2012 15TH STREET, SUITE 403
GULFPORT, MISSISSIPPI 39501

OFFICIAL BUSINESS

SOUTHERN DISTRICT
FILED
NOV - 6 2017
BY _____
ARTHUR JOHNSTON
DEP_____

:15-cv-00382-HSO-JCG Notice has been delivered by other means to:

Charles Leary
140 Trout Point Road
E. Kemptville, NS B 5A 5X9 Canada

7015 0640 0003 1348 8543

CERTIFIED MAIL

was to be register

no certify INS

RECEIVED
NOV 06 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

S81541.088
$6.77⁰
US POSTAGE
FIRST-CLASS
0625000898116
39501
stamps.com

S81541.087
$6.77⁰
US POSTAGE
FIRST-CLASS
0625000898116
39501
stamps.com



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Charles Leary
140 Trout Point Road
E. Kemptville, NS B 5A 5X9
Canada

9590 9402 2152 6193 1137 12

2. Article Number *(Transfer from service label)*

7015 0640 0003 1348 8543

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*        C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**Other Orders/Judgments**
1:15-cv-00382-HSO-JCG
Handshoe v. Perret et al

JCG,NO_CMC

### U.S. District Court

### Southern District of Mississippi

**Notice of Electronic Filing**

The following transaction was entered on 10/31/2017 at 3:50 PM CDT and filed on 10/31/2017
**Case Name:**        Handshoe v. Perret et al
**Case Number:**     1:15-cv-00382-HSO-JCG
**Filer:**
**Document Number:** 184

**Docket Text:**
**CASE MANAGEMENT ORDER: Deadline for filing notice of demand for jury trial on or before 11/7/2017. Disclosure due by 11/8/2017. Discovery due by 3/12/2018. Motions due by 3/26/2018. Settlement Conference set for 5/31/2018 at 9:30 AM before Magistrate Judge John C. Gargiulo. On or before 7/17/2018, the parties must report to the undersigned all ADR efforts taken. Pretrial Conference set for 7/24-26/2018 at 9:00 AM in Courtroom 706 (Gulfport) before District Judge Halil S. Ozerden. Bench Trial set for a three week trial calendar beginning on 8/6/2018 at 9:00 AM in Courtroom 706 (Gulfport) before District Judge Halil S. Ozerden. Proposed Pretrial Order due by 7/24/2018. EDT: 3 days. Parties do not consent. Signed by Magistrate Judge John C. Gargiulo on 10/31/2017 (AB)**

**1:15-cv-00382-HSO-JCG Notice has been electronically mailed to:**

Douglas Handshoe      earning04@gmail.com

**1:15-cv-00382-HSO-JCG Notice has been delivered by other means to:**

Charles Leary
140 Trout Point Road
E. Kemptville, NS B 5A 5X9 Canada

Vaughn Perret(Terminated)
140 Trout Point Road
E. Kemptville, NS B5A 5X9 Canada

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=10/31/2017] [FileNumber=4724341-0] [4d4f83f21b1805680058a2a65c10c5ee6827f02968cf24768b37298db8a602a81e 706885544b31e9443a52ab226abca551a96cc8089f50b0e334ec06c6622b4c]]

FORM 1 (ND/SD MISS. DEC. 2016)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**DOUGLAS HANDSHOE**                                                              **PLAINTIFF**

v.                                                          CIVIL ACTION
                                                            No. **1:15-cv-00382-HSO-JCG**

**CHARLES LEARY,** *et al.*                                                     **DEFENDANTS**

# CASE MANAGEMENT ORDER

This Order, including all deadlines, has been established with the participation of all parties and can be modified only by order of the Court on a showing of good cause supported with affidavits, other evidentiary materials, or reference to portions of the record.

**IT IS HEREBY ORDERED:**

1.  **ESTIMATED DAYS OF TRIAL:**                    3

    **ESTIMATED TOTAL NUMBER OF WITNESSES:**        5

    **EXPERT TESTIMONY EXPECTED:** No

2.  **ALTERNATIVE DISPUTE RESOLUTION [ADR].**

    At the time this Case Management Order is offered it does not appear that alternative dispute resolution techniques will be used in this civil action.

    Additional Information:

3.  **CONSENT TO TRIAL BY UNITED STATES MAGISTRATE JUDGE.**

    The parties do not consent to trial by a United States Magistrate Judge.

FORM 1 (ND/SD MISS. DEC. 2016)

## 4. DISCLOSURE.

The following additional disclosure is needed and is hereby ordered:

The parties will complete pre-discovery disclosures on or before November 8, 2017.

## 5. MOTIONS; ISSUE BIFURCATION.

Staged resolution, or bifurcation of the issues for trial in accordance with FED. R. CIV. P. 42 (b) will assist in the prompt resolution of this action. Accordingly, the Court orders that:

Early filing of the following motion(s) might significantly affect the scope of discovery or otherwise expedite the resolution of this action:

1.Motion for Judgment on the Pleadings and in the Alternative Summary Judgment (Leary)
2. Summary Judgment on Issue of Willful Violation of 11 U.S.C. 362(a) under 362(k) as well on Issue of Handshoe's copyright infringement and 17 U.S.C. 512(f) violations (Leary)

## 6. DISCOVERY PROVISIONS AND LIMITATIONS.

**A.**   Interrogatories are limited to  30    succinct questions.

**B.**   Requests for Production are limited to    30    succinct questions.

**C.**   Requests for Admissions are limited to    30    succinct questions.

**D.**   Depositions are limited to the parties, experts, and no more than

   5    fact witness depositions per party without additional approval of the Court.

