

**foodvacation Canada** <foodvacation@gmail.com>
to Richard ▾

attached

--------- For
From: Kara
Date: Thu,
Subject: ph
To: foodvac

lp

| | |
|---|---|
| from: | **foodvacation Canada** <foodvacation@gmail.com> |
| to: | "Brennan, Richard" <rbrennan@thestar.ca> |
| date: | Thu, Feb 2, 2012 at 12:08 PM |
| subject: | Fwd: photos |
| mailed-by: | gmail.com |

2/2/12



Ex. A