

Ex. C