2012
    Hfx. No.: 409679

Supreme Court of Nova Scotia

**BETWEEN:**

**TROUT POINT LODGE, LIMITED**, a Nova Scotia Limited Company, **VAUGHN PERRET**, and **CHARLES LEARY**;

PLAINTIFFS

- and -

**AUTOMATTIC, INC.**, a Delaware Corporation

DEFENDANT

## AFFIDAVIT

1. My name is Kara Crowell and I reside in East Kemptville, Nova Scotia.

2. I have personal knowledge of the evidence sworn to in this affidavit except where otherwise stated to be based on information and belief.

3. I state, in this affidavit, the source of any information that is not based on my own personal knowledge, and I state my belief of the source.

4. I am an employee of Trout Point Lodge and have worked for Trout Point Lodge for over ten (10) years.

5. In 2011, I did some Google searches for Trout Point Lodge. I did this of my own initiative as I was curious as to what I might find. I was not told by anyone to search Trout Point Lodge online.

6. When I searched Trout Point Lodge, what came up prominently in the search results were publications on a blog called "Slabbed" about my two bosses, Charles Leary and Vaughn Perret, and my employer, Trout Point Lodge.

7. The URL of the Slabbed blog that I read was slabbed.wordpress.com.

Ex. E

8. I looked at several of the blog posts, and they accused Trout Point Lodge of having something to do with a corruption scandal in Louisiana involving Jefferson Parish President, Aaron Broussard.

9. The Slabbed blog I read also accused Charles Leary of perjury in Nova Scotia Supreme Court and said that Trout Point Lodge was used for money laundering.

10. I know Aaron Broussard personally. As far as I know, he has never owned or operated Trout Point Lodge. I know Aaron Broussard because he used to own a vacation cottage in Yarmouth County, and Trout Point Lodge would sometimes handle the rental of that cottage for Mr. Broussard.

11. The Slabbed blog that I read online in 2011 was not at all reflective of what I knew about Trout Point Lodge and my two bosses, Vaughn Perret and Charles Leary. I found the blogs to be shocking and disturbing.

Affirmed to
~~SWORN~~ TO in Yarmouth in
the Province of Nova Scotia,
this 30 day of August, 2017
before me:

_____
A Barrister of the Supreme Court of Nova Scotia

Kara Crowell
KARA CROWELL

JOSEE L. DOUCETTE
A Commissioner of the Supreme
Court of Nova Scotia