140 TROUT POINT ROAD
E. KEMPTVILLE, NOVA SCOTIA
B5A 5X9
CANADA



SCREENED BY
U.S. MARSHAL

RECEIVED
NOV 13 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.



CLERK OF COURT
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION
DAN M. RUSSELL, JR COURTHOUSE
2012 15TH STREET, SUITE 403
GULFPORT, MS.   39501