IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DOUGLAS HANDSHOE**                                                                 **PLAINTIFF**

**v.**                                                   **CIVIL ACTION NO. 1:15cv382-HSO-JCG**

**VAUGHN PERRET, et al.**                                                          **DEFENDANTS**

**MOTION FOR ENTRY OF FINAL
JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)**

Ashoka, one of the Defendants herein, now dismissed, moves as follows:

1.    On September 19, 2017, the Court entered its Memorandum Opinion and Order granting Ashoka's Motion to Dismiss, and ordered that all of Plaintiff's claims against Ashoka be dismissed.

2.    Ashoka now seeks entry of a Final Judgment pursuant to Fed. R. Civ. P. 54(b). A form of a proposed Final Judgment is attached hereto as Exhibit "A."

3.    The proposed judgment attached hereto has been forwarded to Douglas Handshoe, Plaintiff, who has advised that he has no objection to entry of the same.

WHEREFORE, PREMISES CONSIDERED, Ashoka moves the Court for entry of a Final Judgment pursuant to Fed. R. Civ. P. 54(b).

This the 16th day of November, 2017.

                                                    Respectfully submitted,

                                                    /s/ Douglas J. Gunn
                                                    Douglas J. Gunn (MS Bar No. 5068)
                                                    WATKINS & EAGER PLLC
                                                    400 East Capitol Street
                                                    Jackson, MS 39201
                                                    Phone: (601) 965-1900
                                                    Facsimile: (601) 965-1901

                                                    *Attorneys for Ashoka*

**CERTIFICATE OF SERVICE**

I, the undersigned counsel, do hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record who have registered with the ECF system.

This is the 16th day of November, 2017.

/s/ Douglas J. Gunn