# EXHIBIT 2



140 Trout Point Road
E. Kemptville, Nova Scotia B5A 5X9
Canada

RECEIVED
SEP 18 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

Clerk of Court
United States District Court for the
Southern District of Mississippi, Southern Division
Dan M. Russell, Jr. U. S. Courthouse
2012 15th Street, Suite 403
Gulfport, MS 39501



140 Trout Point Road
E. Kemptville, Nova Scotia B5A 5X9
Canada

**RECEIVED**

SEP 18 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

Clerk of Court
United States District Court for the
Southern District of Mississippi, Southern Division
Dan M. Russell Jr. U. S. Courthouse
2012 15th Street, Suite 403
Gulfport, MS 39501



140 Trout Point Road
E. Kemptville, Nova Scotia B5A 5X9
Canada

RECEIVED
SEP 18 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

Clerk of Court
United States District Court for the
Southern District of Mississippi, Southern Division
Dan M. Russell, Jr. U. S. Courthouse
2012 15ᵗʰ Street, Suite 403
Gulfport, MS 39501

# FedEx

## Express

TRK# 7877 5342 6612
[201]

XH BIXA

TUE – 19 SEP 10:30A
PRIORITY OVERNIGHT

39501
MS–US
BFM

10 U.S DISTRICT COURT SOUTHERN
DISTRICT OF MS DAN M. RUSSELL
2012 15TH STREET
SUITE 403
GULFPORT MS 39501

ORIGIN ID:PGUN
CHARLES LERRY
2421 CLERWELL PKWY

earthsmart
FedEx carbon-neutral
envelope shipping

RECEIVED
SEP 19 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

Envelope

326

Align top of FedEx Express® shipping label here.





Charles Leary
2421 Clearview Pkwy
Metairie, LA 70001

## Motions
1:15-cv-00382-HSO-JCG
Handshoe v. Perret et al

JCG,NO_CMC

### U.S. District Court

### Southern District of Mississippi

**Notice of Electronic Filing**

The following transaction was entered on 9/19/2017 at 6:04 PM CDT and filed on 9/19/2017
| | |
|---|---|
| **Case Name:** | Handshoe v. Perret et al |
| **Case Number:** | 1:15-cv-00382-HSO-JCG |
| **Filer:** | Charles Leary |
| | Vaughn Perret |

**Document Number:** 158

**Docket Text:**
**MOTION for Judicial Notice and To Limit Value of Plaintiff's Action Based on Fresh Admission, Waiver by Charles Leary, Vaughn Perret (Attachments: # (1) Envelope) (RLW)**

**1:15-cv-00382-HSO-JCG Notice has been electronically mailed to:**

Douglas Handshoe      earning04@gmail.com

Douglas J. Gunn      dgunn@watkinseager.com, bdford@watkinseager.com

Ellen Swennes Kennedy - PHV      ellen.kennedy@hoganlovells.com

G. Gerald Cruthird      picayunebarrister@cruthirdlaw.com, sandra07@bellsouth.net

Jason B. Purvis      jpurvis@purviscolaw.com, cpurvis@purviscolaw.com, kmason@purviscolaw.com

Jonathan P. Dyal      jdyal@balch.com, agroves@balch.com, bmarshall@balch.com

Lisa Bonanno - PHV      lisa.bonanno@hoganlovells.com

**1:15-cv-00382-HSO-JCG Notice has been delivered by other means to:**

Charles Leary
140 Trout Point Road
E. Kemptville, NS B 5A 5X9 Canada

Vaughn Perret(Terminated)

140 Trout Point Road
E. Kemptville, NS B5A 5X9 Canada

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=9/19/2017] [FileNumber=4687465-0
] [3d4909c124df6a1bae874acad8f0d6d651276f82d16e6b4ff6b7cbdabc7f7286d56
b8395097098ebb71debd86cad7fb45e331b4d427ba4f4bc47d9079e93b14f]]
**Document description:**Envelope
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=9/19/2017] [FileNumber=4687465-1
] [9a8e4123ca945be63a6d6855dff34f8e59f7595020f316ea853be0b26dae5cb9125
e6814520e71073a5863d02c4211e2b01d2ba6106d2c1a9fbaa18b19c1d860]]

