IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DOUGLAS HANDSHOE**

**v.**                                          **CIVIL ACTION NO. 1:15cv382-HSO-JCG**

**VAUGHN PERRET, et al.**

### RULE 54(b) JUDGMENT AS TO DEFENDANT ASHOKA

By Opinion and Order dated September 19, 2017, the Court dismissed the Defendant Ashoka as a party in the above action. There are other parties in this action whose claims are yet to be fully adjudicated.

Pursuant to Federal Rule of Civil Procedure 54(b), the Court makes the express determination that there is no just reason for delay for entry of final judgment as to the Defendant Ashoka. Accordingly, the Court enters final judgment as to the Defendant Ashoka.

This the 17th day of November, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

Douglas J. Gunn (MS Bar No. 5068)
WATKINS & EAGER PLLC
400 East Capitol Street
Jackson, MS 39201
Phone: (601) 965-1900
Facsimile: (601) 965-1901

*Attorneys for Ashoka*