

140 Trout Point Road
E. Kemptville, Nova Scotia B5A 5X9
Canada

**RECEIVED**
DEC 04 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

Clerk of Court
United States District Court for the
Southern District of Mississippi, Southern Division
Dan M. Russell, Jr. U. S. Courthouse
2012 15th Street, Suite 403
Gulfport, MS 39501