# EXHIBIT 2

STATE OF MISSISSIPPI )
)
COUNTY OF STONE )

**FILED**
**OCT 3 0 2017**
STONE COUNTY, MISS.
JEFFEREY L. NEAL, CIR. CLK.
BY W. Beny D.C.

## BILL OF SALE

FOR AND IN CONSIDERATION of the sum of One Hundred Dollars & No/Cents ($100.00) cash in hand paid at a Sheriff's Sale, pursuant to Notice dated October 11, 2017 from the undersigned Sheriff of Stone County, Mississippi for execution upon Judgment rendered for the benefit of Doug K. Handshoe against Trout Point Lodge, LTD., Vaughn Perret and Charles Leary in the United States District Court for the Southern Division, Civil Action Number 1:12-cv-90-LG-JMR enrolled in the office the Circuit Clerk of Stone County, Mississippi on May 17, 2017 in Miscellaneous Civil Action Number 12219, and further pursuant to Sections 13-3-131 and 13-3-135 of the Mississippi Code of 1972, as amended, I, MIKE FARMER, SHERIFF OF STONE COUNTY, MISSISSIPPI, in consideration of the above described One Hundred Dollars and No/Cents ($100.00), do hereby convey and sell unto DOUGLAS K. HANDSHOE the following described personal property, to-wit:

> Any and all interests belonging to Trout Point Lodge, Limited, Vaughn Perret and Charles Leary in the chose-in-action presently filed in the Circuit Court of Hancock and Stone Counties styled Trout Point Lodge, Limited, Vaughn Perret and Charles Leary v. Douglas K. Handshoe, Stone County Judgment Number 12161 and associated Civil Action number 15-0458 in the Circuit Court of Hancock County, Mississippi upon which the judgment is based.

WITNESS my signature, upon this the 30th day of October, A.D., 2017.

_____
MIKE FARMER, SHERIFF OF
STONE COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI )
)
COUNTY OF STONE )

PERSONALLY, appeared before me, the undersigned authority, in and for the said county and state, on this the 30th day of October, A.D., 2017, within my jurisdiction, the within named, MIKE FARMER, who acknowledged that he is the Sheriff of Stone County, Mississippi and that in said representative capacity, he executed the above and foregoing Bill of Sale, after first being duly authorized to do.

_____
NOTARY PUBLIC

My Commission Expires:
My Commission Expires: Jan. 4, 2020