

USPS Priority Mail Flat Rate envelope, Click-N-Ship label:

- Postage: $6.65, Flat Rate Env, Mailed from 39577, 12/08/2017
- Tracking #: 9405 8036 9930 0547 9846 65 0066 5000 0013 9501
- PRIORITY MAIL 2-DAY™, Expected Delivery Date: 12/11/17
- From: DOUGLAS HANDSHOE, DOUGLAS HANDSHOE, CPA, PO BOX 788, WIGGINS MS 39577-0788
- Ship To: HON. ARTHUR S. JOHNSON, UNITED STATES DISTRICT CLERK, 2012 15TH ST, STE 403, GULFPORT MS 39501-2036
- Electronic Rate Approved #038555749
- RECEIVED DEC 11 2017, CLERK, U.S. DISTRICT COURT, SOUTHERN DISTRICT OF MISS., C024