9114 9014 9645 1147 6384 47

UNITED STATES
POSTAL SERVICE®

USPS TRACKING #

Label 400   Jan. 2013
7690-16-000-7948

RECEIVED

DEC 14 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

140 Trout Point Road
East Kemptville, Nova Scotia
B5A 5X9, Canada








Clerk of Court
United States District Court
Dan M. Russell, Jr., United States Courthouse
2012 15th Street, Suite 403
Gulfport, MS 39501

PRIORITY
★ MAIL ★

UNITED STATES
POSTAL SERVICE®

For Domestic Use Only

TRACKED
★★★
INSURED
★

Label 107R, July 2013