140 Trout Point Road
East Kemptville, Nova Scotia
B5A 5X9, Canada



USPS TRACKING #
9114 9014 9645 1147 6384 47



RECEIVED
DEC 14 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

Clerk of Court
United States District Court
Dan M. Russell, Jr., United States Courthouse
2012 15th Street, Suite 403
Gulfport, MS 39501



PRIORITY MAIL
TRACKED INSURED
For Domestic Use Only
Label 107R, July 2013







