# Index of /wp-content/uploads/2013/04

| | Name | Last modified | Size | Description |
|---|---|---|---|---|
| | Parent Directory | | - | |
| | 5th-Circuit-Motion-Denied-150x150.jpg | 11-Sep-2015 21:05 | 3.4K | |
| | 5th-Circuit-Motion-Denied-232x300.jpg | 11-Sep-2015 21:05 | 7.7K | |
| | 5th-Circuit-Motion-Denied-794x1024.jpg | 11-Sep-2015 21:05 | 55K | |
| | 5th-Circuit-Motion-Denied.jpg | 11-Sep-2015 21:05 | 765K | |
| | 5th-Circuit-Order-Haik-Case-Sanctions-150x150.jpg | 11-Sep-2015 21:05 | 6.1K | |
| | 5th-Circuit-Order-Haik-Case-Sanctions-231x300.jpg | 11-Sep-2015 21:05 | 16K | |
| | 5th-Circuit-Order-Haik-Case-Sanctions-791x1024.jpg | 11-Sep-2015 21:05 | 113K | |
| | 5th-Circuit-Order-Haik-Case-Sanctions.jpg | 11-Sep-2015 21:05 | 201K | |
| | 5th-Circuit-Order-Haik-Case-Sanctions.pdf | 25-Aug-2015 14:01 | 74K | |
| | 5th-Circuit-Reasons-Haik-Case-Sanctions.pdf | 25-Aug-2015 14:01 | 113K | |
| | 2012-CW-1809-Decision-Writ-150x150.jpg | 11-Sep-2015 21:05 | 3.4K | |
| | 2012-CW-1809-Decision-Writ-182x300.jpg | 11-Sep-2015 21:05 | 7.7K | |
| | 2012-CW-1809-Decision-Writ-621x1024.jpg | 11-Sep-2015 21:05 | 48K | |
| | 2012-CW-1809-Decision-Writ.jpg | 11-Sep-2015 21:05 | 151K | |
| | 484636_373318322786003_1123555084_n-150x150.jpg | 11-Sep-2015 21:05 | 8.5K | |
| | 484636_373318322786003_1123555084_n-300x300.jpg | 11-Sep-2015 21:05 | 27K | |
| | 484636_373318322786003_1123555084_n.jpg | 11-Sep-2015 21:05 | 110K | |
| | Abel-v-Handshoe-and-AMV-Doc-37-1-150x150.jpg | 11-Sep-2015 21:05 | 7.2K | |
| | Abel-v-Handshoe-and-AMV-Doc-37-1-231x300.jpg | 11-Sep-2015 21:05 | 19K | |
| | Abel-v-Handshoe-and-AMV-Doc-37-1-791x1024.jpg | 11-Sep-2015 21:05 | 126K | |
| | Abel-v-Handshoe-and-AMV-Doc-37-1.jpg | 11-Sep-2015 21:05 | 416K | |
| | Abel-v-Handshoe-and-AMV-Doc-37-1.pdf | 25-Aug-2015 14:01 | 447K | |
| | Crestwood-Retail-Center-v-Salon-Senoj-and-Sassone-150x150.jpg | 11-Sep-2015 | 6.3K | |

Ex B.

Case 1:15-cv-00382-HSO-JCG   Document 203-4   Filed 12/14/17   Page 2 of 5
11/15/2017
Index of /wp-content/uploads/2013/04

