Case 1:15-cv-00382-HSO-JCG   Document 203-5   Filed 12/14/17   Page 1 of 7
11/15/2017
Index of /wp-content/uploads/2013/02

# Index of /wp-content/uploads/2013/02

| Name | Last modified | Size | Description |
|---|---|---|---|
| Parent Directory | | - | |
| Affidavit-of-Danny-Abel-150x150.jpg | 11-Sep-2015 21:06 | 5.9K | |
| Affidavit-of-Danny-Abel-231x300.jpg | 11-Sep-2015 21:06 | 15K | |
| Affidavit-of-Danny-Abel-791x1024.jpg | 11-Sep-2015 21:06 | 100K | |
| Affidavit-of-Danny-Abel.jpg | 11-Sep-2015 21:06 | 578K | |
| Affidavit-of-Danny-Abel.pdf | 25-Aug-2015 14:01 | 93K | |
| Carr-v-Abel-150x150.jpg | 11-Sep-2015 21:06 | 5.1K | |
| Carr-v-Abel-183x300.jpg | 11-Sep-2015 21:06 | 12K | |
| Carr-v-Abel.jpg | 11-Sep-2015 21:06 | 58K | |
| Carr-v-Abel1-150x150.jpg | 11-Sep-2015 21:06 | 6.5K | |
| Carr-v-Abel1-244x300.jpg | 11-Sep-2015 21:06 | 17K | |
| Carr-v-Abel1.jpg | 11-Sep-2015 21:06 | 68K | |
| Chris-Yount-144x300.jpg | 11-Sep-2015 21:07 | 9.6K | |
| Chris-Yount-150x150.jpg | 11-Sep-2015 21:07 | 5.8K | |
| Chris-Yount-492x1024.jpg | 11-Sep-2015 21:07 | 66K | |
| Chris-Yount.jpg | 11-Sep-2015 21:07 | 209K | |
| DEQ-Press-Release-LEAN-Lawsuit-150x150.jpg | 11-Sep-2015 21:06 | 8.1K | |
| DEQ-Press-Release-LEAN-Lawsuit-300x297.jpg | 11-Sep-2015 21:06 | 27K | |
| DEQ-Press-Release-LEAN-Lawsuit.jpg | 11-Sep-2015 21:06 | 153K | |
| Frank-Magazine-Story-on-Goatherders-150x150.jpg | 25-Aug-2015 14:01 | 12K | |
| Frank-Magazine-Story-on-Goatherders-231x300.jpg | 25-Aug-2015 14:01 | 30K | |
| Frank-Magazine-Story-on-Goatherders-790x1024.jpg | 25-Aug-2015 14:01 | 298K | |
| Frank-Magazine-Story-on-Goatherders.jpg | 25-Aug-2015 14:01 | 2.3M | |
| Google-search-screen-capture-150x150.jpg | 11-Sep-2015 | 6.9K | |

Ex. C

| | | |
|---|---|---|
| | | 21:07 | |
| Google-search-screen-capture-288x300.jpg | 11-Sep-2015 21:07 | 21K |
| Google-search-screen-capture.jpg | 11-Sep-2015 21:07 | 167K |
| Henry-Mouton-letter-to-Pacaccio-redacted-150x150.jpg | 11-Sep-2015 21:07 | 8.7K |
| Henry-Mouton-letter-to-Pacaccio-redacted-231x300.jpg | 11-Sep-2015 21:07 | 21K |
| Henry-Mouton-letter-to-Pacaccio-redacted-788x1024.jpg | 11-Sep-2015 21:07 | 156K |
| Henry-Mouton-letter-to-Pacaccio-redacted.jpg | 11-Sep-2015 21:07 | 403K |
| Henry-Mouton-letter-to-Pacaccio-redacted.pdf | 25-Aug-2015 14:01 | 16K |
| JPAC-Theriot-150x150.jpg | 11-Sep-2015 21:07 | 5.3K |
| JPAC-Theriot-230x300.jpg | 11-Sep-2015 21:07 | 13K |
| JPAC-Theriot-786x1024.jpg | 11-Sep-2015 21:07 | 72K |
| JPAC-Theriot.jpg | 11-Sep-2015 21:07 | 255K |
| JPAC-Theriot.pdf | 25-Aug-2015 14:01 | 142K |
| JPAS-Theriot-150x150.jpg | 11-Sep-2015 21:07 | 4.4K |
| JPAS-Theriot-231x300.jpg | 11-Sep-2015 21:07 | 9.3K |
| JPAS-Theriot-788x1024.jpg | 11-Sep-2015 21:07 | 60K |
| JPAS-Theriot.jpg | 11-Sep-2015 21:07 | 258K |
| JPAS-Theriot.pdf | 25-Aug-2015 14:01 | 40K |
| LEAN-v-Corp-of-Engineers-150x150.jpg | 11-Sep-2015 21:06 | 7.6K |
| LEAN-v-Corp-of-Engineers-231x300.jpg | 11-Sep-2015 21:06 | 21K |
| LEAN-v-Corp-of-Engineers-791x1024.jpg | 11-Sep-2015 21:06 | 141K |
| LEAN-v-Corp-of-Engineers.jpg | 11-Sep-2015 21:06 | 340K |
| LEAN-v-Corp-of-Engineers.pdf | 25-Aug-2015 14:01 | 149K |
| ODwyer-Realty-v-Bunch-150x150.jpg | 11-Sep-2015 21:07 | 5.4K |
| ODwyer-Realty-v-Bunch-300x203.jpg | 11-Sep-2015 21:07 | 11K |
| ODwyer-Realty-v-Bunch-1024x694.jpg | 11-Sep-2015 21:07 | 85K |
| ODwyer-Realty-v-Bunch.jpg | 11-Sep-2015 | 539K |

