## Alternate Post Title: When the FBI comes knocking you know Slabbed's House be rockin'!!



*Trout Point Lodge SLAPP Happy Duo of Charles Leary and Vaughn Perret / Image by Kara Crowell / TORONTO STAR*

Last month I attended a settlement conference in Magistrate Roper's chambers at the US District Courthouse in Gulfport. Typically all the parties to the litigation must attend settlement conferences but the court excused Charles Leary and Vaughn Perret from attending due to the associated travel cost from southern Nova Scotia, which is