

*Vaughn Perret and Charles Leary of Trout Point Lodge*

By May 2010 everyone that was anyone in the Landfill saga knew who I was including Aaron Broussard and his band of Goatherders. Slabbed continued undaunted and in my opinion February 2011 was our finest month to date as myself and my former blog partner were in rare form and we covered it all from the Rigsby Qui Tam suit to Ex Rel Branch, the Search and seizure fight involving River Birch and then on February 25 the indictment of Henry Mouton.

Ex. E