# Slabbed

Alternative New Media for the Gulf South

# So here I am, sitting at a major crossroads in Slabbed's coverage of the scandal in Jefferson Parish.....



*Vaughn Perret, Daniel G. "Danny" Abel and Charles Leary posing for the business media in Nova Scotia at Trout Point Lodge*

And guys I'm agonizing because I've had a comprehensive post in drafts since August detailing the retaliation against anyone who has covered or spoken out on the massive political corruption scandal in Jefferson Parish by Aaron Broussard and his band of Goatherders. The original plan, based upon the advice of my lawyer Bobby Truitt was to roll it out after I won my SPEECH Act case against