# He'll likely be remembered here for being a part of the gang that made the Times Picayune eat its own big toe........



Douglas Handshoe

January 29, 2012

Sop

Aaron Broussard, D'Aquila Volk Mullins & Contreras, Jefferson Parish Political Corruption Scandal, Roy D'Aquila, The Times Picayune, Trout Point Lodge, USA v Broussard



Trout Point Lodge

The Times-Picayune has referenced Trout Point Lodge in some of the stories published in print and online since Jan. 6 regarding an ethics complaint against former Jefferson Parish President Aaron Broussard claiming that he owns a Nova Scotia vacation lodge that he rented to parish contractors.

Ex. H