



Ex. J.