

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Slabbed
Search Results: Displaying 2 of 2 entries



*Slabbed: The Alternative New Media for the Gulf South.*

          **Type of Work:** Motion Picture
  **Registration Number / Date:** PA0002019025 / 2017-01-31
        **Application Title:** Slabbed: No Fear Journalism.
                   **Title:** Slabbed: The Alternative New Media for the Gulf South.
            **Description:** Electronic file (eService)
     **Copyright Claimant:** Slabbed New Media, LLC. Address: Post Office Box 788, Wiggins, MS, 39577.
          **Date of Creation:** 2013
      **Date of Publication:** 2013-05-06
  **Nation of First Publication:** United States
**Alternative Title on Application:** It?s a Slabbed promo!
  **Authorship on Application:** Slabbed New Media, LLC, employer for hire; Citizenship: United States. Authorship: audiovisual material.
     **Pre-existing Material:** preexisting music.
            **Basis of Claim:** all other cinematographic material, audiovisual material, text.
   **Rights and Permissions:** Slabbed New Media, LLC, Post Office Box 788, Wiggins, MS, 39577, United States, (601) 928-5380, (228) 323-1598, earning04@gmail.com
           **Copyright Note:** C.O. correspondence.
                      **Names:** Slabbed New Media, LLC





---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |



2017-11-14, 3:45 pm

Case 1:15-cv-00382-HSO-JCG  Document 203-12  Filed 12/14/17  Page 2 of 2

Copyright Office Home Page | Library of Congress Home Page