## ATTACHMENT 1

Photograph that appeared on:

http://www.changemakers.com/es/stories/trout-point-lodge-making-change-happen-place-place



Ex. L