

Ex. N