

(Left to right): Daniel Abel, Vaughn Perret, and Charles Leary

MARILYN SMULDERS

Ex. O