



Search



Goatherders

▶ ▶| ◀)) 0:35 / 3:13

## Slabbed: No Fear Journalism

439 views

👍 1　👎 0　➜ SHARE　☰+　...

 **Doug Handshoe**
Published on May 6, 2013

SUBSCRIBE 7

*Ex. P*