# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOUGLAS HANDSHOE

v.                                      CIVIL ACTION NO. 1:15cv382-HSO-JCG

VAUGHN PERRET, CHARLES LEARY &
DANIEL ABEL, D/B/A/ TROUT POINT
LODGE LTD OF NOVA SCOTIA & IN
THEIR INDIVIIDUAL CAPACITIES
PROGRESS MEDIA GROUP LIMITED,
MARILYN SMULDERS, & ASHOKA

**Declaration of Douglas Handshoe:**

Under penalty of perjury I, Douglas Handshoe, swear and affirm the following:

1. I am the Plainiff / Counterdefendant in this matter.
2. Discovery is still at an early stage in this matter.
3. I believe there are material facts that have not yet been discovered which could materially impact the ultimate resolution of this matter.

So certified this the 27th day of December, 2017,

_____
Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com