# EXHIBIT 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-363-272**

**Effective Date of Registration:**
March 08, 2017

## Title

- **Title of Work:** Slabbed 12/4/2012
- **Frequency of Publication:** Every day - Every other day

## Completion/Publication

- **Year of Completion:** 2012
- **Date of 1st Publication:** December 04, 2012
- **Nation of 1st Publication:** United States
- **International Standard Number:** ISSN 2572-1437

## Author

- **Author:** Slabbed New Media, LLC
- **Author Created:** New text
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright Claimant

- **Copyright Claimant:** Slabbed New Media, LLC
  110 Hall Stree, Post Office Box 788, Wiggins, MS 39577-0788 United States

## Limitation of copyright claim

- **Material excluded from this claim:** photograph(s), some text from other sources
- **New material included in claim:** New text

## Rights and Permissions

- **Organization Name:** Slabbed New Media, LLC
- **Email:** earning04@gmail.com
- **Telephone:** (601)928-5380
- **Address:** Post Office Box 788
  Wiggins, MS 39577-0788 United States

## Certification

Page 1 of 2

**Name:** Douglas Handshoe, Managing Member
**Date:** March 08, 2017

**Correspondence:** Yes