Form 2(b) (ND/SD Miss. Dec. 2011)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI



Douglas Handshoe

                Plaintiff

v.

                                    CIVIL ACTION
                                    No. 1:15cv382-HSO-JCG

Vaughn Perret et al

                Defendant

### NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR PRODUCTION OF DOCUMENTS OR RESPONSES THERETO

**TO:** **All Counsel of Record**

Pursuant to L.U.CIV.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) Check as appropriate:

☐ Interrogatories to: _____

☑ Requests for Production of Documents to:    Charles Leary _____

☑ Requests for Admissions to:    Charles Leary _____

☐ Responses to Interrogatories of: _____

☐ Responses to Requests for Production of Documents of: _____

FORM 2(b) (ND/SD MISS. DEC. 2011)

☐ Responses to Requests for Admissions of: _____

Pursuant to L.U.CIV.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

January 4, 2018
Date

_____
Signature

Douglas Handshoe, Appearing Pro Se
Typed Name & Bar Number