

PRIORITY MAIL

DATE OF DELIVERY SPI
USPS TRACKING™ INCL
INSURANCE INCLUDED
PICKUP AVAILABLE
* Domestic only

USED INTERNATIONALLY,
CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE


UNITED STATES POSTAL SERVICE®



UNITED STATES POSTAL SERVICE® — Click-N-Ship®

P
usps.com  9405 8036 9930 0571 1308 09 0066 5000 0013 9501
$6.65
US POSTAGE
Flat Rate Env

01/03/2018    Mailed from 39577   062S0000000101

**PRIORITY MAIL 2-DAY™**

DOUGLAS HANDSHOE
DOUGLAS HANDSHOE, CPA
PO BOX 788
WIGGINS MS 39577-0788

Expected Delivery Date: 01/06/18

RECEIVED 0006
JAN 04 2018
C009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

SHIP TO: HON. ARTHUR S JOHNSON
UNITED STATES DISTRICT CLERK
2012 15TH ST
STE 403
GULFPORT MS 39501-2036

**USPS TRACKING #**

9405 8036 9930 0571 1308 09

Electronic Rate Approved #038555749

