Form 2(b) (ND/SD Miss. Dec. 2011)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Douglas Handshoe

Plaintiff

v.

CIVIL ACTION
No. 1:15cv382-HSO-JCG

Vaughn Perret et al

Defendant

## NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR PRODUCTION OF DOCUMENTS OR RESPONSES THERETO

**To:   All Counsel of Record**

Pursuant to L.U.Civ.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) Check as appropriate:

☐ Interrogatories to: _____

☑ Requests for Production of     Charles Leary
   Documents to:                 _____

☑ Requests for Admissions to:    Charles Leary
                                 _____

☐ Responses to Interrogatories of: _____

☐ Responses to Requests for
   Production of Documents of:    _____

FORM 2(b) (ND/SD MISS. DEC. 2011)

☐   Responses to Requests for
    Admissions of:

    _____

Pursuant to L.U.CIV.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the
original(s) of the documents(s) identified above.

January 4, 2018
_____        _____
            Date                                    Signature


                                        Douglas Handshoe, Appearing Pro Se
                                        _____
                                            Typed Name & Bar Number