

30000100000 14

EPI4F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE


UNITED STATES
POSTAL SERVICE®

PRIORIT
MAIL™

DATE OF DELIVERY SPI

USPS TRACKING™ INCL.

INSURANCE INCLUDED

PICKUP AVAILABLE

* Domestic only

N USED INTERNATIONALLY,
CUSTOMS DECLARATION
BEL MAY BE REQUIRED.



**UNITED STATES POSTAL SERVICE®**

# Click-N-Ship®

usps.com
$6.65
US POSTAGE
Flat Rate Env

9405 8036 9930 0571 1308 09 0066 5000 0013 9501

01/03/2018          Mailed from 39577      062S0000000101

## PRIORITY MAIL 2-DAY™

DOUGLAS HANDSHOE                    Expected Delivery Date: 01/06/18
DOUGLAS HANDSHOE, CPA
PO BOX 788
WIGGINS MS 39577-0788

RECEIVED          0006

JAN 04 2018

C009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

SHIP
TO:  HON. ARTHUR S JOHNSON
     UNITED STATES DISTRICT CLERK
     2012 15TH ST
     STE 403
     GULFPORT MS 39501-2036

### USPS TRACKING #

9405 8036 9930 0571 1308 09

Electronic Rate Approved #038555749