SLABBED NEW MEDIA, LLC

The
Alternative
New Media
for the Gulf
South

January 5, 2018

Hon. Arthur Johnson
United States District Clerk
2012 15th Street, Suite 403
Gulfport, MS 39501-2036

RE:     Handshoe v Perret et al
        United States District Court Civil Action Number 15cv382
        ECF Numbers 207 and 208

Dear Clerk:

Enclosed herewith find the attached certificate of service with respect to the above captioned filings in case 15cv382. Please return the stamped copy to me in the enclosed self-addressed envelope.

I appreciate your assistance with this matter.  Please let me know if you have any questions.

Sincerely,

Douglas Handshoe
Slabbed New Media, LLC
Post Office Box 788
Wiggins, MS 39577
Phone: (601) 928-5380

RECEIVED

JAN 08 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.