

CHARLES LEARY
308 5TH AVE E
VANCOUVER, BC
V5T 1H4

UNITED STATE DISTRICT COURT
DAN M. RUSSELL, JR COURTHOUSE
2012 15TH STREET, SUITE 403
GULFPORT, MS
39501

RECEIVED
JAN 22 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.