Form 2(b) (ND/SD Miss. Dec. 2011)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



**DOUGLAS HANDSHOE**
**PLAINTIFF**

VS.  CIVIL ACTION NO. 1:15cv382HSO-JCG

**VAUGHN PERRET, CHARLES LEARY &
DANIEL ABEL, D/B/A TROUT
POINT LODGE LTD OF NOVA SCOTIA
& IN THEIR INDIVIDUAL CAPACITIES
PROGRESS MEDIA GROUP LIMITED,
MARILYN SMULDERS, TORSTAR
CORPORATION, NATIONAL
GEOGRAPHIC SOCIETY, ASHOKA, XYZ
FOUNDATION & JOHN DOES 1-50
DEFENDANTS**

### NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR PRODUCTION OF DOCUMENTS OR RESPONSES THERETO

**To:  All Counsel of Record**

Pursuant to L.U.Civ.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(✓) Check as appropriate:

__X__ Interrogatories to:            Douglas K. Handshoe

__X__ Requests for Production of
       Documents to:                 Douglas K. Handshoe

__X__ Requests for Admissions to:    Douglas K. Handshoe

Pursuant to L.U.Civ.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.


FORM 2(b) (ND/SD MISS. DEC. 2011)

JANUARY 12, 2018
Date

_[signature]_
Signature

Charles L. Leary
(Typed Name)

FORM 2(b) (ND/SD MISS. DEC. 2011)

## CERTIFICATE OF SERVICE

I, Charles Leary, defendant and plaintiff by counterclaim, hereby certify that I have this date filed the foregoing with the Clerk of the Court via postal channels, and that the ECF system will send notification of such filing to the following:

Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
*Pro Se* **Plaintiff/Defendant by counterclaim**

So certified, this 12th day of January, 2018.

Charles L. Leary