# EXHIBIT 2



**RA172893478US**

Add Name

**Delivered:**
CANADA on February 2, 2018
at 1:11 pm

### Additional Information

Your item was delivered in CANADA at 1:11 pm on February 2, 2018.

Get Text and Email Updates

### Tracking History

**February 2, 2018**
**1:11 pm**
Delivered,
CANADA

**January 18, 2018**
**10:28 am**
Attempted Delivery - Item being held, addressee being notified,
CANADA

**January 15, 2018**
**11:20 am**
Customs Clearance Processing Complete,
CANADA

**January 15, 2018**
**11:12 am**
Customs Clearance,
CANADA

**January 15, 2018**
**11:12 am**
Processed Through Facility,
CANADA

**January 10, 2018**
**1:29 pm**
Processed Through Facility,
ISC NEW YORK NY(USPS)

**January 10, 2018**
**1:22 pm**
Arrived at Facility,
ISC NEW YORK NY(USPS)

---

**January 7, 2018**
**12:20 am**
Departed USPS Facility,
MEMPHIS, TN 38101

---

**January 7, 2018**
**12:01 am**
Arrived at USPS Facility,
MEMPHIS, TN 38101

---

**January 6, 2018**
**5:41 pm**
Arrived at Unit,
MEMPHIS, TN 38101

---

**January 6, 2018**
**3:43 am**
Departed USPS Facility,
JACKSON, MS 39201

---

**January 6, 2018**
**1:36 am**
Arrived at USPS Regional Facility,
JACKSON MS DISTRIBUTION CENTER

---

**January 4, 2018**
**9:46 pm**
Departed USPS Facility,
GULFPORT, MS 39503

---

**January 4, 2018**
**9:40 pm**
Arrived at USPS Facility,
GULFPORT, MS 39503

---

**January 4, 2018**
**5:01 pm**
Departed Post Office,
WIGGINS, MS 39577

---

**January 4, 2018**
**10:09 am**
USPS in possession of item,

WIGGINS, MS 39577

----

**Remove from Tracking**