FORM 2(b) (ND/SD MISS. DEC. 2011)



SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

FEB 12 2018

ARTHUR JOHNSTON
BY_____ DEPUTY

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

Douglas Handshoe

                          Plaintiff

v.                                          **CIVIL ACTION**
                                            **No. 1:15cv382-HSO-JCG**
Vaughn Perret et al

                          Defendant

### NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR
### PRODUCTION OF DOCUMENTS OR RESPONSES THERETO

**TO:   All Counsel of Record**

Pursuant to L.U.CIV.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) Check as appropriate:

☐   Interrogatories to:                          _____

☐   Requests for Production of                   _____
    Documents to:

☐   Requests for Admissions to:                  _____

☑   Responses to Interrogatories of:    Charles Leary _____

☐   Responses to Requests for                    _____
    Production of Documents of:

Form 2(b) (ND/SD Miss. Dec. 2011)

☐   Responses to Requests for
      Admissions of:                    _____

Pursuant to L.U.Civ.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

February 8, 2018
_____          _____
         Date                                                   Signature

                                           Douglas Handshoe, Appearing Pro Se
                                           _____
                                                  Typed Name & Bar Number

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

DOUGLAS HANDSHOE

v.                                    CIVIL ACTION NO. 1:15cv382-HSO-JCG

VAUGHN PERRET, CHARLES LEARY &
DANIEL ABEL, D/B/A/ TROUT POINT
LODGE LTD OF NOVA SCOTIA & IN
THEIR INDIVIIDUAL CAPACITIES
PROGRESS MEDIA GROUP LIMITED,
MARILYN SMULDERS, & ASHOKA

### CERTIFICATE OF SERVICE

I, Douglas Handshoe, hereby certify that on February 8, 2018 the foregoing

was sent for electronically filing by me via the Clerk of the Court using the ECF

system which sent notification to all counsel of record upon filing by the Clerk.

I, Douglas Handshoe, hereby certify that on February 8, 2018, I mailed the

foregoing to Charles Leary at 308 5th Ave E, Vancouver, BC V5T 1H4 Canada.

Respectfully submitted this 8th day of February, 2018,

_____

Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com

1