Form 2(b) (ND/SD Miss. Dec. 2011)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Douglas Handshoe

Plaintiff

v.   CIVIL ACTION
     No. 1:15cv382-HSO-JCG

Vaughn Perret et al

Defendant

NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR
PRODUCTION OF DOCUMENTS OR RESPONSES THERETO

TO:   All Counsel of Record

Pursuant to L.U.Civ.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) Check as appropriate:

☐ Interrogatories to: _____

☐ Requests for Production of Documents to: _____

☐ Requests for Admissions to: _____

☐ Responses to Interrogatories of: _____

✔ Responses to Requests for Production of Documents of:   Charles Leary

FORM 2(b) (ND/SD MISS. DEC. 2011)

☐ Responses to Requests for
Admissions of: _____

Pursuant to L.U.CIV.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

February 8, 2018
Date

Signature

Douglas Handshoe, Appearing Pro Se
Typed Name & Bar Number

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOUGLAS HANDSHOE

v.                                             CIVIL ACTION NO. 1:15cv382-HSO-JCG

VAUGHN PERRET, CHARLES LEARY &
DANIEL ABEL, D/B/A/ TROUT POINT
LODGE LTD OF NOVA SCOTIA & IN
THEIR INDIVIIDUAL CAPACITIES
PROGRESS MEDIA GROUP LIMITED,
MARILYN SMULDERS, & ASHOKA

### CERTIFICATE OF SERVICE

I, Douglas Handshoe, hereby certify that on February 8, 2018 the foregoing was sent for electronically filing by me via the Clerk of the Court using the ECF system which sent notification to all counsel of record upon filing by the Clerk.

I, Douglas Handshoe, hereby certify that on February 8, 2018, I mailed the foregoing to Charles Leary at 308 5th Ave E, Vancouver, BC V5T 1H4 Canada.

Respectfully submitted this 8th day of February, 2018,

_____
Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com