FORM 2(b) (ND/SD MISS. DEC. 2011)



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 12 2018
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Douglas Handshoe

                Plaintiff

v.                                    CIVIL ACTION
                                     NO. 1:15cv382-HSO-JCG

Vaughn Perret et al

                Defendant

### NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR PRODUCTION OF DOCUMENTS OR RESPONSES THERETO

**TO:**   All Counsel of Record

Pursuant to L.U.CIV.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) Check as appropriate:

☐  Interrogatories to:                      _____

☐  Requests for Production of Documents to:    _____

☑  Requests for Admissions to:       Charles Leary_____

☐  Responses to Interrogatories of:      _____

☐  Responses to Requests for Production of Documents of:   _____

FORM 2(b) (ND/SD MISS. DEC. 2011)

☐ Responses to Requests for Admissions of: _____

Pursuant to L.U.CIV.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

February 8, 2018                                    _____/s/_____
_____Date_____                                    Signature

                                            Douglas Handshoe, Appearing Pro Se
                                            Typed Name & Bar Number

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOUGLAS HANDSHOE

v.                                              CIVIL ACTION NO. 1:15cv382-HSO-JCG

VAUGHN PERRET, CHARLES LEARY &
DANIEL ABEL, D/B/A/ TROUT POINT
LODGE LTD OF NOVA SCOTIA & IN
THEIR INDIVIIDUAL CAPACITIES
PROGRESS MEDIA GROUP LIMITED,
MARILYN SMULDERS, & ASHOKA

**CERTIFICATE OF SERVICE**

I, Douglas Handshoe, hereby certify that on February 8, 2018 the foregoing was sent for electronically filing by me via the Clerk of the Court using the ECF system which sent notification to all counsel of record upon filing by the Clerk.

I, Douglas Handshoe, hereby certify that on February 8, 2018, I mailed the foregoing to Charles Leary at 308 5th Ave E, Vancouver, BC V5T 1H4 Canada.

Respectfully submitted this 8th day of February, 2018,

_____
Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com

1