# PRIORITY MAIL

DATE OF DELIVERY SP
USPS TRACKING™ INC
INSURANCE INCLUDED
PICKUP AVAILABLE
* Domestic only
WHEN USED INTERNATIONALLY, CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®

## UNITED STATES POSTAL SERVICE — Click-N-Ship®

usps.com  
$6.70  
US POSTAGE  
Flat Rate Env  

9405 8036 9930 0589 2592 33 0067 0000 0013 9501

02/08/2018    Mailed from 39577    062S0000000311

### PRIORITY MAIL 2-DAY™

DOUGLAS HANDSHOE  
DOUGLAS HANDSHOE, CPA  
PO BOX 788  
WIGGINS MS 39577-0768

Expected Delivery Date: 02/10/18

RECEIVED 0006
FEB 12 2018
C009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

SHIP TO:  
HON. ARTHUR S JOHNSON  
UNITED STATES DISTRICT CLERK  
2012 15TH ST  
STE 403  
GULFPORT MS 39501-2036

USPS TRACKING #

9405 8036 9930 0589 2592 33

Electronic Rate Approved #038555749