Gmail                                         Foodvacation Canada <foodvacation@gmail.com>

## service of discovery
2 messages

**foodvacation Canada** <foodvacation@gmail.com>                    Tue, Nov 28, 2017 at 12:02 PM
To: Douglas Handshoe <earning04@gmail.com>

Mr. Handshoe:

In order to facilitate discovery, which must be served under FRCP 5, I would suggest that we both consent to doing this via email.

I propose that this consent apply only to service of discovery requests, not to motions, briefs, pleadings, etc.

Sincerely,

Charles Leary

**Doug Handshoe** <earning04@gmail.com>                             Tue, Nov 28, 2017 at 4:40 PM
To: "leary, charles" <foodvacation@gmail.com>

Mr. Leary, I don't agree. Please send all discovery requests to the address I have on file with the Court. Thank you.

Sent from mobile
[Quoted text hidden]

Exhibit "A"
1 page