**Gmail**    Foodvacation Canada <foodvacation@gmail.com>

## change of address
2 messages

---

**foodvacation Canada** <foodvacation@gmail.com>    Fri, Dec 8, 2017 at 1:38 PM
To: Douglas Handshoe <earning04@gmail.com>

Mr. Handshoe:

Please note that my postal address has changed, starting immediately and until further notice. I will also be writing to the Court to make the change. My permanent residence remains the same.

Charles Leary
308 5th Ave E
Vancouver, BC
V5T 1H4
Canada

Please confirm receipt.

Sincerely,

Charles Leary

---

**Douglas Handshoe** <earning04@gmail.com>    Fri, Dec 8, 2017 at 5:48 PM
To: foodvacation Canada <foodvacation@gmail.com>

Received. I mailed pleadings to the court today which I will furnish you when they hit pacer on Monday so you will not be caught in a switch.

Doug Handshoe

Slabbed New Media LLC

Post Office Box 788

Wiggins, MS 39577-0788

Phone: (228) 284-0004

Fax: (601) 928-5129

www.slabbed.org

*Exhibit "B"*
*1 page*

From: foodvacation Canada [mailto:foodvacation@gmail.com]
Sent: Friday, December 08, 2017 11:38 AM
To: Douglas Handshoe <earning04@gmail.com>