Support (https://www.canadapost.ca/web/en/pages/support/default.page)
About us (https://www.canadapost.ca/web/en/pages/aboutus/default.page)
Shop (https://www.canadapost.ca/shop/shop.jsf)
FR
Sign in

 (https://www.canadapost.ca/web/en)

Personal (https://www.canadapost.ca/cpc/en/personal.page)
Business (https://www.canadapost.ca/cpc/en/home.page)
Tools (https://www.canadapost.ca/web/en/pages/tools/default.page)
Search

MENU

(https://www.canadapost.ca/web/en/)

Track (/cpotools/apps/track/personal/findByTrackNumber)  >  Track Results

# Track Results

Exhibit "C"

2 pages

Case 1:15-cv-00382-HSO-JCG   Document 217-4   Filed 03/14/18   Page 2 of 2

Unfortunately, the number you entered is not in our tracking system.

You entered a valid number, but we are not able to show the tracking information for one of the following reasons:

- The item is in transit, but we haven't yet received it from the sender
- The item is coming from another country and is not in Canada yet. Track it on the postal website of the originating country first.
- The item was shipped more than a year ago
- The sender chose a service that doesn't include tracking

**Please note** that this is the most up-to-date information available in our system. Our customer service representatives have access to the same information presented here. If a tracking number is not in our system, our customer service representatives are not able to provide any further details.

| Tracking No. | Date / Time ↑ | Description | Service Type |
|---|---|---|---|
| RA172893478US | N/A | We could not find this Tracking Number in our system. **Find out why**. You can **edit** this Tracking Number or **Request** Delivery Updates By Email. | N/A |

You have already entered the maximum number of email addresses (4) for this item.

Close

**Tracking No.**
RA172893478US

**Date / Time**
N/A

**Description**
We could not find this Tracking Number in our system. **Find out why**. You can **edit** this Tracking Number or **Request** Delivery Updates By Email.

**Service Type**
N/A

Track another item (/cpotools/apps/track/personal/findByTrackNumber)