
TIRER ICI POUR OUVRIR


Pochette en polyéthylène

PLAQUER LE RABAT ET COLLER LA BANDE ADHÉSIVE

LA POSTE


Ne convient pas aux contenus fragiles

EXPEDITEUR
Leary
110 Flood Point Rd.
Ebenezer, MS
39459


RECEIVED
MAR 14 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.


Pochette Bulles 3kg max


3 561920 625157
HP/PPB/017444/K140340C/A
11/17
©nude.eu

Pochette

Bulles  3 kg max

Dimensions:
29 x 33 cm



LB 03 522 026 2 FR

LA POSTE

APPOSEZ ICI VOTRE LIASSE DE TRANSPORT OU COMPLÉTEZ LES ADRESSES ET AFFRANCHISSEZ

DESTINATAIRE

U.S. District Court
Russel Court House
2012 15th Street Suite 403
Gulfport MS
USA



RÉPUBLIQUE FRANÇAISE
27/02/18
9,70 EUR
Lettre Suivie Inter