# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOUGLAS HANDSHOE

v.                                CIVIL ACTION NO. 1:15cv382-HSO-JCG

VAUGHN PERRET, CHARLES LEARY &
DANIEL ABEL, D/B/A/ TROUT POINT
LODGE LTD OF NOVA SCOTIA & IN
THEIR INDIVIIDUAL CAPACITIES
PROGRESS MEDIA GROUP LIMITED,
MARILYN SMULDERS, & ASHOKA

**Declaration of Douglas Handshoe:**

Under penalty of perjury I, Douglas Handshoe, swear and affirm the following:

  A. I am the Plaintiff / Counter defendant in this matter.
  B. I have attached the following as Exhibits to this Declaration:
     a. Exhibit 1 - ECF No 203-12 US Copyright Office's Copyright Catalogue.
     b. Exhibit 2 - Screen Capture of Photo used in YouTube video.
     c. Exhibit 3 - About: Terms & Conditions of the Toronto Star website captured on May 3, 2013 by Archive.org
     d. Exhibit 4 - ECF 34-1 News Story dated February 2, 2012 submitted by Torstar.
     e. Exhibit 5 - ECF 186-1 Email to Brennan submitted by Mr. Leary.
     f. Exhibit 6 – ECF 64-4 Declaration of Kathy English submitted by Torstar.
     g. Exhibit 7 - ECF 203-17 Screen Capture of Photo used in YouTube video submitted by Mr. Leary.
     h. Exhibit 8 - <u>New World Creole</u>, Open to the World Magazine, Winter 2006 Edition.
     i. Exhibit 9 - DMCA Takedown Notice by Progress Media Group dated December 13, 2012.

s

    j. Exhibit 10 - ECF 175-2, Canadian Copyright Registration Number 1106087.
    k. Exhibit 11 - Email to Douglas Handshoe by YouTube dated February 15, 2014.
    l. Exhibit 12 - ECF 175-3 submitted by Mr. Leary for an example the fill in YouTube form used by Mr. Leary to submit the Takedown notice.
    m. Exhibit 13 - ECF 96-11 pages 10 and 11 submitted by Mr. Leary. Follow-up correspondence between Trout Point and YouTube, which specifically mentions DMCA Section 512(f)
    n. Exhibit 14 - ECF 111-8 YouTube's terms of Service submitted by Plaintiff.
    o. Exhibit 15 - Email from YouTube to Handshoe dated July 14, 2014.
    p. Exhibit 16 - ECF 175-4, Email from YouTube to Trout Point submitted by Mr. Leary.
    q. Exhibit 17 - Entire email chain between YouTube and Trout Point beginning with the July 14, 2014 YouTube Notice of Counter notification.
    r. Exhibit 18 - Email to Handshoe from YouTube dated August 6, 2014.
    s. Exhibit 19 – As mailed requests for Admissions to Charles Leary dated January 4, 2018.
    t. Exhibit 20 - ECF 175-1 Leary Declaration dated October 9, 2017.

    I swear and affirm I have examined the Exhibit 1 through 20 and they are true and correct in all respect.

So certified this the 26th day of March, 2018,

_____

Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com