# EXHIBIT 1

WebVoyage Record View 1                                    http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=2&ti=1,2&S...



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Slabbed
Search Results: Displaying 2 of 2 entries



*Slabbed: The Alternative New Media for the Gulf South.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0002019025 / 2017-01-31 |
| **Application Title:** | Slabbed: No Fear Journalism. |
| **Title:** | Slabbed: The Alternative New Media for the Gulf South. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Slabbed New Media, LLC. Address: Post Office Box 788, Wiggins, MS, 39577. |
| **Date of Creation:** | 2013 |
| **Date of Publication:** | 2013-05-06 |
| **Nation of First Publication:** | United States |
| **Alternative Title on Application:** | It?s a Slabbed promo! |
| **Authorship on Application:** | Slabbed New Media, LLC, employer for hire; Citizenship: United States. Authorship: audiovisual material. |
| **Pre-existing Material:** | preexisting music. |
| **Basis of Claim:** | all other cinematographic material, audiovisual material, text. |
| **Rights and Permissions:** | Slabbed New Media, LLC, Post Office Box 788, Wiggins, MS, 39577, United States, (601) 928-5380, (228) 323-1598, earning04@gmail.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Slabbed New Media, LLC |





---

1 of 2                                Ex. K                          2017-11-14, 3:45 pm

WebVoyage Record View 1                                    http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=2&ti=1,2&S...

Copyright Office Home Page  |  Library of Congress Home Page

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOUGLAS HANDSHOE                                             PLAINTIFF

VS.                                   CIVIL ACTION NO. 1:15cv382HSO-JCG

VAUGHN PERRET, CHARLES LEARY &
DANIEL ABEL, D/B/A TROUT
POINT LODGE LTD OF NOVA SCOTIA
& IN THEIR INDIVIDUAL CAPACITIES
PROGRESS MEDIA GROUP LIMITED,
MARILYN SMULDERS, TORSTAR
CORPORATION, NATIONAL
GEOGRAPHIC SOCIETY, XYZ
FOUNDATION & JOHN DOES 1-50                              DEFENDANTS

DECLARATION OF KATHY ENGLISH IN SUPPORT OF TORSTAR
CORPORATIONS MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION
FOR SUMMARY JUDGMENT ON PLAINTIFF'S SECOND AMENDED COMPLAINT
FOR DAMAGES, DECLARATORY AND INJUNCTIVE RELIEF

I, Kathy English, declare that:

1.     I am Public Editor of the Toronto Star Newspapers Limited ("TSNL"), a wholly-owned subsidiary of the defendant Torstar Corporation. I have personal knowledge of all of the facts set forth in this Declaration based upon information obtained from various sources, including my own personal knowledge and experience with Torstar Corporation, as well as documents and records maintained by Torstar in the regular course of business. I make this Declaration based on my personal knowledge and reliable business records and sources of information as to the following facts and circumstances, and I could and would competently testify to these matters if called as a witness.

2.     Torstar Corporation is a Canadian company whose subsidiary operates an online news

EXHIBIT
D