# EXHIBIT 2

11/6/2017    Case 1:15-cv-00382-HSO-JCG Document 186-3 ExhibitC.png Filed 11/13/17 Page 1 of 1



https://mail.google.com/mail/u/0/#inbox/15f92b58e3c2db09?projector=1     Ex. C     1/1