# EXHIBIT 5

11/6/2017 Case 1:15-cv-00382-HSO-JCG Document A.jpg-1 Filed 11/13/17 Page 1 of 1



Ex. A