# EXHIBIT 7

12/10/2017 Case 1:15-cv-00382-HSO-JCG Document 170-17 Filed 12/14/17 Page 1 of 1



Slabbed: No Fear Journalism

439 views

👍 1   👎 0   ➤ SHARE   ≡+   •••



**Doug Handshoe**
Published on May 6, 2013

SUBSCRIBE 7

https://mail.google.com/mail/u/0/#inbox/16041fb40d53598d?projector=1    1/1

Ex. P