# EXHIBIT 9



**Weldon McInnis**
BARRISTERS & SOLICITORS

118 Ochterloney Street
Dartmouth, Nova Scotia
B2Y 1C7
Tel: 902.469.2421
Fax: 902.463.4452

December 13, 2012

Dreamhost Web Hosting
New Dream Network, LLC.
PMB #257
417 Associated Rd.
Brea, CA 92821
US

**Re: Copyright Claim**

Dear Sirs:

Please be advised that we represent Progress Media Group Limited ("Progress"), the publishers of "Nova Scotia Open to the World". In a recent edition of the foregoing publication, Progress ran a story concerning Trout Point Lodge, a tourist lodge located in Nova Scotia. That story included a photograph of Vaughn Perret, Danny Abel and Charles Leary, which photograph was taken for the sole purpose of the article by Marilyn Smulders (the "Photograph").

Progress Media Group Limited and Marilyn Smulders together are the copyright owners of the Photograph and have appointed our firm to act as their agent in this matter.

Your company has been identified to us as the web hosting service for the web site www.slabbed.org. That website has posted a copy of the Photograph on the following pages:

> http://www.slabbed.org/2012/10/05/civil-district-court-lawsuit-filed-by-concrete-busters-against-river-birch-terms-trout-point-lodge-ltd-of-nova-scotia-a-shell-company/

> http://www.slabbed.org/2012/09/18/dirty-deeds-done-dirt-cheap-slabbed-explores-the-genesis-of-the-trout-point-development-and-certain-land-sales-to-aaron-broussard-and-his-cronies/

This letter is official notification under the provisions of Section 512(c) of the Digital Millennium Copyright Act ("DMCA") to effect removal of the above-reported infringements. I request that you immediately issue a cancellation message as specified in RFC 1036 for the

---

M. Jean Beeler, QC  •  C. LouAnn Chiasson, QC  •  F. Alexander Embree  •  Nicole A. Figueira  •  Theresa M. Graham
Ronan W. Holland  •  Bruce V. McLaughlin  •  Matthew J.D. Moir

specified postings and prevent the infringer, who is identified by its Web address, from posting the infringing photographs to your servers in the future. Please be advised that law requires you, as a service provider, to "expeditiously remove or disable access to" the infringing photographs upon receiving this notice. Noncompliance may result in a loss of immunity for liability under the DMCA.

The parties for whom we act as agents have a good faith belief that use of the material in the manner complained of here is not authorized by them, the copyright holders, or the law. The information provided here is accurate to the best of their knowledge. They swear under penalty of perjury that they are copyright holders of the Photograph.

Please send me at the address noted below a prompt response indicating the actions you have taken to resolve this matter.

Sincerely,
**WELDON MCINNIS**

*[signature]*

**Bruce V. McLaughlin**
BVM/mr
enc.