# EXHIBIT 10


Government of Canada   Gouvernement du Canada

Home  → Canadian Copyrights Database

# Canadian Copyright Register

▶ Third-Party Information Liability Disclaimer

The links on the text provide access to the help file.

**Title:**
Charles L. Leary & Vaughan J. Perret with dog
**Type:**
Copyright
**Registration Number:**
1106087
**Status:**
Registered
**Registered:**
2013-07-08
**Category of Work:**
Artistic
**Date Published:**
2012-02-02
**Country Published:**
Canada

**Interested Parties:**

**Owner:**

**Company Name:**
Trout Point Lodge, Limited
**Original Address:**
P.O. Box 456 Kemptville
Nova Scotia B0W 1Y0
Canada
**Current Address:**
Same as original address.

**Author:**

**Person Name**

Ex. A

Registration number: 1106087 - Canadian Copyright Register - C...    http://www.ic.gc.ca/app/opic-cipo/cpyrgts/dtls.do?fileNum=110...

Case 1:15-cv-00382-HSO-JCG   Document 175-2   Filed 10/16/17   Page 2 of 2

Crowell Kara
**Original Address:**
**Current Address:**
Same as original address.

[Back to Search]   [Back to Results]

**Last updated on:**
2017-04-04

- Trademarks
- Patents
- Copyright
- Industrial designs
- For agents
- For business
- What is intellectual property?
- Payments and fees