# EXHIBIT 11

## Douglas Handshoe

| | |
|---|---|
| **From:** | support@support.youtube.com |
| **Sent:** | 02/15/2014 6:10 PM |
| **To:** | dkhcpa@gmail.com |
| **Subject:** | Re: YouTube Support |
| **Flag Status:** | Flagged |

Dear Doug Handshoe,

This is to notify you that we have received a privacy complaint from an individual regarding your content:

------------------------------------------------------------

Video URLs: http://youtube.com/watch?v=M_pc4bjaLno
The information reported as violating privacy is at 0_00 - 3_00

------------------------------------------------------------

We would like to give you an opportunity to review the content in question and remove any personal information that may be used to uniquely identify or contact the complainant.

You have 48 hours to take action on the complaint. If you remove the alleged violation from the site within the 48 hours, the complaint filed will then be closed. If the potential privacy violation remains on the site after 48 hours, the complaint will be reviewed by the YouTube Team and may be removed pursuant to our Privacy Guidelines (http://www.youtube.com/t/privacy_guidelines). For content to be considered for removal, an individual must be uniquely identifiable by image, voice, full name, Social Security number, bank account number or contact information (e.g., home address, email address). Examples that would not violate our privacy guidelines include gamer tags, avatar names, and address information in which the individual is not named. We also take public interest, newsworthiness, and consent into account when determining if content should be removed for a privacy violation.

If the alleged violation is located within the video itself, you may have to remove the video completely. If someone's full name or other personal information is listed within the title, description, or tags of your video, you can edit this by going to My Videos and clicking the Edit button on the reported video. Making a video private is not an appropriate method of editing, as the status can be changed from private to public at any time.
Because they can be turned off at any time, annotations are also not considered an acceptable solution.

We're committed to protecting our users and hope you understand the importance of respecting others' privacy. When uploading videos in the future, please remember not to post someone else's image or personal information without their consent. For more information, please review our Privacy Guidelines
http://www.youtube.com/t/privacy_guidelines.