# EXHIBIT 15

## Douglas Handshoe

| | |
|---|---|
| **From:** | YouTube <copyright@youtube.com> |
| **Sent:** | 07/14/2014 3:47 PM |
| **To:** | dkhcpa@gmail.com |
| **Subject:** | Re: [1-9100000004085] New Copyright Counter-Notification |



Dear Doug Handshoe,

Thank you for your counter notification. It has been forwarded to the party that sent the takedown notification.

If we receive no response, your material will be restored in 10 to 14 business days from today. Please understand that submitting additional counter notifications for this URL will not accelerate your video's reinstatement.

- The YouTube Team Counter-Notification as follows: Videos included in counter-notification: http://www.youtube.com/watch?v=M_pc4bjaLno Display name of uploader: Doug Handshoe I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled. I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant. Douglas Handshoe 110 Hall Street Wiggins, MS 39577 dkhcpa@gmail.com 6019285380

Help center • Email options • Report spam

©2014 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066

1