# EXHIBIT 17



Foodvacation Canada <foodvacation@gmail.com>

---

### Re: [1-9100000004085] New Copyright Counter-Notification
5 messages

---

**YouTube** <copyright@youtube.com>  　　　　　　　　　　　Mon, Jul 14, 2014 at 5:47 PM
To: foodvacation@gmail.com



We have received the attached counter-notification in response to a complaint that you filed with us.

We are providing you with the counter notification and will await your notice (in no more than 10 business days) to confirm that you have filed an action seeking a court order to restrain the counter notifier's allegedly infringing activity. Such notice should be submitted by replying to this email. If we do not receive notice from you, we may reinstate the material to YouTube.

If you have already provided YouTube with evidence of a court action in response to a previous counter notification for this URL, there is no need for you to respond again.

If you have any questions, please contact ukcopyright@youtube.com.

Counter-Notification as follows:
Videos included in counter-notification:
http://www.youtube.com/watch?v=M_pc4bjaLno
Display name of uploader: Doug Handshoe
I swear, under penalty of perjury, that I have a good-faith belief that the material was removed due to a mistake or misidentification of the material to be removed or disabled.
I consent to the jurisdiction of the Federal District Court for the district in which my address is located or, if my address is outside the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.
Douglas Handshoe
110 Hall Street
Wiggins, MS 39577
dkhcpa@gmail.com
6019285380

Help centre • Email options • Report spam

©2014 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066

**foodvacation Canada** <foodvacation@gmail.com>  Tue, Jul 15, 2014 at 1:36 PM
To: YouTube <copyright@youtube.com>, ukcopyright@youtube.com

YouTube
Google

Thank you for providing the counter notification. This is an actionable instance of misrepresentation under the Digital Millennium Copyright Act by Douglas Handshoe.

The validity of our copyright claim over the images contained in the video in question has already been adjudicated by the Supreme Court of Nova Scotia. The decision is attached. All infringing images featured in the video are registered with the Intellectual Property Office. Their publication in the video of Douglas Handshoe is not authorized by the owners and is in violation of Canadian copyright law.

Both Canada and the United States are signatories to the North American Free Trade Agreement. The Agreement provides for the "Enforcement of Intellectual Property Rights" on both sides of the border.

Notably, Google Removals is already blocking search result content from Douglas Handshoe referring to Trout Point Lodge, Charles Leary, and Vaughn Perret due to mandatory and permanent injunctions issued by the Supreme Court in February, 2012 (attached). Google Removals No. [5-5802000000572].

I am asking that you heed the decisions and Orders of the Nova Scotia Supreme Court and that you do not allow the infringing video to be republished. He is a serial copyright infringer, and should be pursued in the courts for perjury and misrepresentation.

Do not hesitate to contact me with any concerns.

Sincerely,

Vaughn Perret, JD

[Quoted text hidden]

**2 attachments**

- [1-1] Ex A to Complaint - 02 08 12 (1).pdf
  102K
- Trout Point Lodge Ltd v. Handshoe (2014 NSSC 62) (1).pdf.crdownload
  283K

---

**copyright@youtube.com** <copyright@youtube.com>  Wed, Aug 6, 2014 at 2:45 PM
To: foodvacation Canada <foodvacation@gmail.com>

Hello,

This content has been blocked and is no longer viewable in Canada. It remains live in all other locations unless restricted by the uploader.

Regards,

The YouTube Copyright Team

[Quoted text hidden]
> [Quoted text hidden]
> --

---

**foodvacation Canada** <foodvacation@gmail.com>                    Wed, Aug 6, 2014 at 5:17 PM
To: YouTube <copyright@youtube.com>

The United States must by treaty recognize Canadian copyright. The works identified as being published in the video without authorization are copyrighted works registered with the Intellectual Property Office.

We are asking that you disable the sections of the video where the copyrighted works appear, which have previously been identified for you.

Sincerely,

Charles Leary

[Quoted text hidden]

---

**foodvacation Canada** <foodvacation@gmail.com>                    Wed, Aug 6, 2014 at 7:03 PM
To: YouTube <copyright@youtube.com>

I have alerted you of infringing activity, including infringing publication of specifically identified creative works that are registered as copyrighted.

The § 512(c) safe harbor will apply only if the service provider (YouTube/Google):

(A) (i) does not have actual knowledge that the material or an activity using the material on the system or network is infringing;

(ii) in the absence of such actual knowledge, is not aware of facts or circumstances from which infringing activity is apparent; or

(iii) upon obtaining such knowledge or awareness, acts expeditiously to remove, or disable access to, the material;

YouTube has actual knowledge of infringement via a court order identifying the creative works in question as belonging to us. Infringing activity is also apparent.

Please disable access to the creative works as published in the video.

Sincerely,

Vaughan Perret, J.D.

[Quoted text hidden]