# EXHIBIT 18

**Douglas Handshoe**

| | |
|---|---|
| From: | copyright@youtube.com |
| Sent: | 08/06/2014 12:44 PM |
| To: | dkhcpa@gmail.com |
| Subject: | RE: [1-9100000004085] New Copyright Counter-Notification |
| Attachments: | [1-1]+Ex+A+to+Complaint+-+02+08+12+(1).pdf |
| Flag Status: | Flagged |

Hello,

Thank you for your counter-notification. We have received the attached court order in regard to this content. We are not able to restore global access to your video under these circumstances. Your video will not be viewable in Canada, but it will be available in all other countries. Your account will not be penalized.

We unfortunately are unable to assist further in this matter. You may wish to contact the complainant directly at foodvacation@gmail.com.

Regards,

The YouTube Copyright Team


On 07/14/14 13:47:12 copyright@youtube.com wrote:



> Dear Doug Handshoe,
>
> Thank you for your counter notification. It has been forwarded to the party that sent the takedown notification.
>
> If we receive no response, your material will be restored in 10 to 14 business days from today. Please understand that submitting additional counter notifications for this URL will not accelerate your video's reinstatement.
>
> - The YouTube Team Counter-Notification as follows: Videos included in counter-notification: http://www.youtube.com/watch?v=M_pc4bjaLno Display name of uploader: Doug Handshoe I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled. I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant. Douglas Handshoe 110 Hall Street Wiggins, MS 39577 dkhcpa@gmail.com 6019285380

Help center • Email options • Report spam

1

2011                                                              Yar. No. 353656

## IN THE SUPREME COURT OF NOVA SCOTIA
### BETWEEN:

**Trout Point Lodge, Limited**, a *Nova Scotia Limited Company*, **Vaughn Perret & Charles Leary**

Plaintiffs

– and –

**Doug K. Handshoe** and **Jane Doe**

Defendants



### ORDER

Before the Honourable Justice Suzanne Hood in chambers:

A motion was made by Trout Point Lodge, Charles Leary, and Vaughan Perret for assessment of damages and injunctive relief against Doug K. Handshoe.

Having reviewed the affidavits of Charles Leary and Vaughan Perret, and having heard Charles Leary and Vaughan Perret on behalf of the Plaintiffs in chambers, on the motion of Trout Point Lodge, Charles Leary, and Vaughn Perret the following is ordered:

The Defendant Douglas K Handshoe of Mississippi as a joint and concurrent tortfeasor shall pay to the plaintiffs the following damages:

- to Trout Point Lodge: $75,000 in general damages
- to Vaughan Perret, $100,000 in general damages; $50,000 in aggravated damages; and $25,000 in punitive damages;
- to Charles Leary, $100,000 in general damages; $50,000 in aggravated damages; and $25,000 in punitive damages;

as well as costs of $2,000.

In addition, I order a permanent injunction to issue against the defendant, Douglas K. Handshoe, restraining him from disseminating, posting on the Internet or publishing, in any manner whatsoever, directly or indirectly, any statements or comments about the plaintiffs, Trout Point Lodge, Charles L. Leary, and Vaughan J. Perret. This injunction shall include the publication, circulation and promotion on the blog named Slabbed, and any similar or other publications. For further particularity, the defendant shall not publish or cause to be published or otherwise disseminate or distribute in any manner whatsoever, whether by way of the Internet or other medium, any statements or other communications which refer to the plaintiffs by name, depiction or description.

I also order a mandatory injunction to issue against the above-named Defendant regarding continued publication in any manner whatsoever, whether by way of the Internet or other medium, any statements

IN THE SUPREME COURT OF NOVA SCOTIA
I hereby certify that the foregoing document is a true copy of the original.
Dated 7 day of February, 2013

Elaine L. d'Entremont
Prothonotary

or other communications which refer to the plaintiffs by name, depiction or description. All such material is hereby ordered to be immediately removed from publication.

Issued February 2, 2012

Elaine L. d'Entremont
Prothonotary