

U.S. District Court
Russell U.S. Court House
2012 15th Street, Suite 403
Gulfport, MS
USA

39501