

Shipping label (Chronopost):
- FROM: see Chronopost AWB # XE318013515FR
- TO: US DISTRICT COURT, DON RUSSELL, GULFPORT 39501, US
- WEIGHT: 0.25 KG
- REF: 046000000727Z2M
- ORIGIN ID: BVE
- US-2902-MIA9 ROW3 302-US-39501
- 1 OF 1 D MIA ROW3
- DATE: 25/04/2018
- Stamp: CLERK US DISTRICT COURT CHRONOPOST RECEIVED APR 27 2018 US DISTRICT COURT OF MISS.

CHRONO EXPRESS – enveloppe international

SENDER:
- NAME: Charles LEROY
- ADDRESS: 308 Grand Rue
- CITY: Cenect St Julien
- ZIP CODE: 74160
- COUNTRY: FRANCE
- PHONE: 0649302030
- E-MAIL: Charles.Leroy@...

RECEIVER:
- NAME: U.S. District Court
- ADDRESS: 2012 15th Street U.S. Courthouse Suite 403
- CITY: Gulfport
- ZIP CODE: 39501
- STATE: Miss (MS)
- COUNTRY: USA
- PHONE: +1 228-563-1700
- CONTACT NAME: Clerk

CONTENTS: Documents (no commercial value)
SENDER SIGNATURE: [signature]  DATE: 24/04/18
D D M M Y Y

XE 318 013 515 FR   Code: 17 30




