IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOUGLAS HANDSHOE                                                                PLAINTIFF

VS.                                                      CIVIL ACTION NO. 1:15cv382HSO-JCG

VAUGHN PERRET, CHARLES LEARY &
DANIEL ABEL, D/B/A TROUT
POINT LODGE LTD OF NOVA SCOTIA
& IN THEIR INDIVIDUAL CAPACITIES
PROGRESS MEDIA GROUP LIMITED,
MARILYN SMULDERS, TORSTAR
CORPORATION, NATIONAL
GEOGRAPHIC SOCIETY, XYZ
FOUNDATION & JOHN DOES 1-50                                      DEFENDANTS



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 27 2018
ARTHUR JOHNSTON
BY_____ DEPUTY

**DEFENDANT CHARLES LEARY'S**
***PRO SE* MOTION FOR PARTIAL SUMMARY JUDGMENT**

COMES NOW Defendant and Plaintiff by counterclaim **Charles Leary**, appearing *pro se*, and files this his Motion for partial summary judgment (Fed.R.Civ.P. 56), and would show that there is no question of fact or law that Defendant Leary did not violate 17 U.S.C. § 512(f) when he filled out a YouTube webform from Canada to report copyright infringement in a YouTube video. In addition, there is no question of fact or law that Mr. Handshoe infringed copyright in the photographic work at issue

Defendant Leary respectfully also moves this Court for such general relief as the Court deems appropriate in the premises.

RESPECTFULLY SUBMITTED, this the 27th day of April, 2018.

*[signature]*

CHARLES LEARY, DEFENDANT

appearing *pro se*

308 5th Ave E
Vancouver, BC V5T 1H4
Canada

(902) 482-8360
foodvacation@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that, on April 27, 2018, I caused a true and correct copy of the above and foregoing to be filed utilizing the Court's CM/ECF electronic document filing system, which caused notice of such filing to be delivered to all counsel of record and parties requesting notice, and by United States First Class Mail, postage prepaid, to the following non-ECF participants having appeared in this action:

[none]

_____
Charles L. Leary