Shipping label (Chronopost CHRONO EXPRESS International):

- Sender: Charles LEARY, 302 rue St-Eleuy, Concept-St-Julien, ZIP 72250, FRANCE, phone 06 49 90 20 30 (crossed out)
- Receiver: U.S. District Court, Clerk, 2012 Ben Russell U.S. Courthouse, Suite 403, 15th Street, Gulfport, MS 39501, USA, phone +1 228-563-1700
- Tracking: XE 318 013 515 FR
- Origin ID: BYE; Weight: 0.25 KG; Date: 25/04/2018 18:15
- Route: US-2902-MIA9 / 302-US-39501 / ROW3 / D MIA ROW3 / 1 OF 1
- Ref: 0460000000727?22M
- Stamp: CLERK US DISTRICT COURT CHRONOPOST / RECEIVED APR 27 2018 U.S. DISTRICT COURT OF MISS.
- Handwritten: "USA"
- Sender signature dated 24/4/2018
- "Documents (no commercial value)" checked; Prepaid; Maximum résistance 1 kg
- Format utile : 27 x 33,5 cm ; Résistance maximale conseillée (emballage inclus) : 1 kg
- Service Client 0825 801 801 / 0969 391 391 / www.chronopost.fr









