

foodvacation Canada &lt;foodvacation@gmail.com&gt;
to Richard

attached

---------- For
From: Kara
Date: Thu,
Subject: ph
To: foodvac

| | |
|---|---|
| from: | foodvacation Canada &lt;foodvacation@gmail.com&gt; |
| to: | "Brennan, Richard" &lt;rbrennan@thestar.ca&gt; |
| date: | Thu, Feb 2, 2012 at 12:08 PM |
| subject: | Fwd: photos |
| mailed-by: | gmail.com |

2/2/12

lp

Exhibit "A"
1 page