

Slabbed: No Fear Journalism

2:38 / 3:13

$E \times h i b i t \ (^{\prime\prime}C^{\prime\prime})$

1 page