










