

**Foodvacation Canada <foodvacation@gmail.com>**

## [esnail.ca] Mail update
4 messages

**[esnail.ca] Mail update** <info@esnail.ca>  Tue, Apr 10, 2018 at 7:43 PM
Reply-To: "[esnail.ca] Mail update" <info@esnail.ca>
To: foodvacation@gmail.com

Hello, Charles. Glad to inform you that you have update in your inbox. Your mail link is: https://www.esnail.ca /client/mail/view/660cn5zc75JD5ty755W9cbf5bdCc77

---

**[esnail.ca] Mail update** <info@esnail.ca>  Tue, Apr 10, 2018 at 8:25 PM
Reply-To: "[esnail.ca] Mail update" <info@esnail.ca>
To: foodvacation@gmail.com

Hello, Charles. Glad to inform you that you have update in your inbox. Your mail link is: https://www.esnail.ca /client/mail/view/4N9cee7d892Yb2dBfa67f295b5d2e7

---

**foodvacation Canada** <foodvacation@gmail.com>  Tue, Apr 10, 2018 at 9:03 PM
To: "[esnail.ca] Mail update" <info@esnail.ca>

HI:

This scan (below) seems to be the same one you did on April 5. Is there an error or was the same document received twice?

Best,

Charles Leary
[Quoted text hidden]

---

**Sophie Bissonnette** <sophie@esnail.ca>  Tue, Apr 10, 2018 at 11:29 PM
To: foodvacation Canada <foodvacation@gmail.com>

Hi there!
It seems the same document was received twice.
Please let me know if you would like me to do anything about it!
Kind regards,
Sophie
[Quoted text hidden]

--
**Sophie Bissonnette**
**Business Development Officer**
**eSnail.ca Automated Mail Systems Canada Inc.**
sophie@esnail.ca
**(204) 299-1004**

Exhibit "A"

4 pages

## All Mails (9)

Subject or description or  [ Search ]

✉ (/client/mail/view/4N9cee7d892Yb2dBfa67f295b5d2e7) 2018-04-10 18:24:36 (/client/mail/view/4N9cee7d892Yb2dBfa67f295b5d2e7)   Recipient: Charles Leary <foodvacation@gmail.com> (/client/mail/view/4N9cee7d892Yb2dBfa67f295b5d2e7) Sender: Slabbed New Media, LLC

**(/client/mail/view/4N9cee7d892Yb2dBfa67f295b5d2e7)**   [ Request ▾ ]   ✖ (/client/mail/trash/4N9cee7d892Yb2dBfa67f295b5d2e7)

(/client/mail/view/4N9cee7d892Yb2dBfa67f295b5d2e7)

✉ (/client/mail/view/660cn5zc75JD5ty755W9cbf5bdCc77) 2018-04-10 17:43:07 (/client/mail/view/660cn5zc75JD5ty755W9cbf5bdCc77)   Recipient: Charles Leary <foodvacation@gmail.com> (/client/mail/view/660cn5zc75JD5ty755W9cbf5bdCc77) Sender: U.S. District Court

**(/client/mail/view/660cn5zc75JD5ty755W9cbf5bdCc77)**   [ Request ▾ ]   ✖ (/client/mail/trash/660cn5zc75JD5ty755W9cbf5bdCc77)

(/client/mail/view/660cn5zc75JD5ty755W9cbf5bdCc77)

✉ (/client/mail/view/vb74V921U1e5iVQfe3ffa3f73ap2fU) 2018-04-05 18:13:09 (/client/mail/view/vb74V921U1e5iVQfe3ffa3f73ap2fU)   Recipient: Charles Leary <foodvacation@gmail.com> (/client/mail/view/vb74V921U1e5iVQfe3ffa3f73ap2fU) Sender: Slabbed New Media, LLC

**(/client/mail/view/vb74V921U1e5iVQfe3ffa3f73ap2fU)**   [ Request ▾ ]   ✖ (/client/mail/trash/vb74V921U1e5iVQfe3ffa3f73ap2fU)

(/client/mail/view/vb74V921U1e5iVQfe3ffa3f73ap2fU)

eSnail.ca
308 East 5th Avenue
Vancouver, BC
V5T 1H4 Canada

Support (/support.html) | Security (/security.html) | F.A.Q. (/faq.html) | Legal (/legal.html) | Privacy (/privacy.html)

