



This content is not available on this country domain due to a legal complaint by Trout Point Lodge, Limited.

### Slabbed: No Fear Journalism

437 views

👍 1   👎 0   =+   ...

**Doug Handshoe**
Published on May 6, 2013

SUBSCRIBE

| | |
|---|---|
| Category | News & Politics |
| License | Standard YouTube License |

Comments are disabled for this video.

Exhibit "D"
1 page