

Exhibit "F"
1 page