Skip to content

Slabbed

Alternative New Media for the Gulf South

# Day: May 6, 2013

## It's a Slabbed promo!

Share

Share

Author Douglas Handshoe Posted on May 6, 2013 August 7, 2014 Categories Sop Tags Slabbed Leave a comment on It's a Slabbed promo!

Exhibit "G"
4 pages

May 6, 2013

Honorable Judge Susie Morgan
Section E
500 Poydras Street
Room C 508
New Orleans, Louisiana 70130

**BY HAND TO THE COURT**

Re: Abel v. Handshoe et al, Civil Action No. 13-88

Dear Judge Morgan:

It has been brought to my attention that Plaintiff Abel has issued a Subpoena Duces Tecum to the Parish of Jefferson in contravention of the stay of discovery in the above-referenced matter.

This letter is being sent to Plaintiff, all attorneys of record, the Parish of Jefferson and this Honorable Court to request that any such circumvention be quashed and appropriate sanctions imposed on Plaintiff.

Respectfully,

Anne Marie( Vandenweghe) Boudreaux

Cc: Daniel G. Abel; Scot Sternberg; Parish of Jefferson Parish Attorney

Share

Author Douglas Handshoe Posted on May 6, 2013 March 13, 2014 Categories Sop Tags Abel v Handshoe and Vandenweghe, SLAPP Happy Nut Jobs 6 Comments on

# Mississippi Department of Marine Resources open thread

This topic has been something of a red headed step child since early last month. I was glad to see the gang in officialdom has taken several of my suggestions as DMR is now crawling with auditors and consultants from two Mississippi CPA firms. I happen to know Shareholders/Partners at both firms, both of which have very good reputations for producing quality work. The firm from Hattiesburg, Nicholson and Company is very active in GOP political circles and I suspect the same is true of Horne in the Jackson area.

We've had hirings, firings and retirements including the subject of Slabbed's brother in law deal reef expose that have caused lots of chatter, including the recent hiring of Kelly Lucas as Chief Science Officer at DMR.

Back to those suggestions Slabbed made, one that we can't take any credit for is hiring the political PR firm to communicate the "good word" to the public at a cost of $50,000 in lieu of the seasoned professionals at Horne and Nicholson and Company, who I can attest first hand are possessive of excellent communications skills in their own right.  So Slabbed today issues a BOLO for astroturfers on news stories etc on topic to DMR because that is part of what these political PR firms do.

In any event feel free to add anything DMR related in comments.

Share

Author Douglas Handshoe Posted on May 6, 2013 March 13, 2014 Categories Sop Tags DMR Executive Director Jamie Miller, Kelly Lucas, Mississippi Department of Marine Resources, Vernon Asper 24 Comments on Mississippi Department of Marine Resources open thread

## Slabbed declares victory over the Goatherders part 2



Screen Capture of The Dead Pelican News May 6, 2013

A sampling of public opinion from Drew Broach's piece at NOLA.com on Aaron Broussard's last performance before heading to the federal penitentiary at Butner North Carolina:

Share

> Is it just me or does anyone buy this or feel sorry for Broussard? I do not feel sorry for him. He, most likely, has been violating the law for a great deal longer than what he was caught doing. Even now when I travel, I still get asked about/laughed at because of this man crying on national television in a pathetic attempt to cover his backside because the drainage pumps were not staffed and the telling of that "tragic" story that turned out not to be true. I always wanted to ask him why they did not place the pump operators in the same location as the JPSO Deputies that stayed during Katrina. The scorn and national ridicule that he brought upon himself was self-inflicted and deserved, it is just unfortunate that the citizens of Jefferson Parish had to pay the price for his actions along with his lack of actions.
>
> I had to watch my 80 year old mother sit on a mold covered sofa under her carport in Metairie, as my family and I carried everything she owned, evrything she acquired in 80 years get stacked up in front of her house in a big stinky pile of trash. I heard her ask me on every item I piled on that stack. " Can we safe that, Can we save that?" All because of the stupidity of Aaron Broussard and his assinine Master of Disaster, Maestrie's, secission to send the only onew who knew how to turn on the pumps to Mt Herman Louisiana. All of these Louisiana knuckleheads who stress forgivness for corrupt politicians are the source of the problem. You have to make public servants, and that is SERVANTS, responisible to the public for their actions. Aaron Broussard was corrupt for 30 years. He is only sorry he got caught. Now I guess when he gets out some ass will offer him some money to come and talk to elementary students about his experiences, Like we so with another life long corrupt politician Edwin Edwards. Lets give him a job and put him on TV. Makes me want to puke. Let him preach to the inmates at Federal Prison for a few years and then, come out and try to make amends to the hundreds of elderly Louisiana citizens that he was indirectly, and in some cases directly reponsible, for shortening their lives. GODD RIDENCE

Continue reading "Slabbed declares victory over the Goatherders part 2"

Share

Author Douglas Handshoe Posted on May 6, 2013 March 13, 2014 Categories Sop Tags Bribery, Goatherders, USA v Broussard 4 Comments on Slabbed declares victory over the Goatherders part 2

Search for: [Search...]   Search

### May 2013

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |   |

« Apr   Jun »

Slabbed by Slabbed New Media, LLC is licensed under a Creative Commons Attribution-NonCommercial-NoDerivatives 4.0 International License. Permissions beyond the scope of this license may be available at slabbed.org/contact.

## Pages

- Contact
- Please Support Journalism in the Public Interest

Tweets by @SlabbedNewMedia

## Recent Posts

- Ocean Springs Mayor: Trinity "just doesn't understand how it works." March 24, 2016
- 14476 March 24, 2016
- Superlatives can't adequately describe Tuesday Night's Bay City Council meeting…. March 24, 2016
- Teachers at St Clare were bullies? March 22, 2016
- 14469 March 22, 2016

## Recent Comments

- John Rodgers on Footloose and Fancy Free: Scott Walker out of Halfway House, heads straight for TeeVee

Share

BSL Taxpayer on Superlatives can't adequately describe Tuesday Night's Bay City Council meeting….
Charlene Silkwooder on Footloose and Fancy Free: Scott Walker out of Halfway House, heads straight for TeeVee
Point Park on Footloose and Fancy Free: Scott Walker out of Halfway House, heads straight for TeeVee
rfp on Teachers at St Clare were bullies?
John Rodgers on Footloose and Fancy Free: Scott Walker out of Halfway House, heads straight for TeeVee
Mike on Where's Waldo Part 1: Hiding in the no-bid DMR Consulting Contracts that's where
rfp on Footloose and Fancy Free: Scott Walker out of Halfway House, heads straight for TeeVee
Lockemuptight on Ocean Springs Mayor: Trinity "just doesn't understand how it works."
SRHS Watch on Footloose and Fancy Free: Scott Walker out of Halfway House, heads straight for TeeVee

d Proudly powered by WordPress