Shipping label image — Chronopost International express envelope addressed from Charles Leroy, Saint-Julien, France, to Don Russel, U.S. District Court, 2012 15th Street, Gulfport, MS 39501, USA. Tracking XE 318 013 515 FR / US-2902-MIA9 / ROW3 302-US-39501. Weight 0.25 KG. Date 25/04/2018. "RECEIVED APR 27 2018 CLERK US DISTRICT COURT OF MISS." stamp.






