# EXHIBIT 1

# Douglas Handshoe

| | |
|---|---|
| **From:** | foodvacation Canada <foodvacation@gmail.com> |
| **Sent:** | Friday, December 08, 2017 11:38 AM |
| **To:** | Douglas Handshoe |
| **Subject:** | change of address |

Mr. Handshoe:

Please note that my postal address has changed, starting immediately and until further notice. I will also be writing to the Court to make the change. My permanent residence remains the same.

Charles Leary
308 5th Ave E
Vancouver, BC
V5T 1H4
Canada

Please confirm receipt.

Sincerely,

Charles Leary

1