# EXHIBIT 2





RECEIVED
DEC 14 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

140 Trout Point Road
East Kemptville, Nova Scotia
B5A 5X9, Canada









Clerk of Court
United States District Court
Dan M. Russell, Jr., United States Courthouse
2012 15th Street, Suite 403
Gulfport, MS 39501

