# EXHIBIT 3

## Douglas Handshoe

| | |
|---|---|
| **From:** | cmecfhelpdesk@mssd.uscourts.gov |
| **Sent:** | Monday, January 08, 2018 3:14 PM |
| **To:** | Courtmail@mssd.uscourts.gov |
| **Subject:** | Activity in Case 1:15-cv-00382-HSO-JCG Handshoe v. Perret et al Change of Address |
| | |
| **Flag Status:** | Flagged |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Southern District of Mississippi**

## Notice of Electronic Filing

The following transaction was entered on 1/8/2018 at 3:14 PM CST and filed on 12/14/2017

| | |
|---|---|
| **Case Name:** | Handshoe v. Perret et al |
| **Case Number:** | 1:15-cv-00382-HSO-JCG |
| **Filer:** | Charles Leary |
| **Document Number:** | No document attached |

**Docket Text:**
**Change of Address, per envelope attached to [202] Motion and [203] Motion, re Charles Leary: 308 5th Ave E, Vancouver, BC V5T 1H4 Canada (RLW)**

**1:15-cv-00382-HSO-JCG Notice has been electronically mailed to:**

Douglas Handshoe    earning04@gmail.com

**1:15-cv-00382-HSO-JCG Notice has been delivered by other means to:**

Charles Leary
308 5th Ave E
Vancouver, BC V5T 1H4 Canada

Vaughn Perret(Terminated)
140 Trout Point Road
E. Kemptville, NS B5A 5X9 Canada

1