# EXHIBIT 4

**RA172893478US**

Add Name

**Delivered:**
CANADA on February 2, 2018
at 1:11 pm

**Additional Information**

Your item was delivered in CANADA at 1:11 pm on February 2, 2018.

Get Text and Email Updates

**Tracking History**

February 2, 2018
1:11 pm
Delivered,
CANADA

January 18, 2018
10:28 am
Attempted Delivery - Item being held, addressee being notified,
CANADA

January 15, 2018
11:20 am
Customs Clearance Processing Complete,
CANADA

January 15, 2018
11:12 am
Customs Clearance,
CANADA

January 15, 2018
11:12 am
Processed Through Facility,
CANADA

January 10, 2018
1:29 pm
Processed Through Facility,
ISC NEW YORK NY(USPS)

**January 10, 2018**
**1:22 pm**
Arrived at Facility,
ISC NEW YORK NY(USPS)

---

**January 7, 2018**
**12:20 am**
Departed USPS Facility,
MEMPHIS, TN 38101

---

**January 7, 2018**
**12:01 am**
Arrived at USPS Facility,
MEMPHIS, TN 38101

---

**January 6, 2018**
**5:41 pm**
Arrived at Unit,
MEMPHIS, TN 38101

---

**January 6, 2018**
**3:43 am**
Departed USPS Facility,
JACKSON, MS 39201

---

**January 6, 2018**
**1:36 am**
Arrived at USPS Regional Facility,
JACKSON MS DISTRIBUTION CENTER

---

**January 4, 2018**
**9:46 pm**
Departed USPS Facility,
GULFPORT, MS 39503

---

**January 4, 2018**
**9:40 pm**
Arrived at USPS Facility,
GULFPORT, MS 39503

---

**January 4, 2018**
**5:01 pm**
Departed Post Office,
WIGGINS, MS 39577

---

**January 4, 2018**
**10:09 am**
USPS in possession of item,

WIGGINS, MS 39577

**Remove from Tracking**