U.S. District Court for the Southern District of Mississippi,
Case 1:15-cv-00382-HSO-JCG

Declaration of Charles L. Leary
supporting his Motion to Quash Discovery Requests
and to Quash the Motion for Partial Summary Judgment or in
the Alternative for Additional Time

1. I am Charles L. Leary, a United States citizen domiciled in Canada, and defendant in the above-captioned action filed by Plaintiff Douglas K. Handshoe.
2. I have not been resident at 140 Trout Point Road since at least late November, 2017. Trout Point Lodge operates seasonally.
3. As of today's date I have never received a Notice of Deposition from Mr. Handshoe.
4. As of today's date I have never received any Request for Admissions from Mr. Handshoe, whether mailed to Nova Scotia or British Columbia.
5. As today's date I have never received a Request for Production from Mr. Handshoe.
6. A true copy of the U.S. Postal Service "Product Information" tracking results for tracking number RA172893478US is attached as Exhibit "A". Those results indicate that the International First Class mail had Return Receipt and Registered Mail features. A true copy of a page explaining added features from the U.S. Postal Service web site is attached hereto as Exhibit "B".
7. I today again tracked number RA172893478US with Canada Post on its web site. The result was the same as in my previous declaration. Canada Post says: "the number you entered is not in our tracking system."
8. I have compared notices sent by the Court to my British Columbia address with the docket as found on PACER. I have received all items mailed by the court at my British Columbia address. To my knowledge, it is only mail from Douglas Handshoe that at times is never received at that address.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 11, '18 (date).

_____
Charles L. Leary  (signature)