# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

*Exhibit A*
*2 pages*

**Tracking Number:** RA172893478US

Remove ✕

Your item was delivered in CANADA at 1:11 pm on February 2, 2018.

## ✓ Delivered

February 2, 2018 at 1:11 pm
Delivered
CANADA

**Tracking History** ⌄

**Product Information** ⌃

**Postal Product:**
First-Class Package International Service

**Features:**
Registered Mail™
Return Receipt

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

Case 1:15-cv-00382-HSO-JCG   Document 235-2   Filed 05/16/18   Page 2 of 2

FAQs (http://faq.usps.com/?articleId=220900)

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

Sign Up (https://reg.usps.com

/entreg

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.

/RegistrationAction_input?app=UspsTools&...