*Exhibit B*
*2 pages*

# International Shipping Insurance and Extra Services

## Protect Your Shipments

### Global Express Guaranteed® Insurance

Our Global Express Guaranteed service automatically covers up to $100 in loss, damage, or document reconstruction. If you need more coverage, you can purchase up to $2,499 in insurance. Some country restrictions may apply.

Show Details

### Priority Mail Express International® Insurance

Priority Mail Express International includes insurance for document reconstruction up to $100 and for merchandise up to $200 against loss, damage, or missing contents. Additional coverage for merchandise may be available; individual country prohibitions and restrictions apply.

Show Details

### Priority Mail International® Insurance

Priority Mail International shipments containing merchandise are insured against loss, damage, or missing contents up to $200 at no additional charge. Priority Mail International shipments containing non-negotiable documents are insured against loss, damage, or missing contents up to $100 for document reconstruction at no additional charge.

Show Details

### Registered Mail™ Service

This service provides additional protection and security in dispatch and conveyance within the United States. Indemnity limits are much lower for Registered Mail items than for insured mail. Individual country prohibitions and restrictions apply.

Show Details

## Keep Shipping Records

### Return Receipt

Get proof of delivery. Return receipts are available for registered items or Priority Mail International insured packages when additional insurance is purchased over and above the included insurance.

Availability varies by country.

Show Details

## Certificate of Mailing

Certificate of Mailing service provides evidence that you sent an item when you say you did. This official record only shows the date your mail was accepted. It does not provide record of delivery or insure items against loss.

Show Details

## Electronic USPS Delivery Confirmation® International

Get international delivery confirmation for lightweight packages. Receive notification of date and time when your package was delivered or delivery was attempted. **Availability varies by country**.

Show Details