IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



DOUGLAS HANDSHOE                                   PLAINTIFF

VS.                          CIVIL ACTION NO. 1:15cv382HSO-JCG

VAUGHN PERRET, CHARLES LEARY &
DANIEL ABEL, D/B/A TROUT
POINT LODGE LTD OFNOVA SCOTIA
& IN THEIR INDIVIDUAL CAPACITIES
PROGRESS MEDIA GROUP LIMITED,
MARILYN SMULDERS, TORSTAR
CORPORATION, NATIONAL
GEOGRAPHIC SOCIETY, XYZ
FOUNDATION & JOHN DOES 1-50                  DEFENDANTS

**DEFENDANT CHARLES LEARY'S
*PRO SE* MOTION TO QUASH PLAINTIFF HANDSHOE'S
MOTION FOR PARTIAL SUMMARY JUDGMENT OR IN THE ALTERNATIVE
FOR AN EXTENSION OF TIME
TO FILE HIS RESPONSE TO PLAINTIFF HANDSHOE'S MOTION
FOR PARTIAL SUMMARY JUDGMENT (ECF 225)**

COMES NOW Defendant and Plaintiff by counterclaim **Charles Leary**, appearing *pro se*, and files this his Motion to quash Plaintiff Handshoe's motion for partial summary judgment as Leary was never served with the motion. In the alternative, Leary asks the Court for a 1-day extension of time to file his Opposition to the motion.

Defendant Leary respectfully also moves this Court for such general relief as the Court deems appropriate in the premises.

RESPECTFULLY SUBMITTED, this the 17th day of May, 2018.

*[signature]*

CHARLES LEARY, DEFENDANT

appearing *pro se*

308 5th Ave E
Vancouver, BC V5T 1H4
Canada

(902) 482-8360
foodvacation@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on __May 11__, 2018, I caused a true and correct copy of the above and foregoing to be filed utilizing the Court's CM/ECF electronic document filing system, which caused notice of such filing to be delivered to all counsel of record and parties requesting notice, and by United States First Class Mail, postage prepaid, to the following non-ECF participants having appeared in this action:

[none]

_____
Charles L. Leary