# EXHIBIT 1

**Registered No.** RA 172 893 478 US

| | |
|---|---|
| Postage $ | 2.91 |
| Extra Services & Fees | |
| Registered Mail $ | 14.95 |
| Return Receipt (hardcopy) $ | 3.85 |
| Return Receipt (electronic) $ | 0.00 |
| Restricted Delivery $ | 0.00 |
| Total Postage & Fees $ | 21.71 |
| Customer Must Declare Full Value $ | 50.00 |

Date Stamp: JAN 04 2018 — WIGGINS MS 39577

Received by: [signature] 01/04/2018

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

FROM:
Douglas Handshoe
PO Box 788
Wiggins MS 39577

TO:
Charles Leary
140 Trout Point Road
E. Kemptville, NS B5A 5X9
Canada

PS Form 3806, Registered Mail Receipt, April 2015, PSN 7530-02-000-9051
Copy 1 - Customer
For domestic delivery information, visit our website at www.usps.com ®

---

LC726999668US
**USPS® Customs Declaration – CN 22**

IMPORTANT: The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's Instructions page. Please print in English and press firmly; you are making multiple copies.

Sender's Last Name / First: Douglas Handshoe
Business:
Address: PO Box 788
City / State / ZIP+4: Wiggins MS 39577
Telephone/Fax or Email: 601.928.2380

Addressee's Last Name / First: Leary Charles
Business:
Address: 140 Trout Point Road
City / State/Province: E. Kemptville NS
Post Code: B5A 5X9
Country: Canada
Telephone/Fax or Email:

2 - Shipping Label (left) and Customer Copy (right)

---

```
                              WIGGINS
                         125 BORDER AVE W
                              WIGGINS
                                MS
                            39577-9998
                            2791130577
01/04/2018       (800)275-8777            10:21 AM
=========================================================

Product                    Sale          Final
Description                Qty           Price

First-Class                 1            $2.91
Intl
Large Envelope
    (International)
    (Canada)
    (Weight:0 Lb 3.50 Oz)
    (Customs #:LC726999668US)
Registered                  1            $14.95
    (Amount:$50.00)
    (USPS Registered Mail #)
    (RA172893478US)
Return                      1            $3.85
Receipt

Total                                    $21.71

Credit Card Remitd                       $21.71
    (Card Name: AMEX)
    (Account #:XXXXXXXXXXXX3014)
    (Approval #:540091)
    (Transaction #:876)

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm.

Please visit www.usps.com(R) to
complete International Mail customs
forms online and to ship packages from
your home or office using
Click-N-Ship(R) service.

All sales final on stamps and postage
Refunds for guaranteed services only
    Thank you for your business

        HELP US SERVE YOU BETTER

      TELL US ABOUT YOUR RECENT
           POSTAL EXPERIENCE

                Go to:
     https://postalexperience.com/Pos

     840-5390-0377-001-00017-48406-02

         or scan this code with
           your mobile device:
```



```
         or call 1-800-410-7420.

           YOUR OPINION COUNTS
```