IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



DOUGLAS HANDSHOE                                              PLAINTIFF

VS.                                         CIVIL ACTION NO. 1:15cv382HSO-JCG

VAUGHN PERRET, CHARLES LEARY &
DANIEL ABEL, D/B/A TROUT
POINT LODGE LTD OFNOVA SCOTIA
& IN THEIR INDIVIDUAL CAPACITIES
PROGRESS MEDIA GROUP LIMITED,
MARILYN SMULDERS, TORSTAR
CORPORATION, NATIONAL
GEOGRAPHIC SOCIETY, XYZ
FOUNDATION & JOHN DOES 1-50                                   DEFENDANTS

---

**DEFENDANT CHARLES LEARY'S
*PRO SE* MOTION MOTION TO CANCEL SETTLEMENT
CONFERENCE AS NON PRODUCTIVE OR IN THE ALTERNATIVE
TO APPEAR BY TELECONFERENCE**

---

COMES NOW Defendant and Plaintiff by counterclaim **Charles Leary**, appearing *pro se*, and files this his Motion pursuant to the Case Management Order (ECF 184) respectfully seeking cancellation of the Settlement Conference as non productive or in the alternative seeking permission to appear be teleconference. This Motion is being transmitted to the Court by email and by postal channels.

The Case Management Order states: "If a party believes the scheduled settlement conference would not be productive and should be cancelled, the party is directed to inform the Court via e-mail of the grounds for their belief at least seven (7) days prior the conference." Dr. Leary reasonably believe the Conference will be non productive and a waste of both time and substantial travel expense.

RESPECTFULLY SUBMITTED, this the 16 day of May, 2018.

*[signature]*

CHARLES LEARY, DEFENDANT

appearing *pro se*


308 5th Ave E
Vancouver, BC V5T 1H4
Canada

(902) 482-8360
foodvacation@gmail.com