IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



DOUGLAS HANDSHOE

v.                              CIVIL ACTION NO. 1:15cv382-HSO-JCG

VAUGHN PERRET, CHARLES LEARY &
DANIEL ABEL, D/B/A/ TROUT POINT
LODGE LTD OF NOVA SCOTIA & IN
THEIR INDIVIIDUAL CAPACITIES
PROGRESS MEDIA GROUP LIMITED,
MARILYN SMULDERS, & ASHOKA

## MOTION TO DISMISS

Plaintiff Douglas Handshoe respectfully moves, pursuant to Rule 9(b), 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss Defendant Charles Leary's counterclaims.

In support of this Motion, Plaintiff will show that the Defendant's counterclaims: 1) Do not meet the heightened pleading requirements for fraud required by Fed. R. Civ. P. 9(b); 2) The counterclaims asserted by Leary are contained in the form of "shotgun pleading" that fails to give fair notice to the Plaintiff as to exact nature of the allegations being made against him individually; 3) The basis for this Court's jurisdiction was not specifically pleaded by the Defendant / Counterclaimant. As a self-admitted "stateless" United States citizen, counterclaimant Leary cannot invoke this Court's powers to hear matters under the

1

Court's diversity jurisdiction related to the numerous Mississippi common law counterclaims asserted by him. These state common law claims do not confer standing to sue under federal question jurisdiction and in any event are valued by the Counterclaimant at under $75,000; 4) All the associated state common law claims are both preempted by the Federal Copyright Act; 5) The counterclaims made by Leary against Handshoe are procedurally time barred; 6) Leary's First Amended Answer and Counterclaims fail to adequately plead essential elements of a claim under 17 U. S. C. § 512(f) and also fail to adequately plead multiple elements of the relevant state common law causes of actions; 7) The Copyright Claims asserted by Leary have been previously litigated against instant Plaintiff under the Canadian Copyright Act thus counterclaimant Leary is both claim and issue precluded from re-asserting them against instant Plaintiff; 8) The acts that Leary alleges were perpetrated by the Plaintiff were in his capacity as member, manager and /or officer of Slabbed New Media, LLC. As a result, Leary has not brought any claims against the proper party, Slabbed New Media, LLC thus, these claims are barred by Mississippi Code Annotated § 79-29-311; and 9) The Counterclaimant lacks standing to bring these counterclaims.

    Finally, Plaintiff will show that any attempt to amend the First Amended Counterclaims and Answer would be futile.

For all of these reasons, which are more fully explained in the contemporaneously filed memorandum in support of this motion, Plaintiff prays this Court dismiss defendant Leary's counterclaims.

Attached to this Motion are the following exhibits which this court can consider "as other sources courts ordinarily examine when ruling on Rule 12(b)(6) motions to dismiss, in particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice" *Tellabs, Inc.*, 551 U.S. at 322 (citing 5B C. WRIGHT & A. MILLER, FEDERAL PRACTICE AND PROCEDURE, § 1357 (3d ed. 2004 & Supp. 2007)):

    Exhibit 1: MSSD Case Number 1:16-cv-00007-LG-RHW, ECF No. 4
    Exhibit 2: MSSD Bankruptcy Case Number 15-50963-KMS, Dkt 29
    Exhibit 3: This civil action, ECF No. 96-11
    Exhibit 4: Slabbed New Media, LLC post dated September 8, 2011,
        "Slabbed Solves the mystery on the shores of the Tusket River…"
    Exhibit 5: *Trout Point Lodge Ltd v Handshoe* 2014 NSSC 62

Respectfully submitted this 6th day of June, 2018,

_____

Plaintiff
Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com

3

## CERTIFICATE OF SERVICE

I, Douglas Handshoe, hereby certify that on June 6, 2018 the foregoing was sent for electronically filing by me via the Clerk of the Court using the ECF system which sent notification to all counsel of record upon filing by the Clerk.

I, Douglas Handshoe, hereby certify that on June 6, 2018, I mailed the foregoing to Charles Leary at 308 5th Ave E, Vancouver, BC V5T 1H4 Canada.

Respectfully submitted this 6th day of June, 2018,

_____
Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com