

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOUGLAS HANDSHOE                                                    PLAINTIFF

VS.                                           CIVIL ACTION NO. 1:15cv382HSO-JCG

VAUGHN PERRET, CHARLES LEARY &
DANIEL ABEL, D/B/A TROUT
POINT LODGE LTD OF NOVA SCOTIA
& IN THEIR INDIVIDUAL CAPACITIES
PROGRESS MEDIA GROUP LIMITED,
MARILYN SMULDERS, TORSTAR
CORPORATION, NATIONAL
GEOGRAPHIC SOCIETY, XYZ
FOUNDATION & JOHN DOES 1-50                                        DEFENDANTS

---

### DEFENDANT CHARLES LEARY'S
### *PRO SE* MOTION SEEKING TO EXTEND DEADLINES
### OF THE CASE MANAGEMENT ORDER

---

COMES NOW Defendant and Plaintiff by counterclaim **Charles Leary**, appearing *pro se*, and files this his Motion seeking to extend the deadlines for filing dispositive motions and to demand a jury trial, as found in the sole Case Management Order. A brief for the benefit of the Court is attached.

Defendant Leary respectfully also moves this Court for such general relief as the Court deems appropriate in the premises.

RESPECTFULLY SUBMITTED, this the 12th day of June, 2018.

CHARLES LEARY, DEFENDANT
appearing *pro se*

308 5th Ave E
Vancouver, BC V5T 1H4
Canada

(902) 482-8360
foodvacation@gmail.com