

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOUGLAS HANDSHOE                                                  PLAINTIFF

VS.                                              CIVIL ACTION NO. 1:15cv382HSO-JCG

VAUGHN PERRET, CHARLES LEARY &
DANIEL ABEL, D/B/A TROUT
POINT LODGE LTD OF NOVA SCOTIA
& IN THEIR INDIVIDUAL CAPACITIES
PROGRESS MEDIA GROUP LIMITED,
MARILYN SMULDERS, TORSTAR
CORPORATION, NATIONAL
GEOGRAPHIC SOCIETY, XYZ
FOUNDATION & JOHN DOES 1-50                                       DEFENDANTS

### DEFENDANT CHARLES LEARY'S
### *PRO SE* MOTION SEEKING LEAVE TO FILE A MOTION FOR
### PARTIAL SUMMARY JUDGMENT (ECF 225)
### AND, IF GRANTED, TO SUPPLEMENT HIS BRIEF ON PARTIAL SUMMARY
### JUDGMENT WITH FRESH JUDICIAL ADMISSIONS

COMES NOW Defendant and Plaintiff by counterclaim **Charles Leary**, appearing *pro se*, and files this his Motion for leave to file a Motion for Partial Summary Judgment (ECF 225) and, if granted, to supplement his brief with fresh judicial admissions from Mr. Handshoe that determine the outcome of Count 5 of the Third Amended Complaint. A brief for the benefit of the Court is attached.

Defendant Leary respectfully also moves this Court for such general relief as the Court deems appropriate in the premises.

RESPECTFULLY SUBMITTED, this the 12th day of June, 2018.

                              CHARLES LEARY, DEFENDANT

                              appearing *pro se*

308 5th Ave E
Vancouver, BC V5T 1H4
Canada

(902) 482-8360
foodvacation@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that, on ⎯Jun 12⎯, 2018, I caused a true and correct copy of the above and foregoing to be filed utilizing the Court's CM/ECF electronic document filing system, which caused notice of such filing to be delivered to all counsel of record and parties requesting notice, and by United States First Class Mail, postage prepaid, to the following non-ECF participants having appeared in this action:

[none]

_____
Charles L. Leary