IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



| | |
|---|---|
| DOUGLAS HANDSHOE | PLAINTIFF |
| VS. | CIVIL ACTION NO. 1:15cv382HSO-JCG |
| VAUGHN PERRET, CHARLES LEARY & DANIEL ABEL, D/B/A TROUT POINT LODGE LTD OF NOVA SCOTIA & IN THEIR INDIVIDUAL CAPACITIES PROGRESS MEDIA GROUP LIMITED, MARILYN SMULDERS, TORSTAR CORPORATION, NATIONAL GEOGRAPHIC SOCIETY, XYZ FOUNDATION & JOHN DOES 1-50 | DEFENDANTS |

**DEFENDANT CHARLES LEARY'S**
*PRO SE* **MOTION UNDER FED.R.CIV.P. 11, 26, & 37**
**AS WELL AS THE COURT'S INHERENT AUTHROITY**

COMES NOW Defendant and Plaintiff by counterclaim **Charles Leary**, appearing *pro se*, and files this his Motion sanctions for Plaintiff Handshoe conduct in terms of service of notice and documents in discovery and in motion practice. Dr. Leary seeks sanctions under the court's inherent authority as well as Rules 11, 26, and 37. A brief for the benefit of the Court is attached.

Defendant Leary respectfully also moves this Court for such general relief as the Court deems appropriate in the premises.

RESPECTFULLY SUBMITTED, this the 12th day of June, 2018.

CHARLES LEARY, DEFENDANT

appearing *pro se*

308 5th Ave E
Vancouver, BC V5T 1H4
Canada

(902) 482-8360
foodvacation@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that, on June 17, 2018, I caused a true and correct copy of the above and foregoing to be filed utilizing the Court's CM/ECF electronic document filing system, which caused notice of such filing to be delivered to all counsel of record and parties requesting notice, and by United States First Class Mail, postage prepaid, to the following non-ECF participants having appeared in this action:

[none]

_____
Charles L. Leary