U.S. District Court for the Southern District of Mississippi,
Case 1:15-cv-00382-HSO-JCG



## Declaration of Charles L. Leary
### dated June 11, 2018

1. I am Charles L. Leary, a United States citizen resident in Canada, and defendant in the above-captioned action filed by Plaintiff Douglas K. Handshoe.
2. Attached hereto as Exhibit "A" is a true copy of correspondence with Douglas Handshoe on April 30, 2018, including a true copy of a draft brief received by Mr. Handshoe that discusses Fed.R.Civ.P. 11 sanctions.
3. Attached hereto as Exhibit "B" is a true copy of combined discovery requests sent to Mr. Handshoe and a true copy of Mr. Handshoe's responses.
4. I have gone to the expense of employing a company to receive and scan mail in this case since I frequently travel. I did this to ensure prompt receipt of mail from the court and from Mr. Handshoe. xI have never received by post the following documents filed with this district court, identified by description and number:

- Motion to Dismiss (244) and Memorandum (245)

- 238-241, Oppositions to Motions and accompanying Memoranda

- 218 & 219, Motion for Partial Summary Judgment and Memorandum

- 212 & 213: Motion to Compel and Memorandum

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___June 11, '18___ (date).

_____
Charles L. Leary (signature)