




**PRIORITY MAIL**

DATE OF DELIVERY SF
USPS TRACKING™ INC
INSURANCE INCLUDE!
PICKUP AVAILABLE
* Domestic only

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

PS00001000014
EP14F July 2013
OD: 12.5 x 9.5
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE® **Click-N-Ship®**

usps.com
$6.70
US POSTAGE
Flat Rate Env

9405 8036 9930 0658 7242 28 0067 0000 0013 9501

06/29/2018   Mailed from 39577   0023000000 1301

**PRIORITY MAIL 2-DAY™**

DOUGLAS HANDSHOE
DOUGLAS HANDSHOE, CPA
PO BOX 788
WIGGINS MS 39577-0788

Expected Delivery Date: 07/02/18

0006

C009

RECEIVED
JUL 02 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MS.

SHIP TO: HON. ARTHUR S JOHNSON
UNITED STATES DISTRICT CLERK
2012 15TH ST
STE 403
GULFPORT MS 39501-2036

USPS TRACKING #

9405 8036 9930 0658 7242 28

Electronic Rate Approved #038555749