## ASSIGNMENT OF RIGHTS AND CLAIMS

Exhibit "A"

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

I, Douglas K. Handshoe, do hereby assign, convey and transfer to Jack E. Truitt and The Truitt Law Firm, LLC any and all rights, claims, or title in any claim, action or lawsuit I may have against Charles Leary, Vaughn Perret, and/or Trout Point Lodge, Limited for the collection of attorney's fees, costs, or any other element of damages or interest which was awarded to me in connection with the litigation which was formerly pending in the United States District Court for the Southern District of Mississippi and the United States Fifth Circuit Court of Appeal between myself and the aforesaid parties.

Jack E. Truitt and The Truitt Law Firm, LLC shall have the full right to institute any and all actions for collection of attorney's fees, costs, or other damages in the United States or Canada as if instituted by me. This assignment of rights and claims has been made by me in exchange for good and valuable consideration.

SWORN TO AND SUBSCRIBED

THIS 5TH DAY OF MARCH, 2014

NOTARY PUBLIC

State of Mississippi, County of Hancock
Personally appeared before me, the undersigned authority in and for the said county and state, on this 5th day of March 2014, within my jurisdiction, the within named Douglas K. Handshoe who acknowledged that He executed the above and foregoing instrument.

Timothy A. Kellar
Chancery Clerk
By: _____

My Commission Expires Dec. 31, 2015


EXHIBIT
1