Exhibit "8"

## Assignment of Rights and Claims

I, Douglas Handshoe, in exchange for good and valuable consideration, do hereby assign, convey and transfer to Slabbed New Media, LLC the following:

- The judgment of the United States District Court dated December 11, 2013 in the civil actions styled *Trout Point Lodge, Limited et al v Handshoe*, cause Number 1:12CV90LG-JMR in the amount of Forty-Eight Thousand Dollars ($48,000), which was awarded to me to pay statutory attorney's fees.

The purpose of this assignment is to match Slabbed New Media, LLC's indemnity for the managing members official acts with the related potential recovery on judgment. The assignor hereby promises to assist Slabbed New Media, LLC in all tasks necessary to effectuate collection of the above described judgment.

Slabbed New Media, LLC and its managing member shall have full rights to institute any and all actions for the collection of attorney's fees, costs or other damages in the United States or Canada as if instituted by me.

Dated this the 6th of January, 2015.

Agreed and accepted:

_____
Douglas Handshoe in his individual capacity


_____
Douglas Handshoe, Managing Member
Slabbed New Media, LLC

