

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

## ABSTRACT OF JUDGMENT

Judgment was entered in the United States District Court for the Southern District of Mississippi, at Gulfport, Mississippi, in the following matter, to-wit:

*Trout Point Lodge Limited;*
*Vaughn Perret; and Charles Leary*                          **PLAINTIFF(S)**

                                              *File No. 1:12cv90LG-JMR*

v.                                                          **DEFENDANT(S)**

*Doug K. Handshoe*

| | |
|---|---|
| Judgment in favor of: | Douglas Handshoe |
| **Judgment against** | Trout Point Lodge Limited; Vaughn Perret; and Charles Leary |
| Date of Judgment: | 12/11/2013, Document #56 |
| Amount of Judgment: | $48,000.00 Attorney's Fees |
| Costs of Court: | N/A |

I, Arthur Johnston, Clerk of the United States District Court in and for the Southern District of Mississippi, do hereby certify that the above is a true and correct abstract of the judgment in the cause therein stated, that it contains the names of all parties to said suit and the amount and date of the rendition of said judgment, and that the said judgment remains in full force and effect.

WITNESS my hand and seal, this 16th day of May, 2017.

JUDGEMENT ENROLLED
File # _12-19_

MAY 17 2017

Time ___12:___ am/pm
Jefferey A. O'Neal, Circuit Clerk
By ___WAy___ DC

ARTHUR JOHNSTON, CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

By: _____, Deputy

Filed, recorded and entered upon the Judgment Roll in my office in conformity with law, this the ___17th___ day of ___May___, 20_17_.

_____
Circuit Clerk

By: _____, Deputy

IN THE CIRCUIT COURT OF STONE COUNTY, MISSISSIPPI

TROUT POINT LODGE, LIMITED;
VAUGHN PERRET; and CHARLES LEARY                    PLAINTIFFS

VS.                                                  JUDGMENT NUMBER: 12219
                                                     BASED UPON UNITED STATES DISTRICT
                                                     COURT FOR THE SOUTHERN DISTRICT OF
                                                     MISSISSIPPI CIVIL ACTION NUMBER
                                                     1:12cv90LG-JMR

DOUG K. HANDSHOE                                     DEFENDANT

## NOTICE OF SHERIFF'S SALE UNDER WRIT OF EXECUTION

WHEREAS, on the 7th day of August, 2017, a writ of execution was issued pursuant to the request of the defendant and directed unto the undersigned by the Clerk of the Circuit Court of Stone County, Mississippi, upon judgment against Trout Point Lodge, Limited, Vaughn Perret and Charles Leary in The United States District Court for the Southern District of Mississippi, Southern Division, case number 1:12cv90LG-JMR enrolled in the Office of the Circuit Clerk of Stone County, Mississippi, on May 17, 2017 in favor of the defendant.

WHEREAS, on said date of August 7, 2017, the undersigned did accordingly levy in the way and manner provided by statute upon the plaintiffs' interest in certain personal property, hereinafter described, and pursuant to the directions contained in said writ of execution, and by statute, is required to give notice of sale there under;

NOW THEREFORE, notice is hereby given by the undersigned that he will on October 30, 2017 between 11:00 o'clock A.M. and 4:00 o'clock A.M. at the front door of the Stone County Courthouse in Wiggins, Mississippi offer for sale and will sell at public auction to the highest bidder for cash, the entirety, or as much thereof as will satisfy the execution and costs, of the right, title, claim and interest in and to that certain personal property, situated in Stone County, Mississippi, as below described, as was owned by said Trout Point Lodge, Limited, Vaughn Perret and Charles Leary and subject to the lien of said judgment, and as were or now may be owned by said Trout Point Lodge, Limited, Vaughn Perret and Charles Leary, and subject to the lien of said judgment, said personal property being described as follows, to wit:

1. Any and all interests belonging to Trout Point Lodge, Limited, Vaughn Perret and Charles Leary in the chose-in-action presently filed in the Circuit Court of Hancock and Stone Counties styled Trout Point Lodge, Limited, Vaughn Perret and Charles Leary v Douglas K. Handshoe, Stone County Judgment Number 12161 and associated Civil Action number 15-0458 in the Circuit Court of Hancock County, Mississippi upon which the judgment is based.

