Exhibit "D"

 Foodvacation Canada <foodvacation@gmail.com>

---

# Complaint

**Balcom, Michael D** <Michael.Balcom@novascotia.ca>  Fri, Sep 22, 2017 at 8:43 PM
To: "foodvacation@gmail.com" <foodvacation@gmail.com>

Charles

Attached you should find the complaint form in WordPerfect and in PDF along with instructions on filling it out.

I can confirm that there is no Don Acker who has a valid appointment as a Provincial Civil Constable but there is a Wayne Snow who does.

Contact me directly if you have any questions.

Mike Balcom

Compliance Officer

N.S. Dept. of Justice

Security Programs

902-424-8987

CONFIDENTIALITY NOTICE: This message may contain privileged and/or confidential information. If you have received this email in error or are not the intended recipient, you may not use, copy, disseminate or distribute it. Delete this message immediately from your system and notify the sender by email or telephone that you have done so. Thank You.

---

**3 attachments**

- 📕 **Completing the Complaint Form-Police Services Act.pdf**
  55K
- 📄 **Complaint Form Police Services Act.wpd**
  184K
- 📕 **Complaint Form Police Services Act.pdf**
  123K