<a>
