

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL -9 2018
ARTHUR JOHNSTON
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**DOUGLAS HANDSHOE**                                               **PLAINTIFF**

VS.                           **CIVIL ACTION NO. 1:15cv382HSO-JCG**

**VAUGHN PERRET, CHARLES LEARY &
DANIEL ABEL, D/B/A TROUT
POINT LODGE LTD OF NOVA SCOTIA
& IN THEIR INDIVIDUAL CAPACITIES
PROGRESS MEDIA GROUP LIMITED,
MARILYN SMULDERS, TORSTAR
CORPORATION, NATIONAL
GEOGRAPHIC SOCIETY, XYZ
FOUNDATION & JOHN DOES 1-50**           **DEFENDANTS**

## DEFENDANT CHARLES LEARY'S
## *PRO SE* MOTION FOR A TEMPORARY
## RESTRAINING ORDER

COMES NOW Defendant and Plaintiff by counterclaim **Charles Leary**, appearing *pro se*, and files this his Motion requesting that this Court order Douglas Handshoe immediate cease his illegal efforts to execute on property via process of Stone County Circuit Court when that court actually has no jurisdiction, the property in question is under the jurisdiction of this Court and is not located in Stone County. In fact, this Court has jurisdiction over execution procedure and all actions taken by Stone County Circuit Court are void under the law. Leary requests Mr. Handshoe be enjoined from this conduct, further explained in Leary's brief and declaration, until these issues are determined by this Court. Dr. Leary has already suffered intentional injury to his substantive and procedural due process rights, and there is palpable likelihood such injury will recur.

A brief supporting this motion is also filed this day, along with a declaration of Dr. Leary.

RESPECTFULLY SUBMITTED, this the 4TH day of July, 2018.

CHARLES LEARY, DEFENDANT

appearing *pro se*

308 5th Ave E
Vancouver, BC V5T 1H4
Canada

(902) 482-8360
foodvacation@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that, on __July 9__, 2018, I caused a true and correct copy of the above and foregoing to be filed utilizing the Court's CM/ECF electronic document filing system, which caused notice of such filing to be delivered to all counsel of record and parties requesting notice, and by United States First Class Mail, postage prepaid, to the following non-ECF participants having appeared in this action:

[none]

_____
Charles L. Leary