IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL -9 2018
ARTHUR JOHNSTON
BY_____ DEPUTY

DOUGLAS HANDSHOE     PLAINTIFF

VS.     CIVIL ACTION NO. 1:15cv382HSO-JCG

VAUGHN PERRET, CHARLES LEARY &
DANIEL ABEL, D/B/A TROUT
POINT LODGE LTD OFNOVA SCOTIA
& IN THEIR INDIVIDUAL CAPACITIES
PROGRESS MEDIA GROUP LIMITED,
MARILYN SMULDERS, TORSTAR
CORPORATION, NATIONAL
GEOGRAPHIC SOCIETY, XYZ
FOUNDATION & JOHN DOES 1-50     DEFENDANTS

**DEFENDANT CHARLES LEARY'S**
*PRO SE* **MOTION FOR RECONSIDERATION**
**OF A DECISION ON SANCTIONS (ECF 254)**
**BASED IN PART ON FRESH EVIDENCE**

COMES NOW Defendant and Plaintiff by counterclaim **Charles Leary**, appearing *pro se*, and files this his Motion respectfully requesting that the Court reconsider its decision relating to sanctions (ECF 254) based on fresh evidence.

Dr. Leary respectfully requests any relief the Court finds just.

A brief supporting this motion is also filed this day, along with a declaration of Dr. Leary. Dr. Leary also refers to his previous declarations filed in this case regarding receipt of notice and discovery requests from Plaintiff Handshoe.

RESPECTFULLY SUBMITTED, this the 4th day of July, 2018.

                                      CHARLES LEARY, DEFENDANT

                                      appearing *pro se*

308 5th Ave E  
Vancouver, BC V5T 1H4  
Canada

(902) 482-8360  
foodvacation@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on ___July 9___, 2018, I caused a true and correct copy of the above and foregoing to be filed utilizing the Court's CM/ECF electronic document filing system, which caused notice of such filing to be delivered to all counsel of record and parties requesting notice, and by United States First Class Mail, postage prepaid, to the following non-ECF participants having appeared in this action:

[none]

_____
Charles L. Leary