# EXHIBIT 1



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TROUT POINT LODGE, LIMITED, A Nova Scotia
Limited Company; VAUGHN PERRET and
CHARLES LEARY                                                           PLAINTIFFS

VERSUS                              CIVIL ACTION NO: 1:12CV00090 LG-JMR

DOUG K. HANDSHOE                                                        DEFENDANT

---

### *PRO SE* MOTION FOR ORIGINAL DISCIPLINE UNDER L.U.Civ.R. 83.1(c)(1)

---

Comes now Plaintiff Charles L. Leary, appearing *pro se*, and files this motion for original discipline under L.U.Civ.R. 83.1(c)(1) against attorneys G. Gerald Cruthird and Jack E. Truitt. This motion is supported by Plaintiff's Brief and Exhibit A-L.

Respectfully submitted, this the 12th day of May, 2015.

Charles Leary

By:   s/ *Charles L. Leary*
      Charles L. Leary, PhD
      *Pro se*

## CERTIFICATE OF SERVICE

I, Charles Leary, do hereby certify that I have sent a true and correct copy of the foregoing Memorandum by using facsimile and email to the following:

G. Gerald Cruthird, Esquire
Post Office Box 1050
Picayune, Mississippi 39466
Email: ggeraldc@bellsouth.net

Jack E. Truitt, Esquire
The Truitt Law Firm, LLC
149 North New Hampshire Street
Covington, LA 70433
Email: mail@truittlaw.com

This the 22th day of May, 2015.

s/ Charles L. Leary
Charles L. Leary

Charles L. Leary
140 Trout Point Road
E. Kemptville, NS B5A 5X9
(902) 761-2142
(800) 980-0713 fax
foodvacation@gmail.com

10



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TROUT POINT LODGE, LIMITED, A Nova Scotia
Limited Company; VAUGHN PERRET and
CHARLES LEARY                                              PLAINTIFFS

VERSUS                         CIVIL ACTION NO: 1:12CV00090 LG-JMR

DOUG K. HANDSHOE                                            DEFENDANT

---

### *PRO SE* MOTION FOR ORIGINAL DISCIPLINE UNDER L.U.Civ.R. 83.1(c)(1)

---

Comes now Plaintiff Charles L. Leary, appearing *pro se*, and files this motion for original discipline under L.U.Civ.R. 83.1(c)(1) against attorneys G. Gerald Cruthird and Jack E. Truitt. This motion is supported by Plaintiff's Brief and Exhibit A-L.

Respectfully submitted, this the 12th day of May, 2015.

Charles Leary

By:   s/ *Charles L. Leary*
      Charles L. Leary, PhD
      *Pro se*

## CERTIFICATE OF SERVICE

I, Charles Leary, do hereby certify that I have sent a true and correct copy of the foregoing Memorandum by using facsimile and email to the following:

G. Gerald Cruthird, Esquire
Post Office Box 1050
Picayune, Mississippi 39466
Email: ggeraldc@bellsouth.net

Jack E. Truitt, Esquire
The Truitt Law Firm, LLC
149 North New Hampshire Street
Covington, LA 70433
Email: mail@truittlaw.com

This the 22th day of May, 2015.

s/ Charles L. Leary
Charles L. Leary

Charles L. Leary
140 Trout Point Road
E. Kemptville, NS B5A 5X9
(902) 761-2142
(800) 980-0713 fax
foodvacation@gmail.com