

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOUGLAS HANDSHOE                            PLAINTIFF

VS.                    CIVIL ACTION NO. 1:15cv382HSO-JCG

VAUGHN PERRET, CHARLES LEARY &
DANIEL ABEL, D/B/A TROUT
POINT LODGE LTD OFNOVA SCOTIA
& IN THEIR INDIVIDUAL CAPACITIES
PROGRESS MEDIA GROUP LIMITED,
MARILYN SMULDERS, TORSTAR
CORPORATION, NATIONAL
GEOGRAPHIC SOCIETY, XYZ
FOUNDATION & JOHN DOES 1-50                       DEFENDANTS

**DEFENDANT CHARLES LEARY'S
*PRO SE* MOTION FOR RECONSIDERATION
OF TEXT-ONLY ORDER MADE JULY 17, 2018**

COMES NOW Defendant and Plaintiff by counterclaim **Charles Leary**, appearing *pro se*, and files this his Motion under Federal Rules of Civil Procedure 28 and 30. In particular Dr. Leary respectfully asks that the Court reconsider Its Order of today's date granting a commission to a court reporter located in Mississippi to conduct a foreign telephonic deposition. Case law shows that the person commissioned must be located in the foreign location, as that is where the deposition takes place. A brief, originally drafted as an opposition to Mr. Handshoe's motion, is attached to support this motion. This motion is being sent to the Court by email and by post.

RESPECTFULLY SUBMITTED, this the 17th day of July, 2018.

CHARLES LEARY, DEFENDANT

appearing *pro se*

308 5th Ave E
Vancouver, BC V5T 1H4
Canada

(902) 482-8360
foodvacation@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that, on July 18, 2018, I caused a true and correct copy of the above and foregoing to be filed utilizing the Court's CM/ECF electronic document filing system, which caused notice of such filing to be delivered to all counsel of record and parties requesting notice, and by United States First Class Mail, postage prepaid, to the following non-ECF participants having appeared in this action:

[none]

_____
Charles L. Leary