*Exhibit A*

## PIN THE CIRCUIT COURT OF STONE COUNTY, MISSISSIPPI

**TROUT POINT LODGE, LIMITED;**
**VAUGHN PERRET; and CHARLES LEARY**                                   **PLAINTIFFS**

VS.                                                                                  **JUDGMENT NUMBER: 12219**
                                                                                     **BASED UPON UNITED STATES DISTRICT**
                                                                                     **COURT FOR THE SOUTHERN DISTRICT OF**
FILED JUL 10 2018                                                                    **MISSISSIPPI CIVIL ACTION NUMBER**
STONE COUNTY, MISS.                                                                  **1:12cv90LG-JMR**
JEFFREY L. O'NEAL, CIR. CLK.
BY _____ D.C.

**DOUG K. HANDSHOE**                                                                 **DEFENDANT**

### NOTICE OF SHERIFF'S SALE UNDER WRIT OF EXECUTION

WHEREAS, on the 23rd day of May, 2018, a writ of execution was issued pursuant to the request of the defendant and directed unto the undersigned by the Clerk of the Circuit Court of Stone County, Mississippi, upon judgment against Trout Point Lodge, Limited, Vaughn Perret and Charles Leary in The United States District Court for the Southern District of Mississippi, Southern Division, case number 1:12cv90LG-JMR enrolled in the Office of the Circuit Clerk of Stone County, Mississippi, on May 17, 2017 in favor of the defendant.

WHEREAS, on said date of June 26, 2018, the undersigned did accordingly levy in the way and manner provided by statute upon the plaintiffs' interest in certain personal property, hereinafter described, and pursuant to the directions contained in said writ of execution, and by statute, is required to give notice of sale there under;

NOW THEREFORE, notice is hereby given by the undersigned that he will on July 23, 2018 between 11:00 o'clock A.M. and 4:00 o'clock P.M. at the front door of the Stone County Courthouse in Wiggins, Mississippi offer for sale and will sell at public auction to the highest bidder for cash, the entirety, or as much thereof as will satisfy the execution and costs, of the right, title, claim and interest in and to that certain personal property, situated in Stone County, Mississippi, as below described, as was owned by said Trout Point Lodge, Limited, Vaughn Perret and Charles Leary and subject to the lien of said judgment, and as were or now may be owned by said Trout Point Lodge, Limited, Vaughn Perret and Charles Leary, and subject to the lien of said judgment, said personal property being described as follows, to wit:

1. Any and all interests in Counterclaims belonging to Charles Leary in the chose-in-action presently filed in the United States District Court for the Southern District of Mississippi, Southern Division styled Douglas Handshoe V. Vaughn Perret et al, Civil Action number 15cv382.
2. United States registered copyright interests of Charles Leary and Vaughn Perret in "The Trout Point Lodge cookbook: Creole cuisine from New Orleans to Nova

1

Scotia." United States Copyright Office Registration Number TX0006211232 dated June 17, 2005.

3. All United States Copyrightable Interests (Currently Unregistered) of Charles Leary, Vaughn Perret and Trout Point Lodge, Limited in the Canadian Registered Copyrighted Photos described as follows:
    a. "Trout Point Lodge closeup" dated July 8, 2013. Canadian Copyright Registration Number 1106084 owned by Trout Point Lodge, Limited.
    b. "Trout Point Lodge with Chairs" dated August 8, 2014. Canadian Copyright Registration Number 1115082 owned by Trout Point Lodge, Limited.
    c. "Trout Point Lodge on the Tusket River" dated August 12, 2014. Canadian Copyright Registration Number 1115143 owned by Trout Point Lodge, Limited.
    d. "Charles L. Leary & Vaughan J. Perret with dog" dated July 8, 2013. Canadian Copyright Registration Number 1106087 owned by Trout Point Lodge, Limited.
    e. "Trout Point Owners by the Tusket River" dated August 22, 2013. Canadian Copyright Registration Number 1107205 owned by Trout Point Lodge, Limited.
    f. "Charles Leary & Vaughan Perret in Kitchen" dated August 8, 2014. Canadian Copyright Registration Number 1115083 owned by Trout Point Lodge, Limited.
    g. "Main Lodge with Firepit Burning" dated August 8, 2014. Canadian Copyright Registration Number 1115085 owned by Trout Point Lodge, Limited.
    h. "Trout Point Lodge, North Side" dated August 12, 2014. Canadian Copyright Registration Number 1115144 owned by Trout Point Lodge, Limited.
    i. "Charles L. Leary & Vaughan J. Perret" taken in the United States by Ashoka dated July 8, 2013. Canadian Copyright Registration Number 1106083 owned by Charles L. Leary.
    j. "Tusket Room, Trout Point Lodge of Nova Scotia" dated August 8, 2014. Canadian Copyright Registration Number 1115084 owned by Trout Point Lodge, Limited.
4. All creative content of the weblog at www.Real-Malice.blogspot.com, by Trout Point Lodge, Limited, Charles Leary and Vaughn Perret a/k/a user "Randall Cajun".
5. All creative content of the weblog at https://troutpointlodge.wordpress.com/ by Charles Leary, Vaughn Perret and Trout Point Lodge, Limited a/k/a user "troutpoint10".

6. Any and all other personal property not exempt by law that may be found to belong to Trout Point Lodge, Limited, Vaughn Perret or Charles Leary.

Dated this, the 10th day of July, 2018

/s/ Sheriff Mike Farmer
Sheriff of Stone County, Mississippi


POSTED ON July 10, 2018:

STONE COUNTY COURTHOUSE, WIGGINS, MISSISSIPPI

UNITED STATES POST OFFICE, WIGGINS, MISSISSIPPI

STONE COUNTY SHERIFF'S DEPARTMENT


/s/ Sheriff Mike Farmer
Sheriff of Stone County, Mississippi