**U.S. District Court for the Southern District of Mississippi,**
**Case 1:15-cv-00382-HSO-JCG**

**Declaration of Charles L. Leary**
**dated July 17, 2018**

1. I am Charles L. Leary, a United States citizen resident in Canada, and defendant in the above-captioned action filed by Plaintiff Douglas K. Handshoe. I am currently working in Western Europe.
2. As of today's date I have not received any mail from Douglas Handshoe containing his opposition to my motions before this court to extend deadlines for filing dispositive motions and to extend a deadline for filing my motion for partial summary judgment. I have however received mail from the court indicating such opposition documents were filed. Apparently, mail posted by the court reaches my address, but mail from Mr. Handshoe does not.
3. Attached hereto as Exhibit B is a true copy of a document received by me by email from Mr. Handshoe on July 11, 2018. I do not have any property in Stone County, Mississippi. I have never been served with any Writ of Execution in this proceeding relating to judgment number 122219 in Stone County Circuit Court, as attested to by the affidavit of service of Mr. Handshoe's own process server.
4. Attached hereto as Exhibit C is a true printout of email communications between myself and Mr. Handshoe concerning a foreign deposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___July 17 '18___ (date).

_____
Charles L. Leary (signature)