IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



DOUGLAS HANDSHOE

v.   CIVIL ACTION NO. 1:15cv382-HSO-JCG

VAUGHN PERRET, CHARLES LEARY &
DANIEL ABEL, D/B/A/ TROUT POINT
LODGE LTD OF NOVA SCOTIA & IN
THEIR INDIVIIDUAL CAPACITIES
PROGRESS MEDIA GROUP LIMITED,
MARILYN SMULDERS, & ASHOKA

## MEMORANDUM IN SUPPORT OF RESPONSE IN OPPOSITION TO DEFENDANT LEARY'S MOTION FOR A TERMPORARY RESTRAINING ORDER (ECF# 262)

This Memorandum in Support of Response in Opposition to Mr. Leary's Motion for a Temporary Restraining Order is respectfully submitted by Plaintiff Douglas Handshoe.

Mr. Leary's Motion should be denied because his Motion does not comport to the Rules of Civil Procedure and involves Plaintiff's collection efforts involving a judgment against Mr. Leary in another matter before other Courts for which this Court lacks jurisdiction. Mr. Leary, an absconding, deadbeat Judgment Debtor and Contemnor, has been recently fraudulently transferred assets in both the United States and Canada to avoid execution on the underlying Judgment. Mr. Leary is currently evading service of process in Spain.

1

## Law and Argument

Even if Mr. Leary could establish that this Court has jurisdiction over collection matters in other Federal Court civil actions, which he cannot, he failed to adequately plead the basic elements required for a Court to issue a TRO including the following:

1. He failed to establish an irreparable injury beyond speculation and the injury he pleads is simply a monetary injury.
2. There exist other remedies at law in other venues.
3. He has no likelihood of success on the merits of his arguments.

Additionally, Mr. Leary did not confer with the Plaintiff prior to filing his Motion nor did he post a bond as required.

## **Conclusion**

Plaintiff respectfully requests this Court denies Mr. Leary's Motion for a Temporary Restraining Order.

Respectfully submitted this 23rd day of July, 2018,

_____

Plaintiff
Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com

## CERTIFICATE OF SERVICE

I, Douglas Handshoe, hereby certify that on July 23, 2018 the foregoing was sent for electronically filing by me via the Clerk of the Court using the ECF system which sent notification to all counsel of record upon filing by the Clerk.

I, Douglas Handshoe, hereby certify that on July 23, 2018, I mailed the foregoing to Charles Leary at 308 5th Ave E, Vancouver, BC V5T 1H4 Canada with a courtesy copy to foodvacation@gmail.com.

Respectfully submitted this 23rd day of July, 2018,

_____
Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com