# EXHIBIT 1

# Douglas Handshoe

| | |
|---|---|
| **From:** | Douglas Handshoe <earning04@gmail.com> |
| **Sent:** | Thursday, July 19, 2018 9:18 AM |
| **To:** | 'foodvacation Canada' |
| **Subject:** | RE: |

Mr. Leary I am not asking you consent to service by electronic means. A courtesy copy is exactly that. This way you can't complain about PACER charges you claim to incur and I think removes an unnecessary side fight that impedes the resolution of this matter.  I would think the Court would look favorably on us cooperating to a resolution of your complaints about your rather unique mailing arrangements but if you want to continue filing Motions on it that is your business.

As far as the Writ goes, it went to the last known address of the Plaintiffs as listed in that matter.  No member of your household was present beyond a cook so Mr. Acker posted the Writs to the Door as is allowed by the Mississippi Code.  You certainly found out very quickly per your TRO Motion.  And you acknowledged electronic receipt of the Notice of Sheriff's sale when you emailed it to the Magistrate's chambers. I also mailed a copy of the Notice to the address on file so none of the Plaintiffs in that matter can say they did not know.

Please let me know about the start time for the deposition.  I tentatively scheduled the Court reporter for 10AM Central time, which I believe is 5 PM your time.


Doug Handshoe
Slabbed New Media LLC
Post Office Box 788
Wiggins, MS 39577-0788
Phone: (601) 928-5380
www.slabbed.org


**From:** foodvacation Canada <foodvacation@gmail.com>
**Sent:** Wednesday, July 18, 2018 4:02 PM
**To:** Douglas Handshoe <earning04@gmail.com>
**Subject:** Re:

Mr. Handshoe:

I have never been served with any Writ of Execution; I know that as a fact. So that calls into question all of the other statements of fact in your email and past communications.

I do not consent to service by electronic means, whether under FRCP 5(b)(E) or other law.

I will get back to you about a deposition time; it might have to be 5 pm my time.

Sincerely,

Charles

On Tue, Jul 17, 2018 at 10:45 PM, Douglas Handshoe <earning04@gmail.com> wrote:

1

Mr. Leary – Good luck with having the Magistrate reconsider. The case law I found accords Judges very wide latitude to facilitate depositions under Rule 28. Further you can't argue with the result of the Magistrate simplifying things for us because you've provided me with two dates. It is a bit late to try to get Ms. Ainsworth for the 24th but the 27th is fine and we can set it for that date. I will email Ms. Ainsworth and tell her to reserve us a court reporter for the 27th.

If we start at 9:00AM Central time that would be 4pm your local time in Spain. I suspect we will not need more than 90 minutes tops. Please verify for me that is a good time for you on the 27th.

On another note I see you emailed the Magistrate the Notice of Sheriff's Sale. The only way in my opinion that you can stop it is to immediately remit $48,000USD to Slabbed New Media, LLC.

I also see you complained about not receiving my oppositions filed early this month. They are attached. The problem I am running into is international mail is taking longer, even if it is sent with a customs form. Over the last couple of months I've had the USPO return one mailing for a customs form, even though documents do not require it. I give them what they want even if it isn't right but the result is your mail is postmark five days after it was first deposited into the mail drop. That writ of execution you were served with evidently circled the Miami Airport for a week according to tracking and that was sent Express Mail. Similarly the returns were also delayed coming here from Canada which is why they were not filed sooner.

I'm unsure what kind of motion practice responses you can draw when getting mail to you takes 14 days under the best of circumstances but I can remove this issue as a source of irritation for the Judges thus the new certificate of service that has your email receiving a courtesy copy. That way the Judges can concentrate on Judging the major issues instead of worrying with meaningless bickering that does nothing to advance the case.

If you need more time to file rebuttals, I am happy to give you an extension of time to July 24 to get it filed.

I thank you for your cooperation on setting the deposition.


Doug Handshoe

Slabbed New Media LLC

Post Office Box 788

Wiggins, MS 39577-0788

Phone: (601) 928-5380

www.slabbed.org

**From:** foodvacation Canada <foodvacation@gmail.com>
**Sent:** Tuesday, July 17, 2018 2:27 PM
**To:** Douglas Handshoe <earning04@gmail.com>
**Subject:**

Mr. Handshoe:

I will be asking the Court to reconsider the text-only order of today's date as having a court reporter in Mississippi while I am in a foreign country does not accord with the rules and substantive case law.

Nevertheless I can move appointments and be available during normal business hours here on July 24 or 27 if this is to be purely a telephonic deposition, with the court reporter in Mississippi and no one here. I waive receiving notice by post, but ask to receive notice of the deposition under Rule 30(b).

I can provide you with a North American telephone number to call.

Charles Leary