### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**DOUGLAS HANDSHOE**                                                    **PLAINTIFF**

**V.**                                    **CIVIL ACTION NO. 1:15-CV-382-HSO-JCG**

**VAUGHN PERRET,** *et al.*                                          **DEFENDANTS**

### AMENDED CASE MANAGEMENT ORDER

BEFORE THE COURT is Counterclaimant Charles Leary's remaining claims against Counter-Defendant Douglas Handshoe. Handshoe has answered (ECF No. 296). The Case Management Order will be amended as follows:

I.   Dispositive and *Daubert*-type must be filed on or before December 14, 2018. Motions may only concern Leary's remaining counterclaims for "(1) malicious prosecution; (2) misrepresentation under 17 U.S.C. § 512(f), related to the 'late January, 2016,' counter-notification sent to Amazon Web Services; and (3) copyright infringement" (ECF No. 293).

II.   The Pretrial Conference is reset to January 22-24, 2019, at 9:00 a.m. in Gulfport Mississippi, before United States District Judge Halil S. Ozerden.

III.   The bench trial is reset to a three-week trial calendar beginning on February 4, 2019, at 9:00 a.m. in Gulfport, Mississippi, before United States District Judge Halil S. Ozerden.

**SO ORDERED,** this the 14th day of November, 2018.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE