




**PRIORITY MAIL**

RECEIVED NOV 21 2018 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF MISS.

UNITED STATES POSTAL SERVICE — Click-N-Ship®

usps.com
$6.70
US POSTAGE
Flat Rate Env
9405 8036 9930 0725 0855 97 0067 0000 0013 9501
11/20/2018   Mailed from 39577   062S0000001309

**PRIORITY MAIL 2-DAY™**

DOUGLAS HANDSHOE
DOUGLAS HANDSHOE, CPA
PO BOX 788
WIGGINS MS 39577-0788

Expected Delivery Date: 11/23/18

0006

C009

SHIP TO:
HON. ARTHUR S JOHNSON
UNITED STATES DISTRICT CLERK
2012 15TH ST
STE 403
GULFPORT MS 39501-2036

**USPS TRACKING #**

9405 8036 9930 0725 0855 97

Electronic Rate Approved #038555749