# PRIORITY MAIL

DATE OF DELIVERY SPE[CIFIED]
USPS TRACKING™ INCL[UDED]
INSURANCE INCLUDED
PICKUP AVAILABLE
* Domestic only

RECEIVED NOV 21 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE


UNITED STATES POSTAL SERVICE®


UNITED STATES POSTAL SERVICE® Click-N-Ship®

P
usps.com   9405 8036 9930 0725 0855 97 0067 0000 0013 9501
$6.70
US POSTAGE
Flat Rate Env

11/20/2018   Mailed from 39577   06250000001309

## PRIORITY MAIL 2-DAY™

DOUGLAS HANDSHOE
DOUGLAS HANDSHOE, CPA
PO BOX 788
WIGGINS MS 39577-0788

Expected Delivery Date: 11/23/18

0006

C009

SHIP TO:
HON. ARTHUR S JOHNSON
UNITED STATES DISTRICT CLERK
2012 15TH ST
STE 403
GULFPORT MS 39501-2036

USPS TRACKING #



9405 8036 9930 0725 0855 97

Electronic Rate Approved #038555749