IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



DOUGLAS HANDSHOE                                                   PLAINTIFF

VS.                                                             CIVIL ACTION NO. 1:15cv382HSO-JCG

VAUGHN PERRET, CHARLES LEARY &
DANIEL ABEL, D/B/A TROUT
POINT LODGE LTD OFNOVA SCOTIA
& IN THEIR INDIVIDUAL CAPACITIES
PROGRESS MEDIA GROUP LIMITED,
MARILYN SMULDERS, TORSTAR
CORPORATION, NATIONAL
GEOGRAPHIC SOCIETY, XYZ
FOUNDATION & JOHN DOES 1-50                       DEFENDANTS

### DEFENDANT CHARLES LEARY'S
### *PRO SE* MOTION TO DISCOVER DOUGLAS HANDSHOE
### AFTER THE CLOSE OF PLEADINGS

COMES NOW Plaintiff by counterclaim **Charles Leary**, appearing *pro se*, and files this his Motion respectfully requesting that the Court allow Dr. Leary to conduct additional discovery of Mr. Handshoe now that pleadings have closed in this case.

A supporting memorandum accompanies this motion.

RESPECTFULLY SUBMITTED, this the 30th day of November, 2018.

CHARLES LEARY, DEFENDANT

appearing *pro se*

308 5th Ave E
Vancouver, BC V5T 1H4
Canada

802-440-0213
foodvacation@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on _____, 2018, I caused a true and correct copy of the above

## CERTIFICATE OF SERVICE

I hereby certify that, on Nov. 30, 2018, I caused a true and correct copy of the above and foregoing to be filed utilizing the Court's CM/ECF electronic document filing system, which caused notice of such filing to be delivered to all counsel of record and parties requesting notice, and by United States First Class Mail, postage prepaid, to the following non-ECF participants having appeared in this action:

[none]

_____
Charles L. Leary