

eSnail.ca

Support | Security | F.A.Q. | Legal Canvas

All Mail    New Mail    Archived Mail    On Hold Mail    Trashed

Charles Leary <foodvacation@gmail.com>

Documents

Direct link: https://www.esnail.ca/client/mail/file/085247eb8ec92227c4adb5fae97ae65d1542742216

[ m ] 2018-11-20 19:30:10

https://www.esnail.ca/client/mail/view/5da1ab393ey2f36e29c3b773404A5f/

Account Settings

**Notice of Electronic Filing**

**U.S. District Court**

**Southern District of Mississippi**

The following transaction was entered on 11/9/2018 at 12:03 PM CST and filed on 11/9/2018

Case Name:            Handshoe v. Perret et al
Case Number:       1:15-cv-00382-HSO-JCG
Filer:                     Douglas Handshoe
Document Number: 296

CM/ECF LIVE - U.S. District Court: Mississippi Southern District                    https://ecf.mssd.circ5.dcn/cgi-bin/Dispatch.pl?503829959563122

**Answers to Complaints**
1:15-cv-00382-HSO-JCG
Handshoe v. Perret et al

JCG,TRIAL_SET

Exhibit 3 (7 pages)

 **[ m ] 2018-11-20 19:30:10**

Recepient: Charles Leary <foodvacation@gmail.com> (/client/mail/view/15994) Sender: U.S. District Court

## Documents

Request ▾    ✖ (/client/mail/trash/15994)

Direct link: https://www.esnail.ca/client/mail/file
/085247eb8ec92227cfadb5fae97ae65d1542742216 (/client/mail/file
/085247eb8ec92227cfadb5fae97ae65d1542742216)

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
2012 15TH STREET, SUITE 403
GULFPORT, MISSISSIPPI 39501

OFFICIAL BUSINESS

GULFP

09 NOV 2

Charles Leary
308 5th Ave E
Vancouver, BC V5T 1H4 Cana

00299$3405

eSnail.ca
308 East 5th Avenue
Vancouver, BC
V5T 1H4 Canada

Support (/support.html)  |  Security (/security.html)  |  F.A.Q. (/faq.html)  |  Legal (/legal.html)  |
Privacy (/privacy.html)