# Gmail

earning04@gmail.com

1–50 of about 89

**Douglas Handshoe**
earning04@gmail.com
Hangout with Douglas
Start a video call with Douglas

| | | | |
|---|---|---|---|
| ozerden_chambers | Inbox | Handshoe v. Leary, 1:15cv382 - Mr. Handshoe and Mr. Leary, Attached please find three Orders that Judge… PDF 115cv382 Text… PDF 115cv382 Order… | Sep 14 |
| me, Doug 2 | Inbox | settlement - gmail.com> wrote: Mr. Handshoe: Even with today's decisions from Judge Ozerden and the hi… PDF 115cv382 Text… | Sep 14 |
| ozerden_… Douglas 3 | Inbox | Handshoe v. Leary, 1:15cv382 - gmail.com> Sent: Thursday, September 13, 2018 4:43 PM To: ozerden_cha… PDF Order 289.pdf PDF Order 290.pdf | Sep 13 |
| Douglas Handshoe | Inbox | Pretrial Conference preparation - earning04@gmail.com> Sent: Wednesday, September 05, 2018 10:13 AM… PDF Trout Point ami… PDF 150120_CEY_… PDF Appeals Court… +3 | Sep 10 |
| Douglas, me 3 | Inbox | Deposition notice - gmail.com> Sent: Thursday, July 26, 2018 6:20 AM To: Douglas Handshoe < earning04… PDF Leary Notice of… | Jul 27 |
| Douglas Handshoe | Inbox | Courtesy copy of todays filings. - Mr. Leary, filed today. Doug Handshoe Slabbed New Media LLC Post Offic… PDF Handshoe v Per… PDF Handshoe v Per… +3 | Jul 24 |
| me | | 15-cv-382 TRO - Dear Judge Ozerden: I hope all is well. I have filed a motion for a temporary restraining order to be PDF Order on Trout… | Jul 23 |

Exhibit "B"
1 of 2

# eSnail.ca

- All Mail
- **All Mails (53)**
- New Mail
- Archived Mail
- On Hold Mail
- Trashed

Search | Subject or description or

« 1 2 »

| | Date | Recipient | Sender | |
|---|---|---|---|---|
| ✉ | 2018-11-20 19:30:10 | Charles Leary <foodvacation@gmail.com> | U.S. District Court | Request ▼ ✕ |
| ✉ | 2018-11-20 19:00:37 | Charles Leary <foodvacation@gmail.com> | U.S. District Court | Request ▼ ✕ |
| ✉ | 2018-11-02 21:42:45 | Charles Leary <foodvacation@gmail.com> | U.S. District Court | Request ▼ ✕ |
| ✉ | 2018-10-25 02:57:42 | Charles Leary <foodvacation@gmail.com> | U.S. District Court | Request ▼ ✕ |
| ✉ | 2018-10-12 17:25:12 | Charles Leary <foodvacation@gmail.com> | U.S. District Court | Request ▼ ✕ |
| ✉ | 2018-09-23 17:30:34 | Charles Leary <foodvacation@gmail.com> | U.S. District Court | Request ▼ ✕ |
| ✉ | 2018-09-23 17:15:33 | Charles Leary <foodvacation@gmail.com> | U.S. District Court | Request ▼ ✕ |
| ✉ | 2018-09-17 22:02:20 | Charles Leary <foodvacation@gmail.com> | U.S. District Court | Request ▼ ✕ |
| ✉ | 2018-08-31 21:38:44 | Charles Leary <foodvacation@gmail.com> | U.S. District Court | Request ▼ ✕ |

Support | Security | F.A.Q. | Legal | Privacy

**eSnail.ca**
308 East 5th Avenue
Vancouver, BC
V5T 1H4 Canada

Account Settings ▼