# EXHIBIT 1

# Douglas Handshoe

| | |
|---|---|
| **From:** | Douglas Handshoe <earning04@gmail.com> |
| **Sent:** | Tuesday, July 03, 2018 2:46 PM |
| **To:** | 'foodvacation Canada' |
| **Subject:** | RE: Failure to cooperate |

Mr. Leary,

My email to you last week contained the following, which you have ignored.

"Since you are "outside of North America" a telephonic deposition would make the most sense and be the least burdensome. In order to comply with Rule 28, at my expense, we will need someone to administer the oath at your location, which you still have not disclosed.

To the extent it will take a bit of time to arrange for the logistics, we will need to schedule a date, in accordance with the Magistrate's order and you will need to advise me of your location."

Please furnish me with a date and your location so that arrangements can be made for your deposition. You have done neither and have wasted close to two weeks "studying" the Magistrate's order.

The topics will include everything in the lawsuit between us, that includes your counterclaims and my claim against you. The deposition could take as long as 7 hours though I anticipate it taking far less time than that.

I'll point out that You are already an active contemnor. I'll have no issues filing another contempt motion given your failure to cooperate should you continue to foot drag on this issue.


Doug Handshoe
Slabbed New Media LLC
Post Office Box 788
Wiggins, MS 39577-0788
Phone: (601) 928-5380
www.slabbed.org


**From:** foodvacation Canada <foodvacation@gmail.com>
**Sent:** Tuesday, July 03, 2018 2:43 PM
**To:** Douglas Handshoe <earning04@gmail.com>
**Subject:** Re: Failure to cooperate

Mr. Handshoe:

I am still researching legal issues raised by the order and I have not myself yet received the order. I have also been extremely busy with work and briefs in this case.

I also note the Order you provided says you can depose me at a location near my residence or by telephone; it says nothing about me having to be at a specified location when I speak to you by telephone. I need to understand better all these issues. In addition, can you please tell me the proposed topics you will raise and the expected time it will take? This is material to my coordination with you regarding the deposition.

1

Will you consent to an amendment to the counterclaims? Finally, again, will you consent to be deposed if I decide to file a motion seeking your reciprocal deposition?

Charles Leary

On Tue, Jul 3, 2018 at 4:17 PM, Douglas Handshoe <earning04@gmail.com> wrote:

> Mr. Leary,
>
> This is my reminder to you that you have failed to cooperate with me to establish a date for your deposition as ordered by the Magistrate.  Please give me a range of dates in order to schedule your deposition and advise me of your location so I can make proper arrangements for it.
>
> Doug Handshoe
>
> Slabbed New Media LLC
>
> Post Office Box 788
>
> Wiggins, MS 39577-0788
>
> Phone: (601) 928-5380
>
> www.slabbed.org
>
> ---
>
> **From:** Douglas Handshoe <earning04@gmail.com>
> **Sent:** Friday, June 29, 2018 8:10 AM
> **To:** 'foodvacation Canada' <foodvacation@gmail.com>
> **Subject:** RE:
>
> Thank you for replying Mr. Leary.
>
> Page 4 of the order contains the following language:
>
> "The parties are expected to agree to the date and means of conducting Leary's deposition without Court intervention."

2

I suggest we stay to the language of the Magistrate's order, which does not involve you taking my deposition. Introducing such an extraneous issue does not get us where we need to be here.

Since you are "outside of North America" a telephonic deposition would make the most sense and be the least burdensome. In order to comply with Rule 28, at my expense, we will need someone to administer the oath at your location, which you still have not disclosed.

To the extent it will take a bit of time to arrange for the logistics, we will need to schedule a date, in accordance with the Magistrate's order and you will need to advise me of your location.

Mr. Leary, I hope to hear from you very soon with your exact location and a range of dates within the next 3 weeks so we can arrange for your deposition. I thank you for your cooperation.

Doug Handshoe

Slabbed New Media LLC

Post Office Box 788

Wiggins, MS 39577-0788

Phone: (601) 928-5380

www.slabbed.org

From: foodvacation Canada <foodvacation@gmail.com>
Sent: Friday, June 29, 2018 4:22 AM
To: Douglas Handshoe <earning04@gmail.com>
Subject:

Mr. Handshoe:

I am on an extended trip at the moment outside of North America. I will not return to Canada until probably October.

3

I need to review the order of Magistrate Gargiulo and I will be in contact with you.

I would like to depose you as well.

Sincerely,

Charles Leary