

Foodvacation Canada <foodvacation@gmail.com>

---

## Handshoe v Perret et al - Rule 16 Order and Disclosures

---

**foodvacation Canada** <foodvacation@gmail.com>     Mon, Oct 30, 2017 at 2:30 PM
To: Douglas Handshoe <earning04@gmail.com>

Mr. Handshoe:

I have located emails related to the interference with business and contractual relation claim. I will get these to you shortly. I have to take out certain emails from the stream that are privileged.

Also, attached please find emails relevant to your counter notifications.

Finally, also attached are Copyright Assignments to me (one is scanned into 3 distinct pages).

I cannot agree that there is no relevant discovery related to my counterclaims.

Sincerely,

Charles Leary

*Exhibit "8"*
*5 pages*   cll

On Fri, Oct 6, 2017 at 3:53 PM, Douglas Handshoe <earning04@gmail.com> wrote:
[Quoted text hidden]

---

**8 attachments**

 AWS_counter.pdf
103K

 Gmail - DMCA Counter Notification re: slabbed.org.pdf
85K

📄 Gmail - Re: [1-9100000004085] New Copyright Counter-Notification_a.pdf
106K

📄 AWS DMCA Counter Notification [17352696474].pdf
102K

📄 Copyright Assignment to Charles Leary.pdf
574K

📄 Copyright_Assignment.pdf
624K

📄 Copyright_Assignment 1.pdf
337K

📄 Copyright_Assignment 2.pdf
210K



Foodvacation Canada <foodvacation@gmail.com>

## Handshoe v Perret et al - Rule 16 Order and Disclosures

**Doug Handshoe** <earning04@gmail.com>  Mon, Oct 30, 2017 at 2:34 PM
To: "leary, charles" <foodvacation@gmail.com>

There will be no discovery on your counter claims as they will not survive a 12b motion.

Any talk of discovery regarding them is thus speculative at best.

Sent from mobile
[Quoted text hidden]

COPYRIGHT ASSIGNMENT
TO CHARLES L. LEARY

Trout Point Lodge, Limited, with Nova Scotia Registry of Joint Stocks Number 3025050, owns the entire copyright in the creative works listed below, as registered with the Canada Intellectual Property Office. Effective this date, Trout Point Lodge hereby assigns and transfers its copyright, including the right to action, as well as all rights in derivative works specifically and solely for the territory of the United States of America, to Charles L. Leary of 140 Trout Point Road, E. Kemptville, Nova Scotia. This Assignment does not include transfer or assignment of moral rights. This Assignment includes the right to do whatever the owner of copyright, under United States law, has the right to do with the works, including but not limited to file claims for damages or equitable relief related to all infringement, past, present, or future, and to enjoy all income and royalties from the works. Charles Leary is, as of the effective date, the owner of United States copyright in these works and also has the right to register his ownership with the United State Copyright Office:

"Trout Point Lodge, North Side"
CIPO Registration Number:
1115144
Type:
Copyright
Author:
Trout Point Lodge, Limited
Owner:
Trout Point Lodge, Limited
Registration Date:
2014-08-12

- "Trout Point Lodge on the Tusket River"
Registration Number:
1115143
Type:
Copyright
Author:
Trout Point Lodge, Limited
Owner:
Trout Point Lodge, Limited
Registration Date:
2014-08-12

- "Main Lodge with Firepit Burning"
Registration Number:
1115085
Type:
Copyright
Author:
Taylor, William
Owner:
Trout Point Lodge, Limited
Registration Date:
2014-08-08

- "Tusket Room, Trout Point Lodge of Nova Scotia"
  Registration Number:
  1115084
  Type:
  Copyright
  Author:
  Leary, Charles
  Owner:
  Trout Point Lodge, Limited
  Registration Date:
  2014-08-08
- "Charles Leary & Vaughan Perret in Kitchen"
  Registration Number:
  1115083
  Type:
  Copyright
  Author:
  Leary, Charles
  Owner:
  Trout Point Lodge, Limited
  Registration Date:
  2014-08-08
- "Trout Point Lodge with Chairs"
  Registration Number:
  1115082
  Type:
  Copyright
  Author:
  Trout Point Lodge, Limited
  Owner:
  Trout Point Lodge, Limited
  Registration Date:
  2014-08-08
- "Trout Point Owners by the Tusket River"
  Registration Number:
  1107205
  Type:
  Copyright
  Author:
  Smulders, Marilyn
  Owner:
  Trout Point Lodge, Limited
  Registration Date:
  2013-08-22
- "Charles L. Leary & Vaughan J. Perret with dog"
  Registration Number:
  1106087
  Type:

Copyright
Author:
Kara, Crowell
Owner:
Trout Point Lodge, Limited
Registration Date:
2013-07-08
- "Trout Point Lodge closeup"
Registration Number:
1106084
Type:
Copyright
Author:
Vaughn, Perret
Owner:
Trout Point Lodge, Limited
Registration Date:
2013-07-08


Signed this 1st Day of September, 2016

*[signature]*
Vaughan J. Perret, President
Trout Point Lodge, Limited


Agreed to: ____*CLL*____
Charles L. Leary