Exhibit "E"
9 pages

slabbed.org/2013/02/08/slabbed-examines-the-harassment-of-private-citizens

**Doug Handshoe**
February 8, 2013 at 12:10 pm

Thank you JXTRE. I absolutely believe justice will prevail here.

I need to update the Slabbed legal landscape in general Lockem. We're waiting for Judge Guirola's ruling on cost for bond as I write this and I will be posting Danny Abel's latest lawsuit against me and Anne Marie Vandenweghe in its entirety. Sanctions are a distinct possibility.

As I implied above I think it has sunk in with Team Goatherder that the goats known as Leary and Perret will likely be seeing me at the Federal Courthouse in Gulfport in a painful hell of legal entanglement soon to come.

A sane person would have backed down, maybe issued an apology but these guys doubled up.

Reply

website and are currently suing Fox 8 in Nova Scotia along with yours truly.

Since I am not sharing my sources and my webhost, Automattic, does not honor court orders issued by pinhead Canadian judges against American Citizens, Perret and his wife Charles Leary are at a legal dead-end. And since they can't find out my sources, they can't intimidate them into silence as has been their MO since going to Nova Scotia. My own experience is people simply do not react well to bullies and Slabbed too has benefitted from that fact as my post yesterday calling for information on Trout Point and Cerro Coyote netted me another nice tip from Nova Scotia on folks Trout Point has done business with. So to set that up lets head back to the post where I named the property owners of the development known as Trout Point, specifically two of the lots:

*LOT 3-B AND 7-D*
*SOLD BY RALPH FONTCUBERTA IN JAN 21 2010*
*TO PRAKA-NOVA SCOTIA LLC,*
*7216 STONELEIGH DRIVE*
*HARAHAN LA*



It appears that Leary and Perret prefer people with weak minds and you may be surprised at how many folks will sign it without a second thought. But the way they treat some of the locals is what is coming back to bite them on their hineys Novelle. You see Kirk's review on Trip Advisor? Lots of folks are finding it helpful.

Satisfied customers are earned. In the service industry, especially at higher end places you got to deliver what you promise to get loyal repeat business. Leary and Perret think they can bully people into taking their bullshit. That idiotic guest registration card opens for everyone a window into the minds of the two morons that partially own and run Trout Point Lodge. The investors down here have never seen a dime on their money and now must be watching in horror as Leary and his psychotic wife Perret burn the business to the ground.

sop

Reply

slabbed.org/2012/01/17/breaking-aaron-broussard-laundered-his-money-through-nova-

SLAPP, Trout Point
Lodge, USA v Broussard,
USA v Parker, Vaughn
Perret

*"retainers," "consulting fees" or "finder's fees" with various contractors and vendors, all of whom were doing business with Jefferson Parish during the period of time Broussard was the President of Jefferson Parish. Moreover, Broussard was a majority owner in a holding company which owned an investment property in Canada. Broussard received income from this Canadian property. This property was partially funded by individuals and/or entities who were contractors and/or vendors doing business with Jefferson Parish during the period of time Broussard was the Jefferson Parish President.*

Folks all I can say is Leary and his wife Vaughn Perret, owners of the Trout Point Lodge in Nova Scotia and fiscal agents for Broussard's real estate holdings at the Trout Point development have actually threatened to do what I told them they had to do originally; namely if they wanted to sue me they had better come to the US. So girls, you've been living on Slabbed lately and talking lots of trash so this is my official answer to you and rest assured I have a compete series of posts coming that will explore both Karen Parker's latest revelations and soooo much more. ~ sop

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

« Dec          Feb »

CC BY NC ND   Slabbed by Slabbed New Media, LLC is licensed under a Creative Commons Attribution–NonCommercial–NoDerivatives 4.0 International License. Permissions beyond the scope of this license may be available at slabbed.org/contact.

**PAGES**



Picayune , then against Fox 8 and last against me. They claim the media reported that Aaron Broussard owned Trout Point Lodge, a claim that has never been asserted on Slabbed because it was besides the point.

