

Exhibit "E"
4 pages

# Press Release

**Slabbed New Media, LLC**

Contact: Douglas Handshoe
Slabbed New Media, LLC
Phone (601) 928-5380
Fax (601) 928-5129
earning04@gmail.com

110 Hall Street
Wiggins, MS 39577

## Biloxi Circuit Court Judge Lisa Dodson Denies Comity and dismisses a Canadian Defamation Judgment couched as Copyright Infringement

Attempt to re-litigate Trout Point Lodge et al v Handshoe fails, Publisher Handshoe files Federal lawsuit related to systemic abuses of the United States Digital Millennium Copyright Act by Trout Point Lodge, others.

**Wiggins, Mississippi, November 20, 2015:** Today Slabbed New Media publisher Douglas Handshoe issued the following statement regarding the multi-year attempts by Trout Point Lodge to re-litigate the precedent setting SPEECH Act case Trout Point Lodge et al v Doug K. Handshoe 729 F.3d 481 (2013).

On Friday November 13, 2015 Circuit Court Judge Lisa Dodson dismissed the latest attempt by Trout Point Lodge of Nova Scotia and its owners Charles Leary, Vaughn Perret and Daniel Abel to enroll a Canadian Defamation judgment against publisher Handshoe in his personal capacity. This judgment

resulted from Trout Point's continuing practice of libel tourism by using a foreign venue with less free speech protections than those in the United States to attack truthful reporting on former Jefferson Parish President Aaron Broussard's fall from grace, subsequent criminal prosecution and incarceration. The underlying Canadian judgment that was dismissed by Judge Dodson is related to the third such defamation lawsuit filed by the Trout Point group against Handshoe in his personal capacity in Canada along with three such suits in Louisiana filed by Abel some of which have joined Handshoe's attornies in bald faced acts of retaliation against them for previously representing Handshoe or Slabbed New Media, LLC.

On November 16, 2015 Publisher Handshoe filed a civil action in United States District Court for the Southern District of Mississippi alleging years of Misrepresentations contained in numerous Takedown Notices submitted by Perret, Leary, Abel and others working at their behest including the National Geographic Society, the Toronto Star, and Progress Media of Nova Scotia pursuant to 17 U.S.C. 512(f), which provides for a cause of action against those that submit Misrepresented Takedown Notices, a well- known tactic called "copyright trolling" that is used to attack Free Speech. Said Handshoe about the suit:

**For Immediate Release**

more

Page 2 Biloxi Circuit Court Judge Lisa Dodson Denies Comity and dismisses a Canadian Defamation Judgment couched as Copyright Infringement

As publisher of Slabbed New Media, I have tolerated multiple abuses of the Takedown Provisions of the Digital Millennium Copyright Act by Trout Point Lodge and their civil co-conspirators in acts of retaliation against myself and my Media Company for exposing the role of Trout Point Lodge handling the financial transactions in Canada for a Louisiana domiciled Limited Liability Company the US Attorney would later describe as a Aaron Broussard bribery scheme. That ended with the filing of the civil suit Monday as I continue the process of putting things right.

The case is styled Handshoe v Vaughn Perret et al, case number 1:15cv382. Judge Sul Ozerden and Magistrate John Gargiulo presiding.