IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



DOUGLAS HANDSHOE     PLAINTIFF

VS.     CIVIL ACTION NO. 1:15cv382HSO-JCG

VAUGHN PERRET, CHARLES LEARY &
DANIEL ABEL, D/B/A TROUT
POINT LODGE LTD OF NOVA SCOTIA
& IN THEIR INDIVIDUAL CAPACITIES
PROGRESS MEDIA GROUP LIMITED,
MARILYN SMULDERS, TORSTAR
CORPORATION, NATIONAL
GEOGRAPHIC SOCIETY, XYZ
FOUNDATION & JOHN DOES 1-50     DEFENDANTS

**DEFENDANT CHARLES LEARY'S**
***PRO SE* MOTION FOR SUMMARY JUDGMENT ON**
**ALL COUNTS**

COMES NOW Plaintiff by counterclaim **Charles Leary**, appearing *pro se*, and files this his Motion under Fed.R.Civ.P. 56 for summary judgment on all extant counterclaims in this case. That is: (a) violation of 17 USC Section 512(f); (b) copyright infringement, for which he seeks equitable relief; and (c) malicious prosecution in this case. Dr. Leary also requests costs and attorney's fees under 17 USC Section 512(f) and 505. A memorandum brief supporting this motion in detail is attached, as are a Declaration and exhibits.

RESPECTFULLY SUBMITTED, this the 31 day of December, 2018.

CHARLES LEARY, DEFENDANT
appearing *pro se*

308 5th Ave E
Vancouver, BC V5T 1H4
Canada

802-440-0213
foodvacation@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that, on  Dec 31 , 2018, I caused a true and correct copy of the above and foregoing to be filed utilizing the Court's CM/ECF electronic document filing system, which caused notice of such filing to be delivered to all counsel of record and parties requesting notice, and by United States First Class Mail, postage prepaid, to the following non-ECF participants having appeared in this action:

[none]

Charles L. Leary