

Hello,

We have received the following counter notice to your report of posting, hosting and/or distributing unlicensed copyright protected material on our network. We will allow this material to be accessible, unless you provide us with notice that a lawsuit has been filed.

Please direct any such notice as follows:

Copyright Agent
Amazon.com Legal Department
P.O. Box 81226
Seattle, WA 98108
phone: (206) 266-4064
fax: (206) 266-7010

Courier address:
Copyright Agent
Amazon.com Legal Department
410 Terry Avenue North
Seattle, WA 98109-5210

Exhibit "B"



Foodvacation Canada <foodvacation@gmail.com>

# RE: copy of court orders

**Amazon.com Copyright Agent** <copyright@amazon.com>  
Reply-To: copyright+AF3KPIPBYRCVB@amazon.com  
To: foodvacation@gmail.com

Tue, Jan 26, 2016 at 10:22 PM

Dear Trout Point Lodge,

Thank you for your email. This matter has already been reported under a separate matter and assigned Amazon EC2 Abuse Report 17352696474. The content at issue has been removed and a valid DMCA counter notice obtained and forwarded along. As the matter at hand has been remanded to the trial court for further consideration, no current judgment on the matter has been made. Please feel free to resubmit the issue if, and when, a ruling in your favor has been obtained.

Regards,

Chad Bundy

Copyright/Trademark Agent  
Amazon.com

---- Original message: ----

AWS hosts slabbed.org

Source IPs: 54.200.139.248  
Abuse Time: 2016-01-18 21:42:00.0

This blog is publishing defamatory material in violation of a Court Order from the Supreme Court of Nova Scotia containing both mandatory and permanent injunctions (see attached Court Order).

In addition, the Louisiana Fifth Circuit Court of Appeal has found that the blog has published a pornographic drawing involving a minor child (see attached court decision).

This user publishes material in violation of the AWS Terms of Service, and you have already been put on notice of continuing infringing publication of copyrighted materials.

Legal Department  
Trout Point Lodge, Limited