

Exhibit "D"
79 pages

# Domain Report - Slabbed.org

Domain Name   **Slabbed.org**

Prepared On   **December 26, 2018**



Website Screenshot taken 03/19/2018

# About This Report

This report documents a thorough analysis of the Internet domain name "**Slabbed.org**". It draws on the extensive DomainTools dataset and aims to deliver a comprehensive view of the domain's ownership profile, key historical events and technically linked domain names.

All data in this Report is, or was, freely available through standard Internet DNS and query protocols. DomainTools has not altered the data in any way from its original form, except in certain instances to format it for readability in this Report.

Data from DomainTools is presented as-is, and as captured from the original source. We make no representations or warranties of fitness of any kind.

## About DomainTools

DomainTools offers the most comprehensive searchable database of domain name registration and hosting data. Combined with our other data sites such as DailyChanges.com, Screenshots.com and ReverseMX.com, users of DomainTools.com can review millions of historical domain name records from basic Whois, and DNS information, to homepage images and email settings. The Company's comprehensive snapshots of past and present domain name registration, ownership and usage data, in addition to powerful research and monitoring resources, help customers by unlocking everything there is to know about a domain name. DomainTools is a Top 250 site in the Alexa rankings.

Reach us at memberservices@domaintools.com if you have any questions on this report.

© 2018 DomainTools, LLC All Rights Reserved

# Domain Profile

*As of December 26, 2018*

## Ownership

| | |
|---|---|
| Registered Owner | **Slabbed New Media, LLC** |
| Email Addresses | **abuse@godaddy.com** |

## Registration

| | |
|---|---|
| Created | **Feb 28, 2010** |
| Expires | **Feb 28, 2020** |
| Updated | **Mar 1, 2018** |
| Domain Status | **Active** |
| Whois Server | **whois.pir.org** |
| Name Servers | **cloudflare.com** |

## Network

| | |
|---|---|
| Website IP Address | **104.25.86.30** |
| IP Location | **United States-California-San Francisco Cloudflare Inc.** |
| IP ASN | **AS13335** |

## Website

| | |
|---|---|
| Site Title | **Slabbed - Alternative New Media for the Gulf South** |
| Meta Description | **Alternative New Media for the Gulf South** |

# Current Whois Record

*Reported on Dec 26, 2018*

```
Domain Name: SLABBED.ORG
Registry Domain ID: D158478989-LROR
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.whois.godaddy.com
Updated Date: 2018-03-01T17:13:16Z
Creation Date: 2010-02-28T21:34:00Z
Registry Expiry Date: 2020-02-28T21:34:00Z
Registrar Registration Expiration Date:
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Reseller:
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Registrant Organization: Slabbed New Media, LLC
Registrant State/Province: Mississippi
Registrant Country: US
Name Server: SERENA.NS.CLOUDFLARE.COM
Name Server: JAMES.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form https://www.icann.org/wicf/)

For more information on Whois status codes, please visit https://icann.org/epp
```

 © 2018 DomainTools, LLC All Rights Reserved

# Ownership History

## Whois History for Slabbed.org

DomainTools has 35 distinct historical ownership records for Slabbed.org. The oldest record dates Mar 1, 2010. Each record is listed on its own page, starting with the most recent record. The date at the start of the section indicates the first time we captured the record. The website screenshot, when available, will be the image captured as close as possible to the record date.

## About Whois History

DomainTools takes periodic snapshots of domain name Whois records and stores them for subsequent analysis. The database contains billions of Whois records across hundreds of millions of domains, dating back in some cases to 2001.

## Whois Record on Sep 18, 2018

```
Domain Name: SLABBED.ORG
Registry Domain ID: D158470989-LROR
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.whois.godaddy.com
Updated Date: 2018-03-01T17:13:16Z
Creation Date: 2010-02-28T21:34:00Z
Registry Expiry Date: 2020-02-28T21:34:00Z
Registrar Registration Expiration Date:
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Reseller:
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProh
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhib
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransfer
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProh
Registrant Organization: Slabbed New Media, LLC
Registrant State/Province: Mississippi
Registrant Country: US
Name Server: SERENA.NS.CLOUDFLARE.COM
Name Server: JAMES.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form https://www.icann.org/wicf/

For more information on Whois status codes, please visit https://icann.org/e
```



Screenshot taken Mar 19, 2018

  © 2018 DomainTools, LLC All Rights Reserved

## Whois Record on Jun 4, 2018

Domain Name: SLABBED.ORG
Registry Domain ID: D150470989-LROR
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018-03-01T17:13:16Z
Creation Date: 2010-02-28T21:34:00Z
Registry Expiry Date: 2020-02-28T21:34:00Z
Registrar Registration Expiration Date:
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Reseller:
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProh
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhib
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransfer
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProh
Registrant Organization: Slabbed New Media, LLC
Registrant State/Province: Mississippi
Registrant Country: US
Name Server: SERENA.NS.CLOUDFLARE.COM
Name Server: JAMES.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf

For more information on Whois status codes, please visit https://icann.org/e

Please query the RDDS service of the Registrar of Record identified in this                    w to contact th



Screenshot taken Mar 19, 2018

© 2018 DomainTools, LLC All Rights Reserved

## Whois Record on Mar 3, 2018

```
Domain Name: SLABBED.ORG
Registry Domain ID: D158478989-LROR
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018-03-01T17:13:16Z
Creation Date: 2010-02-28T21:34:00Z
Registry Expiry Date: 2020-02-28T21:34:00Z
Registrar Registration Expiration Date:
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Reseller:
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProh
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhib
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransfer
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProh
Domain Status: renewPeriod https://icann.org/epp#renewPeriod
Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod
Registry Registrant ID: C85240593-LROR
Registrant Name: Douglas Handshoe
Registrant Organization: Slabbed New Media, LLC
Registrant Street: Post Office Box 788
Registrant City: Wiggins
Registrant State/Province: Mississippi
Registrant Postal Code: 39577
Registrant Country: US
Registrant Phone: +1.2282840004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: earning04@gmail.com
Registry Admin ID: C85240595-LROR
Admin Name: Douglas Handshoe
Admin Organization: Slabbed New Media, LLC
Admin Street: Post Office Box 788
Admin City: Wiggins
Admin State/Province: Mississippi
Admin Postal Code: 39577
Admin Country: US
Admin Phone: +1.2282840004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: earning04@gmail.com
Registry Tech ID: C85240594-LROR
Tech Name: Douglas Handshoe
Tech Organization: Slabbed New Media, LLC
Tech Street: Post Office Box 788
Tech City: Wiggins
Tech State/Province: Mississippi
Tech Postal Code: 39577
Tech Country: US
Tech Phone: +1.2282840004
```



Screenshot taken Aug 19, 2017

© 2018 DomainTools, LLC All Rights Reserved

Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: earning04@gmail.com
Name Server: SERENA.NS.CLOUDFLARE.COM
Name Server: JAMES.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/

For more information on Whois status codes, please visit https://icann.org/epp

## Whois Record on Feb 27, 2018

```
Domain Name: SLABBED.ORG
Registry Domain ID: D158478989-LROR
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2016-01-29T12:21:50Z
Creation Date: 2010-02-28T21:34:00Z
Registry Expiry Date: 2018-02-28T21:34:00Z
Registrar Registration Expiration Date:
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Reseller:
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProh
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhib
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransfer
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProh
Registry Registrant ID: C85240593-LROR
Registrant Name: Douglas Handshoe
Registrant Organization: Slabbed New Media, LLC
Registrant Street: Post Office Box 788
Registrant City: Wiggins
Registrant State/Province: Mississippi
Registrant Postal Code: 39577
Registrant Country: US
Registrant Phone: +1.2282840004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: earning04@gmail.com
Registry Admin ID: C85240595-LROR
Admin Name: Douglas Handshoe
Admin Organization: Slabbed New Media, LLC
Admin Street: Post Office Box 788
Admin City: Wiggins
Admin State/Province: Mississippi
Admin Postal Code: 39577
Admin Country: US
Admin Phone: +1.2282840004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: earning04@gmail.com
Registry Tech ID: C85240594-LROR
Tech Name: Douglas Handshoe
Tech Organization: Slabbed New Media, LLC
Tech Street: Post Office Box 788
Tech City: Wiggins
Tech State/Province: Mississippi
Tech Postal Code: 39577
Tech Country: US
Tech Phone: +1.2282840004
Tech Phone Ext:
Tech Fax:
```



Screenshot taken Aug 19, 2017

 © 2018 DomainTools, LLC All Rights Reserved

```
Tech Fax Ext:
Tech Email: earning04@gmail.com
Name Server: SERENA.NS.CLOUDFLARE.COM
Name Server: JAMES.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/

For more information on Whois status codes, please visit https://icann.org/epp
```

 © 2018 DomainTools, LLC All Rights Reserved

## Whois Record on Dec 26, 2017

```
Domain Name: SLABBED.ORG
Registry Domain ID: D158478989-LROR
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2016-01-29T12:21:50Z
Creation Date: 2010-02-28T21:34:00Z
Registry Expiry Date: 2018-02-28T21:34:00Z
Registrar Registration Expiration Date:
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Reseller:
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProh
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhib
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransfer
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProh
Registry Registrant ID: C85240593-LROR
Registrant Name: Douglas Handshoe
Registrant Organization: Slabbed New Media, LLC
Registrant Street: Post Office Box 788
Registrant City: Wiggins
Registrant State/Province: Mississippi
Registrant Postal Code: 39577
Registrant Country: US
Registrant Phone: +1.2282840004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: earning04@gmail.com
Registry Admin ID: C85240595-LROR
Admin Name: Douglas Handshoe
Admin Organization: Slabbed New Media, LLC
Admin Street: Post Office Box 788
Admin City: Wiggins
Admin State/Province: Mississippi
Admin Postal Code: 39577
Admin Country: US
Admin Phone: +1.2282840004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: earning04@gmail.com
Registry Tech ID: C85240594-LROR
Tech Name: Douglas Handshoe
Tech Organization: Slabbed New Media, LLC
Tech Street: Post Office Box 788
Tech City: Wiggins
Tech State/Province: Mississippi
Tech Postal Code: 39577
Tech Country: US
Tech Phone: +1.2282840004
Tech Phone Ext:
Tech Fax:
```



