6/18/2015                                    Slabbed.org WHOIS, DNS, & Domain Info - DomainTools

Exhibit "E"

Home >   Whois Lookup >   Slabbed.org

## Whois Record for Slabbed.org

| Related Domains For Sale or At Auction | 1 | More |
|---|---|---|
| AllSlabbedUp.com ($799) | > | |

### Whois & Quick Stats

| | |
|---|---|
| Email | earning04@gmail.com |
| Dates | Created on 2010-02-28 - Expires on 2016-02-28 - Updated on 2014-10-03 |
| IP Address | 192.185.5.169 - 501 other sites hosted on this server |
| IP Location | 🇺🇸 - Ohio - Dayton - Websitewelcome.com |
| ASN | 🇺🇸 AS20013 CYRUSONE - CyrusOne LLC (registered Mar 14, 2001) |
| Domain Status | Registered And Active Website |
| Whois History | 52 records have been archived since 2010-03-01 |
| IP History | 9 changes on 6 unique IP addresses over 5 years |
| Hosting History | 5 changes on 5 unique name servers over 5 years |
| Whois Server | whois.pir.org |

### Website

| | |
|---|---|
| Website Title | 🌐 Slabbed | Alternative New Media for the Gulf South |
| Server Type | nginx/1.8.0 |
| Response Code | 200 |
| SEO Score | 78% |
| Terms | 2367 (Unique: 886, Linked: 544) |
| Images | 4 (Alt tags missing: 1) |
| Links | 138  (Internal: 124, Outbound: 13) |

Whois Record ( last updated on 2015-06-17 )

```
Domain Name:SLABBED.ORG
```

```
Domain ID: D158478989-LROR
Creation Date: 2010-02-28T21:34:00Z
Updated Date: 2014-10-03T15:42:20Z
Registry Expiry Date: 2016-02-28T21:34:00Z
Sponsoring Registrar:GoDaddy.com, LLC (R91-LROR)
Sponsoring Registrar IANA ID: 146
WHOIS Server:
Referral URL:
Domain Status: clientDeleteProhibited -
- http://www.icann.org/epp#clientDeleteProhibited
Domain Status: clientRenewProhibited -
- http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientTransferProhibited -
- http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited -
- http://www.icann.org/epp#clientUpdateProhibited
Registrant ID:CR42965567
Registrant Name:Douglas Handshoe
Registrant Organization:
Registrant Street: Post Office Box 788
Registrant City:Wiggins
Registrant State/Province:Mississippi
Registrant Postal Code:39577
Registrant Country:US
Registrant Phone:+1.2282840004
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: earning04@gmail.com
Admin ID:CR42965569
Admin Name:Douglas Handshoe
Admin Organization:
Admin Street: Post Office Box 788
Admin City:Wiggins
Admin State/Province:Mississippi
Admin Postal Code:39577
Admin Country:US
Admin Phone:+1.2282840004
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: earning04@gmail.com
Tech ID:CR42965568
Tech Name:Douglas Handshoe
Tech Organization:
Tech Street: Post Office Box 788
Tech City:Wiggins
Tech State/Province:Mississippi
Tech Postal Code:39577
Tech Country:US
Tech Phone:+1.2282840004
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: earning04@gmail.com
Name Server:NS8035.HOSTGATOR.COM
Name Server:NS8036.HOSTGATOR.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

```
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
DNSSEC:Unsigned
```

## Tools

| Whois History |
|---|
| Hosting History |
| Monitor Domain Properties ▼ |
| Reverse Whois Lookup ▼ |
| Reverse IP Address Lookup ▼ |
| Network Tools ▼ |
| Buy This Domain ▼ |
| Visit Website |

| ⬇ Preview the Full Domain Report |
|---|

*Image Supplied By DomainTools.com*

| View Screenshot History |
|---|

## Available TLDs

**General TLDs** | Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| Slabbed.com | View Whois |
|---|---|
| Slabbed.net | View Whois |
| Slabbed.org | View Whois |
| Slabbed.info | Buy Domain |
| Slabbed.biz | Buy Domain |

6/18/2015                                    Slabbed.org WHOIS, DNS, & Domain Info - DomainTools

Slabbed.us                                                                                              Buy Domain





Sitemap   Blog   Terms of Service   Privacy Policy   Contact Us   Domain News        © 2015 DomainTools