

# Public Catalog

Exhibit "E"

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Slabbed
Search Results: Displaying 1 of 2 entries



***Slabbed 12/4/2012.***

| | |
|---|---|
| **Type of Work:** | Serial |
| **Registration Number / Date:** | TX0008363272 / 2017-03-08 |
| **Application Title:** | Slabbed 12/4/2012. |
| **Title:** | Slabbed 12/4/2012. |
| **ISSN:** | 2572-1437 |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Slabbed New Media, LLC. Address: 110 Hall Stree, Post Office Box 788, Wiggins, MS 39577-0788 United States. |
| **Date of Creation:** | 2012 |
| **Date of Publication:** | 2012-12-04 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Slabbed New Media, LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: New text. |
| **Pre-existing Material:** | photograph(s), some text from other sources. |
| **Basis of Claim:** | New text. |
| **Rights and Permissions:** | Slabbed New Media, LLC, Post Office Box 788, Wiggins, MS, 39577-0788, United States, (601) 928-5380, earning04@gmail.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Slabbed New Media, LLC |



Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Slabbed
Search Results: Displaying 2 of 2 entries



*Slabbed: The Alternative New Media for the Gulf South.*

|  |  |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0002019025 / 2017-01-31 |
| **Application Title:** | Slabbed: No Fear Journalism. |
| **Title:** | Slabbed: The Alternative New Media for the Gulf South. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Slabbed New Media, LLC. Address: Post Office Box 788, Wiggins, MS, 39577. |
| **Date of Creation:** | 2013 |
| **Date of Publication:** | 2013-05-06 |
| **Nation of First Publication:** | United States |
| **Alternative Title on Application:** | It?s a Slabbed promo! |
| **Authorship on Application:** | Slabbed New Media, LLC, employer for hire; Citizenship: United States. Authorship: audiovisual material. |
| **Pre-existing Material:** | preexisting music. |
| **Basis of Claim:** | all other cinematographic material, audiovisual material, text. |
| **Rights and Permissions:** | Slabbed New Media, LLC, Post Office Box 788, Wiggins, MS, 39577, United States, (601) 928-5380, (228) 323-1598, earning04@gmail.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Slabbed New Media, LLC |



Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page