http://www.deltacomputersystems.com/cgi-lrm5/LRMCGI02...

Exhibit "G"

# Harrison County Mississippi



Home | Data Links



- Property Link
- Deeds & Records Link
- UCCs Link
- Marriage License
- Terms Of Use
- Privacy Policy
- Webmaster

Copyright © 2000 Delta Computer Systems, Inc. All rights reserved.

COPYRIGHT 2000 DELTA COMPUTER SYSTEMS, INC.

## Property Link
### HARRISON COUNTY, MS

Current Date **1/19/2017**

**Tax Year 2016**
Records Last Updated **1/18/2017**

### PROPERTY DETAIL

| | | |
|---|---|---|
| OWNER | HANDSHOE JENNIFER WALTON | ACRES : **NA** |
| | 110 HALL STREET | LAND VALUE : 35535 |
| | | IMPROVEMENTS : **NA** |
| | WIGGINS MS 39577 | TOTAL VALUE: 35535 |
| | | ASSESSED : 5330 |
| PARCEL | 0711N-02-094.000 | |
| ADDRESS | 604 HARDY AVE | |

### TAX INFORMATION

| YEAR 2016 | TAX DUE | PAID | BALANCE |
|---|---|---|---|
| COUNTY | 194.12 | 194.12 | 0.00 |
| CITY | 181.22 | 181.22 | 0.00 |
| SCHOOL | 345.65 | 345.65 | 0.00 |
| TOTAL | 720.99 | 720.99 | 0.00 |

**Mail Payments To:**

**David V. Larosa, Sr., Tax Collector**
**P.O. Box 1270**
**Gulfport, MS 39502**

**Postmark will be used to determine penalty**

LAST PAYMENT DATE 12 / 16 / 2016

### MISCELLANEOUS INFORMATION

| | | | |
|---|---|---|---|
| EXEMPT CODE | | LEGAL | DR: 2015-0001566-D-J1 03/17/20 |
| HOMESTEAD CODE | None | | 15-WD |
| TAX DISTRICT | 3G | | LOTS E & F STOKES SUBD |
| PPIN | 035440 | | STOKES SUBD |
| SECTION | 07 | | |
| TOWNSHIP | 08 | | |
| RANGE | 11 | | |

**Deed Book/Page References**

| Book | Page | Date | Type |
|---|---|---|---|
| 2004-0009197-D-J1 | | 11/1/2004 | WD |
| 1553/0091 | | 8/23/2001 | WD |
| 1446/0031 | | 3/23/1999 | |
| 1443/0282 | | 2/26/1999 | |

http://www.deltacomputersystems.com/cgi-lrm5/LRMCGI02...

1241/0144
1194/0311
1106/0166

**TAX PAID HISTORY**

| Year | Owner | Total Tax | Paid(Y/N) |
|---|---|---|---|
| 2015 | HANDSHOE DOUGLAS K & JENNIFER | 720.99 | Y LAST PAYMENT DATE 12/28/2015 |
| 2014 | HANDSHOE DOUGLAS K & JENNIFER | 960.02 | Y LAST PAYMENT DATE 1/8/2015 |
| 2013 | HANDSHOE DOUGLAS K & JENNIFER | 929.60 | Y LAST PAYMENT DATE 12/30/2013 |
| 2012 | HANDSHOE DOUGLAS K & JENNIFER | 929.60 | Y LAST PAYMENT DATE 12/27/2012 |
| 2011 | HANDSHOE DOUGLAS K & JENNIFER | 929.60 | Y LAST PAYMENT DATE 12/27/2011 |
| 2010 | HANDSHOE DOUGLAS K & JENNIFER | 929.60 | Y LAST PAYMENT DATE 12/23/2010 |
| 2009 | HANDSHOE DOUGLAS K & JENNIFER | 908.28 | Y LAST PAYMENT DATE 12/9/2009 |

**TAX SALES HISTORY, FOR UNPAID TAXES**

| Year | Sold To | Redeemed Date/By |
|---|---|---|
| | **NO TAX SALES FOUND** | |

[Back]

http://www.deltacomputersystems.com/cgi-lrm5/LRMCGI02...

