Exhibit "H"



# slabbed

Home | About | Contact | Insurance | Cases | Katrina Cases | Katrina Qui Tam | Library | Stories | Places | Open Thread

### We're back on WordPress for now

Sorry for the confusion folks but please bear with us while we search for a new host for Slabbed.org.

## Tom Freeland enters not guilty plea. Trial by judge set for August 24th.

MAY 12, 2011

by sop81_1

tags: PPL v Freeland

« Apr

### CALENDAR/ARCHIVES

May 2011

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 |   |   |   |   |

FOLLOW US ON twitter

Hat tip **Hatfield in comments** who reached the Oxford Clerk's office and got the low down. I think they have been fielding lots of inquiries on this case.

The upshot is we have this can to kick down the road virtually all summer.

sop

3 COMMENTS

# Jim Brown's Weekly Column: Louisiana Under Siege by Mississippi River

MAY 12, 2011

by sop81_1

*from* → Sop

*tags:* Jim Brown's weekly column

Thursday, May 12th 2011
New Orleans, Louisiana

## LOUISIANA UNDER SIEGE BY MISSISSIPPI RIVER!

Randy Newman's song, Louisiana 1927, hit home to many residents up and down the Mississippi river this week. He was singing about the 1927 flood, where more than 23,000 square miles were inundated, hundreds of people died, and hundreds of thousands were left homeless. As of right now, predictions are that water levels up and down the river will exceed those reached in the 1927 disaster. And no one really knows how bad it will get.

It has been abnormally hot this spring throughout the south. A number of states have seen three times the normal amount of rain. But along with the downpours, there have been droughts and wildfires. Then

### RECENT POSTS

- Tom Freeland enters not guilty plea. Trial by judge set for August 24th.
- Jim Brown's Weekly Column: Louisiana Under Siege by Mississippi River
- And the Slabbed word of the day is homo....
- Slabbed News Miscellany: I'm not sure just how to present these items...
- And it all comes tumbling down....
- It doesn't get much better than free...
- And the word of the day on Slabbed is Vaggie Bush....
- Its a Wednesday Musical repeat: Transparency edition. Dedicated to Judge Ross LaDart.
- I am almost afraid to ask....
- With the misdemeanor trial of the year on tap for tomorrow in Oxford....a Tuesday Video

# And the Slabbed word of the day is homo…..

MAY 12, 2011

by sop81_1

Click to enable Adobe Flash Player

*tags*: Slabbed, The Girls

*from* → Sop

LEAVE A COMMENT

### RECENT COMMENTS

HMMM? on Tom Freeland enters not guilty…

Robert Marie on Tom Freeland enters not guilty…

HMMM? on Tom Freeland enters not guilty…

bellesouth on And it all comes tumbling…

bellesouth on And it all comes tumbling…

jpgoodfella on And the word of the day on Sla…

Not At All Surprised on And it all comes tumbling…

sop81_1 on And it all comes tumbling…

Bellesouth on And it all comes tumbling…

Bellesouth on And it all comes tumbling…

### BLOGGING COMMUNITY



# Slabbed

Home | About | Insurance | Contact | Legal Library | Hurricane Katrina | Places | Open Thread/Post

## Contact

Slabbed welcomes reader feedback via email.

Contact Sop via email [here](#).

Contact Nowdoucit regarding her archival posts via email [here](#).

**Share this:** Tweet · Print · Facebook · Digg · StumbleUpon

**Posts by date**
April 2011

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   |   | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |

FOLLOW US ON twitter

Search