

# FRANK

The original Frank Magazine
Based in Halifax since 1987

Subscribe Now! | Latest News | Letters / Tips | Digital Edition

Jun 3, 2013

## Trout Point libel row, redux

by Andrew Speller

The Trout Point Lodge vs. Louisiana blogger Douglas Handshoe saga continues!

On May 17, slabbed.com owner Douglas Handshoe filed lawsuit in the Circuit Court of Hancock County, Louisiana. The defendant is listed as John Doe, aka Randall Cajun, because someone using that alias has allegedly been posting defamatory comments about Doug on a few blogging websites, including Real-Mailce.blogspot.com, and theamericanzombie.com.

In his suit, Doug is claiming that he has valid reason to believe that Randall Cajun is at least one (or all) of the owners of TPL.

Exhibit "L"