09/29/2015 17:01 FAX                                                                    ☒002
Case 1:15-cv-00382-HSO-JCG   Document 329-13   Filed 01/03/19   Page 1 of 8
Re: Handshoe v Broussard et al

**Subject:** Re: Handshoe v Broussard et al
**From:** "Speller" <speller@frankmagazine.ca>
**Date:** 2013-05-29 3:07 PM
**To:** "Douglas Handshoe" <dkhcpa@gmail.com>

Court Administration

SEP 30 2015

Halifax, N.S.

Cool Doug!
I'm just finishing up this issue and will get to this on Friday - you know what a deadline is like haha

Keep me posted on everything -

Thanks!

Exhibit "M"

Andrew Speller
Staff Reporter
Frank Magazine
(902) 420-1668 (p)
(902) 423-0281 (f)
speller@frankmagazine.ca

----- Original Message -----
**From:** Douglas Handshoe
**To:** Speller
**Sent:** Wednesday, May 29, 2013 3:01 PM
**Subject:** Handshoe v Broussard et al

Andrew:

As promised. I got service on Abel this morning. Broussard is on tap for later this week in jail. Leary, Perret and the Lodge will get their copy soon enough.

Doug
Doug Handshoe
Slabbed New Media LLC
Post Office Box 788
Wiggins, MS 39577-0788
Phone: (228) 284-0004
Fax: (601) 928-5129
www.slabbed.org

**Subject:** Re: Yar No 411345 Trout Point v Handshoe
**From:** "Speller" <speller@frankmagazine.ca>
**Date:** 2013-06-03 10:57 AM
**To:** "Douglas Handshoe" <dkhcpa@gmail.com>

Hey Doug -

Sounds great. I'm going to look through all of this this coming week and get back to you.

Hope you had a good weekend!
Best,

Andrew Speller
Staff Reporter
Frank Magazine
(902) 420-1668 (p)
(902) 423-0281 (f)
speller@frankmagazine.ca

----- Original Message -----
From: Douglas Handshoe
To: Speller
Sent: Monday, June 03, 2013 10:24 AM
Subject: Yar No 411345 Trout Point v Handshoe

Andrew

Attached are two PDF documents, the first being a letter from the Court's Prothonotary which is off the record and my revised rule 5 brief and affidavit which is on the record.

You'll notice from pages 2 and 3 that Mr. Leary has evidently been wearing Mr. d'Entremont out trying to get her to not enter my motions and pleadings into the record. That pdf letter and email I received from Ms. d'Entremont was a first and it came after I reminded her (and not nicely I'll add) of the following US Statute::

http://www.law.cornell.edu/uscode/text/18/242

I take the email and pdf I received from Ms. d'Entremont as proof positive the gang in Yarmouth are a bright lot. I am within an inch of suing Justices Hood and Muise. Muise in particular could not have been that stupid to not know what Leary and Perret were doing in the Louisiana Media case.

All this except my rule 5 brief is off the record. The hearing has been set for 6/20 at 1:30 local time.

Doug Handshoe

129

of 2

Re: Yar No 411345 Trout Point v Handshoe

Slabbed New Media LLC
Post Office Box 788
Wiggins, MS 39577-0788
Phone: (228) 284-0004
Fax: (601) 928-5129
www.slabbed.org

130

**Subject:** Re: The June 3 story
**From:** "Speller" <speller@frankmagazine.ca>
**Date:** 2013-06-10 1:17 PM
**To:** "Douglas Handshoe" <dkhcpa@gmail.com>

Hry Doug -

Attached is the piece as it was printed in the mag. Me just being a lowly reporter (and not that tech savvy), I am not sure how to send you a PDF off our website (I know we can't copy and paste).

However, I attached the article in a Notepad document. As always Doug, if you have any problems or issues, let me know and I'll gladly take the time to sort them out with you.

If you would like to reprint the article on your website, I think you're going to have to ask my editor Andrew Douglas about that (I don't have the authority to grant that request) You can reach him at andrew@frankmagazine.ca

Anyway, here you go, hope it's ok, and let me know -

Hope you had a nice weekend -


ttyl



Andrew Speller
Staff Reporter
Frank Magazine
(902) 420-1668 (p)
(902) 423-0281 (f)
speller@frankmagazine.ca

> ----- Original Message -----
> **From:** Douglas Handshoe
> **To:** Speller
> **Sent:** Monday, June 10, 2013 1:06 PM
> **Subject:** The June 3 story
>
> HI Andrew --
>
> Dying to read your last story on my continuing battles with Trout Point Lodge, Can you send me a pdf? As always I will not republish until given permission by Frank Magazine.
>
> Thanks.

