IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



DOUGLAS HANDSHOE

v.   CIVIL ACTION NO. 1:15cv382-HSO-JCG

VAUGHN PERRET, CHARLES LEARY &
DANIEL ABEL, D/B/A/ TROUT POINT
LODGE LTD OF NOVA SCOTIA & IN
THEIR INDIVIIDUAL CAPACITIES
PROGRESS MEDIA GROUP LIMITED,
MARILYN SMULDERS, & ASHOKA

## MOTION TO CONFIRM DEFAULT JUDGMENT

Comes now Douglas Handshoe and requests the Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for the entry of a judgment by default against the defendants Progress Media Group, Limited and Marilyn Smulders. In support of this request, Plaintiff Douglas Handshoe relies upon the record in this case and the Declaration in Support submitted herein.

Respectfully submitted this 4th day of January, 2019,

_____
Plaintiff
Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com

1

## CERTIFICATE OF SERVICE

I, Douglas Handshoe, hereby certify that on January 4, 2019 the foregoing was sent for electronically filing by me via the Clerk of the Court using the ECF system which sent notification to all counsel of record upon filing by the Clerk.

I, Douglas Handshoe, hereby certify that on January 4, 2019, I mailed the foregoing to Charles Leary at 308 5th Ave E, Vancouver, BC V5T 1H4 Canada

Respectfully submitted this 4th day of January, 2019,

Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com