# EXHIBIT 1

Case 1:15-cv-00382-HSO-JCG   Document 332-1   Filed 01/04/19   Page 2 of 13

# Slabbed

Alternative New Media for the Gulf South

# Dirty deeds done dirt cheap: Slabbed explores the genesis of the Trout Point Development and certain land sales to Aaron Broussard and his cronies.

Sha



Trout Point Lodge Owners Vaughn Perret, Danny Abel and Charles Leary

*July 22, 2001 Sunday*
*Nova Scotia Nirvana; Trout Point Lodge is rich in Louisiana roots, an hour from the Evangeline Trail, co-owned by New Orleanians who used to make cheese at the north shore's Chicory Farm. But it's decidedly Canadian, an unparalleled wilderness experience in the lap of luxury.BYLINE: By Millie Ball; Travel editor*
*SECTION: TRAVEL; Pg. 1*
*LENGTH: 2229 words*

*EAST KEMPTVILLE, NOVA SCOTIA — Once a month, from May through October, New Orleans lawyer Daniel Abel*

Case 1:15-cv-00382-HSO-JCG   Document 332-1   Filed 01/04/19   Page 3 of 13

catches a flight to Maine and then a boat to Yarmouth, a town at the southern tip of Nova Scotia. By the next morning, Abel has settled into another week-long stay at Trout Point Lodge. It's his idea of heaven. Others agree, including Food and Wine magazine, which raved about it last month. The 10-bedroom lodge is surrounded by 200 acres of spruce and pine and birch and maple trees and overlooks the Tusket River and a pond that reflects the clouds and skies above Nova Scotia. The interior is Metropolitan Home rustic, with kilim rugs and furniture crafted from tree branches. The comforting smell of earlier fires that crackled in the many fireplaces mingles with fresh scent of spruce logs that were trucked in to build the lodge.

Abel's one of the owners. He knows how to find Trout Point, which isn't easy. It's an hour north of Yarmouth and an hour east of the Evangeline Trail, the heart of Acadian Nova Scotia.

Sha

Case 1:15-cv-00382-HSO-JCG   Document 332-1   Filed 01/04/19   Page 4 of 13

*"Go past East Kemptville to East Kemptville Road" — a dirt road, by the way — "then turn at the lodge sign and follow the electrical wires to the end," said Vaughn Perret, Abel's business partner with Charles Leary. Perret was talking on a cell phone that kept fading in and out.*

Sha

*Perret and Leary run the lodge, now in its second season, as well as a nearby cheese dairy farm similar to their last project, the north shore's Chicory Farm, which gained some renown in the mid-1990s.*

So said Millie Ball way back in 2001, This is important for several reasons, one of which I can't speak about on the advice of my attorney but before I get to that we need to visit with Millie's travel piece for the Times Picayune a bit more:

*Perret and Leary met at Cornell University in Ithaca, N.Y. Abel, a native of Lafayette, who grew up working in restaurants, is a longtime family friend of Perret's. In the early 1990s, they united to start Chicory Farm in Louisiana's Washington Parish; they grew organic produce, but became better known for their goat cheese and blue cheese, which they sold to restaurants ranging from Commander's Palace to Gramercy Tavern and Picholine in New York. Abel took a two-year sabbatical from law to run Chicory Farm Cafe, a Creole vegetarian restaurant in New Orleans' University area.*

Case 1:15-cv-00382-HSO-JCG   Document 332-1   Filed 01/04/19   Page 5 of 13

*In 1998, they shut it all down. Perret's and Leary's reasons for leaving Louisiana for a while are personal and complicated, as those things tend to be. They already had bought a place in Nova Scotia and they settled again in Ithaca for the winter, when not traveling or working in Costa Rica on their next place. The partners still are debating the format, whether it'll be for cooking classes like they sometimes hold at Trout Point or a retreat or whatever, but say it should be ready next January, maybe.*

*They opened the cheese dairy on Nova Scotia's Chebogue Peninsula, an(*   Sha
*last summer, the lodge. Their mission is simple: Good eating in a wilderness setting. "I came for the wilderness without camping," said Marsha, of the Boston art gallery. "I've never been anywhere else like this," said a guest from Maine. "It's a true retreat."*

*Abel is the steadying glue — – and a good evangelist. The guys won't name names, but the 200 acres have become a haven for some prominent New Orleans and Jefferson residents.*

*"Mr. Broussard was up here last week with his son," said a construction worker outside a brand new lakeside home I checked out on my walk. "Mr. Broussard?" "Aaron," he said, as in Jefferson Parish Council chairman. "This is his house."*

