# EXHIBIT 2

1/4/2019     Civil District Court lawsuit filed by Concrete Busters against River Birch terms Trout Point Lodge Ltd. of Nova Scotia a "shell company" - Sl…

Case 1:15-cv-00382-HSO-JCG   Document 332-2   Filed 01/04/19   Page 2 of 17

# Slabbed

Alternative New Media for the Gulf South

# Civil District Court lawsuit filed by Concrete Busters against River Birch terms Trout Point Lodge Ltd. of Nova Scotia a "shell company"



*Trout Point Lodge Owners Vaughn Perret, Danny Abel and Charles Leary*

They did folks. In fact Concrete Busters amended complaint filed Wednesday against The River Birch Landfill et al unifies several themes we've covered here on Slabbed through time. But alas those nasty Goatherders and I have an outstanding matter in United States Federal District Court in Gulfport before Judge Louis Guirola that my lawyer, Bobby Truitt has me barred from commenting upon. But that does not mean that we can't let Concrete Busters tell part of that story as I invite everyone to consider the implications for quarter 4 sales for the good folks over at Carmex. Let's start with this snippet from the beginning of the suit:

> Upon information and belief, additional co-conspirators included numerous shell corporations and limited liability companies owned and/or controlled by the Defendants and/or their co-conspirators, including:

## Cerro Coyote SA

Of course the good folks at Concrete Busters listed a few more too:

    s)    Katz & Katz, LLC;

    t)    Kempt Wilderness Lodge Services;

    u)    Lagniappe Industries, LLC;

    v)    N.C. General Contractors, Inc.;

    w)    Nova Scotia Enterprises, LLC;

I'd invite y'all to run those names through the search box on the right sidebar because Slabbed has covered them all. But hark there are even more listed as River Birch Landfill co conspirators including Trout Point Lodge Limited of Nova Scotia a: we also gain insight into how it plays into the alleged criminal enterprise between the landfill and Jefferson Parish officials including Aaron Broussard:

1/4/2019    Civil District Court lawsuit filed by Concrete Busters against River Birch terms Trout Point Lodge Ltd. of Nova Scotia a "shell company" - Sl…

Case 1:15-cv-00382-HSO-JCG Document 332-2 Filed 01/04/19 Page 4 of 17

    x)    Pasture Land, LLC;

    y)    Ring Associates, LLC;

    x)    Trout Point Lodge, Ltd.;

    aa)    Waterfront Properties, Inc.;

    ab)    Westside Construction Services, Inc.;

    ac)    Willow Incorporated; and

    ad)    Zydeco Holdings, LLC.

### 101.

The Defendants and various co-conspirators, including those listed above, have, in various combinations, conspired together, acted in concert and/or as alter egos, agents, tools or instrumentalities of each other, and, such that, in various combinations, some have constituted single business enterprises as they have shared:

(a) identity or substantial identity of ownership;

(b) common directors or officers;

(c) unified administrative control;

(d) similar or supplementary business functions;

(e) salaries and other expenses or losses,

(f) common employees;

(g) common offices;

(h) centralized accounting; and/or

(i) finances; or

(j) one or some have financed another or others; or

(k) some have been inadequately capitalized; or

(l) one or some have caused incorporation of one or others; or

(m) one or some have paid another or others; or

(n) one or some have received no business other than from another or others; or

(o) one or some have used property of another or others as its own; or

I personally can't wait to see all these issues fully fleshed out as the plaintiff's add a few more characteristics to these shell companies:

> (p) they have not complied with corporate formalities; or
>
> (q) services have been rendered by the employees of one or some on behalf of another or others;
>
> (r) there have been undocumented transfers of funds between some;
>
> (s) there have been unclear allocation of profits and losses between some; and/or
>
> (t) they have bundled campaign contributions together, and/or acted as a "straw man" for another, to subvert campaign finance laws.

This sounds serious but there is even more:

> 175.
>
> Further, beginning in or around 2002, a company named Nova Scotia Enterprises, LLC ("NSE"), was formed. NSE was a holding company for several pieces of vacation rental property located in the Canadian province of Nova Scotia. At various times from 2002 through 2010, there were up to twelve partners in NSE—many of which were Jefferson Parish contractors or prospective contractors. Broussard was also a partner in NSE. However, unlike almost every other partner in

and more:

1/4/2019 Civil District Court lawsuit filed by Concrete Busters against River Birch terms Trout Point Lodge Ltd. of Nova Scotia a "shell company" - Sl…

Case 1:15-cv-00382-HSO-JCG  Document 332-2  Filed 01/04/19  Page 6 of 17

NSE, Broussard was given a large, 42% interest in NSE for a small capital contribution to the company. By contrast, nearly $50,000.00 was contributed by several other NSE partners for the upkeep and maintenance of properties. Significantly, many of the NSE investors who supplied the vast majority of the funds obtained a much smaller ownership interest than Broussard in NSE. Most importantly and not coincidentally, during Broussard's tenure, many of the NSE partners, through their various corporations, received contracts with, and work in, Jefferson Parish, worth millions of dollars, at the same time they were funding NSE and Broussard's corporate interest in it. Finally, Broussard sought, at the conclusion of his tenure as Parish President, to sell his ownership share in NSE—which was purchased for very little—for nearly $200,000.00, an extraordinary return on the minimal investment supplied by Broussard. Upon information and belief, co-conspirators of the Defendants were NSE partners.

