# EXHIBIT 4

http://www.progressmedia.ca:80/subscribe          Go
63 captures
25 Jul 2008 - 28 Oct 2016
JUN **SEP** OCT
◀ **10** ▶
2011 **2012** 2013
▼ About this capture

Monday, September 10, 2012

SEARCH

About  Subscribe  Advertise  Community  Contact  Surveys  RSS

HOME | PROGRESS MAGAZINE | WEB EXCLUSIVES | RESOURCE CENTRE | BOOK OF LISTS | EVENTS

Home

advertisement

## Subscribe

**BUSINESS NEWS CENTRE**

**REGIONAL BUSINESS HEADLINES**
**NATIONAL BUSINESS HEADLINES**
**INTERNATIONAL BUSINESS HEADLINES**
**REGIONAL NEWS RELEASES**
**RECOMMENDED READINGS**



### Progress Magazine

Looking for inspiring success stories of business leaders who are making progress as individuals, as businesses and as a region? Turn to *Progress* magazine.

For a free subscription to Atlantic Canada's most influential magazine, click here.



**VOL 19 NO 4**
**VIEW DIGITAL EDITION**
**VIEW PAST ISSUES**



### Nova Scotia Open to the World

Want to check out which Nova Scotia community is in the spotlight, or get to know one of the province's many business leaders? Open to the World is your source.

For your free subscription to the magazine that connects Nova Scotia to the world, click here.

To view current and past issues of Open to the World click here.

**EVENTS**



**The TOP 101 Companies Awards Tour**
September 10, 2012
Exciting TOP 101 award receptions take place in each of the Atlantic provinces.

The TOP 101 Awards congratulated the companies setting the pace in this dynamic marketplace we call home!

**READ MORE | SEE OTHER EVENTS**



### Progrès

With the same core values as *Progress*, you will find inspiration in the pages of Progrès as you read about people who are making progress as individuals, in their businesses and in their communities.

The francophone business community is the emerging entrepreneurial market in Atlantic Canada and *Progrès* is its magazine.

For a free subscription to Atlantic Canada's most influential francophone magazine, click here.





1/4/2019 Case 1:15-cv-00382-HSO-JCG Document 332-4 Filed 01/04/19 Page 3 of 3

Subscribe | Progress

http://www.progressmedia.ca:80/subscribe  [Go]  JUN **SEP** OCT ◀ **10** ▶ 2011 **2012** 2013

63 captures
25 Jul 2008 - 28 Oct 2016

About this capture







Click here for the Meetings & Conventions listings

Home   Progress Magazine   Web Exclusives   Resource Centre   Book of Lists
Events   About   Subscribe   Surveys   Advertise   Community   Contact   RSS

© 2008 Progress Media Group. All rights reserved. Use of the site constitutes acceptance of our User Agreement and Privacy Policy.