# EXHIBIT 5



Government of Canada  Gouvernement du Canada

Home ➜ Business ➜ Intellectual property and copyright ➜ Intellectual property databases ➜ Canadian Copyrights Database

# Search results

▶ Third-Party Information Liability Disclaimer

**Your query was:**

**Search for:**
Marilyn Smulders in the Author Name

**within type:**
all

**registration date:**
all

**sorted by:**
Relevance

[Back to search]

Results 1 - 1 of 1

Trout Point Owners by the Tusket River
**Registration Number:**
1107205
**Type:**
Copyright
**Author:**
Smulders, Marilyn
**Owner:**
Trout Point Lodge, Limited
**Registration Date:**
2013-08-22

**Last updated on:**
2019-01-03

## Canadian Intellectual Property Office

Trademarks

Patents

Copyright

Industrial designs

For agents

IP for business

What is intellectual property?

Payments and fees



Government of Canada  Gouvernement du Canada

Home → Business → Intellectual property and copyright → Intellectual property databases

→ Canadian Copyrights Database

# Search results

▶ Third-Party Information Liability Disclaimer

**Your query was:**

**Search for:**
Marilyn Smulders in the Owner/Assignee Name

**within type:**
all

**registration date:**
all

**sorted by:**
Relevance

Back to search

No documents found.

**Last updated on:**
2019-01-03

| Canadian Intellectual Property Office |
|---|
| Trademarks |
| Patents |

Copyright

Industrial designs

For agents

IP for business

What is intellectual property?

Payments and fees

Case 1:15-cv-00382-HSO-JCG Document 332-5 Filed 01/04/19 Page 6 of 9

 Government of Canada   Gouvernement du Canada

Home ➜ Business ➜ Intellectual property and copyright ➜ Intellectual property databases

➜ Canadian Copyrights Database

# Search results

▶ Third-Party Information Liability Disclaimer

**Your query was:**

**Search for:**
Progress Media Group in the Owner/Assignee Name

**within type:**
all

**registration date:**
all

**sorted by:**
Relevance

Back to search

No documents found.

**Last updated on:**
2019-01-03

| Canadian Intellectual Property Office |
|---|
| Trademarks |
| Patents |

Case 1:15-cv-00382-HSO-JCG Document 332-5 Filed 01/04/19 Page 7 of 9

Copyright

Industrial designs

For agents

IP for business

What is intellectual property?

Payments and fees



Government of Canada   Gouvernement du Canada

Home → Business → Intellectual property and copyright → Intellectual property databases
→ Canadian Copyrights Database

# Search results

▶ Third-Party Information Liability Disclaimer

**Your query was:**

**Search for:**
Progress Media Group in the Assignor Name

**within type:**
all

**registration date:**
all

**sorted by:**
Relevance

Back to search

No documents found.

**Last updated on:**
2019-01-03

| Canadian Intellectual Property Office |
|---|
| Trademarks |
| Patents |

Copyright

Industrial designs

For agents

IP for business

What is intellectual property?

Payments and fees