# EXHIBIT 8

SLABBED NEW MEDIA, LLC

The Alternative New Media for the Gulf South

December 19, 2012

New Dream Network, LLC
Dreamhost.com
707 Wilshire Boulevard, Suite 5050
Los Angeles, CA 90017
December 19, 2012

RE: Mistaken Removal

Dear New Dream Network, LLC;

Please find attached to this letter a list of material removed by you pursuant to 17 U.S.C. Section 512. I have a good faith belief that this material was removed or disabled in error as a result of mistake or misidentification of the material. I declare that this is true and accurate under penalty of perjury under the laws of the United States of America.

For the purposes of this matter, I consent to the jurisdiction of the Federal District Court for the judicial district in which I reside. I also consent to service of process by the person providing notification under Section 512(c)(1)(C) or that person's agent.

However, by this letter, I do not waive any other rights, including the ability to pursue an action for the removal or disabling of access to this material, if wrongful.

Having complied with the requirements of Section 512(g)(3), I remind you that you must now replace the blocked or removed material and cease disabling access to it within fourteen business days of your receipt of this notice. Please notify me when this has been done.

I appreciate your prompt attention to this matter. If you have any questions about this notice, please do not hesitate to contact me.

Sincerely,

Douglas Handshoe
Slabbed New Media, LLC
110 Hall Street
Post Office Box 788
Wiggins, MS 39577
Phone: (228) 284-0004
Facsimile: (601) 928-5129

Re: [douhan5 66878847] URGENT: DMCA Takedown Notification
Identification of material subject to this counter notification

"Photograph of Vaughn Perret, Danny Abel and Charles Leary"

http://www.slabbed.org/2012/10/05/civil-district-court-lawsuit-filed-by-concrete-busters-against-river-birch-terms-trout-point-lodge-ltd-of-nova-scotia-a-shell-company/
  http://slabbed.files.wordpress.com/2012/01/abel-leary-perret.jpg .

http://www.slabbed.org/2012/09/18/dirty-deeds-done-dirt-cheap-slabbed-explores-the-genesis-of-the-trout-point-development-and-certain-land-sales-to-aaron-broussard-and-his-cronies/"
http://www.slabbed.org/wp-content/uploads/2012/01/abel-leary-perret.jpg ,