IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DOUGLAS HANDSHOE** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:15cv382-HSO-JCG |
| | § | |
| **VAUGHN PERRET,** *et al.* | § | **DEFENDANTS** |

## ORDER WITHDRAWING DEFENDANT/COUNTERCLAIMANT CHARLES LEARY'S [309], [311] MOTIONS

BEFORE THE COURT are pro se Defendant/Counterclaimant Charles Leary's Motion [309] Under Federal Rule of Evidence 201 and Federal Rule of Civil Procedure 54 and Motion [311] to Strike Defense Pleadings Under Federal Rules of Civil Procedure 12(f) and 8, which the Court has set for an in-person hearing to be held on January 9, 2019. On January 7, 2019, the Court received the attached e-mail from Leary indicating his desire to withdraw his two Motions [309], [311]. The Court finds Leary's request is well taken and will grant his request to withdraw the Motions [309], [311].

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Defendant/Counterclaimant Charles Leary's Motion [309] Under Federal Rule of Evidence 201 and Federal Rule of Civil Procedure 54 and Motion [311] to Strike

Defense Pleadings Under Federal Rules of Civil Procedure 12(f) and 8 are **WITHDRAWN**, and the January 9, 2019, hearing is **CANCELED**.

**SO ORDERED AND ADJUDGED**, this the 7th day of January, 2019.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE