

15-CV-382
foodvacation Canada
to:
ozerden_chambers
01/07/2019 07:39 AM
Cc:
Douglas Handshoe
Hide Details
From: foodvacation Canada <foodvacation@gmail.com>
To: ozerden_chambers@mssd.uscourts.gov
Cc: Douglas Handshoe <earning04@gmail.com>

Dear Judge Ozerden:

I have not yet received your latest orders by post, but I am aware that you denied my motion to be heard telephonically.

I am working on a tourism project in a developing county and have limited access to internet and cell signal. For purposes of time, I am emailing your chambers.

Due to court-imposed deadlines and factors already briefed for the Court, and following the apparent suggestion in your Order, I respectfully withdraw my Motion to Strike and my motion under Federal Rule of Evidence 201.

Happy New Year.

Sincerely,

Dr. Charles L. Leary