# EXHIBIT 2

## Douglas Handshoe

| | |
|---|---|
| **From:** | foodvacation Canada <foodvacation@gmail.com> |
| **Sent:** | Friday, December 21, 2018 1:35 PM |
| **To:** | gargiulo_chambers@mssd.uscourts.gov |
| **Cc:** | Douglas Handshoe |
| **Subject:** | 15-cv-382 rebuttal |
| **Attachments:** | discovery_rebuttal.pdf |

Dear Judge Gargiulo:

I am respectfully alerting you that the attached document has been sent by the fastest international postal means for filing, along with a supporting declaration. Due to the holidays I cannot guarantee when it will reach Gulfport.

Happy Holidays to everyone.

Kind Regards,

Charles Leary

1