# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **DOUGLAS HANDSHOE** | § | **PLAINTIFF** |
| | § | |
| | § | |
| **v.** | § | **Civil No. 1:15cv382-HSO-JCG** |
| | § | |
| | § | |
| **VAUGHN PERRET,** *et al.* | § | **DEFENDANTS** |

## <u>ORDER SETTING HEARING ON DEFENDANT/COUNTERCLAIMANT CHARLES LEARY'S [317] MOTION FOR SANCTIONS</u>

**BEFORE THE COURT** is a pro se Motion [317] for Sanctions Under the Mississippi Litigation Accountability Act and the Court's Inherent Authority filed on December 27, 2018, by Defendant/Counterclaimant Charles Leary ("Leary"). Due to the impeding trial and pretrial conference dates and the length of time that this case has been pending, and in order to expedite consideration and resolution of the Motion [317], the Court will set this Motion [317] for an in-person hearing on **Thursday, January 24, 2019, at 10:30 a.m.**, at the Dan M. Russell, Jr., United States Courthouse, 2012 15th Street, Courtroom 706, Gulfport, MS 39501, before United States District Judge Halil S. Ozerden.  This hearing will be held at the same time as the scheduled pretrial conference.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Defendant/ Counterclaimant Charles Leary's Motion [317] for Sanctions Under the Mississippi Litigation Accountability Act and the Court's Inherent Authority is **SET FOR AN**

**IN-PERSON HEARING on Thursday, January 24, 2019, at 10:30 a.m.**, at the

Dan M. Russell, Jr., United States Courthouse, 2012 15th Street, Courtroom 706,

Gulfport, MS 39501, before United States District Judge Halil S. Ozerden, at the

same time as the scheduled pretrial conference.  **The parties are again**

**cautioned that a party's failure to attend the hearing and pretrial**

**conference as scheduled may be deemed contumacious behavior and that,**

**should a party fail to appear at the Pretrial Conference, the Court may**

**conduct an ex parte hearing, dismiss that party's claim(s) or**

**counterclaim(s), render default or other appropriate judgment against**

**that party, and impose other sanctions without further notice.**  *See* **Fed. R.**

**Civ. P. 16(f)(1) & 37(b)(2)(A)(v)-(vi); L.U. Civ. R. 16(j)(6)(A).**

SO ORDERED AND ADJUDGED, this the 11th day of January, 2019.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

2