IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



DOUGLAS HANDSHOE

v.                          CIVIL ACTION NO. 1:15cv382-HSO-JCG

VAUGHN PERRET, CHARLES LEARY &
DANIEL ABEL, D/B/A/ TROUT POINT
LODGE LTD OF NOVA SCOTIA & IN
THEIR INDIVIIDUAL CAPACITIES
PROGRESS MEDIA GROUP LIMITED,
MARILYN SMULDERS, & ASHOKA

## MOTION TO CLARIFY OPINION AND ORDERS DISMISSING THE LEARY 11 U.S.C. § 362(k) CLAIM (ECF # 293 AND 305)

Comes now Douglas Handshoe and requests the Court, pursuant to Rule 41(b) and this Court's Inherent Authority clarify its Memorandum Opinion and Order Granting in Part and Denying in Part Defendant/Counter-Claimant Charles Leary's [294] Motion for Partial Reconsideration for the reasons stated in the accompanying Memorandum of Law which accompanies this Motion.

Respectfully submitted this 15th day of January, 2019,

Plaintiff
Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com

## CERTIFICATE OF SERVICE

I, Douglas Handshoe, hereby certify that on January 15, 2019 the foregoing was sent for electronically filing by me via the Clerk of the Court using the ECF system which sent notification to all counsel of record upon filing by the Clerk.

I, Douglas Handshoe, hereby certify that on January 15, 2019, I mailed the foregoing to Charles Leary at 308 5th Ave E, Vancouver, BC V5T 1H4 Canada.

Respectfully submitted this 15th day of January, 2019,

_____

Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com