DOUGLAS K. HANDSHOE
POST OFFICE BOX 788
WIGGINS, MS 39577



RECEIVED

JAN 1 5 2019

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

CLERK OF THE US DISTRICT COURT
DAN M. RUSSELL, JR. UNITED STATES COURTHOUSE
2012 15TH STREET, SUITE 403
GULFPORT, MS 39501