# EXHIBIT 3

Dear Douglas K. Handshoe, CPA Wiggins, MS.

> Re: Profanity, Racism, lies, misinformation, insanity, theft of others work product, disabled web site and Wacko.
>
> Douglas K. Handshoe. CPA
> 110 Hall Street
> Wiggins, MS 39577
> 1-601-928-5380, Slabbed. bullshit

If you were taken seriously even slightly seriously by your forum of readers perhaps you could have influenced the Roberts election, but no. Day after day you and your "slashers" tried to derail Roberts. What did it accomplish? Nothing other than to expose your cheap journalism to a vote by the public that you tried, without success, to influence. Slabbed LOST! Roberts WON! Great job, jerk! Keep your trash in Wiggins, MS.

What happened to that last minute lawsuit by Roberts to silence Baudier that you and yours pushed? Perhaps you got bad information or does that matter? We doubt that truth has meaning to you. You publish to hurt not to inform. (This is but one example of your misinformation). The vote was against your cheap "slabbed" site.

Not to say that some of those that you and yours trash on a regular basis will not get indicted, but, hopefully, you will not take credit, PLEASE. You may get indicted also Diuglas K. Handshoe,, CPA.

You allow people to speak about others a "__Negro, ect.__" and use __profanity__ without the slightest restraint or moderation of comment. That is the only reason people read your trash. Not for content, but like a funny crude joke among friends.

Your web site is, in effect, a huge contradiction in ethical reform. In fact it is unethical and you know it. You and yours are are snakes, phonies and scum. You steal from others to attempt to gain credibility.

You like bottom feeders. You need to seek them out so you can live off of their hate.

Some have come to realize, thus your fate to come, Douglas K. Handshoe, CPA, Wiggins, MS.

The main stream slabbed reader does so for comic relief. Don't you know that by now? Hopefully, you got a reality check in Jeffferson Parish on election day.

The day soon comes that you will get your rear end kicked in a court of law. Not from the outside, but within your own rank and file. We have names and other data supplied to us, that was supplied to you. You poor person. "Come Kitty-Kitty"? We are coming, Douglas K. Handshoe, CPA of Wiggins, MS. Better yet we will drag you here to pay for

your sins! How is NS? Tell us about it creep.

So the laugh is on you and your ,org joke. Cheap porn at best pal! Stay in the sticks and boil your peanuts with crazy people like "Patricia", (20 years without seeing her children-is this the best you have?). The other multiple personalities you allow to publish, without moderation, most likely similar to Patricia the wacko and Tele. the fraud who likes to copy others work, but they are few in number and ineffective.

Oh, better stay off the West Bank as "Cirssy", as you call him, may kick more dirt in your face. Big City ain't for you, boy. People like you like to hide in dirty places so stay put, hick, and keep the Rebel Flag flying so we know you are home. For God's sake do not screw around with the "Elephant Man" at "Go Daddy". He will for sure kick your smelly rear end also.

You may (though doubtful) have a small following there in Wiggins, Ms. that still call the African American's "Negro's". Kinda inbred in you, Douglas K. Handshoe, CPA, right? Bet the others there would be surprised at you and your children if they knew who you were. Now they do, <u>Douglas K. Handshoe, CPA, Racist Pig and publisher of hate.</u>

Bet they don't feel the same as you do about Black people, sorry "Negros", ect. as you let fellow Americans who died for our country, be referred to in your sorry web site.

We are not surprised at the racial issues you must overcome, <u>Douglas K. Handshoe, CPA</u> considering the area in which you were raised. Get help. Grow up! Black and white are equal. Remember this. Don't post your racial bias again, although you can, by law, and will continue to do so.

"<u>Negro's</u>" as you allow these Americans to be referred to are as equal as you are, to them or do you understand? What sort of web site do you and yours run? Your partner apparently choose well not to follow you to the painful hell of legal entanglement soon to come. She may have waited to long.

You think you were swallowed by the beast in August 2005? Just wait. Katrina could not fathom the filthy taste you put in her mouth and spit you and yours out to help her continue with her destruction. The beast to come will swallow you and your filth and shit you out as you deserve.

Your tax input is also misplaced. We would rather pay our real estate taxes in JP than pay what is charged in Mississippi any day. Truth, Douglas K. Handshoe, CPA 110 Hall St Wiggins, MS 39577, (1-601-928-5380) please, just once. Post this Douglas Handshoe! Please. We will if you don't.

Stop this insurance /Katrina cover. It is over. Most of your BS ramblings are NOT insurance related. You must report yourself to the CPA Board of Professionalism for being a fraud!

CC: Chamber of Commerce (With additional enclosures)
    All CPA'S in Wiggins, MS
    "Go Daddy.com"