# EXHIBIT 4

Diese Website verwendet Cookies von Google, um ihre Dienste bereitzustellen, Anzeigen zu personalisieren und Zugriffe zu analysieren. Informationen darüber, wie du die Website verwendest, werden an Google weitergegeben. Durch die Nutzung dieser Website erklärst du dich damit einverstanden, dass sie Cookies verwendet.

WEITERE INFORMATIONEN    OK

Exploring the origins of homophobia, malice, and cyber-bullying on the Internet

mercredi 6 janvier 2016

## Federal courts orders blogger Handshoe to show cause, still homophobic after all these years . . . tick, tock

Homophobic accountant Douglas Handshoe's defamation lawsuit against the *Toronto Star* and its reporter Peter Edwards is now dismissed by the same judge who has ordered Handshoe to show cause by January 6 why another of his multiple lawsuits also shouldn't be thrown out. And the Toronto Star article Handshoe was attempting to have censored is still there for all to see:



**thestar.com CANADA**

News / Canada

### Nova Scotia couple wins copyright lawsuit against homophobic U.S. blogger

Owners of a Nova Scotia vacation spot have won a legal battle to protect themselves from what a judge calls an "outrageous and highly reprehensible" homophobic Internet smear campaign from a Mississippi blogger.

His attempt to claim that the newspaper's reporting that he is "homophobic" was false & injurious has failed, and the article identifying him as homophobic according to judicial decisions remains in publication on the Star's web site.

Handshoe's strategic attempts to use the courts to silence commentary or petitions about him that he doesn't like seems about to end badly (for him).



Douglas Handshoe, CPA

The clock is ticking down. The federal court ordered Handshoe to "show cause" why his one remaining claim against process server Chris Yount should not be dismissed: that is, alleged abuse of process involved in sending a copy of a Louisiana court order to Handshoe's web host. Claims against Daniel Abel, Ramona Fernandez, Janie Lamar, and Loyola University have all been dismissed on various grounds.

Publié par Randall Cajun à 07:21



G+1   +1   Recommander ce contenu sur Google

Libellés : abuse of process, censorship, Douglas Kyle Handshoe, free speech, Jennifer Handshoe, St. Stanislaus Bay St. Louis

Aucun commentaire:

Enregistrer un commentaire

---

**Nombre total de pages vues**

38,973

**Pages**

- Accueil
- Anne-Marie Vandenweghe: Updated
- Kevin P. Lemaire
- Douglas K. Handshoe, CPA: Blogger

**Messages les plus consultés**

The Slabbed Nation Part 1(a): Anne-Marie Vandenweghe aka unslabbed aka Whitmergate, the early years
"The distinction between past, present, and future is only a stubbornly persistent illusion." Douglas K. Handshoe on Slabbed ...

Halifax Chronicle-Herald newspaper defends, removes legal-clown Handshoe's "homophobic" libel lawsuit to federal court of Judge Guirola
Citing eighty defenses in a 29-page document, the Halifax (Nova Scotia) Chronicle-Herald newspaper has defended a defamation lawsuit filed...

 Douglas K. Handshoe: Liquidating assets
Douglas K. Handshoe had a few comments to make recently on his involvement in the Bankston/Goodson bribery, racketeering, and money launderi...

No Tea, No Shade, Just Sock Puppetry
A short while ago, Daniel Abel made some interesting arguments to the Federal District Court for the Eastern District of Louisiana regarding...

 Douglas Handshoe, CPA looses fight to block $180,000 copyright infringement judgment under the SPEECH Act
Justice may finally be coming, her sword drawn, for inveterate blogger Douglas Handshoe, a homophobic Mississippi accountant who seems to ...

 Handshoe, Goodson, Bankston, Vandenweghe, Lauricella: maybe Handshoe has been projecting his own life experiences onto others: Updated
In January, 2012, Slabbed blog publisher Douglas K. Handshoe demonstrated a remarkable memory: Remember back in the late 90s several stat...

 The purported and not so personable personae of Anne-Marie Vandenweghe on slabbed (and nola), Part One
Some readers have--in response to this blog's first posts a few days

Diese Website verwendet Cookies von Google, um ihre Dienste bereitzustellen, Anzeigen zu personalisieren und Zugriffe zu analysieren. Informationen darüber, wie du die Website verwendest, werden an Google weitergegeben. Durch die Nutzung dieser Website erklärst du dich damit einverstanden, dass sie Cookies verwendet.

WEITERE INFORMATIONEN    OK

Commentaire :    Sélectionner le pr

Publier    Aperçu

misprision o...

BREAKING NEWS on the "famed" Slabbed legal team Blogger Handshoe's Baldwin Haspel legal team loses on motions to sanction the attorney who is suing Handshoe for defamation, more
On May 9, 2013, Doug Handshoe, CPA was openly gleeful that federal judge Susie Morgan had issued an Order telling attorney Daniel Abel to...

Chilling speech and avoiding discovery: the legal antics of a homophobic Mississippi blogger (he makes enemies everywhere he goes)
"intrepid, courageous patriots who understand our United States Constitution and believe in the necessity for absolute freedom of s...

Article plus récent    Accueil    Article plus ancien

Inscription à : Publier les commentaires (Atom)

**Archives du blog**

▼ 2016 (2)
  ▼ janvier (2)
    National Geographic Society, Toronto Star respond ...
    Federal courts orders blogger Handshoe to show cau...
► 2015 (18)
► 2014 (9)
► 2013 (20)

**Qui êtes-vous ?**

Randall Cajun

Afficher mon profil complet

Modèle Simple. Fourni par Blogger.