# EXHIBIT 6

 More    Create Blog  Sign In

# American Zombie

Independent Investigative Journalism and Commentary from New Orleans, LA

Thursday, January 10, 2013

### See...this is how it works

So this comment just came in on my last post:

Randall Cajun has left a new comment on your post "A pet peeve":

I'm not sure about your pet peeve being valid. Writing on "comments" sections might truly be properly labelled as blogging. Don't want Maselli Mann and Perricone to give you a bad name? You can't really blame the MSM or others for calling them bloggers. Think Blogger, GoDaddy, and Google are somehow different from Advance?

And what's up with the people you *would* call bloggers? Is blogging supposed to be about personal agendas and vendettas vented online and hidden behind "blogging" as though it was some MSM journalistic enterprise? Take Vandenweghe, for example. It seems like she may have had longstanding personal agendas she vented as a "blogger," like I suggest at real-malice.blogspot.com. Also, what about Maselli-Mann and Vandenweghe? What's up with that? **What about Vandenweghe's recent lunch with Broussard?** Kinda hypocritical, no?

Sooooooo.....here is his IP and location from my stats:



Thanks for participating, Randall!

Hey...quick question....how is it that Canada gets its own currency but none of the other states do?

Posted by Jason Brad Berry at 1/10/2013 10:31:00 PM

### 10 comments:

 **Randall Cajun** said...

Wow !!!

Tracked me down to EastLink, amazing!

So how about the substance of my comment?

---

### Zombie be who?



**Jason Brad Berry**
New Orleans, Sovereign City-State
ashedambala@gmail.com
View my complete profile

### Snake Gods need love too



### Rising Tide 9



Register now! Support New Orleans blogging community!

### Follow by Email

Email address...  Submit

### Blog Archive

January (21)

### Followers

I guess this is just whatt happens with the blogasphere gang, as Whitmergate says, Jason.

Please prove you're not a robot.

January 10, 2013 at 10:58:00 PM CST

**Dambala - Jason B. Berry** said...

Please go fuck yourself.

I don't cover Jeff Parish topics here...unless they intersect with Orleans. I think the blog you're looking for is Slabbed. Take the conversation there.

January 11, 2013 at 1:12:00 AM CST

**TruittLaw** said...

What's hypocritical about Anne Vandenweghe having lunch with a witness in her Federal Court case or with her attorney discussing his knowledge of your Canadian conduct as it relates to Slabbed? Only time will tell. I look forward to meeting you soon when you post your worthless bond in Federal Court to test the solvency of that.

January 11, 2013 at 6:48:00 AM CST

**Doug Handshoe said...**

Boy Randall sure knows alot from there in southern Nova Scotia. I thought Charles leary and Vaughn Perret swore to the Times Picayune that Broussard was just some guy down the road. Now they know whom he goes to lunch with. Impressive.

You guys really should lay off the sause before you go playing on the internet.

January 11, 2013 at 6:49:00 AM CST

**Anonymous said...**

Really simple...Blog, shortened from "web log". If you keep a running "web log" of your thoughts and opinions under your control, you are a "blogger". Leaving comments on someone else's site you are a "commenter" despite what Major Media outlets might lead you to believe (the paragon of accuracy, that they are).

I think this was a marketing ploy, when blogs were first getting some attention: "Come to our site and vent your spleen and you'll be a 'blogger' too."

January 11, 2013 at 8:32:00 AM CST

**Anonymous said...**

To Randall Cajun: Randall, Please be advised I am a automated robot created and charged by the National Council of Cheese Producers to specifically smell and detect rotten cheese on the world wide web. Your IP address has been detected and exposed for unauthorized pollution. Please correct by 1200 hours or low altitude



Followers (106) Next

**Brains I Feed On**

adrostos

Aminaminamina... Say What?!!

animamundi

Ashley Morris

b.rox

Becky Houtman...great writer

BigEZBear

Blog of New Orleans

Cenlamar

confederacy of dunces

Cryptogon

Daily Kingfish

Dangerblond...hell yeah

Disenfranchised Citizen

Ernie the Attorney

Fiyou on the Bayou

G-Bitch...fuckin' eh

Gentilly Girl

George Washington's Blog

Good Children

Gumbo Pie

HammHawk

http://frogpondish.blogspot.com/

Huff Po

Humid City...Loki is da schnizzel

aerial spraying will commence using unmanned drones. Thank you and wishing you to press your REFRESH tab for the benefit of North America.

January 11, 2013 at 10:53:00 AM CST

**Dambala - Jason B. Berry** said...

Randall, I just want to point out how big of a dumbass you really are. You not only gave yourself by disclosing your knowledge of the lunch meeting, you just admitted that the IP I posted is yours. You realize anything you say on real malice could land your ass in a libel suit and now that we have your IP all it will take is a court order to Eastlink to turn your identity over.

You know....the same way you were using the court to force ISP's and site hosts to take down Slabbed?

You sir....put the dip in shit.

January 11, 2013 at 2:28:00 PM CST

**TruittLaw** said...

"Chip in the dip".....just priceless.

January 11, 2013 at 3:29:00 PM CST

**Dambala - Jason B. Berry** said...

Wait...I'm not done telling you how stupid you are.

You named the blog "Real Malice"? You realize the hardest thing to prove in a libel suit is whether or not the accused party was publishing with...malice. You just established the hardest hurdle in a libel case with the name of the goddamn blog.

How fucking stupid can you possibly be?

Let me extend more rope....just keep writing, please, keep it up.

January 12, 2013 at 11:18:00 AM CST

**Dambala - Jason B. Berry** said...

I know you want to respond to that....please...go ahead. Tell me how wrong I am. Please. I don't understand "malice". Please....you have the floor.

January 13, 2013 at 11:16:00 PM CST

Post a Comment

## Links to this post

Create a Link

Newer Post    Home    Older Post

humidhaney
ilostmyipod
Independent Nix
Keep It Trill
Library Chronicles
Liprapslament
Maitri's VatulBlog
Metroblogging
Mikeb302000
Minor Wisdon
Mitchell's Musings
Moldy City
Moose Denied
New Orleans Ladder - Edtilla
New Orleans Slate
NOLA
Noladishu
NOLAFemmes
NolaMotion
Northwest Carrollton
Official Rising Tide Blog
people get ready
Pistolette
Public Sphere Nola
Ray in New Orleans
right hand thief
Scout Prime
Slabbed
Slimbolala
SMORGASBLOG...possibly funnier than the Onion...ht to erster
SophMom
Spocko's Brain
Squandered Heritage
Suspect Device
Thanks, Katrina

Subscribe to: Post Comments (Atom)

| The 3rd Battle of New Orleans |
| The Chicory |
| The Frog Pond |
| the garden of irks and delights |
| The Hungry Termite |
| The Nation |
| The Truth and other Lies |
| thoughts of the dark rose |
| travelling mermaid |
| We Could Be Famous |
| Wet Bank Guide |
| Wonkette |

**Copyright**



American Zombie by Dambala, AsheDambala, Jason Brad Berry is licensed under a Creative Commons Attribution-NonCommercial-NoDerivs 3.0 United States License. Based on a work at theamericanzombie.com. Permissions beyond the scope of this license may be available at ashedambala@gmail.com.



Powered by Blogger.