# EXHIBIT 10

 Gmail

**Foodvacation Canada <foodvacation@gmail.com>**

## notice of copyright infringement (Canada Copyright Act)

**foodvacation Canada** <foodvacation@gmail.com>                                    Sat, Jan 9, 2016 at 6:43 PM
To: copyright@amazon.com

To: Amazon Web Services

This is a Notice of claimed infringement under the Copyright Act of Canada, which states:

**Notice of claimed infringement**

- **41.25** (1) An owner of the copyright in a work or other subject-matter may send a notice of claimed infringement to a person who provides

  - (a) the means, in the course of providing services related to the operation of the Internet or another digital network, of telecommunication through which the electronic location that is the subject of the claim of infringement is connected to the Internet or another digital network;

  - (b) for the purpose set out in subsection 31.1(4), the digital memory that is used for the electronic location to which the claim of infringement relates; or

  - (c) an information location tool as defined in subsection 41.27(5)

On information and belief, Amazon Web Services hosts slabbed.org. Amazon Web Services also does business in Canada.

I am the owner of the photographic work located at: http://www.slabbed.org/wp-content/uploads/2011/09 /leary-perret.jpg?w=300 and http://slabbed.org/wp-content/uploads/2011/09/leary-perret1.jpg. This work is registered with the Canada Intellectual Property Office.

I have a judgment from Nova Scotia Supreme Court declaring its ownership of the work, and that the use on slabbed.org is infringing. slabbed.org serially infringes copyrighted works. The U.S. District Court for the Southern District of Mississippi has just found that slabbed.org has hosted another copyrighted work without permission. That court found that the publisher of slabbed.org, Douglas Handshoe, "posted the image without permission of the copyright owner or his agent." That court dismissed Mr. Handshoe's lawsuit against the copyright owner's agent for misrepresentation under 17 USC 512(f) with prejudice, stating the court "does not find that Plaintiff has sufficiently pleaded a misrepresentation under § 512(f)."

The use of this image at the two URLs indicated above is not authorized by me, the copyright owner, or the law; under penalty of perjury the above information is true and I am the copyright owner.

Below is my electronic signature.

Charles Leary, Secretary, Trout Point Lodge, Limited
189 Trout Point Road
E. Kemptville, NS B5A 5X9
902-482-8360
troutpoint@foodvacation.com

 **Gmail**                                   Foodvacation Canada <foodvacation@gmail.com>

___

## Your Amazon.com Inquiry

copyright@amazon.com <copyright@amazon.com>                        Mon, Jan 11, 2016 at 12:34 PM
Reply-To: "copyright+AVRSORFYJQGT4@amazon.com" <copyright+AVRSORFYJQGT4@amazon.com>
To: "foodvacation@gmail.com" <foodvacation@gmail.com>

Hello,

We respect the intellectual property of others and require that sellers posting on our site do the same. If you
believe that an item offered on our site violates your intellectual property rights, please submit your complaint
using our online form (https://www.amazon.com/gp/help/reports/infringement).

Thank you for your interest in Amazon.com.

Regards,
Copyright Team
Amazon.com
http://www.amazon.com

---------------------------------
From: foodvacation@gmail.com
Sent: Saturday, January 9, 2016 9:43 AM (PST)
Subject: notice of copyright infringement (Canada Copyright Act)

To: Amazon Web Services

This is a Notice of claimed infringement under the Copyright Act of Canada,
which states:

Notice of claimed infringement

  -

"41.25" (1) An owner of the copyright in a work or other subject-matter
may send a notice of claimed infringement to a person who provides
  -

  (a) the means, in the course of providing services related to the
operation of the Internet or another digital network, of
telecommunication
  through which the electronic location that is the subject of the claim of
infringement is connected to the Internet or another digital network;
  -

  (b) for the purpose set out in subsection 31.1(4), the digital memory
that is used for the electronic location to which the claim of
infringement
  relates; or

Gmail - Your Amazon.com Inquiry                                    https://mail.google.com/mail/u/1/?ui=2&ik=9095a0cc87&view...

(c) an information location tool as defined in subsection 41.27(5)

On information and belief, Amazon Web Services hosts slabbed.org. Amazon
Web Services also does business in Canada.

