# EXHIBIT 11

Case 1:15-cv-00382-HSO-JCG Document 339-12 Filed 01/17/19 Page 2 of 21

# Slabbed

Alternative New Media for the Gulf South

# Wash, rinse, repeat: Aaron Broussard's former property managers in Canada again sue Slabbed for defamation in Nova Scotia

Sha

### Alternate Post Title: When the FBI comes knocking you know Slabbed's House be rockin'!!



*Trout Point Lodge SLAPP Happy Duo of Charles Leary and Vaughn Perret / Image by Kara Crowell / TORONTO STAR*

Last month I attended a settlement conference in Magistrate Roper's chambers at the US District Courthouse in Gulfport. Typically all the parties to the litigation must attend settlement conferences but the court excused Charles Leary and Vaughn Perret from attending due to the associated travel cost from southern Nova Scotia, which is literally isolated in the middle of no where due to the lack of ferry and air service. Southern hospitality is a good thing IMHO.

I mention this because we were advised by their US based lawyer Henry Laird that Charles Leary and Vaughn Perret were going to sue Slabbed again, despite the fact that everything I have written on the topic of how they fit into Aaron Broussard's corrupt bribery scheme has panned out 100%. Clearly they do not want their role in this, as Broussard's American expat Canadian based SLAPP attack dogs exposed but

the multiple libel and defamation suits and threats against the news media well tell that sad tale.

Even more amazing are Canadian judges trying to dictate what American citizens are saying online about an American political corruption scandal but there was a good reason the SPEECH Act was passed **unanimously** by the US Congress in 2010. Canadian libel laws outside of the province of Quebec are subject to great abuse and that is certainly true in the case of Aaron Broussard's former property managers at the Resort at Trout Point Nova Scotia, Charles Leary and Vaughn Perret along with Aaron Broussard's law partner at the Super 8 Motel on Clearview Parkway, Trout Point Lodge co-owner Daniel "Danny" Abel. I have been advised that, based upon the experiences of Slabbed New Media, certain free speech advocates are currently working on tweaks to the law.  Simply put, the use of foreign courts to harass American Citizens commenting online is a national issue and Slabbed is "lucky" enough to be at the center of things.

I mention this because we told Magistrate Roper that if Leary and Perret wanted to come sue me here in the US where the story is, I welcomed
the chance to vigorously defend my reporting.  But I think it is now clear Leary and Perret want no part of me in an American courtroom as they have again sued me in Nova Scotia, amazingly asking the Supreme Court there to decide the case under American law.  It is a clear attempt to find a sneaky way around the SPEECH Act and is transparently phony but it is what it is folks.  Before I share the suit I think we can deduce a few things so here goes:

- To file another suit in Canada, with many of the same allegations as the old suit while they have a SPEECH Act case going in Gulfport seems to me an admission they have lost the first case and they are trying to correct the perceived technical flaws to make a second run. I want to be clear that I am not speaking for Judge Guirola, but to file the second SLAPP suit while the first is ongoing, especially in light of some of the allegations they make in the new suit is a clear concession IMHO.
- To sue again in Canada asking a foreign judge to apply American libel laws instead of coming to the US to file that suit means they know they could never win such a frivolous suit here. The Canadian courts, as is their wont, will actually take this

SLAPP suit and the kooky allegations contained therein seriously. That, in turn illustrates exactly why it was filed in Canada rather than the US.

- The couple has previously jet-setted all over the world with multiple dogs in tow, to places like Rauda House in Spain, where they previously wintered. Today they are too poor to travel to Mississippi to their own settlement conference in litigation they initiated, yet they seem to have unlimited funds to pay court costs suing Americans from Canada.  It makes one wonder if they have developed an aversion to traveling to the US after the former Goatherder in chief copped a plea.

- The grand homophobic conspiracy has grown and now includes my lawyer Bobby Truitt as well as Concrete Buster's Attorney Randy Smith.  I'd like to note that I have never spoken with Smith or communicated with him nor did I have any advance knowledge of the amended complaint Concrete Busters filed against River Birch which mentioned Trout Point Lodge and Cerro Coyote as Heebe co-conspirators and I have no problem saying that.

