# EXHIBIT 12

1/15/2019    He'll likely be remembered here for being a part of the gang that made the Times Picayune eat its own big toe... - Slabbed

Case 1:15-cv-00382-HSO-JCG   Document 339-12   Filed 01/17/19   Page 2 of 7

# Slabbed

Alternative New Media for the Gulf South

# He'll likely be remembered here for being a part of the gang that made the Times Picayune eat its own big toe……..



Trout Point Lodge

*The Times-Picayune has referenced Trout Point Lodge in some of the stories published in print and online since Jan. 6 regarding an ethics complaint against former Jefferson Parish President Aaron Broussard claiming that he owns a Nova Scotia vacation lodge that he rented to parish contractors.*

*The newspaper retracts publication identifying Aaron Broussard as having an ownership interest in Trout Point Lodge; asserting Trout Point Lodge was rented to Jefferson Parish contractors; indicating that Roy D'Aquila has any part in Trout Point Lodge ownership or management; indicating that Kempt Wilderness Lodge Services has any ownership or management relationship with Trout Point Lodge; and identifying a photo of the lodge online as "Broussard-lodge.jpg." The Times-Picayune apologizes for publishing this material.*

Of course we now know that retraction is in fact a falsehood in and of itself when Slabbed broke the letter written by Roy D'Aquila to Trout Point Lodge ordering the

1/15/2019 He'll likely be remembered here for being a part of the gang that made the Times Picayune eat its own big toe........ - Slabbed

Case 1:15-cv-00382-HSO-JCG Document 289-13 Filed 04/17/19 Page 3 of 7

Libel Tourists Charles Leary and Vaughn Perret to insure Broussard's cabin on the Lodge's main insurance policy, since the "Lot Assessments" were not covering Broussard's note on the cottage. That revelation came on the heels of the plea deal reached by the government with Aaron Broussard's ex-wife which indicated that she would be giving up Aaron's Nova Scotia money train as illustrated on Slabbed. And then the most recent revelation of fluttering butterflies and rumored turmoil inside the law firm of D'Aquila, Volk, Mullins & Contreras.

I mention all this because Slabbed has learned that Roy D'Aquila has passed away. I wish to express the condolences of the Slabbed Nation to his family.

sop



Douglas Handshoe / January 29, 2012 / Sop / Aaron Broussard, D'Aquila Volk Mullins & Contreras, Jefferson Parish Political Corruption Scandal, Roy D'Aquila, The Times Picayune, Trout Point Lodge, USA v Broussard /

---

# 10 thoughts on "He'll likely be remembered here for being a part of the gang that made the Times Picayune eat its own big toe........"

 **Ricardo**

January 30, 2012 at 3:35 am

Wow.

---

 **sop81_1**

January 30, 2012 at 3:40 am

Pretty much my reaction too Ricardo.

sop

---

 vonzippa

January 30, 2012 at 3:45 am

Hmmm...
http://www.wwltv.com/news/Former-Gov-Edwin-Edward...

"Overworked" = STRESS?

---

 jr

January 30, 2012 at 3:51 am

dont know anything about roy, but a search from 2001 shows a link w caldera, fyi.

Push for upscale subdivision clears hurdle;
Kenner Council gives nod after hesitation

BYLINE: By Angela Rozas; Kenner bureau

Developers hoping to build an upscale subdivision on one of the last pieces of undeveloped land in Kenner won City Council approval to subdivide the property Thursday night.
Developer Joe Caldarera, the contractor who built Zephyr Stadium, wants to develop the 73-acre property into 178 lots for single-family residences. The property is the eastern portion of a huge parcel of land formerly known as the Loyola Tract, at the northeast corner of Loyola and Vintage drives.

Developers subdivided the property into lots ranging from about 7,000 to about 13,000 square feet, allowing for ample green space, a feature that will make the development unique in Kenner, attorneys for the developers said.

"This is going to be one of the most upscale developments in Kenner," said Roy D'Aquila, attorney for J. Caldarera & Co.

---

 **sharkpuppet**

January 30, 2012 at 6:49 am

Sha

Oh my, jr!
So he had even more on his mind than just Aaron Broussard and TPL if he was also representing Caldarera in the Jefferson Parish Performing Art Center debacle.
May he rest in peace.

---

 **sop81_1**

January 30, 2012 at 6:57 am

The relationship between D'Aquila and Broussard and D'Aquila and Calderera may indeed explain why the very curious decision was made to let the contract after the Construction Manager and Architect had been fired and before the new Construction Manager/Architect was hired.

sop

---

 **Not At All Surprised**

January 30, 2012 at 7:05 am

Searching for news on his passing, but can't find any. Was he in poor health?

---

 **sop81_1**

January 30, 2012 at 7:21 am

Not that I am aware of NAAS. I was told a cause of death which is why I used the term passed away as I do not want ppl reading too much into this.

The NOLA Obits are reporting those that died on Saturday and before so it is a bit early for it to show up. <u>And you may remember Chief Lawson son's obit never did appear in the paper</u>.

I am rock solid on my sourcing.

Sha

sop

 **eyewigger**

January 30, 2012 at 7:28 am

The way I see is that if you got two fish-hook fagots pulling at you on one side and a Calderera on your shoulders leaning you another way, and Broussard on top of your head in the middle, you are stressed out to the max. The end. Period.

 **sop81_1**

January 30, 2012 at 7:57 am

Well said Wigger. I get the feeling that some people have been shaken awake from a long slumber and are asking themselves exactly what those idiots at the Lodge were thinking going ninja on the local press.

Leary was having fun as a libel tourist right up the point where Fox 8 started hitting home on their discovery requests in Canada. I do not begrudge anyone their investment at the Lodge. That said I also have no interest in helping contain the girl's collateral damage.

sop

Slabbed / Proudly powered by WordPress

Sha