# EXHIBIT 13

# Slabbed

Alternative New Media for the Gulf South

## Let's talk a bit more about Aaron Broussard's "evidence of other crimes" involving the resort at Trout Point Nova Scotia and the use of SLAPP suits by his business associates in Canada.

Sha



*Vaughn Perret, Daniel G. "Danny" Abel and Charles Leary posing for the business media in Nova Scotia at Trout Point Lodge*

After reading Drew Broach's piece and the latest filing by the federal prosecutors in the bribery case involving disgraced former Parish President Aaron Broussard I came away with the distinct feeling I had seen the name of his original Louisiana based LLC set up to accept bribes from Parish contractors that went to buy real estate at the Trout Point resort, Nova Scotia Enterprises, LLC. The connection is Broussard's long time associate and part owner of the Lodge at Trout Point, Danny Abel but Abel's name does not show up in the Team USA legal filing, rather we have a redacted list of the original investors. There is some interesting things in the redacted ownership document that was presented to the court however and I bet Slabbed can shed some light on the names which were redacted from the court filing.

To set things up though I feel compelled to point out the Times Picayune trail blazed this topic, was SLAPP sued in Nova Scotia by Broussard's property managers Charles Leary and Vaughn Perret who are Abel's business partners that are based at the Lodge. Val Bracy at Fox 8 also had a great report on the topic <u>which was retracted earlier this year</u> as part of the SLAPP suit settlement in Nova Scotia filed by Leary and Perret. Through time I have also learned this same bunch has availed themselves of Canada's defamation laws against several Canadian media outlets such as the Rural Delivery, which did an excellent expose on Leary, Abel and Perret's attempted fleecing of the Atlantic Canada Opportunities Agency among others.

Sha

I have also been SLAPP sued by this same bunch in Canada but continued to investigate the topic of Broussard's use of a real estate development in Canada to launder the alleged bribes that were paid to him. This litigation is currently awaiting a ruling by US District Court Judge Louis Guriola. They have also repeatedly threatened a new media journalist in the Town of Shelburne Nova Scotia for reporting on the court case they filed against me <u>among other things</u> for they simply do not want this topic discussed. With the latest Federal Court filing in the case against Aaron Broussard I think everyone now understands why Charles Leary lied to the Times Picayune in January 2010 regarding their involvement with Aaron Broussard and why their story continually changes with each revelation. More on that in a bit.

Let's begin with a few pages of documents from that Team USA Court filing, specifically the exhibits as here are the initial owners of Nova Scotia Enterprises LLC, which according to Team Fed was a conduit to pay bribes to Aaron Broussard:

Case 2:11-cr-00299-HH-FHS   Document 146-1   Filed 08/31/12   Page 33 of 61



**EXHIBIT A**

**TO OPERATING AGREEMENT OF NOVA SCOTIA ENTERPRISES, L.L.C.**

<u>Class A Member, Capital and Percentages</u>

| | | Initial Capital Contribution | Percentage |
|---|---|---|---|
| 1. | Name:<br>Address:<br>Tax ID No.: | $6,550.00 | 3% |
| 2. | Name:<br>Address:<br>Tax ID No.: | $6,550.00 | 3% |
| 3. | Name:<br>Address:<br>Tax ID No.: | $6,550.00 | 6% |
| 4. | Name:<br>Address:<br>Tax ID No.: | $6,550.00 | 6% |
| 5. | Name:<br>Address:<br>Tax ID No.: | $6,550.00 | 6% |

27

051

Sha

Yep, all the names were redacted sure but notice that one schmuck paid the same buy-in price for 3% as the others paid for 6%. Most interesting however on the last page was another "Class B" owner besides Aaron Broussard, getting a 4% slice of the freebie Class B shares. Very interesting indeed folks.

That is not all folks because there was another exhibit from Nova Scotia Enterprises that was very interesting in a spreadsheet of the money being contributed by the owners of Nova Scotia Enterprises for Broussard's benefit. Remember this LLC according to Team Fed held Broussard's real estate investments in Nova Scotia and we previously knew Broussard owned River Bend Lodge and Black Bear Cottage, two short term rental properties managed by Trout Point Lodge which is owned by Charles Leary, Vaughn Perret and Danny Abel. So lets take a look at Broussard's "evergreen" take at roughly $50,000 per year:



Nova Scotia Enterprises
Member Contributions

This all sounded familiar to me but I couldn't put my finger on it. So I site searched Slabbed for Nova Scotia Enterprises and sure enough it showed up in a comment to this post about Broussard media shill Eric Paulsen among other goatherders. That post was one of the ones Leary and Perret highlighted in their SLAPP suit defamation case in Nova Scotia against me and now I understand why:

*From TJR:*

*http://thejeffersonreport.com/?p=1948*

*"The latest round of financial disclosure forms, which cover calendar year 2010, have been filed with the state and former Jefferson Parish President Aaron Broussard is in the mix. In case you forgot, Broussard served an entire eight days last January before resigning amid questions about the business dealings of his top executives and his own curious interests.*

*… But not long after he stepped down, Broussard executed the first in a series of transactions involving a number of his long-held properties. It*

*was kicked off with a 16.65 percent interest in a lot in East Kemptville, Nova Scotia, which was transferred to Kempt Wilderness Lodge for a value of $24,999 or less, based on the categories listed in the financial disclosure forms required by the Louisiana Ethics Board.*

*In May of 2010, a 50 percent interest in a nearby lot was transferred to Donald Zeringue for $100,000 or less. Then another 50 percent interest in an East Kemptville lot was transferred in October to Pravin Desai for more than $100,000. Two weeks later, a half interest in a residential property on West Esplanade Avenue in Kenner was transferred in an agreement to Bank of America for a final value of more than $100,000.'*   Sha

*Okay that Super 8 Motel at 2421 Clearview where Abel and Broussard are holed up in?*

