IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOUGLAS HANDSHOE							PLAINTIFF

VS.							CIVIL NO.: 1:15cv382-HSO-JCG

VAUGHN PERRET, et al.							DEFENDANTS

## SPECIAL ENTRY OF APPEARANCE

**COMES NOW**, Kenneth T. O'Cain, Esq., and enters his appearance as counsel for the Defendant, Charles Leary, in the above-styled and numbered cause. The undersigned has been retained to represent Defendant Leary; however, there is a scheduling conflict with the January 24, 2019 hearing set under Doc. # 336, as well as the trial, as the undersigned is scheduled to be in trial in the Circuit Court of Hinds County, Mississippi on January 24, 2019 and will be in other court's for various hearings and/or trial the week of February 4, 2019.  This Entry of Appearance is being filed in order to provide the undersigned with the capability, through ECF access, of filing a *Motion for Continuance* in light of the recent retention and conflicts noted herein.

Respectfully submitted, this the 21st day of January, 2019.

                                           **CHARLES LEARY**

                         **BY:**   <u>*s/Kenneth T. O'Cain*</u>
                                **Kenneth T. O'Cain, Esq.**

**OF COUNSEL:**
Kenneth T. O'Cain, Esq., MSB# 101124
O'CAIN LAW FIRM, PLLC
567 Highway 51
Suite C

Ridgeland, MS 39157
Telephone: (601) 832-0990
Facsimile: (601) 300-8088
Email:  trey@ocainlaw.com

**CERTIFICATE OF SERVICE**

I, Kenneth T. O'Cain, counsel for the Defendant, Charles Leary, do hereby certify that I have this day filed the foregoing Special Entry of Appearance in this cause of action through the ECF filing system, which forwarded copies via electronic means to the ECF participants as assigned and associated with this cause of action. The undersigned would further state that he has sent the foregoing to the Plaintiff, Douglas Handshoe, via electronic means at earning04@gmail.com

So certified this the 21st day of January, 2019.

s/Kenneth T. O'Cain<br>Kenneth T. O'Cain