# EXHIBIT 2

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     SLABBED NEW MEDIA, LLC     CASE NO.    15-50963-KMS

           DEBTOR(S)                                       CHAPTER    11

### CHAPTER 11 PROCEEDING MEMO
### AND MINUTES OF § 341 MEETING
### JULY 20, 2015 - 10:30 A.M.
### GULFPORT, MS

1. Name of Attorney(s) for Debtor(s): Law Firm of Craig M. Geno, PLLC

2. Has attorney(s) for Debtor(s) filed a fee disclosure statement pursuant to 11 U.S.C. § 329 and Federal Rule of Bankruptcy Procedure 2016? X Yes ____ No.

3. Has a Chapter 11 Creditors' Committee or Equity Security Holders' Committee been appointed pursuant to 11 U.S.C. § 1102? ____ Yes X No.

4. Appearances:    ( ) Debtor(s)
                        (X) Debtor(s) representative(s) = Douglas K. Handshoe
                        (X) Attorney(s) for Debtor = Jarret P. Nichols (via telephone)
                        (X) Creditor(s): (See attached appearance sheet)

5. Debtor(s) examined under oath or affirmation by:
   ( ) Attorney for Debtor(s)    (X) Creditors
   (X) UST designee            ( ) Others (specify below)

6. Debtor(s) is/are required to:
   On or before August 3, 2015, the Debtor shall (1) submit to the UST a copy of the signature card and an original voided check from each debtor-in-possession bank account. Also, upon completion and filing, the Debtor shall (2) submit to the UST a copy of the Debtor's filed 2014 federal tax return with all schedules and attachments.

7. Fifth Amendment invoked by Debtor(s)? ____ Yes X No.

8. Meeting adjourned (X) Yes ( ) No. If no, meeting is continued to
   _____, 2015, at _____, in Gulfport, MS.

Additional notes and/or comments: None.

(Proceeding recorded)                        /s/Christopher J. Steiskal, Sr.
                                                            CHRISTOPHER J. STEISKAL, SR.
                                                            PRESIDING OFFICER

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     **SLABBED NEW MEDIA, LLC**     CASE NO.    15-50963-KMS

              **DEBTOR(S)**                                    CHAPTER    11

## § 341(a) APPEARANCE SHEET

**§ 341(a) Location:**     Gulfport, MS
**DATE:**     July 20, 2015
**TIME:**     10:30 A.M.
**U.S. TRUSTEE REPRESENTATIVE:**     Christopher J. Steiskal, Sr.
                                          Trial Attorney

| Name and Address (Print Legibly) | Attorney, Debtor OR Representative of Creditor (Print Legibly) | Signature |
|---|---|---|
| Trey O'Cain | Trout Point Lodge, Vaughn Perrett, Charles Leary | [signature] |
| Douglas Handshoe | Slabbed New Media LLC | [signature] |