# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **DOUGLAS HANDSHOE** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:15cv382-HSO-JCG |
| | § | |
| **VAUGHN PERRET,** *et al.* | § | **DEFENDANTS** |

## ORDER DENYING DEFENDANT/COUNTERCLAIMANT CHARLES LEARY'S [317] MOTION FOR SANCTIONS

**BEFORE THE COURT** is a Motion [317] for Sanctions filed on December 27, 2018, by Defendant/Counterclaimant Charles Leary ("Leary"). Pro se Plaintiff/Counter-Defendant Douglas Handshoe ("Handshoe") has filed a Response [334] in opposition to the Motion [317]. For the reasons stated on the record at the hearing held on January 24, 2019, the Court finds that Leary's Motion [317] is not well taken and should be denied.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Defendant/Counterclaimant Charles Leary's Motion [317] for Sanctions is **DENIED**.

**SO ORDERED AND ADJUDGED**, this the 24th day of January, 2019.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE