IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DOUGLAS HANDSHOE** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:15cv382-HSO-JCG |
| | § | |
| **VAUGHN PERRET,** *et al.* | § | **DEFENDANTS** |

## DEFAULT JUDGMENT AS TO DEFENDANTS PROGRESS MEDIA GROUP LIMITED OF NOVA SCOTIA AND MARILYN SMULDERS

In accordance with the Order entered herewith granting Plaintiff Douglas Handshoe's Motion [331] to Confirm Default Judgment,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, a judgment is entered in favor of Plaintiff Douglas Handshoe and against Defendants Progress Media Group Limited of Nova Scotia and Marilyn Smulders in the amount of $1.00 in nominal damages as to Count 3 of the Third Amended Complaint [90].

**SO ORDERED AND ADJUDGED**, this the 24th day of January, 2019.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE