IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DOUGLAS HANDSHOE**                                                                 **PLAINTIFF**

VS.                                                              CIVIL NO.: 1:15cv382-HSO-JCG

**VAUGHN PERRET**, *et al.*                                                     **DEFENDANTS**

## STIPULATION OF DISMISSAL

**THE PARTIES,** Plaintiff/Counter-Defendant, Douglas Handshoe, and Defendant/Counter-Plaintiff, Charles Leary, by and through counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) file their Stipulation of Dismissal and agree to the dismissal of all claims filed by Counter-Plaintiff, Charles Leary, against Counter-Defendant, Douglas Handshoe, and this matter should be dismissed without prejudice, with each party to bear his/its own costs.

Respectfully submitted, this the 25th day of January, 2019.

_Kenneth T. O'Cain_
KENNETH T. O'CAIN (MSB#101124)
*Attorney for Charles Leary*


DOUGLAS HANDSHOE, *Pro Se*