FORM 1 (ND/SD MISS. DEC. 2016)

**E.** The parties have complied with the requirements of Local Rule 26(e)(2)(B) regarding discovery of electronically stored information and have concluded as follows [The parties MUST state whether or not there is ESI and, if so, how they propose to address it]:

In the event ESI arises, the parties will disclose via hard copy or .pdf format.

**F.** The court imposes the following further discovery provisions or limitations:

☐ 1. The parties have agreed that defendant may obtain a Fed. R. Civ. P. 35 (L.U.Civ.R. 35) medical examination of the plaintiff (within subpoena range of the court) by a physician who has not examined the plaintiff, and that defendant may arrange the examination without further order of the court.

☐ 2. Pursuant to Rule 502(d) of the Federal Rules of Evidence, the attorney-client privilege and the work-product protections are not waived by any disclosure connected within this litigation pending before this Court. Further, the disclosures are not waived in any other federal or state proceeding.

☐ 3. Plaintiff must execute an appropriate, HIPAA-compliant medical authorization.

☑ 4. The court desires to avoid the necessity of filing written discovery motions where court participation in an informal discussion of the issue might resolve it, even after the parties have been unsuccessful in a good faith attempt to do so. Consequently, before a party may serve any discovery motion, counsel must first confer in good faith as required by F.R. Civ. P. 37(a)(1). If the attorney conference does not resolve the dispute, counsel must contact the chambers of the magistrate judge to request a telephonic conference to discuss the issue as contemplated by F.R. Civ.P. 16(b)(3)(B)(v). Only if the telephonic conference with the judge is unsuccessful in resolving the issue may a party file a discovery motion

☐ 5. Other:

Additional Provisions:

Any parties that wish to file a notice of demand for jury trial must do so on or before November 7, 2017.

**7. SCHEDULING DEADLINES**

    **A. Trial.** This action is set for <u>NON-JURY TRIAL</u> during a <u>three-week</u> term of court

    beginning on: <u>August 6, 2018</u>, at <u>9:00</u>, <u>a.m.</u>, in <u>Gulfport</u>,

    Mississippi, before United States <u>District</u> Judge <u>Halil S. Ozerden</u>.

    ANY CONFLICTS WITH THIS TRIAL DATE MUST BE SUBMITTED IN WRITING TO THE TRIAL JUDGE IMMEDIATELY UPON RECEIPT OF THIS CASE MANAGEMENT ORDER.

    **B. Pretrial.** The pretrial conference is set on: <u>July 24-26, 2018</u>, at <u>9:00</u>, <u>a.m.</u>,

    in <u>Gulfport</u>, Mississippi, before United States <u>District</u>

    Judge <u>Halil S. Ozerden</u>.

    **C. Discovery.** All discovery must be completed by: <u>March 12, 2018</u>.

    **D. Amendments.** Motions for joinder of parties or amendments to the pleadings must be

    filed by: <u>N/A</u>.

    **E. Experts.** The parties' experts must be designated by the following dates:

        **1. Plaintiff(s):** <u>N/A</u>.

        **2. Defendant(s):** <u>N/A</u>.

FORM 1 (ND/SD MISS. DEC. 2016)

8. **MOTIONS.** All dispositive motions and *Daubert*-type motions challenging another party's expert must be filed by: March 26, 2018 _____ .The deadline for motions *in limine* is fourteen days before the pretrial conference; the deadline for responses is seven days before the pretrial conference.

9. **SETTLEMENT CONFERENCE.**

A SETTLEMENT CONFERENCE is set on: May 31, 2018 _____ , at 9:30 ____ , a.m. ____ in Gulfport _____ , Mississippi, before United States Magistrate _____ Judge John C. Gargiulo _____ .

Seven (7) days before the settlement conference, the parties must submit via e-mail to the magistrate judge's chambers an updated CONFIDENTIAL SETTLEMENT MEMORANDUM. All parties are required to be present at the conference unless excused by the Court. If a party believes the scheduled settlement conference would not be productive and should be cancelled, the party is directed to inform the Court via e-mail of the grounds for their belief at least seven (7) days prior to the conference.

10. **REPORT REGARDING ADR.** On or before (7 days before FPTC) July 17, 2018 _____ , the parties must report to the undersigned all ADR efforts they have undertaken to comply with the Local Rules or provide sufficient facts to support a finding of just cause for failure to comply. *See L.U.Civ.R.83.7(f)(3).*

**SO ORDERED:**

10/31/2017 _____          s/ John C. Gargiulo
DATE                         _____
                             UNITED STATES MAGISTRATE JUDGE