## Responses and Replies
1:15-cv-00382-HSO-JCG
Handshoe v. Perret et al

JCG,NO_CMC

### U.S. District Court

### Southern District of Mississippi

## Notice of Electronic Filing

The following transaction was entered on 9/19/2017 at 6:08 PM CDT and filed on 9/19/2017

| | |
|---|---|
| **Case Name:** | Handshoe v. Perret et al |
| **Case Number:** | 1:15-cv-00382-HSO-JCG |
| **Filer:** | Charles Leary |
| | Vaughn Perret |

**Document Number:** 159

**Docket Text:**
**MEMORANDUM in Support re [158] MOTION for Judicial Notice and To Limit Value of Plaintiff's Action Based on Fresh Admission, Waiver filed by Charles Leary, Vaughn Perret (Attachments: # (1) Exhibit A - Amended Complaint and Summons, # (2) Exhibit B - Request for Execution, # (3) Exhibit C - Motion to Quash Writ of Execution, # (4) Envelope) (RLW)**

**1:15-cv-00382-HSO-JCG Notice has been electronically mailed to:**

Douglas Handshoe     earning04@gmail.com

Douglas J. Gunn     dgunn@watkinseager.com, bdford@watkinseager.com

Ellen Swennes Kennedy - PHV     ellen.kennedy@hoganlovells.com

G. Gerald Cruthird     picayunebarrister@cruthirdlaw.com, sandra07@bellsouth.net

Jason B. Purvis     jpurvis@purviscolaw.com, cpurvis@purviscolaw.com, kmason@purviscolaw.com

Jonathan P. Dyal     jdyal@balch.com, agroves@balch.com, bmarshall@balch.com

Lisa Bonanno - PHV     lisa.bonanno@hoganlovells.com

**1:15-cv-00382-HSO-JCG Notice has been delivered by other means to:**

Charles Leary
140 Trout Point Road
E. Kemptville, NS B 5A 5X9 Canada

Vaughn Perret(Terminated)
140 Trout Point Road
E. Kemptville, NS B5A 5X9 Canada

The following document(s) are associated with this transaction:

**Document description:Main Document**
**Original filename:n/a**
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=9/19/2017] [FileNumber=4687471-0
] [a6f20a29df81cf5bc4f7285b735c05c92831966465fb3cc10d147aa2eead793e2c6
362265e9aae33ae5536c5d9b6feb25aa5def330cbffeb7d07a666dfd31ace]]
**Document description:Exhibit A - Amended Complaint and Summons**
**Original filename:n/a**
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=9/19/2017] [FileNumber=4687471-1
] [847640d9477bb433611158be48bc014cd662a4531a5ef4a4ad422467391633cc148d
721cda798f591f6a54ef46e210f06508e2d577ebe2ae63ba13ec59fc10934]]
**Document description:Exhibit B - Request for Execution**
**Original filename:n/a**
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=9/19/2017] [FileNumber=4687471-2
] [3a079ff56e6e354f3ae8c63abe8ef49e4d74d86e49093a18c782036be32f54d9e3b
5221ae36e74bfc27ecde60bf95bd337dca03d9e8af0e16cfc647a99a8ddbf]]
**Document description:Exhibit C - Motion to Quash Writ of Execution**
**Original filename:n/a**
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=9/19/2017] [FileNumber=4687471-3
] [9d7a5c4dc1686c9985d2a29cd6486ea4c5082e578792313e83c7e45c70f09c6adbb
fb30479e2c57fbcee2f9cee675d11c43b738c4345c8a0639daddba03298b4]]
**Document description:Envelope**
**Original filename:n/a**
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=9/19/2017] [FileNumber=4687471-4
] [115fc72a05a92f25084381e6f8855294884431b9e1f29da1aca03b619ca24ad27ef
97c26b8722a7ea6fe131fed3343d279905ec9a12ae62ce7b501280f806bda]]