| | | | |
|---|---|---|---|
| | | 21:05 | |
| Crestwood-Retail-Center-v-Salon-Senoj-and-Sassone-181x300.jpg | 11-Sep-2015 21:05 | 13K |
| Crestwood-Retail-Center-v-Salon-Senoj-and-Sassone-620x1024.jpg | 11-Sep-2015 21:05 | 89K |
| Crestwood-Retail-Center-v-Salon-Senoj-and-Sassone-Notice-Related-Case-150x150.jpg | 11-Sep-2015 21:05 | 6.7K |
| Crestwood-Retail-Center-v-Salon-Senoj-and-Sassone-Notice-Related-Case-182x300.jpg | 11-Sep-2015 21:05 | 11K |
| Crestwood-Retail-Center-v-Salon-Senoj-and-Sassone-Notice-Related-Case-622x1024.jpg | 11-Sep-2015 21:05 | 84K |
| Crestwood-Retail-Center-v-Salon-Senoj-and-Sassone-Notice-Related-Case.jpg | 11-Sep-2015 21:05 | 498K |
| Crestwood-Retail-Center-v-Salon-Senoj-and-Sassone-Notice-Related-Case.pdf | 25-Aug-2015 14:01 | 42K |
| Crestwood-Retail-Center-v-Salon-Senoj-and-Sassone.jpg | 11-Sep-2015 21:05 | 511K |
| Crestwood-Retail-Center-v-Salon-Senoj-and-Sassone.pdf | 25-Aug-2015 14:01 | 1.6M |
| Frank-Mag-Goatherder-Cover-150x150.jpg | 11-Sep-2015 21:05 | 11K |
| Frank-Mag-Goatherder-Cover-231x300.jpg | 11-Sep-2015 21:05 | 26K |
| Frank-Mag-Goatherder-Cover-791x1024.jpg | 11-Sep-2015 21:05 | 167K |
| Frank-Mag-Goatherder-Cover.jpg | 11-Sep-2015 21:05 | 522K |
| Frank-Magazine-4-10-13-Page-2-150x150.jpg | 11-Sep-2015 21:05 | 12K |
| Frank-Magazine-4-10-13-Page-2-231x300.jpg | 11-Sep-2015 21:05 | 28K |
| Frank-Magazine-4-10-13-Page-2-791x1024.jpg | 11-Sep-2015 21:05 | 217K |
| Frank-Magazine-4-10-13-Page-2.jpg | 11-Sep-2015 21:05 | 677K |
| Gates-v-Strain-Memo-in-Support-DQ-Danny-Abel-1-150x150.jpg | 11-Sep-2015 21:05 | 8.8K |
| Gates-v-Strain-Memo-in-Support-DQ-Danny-Abel-1-289x300.jpg | 11-Sep-2015 21:05 | 27K |
| Gates-v-Strain-Memo-in-Support-DQ-Danny-Abel-1.jpg | 11-Sep-2015 21:05 | 97K |
| Gates-v-Strain-Memo-in-Support-DQ-Danny-Abel-2-150x150.jpg | 11-Sep-2015 21:05 | 6.9K |
| Gates-v-Strain-Memo-in-Support-DQ-Danny-Abel-2-231x300.jpg | 11-Sep-2015 21:05 | 17K |
| Gates-v-Strain-Memo-in-Support-DQ-Danny-Abel-2-791x1024.jpg | 11-Sep-2015 21:05 | 125K |
| Gates-v-Strain-Memo-in-Support-DQ-Danny-Abel-2.jpg | 11-Sep-2015 21:05 | 733K |
| Gates-v-Strain-Memo-in-Support-DQ-Danny-Abel-150x150.jpg | 11-Sep-2015 21:05 | 7.9K |
| Gates-v-Strain-Memo-in-Support-DQ-Danny-Abel-300x224.jpg | 11-Sep-2015 | 15K |

|  |  |  |
|---|---|---|
|  |  | 21:05 |
| Gates-v-Strain-Memo-in-Support-DQ-Danny-Abel.jpg | 11-Sep-2015 21:05 | 55K |
| Gates-v-Strain-Motion-to-DQ-Danny-Abel.pdf | 25-Aug-2015 14:01 | 572K |
| Maurstad-Order-on-Maurstad-Deposition.pdf | 25-Aug-2015 14:01 | 50K |
| Nova-Scotia-Supreme-Court-letter.jpg | 11-Sep-2015 21:05 | 646K |
| Nova-Scotia-Supreme-Court-letter1-150x150.jpg | 11-Sep-2015 21:05 | 4.9K |
| Nova-Scotia-Supreme-Court-letter1-231x300.jpg | 11-Sep-2015 21:05 | 11K |
| Nova-Scotia-Supreme-Court-letter1-791x1024.jpg | 11-Sep-2015 21:05 | 97K |
| Nova-Scotia-Supreme-Court-letter1.jpg | 11-Sep-2015 21:05 | 646K |
| PPIN-73239-Harrison-Co-MS-150x150.jpg | 11-Sep-2015 21:05 | 7.8K |
| PPIN-73239-Harrison-Co-MS-300x247.jpg | 11-Sep-2015 21:05 | 22K |
| PPIN-73239-Harrison-Co-MS.jpg | 11-Sep-2015 21:05 | 192K |
| Pages-from-FBT_BrandBook-150x150.jpg | 11-Sep-2015 21:05 | 8.4K |
| Pages-from-FBT_BrandBook-300x231.jpg | 11-Sep-2015 21:05 | 19K |
| Pages-from-FBT_BrandBook-1024x791.jpg | 11-Sep-2015 21:05 | 141K |
| Pages-from-FBT_BrandBook.jpg | 11-Sep-2015 21:05 | 241K |
| Rimkus-1-150x150.jpg | 11-Sep-2015 21:05 | 5.4K |
| Rimkus-1-231x300.jpg | 11-Sep-2015 21:05 | 13K |
| Rimkus-1-791x1024.jpg | 11-Sep-2015 21:05 | 106K |
| Rimkus-1.jpg | 11-Sep-2015 21:05 | 265K |
| Rimkus-2-150x150.jpg | 11-Sep-2015 21:05 | 7.2K |
| Rimkus-2-231x300.jpg | 11-Sep-2015 21:05 | 18K |
| Rimkus-2-791x1024.jpg | 11-Sep-2015 21:05 | 173K |
| Rimkus-2.jpg | 11-Sep-2015 21:05 | 434K |
| Rimkus-3-150x150.jpg | 11-Sep-2015 21:05 | 7.4K |
| Rimkus-3-231x300.jpg | 11-Sep-2015 21:05 | 19K |
| Rimkus-3-791x1024.jpg | 11-Sep-2015 | 196K |