| | | |
|---|---|---|
| 🖼 Order-150x150.jpg | 11-Sep-2015 21:06 | 7.4K |
| 🖼 Order-231x300.jpg | 11-Sep-2015 21:06 | 19K |
| 🖼 Order-789x1024.jpg | 11-Sep-2015 21:06 | 158K |
| 🖼 Order.jpg | 11-Sep-2015 21:06 | 473K |
| 📄 Order.pdf | 25-Aug-2015 14:01 | 402K |
| 🖼 River-Birch-Coulon-Whitmer-Capella-150x150.jpg | 11-Sep-2015 21:07 | 5.2K |
| 🖼 River-Birch-Coulon-Whitmer-Capella-300x136.jpg | 11-Sep-2015 21:07 | 6.8K |
| 🖼 River-Birch-Coulon-Whitmer-Capella-1024x466.jpg | 11-Sep-2015 21:07 | 50K |
| 🖼 River-Birch-Coulon-Whitmer-Capella.jpg | 11-Sep-2015 21:07 | 62K |
| 🖼 Shane-v-Jefferson-Parish-Complaint-150x150.jpg | 11-Sep-2015 21:07 | 5.9K |
| 🖼 Shane-v-Jefferson-Parish-Complaint-180x300.jpg | 11-Sep-2015 21:07 | 12K |
| 🖼 Shane-v-Jefferson-Parish-Complaint-616x1024.jpg | 11-Sep-2015 21:07 | 88K |
| 🖼 Shane-v-Jefferson-Parish-Complaint.jpg | 11-Sep-2015 21:07 | 220K |
| 📄 Shane-v-Jefferson-Parish-Complaint.pdf | 25-Aug-2015 14:01 | 241K |
| 📄 St-Charles-Parish-SO-Press-Release-on-Danelle-Keim.pdf | 25-Aug-2015 14:01 | 112K |
| 🖼 TPL-v-DKH-Doc-21-excerpt-150x117.jpg | 11-Sep-2015 21:07 | 8.5K |
| 🖼 TPL-v-DKH-Doc-21-excerpt-300x64.jpg | 11-Sep-2015 21:07 | 9.7K |
| 🖼 TPL-v-DKH-Doc-21-excerpt.jpg | 11-Sep-2015 21:07 | 30K |
| 📄 TPL-v-DKH-Doc-21.pdf | 25-Aug-2015 14:01 | 1.5M |
| 🖼 TPL-v-DKH-TPL-Brief-150x150.jpg | 11-Sep-2015 21:07 | 5.4K |
| 🖼 TPL-v-DKH-TPL-Brief-231x300.jpg | 11-Sep-2015 21:07 | 13K |
| 🖼 TPL-v-DKH-TPL-Brief-791x1024.jpg | 11-Sep-2015 21:07 | 86K |
| 🖼 TPL-v-DKH-TPL-Brief.jpg | 11-Sep-2015 21:07 | 260K |
| 📄 TPL-v-DKH-TPL-Brief.pdf | 25-Aug-2015 14:01 | 172K |
| 🖼 TPL-v-Fox-8-Affidavit-of-Charles-Leary-10-7-11-150x150.jpg | 11-Sep-2015 21:07 | 10K |
| 🖼 TPL-v-Fox-8-Affidavit-of-Charles-Leary-10-7-11-300x187.jpg | 11-Sep-2015 | 18K |