✉ (/client/mail/view/5mddda9e320kfP94d00Kw23cap4e99) 2018-03-22 20:13:00 (/client/mail/view/5mddda9e320kfP94d00Kw23cap4e99)   Recipient: Charles Leary <foodvacation@gmail.com> (/client/mail/view/5mddda9e320kfP94d00Kw23cap4e99) Sender: U.S. District Court

**(/client/mail/view/5mddda9e320kfP94d00Kw23cap4e99)**   Request ▾   ✖ (/client/mail/trash/5mddda9e320kfP94d00Kw23cap4e99)

(/client/mail/view/5mddda9e320kfP94d00Kw23cap4e99)

👍 (/client/mail/view/aab3aaab4uVD8gb4435s9779b50800) 2018-03-01 21:25:49 (/client/mail/view/aab3aaab4uVD8gb4435s9779b50800)   Recipient: Charles Leary <foodvacation@gmail.com> (/client/mail/view/aab3aaab4uVD8gb4435s9779b50800) Sender: U.S. District Court

**(/client/mail/view/aab3aaab4uVD8gb4435s9779b50800)**   Request ▾   ✖ (/client/mail/trash/aab3aaab4uVD8gb4435s9779b50800)

(/client/mail/view/aab3aaab4uVD8gb4435s9779b50800)

✉ (/client/mail/view/8atfa34V7a58e8a5b52580ha98o91R) 2018-03-01 21:25:10 (/client/mail/view/8atfa34V7a58e8a5b52580ha98o91R)   Recipient: Charles Leary <foodvacation@gmail.com> (/client/mail/view/8atfa34V7a58e8a5b52580ha98o91R) Sender: U.S. District Court

**(/client/mail/view/8atfa34V7a58e8a5b52580ha98o91R)**   Request ▾   ✖ (/client/mail/trash/8atfa34V7a58e8a5b52580ha98o91R)

(/client/mail/view/8atfa34V7a58e8a5b52580ha98o91R)

🛒 (/client/mail/view/88e172b3qeQb99c9290e96db1b9ec6) 2018-02-27 21:48:41 (/client/mail/view/88e172b3qeQb99c9290e96db1b9ec6)   Recipient: Charles Leary <foodvacation@gmail.com> (/client/mail/view/88e172b3qeQb99c9290e96db1b9ec6) Sender: Douglas Handshoe

**(/client/mail/view/88e172b3qeQb99c9290e96db1b9ec6)**   Request ▾   ✖ (/client/mail/trash/88e172b3qeQb99c9290e96db1b9ec6)

(/client/mail/view/88e172b3qeQb99c9290e96db1b9ec6)

eSnail.ca
308 East 5th Avenue
Vancouver, BC
V5T 1H4 Canada

Support (/support.html) | Security (/security.html) | F.A.Q. (/faq.html) | Legal (/legal.html) | Privacy (/privacy.html)

✉ (/client/mail/view/44Da4Q1l10c4Kuc1PG4Si989965ec4) 2018-02-04 22:27:48 (/client/mail/view/44Da4Q1l10c4Kuc1PG4Si989965ec4)   Recipient: Charles Leary <foodvacation@gmail.com> (/client/mail/view/44Da4Q1l10c4Kuc1PG4Si989965ec4) Sender: US District Court

**(/client/mail/view/44Da4Q1l10c4Kuc1PG4Si989965ec4)**

Request ▾   ✖ (/client/mail/trash/44Da4Q1l10c4Kuc1PG4Si989965ec4)

(/client/mail/view/44Da4Q1l10c4Kuc1PG4Si989965ec4)

✉ (/client/mail/view/87de111fa77eu7sdeR0f71dh4l10d0) 2018-01-18 01:10:54 (/client/mail/view/87de111fa77eu7sdeR0f71dh4l10d0)   Recipient: Charles Leary <foodvacation@gmail.com> (/client/mail/view/87de111fa77eu7sdeR0f71dh4l10d0) Sender:

Request ▾   ✖ (/client/mail/trash/87de111fa77eu7sdeR0f71dh4l10d0)

**(/client/mail/view/87de111fa77eu7sdeR0f71dh4l10d0)**

(/client/mail/view/87de111fa77eu7sdeR0f71dh4l10d0)

eSnail.ca
308 East 5th Avenue
Vancouver, BC
V5T 1H4 Canada

Support (/support.html) | Security (/security.html) | F.A.Q. (/faq.html) | Legal (/legal.html) | Privacy (/privacy.html)