1

2. Any and all other personal property not exempt by law that may be found to belong to Trout Point Lodge, Limited, Vaughn Perret or Charles Leary.

Dated this, the 11th day of October, 2017

/s/ Sheriff Mike Farmer
Sheriff of Stone County, Mississippi


POSTED ON _____,2017

STONE COUNTY COURTHOUSE, WIGGINS, MISSISSIPPI

UNITED STATES POST OFFICE, WIGGINS, MISSISSIPPI


_____


/s/ Sheriff Mike Farmer
Sheriff of Stone County, Mississippi

FILED

OCT 3 0 2017

STONE COUNTY, MISS.
JEFFEREY L. O'NEAL, CIR. CLK.

BY _____ D.C.

STATE OF MISSISSIPPI     )
                         )
COUNTY OF STONE          )

### BILL OF SALE

FOR AND IN CONSIDERATION of the sum of One Hundred Dollars & No/Cents ($100.00) cash in hand paid at a Sheriff's Sale, pursuant to Notice dated October 11, 2017 from the undersigned Sheriff of Stone County, Mississippi for execution upon Judgment rendered for the benefit of Doug K. Handshoe against Trout Point Lodge, LTD., Vaughn Perret and Charles Leary in the United States District Court for the Southern Division, Civil Action Number 1:12-cv-90-LG-JMR enrolled in the office the Circuit Clerk of Stone County, Mississippi on May 17, 2017 in Miscellaneous Civil Action Number 12219, and further pursuant to Sections 13-3-131 and 13-3-135 of the Mississippi Code of 1972, as amended, I, MIKE FARMER, SHERIFF OF STONE COUNTY, MISSISSIPPI,      in consideration of the above described One Hundred Dollars and No/Cents ($100.00), do hereby convey and sell unto DOUGLAS K. HANDSHOE the following described personal property, to-wit:

> Any and all interests belonging to Trout Point Lodge, Limited, Vaughn Perret and Charles Leary in the chose-in-action presently filed in the Circuit Court of Hancock and Stone Counties styled Trout Point Lodge, Limited, Vaughn Perret and Charles Leary v. Douglas K. Handshoe, Stone County Judgment Number 12161 and associated Civil Action number 15-0458 in the Circuit Court of Hancock County, Mississippi upon which the judgment is based.

WITNESS my signature, upon this the 30TH day of October, A.D., 2017.

_____
MIKE FARMER, SHERIFF OF
STONE COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI     )
                         )
COUNTY OF STONE          )

PERSONALLY, appeared before me, the undersigned authority, in and for the said county and state, on this the 30th day of October, A.D., 2017, within my jurisdiction, the within named, MIKE FARMER, who acknowledged that he is the Sheriff of Stone County, Mississippi and that in said representative capacity, he executed the above and foregoing Bill of Sale, after first being duly authorized to do.

_____
NOTARY PUBLIC

My Commission Expires:
My Commission Expires: Jan. 4, 2020

**FILED**

**AUG -7 2017**

STONE COUNTY, MISS.
JEFFEREY L. O'NEAL, CIR. CLK.
BY_____ D.C.

## IN THE CIRCUIT COURT OF STONE COUNTY

## STATE OF MISSISSIPPI

TROUT POINT LODGE, LIMITED,
A Nova Scotia Limited Company;
VAUGHN PERRET and
CHARLES LEARY,                                              **PLAINTIFFS**

v.

                                                MISCELLANEOUS CIVIL ACTION
                                                NUMBER: NO. 12161
                                                (Based on Judgment in Civil Action
                                                Number 15-0458, Circuit Court of
                                                Hancock County, Mississippi)

DOUGLAS K. HANDSHOE                                         **DEFENDANT**

### ORDER

THIS DAY, this action coming on for hearing upon the Motion to Quash Writ of Execution filed herein by Douglas K. Handshoe and counsel for the Plaintiffs/Respondents, Trout Point Lodge, Limited, Vaughn Perret and Charles Leary, the same being Gary D. Thrash, Esquire of Jackson, Mississippi having appeared with the Movant and his counsel of record, G. Gerald Cruthird, Esquire, Picayune, Mississippi; and the Court having heard argument from counsel for the parties does FIND, ORDER, AND ADJUDGE AS FOLLOWS:

I.