Multiple sources indicated to Slabbed early on that Broussard peddled all those business ventures "owned" by Danny Abel, Charles Leary and Vaughn Perret to selected members of the public and that he had a financial interest in doing so. What the media needed was documentary evidence of that activity and to date outside of a redacted ownership agreement in Cerro Coyote posted to Slabbed nothing has surfaced except in the court case record of the SLAPP suit against Fox 8 filed by Leary and Perret in Canada. Those documents clearly indicated that despite Charles Leary's public statements to the contrary, he, his wife Vaughn Perret and their sugar daddy Danny Abel were intimately involved with Broussard, as his property managers and business agents with respect to the property he owned in Canada.

Something strange happened after a Slabbed commenter linked the fact the Cerro Coyote had in fact been sold: I began receiving

(cc) Slabbed by Slabbed New Media, LLC is licensed under a Creative Commons Attribution-NonCommercial-NoDerivatives 4.0 International License. Permissions beyond the scope of this license may be available at slabbed.org/contact.

**PAGES**

- Contact
- Please Support Journalism in the Public Interest

Tweets by @SlabbedNewMedia

**RECENT POSTS**

# Slabbed

Alternative New Media for the Gulf South

# Slabbed Turns Ten: You ask Slabbed, we'll eventually answer.....

Douglas Handshoe

January 5, 2018

Sop

Aaron Broussard, Charles Leary, Daniel Abel, Slabbed, Trout Point Lodge Limited, Vaughn Perret

Way back almost one year ago, Slabbed received a reader comment from 'm constatintin" on the post Hizzoner appears on WLOX This Week, Waxes Nonsensical:

> m constatintin says:
> January 9, 2017 at 5:33 pm
>
> My god, tide is turning, just heard you got hammered in Miss. State court, the Canadians won and are really coming for you,

Slabbed ISSN 2572-1437 is the copyrighted property of Slabbed New Media, LLC 2007-2018. All rights except those granted under the below Creative Commons Attribution-NonCommercial-NoDerivatives 4.0 International License reserved.

Search ...

**January 2018**



know what the tab is totaling to right now but its still running and will do so until they comply with Judge Guirola's order. As for that Canadian copyright judgment from the 4th time or so time they sued me, I pondered the problem these vexatious litigants posed and I pondered some more before I had a House of Cards season one, episode one moment and declared, "Clare I know exactly what I have to do!": A bare knuckle bar room brawl was what they wanted so by God I grabbed them by the belt buckle, pulled them onto a level field of battle here in Mississippi, and gave them exactly what they wanted, for the better part of three years in fact.

M, you might ask what happens to a litigant when his lawyers are sued again and again to conflict them out? Luckily I can answer that by saying such a litigant has a major motivation to learn civil procedure, learn about things such as pattern jury instructions and buy law school books on the First Amendment and Copyright law. To me the bigger question is how does one learn to forget the 'dark arts' once it is learned? I am not sure such is possible, especially when you go to the local courthouse and be extended all the courtesies of actual Counsel. That said I still look forward to hanging up scale and gavel, concentrating on Excel and this place some day very soon.

As for a $180,000 Canadian Copyright Judgment, I can say with absolute authority it is worth exactly $100 on the steps of the Stone County Courthouse and I would know because I was the guy that bought it there. You see M, at the end of the day Broussard's buddies are nothing more than paper tigers that spent three years paying a variety of lawyers to litigate their tenuous Canadian judgment here in the US before having it sold from under them.

Amazingly the music post here on Slabbed which disclosed the strategy was the most socially engaged of all 'em in 2017 which still amazes me. People across this great land are paying attention to what we are doing here at Slabbed in creating a safe environment for people to muckrake as a community without fear of reprisal.

Speaking of people paying attention, some of y'all may have heard some yammering about a Federal lawsuit I'm involved in with these same people. I'll shortcut everyone, many of the counts were dismissed but a few survived and the case is now in discovery and that is all I'm going to say.

asked.

Reply



**Douglas Handshoe** 🦑

January 16, 2018 at 6:39 am

The fact is I gave them an opportunity to avoid the contempt, which they did not take. They must have thought their hand was stronger than it really was Lockie.

I will be litigating with them until I feel they are no longer a threat to this website.

Reply



**Justin Thornton**

February 7, 2018 at 2:32 pm

Reading this makes my issues feel minuscule. Thanks for all you do Mr. Handshoe although we don't agree 100%. Freedom of the press is a right, but to speak freely comes with consequence.