Screenshot taken Aug 19, 2017

© 2018 DomainTools, LLC All Rights Reserved

```
Tech Fax Ext:
Tech Email: earning04@gmail.com
Name Server: SERENA.NS.CLOUDFLARE.COM
Name Server: JAMES.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/

For more information on Whois status codes, please visit https://icann.org/epp
```

## Whois Record on Sep 27, 2017

```
Domain Name: SLABBED.ORG
Registry Domain ID: D158478989-LROR
Registrar WHOIS Server:
Registrar URL: http://www.godaddy.com
Updated Date: 2016-01-29T12:21:50Z
Creation Date: 2010-02-28T21:34:00Z
Registry Expiry Date: 2018-02-28T21:34:00Z
Registrar Registration Expiration Date:
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email:
Registrar Abuse Contact Phone:
Reseller:
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProh
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhib
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransfer
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProh
Registry Registrant ID: C85240593-LROR
Registrant Name: Douglas Handshoe
Registrant Organization: Slabbed New Media, LLC
Registrant Street: Post Office Box 788
Registrant City: Wiggins
Registrant State/Province: Mississippi
Registrant Postal Code: 39577
Registrant Country: US
Registrant Phone: +1.2282840004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: earning04@gmail.com
Registry Admin ID: C85240595-LROR
Admin Name: Douglas Handshoe
Admin Organization: Slabbed New Media, LLC
Admin Street: Post Office Box 788
Admin City: Wiggins
Admin State/Province: Mississippi
Admin Postal Code: 39577
Admin Country: US
Admin Phone: +1.2282840004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: earning04@gmail.com
Registry Tech ID: C85240594-LROR
Tech Name: Douglas Handshoe
Tech Organization: Slabbed New Media, LLC
Tech Street: Post Office Box 788
Tech City: Wiggins
Tech State/Province: Mississippi
Tech Postal Code: 39577
Tech Country: US
Tech Phone: +1.2282840004
Tech Phone Ext:
Tech Fax:
```



Screenshot taken Aug 19, 2017

Slabbed.org

© 2018 DomainTools, LLC All Rights Reserved

```
Tech Fax Ext:
Tech Email: earning04@gmail.com
Name Server: SERENA.NS.CLOUDFLARE.COM
Name Server: JAMES.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/

For more information on Whois status codes, please visit https://icann.org/epp
```

## Whois Record on Sep 4, 2017

```
Domain Name: SLABBED.ORG
Registry Domain ID: D158478989-LROR
Registrar WHOIS Server:
Registrar URL: http://www.godaddy.com
Updated Date: 2016-01-29T12:21:50Z
Creation Date: 2010-02-28T21:34:00Z
Registry Expiry Date: 2018-02-28T21:34:00Z
Registrar Registration Expiration Date:
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email:
Registrar Abuse Contact Phone:
Reseller:
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProh
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhib
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransfer
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProh
Registry Registrant ID: C85240593-LROR
Registrant Name: Douglas Handshoe
Registrant Organization: Slabbed New Media, LLC
Registrant Street: Post Office Box 788
Registrant City: Wiggins
Registrant State/Province: Mississippi
Registrant Postal Code: 39577
Registrant Country: US
Registrant Phone: +1.2282840004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: earning040gmail.com
Registry Admin ID: C85240595-LROR
Admin Name: Douglas Handshoe
Admin Organization: Slabbed New Media, LLC
Admin Street: Post Office Box 788
Admin City: Wiggins
Admin State/Province: Mississippi
Admin Postal Code: 39577
Admin Country: US
Admin Phone: +1.2282840004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: earning040gmail.com
Registry Tech ID: C85240594-LROR
Tech Name: Douglas Handshoe
Tech Organization: Slabbed New Media, LLC
Tech Street: Post Office Box 788
Tech City: Wiggins
Tech State/Province: Mississippi
Tech Postal Code: 39577
Tech Country: US
Tech Phone: +1.2282840004
Tech Phone Ext:
Tech Fax:
```



Screenshot taken Aug 19, 2017

Slabbed.org                    © 2018 DomainTools, LLC All Rights Reserved                    16

```
Tech Fax Ext:
Tech Email: earning04@gmail.com
Name Server: SERENA.NS.CLOUDFLARE.COM
Name Server: JAMES.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/

For more information on Whois status codes, please visit https://icann.org/epp
```

## Whois Record on May 24, 2017

```
Domain Name: SLABBED.ORG
Registry Domain ID: D158478989-LROR
Registrar WHOIS Server:
Registrar URL: http://www.godaddy.com
Updated Date: 2016-01-29T12:21:50Z
Creation Date: 2010-02-28T21:34:00Z
Registry Expiry Date: 2018-02-28T21:34:00Z
Registrar Registration Expiration Date:
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email:
Registrar Abuse Contact Phone:
Reseller:
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProh
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhib
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransfer
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProh
Registry Registrant ID: C85240593-LROR
Registrant Name: Douglas Handshoe
Registrant Organization: Slabbed New Media, LLC
Registrant Street: Post Office Box 788
Registrant City: Wiggins
Registrant State/Province: Mississippi
Registrant Postal Code: 39577
Registrant Country: US
Registrant Phone: +1.2282840004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: earning04@gmail.com
Registry Admin ID: C85240595-LROR
Admin Name: Douglas Handshoe
Admin Organization: Slabbed New Media, LLC
Admin Street: Post Office Box 788
Admin City: Wiggins
Admin State/Province: Mississippi
Admin Postal Code: 39577
Admin Country: US
Admin Phone: +1.2282840004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: earning04@gmail.com
Registry Tech ID: C85240594-LROR
Tech Name: Douglas Handshoe
Tech Organization: Slabbed New Media, LLC
Tech Street: Post Office Box 788
Tech City: Wiggins
Tech State/Province: Mississippi
Tech Postal Code: 39577
Tech Country: US
Tech Phone: +1.2282840004
Tech Phone Ext:
Tech Fax:
```



Screenshot taken Dec 21, 2016

© 2018 DomainTools, LLC All Rights Reserved

Tech Fax Ext:
Tech Email: earning04@gmail.com
Name Server: SERENA.NS.CLOUDFLARE.COM
Name Server: JAMES.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/

For more information on Whois status codes, please visit https://icann.org/epp

## Whois Record on Jan 18, 2017

```
Domain Name: SLABBED.ORG
Domain ID: D158478989-LROR
WHOIS Server:
Referral URL: http://www.godaddy.com
Updated Date: 2016-01-29T12:21:50Z
Creation Date: 2010-02-28T21:34:00Z
Registry Expiry Date: 2018-02-28T21:34:00Z
Sponsoring Registrar: GoDaddy.com, LLC
Sponsoring Registrar IANA ID: 146
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProh
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhib
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransfer
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProh
Registrant ID: CR42965567
Registrant Name: Douglas Handshoe
Registrant Organization: Slabbed New Media, LLC
Registrant Street: Post Office Box 788
Registrant City: Wiggins
Registrant State/Province: Mississippi
Registrant Postal Code: 39577
Registrant Country: US
Registrant Phone: +1.2282840004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: earning04@gmail.com
Admin ID: CR42965569
Admin Name: Douglas Handshoe
Admin Organization: Slabbed New Media, LLC
Admin Street: Post Office Box 788
Admin City: Wiggins
Admin State/Province: Mississippi
Admin Postal Code: 39577
Admin Country: US
Admin Phone: +1.2282840004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: earning04@gmail.com
Tech ID: CR42965568
Tech Name: Douglas Handshoe
Tech Organization: Slabbed New Media, LLC
Tech Street: Post Office Box 788
Tech City: Wiggins
Tech State/Province: Mississippi
Tech Postal Code: 39577
Tech Country: US
Tech Phone: +1.2282840004
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: earning04@gmail.com
Name Server: SERENA.NS.CLOUDFLARE.COM
Name Server: JAMES.NS.CLOUDFLARE.COM
```



Screenshot taken Dec 21, 2016

© 2018 DomainTools, LLC All Rights Reserved

DNSSEC: unsigned

For more information on Whois status codes, please visit https://icann.org/epp

© 2018 DomainTools, LLC All Rights Reserved

## Whois Record on Jan 7, 2017

```
Domain Name: SLABBED.ORG
Domain ID: D158478989-LROR
WHOIS Server:
Referral URL: http://www.godaddy.com
Updated Date: 2016-01-29T12:21:50Z
Creation Date: 2010-02-28T21:34:00Z
Registry Expiry Date: 2018-02-28T21:34:00Z
Sponsoring Registrar: GoDaddy.com, LLC
Sponsoring Registrar IANA ID: 146
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProh
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhib
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransfer
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProh
Registrant ID: CR42965567
Registrant Name: Douglas Handshoe
Registrant Organization: Slabbed New Media, LLC
Registrant Street: Post Office Box 788
Registrant City: Wiggins
Registrant State/Province: Mississippi
Registrant Postal Code: 39577
Registrant Country: US
Registrant Phone: +1.2282840004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: earning04@gmail.com
Admin ID: CR42965569
Admin Name: Douglas Handshoe
Admin Organization: Slabbed New Media, LLC
Admin Street: Post Office Box 788
Admin City: Wiggins
Admin State/Province: Mississippi
Admin Postal Code: 39577
Admin Country: US
Admin Phone: +1.2282840004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: earning04@gmail.com
Tech ID: CR42965568
Tech Name: Douglas Handshoe
Tech Organization: Slabbed New Media, LLC
Tech Street: Post Office Box 788
Tech City: Wiggins
Tech State/Province: Mississippi
Tech Postal Code: 39577
Tech Country: US
Tech Phone: +1.2282840004
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: earning04@gmail.com
Name Server: SERENA.NS.CLOUDFLARE.COM
Name Server: JAMES.NS.CLOUDFLARE.COM
```