# Harrison County Mississippi


Powered by:
Delta Computer Systems, Inc.

Home | Data Links



- Property Link
- Deeds & Records Link
- UCCs Link
- Marriage License
- Terms Of Use
- Privacy Policy
- Webmaster

Copyright © 2000
Delta Computer Systems, Inc.
All rights reserved

COPYRIGHT 2000 DELTA COMPUTER SYSTEMS, INC.

## Property Link
### HARRISON COUNTY, MS

Current Date **1/19/2017**

**Tax Year 2016**
Records Last Updated **1/18/2017**

### PROPERTY DETAIL

| | | |
|---|---|---|
| OWNER | HANDSHOE JENNIFER WALTON | ACRES : **NA** |
| | 110 HALL STREET | LAND VALUE : 17940 |
| | | IMPROVEMENTS : **NA** |
| | WIGGINS MS 39577 | TOTAL VALUE: 17940 |
| | | ASSESSED : 2691 |
| PARCEL | 0605B-01-024.000 | |
| ADDRESS | DOGWOOD LN | |

### TAX INFORMATION

| YEAR 2016 | TAX DUE | PAID | BALANCE |
|---|---|---|---|
| COUNTY | 121.42 | 121.42 | 0.00 |
| CITY | 0.00 | 0.00 | 0.00 |
| SCHOOL | 149.22 | 149.22 | 0.00 |
| TOTAL | 270.64 | 270.64 | 0.00 |

**Mail Payments To:**

**David V. Larosa, Sr., Tax Collector**
**P.O. Box 1270**
**Gulfport, MS 39502**

**Postmark will be used to determine penalty**

LAST PAYMENT DATE  12 / 16 / 2016

### MISCELLANEOUS INFORMATION

| | | | |
|---|---|---|---|
| EXEMPT CODE | | LEGAL | DR: 2015-0001566-D-J1 03/17/20 |
| HOMESTEAD CODE | None | | 15-WD |
| TAX DISTRICT | 2M | | LOT 25 ROBINWOOD FOREST PHASE |
| PPIN | 095693 | | 2-A |
| SECTION | 01 | | ROBINWOOD FOREST PHASE 2-A |
| TOWNSHIP | 06 | | |
| RANGE | 12 | | |

### Deed Book/Page References

| Book | Page | Date | Type |
|---|---|---|---|
| 1561/0234 | | 11/6/2001 | WD |
| 1255/0195 | | | |

### TAX PAID HISTORY

http://www.deltacomputersystems.com/cgi-lrm5/LRMCGI02...

| Year | Owner | Total Tax | Paid(Y/N) |
|---|---|---|---|
| 2015 | HANDSHOE DOUGLAS & JENNIFER | 274.83 | Y LAST PAYMENT DATE 12/28/2015 |
| 2014 | HANDSHOE DOUGLAS & JENNIFER | 267.79 | Y LAST PAYMENT DATE 1/8/2015 |
| 2013 | HANDSHOE DOUGLAS & JENNIFER | 263.50 | Y LAST PAYMENT DATE 12/30/2013 |
| 2012 | HANDSHOE DOUGLAS & JENNIFER | 253.09 | Y LAST PAYMENT DATE 12/27/2012 |
| 2011 | HANDSHOE DOUGLAS & JENNIFER | 247.54 | Y LAST PAYMENT DATE 12/27/2011 |
| 2010 | HANDSHOE DOUGLAS & JENNIFER | 237.77 | Y LAST PAYMENT DATE 12/23/2010 |
| 2009 | HANDSHOE DOUGLAS & JENNIFER | 227.31 | Y LAST PAYMENT DATE 12/9/2009 |

TAX SALES HISTORY, FOR UNPAID TAXES

| Year | Sold To | Redeemed Date/By |
|---|---|---|
| | **NO TAX SALES FOUND** | |

[Back]