133

Re: The June 3 story

> Doug
> Doug Handshoe
> Slabbed New Media LLC
> Post Office Box 788
> Wiggins, MS 39577-0788
> Phone: (228) 284-0004
> Fax: (601) 928-5129
> www.slabbed.org

-- TPL.txt --

By Andrew Speller
The Trout Point Lodge (TPL) vs. Louisiana blogger Douglas Handshoe saga continues!
On May 17, slabbed.com owner Douglas Handshoe filed lawsuit in the Circuit Court of Hancock County, Louisiana. The defendant is listed as John Doe, aka Randall Cajun, because someone using that alias has allegedly been posting defamatory comments about Doug on a few blogging websites; Real-Mailce.blogspot.com, and theamericanzombie.com
In his suit, Doug is claiming that he has valid reason to believe that Randall Cajun is at least one (or all) of the owners of TPL. As Frankologists will recall, Doug and TPL have been in an ongoing legal drama for years. Doug has accused TPL owners Charles Leary and Vaughn Perret of being involved in some shady Louisiana political goings-on, which they in turn have repeatedly denied.
Last year, Chuck and Vaughn celebrated a legal victory stemming from a defamation suit they had been fighting against Doug and slabbed.org. The duo was awarded $425,000 in a decision handed down in Yarmouth Supreme Court on February 1, 2012.
The court ruled that Charles, Vaughn and TPL were falsely linked to a Louisiana political corruption scandal by Doug and slabbed.org. However, since this decision was awarded North of 49, the ruling has no jurisdiction or authority in the United States (Frank 658). And in early 2013, Charles and Vaughn claimed that blogger Doug swiped some copyrighted photographs off of TPL's website, and then proceeded to post them on slabbed.org without permission (Frank 659).
The pictures in question are everyday shots of Charles, Vaughn and Trout Point Lodge itself, but there are also allegations that slabbed.org had comments juxtaposed next to the swiped pics, which may have (or may not have) included derogatory comments directed towards the TPL owners.
However, it was precisely around this time, January 2013, when Mr. Randall Cajun started popping up on the internet and (allegedly) began posting numerous defamatory comments about blogger Doug, saying that he was involved in crooked corporations, and that he was a part of an organized crime conspiracy in Louisiana.
Doug's suit alleges that this Randall Cajun knows some very intimate details of TPL's and Doug's past dealings, which, according to Doug's suit, "strongly indicates Randall Cajun is one

134

Re: The June 3 story

or more of the owners of TPL."
While Randall was posting on theamericanzombie.com, its moderator was able to grab Randall's service provider, which revealed that Randall was posting from Nova Scotia via Eastlink, and that the signal allegedly originated from an area that was consistent where TPL is located.
Some of Randall's postings include blogs titled "Douglas K. Handshoe; Liquidating Assets, and, Good 'n Handy; Doug Handshoe, Coverup & Fred Goodson. In the second blog, Randall alleged that Doug is an "avowed anti-gay blogger," which Doug's lawsuit claims is "patently false."
Doug is stating that the blogs and posts are false, defamatory, misleading, unethical, and are completely dishonest.
In turn, Doug is seeking a court order compelling Real-Malice.blogspot.ca to reveal the IP address of all contributions to weblog, subsequent court order(s) to internet service providers used by Randall Cajun to post defamatory content in order to ascertain his identity to properly file suit, and to issue subpoenas as appropriate in the circumstances.
TPL did not return messages before presstime.
speller@frankmagazine.ca

Attachments: --------

TPL.txt                                                                         3.4 KB

135

**Subject:** Re: Randall Cajun outed himself
**From:** "Speller" <speller@frankmagazine.ca>
**Date:** 2013-06-13 4:20 PM
**To:** "Douglas Handshoe" <dkhcpa@gmail.com>

Oh wow Doug -

This is HUGE.

Ok;

1) You know how you scanned those original Randall Cajun postings? I could not read them (too faint) in the emails you sent me a few weeks back. Could you somehow re-send clear/legible copies of every post Randall made? (but please, don't let me put you out and create 20hrs of work for you). Let me know if that's doable.

2) Did you get the results from your request to know where the postings were originated from? (did Google get back to you and say; the IP adress is "this" and comes from "here").

3) Is there documentation that says "The posts are from Charles and Vaughn". B/c again, haha, I'm no lawyer and you have tons more experience with this stuff than I do, and I've read through the PDF a few times and can't definetely point to where they "admit" is was them. (or where the court says it was them). could you point to where in the PDF I should be looking to get that info?

4) Your timing sadly sucks haha. Deadline for this coming issue is right now, so we're not going to make it. BUT, I would bet a ton of cash we are going to make the next issue seeing as what the subject matter is (maybe even the cover!) but, on the plus side, this will give me time to do all the research and get it right, rather than rushing it and getting it wrong.

Thanks Doug - much obliged and seriously - good for you!

Talk soon -

Best,

Andrew Speller
Staff Reporter
Frank Magazine
(902) 420-1668 (p)
(902) 423-0281 (f)
speller@frankmagazine.ca

139

----- Original Message -----
**From:** Douglas Handshoe
**To:** Speller
**Sent:** Thursday, June 13, 2013 3:59 PM
**Subject:** Randall Cajun outed himself

Turns out it is Charlie and Vaughn.

The attached was filed in Federal Court yesterday.

Doug

Douglas K. Handshoe, CPA
110 Hall Street
Post Office Box 788
Wiggins, MS 39577
Phone: (601) 620-4134 (228) 284-0004
Fax: (601) 928-5129

**IRS CIRCULAR 230 DISCLOSURE:** IRS Circular 230 regulates written communications about federal tax matters between tax advisors and their clients. To the extent the preceding correspondence and/or any attachment is a written tax advice communication, it is not a full "covered opinion". Accordingly, this advice is not intended and cannot be used for the purpose of avoiding penalties that may be imposed by the IRS regarding the transaction or matters discussed herein.

In addition, the materials communicated herein are intended solely for the addressee and are not intended for distribution to any other person or entity, or to support the promotion or marketing of the transaction or matters addressed herein. Any subsequent reader should seek advice from an independent tax advisor with respect to the transaction or matters addressed herein based on the reader's particular circumstances.

140