*And "Miss Marie's" house over there, that would be Miss Marie . . . ? Listening carefully to his garbled pronunciation, I came up with "Marie Krantz?" "Yes, that's her," he said. As in the Fair Grounds' Marie Krantz. Wendell Gauthier is an investor, though he's never been here. New Orleans attorney Peter J. Butler Jr. said on the phone he invested as a 2 percent partner, and plans to visit for the first time next October. "We hope to make money, but if we don't, I hear it's a nice place to visit."*

*"They counted on us to create something beautiful," said Perret.*

Again notice the date in reference to the Cerro Coyote project, which they peddled to investors a few years before in 1999. And of course there is Aaron Broussard, who evidently already owned one cottage by that time and who would end up with Ms Krantz's after her death via an interest free loan.

This is topical because Slabbed has obtained certain deeds from the Trout Point Development, including one where Lot 20 was sold to Aaron Broussard, Roy D'Aquila, Larry Stoulig and James Smith for $1 per the deed instead of "$1 and other good and valuable consideration". But first it is worth seeing where Charles Leary, Vaughn Perret and Danny Abel originally bought the property in 1999.

Sha

38

THIS INDENTURE made this 23rd day of December, A.D., 1998

BETWEEN:

GROUP MARKETING CO-ORDINATES (1994) LIMITED, a body corporate with head office at Yarmouth, in the County of Yarmouth and Province of Nova Scotia;

(hereinafter called the "GRANTOR")

OF THE ONE PART

- AND -

TROUT POINT LODGE LIMITED, a body corporate with head office and principal place of business at Chebogue, in the County of Yarmouth and Province of Nova Scotia;

(hereinafter called the "GRANTEE")

OF THE OTHER PART

WITNESSETH THAT in consideration of One ($1.00) Dollar and other good and valuable consideration;

THE GRANTOR herein conveys in fee simple to the GRANTEE the lands described in Schedule "A" to this Warranty Deed and hereby consents to this disposition, pursuant to the Matrimonial Property Act of Nova Scotia.

THE GRANTOR covenants with the Grantee that the Grantee shall have quiet enjoyment of the lands, that the Grantor has good title in fee simple to the lands and the right to convey them as hereby conveyed, that the lands are free from encumbrances and that the Grantor will procure such further assurances as may be reasonably required.

IN THIS WARRANTY DEED the singular includes the plural and the masculine includes the feminine, with the intent that this Warranty Deed shall be read with all appropriate changes of number and gender.

Yarmouth County Registry of Deeds 49 577 38-60
Document Book Pages
I certify that this document was registered as shown here. JAN 11 1999 3.56 P.M.
Bruce S. Murray, Registrar MM DD YYYY Time

NRC

Through time I had heard there were restrictive covenants on the development, which Leary, Abel and Perret evidently drew up after the development was platted into lots. Those covenants were contained in the sale of Lot 20 to Broussard, Stoulig, Smith and D'Aquila aka Kempt Wilderness Lodge Services. Worth noting is the above referenced omission of "and other good and valuable consideration" wording behind the $1 we now examine the sale of lot 20:

Sha

· 120

Yarmouth County Registry or Deeds _75778317___680__120-129_
I certify that this document
was registered as shown here. JUN 2 9 2004 ___13:57_
MP Claims Novelis Registrar

THIS INDENTURE made this 12ᵗʰ day of APRIL, A.D., 2004

BETWEEN:

TROUT POINT LODGE LIMITED, a body corporate, with head office and principal place of business at Kemptville in the County of Yarmouth and Province of Nova Scotia;
hereinafter called the "GRANTOR"

OF THE FIRST PART

-and-

ROY M. D'AQUILA, AARON F. BROUSSARD, LAWRENCE W. STOULIG JR. and JAMES R. SMITH JR., all of 3329 Florida Avenue, Kenner, Louisiana, 70065, doing business under the firm name and style of KEMPT WILDERNESS LODGE SERVICES, a registered partnership;

hereinafter called the "GRANTEES"

OF THE SECOND PART

WHEREAS by Indenture of Deed dated December 23rd, 1998 and registered in the Registry office of the County of Yarmouth on January 11th, 1999, GROUP MARKETING COORDINATES (1994) LIMITED, conveyed to TROUT POINT LODGE LIMITED, fourteen parcels of land and remainder land at East Kemptville, Yarmouth County, Nova Scotia. Said parcels may be more fully shown with reference to a Plan prepared by R.C.Dearman Surveys Limited and filed at the Registry of Deeds Office as Plan No. 3594 and subsequently revised on January 3rd, 1996 under Plan No. 3728Y92-R and filed as Plan No. 3852.