How does Charles Leary, Vaughn Perret and Daniel "Danny" Abel fit into this allege criminal enterprise? Perhaps by acting as Broussard's straw men including engaging in libel tourism filing multiple SLAPP suits to
silence constitutionally protected discussion using a foreign jurisdiction with defamation laws that are subject to abuse:

1/4/2019 Civil District Court lawsuit filed by Concrete Busters against River Birch terms Trout Point Lodge Ltd. of Nova Scotia a "shell company" - Sl…

Case 1:15-cv-00382-HSO-JCG   Document 332-2   Filed 01/04/19   Page 7 of 17

189.

Co-conspirators, associates and/or agents of Defendants prosecuted SLAPP lawsuits against the *Times-Picayune*, Fox 8 News, Anne Marie Vandenweghe, and bloggers, in foreign countries that lack the same constitutional protection of free speech as guaranteed by the laws of the State Louisiana and the United States of America, in an effort to silence investigation and to conceal the acts of the Defendants and their co-conspirators, committing libel tourism to thwart the protections of, and in contravention of, the First Amendment to United States Constitution, Article I, Section 7 of the Louisiana Constitution, the federal SPEECH Act 28 U.S.C. 4101-4105, the Louisiana Rachel's Law Louisiana Code of Civil Procedure Article 2542, and the Louisiana American Laws for American Courts Act La. R.S. 9:6000. Said lawsuits include the suits: entitled *Trout Point Lodge, Ltd, A Nova Scotia Company, Vaughn Perret and Charles Leary v. Doug K. Handshoe* and numbered 12-cv-90LG-JMR on the docket of the United States District Court for the Southern District of Mississippi; and, *Trout Point Lodge, Ltd, A Nova Scotia Company, Vaughn Perret and Charles Leary v. Louisiana Media Company, LLC,* and numbered Yar. No. 328248 on the docket of the Supreme Court of Nova Scotia.

Now if this sounds like one of Eric Paulsen's dumb criminal stories you couldn't fault the reader for drawing that conclusion.

There is gonna be more folks as I do not think Aaron Broussard has been completely forthright in his squeal-a-thon with the United States Department of Justice, especially the intersection of the "Legal Department at the Super 8 Motel" on Clearview Parkway to Broussard's business enterprise in Costa Rica, Cerro Coyote, SA, which a reasonable person would conclude laundered Broussard's ill gotten gains based upon the written statements of Broussard's business associates, Charles Leary, Vaughn Perret and Daniel "Danny" Abel. I'm within inches of tying the whole sordid affair together.

Finally Slabbed is thinking of taking on a new sponsor since business will certainly be picking up due to an expected demand surge for Carmex in southern Nova Scotia. Reader input on that subject is welcomed and in fact encouraged. 😉

1/4/2019　　Civil District Court lawsuit filed by Concrete Busters against River Birch terms Trout Point Lodge Ltd. of Nova Scotia a "shell company" - Sl...

Case 1:15-cv-00382-HSO-JCG    Document 332-2    Filed 01/04/19    Page 8 of 17



2
Recommend

Share

Sha

 Douglas Handshoe / October 5, 2012 / Sop / Aaron Broussard, Anne Marie Vandenweghe, Anne Marie Vandenweghe v Parish of Jefferson, Bribery, Charles Leary, Concrete Busters v River Birch, Daniel Abel, Deprivation of civil rights under the color of law, Interim Jefferson Parish President Steve Theriot, Jones Walker, Justice Suzanne Hood, Libel Terrorism, Libel Tourism, Libel Tourism Havens, Nova Scotia Supreme Court, Nova Scotia Supreme Court Judge Leon "Pierre" Muise, Parish of Jefferson and Steve Theriot v John Does 1 through 100, Province of Nova Scotia, Racketeering, Strategic lawsuit against public participation, Trout Point Lodge Leary and Perret v Advance Publications, Trout Point Lodge Leary and Perret v Slabbed New Media, Trout Point Lodge Limited, Trout Point Lodge Limited Perret Leary v Louisiana Media Company LLC, USA v Broussard, Val Bracy, Vaughn Perret