I am the owner of the photographic work located at:
"http://www.slabbed.org/wp-content/uploads/2011/09/leary-perret.jpg?w=300
<http://www.slabbed.org/wp-content/uploads/2011/09/leary-perret.jpg?w=300>" and
http://slabbed.org/wp-content/uploads/2011/09/leary-perret1.jpg. This work
is registered with the Canada Intellectual Property Office.

I have a judgment from Nova Scotia Supreme Court declaring its ownership of
the work, and that the use on slabbed.org is infringing. slabbed.org
serially infringes copyrighted works. The U.S. District Court for the
Southern District of Mississippi has just found that slabbed.org has hosted
another copyrighted work without permission. That court found that the
publisher of slabbed.org, Douglas Handshoe, "posted the image without
permission of the copyright owner or his agent." That court dismissed Mr.
Handshoe's lawsuit against the copyright owner's agent for
misrepresentation under 17 USC 512(f) with prejudice, stating the court
"does not find that Plaintiff has sufficiently pleaded a misrepresentation
under § 512(f)."

The use of this image at the two URLs indicated above is not authorized by
me, the copyright owner, or the law; under penalty of perjury the above
information is true and I am the copyright owner.

Below is my electronic signature.

Charles Leary, Secretary, Trout Point Lodge, Limited
189 Trout Point Road
E. Kemptville, NS B5A 5X9
902-482-8360
troutpoint@foodvacation.com

2017-02-08, 5:37 PM

 Gmail

Foodvacation Canada <foodvacation@gmail.com>

## RE: copy of court orders
**7 messages**

---

**Amazon.com Copyright Agent** <copyright@amazon.com>          Tue, Jan 26, 2016 at 10:22 PM
Reply-To: copyright+AF3KPIPBYRCVB@amazon.com
To: foodvacation@gmail.com

Dear Trout Point Lodge,

Thank you for your email.  This matter has already been reported under a separate matter and assigned
Amazon EC2 Abuse Report 17352696474.  The content at issue has been removed and a valid DMCA
counter notice obtained and forwarded along.  As the matter at hand has been remanded to the trial court for
further consideration, no current judgment on the matter has been made.  Please feel free to resubmit the
issue if, and when, a ruling in your favor has been obtained.

Regards,

Chad Bundy

Copyright/Trademark Agent
Amazon.com

---- Original message: ----

AWS hosts slabbed.org

Source IPs: 54.200.139.248
Abuse Time: 2016-01-18 21:42:00.0

This blog is publishing defamatory material in violation of a Court Order
from the Supreme Court of Nova Scotia containing both mandatory and
permanent injunctions (see attached Court Order).

In addition, the Louisiana Fifth Circuit Court of Appeal has found that the
blog has published a pornographic drawing involving a minor child (see
attached court decision).

This user publishes material in violation of the AWS Terms of Service, and
you have already been put on notice of continuing infringing publication of
copyrighted materials.

Legal Department
Trout Point Lodge, Limited

---

**foodvacation Canada** <foodvacation@gmail.com>          Tue, Jan 26, 2016 at 10:56 PM
To: copyright+AF3KPIPBYRCVB@amazon.com

Dear Chad:

Thank you for your email.

Gmail - RE: copy of court orders                                    https://mail.google.com/mail/u/1/?ui=2&ik=9095a0cc87&view...

There are multiple instances of infringement, each of which has been separately reported to Amazon with notices of claimed infringement. We have yet to receive any response to all but one notice.

Some information contained in your email is incorrect, as, first, most infringing content has not been removed and is readily accessible; and, second, we have a final judgment from Nova Scotia Supreme Court regarding copyright infringement and defamation. If the client of AWS has told you the material is inaccessible, this is incorrect. DMCA protections for service providers do not have effect in Canada, and in addition, AWS has failed to provide a timely response to notices if one were to use the DMCA's provisions. Copyright, as I'm sure you are aware, is also the subject of international agreement and treaties between the United States and Canada.

After we informed you that content was accessible at http://slabbed.org/wp-content/uploads/2012/01/DMCA_SUSPENSE/ that content has temporarily been removed from that location. However, multiple instances of other material infringing registered copyrights still exists on your servers. If you need me to re-send notifications, please let me know. Amazon's response to these has thus far been non existent.