- Their suit contained certain paranoid allegations that a Canadian journalist conspired with me to defame them but only Americans are made defendants in the suit. (More on that in a bit.) The Canadian journalist's sin?  He obtained copies, from the public record in Yarmouth Nova Scotia of case documents in the SLAPP suit Leary and Perret filed against Fox 8 and yes, it is indeed time for <u>Mr Bensen came out to play</u>.

We've seen this Canadian defamation playbook in action earlier this year on Slabbed.  First they make a series of fanciful allegations and take it to a Canadian court, where such allegations are deemed true upon being made under Canadian law.  Then they take the default judgment to a gullible Canadian media, who never mention details like the suit was uncontested or the massive corruption story down here that is at the heart of the scandal. Due to the abuse of Canadian libel and defamation laws the media in Canada is neutered thus the poor quality of the journalism.  Then they trumpet the findings in the default judgment as being true in American court filings, despite the fact the allegations were literally made out of whole cloth in a foreign country.

Wash, rinse, repeat.....

The irony of Leary and Perret now asking a Canadian court to decide the newest suit under American law is rich as it was a bit over a year ago they vigorously contested a Fox 8 motion to have their case against Fox 8 in Nova Scotia decided under Louisiana law. The Judge in that case, Leon "Pierre" Muise, sat on the motion for months without ruling and the case settled after Slabbed began publishing public documents from the case. I have several documents from the Fox 8 case in Nova Scotia that I have not previously disclosed including this peek at the report prepared for Fox 8's Nova Scotia based lawyers by Baker Donelson's Jennifer McNamara on the topic. Conflicting legal positions contrived to satisfy the moment is a common theme with Abel, Leary and Perret. This brings me to that alternate post title because something else was mentioned in the settlement conference that needs to be made public.

Sha

Earlier this year Slabbed was contacted by the Federal Bureau of Investigation and the reasons for that are contained on these pages. To reveal the reason a review is in order:

In January of this year Slabbed began posting affidavits Aaron Broussard's Louisian based cronies swore in the Nova Scotia SLAPP suit Leary and Perret filed against Fox 8. These very public court documents painted a great picture of what Leary, Perret and other Aaron Broussard co-conspirators were doing in Canada using the courts there to invade the privacy of American Internet commenters. But some of the documents they submitted were very ill advised.

For instance despite their very public denials, Aaron Broussard's own lawyer Roy D'Aquila gave up the extent to which they and Broussard were involved in what federal prosecutors would later described as a bribery conduit. The next day I published a sworn affidavit submitted by Charles Leary which openly mentioned his association with Nova Scotia Enterprises and Broussard's attorney Roy D'Aquila. In a twist of events worthy of a John Grisham novel D'Aquila died of a heart attack within days of the time Slabbed began posting these documents from the Fox 8 case in Nova Scotia. Leary and Perret publicly blamed me in Nova Scotia Judge Suzanne Hood's courtroom for D'Aquila's death.

At this point I need to invite everyone to look at Slabbed's coverage of the Broussard prosecution through the eyes of the FBI. I published two documents from a SLAPP suit defamation case in Nova Scotia which mention the Louisiana based Nova Scotia Enterprises LLC in January. In February I continued publishing case documents and at Mardi Gras I let loose with a deluge of documents from the case including Roy D'Aquila's affidavit mentioning the same company. The FBI knew something I didn't at the time, namely that Nova Scotia Enterprises was THE conduit for Aaron Broussard's bribery scheme. Unlike Slabbed, the FBI did not have access to Canadian court records so I think everyone now understands why I was sought out by the investigative community on that matter and I am proud to say that I not only cooperated with the good guys fully, I vigorously cooperated with them and gave them everything I had with a smile. Broussard has since manned up and admitted to his crimes but for some of his associates trying to bury their involvement, manning up is evidently still not an option.