*Owned by something called Desai Holding, LLC, per the JP Assessor online site:*
*"Parcel# Owner Location Description Assessment Action*
*3821969300 DESAI HOLDING LLC*
*2421 CLEARVIEW PKWY"*

*"This thing apparently works in pairs, a company in Nova Scotia and a counterpart company in LA:*
*All of the below is from the Nova Scotia corporate registry and the LA SOS:*

*1. La Ferme D'Acadie (NS) – Owned by P-A-L. Registered 6/25/98 (first registered 8/27/97 under name of La Ferme D'Acadie as a partnership). Inactive (stricken for failure to reply to notice).*
*2. La Ferme LTD (LA) – Owned by P-A-L. Registered 9/9/97. Active (but not in good standing for not filing annual report). Last renewed 4/6/10.*

*1. TP Ltd. (NS) – Owned by P-A-L. registered 12/14/98. Active, reinstated 4/5/11.*
*2. Scotia Point LLC (LA) – Owned by P-A-L. Registered 4/13/00. Active (but not in good standing for not filing annual report).*

1. PUBLIC WORKS INVESTMENTS (NS) – Nature of business: "DEVELOPMENT OF RENTAL PROPERTY." Partly owned by Broussard under his law firm's name, partly by Karen Parker. No changes of ownership. By some miracle this registration did not get reported in the TP apparently. Registered 6/4/99. Inactive.

2. Public Works Inc. (LA) – Partly owned by Karen Parker, partly by her two sisters, but registered agent is at Broussard's firm. Registered 1/10/97. Inactive, dissolved 6/23/08.

1. Kempt Wilderness Lodge Services (NS) – Nature of Business: "PROVIDING SECURITY, CARETAKING, BUSINESS MACHINE, ACCESS SERVICES TO WILDNERESS RENTAL PROPERTIES." Partly owned under Broussard's law firm's address. Registered 10/20/03. Change of ownership 10/29/10. Active.

2. NOVA SCOTIA ENTERPRISES, L.L.C. (LA). Entirely owned under Broussard's law firm's address, but not under Broussard's name. However the 6/9/02 TP reported it as: "Nova Scotia Enterprises , LLC, 3329 Florida Ave., Kenner, 70065, Aaron F. Broussard." Registered 5/20/02. But the LA SOS shows no amendments on file. Odd, no? Active.

Basically, guess is, any (or some?) investors may have created a LA entity in a similar fashion.

Marie Krantz and Patrica Caldwell, counsel for all entities Broussard in New Scotland, appear below:

"ESTATE NOTICES"

"All persons having legal demands against any of the undernoted estates shall render the same, dulyattested, within six months from the date of the first advertisement hereof; and all persons indebted to the said estate are required to make immediate payment to the Personal Representative noted."

1/15/2019    Let's talk a bit more about Aaron Broussard's "evidence of other crimes" involving the resort at Trout Point, Nova Scotia and the use of SL…

Sha

*"ESTATE OF:*
*Place of Residence of Deceased*
*Date of Grant of*
*Probate/Administration":*
*"KRANTZ, Marie G.*
*Kenner, Louisiana, USA*
*October 8-2010 (Extra-Provincial)"*

*"Personal Representative*
*Executor (Ex) or*
*Administrator (Ad)":*
*"Bryan G. Krantz (Ex)*
*85 Chateau LaTour*
*Kenner LA 70064*
*USA"*

*"Solicitor for Personal*
*Representative*
*Date of the First Insertion":*
*"Patricia E. Caldwell, QC*
*101 Water Street, Suite 1B*
*Yarmouth NS B5A 4P4*
*November 3-2010 – (6m)"*

*(Page 9):*

*http://www.gov.ns.ca/just/regulations/rg1/2010/n00310.pdf*

*Here we have Broussard, Stoulig and Krantz all together in the same*
*venture – Laketown, in Kenner (still, currently in the news as well), but*
*the timing and the sound of it are familiar:*

*10/13/99 TP:*

"KENNER LAKEFRONT ATTRACTS INVESTORS – NEW HOTEL, HOMES PLANNED FOR AREA

A decade ago, Kenner's lakefront was mostly a barren strip of silt and riprap. But with the recent groundbreaking for a new hotel and impending construction of what could be one of Jefferson Parish's most expensive subdivisions, the area is quickly becoming a destination for people who want to get back to the lake.

"We'd certainly like to see more people using Lake Pontchartrain, and we believe Laketown is one of the best places to do it," said Carlton Dufrechou, executive director of the Lake Pontchartrain Basin Foundation.

Kenner's lakefront is attracting more attention these days because it is one of the few places in East Jefferson with room left for development, said Wade Ragas, director of a real estate research center at the University of New Orleans.

"It's clearly investors saying, 'We're confident in the future of Jefferson Parish,'" Ragas said.

The revitalization began in 1990 when the Pontchartrain Center opened. In 1994, then-Mayor Aaron Broussard dubbed the area Laketown, and the Treasure Chest Casino docked there beside the old Williams Boulevard boat launch. The boat launch was refurbished, and two years later, with money from the casino, Kenner turned the barren West Peninsula shoreline into a neatly landscaped jetty with playgrounds, picnic pavilions and a fishing pier.

This past week, ground was broken for a 121-room, three-story Hilton Garden Inn hotel that will be built east of the Pontchartrain Center on land leased from the city. It took Kenner officials four years to get a hotel developer to agree to build in Laketown, and it took even longer for Jefferson Downs owner Marie Krantz to decide to build a gated community, Gabriel, at the site of the former racetrack.

In addition to the hotel and the subdivision, Kenner is applying for federal permission to fill in 41 more acres of Lake Pontchartrain to expand its lakefront park. And city officials are scouting for investors to build a sports complex with in-line and ice skating and a swimming pool west of the Pontchartrain Center.