**Motions**
1:15-cv-00382-HSO-JCG
Handshoe v. Perret et al

JCG,NO_CMC

## U.S. District Court

### Southern District of Mississippi

**Notice of Electronic Filing**

The following transaction was entered on 9/19/2017 at 6:10 PM CDT and filed on 9/19/2017

| | |
|---|---|
| **Case Name:** | Handshoe v. Perret et al |
| **Case Number:** | 1:15-cv-00382-HSO-JCG |
| **Filer:** | Charles Leary |
| | Vaughn Perret |

**Document Number:** 160

**Docket Text:**
**MOTION to Quash Service of Process and Notation of Default by Charles Leary, Vaughn Perret (Attachments: # (1) Envelope) (RLW)**

**1:15-cv-00382-HSO-JCG Notice has been electronically mailed to:**

Douglas Handshoe      earning04@gmail.com

Douglas J. Gunn      dgunn@watkinseager.com, bdford@watkinseager.com

Ellen Swennes Kennedy - PHV      ellen.kennedy@hoganlovells.com

G. Gerald Cruthird      picayunebarrister@cruthirdlaw.com, sandra07@bellsouth.net

Jason B. Purvis      jpurvis@purviscolaw.com, cpurvis@purviscolaw.com, kmason@purviscolaw.com

Jonathan P. Dyal      jdyal@balch.com, agroves@balch.com, bmarshall@balch.com

Lisa Bonanno - PHV      lisa.bonanno@hoganlovells.com

**1:15-cv-00382-HSO-JCG Notice has been delivered by other means to:**

Charles Leary
140 Trout Point Road
E. Kemptville, NS B 5A 5X9 Canada


Vaughn Perret(Terminated)
140 Trout Point Road

E. Kemptville, NS B5A 5X9 Canada

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=9/19/2017] [FileNumber=4687474-0
] [05957dce4eab2cb7038e4de441552f48e11969963aa8365b2d3b590f07ce5a18ae6
469528497ea85cfd54583708487e914eec9cd10a8966183d3ba514a71ecb6]]
**Document description:**Envelope
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=9/19/2017] [FileNumber=4687474-1
] [bef96f2beeb358dba9a162027359411bbd7b743567f3d7fe0997d6ef79ce2273963
d9688ec5b26da4ab4c05995fd6c989f5134d11bd3d9a00395ecf80ca69c26]]

# Responses and Replies
1:15-cv-00382-HSO-JCG
Handshoe v. Perret et al

JCG,NO_CMC

### U.S. District Court

### Southern District of Mississippi

**Notice of Electronic Filing**

The following transaction was entered on 9/19/2017 at 6:13 PM CDT and filed on 9/19/2017
**Case Name:**       Handshoe v. Perret et al
**Case Number:**     1:15-cv-00382-HSO-JCG
**Filer:**           Charles Leary
                     Vaughn Perret
**Document Number:** 161

**Docket Text:**
**MEMORANDUM in Support re [160] MOTION to Quash Service of Process and Notation
of Default filed by Charles Leary, Vaughn Perret (Attachments: # (1) Sworn Declaration
of Sophia Gruber, # (2) Envelope) (RLW)**


**1:15-cv-00382-HSO-JCG Notice has been electronically mailed to:**

Douglas Handshoe     earning04@gmail.com

Douglas J. Gunn      dgunn@watkinseager.com, bdford@watkinseager.com

Ellen Swennes Kennedy - PHV     ellen.kennedy@hoganlovells.com

G. Gerald Cruthird     picayunebarrister@cruthirdlaw.com, sandra07@bellsouth.net

Jason B. Purvis     jpurvis@purviscolaw.com, cpurvis@purviscolaw.com, kmason@purviscolaw.com

Jonathan P. Dyal     jdyal@balch.com, agroves@balch.com, bmarshall@balch.com

Lisa Bonanno - PHV     lisa.bonanno@hoganlovells.com

**1:15-cv-00382-HSO-JCG Notice has been delivered by other means to:**

Charles Leary
140 Trout Point Road
E. Kemptville, NS B 5A 5X9 Canada


Vaughn Perret(Terminated)