| | | 21:05 | |
| 🖼 | [Rimkus-3.jpg](#) | 11-Sep-2015 21:05 | 516K |
| 🖼 | [Rimkus-4-150x150.jpg](#) | 11-Sep-2015 21:05 | 1.3K |
| 🖼 | [Rimkus-4-231x300.jpg](#) | 11-Sep-2015 21:05 | 4.1K |
| 🖼 | [Rimkus-4-791x1024.jpg](#) | 11-Sep-2015 21:05 | 27K |
| 🖼 | [Rimkus-4.jpg](#) | 11-Sep-2015 21:05 | 71K |
| 🖼 | [Rimkus-5-150x150.jpg](#) | 11-Sep-2015 21:05 | 6.0K |
| 🖼 | [Rimkus-5-231x300.jpg](#) | 11-Sep-2015 21:05 | 14K |
| 🖼 | [Rimkus-5-791x1024.jpg](#) | 11-Sep-2015 21:05 | 112K |
| 🖼 | [Rimkus-5.jpg](#) | 11-Sep-2015 21:05 | 272K |
| 🖼 | [Rimkus-6-150x150.jpg](#) | 11-Sep-2015 21:05 | 7.2K |
| 🖼 | [Rimkus-6-231x300.jpg](#) | 11-Sep-2015 21:05 | 18K |
| 🖼 | [Rimkus-6-791x1024.jpg](#) | 11-Sep-2015 21:05 | 165K |
| 🖼 | [Rimkus-6.jpg](#) | 11-Sep-2015 21:05 | 414K |
| 🖼 | [Rimkus-7-150x150.jpg](#) | 11-Sep-2015 21:05 | 7.8K |
| 🖼 | [Rimkus-7-231x300.jpg](#) | 11-Sep-2015 21:05 | 19K |
| 🖼 | [Rimkus-7-791x1024.jpg](#) | 11-Sep-2015 21:05 | 178K |
| 🖼 | [Rimkus-7.jpg](#) | 11-Sep-2015 21:05 | 458K |
| 🖼 | [Rimkus-8-150x150.jpg](#) | 11-Sep-2015 21:05 | 9.2K |
| 🖼 | [Rimkus-8-231x300.jpg](#) | 11-Sep-2015 21:05 | 23K |
| 🖼 | [Rimkus-8-791x1024.jpg](#) | 11-Sep-2015 21:05 | 227K |
| 🖼 | [Rimkus-8.jpg](#) | 11-Sep-2015 21:05 | 620K |
| 🖼 | [Rimkus-9-150x150.jpg](#) | 11-Sep-2015 21:05 | 3.6K |
| 🖼 | [Rimkus-9-231x300.jpg](#) | 11-Sep-2015 21:05 | 8.9K |
| 🖼 | [Rimkus-9-791x1024.jpg](#) | 11-Sep-2015 21:05 | 75K |
| 🖼 | [Rimkus-9.jpg](#) | 11-Sep-2015 21:05 | 176K |
| 📄 | [Sampson-v-Whetstone-Order-2.pdf](#) | 25-Aug-2015 | 107K |

|   | 14:01 |  |
| Sampson-v-Whetstone-misrepresentations.pdf | 25-Aug-2015 14:01 | 59K |
| Screen-Capture-Kamala-harris-google-auto-complete-150x150.jpg | 11-Sep-2015 21:05 | 7.8K |
| Screen-Capture-Kamala-harris-google-auto-complete-300x156.jpg | 11-Sep-2015 21:05 | 15K |
| Screen-Capture-Kamala-harris-google-auto-complete-1024x534.jpg | 11-Sep-2015 21:05 | 109K |
| Screen-Capture-Kamala-harris-google-auto-complete.jpg | 11-Sep-2015 21:05 | 187K |
| USA-v-Broussard-Doc-248-150x150.jpg | 11-Sep-2015 21:05 | 4.3K |
| USA-v-Broussard-Doc-248-231x300.jpg | 11-Sep-2015 21:05 | 12K |
| USA-v-Broussard-Doc-248-791x1024.jpg | 11-Sep-2015 21:05 | 76K |
| USA-v-Broussard-Doc-248.jpg | 11-Sep-2015 21:05 | 252K |

*Apache/2.2.31 (Amazon) Server at slabbed.org Port 80*