| File | Date | Size |
|---|---|---|
| | 21:07 | |
| TPL-v-Fox-8-Affidavit-of-Charles-Leary-10-7-11.jpg | 11-Sep-2015 21:07 | 59K |
| TPL-v-Fox-8-Affidavit-of-Charles-Leary-10-7-11.pdf | 25-Aug-2015 14:01 | 939K |
| TPL-v-Fox-8-Affidavit-of-Charles-Leary-10-7-11a-150x150.jpg | 11-Sep-2015 21:07 | 8.4K |
| TPL-v-Fox-8-Affidavit-of-Charles-Leary-10-7-11a-300x159.jpg | 11-Sep-2015 21:07 | 15K |
| TPL-v-Fox-8-Affidavit-of-Charles-Leary-10-7-11a.jpg | 11-Sep-2015 21:07 | 41K |
| Timeline_7th-Draft_With-Connick-Memo_Page_1-150x150.jpg | 11-Sep-2015 21:07 | 6.5K |
| Timeline_7th-Draft_With-Connick-Memo_Page_1-231x300.jpg | 11-Sep-2015 21:07 | 16K |
| Timeline_7th-Draft_With-Connick-Memo_Page_1-791x1024.jpg | 11-Sep-2015 21:07 | 148K |
| Timeline_7th-Draft_With-Connick-Memo_Page_1.jpg | 11-Sep-2015 21:07 | 345K |
| Timeline_7th-Draft_With-Connick-Memo_Page_2-150x150.jpg | 11-Sep-2015 21:07 | 7.4K |
| Timeline_7th-Draft_With-Connick-Memo_Page_2-231x300.jpg | 11-Sep-2015 21:07 | 19K |
| Timeline_7th-Draft_With-Connick-Memo_Page_2-791x1024.jpg | 11-Sep-2015 21:07 | 184K |
| Timeline_7th-Draft_With-Connick-Memo_Page_2.jpg | 11-Sep-2015 21:07 | 433K |
| Timeline_7th-Draft_With-Connick-Memo_Page_3-150x150.jpg | 11-Sep-2015 21:07 | 6.8K |
| Timeline_7th-Draft_With-Connick-Memo_Page_3-231x300.jpg | 11-Sep-2015 21:07 | 18K |
| Timeline_7th-Draft_With-Connick-Memo_Page_3-791x1024.jpg | 11-Sep-2015 21:07 | 170K |
| Timeline_7th-Draft_With-Connick-Memo_Page_3.jpg | 11-Sep-2015 21:07 | 404K |
| Timeline_7th-Draft_With-Connick-Memo_Page_4-150x150.jpg | 11-Sep-2015 21:07 | 6.9K |
| Timeline_7th-Draft_With-Connick-Memo_Page_4-231x300.jpg | 11-Sep-2015 21:07 | 18K |
| Timeline_7th-Draft_With-Connick-Memo_Page_4-791x1024.jpg | 11-Sep-2015 21:07 | 169K |
| Timeline_7th-Draft_With-Connick-Memo_Page_4.jpg | 11-Sep-2015 21:07 | 413K |
| Timeline_7th-Draft_With-Connick-Memo_Page_5-150x150.jpg | 11-Sep-2015 21:07 | 7.7K |
| Timeline_7th-Draft_With-Connick-Memo_Page_5-231x300.jpg | 11-Sep-2015 21:07 | 20K |
| Timeline_7th-Draft_With-Connick-Memo_Page_5-791x1024.jpg | 11-Sep-2015 21:07 | 171K |
| Timeline_7th-Draft_With-Connick-Memo_Page_5.jpg | 11-Sep-2015 21:07 | 394K |
| Timeline_7th-Draft_With-Connick-Memo_Page_6-150x150.jpg | 11-Sep-2015 | 7.6K |