Since counsel for the Plaintiffs/Respondents having confessed Defendant and Movant's Motion to Quash Writ of Execution as to item numbers 3. and 4. of such Writ of Execution, said Motion is sustained as to the same.

II.

The Court further holds in abeyance its' decision on the Defendant/Movant's Motion to Quash Writ of Execution as to item numbers 1. 2. And 5. until the Plaintiffs/Respondent's counsel has conducted a Judgment Debtor Examination upon the Defendant/Movant, which this Court directs shall be held within twenty-one (21) days of July 24, 2017 at the Stone County Courthouse in Wiggins, Mississippi.

III.

The Court further restrains the Defendant/Movant from conveying or encumbering any property which would be subject to the effects of the judgment at

CIRCUIT COURT

MINUTE

issue in this litigation, pending the conducting of a Judgment Debtor Examination and any Sheriff's Sale held thereafter.

ORDERED AND ADJUDGED ON THIS the ___31___ day of ~~July~~ August, 2017.

_____
**CIRCUIT COURT JUDGE**

(Counterpart signed via email attached hereto)

_____
GARY D. THRASH, of counsel
for Plaintiffs

_____
**G. GERALD CRUTHIRD, of counsel**
for Defendant

CIRCUIT COURT

MINUTE
BOOK __102__ PAGE __333__

07/25/2017 TUE 14:55   FAX 601 798 4591 Cruthird Law                                   ☑005/005

issue in this litigation, pending the conducting of a Judgment Debtor Examination and any Sheriff's Sale held thereafter.

ORDERED AND ADJUDGED ON THIS the _____ day of July, 2017.


_____
**CIRCUIT COURT JUDGE**


_____
**GARY D. THRASH, of counsel**
**for Plaintiffs**


_____
**G. GERALD CRUTHIRD, of counsel**
**for Defendant**

CIRCUIT COURT
MINUTE BOOK 102 PAGE 334

IN THE CIRCUIT COURT OF STONE COUNTY, MISSISSIPPI

TROUT POINT LODGE, LIMITED;
VAUGHN PERRET; and CHARLES LEARY                           **PLAINTIFFS**

VS.                                    **JUDGMENT NUMBER: 12219**
                                       **UNITED STATES DISTRICT COURT FOR**
                                       **THE SOUTHERN DISTRICT OF MISSISSIPPI**
                                       **CIVIL ACTION NO. 1:12cv90LG-JMR**

                                                            **DEFENDANT**
DOUGLAS K. HANDSHOE

## WRIT OF EXECUTION

The Sheriff of Stone County, Mississippi and Don Acker, Provincial Civil Constable for the Province of Nova Scotia, Canada, are hereby directed to execute on the above styled action on a judgment rendered in this cause by the United States District Court for the Southern District of Mississippi, said judgment being duly enrolled on the judgment rolls of Hancock and Stone Counties, Mississippi on May 17, 2017 in the amount of the principle sum of $48,000 in attorney fees to payable to Douglas Handshoe, plus statutory interest and court costs.

And that you execute on the judgment by seizing all personal property belonging to the nonresident Plaintiffs not exempted by law and/or all items of personal property which exceeds $10,000.00 in value as designated by the Plaintiffs, including any and all goods and personal property not limited to the following:

1. Any and all interests belonging to Trout Point Lodge, Limited, Vaughn Perret and Charles Leary in the chose-in-action presently filed in the Circuit Court of Hancock and Stone Counties styled Trout Point Lodge, Limited, Vaughn Perret and Charles Leary v Douglas K. Handshoe, Stone County Judgment Number 12161 and associated Civil Action number 15-0458 in the Circuit Court of Hancock County, Mississippi upon which the judgment is based.

1

2. Any and all other personal property not exempt by law that may be found to belong to Trout Point Lodge, Limited, Vaughn Perret or Charles Leary.

Said personal property is located at the Stone County Courthouse, 323 East Cavers Ave, Wiggins, MS 39577, the Hancock County Courthouse, 152 Main Street, Bay St. Louis, MS 39520 and the Offices of Singletary and Thrash, 129 N. State Street, Jackson, MS 39201, or elsewhere, on information and belief, said items are located in the possession of Trout Point Lodge, Limited, Vaughn Perret or Charles Leary or in the possession of their agents.