Slabbed.org



Screenshot taken Dec 21, 2016

© 2018 DomainTools, LLC All Rights Reserved

DNSSEC: unsigned

For more information on Whois status codes, please visit https://icann.org/epp

© 2018 DomainTools, LLC All Rights Reserved

## Whois Record on Aug 10, 2016

```
Domain Name: SLABBED.ORG
Domain ID: D158478989-LROR
WHOIS Server:
Referral URL: http://www.godaddy.com
Updated Date: 2016-01-29T12:21:50Z
Creation Date: 2010-02-28T21:34:00Z
Registry Expiry Date: 2018-02-28T21:34:00Z
Sponsoring Registrar: GoDaddy.com, LLC
Sponsoring Registrar IANA ID: 146
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProh
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhib
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransfer
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProh
Registrant ID: CR42965567
Registrant Name: Douglas Handshoe
Registrant Organization: Slabbed New Media, LLC
Registrant Street: Post Office Box 788
Registrant City: Wiggins
Registrant State/Province: Mississippi
Registrant Postal Code: 39577
Registrant Country: US
Registrant Phone: +1.2282840004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: earning04@gmail.com
Admin ID: CR42965569
Admin Name: Douglas Handshoe
Admin Organization: Slabbed New Media, LLC
Admin Street: Post Office Box 788
Admin City: Wiggins
Admin State/Province: Mississippi
Admin Postal Code: 39577
Admin Country: US
Admin Phone: +1.2282840004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: earning04@gmail.com
Tech ID: CR42965568
Tech Name: Douglas Handshoe
Tech Organization: Slabbed New Media, LLC
Tech Street: Post Office Box 788
Tech City: Wiggins
Tech State/Province: Mississippi
Tech Postal Code: 39577
Tech Country: US
Tech Phone: +1.2282840004
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: earning04@gmail.com
Name Server: SERENA.NS.CLOUDFLARE.COM
Name Server: JAMES.NS.CLOUDFLARE.COM
```



Screenshot taken Apr 9, 2016

 © 2018 DomainTools, LLC All Rights Reserved

DNSSEC: unsigned

For more information on Whois status codes, please visit https://icann.org/epp

© 2018 DomainTools, LLC All Rights Reserved

## Whois Record on Mar 31, 2016

```
Domain Name: SLABBED.ORG
Domain ID: D158478989-LROR
WHOIS Server:
Referral URL: http://www.godaddy.com
Updated Date: 2016-01-29T12:21:50Z
Creation Date: 2010-02-28T21:34:00Z
Registry Expiry Date: 2018-02-28T21:34:00Z
Sponsoring Registrar: GoDaddy.com, LLC
Sponsoring Registrar IANA ID: 146
Domain Status: clientDeleteProhibited https://www.icann.org/epp#clientDelete
Domain Status: clientRenewProhibited https://www.icann.org/epp#clientRenewPr
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTran
Domain Status: clientUpdateProhibited https://www.icann.org/epp#clientUpdate
Registrant ID: CR42965567
Registrant Name: Douglas Handshoe
Registrant Organization: Slabbed New Media, LLC
Registrant Street: Post Office Box 788
Registrant City: Wiggins
Registrant State/Province: Mississippi
Registrant Postal Code: 39577
Registrant Country: US
Registrant Phone: +1.2282840004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: earning04@gmail.com
Admin ID: CR42965569
Admin Name: Douglas Handshoe
Admin Organization: Slabbed New Media, LLC
Admin Street: Post Office Box 788
Admin City: Wiggins
Admin State/Province: Mississippi
Admin Postal Code: 39577
Admin Country: US
Admin Phone: +1.2282840004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: earning04@gmail.com
Tech ID: CR42965568
Tech Name: Douglas Handshoe
Tech Organization: Slabbed New Media, LLC
Tech Street: Post Office Box 788
Tech City: Wiggins
Tech State/Province: Mississippi
Tech Postal Code: 39577
Tech Country: US
Tech Phone: +1.2282840004
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: earning04@gmail.com
Name Server: SERENA.NS.CLOUDFLARE.COM
Name Server: JAMES.NS.CLOUDFLARE.COM
```



Screenshot taken Aug 6, 2015

Slabbed.org

© 2018 DomainTools, LLC All Rights Reserved

DNSSEC: unsigned

© 2018 DomainTools, LLC All Rights Reserved

## Whois Record on Mar 30, 2016

```
Domain Name: SLABBED.ORG
Domain ID: D158478989-LROR
WHOIS Server:
Referral URL: http://www.godaddy.com
Updated Date: 2016-01-29T12:21:50Z
Creation Date: 2010-02-28T21:34:00Z
Registry Expiry Date: 2018-02-28T21:34:00Z
Sponsoring Registrar: GoDaddy.com, LLC
Sponsoring Registrar IANA ID: 146
Domain Status: clientDeleteProhibited https://www.icann.org/epp#clientDelete
Domain Status: clientRenewProhibited https://www.icann.org/epp#clientRenewPr
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTran
Domain Status: clientUpdateProhibited https://www.icann.org/epp#clientUpdate
Registrant ID: CR42965567
Registrant Name: Douglas Handshoe
Registrant Organization: Slabbed New Media, LLC
Registrant Street: Post Office Box 788
Registrant City: Wiggins
Registrant State/Province: Mississippi
Registrant Postal Code: 39577
Registrant Country: US
Registrant Phone: +1.2282840004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: earning04@gmail.com
Admin ID: CR42965569
Admin Name: Douglas Handshoe
Admin Organization: Slabbed New Media, LLC
Admin Street: Post Office Box 788
Admin City: Wiggins
Admin State/Province: Mississippi
Admin Postal Code: 39577
Admin Country: US
Admin Phone: +1.2282840004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: earning04@gmail.com
Tech ID: CR42965568
Tech Name: Douglas Handshoe
Tech Organization: Slabbed New Media, LLC
Tech Street: Post Office Box 788
Tech City: Wiggins
Tech State/Province: Mississippi
Tech Postal Code: 39577
Tech Country: US
Tech Phone: +1.2282840004
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: earning04@gmail.com
Name Server: SERENA.NS.CLOUDFLARE.COM
Name Server: JAMES.NS.CLOUDFLARE.COM
```



Screenshot taken Aug 6, 2015

 © 2018 DomainTools, LLC All Rights Reserved

DNSSEC: unsigned

© 2018 DomainTools, LLC All Rights Reserved

## Whois Record on Feb 26, 2016

```
Domain Name: SLABBED.ORG
Domain ID: D158478989-LROR
WHOIS Server:
Referral URL: http://www.godaddy.com
Updated Date: 2016-01-29T12:21:50Z
Creation Date: 2010-02-28T21:34:00Z
Registry Expiry Date: 2018-02-28T21:34:00Z
Sponsoring Registrar: GoDaddy.com, LLC
Sponsoring Registrar IANA ID: 146
Domain Status: clientDeleteProhibited https://www.icann.org/epp#clientDelete
Domain Status: clientRenewProhibited https://www.icann.org/epp#clientRenewPr
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTran
Domain Status: clientUpdateProhibited https://www.icann.org/epp#clientUpdate
Registrant ID: CR42965567
Registrant Name: Douglas Handshoe
Registrant Organization: Slabbed New Media, LLC
Registrant Street: Post Office Box 788
Registrant City: Wiggins
Registrant State/Province: Mississippi
Registrant Postal Code: 39577
Registrant Country: US
Registrant Phone: +1.2282840004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: earning04@gmail.com
Admin ID: CR42965569
Admin Name: Douglas Handshoe
Admin Organization: Slabbed New Media, LLC
Admin Street: Post Office Box 788
Admin City: Wiggins
Admin State/Province: Mississippi
Admin Postal Code: 39577
Admin Country: US
Admin Phone: +1.2282840004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: earning04@gmail.com
Tech ID: CR42965568
Tech Name: Douglas Handshoe
Tech Organization: Slabbed New Media, LLC
Tech Street: Post Office Box 788
Tech City: Wiggins
Tech State/Province: Mississippi
Tech Postal Code: 39577
Tech Country: US
Tech Phone: +1.2282840004
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: earning04@gmail.com
Name Server: SERENA.NS.CLOUDFLARE.COM
Name Server: JAMES.NS.CLOUDFLARE.COM
```