AND WHEREAS the Grantor with the view to maintaining the general character of the parcels and any subdivisions of same, has agreed to enter into mutual covenants with the Purchasers of the said parcel or subdivision with respect to the description of the buildings hereafter to be erected upon and the use and occupation of the parcels or lands so subdivided, and has agreed that it should be a general and indispensable condition of the sale of any of the said parcels or lands so subdivided that the several proprietors thereof for the time being should observe and abide by the several stipulations, restrictions and provisions set forth in Schedules "A" and "B" herein.

AND WHEREAS the Grantor has agreed to sell and the Grantees have agreed to purchase the lands hereinafter conveyed or intended so to be, subject to the said stipulations, restrictions and provisions, for the sum of One ($1.00) Dollar.

NOW THIS INDENTURE WITNESSETH that in pursuance and in consideration of the premises and of the sum of One Dollar ($1.00) now paid by the Grantees to the Grantor, the receipt whereof is hereby by it acknowledged, and in further consideration of the covenants on the part of the Grantees

There is something else that I must point out here and to do that we must visit with a now retracted follow-up story Rich Rainey did to his January, 2010 expose on the resort at Trout Point which was later the subject of a defamation suit in Canada:

> *Charles Leary, managing director of the lodge, e-mailed The Times-Picayune on Friday saying Broussard "does not and has never had any ownership or management involvement with Trout Point Lodge Limited." The message went on to say Broussard owns a "vacation home on the same road."*

The deeds indicate a much deeper relationship than Leary's email to Rainey. Speaking of deeper relationships I'd invite our readers to visit this old post on Aaron Broussard and Danny Abel using the Super 8 Motel on Clearview Parkway address as their office address in certain court filings, specifically this comment by V:                                                     Sha

> *Of course!*
>
> *2421 Clearview is the Super 8 Motel.*
>
> *Unbelieveable.*
>
> *This is where Abel AND Broussard are working out of? Right between the do it yourself carwash and falling down taco stand? Wow.*
>
> *http://quitclaimmagee.files.wordpress.com/2010/08/magee_rico_suit.pdf*
>
> *https://www.judicialview.com/State-Cases/louisiana/Torts/Carr-v-Abel/44/27092*
>
> *http://www.fifthcircuit.org/PDF/OPINIONS/PO/2011/EA5B7EB6-59B6-45B1-8535-15865E8CE73F.pdf*
>
> *Apparently so.*
>
> *What a fine establishment. Room 106, not exactly a sweet "Suite."*
>
> *"Legal Department"? For whom or what exactly? Skid Row, Inc.?*

Case 1:15-cv-00382-HSO-JCG   Document 332-1   Filed 01/04/19   Page 9 of 13

*The 70004 PO Box appears to be just off Airline though.*

*http://www.shopjeffersonnow.com/listing.php?id=200*

We later found out the owners of the Super 8 Motel has a zero property tax assessment, the savings of which certainly came in handy when they bought a parcel of land from Broussard and his now-ex-wife Karen Parker on October 1, 2010:

Sha

1

THIS WARRANTY DEED made this _1ST_ day of _OCTOBER_____, A.D. 2010.

BETWEEN:

AARON F. BROUSSARD and KAREN PARKER BROUSSARD (also known as KAREN PARKER), both of Kenner, Louisiana, United States of America;
Hereinafter called the "Grantors"

PARTIES OF THE FIRST PART

- and -

PRAVINCHANDRA D. DESAI and SHOBHNA DESAI, his wife, both of 4624 Jasper Street, Metairie, Louisiana, U.S.A., 70006, as Joint Tenants and not as tenants in common;
Hereinafter called the "Grantees"

PARTIES OF THE SECOND PART

WITNESSETH that in consideration of One Dollar ($1.00) and other good and valuable consideration;

THE GRANTORS hereby convey to the GRANTEES the lands described in Schedule "A" to this Warranty Deed and hereby consent to this disposition, pursuant to the Matrimonial Property Act of Nova Scotia.

THE GRANTORS covenant with the GRANTEES that the GRANTEES shall have quiet enjoyment of the lands, that the GRANTORS have good title in fee simple to the lands and the right to convey them as hereby conveyed, that the lands are free from encumbrances, and that the GRANTORS will procure such further assurances as may be reasonably required.