---

## 34 thoughts on "Civil District Court lawsuit filed by Concrete Busters against River Birch terms Trout Point Lodge Ltd. of Nova Scotia a "shell company""

**jr**

October 5, 2012 at 9:09 am

nola/tp links to slabbed! this has to be a first.

nola.com/politics/index.ssf/2012/10/jefferson_parish_corruption_ro.html

http://slabbed.org/2012/10/05/civil-district-court-lawsuit-filed-by-concrete-busters-against-river-birch-terms-trout-point-lodge-ltd-of-nova-scotia-a-shell-...　　7/16

1/4/2019 Civil District Court lawsuit filed by Concrete Busters against River Birch terms Trout Point Lodge Ltd. of Nova Scotia a "shell company" - Sl…

Case 1:15-cv-00382-HSO-JCG   Document 332-2   Filed 01/04/19   Page 9 of 17



**Doug Handshoe**

October 5, 2012 at 9:15 am

I don't see a link Jr except one to the Lens.



**Patricia**

October 7, 2012 at 11:52 pm

http://www.nola.com/politics/index.ssf/2012/10/julie_quinn_makes_run_for_jeff.html



jr

October 5, 2012 at 9:19 am

wow. 10 minutes lated they took the slabbed mention and link down. i sent you a screen grab.



**Doug Handshoe**

October 5, 2012 at 9:19 am

Thanks Jr.



jr

October 5, 2012 at 9:24 am

i suppose anything referencing trout point is still toxic over at advance media.



**Doug Handshoe**

October 5, 2012 at 9:31 am

They ran away from a factual story and hung their reporter out to dry. I suspect this topic will remain forever toxic over at Advance Media and Fox 8. Speaking of Fox 8, their role assisting Charles Leary and Vaughn Perret in invading the privacy of Slabbed internet commenters using a Canadian court has thus far not been fleshed out on the Slabb but it's coming too.

Politics is not the only cesspool going in the City.

Sha

### Tom

October 5, 2012 at 9:36 am

Don't worry Doug I'm sure the TP will plagiarize you more sometime in the future. For now the TP feels more comfortable on doing story lines on others doing story lines that's how you fill the void with none or little talent .

### The Empire Parish

October 5, 2012 at 9:57 am

The UnTimely-and-Picayune is truly miffed about Doug Handshoe having the temerity and audacity to find news which destroys the reputation of TP's favored thugs, and now seeks to make Doug an "unperson" flung down the memoryhole. The POS Blewboy Broach even this morning was caught in a caper worthy of MinTruth. Even more pathetic is the fact that Blueboy defends the indefensible.

### jr

October 5, 2012 at 10:00 am

xxquepasaxx

what happened to the link to the slabbed.org concrete busters post?

37 Minutes Ago

1/4/2019    Civil District Court lawsuit filed by Concrete Busters against River Birch terms Trout Point Lodge Ltd. of Nova Scotia a "shell company" - Sl…

Case 1:15-cv-00382-HSO-JCG   Document 332-2   Filed 01/04/19   Page 11 of 17

 **Presario**

October 5, 2012 at 10:13 am

Slabbed will wait on the NOLA.com I guess.

http://www.youtube.com/watch?v=rGKfrgqWcv0

Sha

 **Doug Handshoe**

October 5, 2012 at 10:36 am

Thank you all. To the extent I can control only what you see here, it is a waste of time to worry with the others. Like I said yesterday I've pretty much cut the cord an to the extent I'm telling a much fuller and rich version of this story I'm more than happy to let the reader decide which coverage is better.

Slabbed will wait for no one.

 **vonzippa**

October 5, 2012 at 11:26 am

AMEN to that, brother! F@$& 'em all!!!

 **Presario**

October 5, 2012 at 11:22 am

Let me preface the reason for the link…I was being facetious. "I Will Wait" really means certain individuals at AdvancedMedia/Nola.com wait to see what Slabbed writes first before they write their story without attribution.

1/4/2019 Civil District Court lawsuit filed by Concrete Busters against River Birch terms Trout Point Lodge Ltd. of Nova Scotia a "shell company" - Sl…

Case 1:15-cv-00382-HSO-JCG   Document 332-2   Filed 01/04/19   Page 12 of 17

#### ccjames

October 5, 2012 at 12:22 pm

The truth is beginning to emerge.

 **lockemuptight**

October 5, 2012 at 4:06 pm

http://www.youtube.com/watch?v=khCBrVNlrlA

Some prefer other lip coatings.