The issue of the distinct ongoing defamation case in Louisiana relating to slabbed.org and Douglas Handshoe was brought to your attention so that Amazon would know exactly who and what type of blog you are hosting. There is significant fact finding in the decision of the 5th Circuit Court of Appeal, and under Louisiana's anti-SLAPP legislation, fact finding on special motions to strike is binding with respect to future litigation.You can consult La. CCP Art. 971 and relevant case law. The finding regarding "pornography" being distributed on Slabbed was made by that Court *sue sponte*.

In our case, an injunction order issued by Nova Scotia Supreme Court is in existence, and binding, unless AWS has stopped doing business in Canada and Nova Scotia, and slabbed.org is not being downloaded in Nova Scotia or Canada from your servers. From what we can tell, AWS does significant business and has operations in Canada.

We will pursue legal redress, including avenues provided by NAFTA, the Berne Convention, and action in Canadian courts, but have no desire to resort to costly litigation. We have in a reasonable and detailed fashion made Amazon and AWS aware of materials infringing copyright on your servers, as well as the existence of valid injunctions relating to the slabbed blog and Douglas Handshoe. We have provided a copy of the Court Order. The decision regarding copyright infringement is attached. We expect an adequate response from Amazon, and a resolution to this matter.

I would be happy to provide any additional facts you might need.

Sincerely,

Charles Leary
Trout Point Lodge, Limited

[Quoted text hidden]

---

📄 **Trout Point Lodge Ltd v. Handshoe (2014 NSSC 62).pdf**
626K

---

foodvacation Canada <foodvacation@gmail.com>                       Tue, Jan 26, 2016 at 11:29 PM
To: aws-abuseteam@amazon.com

Re: DMCA Case 17352696474
[Quoted text hidden]

Gmail - RE: copy of court orders                                    https://mail.google.com/mail/u/1/?ui=2&ik=9095a0cc87&view...

---

📎 **Trout Point Lodge Ltd v. Handshoe (2014 NSSC 62).pdf**
   626K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                 Tue, Jan 26, 2016 at 11:29 PM
To: foodvacation@gmail.com

Delivery to the following recipient failed permanently:

     aws-abuseteam@amazon.com

Technical details of permanent failure:
Google tried to deliver your message, but it was rejected by the server for the recipient domain amazon.com
by amazon-smtp.amazon.com. [207.171.184.29].

The error that the other server returned was:
550 #5.1.0 Address rejected.

----- Original message -----

DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
     d=gmail.com; s=20120113;
     h=mime-version:in-reply-to:references:date:message-id:subject:from:to
     :content-type;
     bh=wm2LlhLOakRIVWbUMvBtGNA5SM44VPAsQIVigsyny7M=;
     b=fQ1fWg+Y0gX2V6LnxauKY1SV81aL7JO3sliETjQQqwArnnPtAkLM4Ujj+nOE71s7Esf
     LavmLmDizIEAFaPjUXgWzEFOEbCod8LTAeBV2owPV8R4ha2ZTDw2WPdrpBTPgtlfkCl+
     y9Hr13XV+E4L375ZSlKw61VlAhKVt345XLFf+rWFVnltn+oB6e/aNQVsqCjRYM1IEBAq
     aZGjjUEoJ/e7PRtKWcajmHO49+Yp+EyQwcm9NgUsp0AbkATYCt5P91XMyRF5JmBZC5Ng
     8edh7L0vR9C83WgPkzUfsws3PVKzBQeB/uHy2AqGZ8ThaBbV3CpiwZGDAMnwk3/PaQZB
     MGdg==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
     d=1e100.net; s=20130820;
     h=x-gm-message-state:mime-version:in-reply-to:references:date
     :message-id:subject:from:to:content-type;
     bh=wm2LlhLOakRIVWbUMvBtGNA5SM44VPAsQIVigsyny7M=;
     b=LnP/Ntk7k2loj0tl4nbEYNZloLxVppL8rbJx1XvB1/jEDlljlx87WKD/mNYQ0q4YEK
     YzDKuBSV4xodzJu2AqUNeXaZ1ufNRhRlWDAgAhuoxdgwtryKQ55url/v+CqKtNmZ6dSOi
     p6sQKIYv2Mg6+d8PddEm3yS9u44jOb5JNs1l1pmBCj1BXNnKb32k0zVkZ9bNbbdJ6JG3
     X20PF1wlwO/QqQQQ0DOyhDvf3mfnXhgttz6xhwHS0X8jAuUleayK5BzwAotJMBhVepz6
     x/AQvltPtXRinqG3pZGwMVRO8XCY0FkRYvc1x814goCZz83KRDwnqqrgRgyLggHSG553
     A5XQ==
X-Gm-Message-State: AG10YOQjNkXqRREeJ6N3YN20mWGti6AnQVFrEj9FMw5790rNckA4DbgMc5EP
cJK2RpnfB5pdLj/CkeLSali/nw==
MIME-Version: 1.0
X-Received: by 10.50.112.234 with SMTP id it10mr4046400igb.14.1453847393713;
 Tue, 26 Jan 2016 14:29:53 -0800 (PST)
Received: by 10.79.25.9 with HTTP; Tue, 26 Jan 2016 14:29:53 -0800 (PST)
In-Reply-To: <CAM3OQg=34pt8YOQbBrBGGmR07w4L8Oxvp_PERapd7SC-1h7=QQ@mail.gmail.com>
References: <000001527fd13063-75ce0ff0-49fc-473c-a458-6ab83cafca41-000000@email.amazonses.com>
     <CAM3OQg=34pt8YOQbBrBGGmR07w4L8Oxvp_PERapd7SC-1h7=QQ@mail.gmail.com>
Date: Tue, 26 Jan 2016 23:29:53 +0100
Message-ID: <CAM3OQgnZj1+=i_gHhnsE=FbDrbnZe-yP8uSbBbeuSESgjW6bpQ@mail.gmail.com>