Finally, unlike some of my brethren in the media, I do not get leaks from the DoJ or FBI and frankly I think we do a great job here on Slabbed without that help so I can not say one way or the other if the FBI is pursuing all the Parish Contractors that bribed Aaron Broussard or the guys that handled Broussard's business over at Nova Scotia Enterprises, Charles Leary and Vaughn Perret. That said Leary and Perret's aversion to traveling to the US is noticeable as the gang does not bother to show up in support of their own litigation here in the US. Click the pic to the get entire 55 page PDF of their latest lawsuit, parts of which are completely priceless as Concrete Busters suit against the River Birch Landfill is getting hauled into a Canadian courtroom.

2012                                          Yar. No. *409677*

## IN THE SUPREME COURT OF NOVA SCOTIA

### BETWEEN:

**Trout Point Lodge, Limited,** *a Nova Scotia Limited*
*Company*, **Vaughn Perret**, and **Charles Leary**

**Plaintiffs**

- and -

**Doug K. Handshoe** and **Automattic, Inc.,** a Delaware corporation

**Defendants**

### Notice of Action

To: Doug Handshoe and Automattic, Inc.

**Action has been started against you**
The plaintiffs take action against you.

The plaintiffs started the action by filing this notice with the court on the date certified by the prothonotary.

The plaintiffs claim the relief described in the attached statement of claim. The claim is based on claims of defamation, civil extortion, contempt, intentional infliction of emotional distress, promissory estoppel & breach of agreement, misappropriation of likeness & violation of the right to one's image, based on publications on the Slabbed blog and elsewhere on the Internet.

**Deadline for defending the action**

| 1 |
| --- |
| Recommend |

| Share |
| --- |

Douglas Handshoe / December 4, 2012 / Sop / Automattic, Carl Finley, Charles Leary, Concrete Busters v River Birch Heebe Ward et al, Daniel "Danny" Abel, Deprivation of civil rights under the color of law, Henry Laird, Jones Walker, Legal Department: Super 8 Motel, Libel Tourism, Libel Tourism Havens, Nova Scotia Enterprises LLC, Roy D'Aquila, Shane D'Antoni, Shane Gates, Shane Gates aka Shane D'Antoni, SLAPP Suits, Threats against the news media, Trout Point Lodge Leary and Perret v Advance Publications, Trout Point Lodge Leary and Perret v DVL Publishing, Trout Point Lodge Leary and Perret v Slabbed New Media, Trout Point Lodge Limited Perret Leary v Louisiana Media Company LLC, USA v Broussard, Vaughn Perret, Wordpress.com

---

## 28 thoughts on "Wash, rinse, repeat: Aaron Broussard's former property managers in Canada again sue Slabbed for defamation in Nova Scotia"

Sha

---

 **Incroyable**

December 4, 2012 at 4:01 pm

Wrenching the fruits of victory away. Is that something the FBI does with handcuffs?

---

 **Doug Handshoe**

December 4, 2012 at 4:06 pm

☺ That I would like to see.

Regardless they do great work.

---

 **The Empire Parish**

December 4, 2012 at 4:19 pm

Good going, Doug, particularly in drawing out a jumbled mess of pleadings by your opponents (cockroaches? Was that to make them feel at home here in subtropical

Louisiana?). I trust common law practitioners no longer exercise eloquence or consistency in pleadings, as on one hand you are accused of not using reliable information yet you are accused of using information from Nova Scotia sources, including government docs.

Promissory estoppel? Breach of agreement? Come clean, Doug, what agreement did you have with them? Refrain from use of an insecticide, perhaps, to remain consistent with the insect parallel?

I realize that government and lie is a redundancy, but for your opponent to set forth such an equation brings forth gales of laughter.

---

 **Doug Handshoe**

December 4, 2012 at 4:52 pm

Well said Empire. They're only making it worse on themselves filing such drivel with any court, even the ones in libel tourism havens such as Nova Scotia. Maybe they should join hands, stamp their feet and turn their little faces red. 😊

---

 **Not At All Surprised**

December 4, 2012 at 6:12 pm

Me thinks they didn't show up in Mississippi because they are afraid of being served with legal papers here in the US?

What about the 3rd Wheel in that group, Abels? If there was the slightest inkling of something meritorious to his co-owner's claims in Canada, Mr. Abels, as a Louisiana resident and attorney, would sue slabbed in the CDC or some other favored venue.