The $9 million hotel will be finished next summer, said developer Bryan Dupepe Jr., and will be used by visitors to the casino and the Pontchartrain Center.

Sha

"This is a wonderful opportunity for the development team, investors and most importantly the city of Kenner," Dupepe said "This hotel is jus going to make this area flourish."

Dupepe and his family own the Provincial Hotel in New Orleans and built the Fairfield Inn on 32nd Street in Kenner.

The Pontchartrain Center, which has 90 percent occupancy on the weekends and 60 percent on the weekdays, has long needed a hotel to house those who come to town for weekend trade shows, General Manager Jeffrey Trahan said.

"We have a lot of people who participate in our large consumer shows, such as craft shows, (who) have a need to spend the night or weekend here," Trahan said.

The hotel developers have a 45-year lease with the city, with a 25-year renewal option. According to the lease, the city receives the greater of $50,000 a year in rent or a portion of gross room revenue: 1.5. percent the first and second years, 2.75 percent the third and 4 percent each subsequent year. After the lease expires, Kenner would own the building. Based on projections, the city would receive at least $120,000 a year by the fourth year.

Kenner sought a developer for a lakefront hotel for four years. In 1997, the city entered an agreement with a developer for an 180-room Sheraton Hotel, but that deal fell through. Mayor Louis Congemi said the main problem was finding a developer who would build a hotel without special commitments, such as special financing or tax breaks, from the city. That Dupepe and his investors wanted nothing from Kenner showed they were dedicated to the project, Congemi said.

That same dedication is obvious in the developers of Gabriel, an upscale 219-home development that is planned for the old Jefferson Downs site, Congemi said.

"Mrs. Krantz was willing to make an investment as a developer and as homeowner," City Councilwoman Michele Branigan said. "She's been great to the community."

The racetrack closed in 1992, but an off-track betting parlor remains there.

Krantz wanted a development that wouldn't clash with existing neighborhoods, said Lawrence Stoulig Jr., a consultant for the new development. She was approached with offers to buy the property from people who wanted to turn it into a theme park, water park and even a baseball stadium, but Krantz "never really embraced those type of developments," Stoulig said.

Neither did neighbors who often called City Council members after hearing rumors that the land was going to be turned into a theme park, Branigan said.

"All anyone wanted to see was a residential development," she said.

A feasibility study determined an upscale subdivision was the best fit for the neighborhood, Stoulig said.

The planned subdivision will have a mixture of residences, from "garden homes" on 7,000-square-foot lots to larger homes on lots of up to 24,000 square feet. Prices for the smaller lots will begin at $145,000, Stoulig said. Prices haven't been set for the larger lots, he said.

All of the homes will have to conform to an architectural "Caribbean-like" style, and the gated community will be heavily landscaped and have several parks and paths, he said.

Although reservations for the lots are being taken, they won't be sold until September, after the streets in the 90-acre development are built. The streets won't be put in until the off-track betting parlor is relocated next spring. Then, the Jefferson Downs buildings will be torn down, Stoulig said."

And even better here we have James E. Smith (Jim Smith), Stoulig, Krantz, and Broussard all together:

8/11/92 TP:

"MAYOR'S FRIEND TO OVERSEE PROPOSAL – MARTINEZ DENIES TIES LED TO JOB

New Orleans Aviation Board member Jimmie Martinez has been hired as a consultant by Jefferson Downs racetrack officials in their bid to bring riverboat gambling to Kenner.

Martinez, 47, chief administrative officer under Mayor Aaron Broussard for nearly six years before retiring in 1987, was hired last month to help racetrack officials put together a riverboat gambling proposal. He contributed $5,000 to Broussard 's unsuccessful 1991 campaign for governor, campaign finance reports show.

Kenner officials issued notices last month to determine who is interested in bringing riverboat gambling to the city.

*So far, eight companies or individuals, including Jefferson Downs owner Marie Krantz , have shown interest in submitting a proposal. The proposals would spell out the company's qualifications for leasing a site on the Mississippi River or Lake Pontchartrain for gambling, Broussard said.*

*Martinez, appointed to the Aviation Board in 1989, said his close ties with Broussard and other council members have nothing to do with the gambling consulting job.*

*"Marie needs me as a pencil person to write a proposal," he said. "Marie knows the elected officials in the city, parish and state just as well as I do."*

*Martinez, co-owner of Digital Imaging in Kenner and a former employee of Stoulig and Buckley accounting firm, said he frequently fills out proposals seeking work with local, state and national companies.*

*Jefferson Downs officials could not be reached for comment Monday. But Kenner officials said the selection process will ensure that no one, including Martinez, is shown favoritism.*

*Broussard said the city has hired New Orleans attorney Jim Smith to review all proposals. Smith drafted the riverboat gambling legislation and is working with the state Riverboat Gaming Commission to review proposals for the 15 licenses to be awarded statewide, Broussard said.*

*If the proposals meet minimum state requirements, they will be forwarded to the Riverboat Gaming Commission. Only after a company has undergone state scrutiny and received a riverboat gambling permit will local officials be involved in the process, Broussard said.*

*"People with no contacts are exactly on the same footing with Jimmie," Broussard said.*

*Because of the limited number of gambling permits to be issued statewide, it is unlikely that more than one company interested in locating a boat in Kenner will receive a permit, Broussard said."*

*So here are a couple more entities for ya, courtesy of the LA SOS:*

*"SNOW COUNTRY, L.L.C. Limited Liability Company NEW ORLEANS Active*

*Business: SNOW COUNTRY, L.L.C.*
*Charter Number: 35193021 K*
*Registration Date: 12/28/2001*
*Domicile Address*
*700 CAMP ST.*
*NEW ORLEANS, LA 70130*
*Mailing Address*
*C/O STACI A. ROSENBERG*
*700 CAMP ST.*
*NEW ORLEANS, LA 70130*
*Status*
*Status: Active*
*Annual Report Status: Not In Good Standing for failure to file Annual Report*
*File Date: 12/28/2001*
*Last Report Filed: 12/23/2009*
*Type: Limited Liability Company*