140 Trout Point Road
E. Kemptville, NS B5A 5X9 Canada

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=9/19/2017] [FileNumber=4687480-0
] [ada9f8f9177c07b06e11fab24287dcdc9db6c5a6f0fe1543d4f1ff0fee37afc0f92
3cbb180b7a6a921bcc21bb8afe0af3d77a7f9bdd0b201cf91303ee3e5520c]]
**Document description:** Sworn Declaration of Sophia Gruber
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=9/19/2017] [FileNumber=4687480-1
] [70ffebd3d1efef7e29ef8c78785e2d4956802f90b7b4d9095a16582e73f3c56c942
d24e75cbfae5148e08959ce5a3d7fa2e2ce534cc7bea92a91e1a572572713]]
**Document description:**Envelope
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=9/19/2017] [FileNumber=4687480-2
] [281148557de7fb719cfc5a7ce75f5862acb0a3236a16 d0a03b0fa8264ad3d0595af
208eb96a05a0b43115f3a8bae54550e5c509634b431c73aadfcf738ba6c23]]





RECE...
OCT 16 2017
CLERK, U.S. ...
SOUTHERN DIS...

Clerk of Court
United States District Court for the
Southern District of Mississippi, Southern Division
Dan M. Russell, Jr. U. S. Courthouse
2012 15th Street, Suite 403
Gulfport, MS 39501



PRIORITY
★ MAIL ★

TRACKED
★ ★ ★
INSURED

UNITED STATES
POSTAL SERVICE®
For Domestic Use Only



140 Trout Point Road
E. Kemptville, Nova Scotia B5A 5X9
Canada

USPS TRACKING #

9114 9014 9645 1403 6838 53





RECEIVED

OCT 1 0 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DIST. OF MISS.

Clerk of Court
United States District Court for the
Southern District of Mississippi, Southern Division
Dan M. Russell, Jr. U. S. Courthouse
2012 15th Street, Suite 403
Gulfport, MS 39501



PRIORITY MAIL

TRACKED INSURED

UNITED STATES
POSTAL SERVICE

For Domestic Use Only

Label 107R, July 2013



140 Trout Point Road
E. Kemptville, Nova Scotia B5A 5X9
Canada

UNITED STATES
POSTAL SERVICE

USPS TRACKING #

9114 9014 9645 1403 6838 53



RECEIVED

OCT 11 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

CL.CHARLES LEARY

CLERK OF COURT
U.S. DISTRICT COURT SOUTHERN DISTRICT OF MISSISSIPPI
DAN M. RUSSELL, JR. U.S. COURTHOUSE
2012 15TH STREET, SUITE 403
GULFPORT, MS 39501

39501-203603



140 TROUT POINT ROAD
E. HEMPTVILLE, NOVA SCOTIA
B5A 5X9
CANADA



SCREENED BY
U.S. [...]

RECEIVED
NOV 13 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

CLERK OF COURT
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION
DAN M. RUSSELL, JR COURTHOUSE
2012 15TH STREET, SUITE 403
GULFPORT, MS. 39501

RECEIVED
OCT 13 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

NEW C BLACK HERITAGE 2000

14 FOREVER

Dorothy Height

146 Trout Point Rd.
E. Kemptville, Nova Scotia B5A 5X9
Canada

Clerk of Court
United States District Court for the
Southern District of Mississippi, Southern Division
Dan M. Russell, JR. U.S. Courthouse
2012 15th Street, Suite 403
Gulfport, MS 39501