| | Name | Last modified | Size |
|---|---|---|---|
| 📷 | Timeline_7th-Draft_With-Connick-Memo_Page_6-231x300.jpg | 11-Sep-2015 21:07 | 19K |
| 📷 | Timeline_7th-Draft_With-Connick-Memo_Page_6-791x1024.jpg | 11-Sep-2015 21:07 | 161K |
| 📷 | Timeline_7th-Draft_With-Connick-Memo_Page_6.jpg | 11-Sep-2015 21:07 | 378K |
| 📷 | Timeline_7th-Draft_With-Connick-Memo_Page_7-150x150.jpg | 11-Sep-2015 21:07 | 7.3K |
| 📷 | Timeline_7th-Draft_With-Connick-Memo_Page_7-231x300.jpg | 11-Sep-2015 21:07 | 19K |
| 📷 | Timeline_7th-Draft_With-Connick-Memo_Page_7-791x1024.jpg | 11-Sep-2015 21:07 | 188K |
| 📷 | Timeline_7th-Draft_With-Connick-Memo_Page_7.jpg | 11-Sep-2015 21:07 | 445K |
| 📷 | Timeline_7th-Draft_With-Connick-Memo_Page_8-150x150.jpg | 11-Sep-2015 21:07 | 4.9K |
| 📷 | Timeline_7th-Draft_With-Connick-Memo_Page_8-231x300.jpg | 11-Sep-2015 21:07 | 13K |
| 📷 | Timeline_7th-Draft_With-Connick-Memo_Page_8-791x1024.jpg | 11-Sep-2015 21:07 | 119K |
| 📷 | Timeline_7th-Draft_With-Connick-Memo_Page_8.jpg | 11-Sep-2015 21:07 | 281K |
| 📷 | Trout-Point-Lodge-Copyright-Letter-to-NS-Supreme-Ct-2-6-13-150x150.jpg | 11-Sep-2015 21:07 | 5.5K |
| 📷 | Trout-Point-Lodge-Copyright-Letter-to-NS-Supreme-Ct-2-6-13-231x300.jpg | 11-Sep-2015 21:07 | 13K |
| 📷 | Trout-Point-Lodge-Copyright-Letter-to-NS-Supreme-Ct-2-6-13-791x1024.jpg | 11-Sep-2015 21:07 | 118K |
| 📷 | Trout-Point-Lodge-Copyright-Letter-to-NS-Supreme-Ct-2-6-13.jpg | 11-Sep-2015 21:07 | 430K |
| 📄 | Trout-Point-Lodge-Copyright-Letter-to-NS-Supreme-Ct-2-6-13.pdf | 25-Aug-2015 14:01 | 1.9M |
| 📷 | Trout-Point-v-Slabbed-3-150x150.jpg | 11-Sep-2015 21:07 | 7.6K |
| 📷 | Trout-Point-v-Slabbed-3-230x300.jpg | 11-Sep-2015 21:07 | 18K |
| 📷 | Trout-Point-v-Slabbed-3-787x1024.jpg | 11-Sep-2015 21:07 | 154K |
| 📷 | Trout-Point-v-Slabbed-3.jpg | 11-Sep-2015 21:07 | 637K |
| 📄 | Trout-Point-v-Slabbed-3.pdf | 25-Aug-2015 14:01 | 963K |
| 📷 | USA-v-Sibley-and-Bechnel-IRS-Tax-Suit-150x150.jpg | 11-Sep-2015 21:07 | 6.2K |
| 📷 | USA-v-Sibley-and-Bechnel-IRS-Tax-Suit-231x300.jpg | 11-Sep-2015 21:07 | 15K |
| 📷 | USA-v-Sibley-and-Bechnel-IRS-Tax-Suit-791x1024.jpg | 11-Sep-2015 21:07 | 99K |
| 📷 | USA-v-Sibley-and-Bechnel-IRS-Tax-Suit.jpg | 11-Sep-2015 21:07 | 357K |
| 📄 | USA-v-Sibley-and-Bechnel-IRS-Tax-Suit.pdf | 25-Aug-2015 | 110K |

11/15/2017    Case 1:15-cv-00382-HSO-JCG   Document 203-5   Filed 12/14/17   Page 6 of 7
Index of /wp-content/uploads/2013/02