You are further directed to sell said property according to the law and to recover the balance owing on the judgment, including your costs and disbursements.

This Writ with your return should be returnable to the Circuit Clerk of Stone County on the 5th day of September, 2017.

Witness my hand, this the 7th Day of August, 2017.

_Wanda Berry D.C._
CIRCUIT CLERK OF STONE COUNTY

2

IN THE CIRCUIT COURT OF STONE COUNTY, MISSISSIPPI

TROUT POINT LODGE, LIMITED;
VAUGHN PERRET and CHARLES LEARY                                   **PLAINTIFFS**

VS.                                                               **JUDGMENT NUMBER: 12219**
                                                                  **UNITED STATES DISTRICT COURT FOR**
                                                                  **THE SOUTHERN DISTRICT OF MISSISSIPPI**
                                                                  **CIVIL ACTION NO. 1:12cv90LG-JMR**

DOUGLAS K. HANDSHOE                                               **DEFENDANT**

## REQUEST FOR EXECUTION

Defendant Douglas Handshoe, having recovered judgment in the United States District

Court for the Southern District of Mississippi on December 11, 2013 pursuant to the verdict

rendered and order of the Court for the principle sum of $48,000 in attorney fees to payable to

Douglas Handshoe, plus statutory interest provided for the judgment signed and dated December

11, 2013 and duly enrolled in this Court as a local judgment, requests the Clerk of this Court

issue execution unto Don Acker, Provincial Civil Constable for the Province of Nova Scotia and

the Sheriff of Stone County, Mississippi, against the following personal property owned by the

said Judgment debtors, Trout Point Lodge, Limited, Vaughn Perret and Charles Leary:

1.  Any and all interests belonging to Trout Point Lodge, Limited, Vaughn Perret and

    Charles Leary in the chose-in-action presently filed in the Circuit Court of

    Hancock and Stone Counties styled Trout Point Lodge, Limited, Vaughn Perret

    and Charles Leary v Douglas K. Handshoe, Stone County Judgment Number

    12161 and associated Civil Action number 15-0458 in the Circuit Court of

    Hancock County, Mississippi upon which the judgment is based.

2.  Any and all other personal property not exempt by law that may be found to

    belong to Trout Point Lodge, Limited, Vaughn Perret or Charles Leary.

1

Said personal property is located at the Stone County Courthouse, 323 East Cavers Ave, Wiggins, MS 39577, the Hancock County Courthouse, 152 Main Street, Bay St. Louis, MS 39520 and the Offices of Singletary and Thrash, 129 N. State Street, Jackson, MS 39201, or elsewhere, on information and belief, said items are located in the possession of Trout Point Lodge, Limited, Vaughn Perret or Charles Leary or in the possession of their agents.

Dated, this the 7th Day of August, 2017.

RESPECTFULLY SUBMITTED

DOUGLAS HANDSHOE
110 HALL STREET
WIGGINS, MS 39577
PHONE: (601) 928-5380

2

IN THE CIRCUIT COURT OF STONE COUNTY

STATE OF MISSISSIPPI

FILED

AUG 14 2017

STONE COUNTY, MISS.
JEFFEREY L. O'NEAL, CIR. CLK.
BY _____ D.C.

TROUT POINT LODGE, LIMITED,
A Nova Scotia Limited Company;
VAUGHN PERRET and
CHARLES LEARY,                                          **PLAINTIFFS**

v.

MISCELLANEOUS CIVIL ACTION
NUMBER: NO. 12161
(Based on Judgment in Civil Action
Number 15-0458, Circuit Court of
Hancock County, Mississippi

DOUGLAS K. HANDSHOE                                    **DEFENDANT**

## MOTION FOR PROTECTIVE ORDER

COMES NOW Douglas K. Handshoe, by and through his undersigned counsel of record, and files this, his Motion For Protective Order and in support thereof, would show unto this Court the following, to-wit:

I.

Defendant/Movant would show that the Plaintiff has scheduled his Judgment/Debtor Examination for Monday, August 14, 2017 on and after 1:30 p.m. in the Stone County Courthouse in Wiggins, Mississippi, pursuant to the directives of this Court's Order rendered herein on August 1, 2017.

II.