Screenshot taken Aug 6, 2015

© 2018 DomainTools, LLC All Rights Reserved

DNSSEC: unsigned

© 2018 DomainTools, LLC All Rights Reserved

## Whois Record on Jan 14, 2016

```
Domain Name: SLABBED.ORG
Domain ID: D158478989-LROR
WHOIS Server:
Referral URL: http://www.godaddy.com
Updated Date: 2015-09-02T15:34:02Z
Creation Date: 2010-02-28T21:34:00Z
Registry Expiry Date: 2016-02-28T21:34:00Z
Sponsoring Registrar: GoDaddy.com, LLC
Sponsoring Registrar IANA ID: 146
Domain Status: clientDeleteProhibited https://www.icann.org/epp#clientDelete
Domain Status: clientRenewProhibited https://www.icann.org/epp#clientRenewPr
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTran
Domain Status: clientUpdateProhibited https://www.icann.org/epp#clientUpdate
Registrant ID: CR42965567
Registrant Name: Douglas Handshoe
Registrant Organization: Slabbed New Media, LLC
Registrant Street: Post Office Box 788
Registrant City: Wiggins
Registrant State/Province: Mississippi
Registrant Postal Code: 39577
Registrant Country: US
Registrant Phone: +1.2282840004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: earning04@gmail.com
Admin ID: CR42965569
Admin Name: Douglas Handshoe
Admin Organization: Slabbed New Media, LLC
Admin Street: Post Office Box 788
Admin City: Wiggins
Admin State/Province: Mississippi
Admin Postal Code: 39577
Admin Country: US
Admin Phone: +1.2282840004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: earning04@gmail.com
Tech ID: CR42965568
Tech Name: Douglas Handshoe
Tech Organization: Slabbed New Media, LLC
Tech Street: Post Office Box 788
Tech City: Wiggins
Tech State/Province: Mississippi
Tech Postal Code: 39577
Tech Country: US
Tech Phone: +1.2282840004
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: earning04@gmail.com
Name Server: SERENA.NS.CLOUDFLARE.COM
Name Server: JAMES.NS.CLOUDFLARE.COM
```



Screenshot taken Aug 6, 2015

© 2018 DomainTools, LLC All Rights Reserved

DNSSEC: unsigned

© 2018 DomainTools, LLC All Rights Reserved

## Whois Record on Dec 15, 2015

```
Domain Name: SLABBED.ORG
Domain ID: D158478989-LROR
WHOIS Server:
Referral URL: http://www.godaddy.com
Updated Date: 2015-09-02T15:34:02Z
Creation Date: 2010-02-28T21:34:00Z
Registry Expiry Date: 2016-02-28T21:34:00Z
Sponsoring Registrar: GoDaddy.com, LLC
Sponsoring Registrar IANA ID: 146
Domain Status: clientDeleteProhibited https://www.icann.org/epp#clientDelete
Domain Status: clientRenewProhibited https://www.icann.org/epp#clientRenewPr
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTran
Domain Status: clientUpdateProhibited https://www.icann.org/epp#clientUpdate
Registrant ID: CR42965567
Registrant Name: Douglas Handshoe
Registrant Organization: Slabbed New Media, LLC
Registrant Street: Post Office Box 788
Registrant City: Wiggins
Registrant State/Province: Mississippi
Registrant Postal Code: 39577
Registrant Country: US
Registrant Phone: +1.2282840004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: earning04@gmail.com
Admin ID: CR42965569
Admin Name: Douglas Handshoe
Admin Organization: Slabbed New Media, LLC
Admin Street: Post Office Box 788
Admin City: Wiggins
Admin State/Province: Mississippi
Admin Postal Code: 39577
Admin Country: US
Admin Phone: +1.2282840004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: earning04@gmail.com
Tech ID: CR42965568
Tech Name: Douglas Handshoe
Tech Organization: Slabbed New Media, LLC
Tech Street: Post Office Box 788
Tech City: Wiggins
Tech State/Province: Mississippi
Tech Postal Code: 39577
Tech Country: US
Tech Phone: +1.2282840004
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: earning04@gmail.com
Name Server: SERENA.NS.CLOUDFLARE.COM
Name Server: JAMES.NS.CLOUDFLARE.COM
```



Screenshot taken Aug 6, 2015

© 2018 DomainTools, LLC All Rights Reserved

DNSSEC: unsigned

© 2018 DomainTools, LLC All Rights Reserved

## Whois Record on Dec 14, 2015

```
Domain Name: SLABBED.ORG
Domain ID: D158478989-LROR
WHOIS Server:
Referral URL: http://www.godaddy.com
Updated Date: 2015-09-02T15:34:02Z
Creation Date: 2010-02-28T21:34:00Z
Registry Expiry Date: 2016-02-28T21:34:00Z
Sponsoring Registrar: GoDaddy.com, LLC
Sponsoring Registrar IANA ID: 146
Domain Status: clientDeleteProhibited https://www.icann.org/epp#clientDelete
Domain Status: clientRenewProhibited https://www.icann.org/epp#clientRenewPr
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTran
Domain Status: clientUpdateProhibited https://www.icann.org/epp#clientUpdate
Registrant ID: CR42965567
Registrant Name: Douglas Handshoe
Registrant Organization: Slabbed New Media, LLC
Registrant Street: Post Office Box 788
Registrant City: Wiggins
Registrant State/Province: Mississippi
Registrant Postal Code: 39577
Registrant Country: US
Registrant Phone: +1.2282840004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: earning04@gmail.com
Admin ID: CR42965569
Admin Name: Douglas Handshoe
Admin Organization: Slabbed New Media, LLC
Admin Street: Post Office Box 788
Admin City: Wiggins
Admin State/Province: Mississippi
Admin Postal Code: 39577
Admin Country: US
Admin Phone: +1.2282840004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: earning04@gmail.com
Tech ID: CR42965568
Tech Name: Douglas Handshoe
Tech Organization: Slabbed New Media, LLC
Tech Street: Post Office Box 788
Tech City: Wiggins
Tech State/Province: Mississippi
Tech Postal Code: 39577
Tech Country: US
Tech Phone: +1.2282840004
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: earning04@gmail.com
Name Server: SERENA.NS.CLOUDFLARE.COM
Name Server: JAMES.NS.CLOUDFLARE.COM
```



Screenshot taken Aug 6, 2015

© 2018 DomainTools, LLC All Rights Reserved

DNSSEC: unsigned

© 2018 DomainTools, LLC All Rights Reserved

## Whois Record on Sep 3, 2015

```
Domain Name:SLABBED.ORG
Domain ID: D158478989-LROR
Creation Date: 2010-02-28T21:34:00Z
Updated Date: 2015-09-02T15:34:02Z
Registry Expiry Date: 2016-02-28T21:34:00Z
Sponsoring Registrar:GoDaddy.com, LLC (R91-LROR)
Sponsoring Registrar IANA ID: 146
WHOIS Server:
Referral URL:
Domain Status: clientDeleteProhibited -- http://www.icann.org/epp#clientDele
Domain Status: clientRenewProhibited -- http://www.icann.org/epp#clientRenew
Domain Status: clientTransferProhibited -- http://www.icann.org/epp#clientTr
Domain Status: clientUpdateProhibited -- http://www.icann.org/epp#clientUpda
Registrant ID:CR42965567
Registrant Name:Douglas Handshoe
Registrant Organization:Slabbed New Media, LLC
Registrant Street: Post Office Box 788
Registrant City:Wiggins
Registrant State/Province:Mississippi
Registrant Postal Code:39577
Registrant Country:US
Registrant Phone:+1.2282840004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:earning04@gmail.com
Admin ID:CR42965569
Admin Name:Douglas Handshoe
Admin Organization:Slabbed New Media, LLC
Admin Street: Post Office Box 788
Admin City:Wiggins
Admin State/Province:Mississippi
Admin Postal Code:39577
Admin Country:US
Admin Phone:+1.2282840004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:earning04@gmail.com
Tech ID:CR42965568
Tech Name:Douglas Handshoe
Tech Organization:Slabbed New Media, LLC
Tech Street: Post Office Box 788
Tech City:Wiggins
Tech State/Province:Mississippi
Tech Postal Code:39577
Tech Country:US
Tech Phone:+1.2282840004
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email:earning04@gmail.com
Name Server:SERENA.NS.CLOUDFLARE.COM
Name Server:JAMES.NS.CLOUDFLARE.COM
```



Screenshot taken Aug 6, 2015

© 2018 DomainTools, LLC All Rights Reserved

```
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
DNSSEC:Unsigned
```

## Whois Record on Aug 25, 2015

```
Domain Name:SLABBED.ORG
Domain ID: D150478989-LROR
Creation Date: 2010-02-28T21:34:00Z
Updated Date: 2015-08-25T04:46:49Z
Registry Expiry Date: 2016-02-28T21:34:00Z
Sponsoring Registrar:GoDaddy.com, LLC (R91-LROR)
Sponsoring Registrar IANA ID: 146
WHOIS Server:
Referral URL:
Domain Status: clientDeleteProhibited -- http://www.icann.org/epp#clientDele
Domain Status: clientRenewProhibited -- http://www.icann.org/epp#clientRenew
Domain Status: clientTransferProhibited -- http://www.icann.org/epp#clientTr
Domain Status: clientUpdateProhibited -- http://www.icann.org/epp#clientUpda
Registrant ID:CR42965567
Registrant Name:Douglas Handshoe
Registrant Organization:
Registrant Street: Post Office Box 788
Registrant City:Wiggins
Registrant State/Province:Mississippi
Registrant Postal Code:39577
Registrant Country:US
Registrant Phone:+1.2282840004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:earning04@gmail.com
Admin ID:CR42965569
Admin Name:Douglas Handshoe
Admin Organization:
Admin Street: Post Office Box 788
Admin City:Wiggins
Admin State/Province:Mississippi
Admin Postal Code:39577
Admin Country:US
Admin Phone:+1.2282840004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:earning04@gmail.com
Tech ID:CR42965568
Tech Name:Douglas Handshoe
Tech Organization:
Tech Street: Post Office Box 788
Tech City:Wiggins
Tech State/Province:Mississippi
Tech Postal Code:39577
Tech Country:US
Tech Phone:+1.2282840004
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email:earning04@gmail.com
Name Server:NS45.DOMAINCONTROL.COM
Name Server:NS46.DOMAINCONTROL.COM
```



Screenshot taken Aug 6, 2015

© 2018 DomainTools, LLC All Rights Reserved

```
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
DNSSEC:Unsigned
```

.