Stay tuned as Slabbed continues its exploration of Aaron Broussard and his business involvement with the owners of Trout Point Lodge.

sop



| 2 |
| Recommend |

Share

 Douglas Handshoe / September 18, 2012 / Sop / Aaron Broussard, Charles Leary, Danny Abel, East Kempt Nova Scotia, James E. Smith, Jefferson Parish Political Corruption Scandal, Jefferson Parish Tax Assessor, Kempt Wilderness Lodge Services, Lawrence Stoulig, Pravinchandra Desai, Roy D'Aquila, Super 8 Motel, Trout Point Lodge, Trout Point Lodge Limited, USA v Broussard, Vaughn Perret

Sha

## 11 thoughts on "Dirty deeds done dirt cheap: Slabbed explores the genesis of the Trout Point Development and certain land sales to Aaron Broussard and his cronies."

### Not At All Surprised

September 18, 2012 at 6:04 pm

Well, these documents sure answer several questions I posed to Messrs. Perret and Leary in other posts on Slabbed.

The location of Danny Abel's legal department at the Super 8 on Clearview clears up a few other questions I had. It seems safe to say that at least 1 of TPLL's people in-the-know had some dealings with the Desai family. Makes sense — the Desai's are into hotel properties in the USA, and now they have lodging in NS. Maybe Mr. Abels legal department has a branch office in a building on Lot 20 up there?

Mr. Abels: Do you know where Nick Desai is these days? Did you and Wendell and Calvin and others take a trip or 2 to Costa Rica to look into potential resort investments down that way?

Case 1:15-cv-00382-HSO-JCG Document 332-1 Filed 01/04/19 Page 11 of 13



**Tom**

September 19, 2012 at 9:24 am

Dirty deeds, eh ?

Sure that's what was behind Sterbcow's termination and was the leading cause of
Chehardy's retirement especialy when the FEDS got involved. Question now is how
many others are getting special treatment from the assessor's office and why the
parish DA isn't looking into this ?

Sha



**sop81_1**

September 19, 2012 at 11:10 am

I think we need to examine that Sterbcow termination again. The new owner at
Latter & Blum slit his own throat when he did that as rumors are swirling over her
about the continued viability of the agency. But that's alright because Dutchie
Connick certainly still enjoys a sweetheart assessment on his digs.

As the Super 8 assessment illustrates, there is likely bigger money in shit house
commercial/industrial assessments.

sop



**Lightning K**

September 19, 2012 at 3:36 pm

What should also be looked at is a list of Cherhardy's law clients and the
assessments of their properties in Jefferson Parish. Here's a possible scenario.
Business A which owns Jefferson Parish property goes to the assessor looking for a
break on the assessment. The assessor says: "Who's handling your legal business?
I just happen to have a fine lawfirm ready to handle your legal needs." Quid pro
quo? Not saying that it happened, just say'n.

Case 1:15-cv-00382-HSO-JCG   Document 332-1   Filed 01/04/19   Page 12 of 13

 **Tom**

September 19, 2012 at 3:46 pm

Lightning , Sure fits the JP politico MO and why Cherhardy was head hunting Sterbcow before retirment got any ideas on who any of those lawfirm clients may be ?

Sha

 **Lightning K**

September 19, 2012 at 5:26 pm

No. I tried looking for a representative list of clients in the usual legal references (Martindale Hubbel etc.), but couldn't one.

 **Tom**

September 19, 2012 at 3:22 pm

TP reports Wilkinson is chirping no surprise there, so will Broussard before it's over , was Chehardy on the DOJ witness list , I don't think he was ?

 **Doug Handshoe**

September 21, 2012 at 12:46 pm

Figuratively for certain Kitten but perhaps literally too though I will not speak for NAAS on that. You see there is this rumor going around about Nick Desai and Hugh Sibley…….

 **Incroyable**

January 9, 2013 at 7:00 pm

Case 1:15-cv-00382-HSO-JCG   Document 332-1   Filed 01/04/19   Page 13 of 13

This is hilarious. The company that sold the land to Trout Point Lodge is called Group Marketing 1994 and the President is non other than Phil Star, partner with Martin Pink the firm that handled the sale. The lawyer gets the sale and the commission, LOL

---

 **Doug Handshoe**

January 9, 2013 at 8:11 pm

I believe Joyce Case Harlow was the listing agent. Perhaps this explans, beyond the    Sha fact she managed the Lodge during its early years, why Leary and Perret view her as such a threat they would threanten her with libel suits for speaking with me.

Martin Pink OTOH is a true scum bag.

---

 **onasneed**

January 9, 2013 at 10:34 pm

they must have a stylist for the posturing of their hands; or is that just a gay thing ?,

Slabbed / Proudly powered by WordPress