 **lockemuptight**

October 5, 2012 at 5:21 pm

Doug, might want to consider taking on Shakeweight as a sponsor instead as they could be in demand during the cold winters where Nova Scotians can't get outdoors for daily workouts

http://www.youtube.com/watch?v=rc337vb05jU

#### Steve

October 5, 2012 at 5:33 pm

The house is burning to the ground. Burn babe Burn!!!

http://www.youtube.com/watch?v=PxSA5P3Zy00&feature=related

#### Steve

October 5, 2012 at 5:41 pm

This one is for the International Goathearders. You just thought you were International Playboys

Morrissey set them straight. Their just International Goathearders.

http://www.youtube.com/watch?v=gBt14glNi6Y


**lockemuptight**

October 5, 2012 at 5:52 pm

On second thoughts a rockin' workout video sponsor may bring in more sales– mad Jane Fonda millions

http://www.youtube.com/watch?v=bBWkPRSE-W4


**Patricia**

October 5, 2012 at 9:16 pm

HAHAHA! lockem ROCKS


**Steve**

October 5, 2012 at 7:06 pm

The real question is this:

Has Aaron Broussard stopped his illegal activities Ex. using shell companies to silence bloggers?
If not than I got a real problem with him going to Court for a plea deal.


**Doug Handshoe**

October 5, 2012 at 7:16 pm

IMHO the real question is whether he has come clean about his financial relationships with Nipun "Nick" Desai, the owner of the Super 8 and land owner (via his strawmen parents) of land at the resort at Trout Point Nova Scotia.

Desai has been under a cocaine distribution charge now for at least 2 years that I can determine yet the case never seems to come to trial. According to on record sources (Mr NAAS) Desai was Hugh Sibley's right hand man, what I would term a "cleaner". Sibley, you may remember, copped a plea to money laundering for a mexican drug cartel charges.

God bless America we are a great country but how does an East Indian exchange student become a real estate tycoon in a very relative short period of time? I think the answer to that question is with Mr Sibley.



**WO40**

October 5, 2012 at 7:14 pm

So if I happened to be one of the 1-100 John Doe's does that mean I may get a million dollars in that federal court suit? I dedicate this song to you Doug. I know from other posts it happens to be one of your favorites http://www.youtube.com/watch?v=JXdFTh1yX2c



**Doug Handshoe**

October 5, 2012 at 7:35 pm

Hehehehe, that song was a reader suggestion but your point is well taken. If you've been with us for a while you'll also know I really like behavioral economist Dan Ariely, who I think teaches at Harvard these days. There is a concept in the field which is termed ironically enough, "revenge". It well explains certain irrational behaviors using multidisiplinary techniques that cut across a variety of subject matters.

Once the endorphins start flowing there is just no tellin'. Now this song I like.

http://www.youtube.com/watch?v=VHDmkv2gpX0

 **Whitmergate**
October 5, 2012 at 10:50 pm

Doug knows exactly who those top ten of the hundred are … and it ain't you ,,,

 **WO40**
October 7, 2012 at 6:41 pm

I'm sure he does and I kindly disagree with you

 **Doug Handshoe**
October 8, 2012 at 8:34 pm

Well then I am truly blessed.

Somewhere back there in the 26,000 comments left on Slabbed a nice lady named Sally Bourgeois came on here to defend her daughter, who's name came up in comments.

I traded emails with Sally and later that day spoke with her on the phone. When we ended that conversation she told me I was "fair", which I considered a major compliment because that is what I strive for here.

I'm not a hard man to find, ask Sally.

 **Steve**

October 5, 2012 at 9:27 pm

Really after this series of post I think the only humanitarian thing to is to provide a free link such as this one-

WARNING: The readers of slabbed have provided this link to help those who have mistakenly believed that fucking with slabbed can be good for their health.

http://www.jfponline.com/Pages.asp?AID=3894


Steve

October 5, 2012 at 9:52 pm

Funny. Of course he reads Slabbed. Anyone who reads boths has known this for a very long time. BUT the question was why don't you credit slabbed—

xxquepasaxx

what happened to the link to the slabbed.org concrete busters post?

12 Hours Ago


Whitmergate

October 6, 2012 at 12:28 am

Visual art, inclusive of both painting and the written word, is always subject to appropriation by a 'WANNABE SPONGE' like Nancy Drew ... anyone who is anyone as it relates to this JP scandal drama is reading Slabbbed first anyway !!!


Tom

October 6, 2012 at 2:32 pm

Sooo what was the reply by Mr. Drew and the TP? Oh yes I see, once again only crickets chirping.



## Tom

October 6, 2012 at 4:18 pm

~ No Guts No Glory ~

Bard of Avon..dale
All charter changes should be approved by voters.
The modified charter should address term limits, with no elected position exceeding two terms. And term limits should apply to being elected into a different political position. For the good of Jefferson Parish.
Yesterday

Pingback: Free expression or feds' folly: Comment-gate likely to widen | TheLensNola.org : Investigative Journalism New Orleans

Slabbed / Proudly powered by WordPress