Subject: Fwd: copy of court orders
From: foodvacation Canada <foodvacation@gmail.com>
To: aws-abuseteam@amazon.com
Content-Type: multipart/mixed; boundary=089e01184bf4769f5b052a4439f3
[Quoted text hidden]
----- Message truncated -----

---

foodvacation Canada <foodvacation@gmail.com>                    Tue, Jan 26, 2016 at 11:31 PM
To: aws-abuseteam@amazon.com

---------- Forwarded message ----------
From: **foodvacation Canada** <foodvacation@gmail.com>
[Quoted text hidden]

---

&#x1F5CE; **Trout Point Lodge Ltd v. Handshoe (2014 NSSC 62).pdf**
    626K

---

Mail Delivery Subsystem <mailer-daemon@googlemail.com>          Tue, Jan 26, 2016 at 11:31 PM
To: foodvacation@gmail.com

Delivery to the following recipient failed permanently:

    aws-abuseteam@amazon.com

Technical details of permanent failure:
Google tried to deliver your message, but it was rejected by the server for the recipient domain amazon.com
by amazon-smtp.amazon.com. [52.95.49.90].

The error that the other server returned was:
550 #5.1.0 Address rejected.

----- Original message -----

DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
    d=gmail.com; s=20120113;
    h=mime-version:in-reply-to:references:date:message-id:subject:from:to
    :content-type;
    bh=BIFzIfF81c6t0I1xZFtwSkFBIq5cSKWoIqkQC9DtZbU=;
    b=RrwOkgV8I1ZWaXqzdiooqayqodaeRxu/29FENihwvZlU2f8+m0dTHs6265ycgjDF8j
    ehO2YIM5ukqPDFsG+yQ7hcCbkeLA8PDb5oAK2L6/owqJ8WWr27JZNDgTW+PXAN7PQpHI
    dXQk5ybeaMO7KZoJEIzL4t3A/xI3oH4S2m/6tkusV1tOpV+I3+7lWlXdk00v8tOxLFUx
    Q7KZYFCDpdFlHZnHEDU7aVv8tyZQVmDq+JKzSwuYOq0ztnBeKTEEcCbvbEkyUPBdz+zU
    aJwBz4IehuduTewZtY+7KwDGpOGytwJuR+BOedFwBUkcvRqOQp05Rn4XSoPs1L08y80x
    eyzg==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
    d=1e100.net; s=20130820;
    h=x-gm-message-state:mime-version:in-reply-to:references:date
    :message-id:subject:from:to:content-type;
    bh=BIFzIfF81c6t0I1xZFtwSkFBIq5cSKWoIqkQC9DtZbU=;

Gmail - RE: copy of court orders           https://mail.google.com/mail/u/1/?ui=2&ik=9095a0cc87&view...