---

 **Not At All Surprised**

December 4, 2012 at 6:16 pm

Doug:

Do you think they have yet tried to turn that Canadian judgment into collateral for a line of credit somewhere?

---

 **Doug Handshoe**

December 4, 2012 at 7:53 pm                                                                          Sha

Have no clue NAAS. Something tells me you've seen such a thing?

---

 **Mona Blackledger**

December 4, 2012 at 7:37 pm

Is this Perret in the article above, kin to the Corky Perret that used to be the Deputy Director at the DMR and is now on contract to Bill walker at the DMR? Also, his wife is being paid by Bill walker?? He is from Louisiana originally.

---

 **Doug Handshoe**

December 4, 2012 at 7:55 pm

Vaughn has kin in New Orleans including a niece who swore an affidavit that she cried when she saw the Fox 8 story on Trout Point Lodge. Caused a run on Carmex in fact.

---

 **Steve**

December 4, 2012 at 8:51 pm

_____Post 1

There is one thing which has always bothered me about the Plaintiffs in the case. They had a dream to build a high end resort in Canada and Arron Brussard financed their dreams out of his own pocket. This fact is really at the core of the matter to me. Could the Plaintiffs have built their dream without Arron Broussards money? If so why didn't they.

_____Post 2

"The Plaintiffs ... have abused the federal court process in the United States.." from above filing.

"The Absent any evidence of criminality..." from above filing.

First – I have a real problem with written english so when I find errors in court filings I know the
work must have a lot more problems than I found. Double periods at the end of sentences.
I don't know if "Absent" is a legal term which needs to have a capital A and can be used
with meaning in a sentence in the manner the filing contains. But these are just the technical
problems which one of the worlds worst spellers and violators of proper english noticed. I am sure
there are numerous others.

Second – The worst problem with this filing is it makes no sense to me.

Third – They do in the filings what they have accused Slabbed of doing. Worse they do so in a manner which is so hard to follow that if I was a judge I'd tell the party to go back to the drawing board and get to the point. It seems every single thing they have accused Slabbed of doing are the exact things they are trying to do with the lawsuit. Worse they waste the judical systems time and money engaging in such actions.

Last – If they feel the plaintiff has abused the federal court process in the United States what in the hell
are they doing filing such a complaint in another country. If this is true bring it to the court which is being
abused. Again it makes no sense.

_____Post 3

Perhaps the lense of Freudian Psychology might shed light on the situation?

Sha

Here is my take on the lawsuit from a psychological perspective. First, the plaintiffs were loaned money by a now convicted felon to start a business in Canada which wa their dream venture. Second, the plaintiffs managed the related business interest of the convicted felon. Third, the plaintiffs accepted help from the convicted felon to raise money for their ventures. Last, when the felon received media coverage over his criminal behavior the plaintiffs were included in the coverage. The plaintiffs want to get the help of the felon but not the bad media coverage such business relations naturally create. Slabbed never borrowed money from the convicted felon, the plaintiffs did. Slabbed never profited from the business of the convicted felon, the plaintiffs did. But now the plaintiffs want to distance themselves from the convicted felon and have the judical system pay them in the process.

"Get in bed with a dog and you will get fleas."
"Lie down in the gutton with pigs and you will get muddy."
"You are known by the company you keep."

All tried and true proverbs which the plaintiffs choose to ignore and now want the judical system to pay them in the process. I say no. You made your bed now sleep in it.

Cut and Paste on projection. Projection is a one word summary for the case.

""According to the theories of Sigmund Freud, psychological projection is a psychological defense mechanism whereby one

 **TheEmpire Parish**

December 5, 2012 at 8:14 am

Simple. It's called a preemptive strike. Thugs do it all the time. Save the psychological exam material for later.

---

 **lockemuptight**

December 5, 2012 at 12:16 pm

Steve: You are so right about Freudian "Projection" of one's own problems unto another for self gratification, harassment and sometimes money.