*Registered Agent(s)*
*Agent: STACI A. ROSENBERG*
*Address 1: 700 CAMP ST.*
*City, State, Zip: NEW ORLEANS, LA 70130*
*Appointment Date: 12/28/2001*

*Officer(s) Additional Officers: No*
*Officer: JAMES E. SMITH, JR.*

Title: Member
Address 1: 700 CAMP ST.
City, State, Zip: NEW ORLEANS, LA 70130

Amendments on File
No Amendments on file"

James E. Smith, Jr. also appears in one of the Nova Scotia companies
(KWLS). The above gets added because the connotation of "snow
country" ceryainly leads one to thik of the great white north – Canada.    Sha

"MGKNS PROPERTIES, L.L.C. Limited Liability Company KENNER Activ

Business: MGKNS PROPERTIES, L.L.C.
Charter Number: 35965888 K
Registration Date: 6/23/2005
Domicile Address
#85 CHATEAU LATOUR
KENNER, LA 70065
Mailing Address
C/O BRYAN G. KRANTZ
#85 CHATEAU LATOUR
KENNER, LA 70065
Status
Status: Active
Annual Report Status: Not In Good Standing for failure to file Annual
Report
File Date: 6/23/2005
Last Report Filed: 5/15/2009
Type: Limited Liability Company

Registered Agent(s)
Agent: BRYAN G. KRANTZ
Address 1: #85 CHATEAU LATOUR

*City, State, Zip: KENNER, LA 70065*
*Appointment Date: 6/23/2005*

*Officer(s) Additional Officers: No*
*Officer: BRYAN G. KRANTZ*
*Title: Member*
*Address 1: #85 CHATEAU LATOUR*
*City, State, Zip: KENNER, LA 70065*

*Amendments on File*
*No Amendments on file"*

*Now, regarding the above, let's just make a leap (if appropriate) and guess that MGK = Marie G. Krantz, and "NS" = Nova Scotia.*

*There is also something called:*

*"GABRIEL RESORTS, L.L.C. Limited Liability Company KENNER Inactive*

*Business: GABRIEL RESORTS, L.L.C.*
*Charter Number: 35431401 K*
*Registration Date: 2/20/2003*
*Domicile Address*
*#46 CHATEAU LATOUR DRIVE*
*KENNER, LA 70065*
*Mailing Address*
*#46 CHATEAU LATOUR DRIVE*
*KENNER, LA 70065*
*Status*
*Status: Inactive*
*Inactive Reason: Action by Secretary of State*
*File Date: 2/20/2003*
*Last Report Filed: N/A*
*Type: Limited Liability Company*

*Registered Agent(s)*
*Agent: DAVID R. SHERMAN*
*Address 1: ONE GALLERIA BLVD.*
*Address 2: SUITE 1100*
*City, State, Zip: METAIRIE, LA 70001*
*Appointment Date: 2/20/2003*

*Officer(s) Additional Officers: Yes*
*Officer: MARIE G. KRANTZ*
*Title: Member*
*Address 1: #46 CHATEAU LATOUR DRIVE*
*City, State, Zip: KENNER, LA 70065*

Sha

*Officer: BRYAN G. KRANTZ*
*Title: Member*
*Address 1: #85 CHATEAU LATOUR DRIVE*
*City, State, Zip: KENNER, LA 70065*

*Officer: MARIE G. KRANTZ GRANDCHILDREN'S TRUST*
*Title: Member*
*Address 1: ONE GALLERIA BLVD.*
*Address 2: SUITE 1100*
*City, State, Zip: METAIRIE, LA 70065*

*Amendments on File (1)*
*Description Date*
*Revoked 5/15/2008*

*The "MARIE G. KRANTZ GRANDCHILDREN'S TRUST" also has something called "The Courtyards of Gabriel" and the Succession of Marie G. Krantz' has something called "Gabriel Construction LLC."*

*And there is also this odd notice from the 10/10/03 TP:*

*"ODDS AND ENDS*

*Jefferson Parish Council actions Wednesday ...*

*... Land swap: Agreed to give a 25,602-square-foot tract on the east side of the old Duncan Canal pump station in Kenner to the succession of Marie G. Krantz in exchange for a 16,580-square-foot tract on the north side of the Joseph S. Yenni Building in Elmwood. The pump station property is valued at $115,200, the Yenni Building property at $99,500."*

*It is really scary to think:*

Sha

*Where did the Yenni Building land come from, and who owns or owned the land around it?*

*And, let's all hope that land near the pumping stations had no role to play in the flooding that ultimately occurred, damaging so many innocent citizens. Let's hope they did not flood just so some FOA (Friend Of Aaron) could profit. Who owned the Yenni Building land before, and who owns or owned the land around it?*

*And, let's all hope that land near the pumping stations had no role to play in the flooding that ultimately occurred, damaging so many innocent citizens. Let's hope they did not flood just so some FOA (Friend Of Aaron) could profit.*

*It's all online, folks, all online.*

and this

*By the way, on the above there is something else:*

*The assessment for the Super-8 property – 2421 Clearview – is actually shown at "0".*

*That's right: ZERO.*

*As in Nada. Zip. Nill. Null. For a property that HAS A HOTEL ON IT.*

*Here it is in full:*

*"Parcel# Owner Location Description Assessment Action*
*3821969300 DESAI HOLDING LLC 2421 CLEARVIEW PWKY 0 ____ "*

*Also: It's a real hoot how these folks like to conclave together:*

*Right across from Mrs. Ktantz?*

*Why it's fellow TrPt investor (allegedly, according to the self-rebuked Picayune):*