39501-203603

PROVINCE OF NOVA SCOTIA
COUNTY OF YARMOUTH

**U.S. District Court for the Southern District of Mississippi, Case 1:15-cv-00382-HSO-JCG**

**Declaration of Charles L. Leary**

1. I am Charles L. Leary, a United States citizen currently resident in Nova Scotia. I reside at140 Trout Point Road, East Kemptville, Yarmouth County, Nova Scotia.
2. I received my M.A. and Ph.D. degrees from Cornell University. I am a director of Trout Point Lodge, Limited, and was formerly the Secretary of Trout Point Lodge, Limited, including during 2014.
3. In 2013, Vaughn Perret, Trout Point Lodge, and I filed a lawsuit for copyright infringement against Douglas Handshoe in Nova Scotia Supreme Court. As Mr. Handshoe continued to publish false and injurious words about us while he was participating in the court proceeding, we later amended the lawsuit to include counts of defamation. During the court proceeding, Handshoe published allegations about us that included false criminal allegations.
4. Mr. Handshoe participated in quite a few conferences and motion hearings by telephone, after getting permission from the court. To my best recollection, after being told by the Nova Scotia court that he would have to be cross-examined on an affidavit he had filed, and after the defamation claims were added, Mr. Handshoe withdrew the affidavit, never participated in discovery, and filed a Demand for Notice in that proceeding, indicating he chose not to further defend but would be noticed on every event in the proceeding. He later filed a summary judgment motion, which was rejected by the Prothonotary for failing to follow a judge's instructions to be civil in pleadings.
5. In December, 2013, there was an evidentiary hearing on damages over two days at the Halifax Law Courts. Mr. Handshoe received timely notice of the hearing but did not attend. At that hearing, as part of sworn testimony, I played a Slabbed New Media YouTube video for Justice Kevin Coady.
6. On February 14, 2014, Nova Scotia Supreme Court rendered its decision in that case number 411345. Justice Coady's office simultaneously sent the decision to me and to Mr. Handshoe that day. The court found that Trout Point Lodge, Limited, owned copyright in a photograph depicting Vaughn Perret and I with our dog standing in front of Trout Point Lodge. I had registered the copyright in that photograph with Canada's Intellectual Property Office in 2013. Exhibit "A". The court also found Mr. Handshoe had infringed the copyright in that photograph.
7. Mr. Handshoe created the YouTube video I had shown in court and I believe he dowloaded the photo from the Toronto Star web site, which is against the Terms of Service of that web site. I am aware that Mr. Handshoe is the sole owner and publisher of Slabbed New Media. That video used the entirety of the photograph of Mr. Perret and I with our dog. That photograph had previously been published by the *Toronto Star*, with permission, and was published on the *Star's* web site, as part of an article about Mr. Handshoe's legal defeat in Nova Scotia Supreme Court in 2012.
8. While in East Kemptville, having received the decision of Justice Coady that Handshoe was infringing our copyrights the day before, on February 15, 2014, I did a Google search of YouTube's copyright page. There I found a page of instructions and then a fillable form for submitting a copyright complaint. Exhibit "B". The form did not identify that it was a form specified by the law of any specific country, and in fact required that I choose what country the

copyright was in. I located and played the Slabbed New Media YouTube video from Nova Scotia. I saw the Trout Point Lodge photo being used in the video. The form said: "If you believe your copyright-protected work was posted on YouTube without authorization, you may submit a copyright infringement notification." I clicked on the button for "submit a copyright complaint." I chose Canada as the country of the copyright in issue. I was acting solely as an officer of Trout Point Lodge in submitting the form.

9. I had previously researched copyright law in both the United States and Canada. That is because I represented myself and Trout Point Lodge *pro se* in the Nova Scotia Supreme Court proceeding. I had a good faith belief Handshoe was responsible for copyright infringement, which is why I filed suit against him for copyright infringement. Mr. Handshoe appeared in that proceeding and defended.

10. As the company's former officer, I am aware that Mr. Handshoe had no permission whatsoever from Trout Point Lodge to use, reproduce, or publish the photograph of Mr. Perret and me with our dog. That picture was taken by a Trout Point Lodge employee Kara Crowell in the normal course of her employment with the Lodge.

11. I took into consideration my layman's understanding of fair use and fair dealing when I filled out the YouTube form on February 15. In particular I remember being aware that if the use is commercial, fair use is highly unlikely. I thought the use was commercial, and so did the Supreme Court of Nova Scotia. I also remember reading cases where the use of the entirety of a creative work made it not fair use or fair dealing. For those reasons, I did not think and still do not think the YouTube video encompassed fair use of the photograph. Handshoe used all of the photograph in the video, and it was clearly visible in the video for a sustained period of time.