| Name | Date | Size |
|---|---|---|
| Waste-Management-of-Louisiana-v-Parish-of-Jefferson-Doc-1-150x150.jpg | 11-Sep-2015 21:07 | 6.3K |
| Waste-Management-of-Louisiana-v-Parish-of-Jefferson-Doc-1-231x300.jpg | 11-Sep-2015 21:07 | 13K |
| Waste-Management-of-Louisiana-v-Parish-of-Jefferson-Doc-1-791x1024.jpg | 11-Sep-2015 21:07 | 85K |
| Waste-Management-of-Louisiana-v-Parish-of-Jefferson-Doc-1.jpg | 11-Sep-2015 21:07 | 315K |
| Waste-Management-of-Louisiana-v-Parish-of-Jefferson-Doc-1.pdf | 25-Aug-2015 14:01 | 318K |
| Yount-v-Research-Specialists-Excerpt-1-150x150.jpg | 11-Sep-2015 21:07 | 2.9K |
| Yount-v-Research-Specialists-Excerpt-1-300x85.jpg | 11-Sep-2015 21:07 | 3.9K |
| Yount-v-Research-Specialists-Excerpt-1.jpg | 11-Sep-2015 21:07 | 9.4K |
| Yount-v-Research-Specialists-Excerpt-2-150x150.jpg | 11-Sep-2015 21:07 | 7.1K |
| Yount-v-Research-Specialists-Excerpt-2-244x300.jpg | 11-Sep-2015 21:07 | 19K |
| Yount-v-Research-Specialists-Excerpt-2.jpg | 11-Sep-2015 21:07 | 79K |
| Yount-v-Research-Specialists-Excerpt-3-150x150.jpg | 11-Sep-2015 21:07 | 8.4K |
| Yount-v-Research-Specialists-Excerpt-3-300x236.jpg | 11-Sep-2015 21:07 | 21K |
| Yount-v-Research-Specialists-Excerpt-3.jpg | 11-Sep-2015 21:07 | 52K |
| Yount-v-Research-Specialists-Excerpt-4-150x150.jpg | 11-Sep-2015 21:07 | 11K |
| Yount-v-Research-Specialists-Excerpt-4-247x300.jpg | 11-Sep-2015 21:07 | 33K |
| Yount-v-Research-Specialists-Excerpt-4.jpg | 11-Sep-2015 21:07 | 213K |
| Yount-v-Research-Specialists.pdf | 25-Aug-2015 14:01 | 170K |
| jan-nl09-150x150.jpg | 11-Sep-2015 21:07 | 10K |
| jan-nl09-231x300.jpg | 11-Sep-2015 21:07 | 25K |
| jan-nl09-791x1024.jpg | 11-Sep-2015 21:07 | 200K |
| jan-nl09.jpg | 11-Sep-2015 21:07 | 613K |
| leary-june-13-affidavit-150x150.jpg | 11-Sep-2015 21:07 | 11K |
| leary-june-13-affidavit-300x139.jpg | 11-Sep-2015 21:07 | 17K |
| leary-june-13-affidavit.jpg | 11-Sep-2015 21:07 | 67K |
| leary-june-13-affidavit.pdf | 25-Aug-2015 14:01 | 1.5M |

| | | |
|---|---|---|
| | | 14:01 |
| 🖼 leary-june-13-affidavit1-150x150.jpg | 11-Sep-2015 21:07 | 8.3K |
| 🖼 leary-june-13-affidavit1-300x94.jpg | 11-Sep-2015 21:07 | 12K |
| 🖼 leary-june-13-affidavit1.jpg | 11-Sep-2015 21:07 | 28K |
| 🖼 tpl-motion14-brief-150x150.jpg | 11-Sep-2015 21:07 | 7.5K |
| 🖼 tpl-motion14-brief-231x300.jpg | 11-Sep-2015 21:07 | 18K |
| 🖼 tpl-motion14-brief-791x1024.jpg | 11-Sep-2015 21:07 | 155K |
| 🖼 tpl-motion14-brief.jpg | 11-Sep-2015 21:07 | 702K |
| 📄 tpl-motion14-brief.pdf | 25-Aug-2015 14:01 | 1.5M |
| 🖼 tpl-motion14-brief1-150x150.jpg | 11-Sep-2015 21:07 | 9.7K |
| 🖼 tpl-motion14-brief1-300x255.jpg | 11-Sep-2015 21:07 | 27K |
| 🖼 tpl-motion14-brief1.jpg | 11-Sep-2015 21:07 | 97K |
| 🖼 tpl-motion14-brief2-150x150.jpg | 11-Sep-2015 21:07 | 9.8K |
| 🖼 tpl-motion14-brief2-300x121.jpg | 11-Sep-2015 21:07 | 16K |
| 🖼 tpl-motion14-brief2.jpg | 11-Sep-2015 21:07 | 54K |
| 🖼 tpl-motion14-brief3-150x150.jpg | 11-Sep-2015 21:07 | 12K |
| 🖼 tpl-motion14-brief3-300x165.jpg | 11-Sep-2015 21:07 | 22K |
| 🖼 tpl-motion14-brief3.jpg | 11-Sep-2015 21:07 | 90K |

*Apache/2.2.31 (Amazon) Server at slabbed.org Port 80*