Defendant/Movant would further show that despite the Court having Quashed the Plaintiff/Respondent's Writ of Execution for the following described assets of Defendant/Movant, to-wit:

   3.   Any and all interest in the business known as Slabbed
        New Media, LLC,    Business ID: 981555

   4.   Any and all interest in his accounting firm known as
        Douglas K. Handhoe, CPA PLLC, Business ID:
        1059593;

in the Court's Order rendered herein on August 1, 2017, as aforesaid, the Plaintiff/Respondent has included within their requests for production accompanying the Plaintiff/Respondent's Amended Notice of Judgment/Debtor Examination documentation for the assets hereinbefore described in the majority of the Plaintiff/Respondent's list for production.

III.

Defendant/Movant would show that since the assets of Slabbed New Media, LLC and Douglas K. Handshoe, CPA, PLLC are not subject to execution or attachment under applicable Mississippi law, the Defendant/Movant should not be required to produce the documents and records for the same at the Judgment/Debtor Examination to be conducted by the Plaintiff/Respondent.

IV.

Defendant/Movant would further show that to the extent that Plaintiff/Respondent seeks specific information relating to and concerning the Defendant/Movant's accounting practice, such information is privileged under the Mississippi Rules of Evidence and should not be disclosed through the production requested by the Plaintiff/Respondent herein.

V.

Defendant/Movant would further show that the Plaintiff/Respondent's efforts to secure documentation and information about Defendant/Movant's business records is not sought for purposes of collection of the underlying Judgment rendered for the benefit of the Plaintiff/Respondent, but for purposes by the Plaintiff/Respondent of seeking to ruin and destroy the Defendant/Movant's accounting business.

VI.

Defendant/Movant would further show that there are multiple cases in litigation between Plaintiff's and Defendant in the United States District Court for the Southern District of Mississippi and to date the Plaintiffs/Respondents have ignored or refused to comply with the Orders of the United States District Court for the Southern District of Mississippi rendered in such litigation.

WHEREFORE, the Defendant/Movant, Douglas K. Handshoe, prays that this Court upon consideration of his Motion for Protective Order shall issue its Protective Order limiting the Plaintiffs/Respondents from seeking production of any records or documentation relating to the businesses identified as Slabbed New Media, LLC and further Douglas K. Handshoe, CPA, PLLC; and this Court will further prohibit and restrict the Plaintiffs/Respondents from publishing the transcript of the Judgment/Debtor Examination to be taken herein upon the Internet or otherwise.

RESPECTFULLY SUBMITTED on this the 14th day of August, A.D., 2017.

DOUGLAS K. HANDSHOE

BY: _____

G. GERALD CRUTHIRD, Esquire
Attorney at Law
P.O. Box 1056
Picayune, MS   39466
Telephone:   (601) 798-0220
Ms. Bar No. 7926

## CERTIFICATE OF SERVICE

I, G. Gerald Cruthird, of counsel for the Defendant and Movant, Douglas K. Handshoe, do hereby certify that I have this day hand delivered a true and correct copy of the foregoing Motion for Protective Order unto the Gary D. Thrash, of the Law Firm of Singletary and Thrash – Jackson, P.A., Attorneys at Law and Attorneys of Record for the Plaintiffs, Trout Point Lodge, LTD., Vaughn Perrett and Charles Leary.

This the 14th day of August, A.D., 2017.

_____
G. GERALD CRUTHIRD

https://ecf.mssd.uscourts.gov/cgi-bin/DktRpt.pl?10590579699619-1_1_0-1

CLOSED,APPEAL,JMR,JURY,REMOVAL

# U.S. District Court
## Southern District of Mississippi (Southern)
### CIVIL DOCKET FOR CASE #: 1:12-cv-00090-LG-JMR

*Judgment # 12219* (handwritten)

Trout Point Lodge, Limited et al v. Handshoe
Assigned to: Chief District Judge Louis Guirola, Jr
Referred to: Magistrate Judge John M. Roper
Case in other court: Circuit Court, Hancock County,
12-00103
Cause: 28:1441 Notice of Removal

Date Filed: 03/26/2012
Date Terminated: 12/19/2012
Jury Demand: None
Nature of Suit: 320 Assault Libel &
Slander
Jurisdiction: Federal Question