# Whois Record on Feb 13, 2015

Domain Name:SLABBED.ORG
Domain ID: D158470909-LROR
Creation Date: 2010-02-28T21:34:00Z
Updated Date: 2014-10-03T15:42:20Z
Registry Expiry Date: 2016-02-28T21:34:00Z
Sponsoring Registrar:GoDaddy.com, LLC (R91-LROR)
Sponsoring Registrar IANA ID: 146
WHOIS Server:
Referral URL:
Domain Status: clientDeleteProhibited -- http://www.icann.org/epp#clientDeleteProhibited
Domain Status: clientRenewProhibited -- http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited -- http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited -- http://www.icann.org/epp#clientUpdateProhibited
Registrant ID:CR42965567
Registrant Name:Douglas Handshoe
Registrant Organization:
Registrant Street: Post Office Box 788
Registrant City:Wiggins
Registrant State/Province:Mississippi
Registrant Postal Code:39577
Registrant Country:US
Registrant Phone:+1.2282840004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:earning04@gmail.com
Admin ID:CR42965569
Admin Name:Douglas Handshoe
Admin Organization:
Admin Street: Post Office Box 788
Admin City:Wiggins
Admin State/Province:Mississippi
Admin Postal Code:39577
Admin Country:US
Admin Phone:+1.2282840004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:earning04@gmail.com
Tech ID:CR42965568
Tech Name:Douglas Handshoe
Tech Organization:
Tech Street: Post Office Box 788
Tech City:Wiggins
Tech State/Province:Mississippi
Tech Postal Code:39577
Tech Country:US
Tech Phone:+1.2282840004
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email:earning04@gmail.com
Name Server:NS8035.HOSTGATOR.COM
Name Server:NS8036.HOSTGATOR.COM



Screenshot taken Oct 26, 2014

```
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
DNSSEC:Unsigned
```

# Whois Record on Dec 14, 2014

Domain Name:SLABBED.ORG
Domain ID: D158478909-LROR
Creation Date: 2010-02-28T21:34:00Z
Updated Date: 2014-10-03T15:42:20Z
Registry Expiry Date: 2016-02-28T21:34:00Z
Sponsoring Registrar:GoDaddy.com, LLC (R91-LROR)
Sponsoring Registrar IANA ID: 146
WHOIS Server:
Referral URL:
Domain Status: clientDeleteProhibited
Domain Status: clientRenewProhibited
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Registrant ID:CR42965567
Registrant Name:Douglas Handshoe
Registrant Organization:
Registrant Street: Post Office Box 788
Registrant City:Wiggins
Registrant State/Province:Mississippi
Registrant Postal Code:39577
Registrant Country:US
Registrant Phone:+1.2282840004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:earning04@gmail.com
Admin ID:CR42965569
Admin Name:Douglas Handshoe
Admin Organization:
Admin Street: Post Office Box 788
Admin City:Wiggins
Admin State/Province:Mississippi
Admin Postal Code:39577
Admin Country:US
Admin Phone:+1.2282840004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:earning04@gmail.com
Tech ID:CR42965568
Tech Name:Douglas Handshoe
Tech Organization:
Tech Street: Post Office Box 788
Tech City:Wiggins
Tech State/Province:Mississippi
Tech Postal Code:39577
Tech Country:US
Tech Phone:+1.2282840004
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email:earning04@gmail.com
Name Server:NS8035.HOSTGATOR.COM
Name Server:NS8036.HOSTGATOR.COM



Screenshot taken Oct 26, 2014

```
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
DNSSEC:Unsigned
```

 © 2018 DomainTools, LLC All Rights Reserved

## Whois Record on Jun 3, 2014

No adjacent screenshot
available for this date.

```
Domain Name:SLABBED.ORG
Domain ID: D158478989-LROR
Creation Date: 2010-02-28T21:34:00Z
Updated Date: 2014-02-19T01:57:01Z
Registry Expiry Date: 2016-02-28T21:34:00Z
Sponsoring Registrar:GoDaddy.com, LLC (R91-LROR)
Sponsoring Registrar IANA ID: 146
WHOIS Server:
Referral URL:
Domain Status: clientDeleteProhibited
Domain Status: clientRenewProhibited
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Registrant ID:CR42965567
Registrant Name:Douglas Handshoe
Registrant Organization:
Registrant Street: Post Office Box 788
Registrant City:Wiggins
Registrant State/Province:Mississippi
Registrant Postal Code:39577
Registrant Country:US
Registrant Phone:+1.2282840004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:earning04@gmail.com
Admin ID:CR42965569
Admin Name:Douglas Handshoe
Admin Organization:
Admin Street: Post Office Box 788
Admin City:Wiggins
Admin State/Province:Mississippi
Admin Postal Code:39577
Admin Country:US
Admin Phone:+1.2282840004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:earning04@gmail.com
Tech ID:CR42965568
Tech Name:Douglas Handshoe
Tech Organization:
Tech Street: Post Office Box 788
Tech City:Wiggins
Tech State/Province:Mississippi
Tech Postal Code:39577
Tech Country:US
Tech Phone:+1.2282840004
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email:earning04@gmail.com
Name Server:NS8035.HOSTGATOR.COM
Name Server:NS8036.HOSTGATOR.COM
```

 © 2018 DomainTools, LLC All Rights Reserved

Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
DNSSEC:Unsigned

© 2018 DomainTools, LLC All Rights Reserved

# Whois Record on Feb 19, 2014

No adjacent screenshot
available for this date.

```
Domain Name:SLABBED.ORG
Domain ID: D150478989-LROR
Creation Date: 2010-02-28T21:34:00Z
Updated Date: 2014-02-19T01:57:01Z
Registry Expiry Date: 2016-02-28T21:34:00Z
Sponsoring Registrar:GoDaddy.com, LLC (R91-LROR)
Sponsoring Registrar IANA ID: 146
WHOIS Server:
Referral URL:
Domain Status: clientDeleteProhibited
Domain Status: clientRenewProhibited
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Registrant ID:CR42965567
Registrant Name:Douglas Handshoe
Registrant Organization:
Registrant Street: Post Office Box 788
Registrant City:Wiggins
Registrant State/Province:Mississippi
Registrant Postal Code:39577
Registrant Country:US
Registrant Phone:+1.2282840004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:earning04@gmail.com
Admin ID:CR42965569
Admin Name:Douglas Handshoe
Admin Organization:
Admin Street: Post Office Box 788
Admin City:Wiggins
Admin State/Province:Mississippi
Admin Postal Code:39577
Admin Country:US
Admin Phone:+1.2282840004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:earning04@gmail.com
Tech ID:CR42965568
Tech Name:Douglas Handshoe
Tech Organization:
Tech Street: Post Office Box 788
Tech City:Wiggins
Tech State/Province:Mississippi
Tech Postal Code:39577
Tech Country:US
Tech Phone:+1.2282840004
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email:earning04@gmail.com
Name Server:NS8035.HOSTGATOR.COM
Name Server:NS8036.HOSTGATOR.COM
```

 © 2018 DomainTools, LLC All Rights Reserved

```
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
DNSSEC:Unsigned
```

## Whois Record on Feb 18, 2014

No adjacent screenshot available for this date.

```
Domain Name:SLABBED.ORG
Domain ID: D158478989-LROR
Creation Date: 2010-02-28T21:34:00Z
Updated Date: 2013-01-28T20:10:53Z
Registry Expiry Date: 2016-02-28T21:34:00Z
Sponsoring Registrar:GoDaddy.com, LLC (R91-LROR)
Sponsoring Registrar IANA ID: 146
WHOIS Server:
Referral URL:
Domain Status: clientDeleteProhibited
Domain Status: clientRenewProhibited
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Registrant ID:CR42965567
Registrant Name:Douglas Handshoe
Registrant Organization:
Registrant Street: Post Office Box 788
Registrant City:Wiggins
Registrant State/Province:Mississippi
Registrant Postal Code:39577
Registrant Country:US
Registrant Phone:+1.2282840004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:earning04@gmail.com
Admin ID:CR42965569
Admin Name:Douglas Handshoe
Admin Organization:
Admin Street: Post Office Box 788
Admin City:Wiggins
Admin State/Province:Mississippi
Admin Postal Code:39577
Admin Country:US
Admin Phone:+1.2282840004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:earning04@gmail.com
Tech ID:CR42965568
Tech Name:Douglas Handshoe
Tech Organization:
Tech Street: Post Office Box 788
Tech City:Wiggins
Tech State/Province:Mississippi
Tech Postal Code:39577
Tech Country:US
Tech Phone:+1.2282840004
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email:earning04@gmail.com
Name Server:NS1.DREAMHOST.COM
Name Server:NS2.DREAMHOST.COM
```

 © 2018 DomainTools, LLC All Rights Reserved

```
Name Server:NS3.DREAMHOST.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
DNSSEC:Unsigned
```

## Whois Record on Jan 31, 2014

No adjacent screenshot available for this date.