b=ijP0T+6EQqE9EeyNl4LvX4Ds4uQ1GGappWK8w/clBQPZvA4fp7WYG1h6WhblsZDJU6
qlNle7ayBqPqagolOAPC4kOiNusHCjKQqnqCTftjqgl1Py3ArOtjuWkWdVGxff9bNXAr
0syUYSq52c9sKznQCTPWFma7CMRnh6oFX0qlnMCgxi2Tm/g9aaN0Z+Jn3DcKZDJQVPU
ttgdJ1tKh8EEPfagPALlNozATX9qh5MAG3pG0JWtCZlq3VFMJD3+FRLqttbyLStNkVtQ
WqmfYDCZWc1PNpEbUqsM7AiVz9kZrN/AedUxqaoRh+jRiwvI+LZlj/02WWQ6mtlEAg
WStQ==

X-Gm-Message-State: AG10YOSTIuCZ2ylayrOUjdbLYDyqZLCq/LWs45Bib+
9gMCynL2l4yKngLSKwuk0aGM+RsyNbwRnGNj6Lm6f0ZA==
MIME-Version: 1.0
X-Received: by 10.50.171.130 with SMTP id au2mr26424064igc.43.1453847465172;
  Tue, 26 Jan 2016 14:31:05 -0800 (PST)
Received: by 10.79.25.9 with HTTP; Tue, 26 Jan 2016 14:31:04 -0800 (PST)
In-Reply-To: <CAM3OQgnZj1+=i_gHhnsE=FbDrbnZe-yP8uSbBbeuSESgjW6bpQ@mail.gmail.com>
References: <000001527fd13063-75ce0ff0-49fc-473c-a458-6ab83cafca41-000000@email.amazonses.com>
    <CAM3OQg=34pt8YOQbBrBGGmR07w4L8Oxvp_PERapd7SC-1h7=QQ@mail.gmail.com>
    <CAM3OQgnZj1+=i_gHhnsE=FbDrbnZe-yP8uSbBbeuSESgjW6bpQ@mail.gmail.com>
Date: Tue, 26 Jan 2016 23:31:04 +0100
Message-ID: <CAM3OQgkIZQW8QeN8AW09keWWY8m5CQg_q9nY-EVFZ-t8=dyT=A@mail.gmail.com>
Subject: Fwd: copy of court orders
From: foodvacation Canada <foodvacation@gmail.com>
To: aws-abuseteam@amazon.com
Content-Type: multipart/mixed; boundary=047d7b6da60eb8f1d6052a443d88
[Quoted text hidden]
----- Message truncated -----

---

**Amazon.com Copyright Agent** <copyright@amazon.com>        Wed, Jan 27, 2016 at 8:30 PM
Reply-To: copyright+A3PGH2LCVV6K3J@amazon.com
To: foodvacation@gmail.com

Dear Charles,

Thank you for your reply.  As there have been numerous emails from you from multiple email addresses, if
you could please provide a comprehensive list of the URLs you claim to be infringing we will move to action
those not already processed.  Please provide the comprehensive list in proper DMCA format which requires
the inclusion of the following:

    * A description of the copyrighted work that you claim has been infringed upon;
    * A description of where the material that you claim is infringing is located on the Site;
    * Your address, telephone number, and e-mail address;
    * A statement by you that you have a good-faith belief that the disputed use is not authorized by the
copyright owner, its agent, or the law;
    * A statement by you, made under penalty of perjury, that the above information in your notice is accurate
and that you are the copyright owner or authorized to act on the copyright owner's behalf.

The following content has already been received and processed under the DMCA for which we received the
previously provided counter notice:

http://slabbed.org/2012/12/04/wash-rinse-repeat-aaron-broussards-former-property-managers-in-canada-
again-sue-slabbed-for-defamation-in-nova-scotia/
http://slabbed.org/wp-content/uploads/2012/01/trout-point-lodge-350x198.jpg%2C

http://slabbed.org/wp-content/uploads/2012/01/trout-point-lodge-300x199.jpg%2C

Gmail - RE: copy of court orders                                    https://mail.google.com/mail/u/1/?ui=2&ik=9095a0cc87&view...

http://slabbed.org/wp-content/uploads/2012/01/trout-point-lodge.jpg

With regard to the above content, we will allow this material to be accessible 10 business days after the counter notice was provided to you, unless you provide us with notice that a copyright infringement lawsuit relating to the identified content has been filed against our customer.

As you noted, it does appear that the content referenced at: http://slabbed.org/wp-content/uploads/2012/01/DMCA_SUSPENSE/ is no longer accessible.