What we have here is a failed goat/ lodging business venture with the founders of same projecting their failure, due to their lack of business do diligence and ferry service to their business, onto the back of a scapegoat ( no offense intended Doug)

I see another fatal flaw in this case though and that is they should really have researched the nature of the entity upon which they planned on projecting their problems. It may have worked with Big Easy's TP and Fox 8 but not with one who has not only been through mental trials ( i.e Katrina) but previous insane personal harassment before like this:

[youtube http://www.youtube.com/watch?v=3pvNScJgcgo?rel=0&w=420&h=315%5D

"Fools rush in where wise men fear to go" – hat-tip Elvis

---

 **Steve**

December 4, 2012 at 9:43 pm

The filing in a nutshell—

1—The plaintiffs had business relations with a now convicted criminal.

2—The media covered the business relations and the plaintiffs believed this coverage hurt their business.

3—The plaintiffs now want the court to force the reporters of their business relationship with a convicted criminal to compensate them for the damage to their business they believe was caused by the media coverage.

4—The plaintiffs also want the court to affirm their claim that they really didn't have a business relationship with the plaintiff.

Sha

Is this their case in a nutshell? Or have I misread their filing.

---

![] **Steve**

December 5, 2012 at 1:09 am

Here is the biggest problem the tax payers have with the case. The plantiffs filing would result in the tax payers having to pay for Mr. Broussard to be flown to Canada for the legal proceedings. I think the tax payers have suffered enough and should not be subjected to such a waste of our money. We should not have to pay for Mr. Broussard to goto Canada yet again.

The Plantiffs claim — "A Nova Scotia court is the also the proper forum."

VS

"Typically all the parties to the litigation must attend settlement conferences but the court excused Charles Leary and Vaughn Perret from attending due to the

associated travel cost from southern Nova Scotia..." from the above post.

---

PS—

In the filing the plantiffs claim Mr. Handshoe is prone to conspiracy theories. Really. Well so is Mr. Broussard according to the Times Picayune. The only difference is the plaintiffs original financial backer for the investment in question is prone to committing conspiracies and Mr. Handshoe is prone to reporting on such conspiracies. Again you get an admitted conspirator to loan you money for your investments and accept payment from him for managing his investments you migh just have a problem with your own reputation that is caused by your own actions?

The tax payers of the United States have suffered enough, I can only hope our judica system will protect the tax payers.

"Aaron Broussard 'fesses up, admits conspiracy, theft in Jefferson Parish"
http://www.nola.com/crime/index.ssf/2012/09/aaron_brousssard_fesses_up_ad
m.html

---

 **The Empire Parish**
December 5, 2012 at 8:20 am

Please, please, don't ever engage in the dimwitted intellectual proposition which is subscribed to by self-styled "progressives" and in general by the outputs of the public education factory system that those who subscribe to "conspiracy theories" are simply "disagreeable people," i.e. those who do not commit themselves to the Great Collective. Conspiracy means nothing more than two or more people aligning their activities toward a goal. Readily found in the US code and that of 50 states.

The dull witted duo from Nova Scotia are simply throwing out every politically correct buzzphrase imaginable in order to hit any perceived hot button with a jurist or juror.

---

 **Doug Handshoe**

December 5, 2012 at 8:44 am

Their US based attorney has tried the same tactics in Federal Court Empire but I can't talk about that yet.

I understand bar complaints against self proclaimed Park Avenue lawyer Vaughn Perret are forthcoming.

Of course a cursory look at PACER reveals him as a legal poseur.

---

 **Steve**

December 5, 2012 at 1:27 am

How much would it cost the tax payers to transport Mr. Broussard to Canada for these proposed legal proceedings? How many times will the tax payers have to pay for Mr. Broussard to travel to Canada?

---

 **Steve**

December 5, 2012 at 2:48 am

Most troubling of all in this matter is the assertion that Mr. Handshoe was conducting a business in Canada.
Did it ever occure to them that when one is sued they might, just might, try to gather evidence for their defence. US law affords Mr. Handshoe the right to ignore their original filing and fight it in the US Court system. So when he gathers evidence for his own defence they use this to claim he is now in business in Canada. Even citing

his relaying a report that the loss of ferrry service to the lodge might have caused a loss in revenue for the owners.