*"Parcel# Owner Location Description Assessment Action*
*0920015480 MUNIZ,EDMOND & PEGGY N 58 CHATEAU LA TOUR DR*
*LOT 86 SQ 4 SEC 1 CHATEAU EST S 41720 "*

*Also, that Gabriel property on the old Jefferson Downs location is on a grand avenue called…. Joe Yenni Boulevard. Nice touch, huh?*

V aka Telemachus was featured prominently in Leary and Perret's defamation case against me AND Fox 8 in Canada. I think we should all understand why based on the latest bombshell from Team USA. But that is not all because Nova Scotia Enterprises still stuck in my craw despite the Slabbed site searchs. Yes, I produced a detailed list of the property owners at the Trout Point Development last year and Slabbed connected Broussard activities in the East Kempt Nova Scotia area to his property managers Charles Leary and Vaughn Perret via the Billy Hills Trail Society but I know I saw that name Nova Scotia Enterprises someplace else.  Then I had the EUREKA moment and found it but to set it up we must visit with Timothy Gillespie at the South Coast Today out of Shelburne Canada and his story on the damages hearing in Charles Leary and Vaugn Perret's defamation case against me, Southern Gothic because, "Best way to clear the air is to have it all out in the open":

*Perret would be considered knock-dead handsome in most circles, with his chisled bones, dark eyes, perfect coiffed, jet-black hair and thousand-dollar designer suit. He oozed Southern charm, when questioning his partner, co-plaintiff and witness, when addressing Justice Hood and when chatting amiably with the courtroom staff. He might be what Doris day – or Rock Hudson – would refer to as a "dreamboat."*

*He appeared less dignified and emotionally wrought when thrusting a handful of papers at the judge as he suggested that his blogging nemesis had caused the recent death of a friend, or tried to entice the judge to look at photos of his fever blisters, or petulantly referred to a reporter in the room or, with lips appearing to quiver, told Justice Hood that he just could not testify with that reporter in the room about the affidavit he has submitted for the hearing. A cynical observer might think some exaggeration was at play.*

I have an audio of the whole proceeding which is legal jackassery at its finest and that will appear on the Slabb in due course but notice how Perret did not want a reporter in the room to hear his testimony. The pair also complained to the Judge about the research I was doing into their case against Fox 8 and in a rare moment of sanity, Nova Scotia Judge Suzanne Hood reminded Leary and Perret the court records were public records even in Canada. I mention all this because I remembered Nova Scotia Enterprises LLC from documents I obtained from Leary and Perret's SLAPP suit against Fox 8 in Nova Scotia and I have a document that names one of the owners of Nova Scotia Enterprises in the late Roy D'Aquila, Aaron Broussard's former law partner who filed an affidavit for Leary and Perret in their defamation case against Fox 8. Worth noting is D'Aquila died of a heart attack within weeks of the Fox 8 case documents appearing on Slabbed:

2010 Yar. No. 328248

IN THE SUPREME COURT OF NOVA SCOTIA
BETWEEN:

Trout Point Lodge, Limited, *a Nova Scotia Limited
Company*

Plaintiff

-and-

Louisiana Media Company, LLC, *a Delaware Limited
Liability Company*

Defendant

### AFFIDAVIT OF ROY M. D'AQUILA

I affirm and give evidence as follows:

1. My name is Roy M. D'Aquila and I am a person of the full age of majority and domiciled in Jefferson Parish, Louisiana. I am a licensed attorney at law in the State of Louisiana, United States of America.

2. I have personal knowledge of the statements given in this Affidavit, except where otherwise stated to be based upon information and belief.

3. I state herein the source of any information that is not based upon my own personal knowledge and I likewise state my belief in the source.

4. I have known Aaron Broussard since the year 1981.

5. I am a member of Nova Scotia Enterprises, L.L.C., a Louisiana Limited Liability Company which purchased a building and joining lands as well as an adjacent lot located at 140 Trout Point Road, Kemptville, Nova Scotia. I am likewise a partner in Kempt Wilderness Lodge Services, a Canadian Partnership which owns the building and lands located at 7 Trout Point Road.

6. I live in the Parish of Jefferson, State of Louisiana, which is part of the New Orleans Metropolitan area. I watched the 9:00 p.m. evening news on WVUE T.V. Fox 8 between January 6 and January 10, 2010.

7. On or about January 7 or January 8, 2010, I recall watching Fox 8 news at 9:00 p.m. which contained a news report on a complaint about Aaron Broussard to the New Orleans Metropolitan Crime Commission.

8. I recall an interview with Aaron Broussard that was featured on the 9:00 p.m. news, and Mr. Broussard was interviewed by a female news reporter at Fox 8. I believe that her name was Val Bracy.

(27

So ol' Roy was a member of NSE and surely Leary and Perret knew all about the company as this exhibit to their SLAPP defamation case against Fox 8 illustrates. I think we can figure out the other owners a couple of different ways, the first being by illustrating those local people that inserted themselves into Leary and Perret's Canadian SLAPP suits against the US media:

- <u>David Loeb</u>
- <u>Danny Abel</u>
- <u>Bennett Powell</u>

And really this is just a start for there are others as well. 😊



*Richard Brennan*

So now that we know why Vaughn Perret is having fever blister problems and why their story has morphed through time from barely knowing Broussard to the <u>oh yeah we forgot to mention we managed Broussard's property in Nova Scotia that appeared in a post on the Trout Point Lodge blog (now deleted)</u>. I contacted Leary and Perret's publicist, <u>Richard Brennan at the Toronto Star yesterday for comment</u> since he played devil's advocate for them last January in a phone conversation with me but he did not reply Since I am in litigation with Leary and Perret I can not contact them per my lawyer' instructions but my previous attempts to solicit comment on the <u>letter from D'Aquila to Leary and Perret yammering about those "lot assessments" aka membe contributions</u> also garnered no response so I'm content to let the documents and court filings in Broussard's criminal case speak for themselves.