12. I also took into account that day that Handshoe had appeared in the Nova Scotia court case, but then just dropped out and never defended against the charges of copyright infringement, even though Canadian law has affirmative defences known as fair dealing. I believed these were very similar to fair use defences in United States law. The fact that Handshoe actually chose not to defend and to use these affirmative defenes made me think he knew he was infringing, including when he posted the YouTube video but also on the Slabbed web site.

13. In addition, I certainly remember knowing on February 15 that we now had a final judgment for copyright infringement against Handshoe. This gave me a very strong good faith belief that the use of the photograph was infringing Trout Point Lodge's copyright when I filled out and sent the YouTube form.

14. In no way did I ask YouTube that the video be removed or disabled by filling out and sending the form. The form referred to "removal of content" and not removal of a whole video. There was no way to attach documents to the form. In addition, the YouTube form asked exactly when, by time stamps, the infringing photograph appeared. I filled in the appropriate times. In good faith I thought the infringing material would be removed, not the whole video.

15. I then received an email from YouTube asking me for more information. I forwarded that email to the Trout Point Lodge email account, but I have no record that I can find of what happened immediately after that. Mr. Handshoe says that I sent YouTube a copy of an earlier court order from Nova Scotia Supreme Court enjoining Handshoe from publishing about me or Trout Point Lodge. That is very possible.

16. I know that the YouTube video is now disabled in Canada, but not in other countries. When I am in Canada, the video cannot be viewed on the Douglas Handshoe YouTube channel. See exhibit "C". When I travel to other countries, I can access the video.

17. I also know that in corresponding about a DMCA counter notification Handshoe sent to YouTube on or around July 14, 2014, YouTube told me on August 6, 2014 that the video was blocked in Canada only. YouTube said: "This content has been blocked and is no longer viewable in Canada. It remains live in all other locations unless restricted by the uploader." In

that counter notification Handshoe swore "under penalty of perjury, that I have a good-faith belief that the material was removed due to a mistake or misidentification of the material to be removed or disabled." Exhibit "D".

18. I did not intend on February 15, 2014, in filling out the YouTube form to invoke the Digital Millennium Copyright Act. I was in Canada complaining to YouTube about Canadian copyright after having received a judgment from a Canadian court of competent jurisdiction over copyright matters. It was not obvious to me, and in fact it was unapparent, that YouTube was having me fill out a DMCA notice. I believed YouTube would act under their own policies and Canadian law because I indicated Canada was the territory of jurisdiction. I believe that is what YouTube did by blocking the video in Canada.

19. I find it highly hypocritical that Mr. Handshoe has placed a copyright notification on the Slabbed web site, in yet feels free to take the intellectual property of others and us it in a commercial manner without permission, as well as to file counter notifications declaring that a removal of a third party's copyrighted material was in error. Exhibit "E", the Slabbed home page.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Octber 9, 2017_ (date).

_Charles L Lry_
Charles L. Leary (signature)

## CERTIFICATE OF SERVICE

I hereby certify that, on October 9, 2017, I caused a true and correct copy of the above and foregoing to be filed utilizing the Court's CM/ECF electronic document filing system, which caused notice of such filing to be delivered to all counsel of record and parties requesting notice, and by United States First Class Mail, postage prepaid, to the following non-ECF participants having appeared in this action:

[none]

Charles L. Leary






RECEIVED

OCT 16 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

140 Trout Point Road
E. Kemptville, Nova Scotia B5A 5X9
Canada

Clerk of Court
United States District Court for the
Southern District of Mississippi, Southern Division
Dan M. Russell, Jr. U. S. Courthouse
2012 15th Street, Suite 403
Gulfport, MS 39501



UNITED STATES POSTAGE
$ 001.820
02 1P    OCT 20 2017
0004720988
MAILED FROM ZIP CODE 70118

RECEIVED

OCT 23 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

United States District Court
Dan M. Russell, Jr., United States Courthouse
2012 15th Street, Suite 403
Gulfport, MS 39501

140 TROUT POINT Rd.
E. KEMPTVILLE,
NOVA SCOTIA,
CANADA