**Plaintiff**

**Trout Point Lodge, Limited**
*a Nova Scotia Limited Company*

*189 Trout Point Rd* (handwritten)
*E Kemptville NS* (handwritten)
*B5A 5X9* (handwritten)

represented by **Henry F. Laird , Jr.**
JONES WALKER, LLP -Gulfport
2510 14th Street, Suite 1125
P. O. Drawer 160 (39502)
Gulfport, MS 39501
228/864-3094
Email: hlaird@hatlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary Judith Barnett**
M. JUDITH BARNETT, PA
1911 Dunbarton Drive
Jackson, MS 39216
601/981-4450
Fax: 601/981-4717
Email: mjbarnettpa@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vaughn Perret**
*& Charles Leary* (handwritten)

represented by **Vaughn Perret**
189 Trout Point Road
E. Kemptville, NS B5A 5X9
Canada
902-761-2142
PRO SE

**Henry F. Laird , Jr.**
(See above for address)

### AFFIDAVIT OF SERVICE

**FILED**

AUG 25 2017

STONE COUNTY, MISS.
JEFFREY L. O'NEAL, CIR. CLK.
BY *June Oneal* D.C.

CANADA
PROVINCE OF NOV A SCOTIA
COUNTY OF *Shelburne*

THAT ON *Aug 17/17*        I, Don Acker, hereby state the following:

1. That I, Don Acker, am qualified to make service in this matter.

2. That on *Thursday Aug 17/17*, I made personal service of the Writ of Execution upon Charles Leary, ~~140~~ Trout Point Road, E. *on 189 " " "*

   Kemptville, NS BSA 5X9:

   *Charles Leary was not around and after trying to serve it was able to serve manager of Trout Point Lodge Ulysse Martin. Charlie could only be contacted by phone to arrange a meeting. I had not phone service in the area so left paper with him.*

This Affidavit is based on personal knowledge, information and belief.

*Donnie Acker*
Don Acker

SWORN TO AND SUBSCRIBED
BEFORE ME, NOTARY PUBLIC,
ON THE *18th* DAY OF AUGUST, 2017

NOTARY PUBLIC

**CELIA J. MELANSON**
A Notary Public In and For
The Province of Nova Scotia

IN THE CIRCUIT COURT OF STONE COUNTY, MISSISSIPPI

TROUT POINT LODGE, LIMITED;
VAUGHN PERRET; and CHARLES LEARY                         PLAINTIFFS

VS.                                      JUDGMENT NUMBER: 12219
                                         UNITED STATES DISTRICT COURT FOR
                                         THE SOUTHERN DISTRICT OF MISSISSIPPI
                                         CIVIL ACTION NO. 1:12cv90LG-JMR

DOUGLAS K. HANDSHOE                                      DEFENDANT

### WRIT OF EXECUTION

The Sheriff of Stone County, Mississippi and Don Acker, Provincial Civil Constable for the Province of Nova Scotia, Canada, are hereby directed to execute on the above styled action on a judgment rendered in this cause by the United States District Court for the Southern District of Mississippi, said judgment being duly enrolled on the judgment rolls of Hancock and Stone Counties, Mississippi on May 17, 2017 in the amount of the principle sum of $48,000 in attorney fees to payable to Douglas Handshoe, plus statutory interest and court costs.

And that you execute on the judgment by seizing all personal property belonging to the nonresident Plaintiffs not exempted by law and/or all items of personal property which exceeds $10,000.00 in value as designated by the Plaintiffs, including any and all goods and personal property not limited to the following:

1. Any and all interests belonging to Trout Point Lodge, Limited, Vaughn Perret and Charles Leary in the chose-in-action presently filed in the Circuit Court of Hancock and Stone Counties styled Trout Point Lodge, Limited, Vaughn Perret and Charles Leary v Douglas K. Handshoe, Stone County Judgment Number 12161 and associated Civil Action number 15-0458 in the Circuit Court of Hancock County, Mississippi upon which the judgment is based.

1

2.  Any and all other personal property not exempt by law that may be found to belong to Trout Point Lodge, Limited, Vaughn Perret or Charles Leary.

Said personal property is located at the Stone County Courthouse, 323 East Cavers Ave, Wiggins, MS 39577, the Hancock County Courthouse, 152 Main Street, Bay St. Louis, MS 39520 and the Offices of Singletary and Thrash, 129 N. State Street, Jackson, MS 39201, or elsewhere, on information and belief, said items are located in the possession of Trout Point Lodge, Limited, Vaughn Perret or Charles Leary or in the possession of their agents.