Domain Name:SLABBED.ORG
Domain ID: D158478989-LROR
Creation Date: 28-Feb-2010 21:34:00 UTC
Updated Date: 28-Jan-2013 20:10:53 UTC
Registry Expiry Date: 28-Feb-2016 21:34:00 UTC
Sponsoring Registrar:GoDaddy.com, LLC (R91-LROR)
Sponsoring Registrar IANA ID: 146
WHOIS Server:
Referral URL:
Domain Status: clientDeleteProhibited
Domain Status: clientRenewProhibited
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Registrant ID:CR42965567
Registrant Name:Douglas Handshoe
Registrant Organization:
Registrant Street: Post Office Box 788
Registrant City:Wiggins
Registrant State/Province:Mississippi
Registrant Postal Code:39577
Registrant Country:US
Registrant Phone:+1.2282840004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:earning04@gmail.com
Admin ID:CR42965569
Admin Name:Douglas Handshoe
Admin Organization:
Admin Street: Post Office Box 788
Admin City:Wiggins
Admin State/Province:Mississippi
Admin Postal Code:39577
Admin Country:US
Admin Phone:+1.2282840004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:earning04@gmail.com
Tech ID:CR42965568
Tech Name:Douglas Handshoe
Tech Organization:
Tech Street: Post Office Box 788
Tech City:Wiggins
Tech State/Province:Mississippi
Tech Postal Code:39577
Tech Country:US
Tech Phone:+1.2282840004
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email:earning04@gmail.com
Name Server:NS1.DREAMHOST.COM
Name Server:NS2.DREAMHOST.COM

   © 2018 DomainTools, LLC All Rights Reserved

```
Name Server:NS3.DREAMHOST.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
DNSSEC:Unsigned
```

## Whois Record on Feb 26, 2013

No adjacent screenshot available for this date.

```
Domain ID:D158478989-LROR
Domain Name:SLABBED.ORG
Created On:28-Feb-2010 21:34:00 UTC
Last Updated On:28-Jan-2013 20:10:53 UTC
Expiration Date:28-Feb-2016 21:34:00 UTC
Sponsoring Registrar:GoDaddy.com, LLC (R91-LROR)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:CR42965567
Registrant Name:Douglas Handshoe
Registrant Street1:Post Office Box 788
Registrant Street2:
Registrant Street3:
Registrant City:Wiggins
Registrant State/Province:Mississippi
Registrant Postal Code:39577
Registrant Country:US
Registrant Phone:+1.2282840004
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:earning04@gmail.com
Admin ID:CR42965569
Admin Name:Douglas Handshoe
Admin Street1:Post Office Box 788
Admin Street2:
Admin Street3:
Admin City:Wiggins
Admin State/Province:Mississippi
Admin Postal Code:39577
Admin Country:US
Admin Phone:+1.2282840004
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email:earning04@gmail.com
Tech ID:CR42965568
Tech Name:Douglas Handshoe
Tech Street1:Post Office Box 788
Tech Street2:
Tech Street3:
Tech City:Wiggins
Tech State/Province:Mississippi
Tech Postal Code:39577
Tech Country:US
Tech Phone:+1.2282840004
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email:earning04@gmail.com
Name Server:NS1.DREAMHOST.COM
Name Server:NS2.DREAMHOST.COM
```

```
Name Server:NS3.DREAMHOST.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
DNSSEC:Unsigned
```

## Whois Record on Mar 20, 2012

No adjacent screenshot available for this date.

```
Domain ID:D158478989-LROR
Domain Name:SLABBED.ORG
Created On:28-Feb-2010 21:34:00 UTC
Last Updated On:15-Feb-2012 18:38:53 UTC
Expiration Date:28-Feb-2013 21:34:00 UTC
Sponsoring Registrar:GoDaddy.com, LLC (R91-LROR)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:CR42965567
Registrant Name:Douglas Handshoe
Registrant Street1:Post Office Box 788
Registrant Street2:
Registrant Street3:
Registrant City:Wiggins
Registrant State/Province:Mississippi
Registrant Postal Code:39577
Registrant Country:US
Registrant Phone:+1.2282840004
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:earning04@gmail.com
Admin ID:CR42965569
Admin Name:Douglas Handshoe
Admin Street1:Post Office Box 788
Admin Street2:
Admin Street3:
Admin City:Wiggins
Admin State/Province:Mississippi
Admin Postal Code:39577
Admin Country:US
Admin Phone:+1.2282840004
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email:earning04@gmail.com
Tech ID:CR42965568
Tech Name:Douglas Handshoe
Tech Street1:Post Office Box 788
Tech Street2:
Tech Street3:
Tech City:Wiggins
Tech State/Province:Mississippi
Tech Postal Code:39577
Tech Country:US
Tech Phone:+1.2282840004
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email:earning04@gmail.com
Name Server:NS1.DREAMHOST.COM
Name Server:NS2.DREAMHOST.COM
```

 © 2018 DomainTools, LLC All Rights Reserved

```
Name Server:NS3.DREAMHOST.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
DNSSEC:Unsigned
```

© 2018 DomainTools, LLC All Rights Reserved

## Whois Record on Feb 15, 2012

No adjacent screenshot available for this date.

```
Domain ID:D158478989-LROR
Domain Name:SLABBED.ORG
Created On:28-Feb-2010 21:34:00 UTC
Last Updated On:15-Feb-2012 00:47:48 UTC
Expiration Date:28-Feb-2013 21:34:00 UTC
Sponsoring Registrar:GoDaddy.com, Inc. (R91-LROR)
Status:OK
Status:RENEWPERIOD
Registrant ID:CR42965567
Registrant Name:Douglas Handshoe
Registrant Street1:Post Office Box 788
Registrant Street2:
Registrant Street3:
Registrant City:Wiggins
Registrant State/Province:Mississippi
Registrant Postal Code:39577
Registrant Country:US
Registrant Phone:+1.2282840004
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:earning04@gmail.com
Admin ID:CR42965569
Admin Name:Douglas Handshoe
Admin Street1:Post Office Box 788
Admin Street2:
Admin Street3:
Admin City:Wiggins
Admin State/Province:Mississippi
Admin Postal Code:39577
Admin Country:US
Admin Phone:+1.2282840004
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email:earning04@gmail.com
Tech ID:CR42965568
Tech Name:Douglas Handshoe
Tech Street1:Post Office Box 788
Tech Street2:
Tech Street3:
Tech City:Wiggins
Tech State/Province:Mississippi
Tech Postal Code:39577
Tech Country:US
Tech Phone:+1.2282840004
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email:earning04@gmail.com
Name Server:NS1.DREAMHOST.COM
Name Server:NS2.DREAMHOST.COM
Name Server:NS3.DREAMHOST.COM
Name Server:
```

```
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
DNSSEC:Unsigned
```

## Whois Record on Feb 13, 2012

No adjacent screenshot available for this date.

```
Domain ID:D158470989-LROR
Domain Name:SLABBED.ORG
Created On:28-Feb-2010 21:34:00 UTC
Last Updated On:08-Feb-2012 11:13:30 UTC
Expiration Date:28-Feb-2012 21:34:00 UTC
Sponsoring Registrar:GoDaddy.com, Inc. (R91-LROR)
Status:PENDING TRANSFER
Registrant ID:CR42965567
Registrant Name:Douglas Handshoe
Registrant Street1:Post Office Box 788
Registrant Street2:
Registrant Street3:
Registrant City:Higgins
Registrant State/Province:Mississippi
Registrant Postal Code:39577
Registrant Country:US
Registrant Phone:+1.2282840004
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:dkhcpa@bellsouth.net
Admin ID:CR42965569
Admin Name:Douglas Handshoe
Admin Street1:Post Office Box 788
Admin Street2:
Admin Street3:
Admin City:Higgins
Admin State/Province:Mississippi
Admin Postal Code:39577
Admin Country:US
Admin Phone:+1.2282840004
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email:dkhcpa@bellsouth.net
Tech ID:CR42965568
Tech Name:Douglas Handshoe
Tech Street1:Post Office Box 788
Tech Street2:
Tech Street3:
Tech City:Higgins
Tech State/Province:Mississippi
Tech Postal Code:39577
Tech Country:US
Tech Phone:+1.2282840004
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email:dkhcpa@bellsouth.net
Name Server:NS1.BLUEHOST.COM
Name Server:NS2.BLUEHOST.COM
Name Server:
Name Server:
Name Server:
```

```
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
DNSSEC:Unsigned
```

 © 2018 DomainTools, LLC All Rights Reserved

## Whois Record on Feb 9, 2012

No adjacent screenshot
available for this date.