With regard to your claims of defamation, as previously noted, if and when a judgment or settlement in your favor has been obtained in your pending litigation in Louisiana, please provide and we will take appropriate action.

Kindest Regards,

Chad Bundy

Copyright/Trademark Agent
Amazon.com

—— Original message: ——

Dear Chad:

Thank you for your email.

There are multiple instances of infringement, each of which has been separately reported to Amazon with notices of claimed infringement. We have yet to receive any response to all but one notice.

Some information contained in your email is incorrect, as, first, most infringing content has not been removed and is readily accessible; and, second, we have a final judgment from Nova Scotia Supreme Court regarding copyright infringement and defamation. If the client of AWS has told you the material is inaccessible, this is incorrect. DMCA protections for service providers do not have effect in Canada, and in addition, AWS has failed to provide a timely response to notices if one were to use the DMCA's provisions. Copyright, as I'm sure you are aware, is also the subject of international agreement and treaties between the United States and Canada.

After we informed you that content was accessible at http://slabbed.org/wp-content/uploads/2012/01/DMCA_SUSPENSE/ that content has temporarily been removed from that location. However, multiple instances of other material infringing registered copyrights still exists on your servers. If you need me to re-send notifications, please let me know. Amazon's response to these has thus far been non existent.

The issue of the distinct ongoing defamation case in Louisiana relating to slabbed.org and Douglas Handshoe was brought to your attention so that Amazon would know exactly who and what type of blog you are hosting. There is significant fact finding in the decision of the 5th Circuit Court of Appeal, and under Louisiana's anti-SLAPP legislation, fact finding on special motions to strike is binding with respect to future litigation. You can consult La. CCP Art. 971 and relevant case law. The finding regarding

"pornography" being distributed on Slabbed was made by that Court *sua
sponte*.

In our case, an injunction order issued by Nova Scotia Supreme Court is in
existence, and binding, unless AWS has stopped doing business in Canada and
Nova Scotia, and slabbed.org is not being downloaded in Nova Scotia or
Canada from your servers. From what we can tell, AWS does significant
business and has operations in Canada.

We will pursue legal redress, including avenues provided by NAFTA, the
Berne Convention, and action in Canadian courts, but have no desire to
resort to costly litigation. We have in a reasonable and detailed fashion
made Amazon and AWS aware of materials infringing copyright on your
servers, as well as the existence of valid injunctions relating to the
slabbed blog and Douglas Handshoe. We have provided a copy of the Court
Order. The decision regarding copyright infringement is attached. We expect
an adequate response from Amazon, and a resolution to this matter.

I would be happy to provide any additional facts you might need.

Sincerely,

Charles Leary
Trout Point Lodge, Limited


On Tue, Jan 26, 2016 at 10:22 PM, Amazon.com Copyright Agent &lt;
copyright@amazon.com&gt; wrote:

&gt; Dear Trout Point Lodge,
&gt;
&gt; Thank you for your email.  This matter has already been reported under a
&gt; separate matter and assigned Amazon EC2 Abuse Report 17352696474.  The
&gt; content at issue has been removed and a valid DMCA counter notice obtained
&gt; and forwarded along.  As the matter at hand has been remanded to the trial
&gt; court for further consideration, no current judgment on the matter has been
&gt; made.  Please feel free to resubmit the issue if, and when, a ruling in
&gt; your favor has been obtained.
&gt;
&gt; Regards,
&gt;
&gt; Chad Bundy
&gt;
&gt; Copyright/Trademark Agent
&gt; Amazon.com
&gt;
&gt; ---- Original message: ----
&gt;
&gt; AWS hosts slabbed.org
&gt;
&gt; Source IPs: 54.200.139.248
&gt; Abuse Time: 2016-01-18 21:42:00.0
&gt;
&gt; This blog is publishing defamatory material in violation of a Court Order

&gt; from the Supreme Court of Nova Scotia containing both mandatory and
&gt; permanent injunctions (see attached Court Order).
&gt;
&gt; In addition, the Louisiana Fifth Circuit Court of Appeal has found that the
&gt; blog has published a pornographic drawing involving a minor child (see
&gt; attached court decision).
&gt;
&gt; This user publishes material in violation of the AWS Terms of Service, and
&gt; you have already been put on notice of continuing infringing publication of
&gt; copyrighted materials.
&gt;
&gt; Legal Department
&gt; Trout Point Lodge, Limited
&gt;