This would, in my opinion, create a catch 22 for anyone who tries to defend themselves in court. If you mount a defense we will use this to say your in business. I believe Mr. Handshoes right to defend himself in court trumps the right of the Plaintiff to use this as a basis to have the case heard in Canada? It really is ridiculous of the Plaintiffs to cause someone to spend money on a legal defence and then say by spending money on that defence he is now conducting business in our area so we get to have the case here. This is my take on it as a non lawyer.

Sha

 **Doug Handshoe**

December 5, 2012 at 5:31 am

My take is these guys have several screws loose. Their court filings bear that out, especially this latest one.

 **Carpe Diem**

December 5, 2012 at 8:39 am

Um, maybe I missed something, but what is the Magnum–Trout Pointe connection? These guys are reaching.

 **Incroyable**

December 5, 2012 at 9:48 am

The point is if they have to be embarrassed having their names and images on this blog, Magnum has to be embarrassed too. Wonder how Magnum feels about such?

 **Doug Handshoe**

December 5, 2012 at 10:06 am

It is a safe assumption that many of my subjects end up embarrassed their actions landed them on these pages. In the US embarrassing someone is not defamation and given their actions they well should be embarrassed and ashamed of themselves.

Last thing I'm gonna do is speak for Magnum but my goal was for the guy to feel like I treated him fairly. He mentioned that exact word when we first made contact and from my perspective it was mission accomplished. As an added bonus Slabbed also solved the mystery.

---

 **Lightning K**

December 5, 2012 at 9:48 am

Why not call their bluff and schedule Vaughn's and Perret's depositions in Mississippi. When they cry "poor" volunteer to pay their expenses. I'm sure the Slabbed community will be glad to chip in and cover the cost. That is, if they show up.

---

 **Doug Handshoe**

December 5, 2012 at 9:57 am

I have something better in mind and instead of blowing it on travel costs for SLAPP happy nut jobs I'd rather spend it on my lawyer. It supposedly cost $5K for them to travel here and I bet for $10K we could have something far better that includes more people.

The donate button is on the right side bar and I think one person has sent in a grand total of $40 over the past 3 weeks. I have a small group of regular contributors whose support I greatly appreciate. If I had a nickle for every time I've been complimented about the work Slabbed does.....

 **The Empire Parish**

December 18, 2012 at 4:10 pm

Doug, Mr. Benson's "coming out" is long overdue. As we write, Benson has been having goodies on various political cockroaches yet hasn't allowed his "intrepid" reporter to shine the light – instead, we are treated to the tenth regurgitation of that already addressed.

Sha

 **Doug Handshoe**

December 18, 2012 at 5:23 pm

I've heard the rumor Benson covers for his friends including specific rumors abou Zurik's reporting on Jiff Hingle. It is indeed time Benson came out to play.

 **lockemuptight**

December 18, 2012 at 5:23 pm

To The Empire Parish: your quote, Benson "... hasn't allowed his intrepid reporter to shine the light...".

Wbubl– Wbubl – L (still love you Buddy D) touts itself supposedly as "Louisiana's News Leader" and the other nite on a FOX 8 advertisement of their news media department they claim they're 'not controlled by people hundreds of miles away'.

True,quite true FOX 8 as yo' are seemingly done be controlled by an ex– Nin' Warder from da' Airline Hwy/The Benson Tower.

Kinda' like da' old gent dough as we done spoken alot alike and he be done givin' lots $$$$ away lately.

 **Incroyable**

January 8, 2013 at 12:25 pm

"Vaughn's a lawyer but he should have been a botanist" Leary says.."

Yep. Too bad there wasn't a grant for that.

For this and other eye opening revelations about a yummy 2 year old aged cheese that miraculously outlived the 1-year lifespan of the 'dairy processing facility' see "A Refuge in Acadia" from the June 2001 issue of foodandwine.com

Sha

Slabbed / Proudly powered by WordPress



https://images.thestar.com/content/dam/thestar/news/canada/2012/02/02/ns_court_orders_mississippi_blogger_to_pay_gay_couple_425000/lodge.jpe…　1/1