This is a multi part post, please stay tuned.

sop



| 4 |
|---|
| Recommend |

| Share |
|---|

Douglas Handshoe / September 11, 2012 / Sop / Aaron Broussard, Atlantic Canada Opportunities Agency, Bennett Powell, Bribery, Carl Finley, Charles Leary, Danny Abel, David Loeb, Deprivation of civil rights under the color of law, Jefferson Parish Political Corruption Scandal, Justice Leon Pierre Muise, Justice Suzanne Hood, Libel Tourism, Libel Tourism Havens, Nova Scotia Enterprises, Richard Brennan; The Toronto Star, Roy D'Aquila, SLAPP Suits, Trout Point Development, Trout Point Lodge, Trout Point Lodge Leary and Perret v Advance Publications, Trout Point Lodge Leary and Perret v Slabbed New Media, Trout Point Lodge Limited Perret Leary v Louisiana Media Company LLC, USA v Broussard, USA v Wilkinson, Vaughn Perret

---

## 40 thoughts on "Let's talk a bit more about Aaron Broussard's "evidence of other crimes" involving the

**resort at Trout Point Nova Scotia and the use of SLAPP
suits by his business associates in Canada."**

---

 **lockemuptight**

September 11, 2012 at 12:25 pm

I'm confused , if Amy Broussard left Jefferson Parish eight years prior to her video
appearance on a Boston TV video report on September 1, 2008 ( cited on
commenter's "V's" post on June 2,2011 in response to Slabbed's blog on June1,
20011 entitled "From the Reader's Mailbag") then who was running People Plus,
Inc., as according to "V's" alleged post Amy Broussard was the only Officer
mentioned under People Plus Inc. and living at 13 Rue St. Louis,Kenner,La. on
La's.SOS website ?

"V's" post also alleges and cites from Aaron Broussard's Financial Disclosure
Report that People Plus Inc. received various listed monies from 2000 thru 2008?

---

 **Tom**

September 11, 2012 at 1:38 pm

It's an understatement SOP when you speak of " It

---

 **sop81_1**

September 11, 2012 at 2:36 pm

The Lafayette Square Wino must be highly entertained by this post as she sends
word regarding the property around the Yenni Building being owned by Hank
Lauricella, who owns Lauricella Land Company. He served in the State Senate from
1972 to 1996.

sop

 **unslabbed**

September 11, 2012 at 3:28 pm

Ah but ask the LS Wino if she knows who 'fronted' for ole Hank when he didn't want the price to be jacked up if the seller knew he was interested

---

 **sop81_1**

September 11, 2012 at 4:27 pm

You have the WIno stumped on that one Unslabbed. Care to share?

sop

---

 **unslabbed**

September 11, 2012 at 3:37 pm

And of course : Jimmie Martinez and Steve Hartman ( Hartman Engineering) starring in BELIZE INVESTMENT COMPANY LLC... Hartman is still in the mix also vis-a-vis business as usual in Jefferson Parish...ah the beauty of government contracting...the gift that never stops giving ( and taking)...

Tom Schedler
Secretary of State
State of Louisiana
Secretary of State

COMMERCIAL DIVISION
225.925.4704

Fax Numbers
225.932.5317 (Admin. Services)

225.932.5314 (Corporations)

225.932.5318 (UCC)

— — — — — — — — — — — — — — — — — — — — — —

Name Type City Status
BELIZE INVESTMENT COMPANY, L.L.C. Limited Liability Company KENNER
Inactive

Business: BELIZE INVESTMENT COMPANY, L.L.C.
Charter Number: 34576405 K
Registration Date: 10/31/1997
State Of Origin:
Domicile Address
527 W. ESPLANADE AVE., SUITE 300
KENNER, LA 70065
Mailing Address
C/O STEVE C. HARTMAN
527 W. ESPLANADE AVE., SUITE 300
KENNER, LA 70065
Status
Status: Inactive
Inactive Reason: Voluntary Action
File Date: 10/31/1997
Last Report Filed: 10/30/2001
Type: Limited Liability Company

Registered Agent(s)
Agent: STEVE C. HARTMAN
Address 1: 527 W. ESPLANADE AVE., SUITE 300
City, State, Zip: KENNER, LA 70065
Appointment Date: 10/31/1997

Officer(s) Additional Officers: No
Officer: STEVE C. HARTMAN
Title: Member

Address 1: 527 W. ESPLANADE AVE., SUITE 300
City, State, Zip: KENNER, LA 70065

Officer: JIMMIE J. MARTINEZ
Title: Member
Address 1: 527 W. ESPLANADE AVE., SUITE 300
City, State, Zip: KENNER, LA 70065

Amendments on File (1)
Description Date                                                    Sha
Affidavit to Dissolve 10/28/2002

---

 **unslabbed**

September 11, 2012 at 3:53 pm

So I noticed that Staci Rosenberg ( James Smith's law partner if I am reading the corporate docs right she is/was at least the Secy/Treasurer of a firm that sounds like his?) is the Agent for Wisznia Development since 2006…was Marcel Wisznia the architect (?) for the Jefferson Parish Non-Performing Center? Or am I confused?