You are further directed to sell said property according to the law and to recover the balance owing on the judgment, including your costs and disbursements.

This Writ with your return should be returnable to the Circuit Clerk of Stone County on the 5th day of September, 2017.

Witness my hand, this the 7th Day of August, 2017.

Wanda Berg D.C.
CIRCUIT CLERK OF STONE COUNTY

2

## AFFIDAVIT OF SERVICE

**FILED**

AUG 25 2017

STONE COUNTY, MISS.
JEFFREY L. O'NEAL, CIR. CLK.
BY *June Oneal*, D.C.

CANADA
PROVINCE OF NOVA SCOTIA
COUNTY OF _____

THAT ON *Aug 17/17* _____ I, Don Acker, hereby states the following:

1. That I, Don Acker, am qualified to make service in this matter.

2. That on *Thursday Aug 17/17*, I made personal service of the Writ of Execution upon Vaughn Perret, ~~140~~ *DA 189* Trout Point Road, E. Kemptville, NS B5A 5X9:

   *Vaughn Perret was not around and after trying to serve him was able to serve manager of Trout Point Lodge Ulysse Martin*

   *Vaughn could only be contacted by phone to arrange a meeting. I did not phone service in the area so left paper with him.*

This Affidavit is based on personal knowledge, information and belief.

*Donnie Acker*

Don Acker

SWORN TO AND SUBSCRIBED
BEFORE ME, NOTARY PUBLIC,
ON THE 18ᵗ DAY OF AUGUST, 2017

_____
NOTARY PUBLIC

**CELIA J. MELANSON**
A Notary Public In and For
The Province of Nova Scotia

IN THE CIRCUIT COURT OF STONE COUNTY, MISSISSIPPI

**TROUT POINT LODGE, LIMITED;**
**VAUGHN PERRET; and CHARLES LEARY**                    **PLAINTIFFS**

**VS.**                                    **JUDGMENT NUMBER: 12219**
**UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**
**CIVIL ACTION NO. 1:12cv90LG-JMR**

**DOUGLAS K. HANDSHOE**                              **DEFENDANT**

<u>**WRIT OF EXECUTION**</u>

The Sheriff of Stone County, Mississippi and Don Acker, Provincial Civil Constable for

the Province of Nova Scotia, Canada, are hereby directed to execute on the above styled action

on a judgment rendered in this cause by the United States District Court for the Southern District

of Mississippi, said judgment being duly enrolled on the judgment rolls of Hancock and Stone

Counties, Mississippi on May 17, 2017 in the amount of the principle sum of $48,000 in attorney

fees to payable to Douglas Handshoe, plus statutory interest and court costs.

And that you execute on the judgment by seizing all personal property belonging to the

nonresident Plaintiffs not exempted by law and/or all items of personal property which exceeds

$10,000.00 in value as designated by the Plaintiffs, including any and all goods and personal

property not limited to the following:

1. Any and all interests belonging to Trout Point Lodge, Limited, Vaughn Perret and

   Charles Leary in the chose-in-action presently filed in the Circuit Court of

   Hancock and Stone Counties styled Trout Point Lodge, Limited, Vaughn Perret

   and Charles Leary v Douglas K. Handshoe, Stone County Judgment Number

   12161 and associated Civil Action number 15-0458 in the Circuit Court of

   Hancock County, Mississippi upon which the judgment is based.

1

2.   Any and all other personal property not exempt by law that may be found to belong to Trout Point Lodge, Limited, Vaughn Perret or Charles Leary.

Said personal property is located at the Stone County Courthouse, 323 East Cavers Ave, Wiggins, MS 39577, the Hancock County Courthouse, 152 Main Street, Bay St. Louis, MS 39520 and the Offices of Singletary and Thrash, 129 N. State Street, Jackson, MS 39201, or elsewhere, on information and belief, said items are located in the possession of Trout Point Lodge, Limited, Vaughn Perret or Charles Leary or in the possession of their agents.

You are further directed to sell said property according to the law and to recover the balance owing on the judgment, including your costs and disbursements.

This Writ with your return should be returnable to the Circuit Clerk of Stone County on the 5th day of September, 2017.