Domain ID:D158478989-LROR
Domain Name:SLABBED.ORG
Created On:28-Feb-2010 21:34:00 UTC
Last Updated On:08-Feb-2012 11:13:30 UTC
Expiration Date:28-Feb-2012 21:34:00 UTC
Sponsoring Registrar:GoDaddy.com, Inc. (R91-LROR)
Status:OK
Registrant ID:CR42965567
Registrant Name:Douglas Handshoe
Registrant Street1:Post Office Box 788
Registrant Street2:
Registrant Street3:
Registrant City:Higgins
Registrant State/Province:Mississippi
Registrant Postal Code:39577
Registrant Country:US
Registrant Phone:+1.2282840004
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:dkhcpa@bellsouth.net
Admin ID:CR42965569
Admin Name:Douglas Handshoe
Admin Street1:Post Office Box 788
Admin Street2:
Admin Street3:
Admin City:Higgins
Admin State/Province:Mississippi
Admin Postal Code:39577
Admin Country:US
Admin Phone:+1.2282840004
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email:dkhcpa@bellsouth.net
Tech ID:CR42965568
Tech Name:Douglas Handshoe
Tech Street1:Post Office Box 788
Tech Street2:
Tech Street3:
Tech City:Higgins
Tech State/Province:Mississippi
Tech Postal Code:39577
Tech Country:US
Tech Phone:+1.2282840004
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email:dkhcpa@bellsouth.net
Name Server:NS1.BLUEHOST.COM
Name Server:NS2.BLUEHOST.COM
Name Server:
Name Server:
Name Server:

```
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
DNSSEC:Unsigned
```

## Whois Record on Jan 11, 2012

No adjacent screenshot available for this date.

```
Domain ID:D158470989-LROR
Domain Name:SLABBED.ORG
Created On:28-Feb-2010 21:34:00 UTC
Last Updated On:29-May-2011 11:06:18 UTC
Expiration Date:28-Feb-2012 21:34:00 UTC
Sponsoring Registrar:GoDaddy.com, Inc. (R91-LROR)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:CR42965567
Registrant Name:Registration Private
Registrant Organization:Domains By Proxy, LLC
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242598
Registrant FAX Ext.:
Registrant Email:SLABBED.ORG@domainsbyproxy.com
Admin ID:CR42965569
Admin Name:Registration Private
Admin Organization:Domains By Proxy, LLC
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242598
Admin FAX Ext.:
Admin Email:SLABBED.ORG@domainsbyproxy.com
Tech ID:CR42965568
Tech Name:Registration Private
Tech Organization:Domains By Proxy, LLC
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242598
Tech FAX Ext.:
```

 © 2018 DomainTools, LLC All Rights Reserved

```
Tech Email:SLABBED.ORG@domainsbyproxy.com
Name Server:NS19.DOMAINCONTROL.COM
Name Server:NS20.DOMAINCONTROL.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
DNSSEC:Unsigned
```

## Whois Record on Jun 20, 2011

No adjacent screenshot
available for this date.

```
Domain ID:D158478989-LROR
Domain Name:SLABBED.ORG
Created On:28-Feb-2010 21:34:00 UTC
Last Updated On:29-May-2011 11:06:18 UTC
Expiration Date:28-Feb-2012 21:34:00 UTC
Sponsoring Registrar:GoDaddy.com, Inc. (R91-LROR)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:CR42965567
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242598
Registrant FAX Ext.:
Registrant Email:SLABBED.ORG@domainsbyproxy.com
Admin ID:CR42965569
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242598
Admin FAX Ext.:
Admin Email:SLABBED.ORG@domainsbyproxy.com
Tech ID:CR42965568
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242598
Tech FAX Ext.:
```

 © 2018 DomainTools, LLC All Rights Reserved

```
Tech Email:SLABBED.ORG@domainsbyproxy.com
Name Server:NS19.DOMAINCONTROL.COM
Name Server:NS20.DOMAINCONTROL.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
DNSSEC:Unsigned
```

## Whois Record on Apr 19, 2011

No adjacent screenshot available for this date.

```
Domain ID:D150470989-LROR
Domain Name:SLABBED.ORG
Created On:28-Feb-2010 21:34:00 UTC
Last Updated On:18-Apr-2011 19:11:20 UTC
Expiration Date:28-Feb-2012 21:34:00 UTC
Sponsoring Registrar:GoDaddy.com, Inc. (R91-LROR)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:CR42965567
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242598
Registrant FAX Ext.:
Registrant Email:SLABBED.ORG@domainsbyproxy.com
Admin ID:CR42965569
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242598
Admin FAX Ext.:
Admin Email:SLABBED.ORG@domainsbyproxy.com
Tech ID:CR42965568
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242598
Tech FAX Ext.:
```

 © 2018 DomainTools, LLC All Rights Reserved

```
Tech Email:SLABBED.ORG@domainsbyproxy.com
Name Server:NS19.DOMAINCONTROL.COM
Name Server:NS20.DOMAINCONTROL.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
DNSSEC:Unsigned
```

          © 2018 DomainTools, LLC All Rights Reserved

## Whois Record on May 3, 2010

No adjacent screenshot available for this date.

```
Domain ID:D158478989-LROR
Domain Name:SLABBED.ORG
Created On:28-Feb-2010 21:34:00 UTC
Last Updated On:30-Apr-2010 03:48:23 UTC
Expiration Date:28-Feb-2012 21:34:00 UTC
Sponsoring Registrar:GoDaddy.com, Inc. (R91-LROR)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Registrant ID:CR42965567
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242598
Registrant FAX Ext.:
Registrant Email:SLABBED.ORG@domainsbyproxy.com
Admin ID:CR42965569
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242598
Admin FAX Ext.:
Admin Email:SLABBED.ORG@domainsbyproxy.com
Tech ID:CR42965568
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
Tech FAX:+1.4806242598
Tech FAX Ext.:
```

 © 2018 DomainTools, LLC All Rights Reserved

```
Tech Email:SLABBED.ORG@domainsbyproxy.com
Name Server:NS19.DOMAINCONTROL.COM
Name Server:NS20.DOMAINCONTROL.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
DNSSEC:Unsigned
```

 © 2018 DomainTools, LLC All Rights Reserved

## Whois Record on Mar 1, 2010

No adjacent screenshot available for this date.

```
Domain ID:D158478989-LROR
Domain Name:SLABBED.ORG
Created On:28-Feb-2010 21:34:00 UTC
Last Updated On:28-Feb-2010 21:34:02 UTC
Expiration Date:28-Feb-2012 21:34:00 UTC
Sponsoring Registrar:GoDaddy.com, Inc. (R91-LROR)
Status:CLIENT DELETE PROHIBITED
Status:CLIENT RENEW PROHIBITED
Status:CLIENT TRANSFER PROHIBITED
Status:CLIENT UPDATE PROHIBITED
Status:TRANSFER PROHIBITED
Status:ADDPERIOD
Registrant ID:CR42965567
Registrant Name:Registration Private
Registrant Organization:Domains by Proxy, Inc.
Registrant Street1:DomainsByProxy.com
Registrant Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Registrant Street3:
Registrant City:Scottsdale
Registrant State/Province:Arizona
Registrant Postal Code:85260
Registrant Country:US
Registrant Phone:+1.4806242599
Registrant Phone Ext.:
Registrant FAX:+1.4806242598
Registrant FAX Ext.:
Registrant Email:SLABBED.ORG@domainsbyproxy.com
Admin ID:CR42965569
Admin Name:Registration Private
Admin Organization:Domains by Proxy, Inc.
Admin Street1:DomainsByProxy.com
Admin Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Admin Street3:
Admin City:Scottsdale
Admin State/Province:Arizona
Admin Postal Code:85260
Admin Country:US
Admin Phone:+1.4806242599
Admin Phone Ext.:
Admin FAX:+1.4806242598
Admin FAX Ext.:
Admin Email:SLABBED.ORG@domainsbyproxy.com
Tech ID:CR42965568
Tech Name:Registration Private
Tech Organization:Domains by Proxy, Inc.
Tech Street1:DomainsByProxy.com
Tech Street2:15111 N. Hayden Rd., Ste 160, PMB 353
Tech Street3:
Tech City:Scottsdale
Tech State/Province:Arizona
Tech Postal Code:85260
Tech Country:US
Tech Phone:+1.4806242599
Tech Phone Ext.:
```

 © 2018 DomainTools, LLC All Rights Reserved

```
Tech FAX:+1.4806242598
Tech FAX Ext.:
Tech Email:SLABBED.ORG@domainsbyproxy.com
Name Server:NS19.DOMAINCONTROL.COM
Name Server:NS20.DOMAINCONTROL.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
DNSSEC:Unsigned
```

## Hosting History

DomainTools tracks changes to a domain name's IP address, name server and registrar. These events can be useful signals that may indicate more macro events, including: domain name sales, transfers or deletions; taking a site live with new content; or a change in registration or hosting profile.

### Registrar History

No records found for this domain.

### Name Server History

| Event Date | Action | New Server | Previous Server |
|---|---|---|---|
| Sep 3, 2015 | Transfer | cloudflare.com | domaincontrol.com |
| Aug 26, 2015 | Transfer | domaincontrol.com | cloudflare.com |
| Aug 25, 2015 | Transfer | cloudflare.com | hostgator.com |
| Feb 20, 2014 | Transfer | hostgator.com | domaincontrol.com |
| Feb 19, 2014 | Transfer | domaincontrol.com | dreamhost.com |
| Feb 15, 2012 | Transfer | dreamhost.com | bluehost.com |
| Feb 9, 2012 | Transfer | bluehost.com | domaincontrol.com |
| Mar 1, 2010 | New | domaincontrol.com | - |

### IP Address History

| Event Date | Action | New IP | Previous IP |
|---|---|---|---|
| Jan 6, 2017 | Change | 104.25.86.30 | 104.25.110.22 |
| Oct 16, 2015 | Change | 104.25.110.22 | 108.162.200.54 |
| Oct 1, 2015 | Change | 108.162.200.54 | 104.27.176.159 |
| Sep 16, 2015 | Change | 104.27.176.159 | 104.27.177.159 |
| Sep 3, 2015 | Change | 104.27.177.159 | 54.200.139.248 |
| Aug 25, 2015 | Change | 54.200.139.248 | 192.185.5.169 |
| Feb 20, 2014 | Change | 192.185.5.169 | 208.113.237.192 |
| Feb 15, 2012 | Change | 208.113.237.192 | 69.195.68.56 |
| Feb 9, 2012 | Change | 69.195.68.56 | 72.167.232.211 |
| Feb 7, 2012 | Change | 72.167.232.211 | 64.202.189.170 |
| Oct 14, 2011 | New | 64.202.189.170 | - |
| Oct 1, 2011 | Not Resolvable | - | 64.202.189.170 |
| May 3, 2011 | Change | 64.202.189.170 | 72.167.232.211 |
| Apr 10, 2011 | New | 72.167.232.211 | - |
| Mar 9, 2010 | New | 72.167.232.211 | - |

 © 2018 DomainTools, LLC All Rights Reserved

## Screenshot History

DomainTools captures snapshots of website homepages on regular intervals. This content is useful for researchers to understand how a domain was used at various points in time. Due to the relatively high storage costs of screenshot data, the coverage of screenshot histories is in most cases not as thorough as Whois or hosting data, and this is especially true for dates early in a domain's history.