Tom Schedler
Secretary of State
State of Louisiana
Secretary of State

COMMERCIAL DIVISION
225.925.4704

Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

————————————————————————————————————

Name Type City Status

WISZNIA DEVELOPMENT, LLC Limited Liability Company NEW ORLEANS Active

Business: WISZNIA DEVELOPMENT, LLC

Charter Number: 36121497 K

Registration Date: 2/21/2006

State Of Origin:

Domicile Address

800 COMMON ST., STE. 200

NEW ORLEANS, LA 70112

Mailing Address

800 COMMON ST., STE. 200

NEW ORLEANS, LA 70112

Status

Status: Active

Annual Report Status: In Good Standing

File Date: 2/21/2006

Last Report Filed: 2/6/2012

Type: Limited Liability Company

Registered Agent(s)

Agent: STACI A. ROSENBERG

Address 1: 700 CAMP STREET

City, State, Zip: NEW ORLEANS, LA 70130

Appointment Date: 2/21/2006

Officer(s) Additional Officers: No

Officer: MARCEL WISZNIA

Title: Manager

Address 1: 800 COMMON ST., STE. 200

City, State, Zip: NEW ORLEANS, LA 70112

Amendments on File

No Amendments on file

 **sop81_1**

September 11, 2012 at 4:02 pm

This is hot off the press folks. I can't comment but this is a public court document filed today in US District Court in the suit filed by Leary and Perret against me.

http://www.slabbed.org/wp-content/uploads/2012/09/TPL-v-DKH-Doc-33.pdf

Sha

sop

---

 **Popeye**

September 11, 2012 at 5:25 pm

Sop you should thank those two for bringing this post to Guirola's attention. Did they attach the maps too?

---

 **unslabbed**

September 11, 2012 at 4:12 pm

Nice to know Slabbed is read daily by many folks apparently. Gotta love the New Social Media.

---

 **Not At All Surprised**

September 11, 2012 at 4:59 pm

WWL reporting Broussard trial delayed until November because defense attorney had water in his home from Isaac.

 **sop81_1**

September 11, 2012 at 5:13 pm

November 5th in fact. Not nearly as long as they asked Judge Head. I can't wait for the testimony regarding Broussard's other alleged crimes. 

sop

Sha

 **Not At All Surprised**

September 11, 2012 at 5:23 pm

"In addition to Defendant

 **sop81_1**

September 11, 2012 at 5:27 pm



 **Lightning K**

September 11, 2012 at 5:26 pm

The conclusion I draw from the TPL vs. DKH filing is that the plaintiffs want their summary judgment motion to be heard ahead of Broussard's trial.

 **Not At All Surprised**

September 11, 2012 at 5:50 pm

Since it appears they are reading this very informative and exceptional blog, I would like Messrs. Perrett and Leary to answer a question or 2:

Does the following language appear in a document containing your signatures and the signature of Aaron Broussard:

"No noxious or commercial activity, except for property rentals previously approved by Trout Point Lodge Limited allowed."

If the honest answer is "yes", what property rentals did y'all approve?

---

 **sop81_1**                                                                    Sha

September 11, 2012 at 6:07 pm

---

 **whitmergate**

September 11, 2012 at 6:29 pm

The Jones,Walker law firm, like it's ilk Phelps, Dunbar, is one of the several busines entities Broussard hustled to do business with First Bank while he was a member of the Board of Directors ... both made sizable deposits into the millions pf dollars ... both have chosen to DEFEND THE INDEFENSIBLE ... whether it be the SLAPP tactics used against the whistleblower, Ms. Anne Marie Vandenweghe by the Phelps, Dunbar firm or the continuing SLAPP tactics now being facilitated by Jones,Walker against Slabbed's transparent reporting ...

The Broussard Politico Mafioso machine is still the lynch-pin for these continued acts of retaliation against innocent victims ... AMV and Slabbed !!!

---

**Not At All Surprised**

September 11, 2012 at 6:52 pm

I may be wrong, and forgive me Messrs. Perrett and Leary if I am, but did you ever write or publicly state that you never had any involvement with Aaron Broussard?

While I'm at it, was Trout Point Lodge ever known as River Bend Lodge?

Do you know if Nova Scotia Enterprises ever owed a note or loan to River Bend Lodge? You may not know the answer to that if you never had any involvement with Aaron Broussard or NSE.

---

 **sop81_1**

September 11, 2012 at 6:59 pm

River Bend lodge is part of the network of on ground cottages owned by third parties whose rentals were handled by Trout Point Lodge itself. There is the main lodge and three cottages if memory serves.

sop

---

 **Tom**

September 11, 2012 at 7:09 pm

Did not see the names of the parish council or current parish president on the government witness list either ?

---

 **whitmergate**

September 11, 2012 at 7:30 pm

Not only should the Feds be investigating mini-me Roberts close relationship with Broussard … how about all those fleet car sales to Campaign Contributors to Roberts purchased n the car dealerships e has invested in ???

---

 **whitmergate**

September 11, 2012 at 8:04 pm

WITF is Deano Bonano not listed … HE is a felon along with Peggy Barton and Charlie Knopp, as co-conspirators in the para-legal payroll fraud and the alteration of public records … AND WHY ARE THE TAXPAYERS OF JEFFERSON PARISH BEING MADE TO PAY THE SALARIES THESE FELONS BARTON AND BONANO ???

---

 **Kidd**

September 12, 2012 at 12:26 pm

& let us not forget Debbie Villio who also a willing participant in the payroll frau conspiracy…not to mention her own pro quid pro service record fraud! Another Wilkinson Whore: Barton, Bonnano, Gruntz, & Villio!

---

 **whitmergate**

September 11, 2012 at 7:24 pm

This jack-leg-assery filing by whatever his name is at Jones, Walker is beginning to have a similar aura of TheRiot's suit against the blogasphere … de ja vu !!!

---

 **Not At All Surprised**

September 11, 2012 at 7:49 pm

In Section 3.2.1 of the NSE Operating Agreement, there is the following language:

"At that time, the Promissory Note given to the Seller for the purchase price of that certain property known as "Riverbend Lodge", shall be paid in full."

The time period was 2011.

In Section 9.13, the Operating Agreement reads:

"For as long as thet certain property known as "Riverbend Lodge is owned by the Company…."

"Company" is, of course, NSE.

So, did TPL handle the rentals during that time period?