Witness my hand, this the 7th Day of August, 2017.

_Wanda Bay D.C._
CIRCUIT CLERK OF STONE COUNTY

2

## AFFIDAVIT OF SERVICE

**FILED**

AUG 2 5 2017

STONE COUNTY, MISS.
JEFFREY L. O'NEAL, CIR. CLK.
BY *Junie O'neal* D.C.

CANADA
PROVINCE OF NOV A SCOTIA
COUNTY OF *Shelburne*

THAT ON *Thursday Aug 17/17* I, Don Acker, hereby states the following:

1. That I, Don Acker, am qualified to make service in this matter.

2. That on *Thursday Aug 17/17*, I made personal service of the Writ of Execution upon Trout Point Lodge, Ltd., 189 Trout Point Road, E. Kemptville, NS BSA 5X9, through.

   Name: *Ulysss Martin*

   Position with company: *Manager of Lodge*, as a representative of Trout Point Lodge, Ltd., thus, affecting service.

   *Ulysor stated that he was the manager of Tout Point Lodge. So I left paper with him.*

This Affidavit is based on personal knowledge, information and belief.

*Donnie Acker*
Don Acker

SWORN TO AND SUBSCRIBED
BEFORE ME, NOTARY PUBLIC,
ON THE 18th DAY OF AUGUST, 2017

NOTARY PUBLIC
**CELIA J. MELANSON**
A Notary Public In and For
The Province of Nova Scotia

## IN THE CIRCUIT COURT OF STONE COUNTY, MISSISSIPPI

TROUT POINT LODGE, LIMITED;
VAUGHN PERRET; and CHARLES LEARY                              **PLAINTIFFS**

VS.                                    JUDGMENT NUMBER: 12219
                                       UNITED STATES DISTRICT COURT FOR
                                       THE SOUTHERN DISTRICT OF MISSISSIPPI
                                       CIVIL ACTION NO. 1:12cv90LG-JMR

DOUGLAS K. HANDSHOE                                           **DEFENDANT**

### WRIT OF EXECUTION

The Sheriff of Stone County, Mississippi and Don Acker, Provincial Civil Constable for

the Province of Nova Scotia, Canada, are hereby directed to execute on the above styled action

on a judgment rendered in this cause by the United States District Court for the Southern District

of Mississippi, said judgment being duly enrolled on the judgment rolls of Hancock and Stone

Counties, Mississippi on May 17, 2017 in the amount of the principle sum of $48,000 in attorney

fees to payable to Douglas Handshoe, plus statutory interest and court costs.

And that you execute on the judgment by seizing all personal property belonging to the

nonresident Plaintiffs not exempted by law and/or all items of personal property which exceeds

$10,000.00 in value as designated by the Plaintiffs, including any and all goods and personal

property not limited to the following:

1. Any and all interests belonging to Trout Point Lodge, Limited, Vaughn Perret and

   Charles Leary in the chose-in-action presently filed in the Circuit Court of

   Hancock and Stone Counties styled Trout Point Lodge, Limited, Vaughn Perret

   and Charles Leary v Douglas K. Handshoe, Stone County Judgment Number

   12161 and associated Civil Action number 15-0458 in the Circuit Court of

   Hancock County, Mississippi upon which the judgment is based.

1

2.  Any and all other personal property not exempt by law that may be found to

belong to Trout Point Lodge, Limited, Vaughn Perret or Charles Leary.

Said personal property is located at the Stone County Courthouse, 323 East Cavers Ave,

Wiggins, MS 39577, the Hancock County Courthouse, 152 Main Street, Bay St. Louis, MS

39520 and the Offices of Singletary and Thrash, 129 N. State Street, Jackson, MS 39201, or

elsewhere, on information and belief, said items are located in the possession of Trout Point

Lodge, Limited, Vaughn Perret or Charles Leary or in the possession of their agents.

You are further directed to sell said property according to the law and to recover the

balance owing on the judgment, including your costs and disbursements.

This Writ with your return should be returnable to the Circuit Clerk of Stone County on

the _5th_ day of ~~May~~ September, 2017.

Witness my hand, this the 7th Day of August, 2017.

_____

Wanda Berg D.C.

CIRCUIT CLERK OF STONE COUNTY

2