DomainTools has 6 records collected between Oct 26, 2014 and Mar 19, 2018.


Mar 19, 2018


Aug 19, 2017


Dec 21, 2016


Apr 9, 2016


Aug 6, 2015


Oct 26, 2014

© 2018 DomainTools, LLC All Rights Reserved

## Connected Domains

### Shared IP Address

DomainTools uses proprietary techniques to discover other domain names that are hosted on the same IP address (web host) as Slabbed.org. This is a sample of up to 100 randomly-selected domains from that dataset. Access to this data provides context in cases where knowing associated domain names has value.

The exhaustive list of connected domains by IP address is available in the Reverse IP product at DomainTools.com.

| Domain | Created | Registrant |
|---|---|---|
| davidhairabedian.org | Oct 5, 2009 | Heart of America Prison Ministries |
| drivingtests.co.nz | - | Drivingtests.co.nz |
| kotharijewelry.com | May 11, 2009 | Kothari Diamonds and Jewels |
| slabbed.org | Feb 28, 2010 | Slabbed New Media, LLC |
| tansee.com | Mar 12, 2006 | Tansee.com |

 © 2018 DomainTools, LLC All Rights Reserved

## Shared Name Server

DomainTools uses proprietary techniques to discover other domain names that are hosted on the same name server as Slabbed.org. This is a sample of up to 100 randomly-selected domains from that dataset. Access to this data provides context in cases where knowing associated domain names has value.

The exhaustive list of connected domains by name server is available in the Name Server Report product at DomainTools.com.

| Domain | Created | Registrant |
| --- | --- | --- |
| 346pp.com | Apr 7, 2017 | 346pp.com |
| 7559927.com | Mar 25, 2017 | 7559927.com |
| 7haodian.net | Nov 29, 2018 | See PrivacyGuardian.org |
| aboutcannabisextracts.com | Dec 19, 2017 | Contact Privacy Inc. Customer 1242047060 |
| academiaevolucao.com.br | Mar 28, 2003 | Soccol e Soccol LTDA |
| achmadabdul.ml | - | Mali Dili B.V. |
| aharquego.tk | - | - |
| alsondiso.cf | - | Centrafrique TLD B.V. |
| asmovie.cf | - | - |
| battboysq.tk | - | BV Dot TK |
| bayradio.ml | - | Mali Dili B.V. |
| beckexec.io | Feb 5, 2018 | Ibrahim Ali |
| beldex.io | Mar 23, 2018 | Beldex.io |
| bforeverfilms1.gq | - | Equatorial Guinea Domains B.V. |
| bijeljina.net | Sep 24, 2014 | BD |
| bloodsaintandbeers.com | Sep 25, 2018 | WhoisGuard, Inc. |
| bls-gmbh.tk | - | BV Dot TK |
| brewery-equipment.jp | Feb 24, 2014 | Co.Mac. Srl |
| canarias.onl | Jun 16, 2014 | - |
| cclcconline.xyz | Aug 13, 2018 | Scott Vue |
| cellphonesforsales.cf | - | Centrafrique TLD B.V. |
| claitreviewn.ml | - | Mali Dili B.V. |
| colorfish.mx | May 17, 2017 | WhoisGuard Protected |
| cuisutni.tk | - | BV Dot TK |
| differe.info | Dec 21, 2017 | Domains By Proxy, LLC |
| dispcitamoun.tk | - | BV Dot TK |
| enterprisematter.com | Oct 30, 2012 | AtreNet |
| etechbeta.com | Nov 8, 2017 | THE ENDURANCE INTERNATIONAL GROUP, INC. |
| feignteas.us | Dec 20, 2018 | SEO Department |
| foofightersva.com | May 25, 2018 | Domains By Proxy, LLC |
| freloadtexod.tk | - | BV Dot TK |
| getlongmuch.gq | - | Equatorial Guinea Domains B.V. |
| goodhotelguide.com | Aug 5, 2002 | REDACTED FOR PRIVACY |
| gordonbennett.ga | - | Gabon TLD B.V. |
| gtwingmji.tk | - | BV Dot TK |

 © 2018 DomainTools, LLC All Rights Reserved

| Domain | Date | Registrant |
|---|---|---|
| hardyyan.com | Jun 21, 2013 | Domains By Proxy, LLC |
| hh988.net | Apr 8, 2016 | WhoisGuard, Inc. |
| incolea.ml | - | Mali Dili B.V. |
| jaxcufil.bid | Feb 5, 2018 | |
| jbsobo.cf | - | Centrafrique TLD B.V. |
| jenandben.com.au | - | FISHER, JENNA |
| joinsnapcard.com | Oct 1, 2013 | Domains By Proxy, LLC |
| junglenastix.com | Oct 11, 2018 | Domains By Proxy, LLC |
| konolpevru.info | Oct 5, 2018 | Konolpevru.info |
| lyajerrutach.ml | - | Mali Dili B.V. |
| mackie-smithfamilyreunion.com | Apr 24, 2014 | REDACTED FOR PRIVACY |
| majigomama.com | Dec 22, 2017 | Whois Privacy Protection Service by onamae.com |
| mediaartists.ml | - | Mali Dili B.V. |
| metroteam4u.com | Feb 15, 2006 | REDACTED FOR PRIVACY |
| modetrailwaytracks.co.uk | Jan 30, 2018 | Modelrailwaytracks.co.uk |
| mvixenlibrary.ga | - | Gabon TLD B.V. |
| nebelengineersconstructors.com | Apr 23, 2010 | Webfitter LLC |
| news24eg.com | Jan 7, 2015 | news24eg.com |
| nfzhlp.ml | - | Mali Dili B.V. |
| noriangesq.ga | - | - |
| oceano.com.pe | - | EDITORIAL OCEANO PERUANA S.A. |
| onlinedatingab.ml | - | Mali Dili B.V. |
| paperweightreviews.info | Jul 5, 2018 | See PrivacyGuardian.org |
| parsi-learn.ir | - | Milad Rashvand |
| penrijure.tk | - | BV Dot TK |
| perssubtextchild.cf | - | Centrafrique TLD B.V. |
| ranyaendri7853.ga | - | Gabon TLD B.V. |
| raunerha.ga | - | Gabon TLD B.V. |
| rayban-pascher.com | Mar 17, 2017 | WhoisGuard, Inc. |
| rfeineckei.ga | - | Gabon TLD B.V. |
| rompproder.gq | - | Equatorial Guinea Domains B.V. |
| rulesofsurvivalgenerator.top | Feb 18, 2018 | WhoisGuard, Inc. |
| sakenavi.com | May 19, 2000 | Whois Privacy Protection Service, Inc. |
| saypopokas.tk | - | BV Dot TK |
| sh.mk | Nov 15, 2018 | Lii Hone |
| siohardsoblo.cf | - | Centrafrique TLD B.V. |
| sspoker.net | Oct 11, 2018 | Bet Coding |
| steelbrain.me | Apr 14, 2016 | c/o whoisproxy.com |
| stitchersgarden.biz | Dec 2, 2017 | Whois Privacy Corp. |
| taohuale.us | Sep 4, 2015 | liao zucong |
| taynukphireg.ml | - | Mali Dili B.V. |
| tenglobal.net | May 20, 2016 | REDACTED FOR PRIVACY |
| tenniswoodnetwork.co.uk | Jun 22, 2012 | Tenniswoodnetwork.co.uk |
| terphitede.gq | - | Equatorial Guinea Domains B.V. |
| texasholisticfair.com | May 8, 2018 | Domains By Proxy, LLC |

 © 2018 DomainTools, LLC All Rights Reserved

| | | |
|---|---|---|
| the-curious-cat.com | Mar 16, 2014 | Domains By Proxy, LLC |
| thepeoplesscience.org | Apr 2, 2013 | Thepeoplesscience.org |
| tmt-rc.ca | Mar 31, 2017 | Tmt-rc.ca |
| trapebwylback.ml | - | - |
| tubafyspecial.gq | - | Equatorial Guinea Domains B.V. |
| twkag.com | Dec 25, 2005 | Mesude Casting |
| usachickenonline.com | Dec 22, 2017 | Uk Tech Ltd |
| utcredinred.tk | - | BV Dot TK |
| uu3014.com | Aug 11, 2016 | Uu3014.com |
| vakalsaa.ml | - | Mali Dili B.V. |
| valleytool.me | Oct 8, 2018 | - |
| viperstresser.co.uk | Mar 21, 2018 | Viperstresser.co.uk |
| webmasters.academy | Nov 8, 2017 | WhoisGuard, Inc. |
| weston-design.co.uk | Apr 24, 2018 | Weston-design.co.uk |
| wevapemods.com | Mar 3, 2018 | Adam Blackburn |
| whwn.co.uk | Feb 4, 2012 | Whwn.co.uk |
| www27mimi.com | Jul 15, 2017 | Www27mimi.com |
| xadlise.tk | - | BV Dot TK |
| yourdiyaviationkitsforsale.com | Aug 31, 2018 | See PrivacyGuardian.org |
| zdobiksiazka.pl | Oct 24, 2017 | Zdobiksiazka.pl |

© 2018 DomainTools, LLC All Rights Reserved