---

 **sop81_1**

September 11, 2012 at 8:09 pm

Absolutely they did Mr NAAS. Remember that old Millie Ball article on the Lodge from it's early days? Danny Abel was the promoter of the entire deal. Perret was originally a love interest of Abel's, it was only after Abel sent Perret to Cornell that he met Leary, bringing him back to Louisiana after.

http://www.slabbed.org/2012/01/30/and-so-it-was-10-plus-years-ago-at-trout-point-lodge/

sop

---

 **unslabbed**

September 11, 2012 at 8:19 pm

oK. 59 names on the Feds witness list… so many who did not make the cut. yeah: looks to be a race to get rulings before Nov 5th alright. verrrrry interesting.

---

 **Ignatius**

September 11, 2012 at 9:22 pm

I know I have been out of pocket for some time and don't plan to be back before late November but something struck me reading the spead sheets and blacked out lists

that total shy of a 800k with the sell of the 42%. In the end that could be chump change in the big picture.

Do any of you remember Larry Bankston and his Condo rental program? By the way didn't Aaron have a condo in Gulf Shores also…Just wondering out loud!

IJR

---

 **whitmergate**
Sha

September 12, 2012 at 1:09 am

Thank you Ignatius … Coulon and Broussard were running this whole Orange Beach condo scam with JP campaign contract contributors for some time … I'm just wondering why Letten chose to over look the obvious once again ???

---

 **whitmergate**

September 12, 2012 at 8:16 am

And talking about Jim Letten … I think it's high time he explain to the DoJ his relationship with Tim Coulon, Aaron Broussard, Tim Whitmer, Deano Bonano, mini-me Roberts, LargeASSe and of course Paul Connick, Jr. …

---

 **unslabbed**

September 12, 2012 at 9:08 am

Good morning Slabbed Nation. I would like to propose a game based on the Feds Witness List in the United States of America versus Aaron Broussard and Tom Wilkerson. Take a name, any name, on or not on the list, and write a question you would like for them to answer. I will start:
To LOUIS GRUNTZ: Did you at any time advise your boss Parish Attorney, Tom Wilkerson, and/or the other Deputy Assistant Parish Attorney Peggy Barton, as well

as the Administration and Councilmembers, of the legal requirments imposed on governmental entities re Record Management laws in the State of Louisiana , including but not limited to Record Retention, Litigation Holds and the effect(s) both Civil and Criminal of non-compliance (such as SPOLIATION)? If yes, please advise when you did so and why.

---

 **Geoffrey John Boulmay, Sr.**

September 12, 2012 at 9:37 am

Sha

Witness list includes Albert Winters, retired LAED prosecutor now does part time fo Jeff DA. I met last June 12, 2012 with Mr. Winters on my N. O. Federal court matter. Mr. Winters as a Judicial Officer NEEDS TO COME FORWARD on matters Mr. Winters is first hand aware of concerning PUBLIC CORRUPTION OF LAED COURT JUDGES.

---

 **Pres**

September 12, 2012 at 12:10 pm

The witness list is fueling massive speculation that another indictment(s) (non-River Birch) is immienent once the Broussard/Wilkinson case is over with. The lack of JP councilmembers, state legislators, and state employees is a glaring omission. The thought process is that they have enough on Broussard and Wilkinson to put them away for 25 years each. Broussard is all but assured of a life sentence and Wilkinson is assured of at least 15 to 20 years in prison. Vegas odds say the Feds didn't want to call any former/current councilmember or other political leader in this case (Minus the Connicks) because they didn't want them testifying in this case. The government doesn't want to blow its credibility in another unnamed JP corruption case and if one or more of those public politicians are indicted the government sure didn't want to call them as witnesses in this case when they might indict one or more of them later in another criminal matter.

Pres says Wilkinson & Broussard will become cooperating witnesses for the government after this trial is over with in an effort to reduce their sentences.

 **Tom**

September 12, 2012 at 1:04 pm

Damn right Pres I am 100% with you on that ! The missing council members and current parish president names from the witness list tells the story, those names who should be on and aren't are the targets, so the girls reason to rush for a hearing is obvious they are finding themselves head deep in their own crap .

---

Sha

 **Not At All Surprised**

September 12, 2012 at 7:57 pm

Messrs. Perret & Leary:

I was just reading an old (2008) American Eagle Latitudes and found an article that says y'all added the River Bend Lodge to your wilderness retreat, and that River Bend Lodge and Cottages were open year-round.

Imagine my surprise. Did y'all buy River Bend Lodge and Cottages from Nova Scotia Enterprises in 2008 or before?

I also found a 2004 document that says TPLL sold Lot 20 to Aaron Broussard, Roy D'Aquila, Lawrence Stoulig, Jr. and James E. Smith, Jr, doing business as Kempt Wilderness Lodge Services for the grand total of $1 (one dollar)! Not "$1 and other good and valuable consideration"; just a buck!

Do y'all have any more of those lots for sale at that price?

also found a 2004 document that says TPLL sold Lot 20 to Aaron Broussard, Roy D'Aquila, Lawrence Stoulig, Jr. and James E. Smith, Jr, doing business as Kempt Wilderness Lodge Services for the grand total of $1 (one dollar)! Not "$1 and other good and valuable consideration"; just a buck! Did they pay cash money?

Do y'all have any more of those lots for sale at that price?

---

 **Not At All Surprised**

September 12, 2012 at 8:01 pm

I obviously had a little problem posting....

---

 **sop81_1**                                                                    Sha

September 12, 2012 at 8:04 pm

No you don't, your post is spot on in fact and a great way to roll out the next part of the series, Dirty deeds, done dirt cheap: On the Slabb tomorrow! 😊

sop

---

 **lord and lady douchebag**

January 14, 2013 at 7:33 pm

Ah, I love the smell of roasted douchebags in the morning......smells like......VICTORY!

---

 **Incroyable**

January 14, 2013 at 8:16 pm

Douglas Handshoe are you trapped under a pile of goats and can't get up? We haven't heard from you in awhile.

---

Slabbed  /  Proudly powered by WordPress